USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOTTI KAPLAN, et al. | 06 Civ. No. 06128 |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** |
| RICHARD L. GELFOND, BRADLEY J. WECHSLER, FRANCIS T. JOYCE, and IMAX CORPORATION, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff and defendants by their undersigned counsel, as follows:

1. Defendants shall accept service of the above-captioned summons and complaint as of the date hereof;

2. Plaintiffs shall have 60 days from the appointment by the Court of a lead plaintiff and approval of lead plaintiff counsel pursuant to the Private Securities Litigation Reform Act of 1995 to file and serve a Consolidated Amended Complaint;

3. The time for defendants to answer or otherwise respond or move with respect to the Complaint shall be extended until 60 days after the filing of a

Consolidated Amended Complaint by the lead plaintiff.

Dated: New York, New York
September 8, 2006

ABBEY SPANIER RODD ABRAMS & PARADIS, LLP
By: [signature]
Nancy Kaboolian (NK-6346)

Arthur N. Abbey
212 East 39th Street
New York, New York 10016
(212) 889-3700
Fax: (212) 684-5191

PASKOWITZ & ASSOCIATES
Laurence D. Paskowitz, Esq.
Roy L. Jacobs, Esq.
60 East 42nd Street, 46th Floor
New York, New York 10016
(212) 685-0969
Fax: (212) 685-2306

Attorneys for Plaintiff Motti Kaplan

CLEARY, GOTTLIEB, STEEN & HAMILTON LLP
By: [signature]
Lewis J. Liman (LJL-9166)

One Liberty Plaza
New York, New York 10006
(212) 225-2000
Fax: (212) 225-3999

Attorneys for Defendants

SO ORDERED:

[signature]

The Honorable Naomi Reice Buchwald, U.S.D.J.
9/15/06