**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MOTTI KAPLAN, *Individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD L. GELFOND, BRADLEY J. WECHSLER, FRANCIS T. JOYCE and IMAX CORPORATION,<br><br>Defendants. | Electronically Filed<br><br>Civil Action No. 1:06-cv-06128-NRB<br><br>(ECF Case) |
| SANTIAGO GUZMAN, *Individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER and FRANCIS T. JOYCE,<br><br>Defendants. | Civil Action No. 1:06-cv-06235-NRB<br><br>(ECF Case) |
| ERIC S. BERGMAN, *Individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD L. GELFOND, BRADLEY J. WECHSLER, FRANCIS T. JOYCE and IMAX CORPORATION,<br><br>Defendants. | Civil Action No. 1:06-cv-06313-NRB<br><br>(ECF Case) |

[Captions continued on next page]

**MOTION OF THE IMAX INVESTOR GROUP TO CONSOLIDATE ACTIONS, TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL**

| | |
|---|---|
| MICHEL J. LAROSE, *Individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER and FRANCIS T. JOYCE,<br><br>Defendants. | Civil Action No. 1:06-cv-06349-NRB<br><br>(ECF Case) |
| ROBERT FEENEY, *Individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER and FRANCIS T. JOYCE,<br><br>Defendants. | Civil Action No. 1:06-cv-06449-NRB<br><br>(ECF Case) |
| FLOYD REYNOLDS, *Individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER and FRANCIS T. JOYCE,<br><br>Defendants. | Civil Action No. 1:06-cv-06693-NRB<br><br>(ECF Case) |

[Captions continued on next page]

| | |
|---|---|
| ANTHONY CAIAFA, *Individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER and FRANCIS T. JOYCE,<br><br>Defendants. | Civil Action No. 1:06-cv-07057-NRB<br><br>(ECF Case) |
| ROBERT B. GRAY, *Individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER and FRANCIS T. JOYCE,<br><br>Defendants. | Civil Action No. 1:06-cv-07162-NRB<br><br>(ECF Case) |

PLEASE TAKE NOTICE that class members Paul Witt, Gerald Nash, Michael Pemberton and Stacey Shehorn (collectively, the "IMAX Investor Group"), by their counsel, will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order: (i) consolidating related actions; (ii) appointing the IMAX Investor Group as lead plaintiff; (iii) approving the IMAX Investor Group's selection of the law firm of Schiffrin & Barroway, LLP to serve as Lead Counsel; (iv) approving the IMAX Investor Group's selection of the law firm of Brodsky & Smith, LLC to serve as Liaison Counsel; and (v)granting such other and further relief as the Court may deem just and proper. In support of this motion, the

IMAX

Investor Group submits herewith a Memorandum of Law and Declaration of Evan J. Smith.

Dated: October 10, 2006

Respectfully submitted,

BRODSKY & SMITH, LLC

By: *    /s Evan J. Smith, Esquire (ES3254)*

Evan J. Smith (ES-3254)
240 Mineola Blvd.
Mineola, NY 11501
Telephone: (516) 741-4977
Facsimile: (516) 741-0626

**Proposed Liaison Counsel**

**SCHIFFRIN & BARROWAY, LLP**
Stuart L. Berman
Sean M. Handler
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7056
Facsimile: (610) 667-7706

**Proposed Lead Counsel**