**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MOTTI KAPLAN, *Individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD L. GELFOND, BRADLEY J. WECHSLER, FRANCIS T. JOYCE and IMAX CORPORATION,<br><br>Defendants. | Electronically Filed<br><br>Civil Action No. 1:06-cv-06128-NRB<br><br>(ECF Case) |
| SANTIAGO GUZMAN, *Individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER and FRANCIS T. JOYCE,<br><br>Defendants. | Civil Action No. 1:06-cv-06235-NRB<br><br>(ECF Case) |
| ERIC S. BERGMAN, *Individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD L. GELFOND, BRADLEY J. WECHSLER, FRANCIS T. JOYCE and IMAX CORPORATION,<br><br>Defendants. | Civil Action No. 1:06-cv-06313-NRB<br><br>(ECF Case) |

[Captions continued on next page]

**CERTIFICATION OF SERVICE**

| | |
|---|---|
| MICHEL J. LAROSE, *Individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER and FRANCIS T. JOYCE,<br><br>Defendants. | Civil Action No. 1:06-cv-06349-NRB<br><br>(ECF Case) |
| ROBERT FEENEY, *Individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER and FRANCIS T. JOYCE,<br><br>Defendants. | Civil Action No. 1:06-cv-06449-NRB<br><br>(ECF Case) |
| FLOYD REYNOLDS, *Individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER and FRANCIS T. JOYCE,<br><br>Defendants. | Civil Action No. 1:06-cv-06693-NRB<br><br>(ECF Case) |

[Captions continued on next page]

| | |
|---|---|
| ANTHONY CAIAFA, *Individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER and FRANCIS T. JOYCE,<br><br>Defendants. | Civil Action No. 1:06-cv-07057-NRB<br><br>(ECF Case) |
| ROBERT B. GRAY, *Individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER and FRANCIS T. JOYCE,<br><br>Defendants. | Civil Action No. 1:06-cv-07162-NRB<br><br>(ECF Case) |

It is hereby certified that a copy of the foregoing documents were filed and served via electronic transmission with the clerk of the court using the CM/ECF system on this 10th day of October, 2006, and thereby served upon all counsel of record.

*s/ Evan J. Smith, Esquire (ES3254)*