# CERTIFICATE OF SERVICE

I, Jonathan K. Levine, a partner with the law firm Girard Gibbs LLP, hereby certify that I caused a true and correct copy of the following documents to be served by regular U.S. Mail to all parties listed on the attached service list on this 10th day of October 2006:

1. NOTICE OF MOTION OF ROBERT LIEBLANG FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL;

2. MEMORANDUM OF LAW IN SUPPORT OF THE MOTION OF ROBERT LIEBLANG FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL;

3. DECLARATION OF JONATHAN K. LEVINE IN SUPPORT OF THE MOTION OF ROBERT LIEBLANG FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL; and

4. [PROPOSED] ORDER CONSOLIDATING ACTIONS, APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL.

___/s/ *Jonathan K. Levine*_
Jonathan K. Levine

# October 10, 2006 Service List

**Counsel for Defendants:**

| |
|---|
| Lewis J. Limon<br>CLEARY GOTTLIEB STERN<br>& HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Tel: 212.225.2000<br>Fax: 212.225.3999 |

**Counsel for Plaintiffs:**

| | |
|---|---|
| Nancy Kaboolian<br>ABBEY SPANIER RODD ABRAMS<br>& PARADIS LLP<br>212 East 39th Street<br>New York, New York 10016<br>Tel: 212.889.3700<br>Fax: 212.684.5191 | Ronen Sarraf<br>SARRAF GENTILE LLP<br>485 Seventh Avenue, Suite 1005<br>New York, New York 10018<br>Tel: 212.868.3610<br>Fax: 212.918.7967 |
| Brian Philip Murray<br>MURRAY FRANK & SAILER LLP<br>275 Madison Avenue, Suite 801<br>New York, New York 10016<br>Tel: 212.682.1818<br>Fax: 212.682.1892 | Evan J. Smith<br>BRODSKY & SMITH LLC<br>240 Mineola Boulevard<br>Mineola, New York 11501<br>Tel: 516.741.4977 |
| Robert I. Harwood<br>WECHSLER HARWOOD LLP<br>488 Madison Avenue, 8th Floor<br>New York, New York 10022<br>Tel: 212.935.7400<br>Fax: 212.753.3630 | Catherine A. Torell<br>COHEN MILSTEIN HAUSFELD & TOLL PLLC<br>150 East 52nd Street<br>New York, New York 10022<br>Tel: 212.838.7797<br>Fax: 212.838.7745 |
| Steven J. Toll<br>Daniel S. Sommers<br>Matthew B. Kaplan<br>COHEN MILSTEIN HAUSFELD & TOLL PLLC<br>1100 New York Avenue, N.W.<br>Suite 500<br>Washington, D.C. 20005<br>Tel: 202.408.4600<br>Fax: 202.408.4699 | Laurence D. Paskowitz<br>Roy L. Jacobs<br>Paskowitz & Associates<br>60 East 42nd Street, 46th Floor<br>New York, New York 10016<br>Tel: 212.685.0969<br>Fax: 212.685.2306 |

| | |
|---|---|
| Jack Gerald Fruchter<br>Lawrence Donald Levit<br>ABRAHAM FRUCHTER & TWERSKY LLP<br>One Penn Plaza, Suite 1910<br>New York, New York 10119<br>Tel: 212.279.5050<br>Fax: 212.279.3655 | Marc A. Topaz<br>Richard A. Maniskas<br>Alison K. Clark<br>SCHIFFRIN & BARROWAY LLP<br>280 King of Prussia Road<br>Radnor, Pennsylvania 19087<br>Tel: 610.667.7706<br>Fax: 610.667.7056 |
| Bruce G. Murphy<br>LAW OFFICE OF BRUCE G. MURPHY<br>265 Llwyds Land<br>Vero Beach, Florida 32963-3252<br>Tel: 212.935.7400<br>Fax: 212.753.3630 | Kimberly M. Donaldson<br>Timothy N. Mathews<br>CHIMICLES & TIKELLIS LLP<br>One Hartford Centre<br>361 West Lancaster Avenue<br>Haverford, Pennsylvania 19041<br>Tel: 610.642.8500<br>Fax: 610.649.3633 |