**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MOTTI KAPLAN, *Individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD L. GELFOND, BRADLEY J. WECHSLER, FRANCIS T. JOYCE and IMAX CORPORATION,<br><br>Defendants. | Electronically Filed<br><br>Civil Action No. 1:06-cv-06128-NRB<br><br>(ECF Case) |
| SANTIAGO GUZMAN, *Individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER and FRANCIS T. JOYCE,<br><br>Defendants. | Civil Action No. 1:06-cv-06235-NRB<br><br>(ECF Case) |
| ERIC S. BERGMAN, *Individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD L. GELFOND, BRADLEY J. WECHSLER, FRANCIS T. JOYCE and IMAX CORPORATION,<br><br>Defendants. | Civil Action No. 1:06-cv-06313-NRB<br><br>(ECF Case) |

[Captions continued on next page]

**DECLARATION OF EVAN J. SMITH IN SUPPORT OF THE MOTION OF THE IMAX INVESTOR GROUP TO CONSOLIDATE ACTIONS, BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL**

| | |
|---|---|
| MICHEL J. LAROSE, *Individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER and FRANCIS T. JOYCE,<br><br>Defendants. | Civil Action No. 1:06-cv-06349-NRB<br><br>(ECF Case) |
| ROBERT FEENEY, *Individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER and FRANCIS T. JOYCE,<br><br>Defendants. | Civil Action No. 1:06-cv-06449-NRB<br><br>(ECF Case) |
| FLOYD REYNOLDS, *Individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER and FRANCIS T. JOYCE,<br><br>Defendants. | Civil Action No. 1:06-cv-06693-NRB<br><br>(ECF Case) |

[Captions continued on next page]

| | |
|---|---|
| ANTHONY CAIAFA, *Individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER and FRANCIS T. JOYCE,<br><br>Defendants. | Civil Action No. 1:06-cv-07057-NRB<br><br>(ECF Case) |
| ROBERT B. GRAY, *Individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER and FRANCIS T. JOYCE,<br><br>Defendants. | Civil Action No. 1:06-cv-07162-NRB<br><br>(ECF Case) |

Evan J. Smith, declares under penalty of perjury this 10th day of October, 2006:

1. I am a partner with the law firm of Brodsky & Smith, LLC, proposed Liaison Counsel for members Paul Witt, Gerald Nash, Michael Pemberton and Stacey Shehorn (collectively, the "IMAX Investor Group").

2. I respectfully submit this declaration in support of the motion of the IMAX Investor Group for consolidation of related actions, the appointment of lead plaintiff and for approval of lead plaintiff's selection of Lead Counsel and Liaison Counsel.

3. Attached hereto as Exhibit A are true and correct copies of the signed certifications of members Paul Witt, Gerald Nash, Michael Pemberton and Stacey Shehorn pursuant to the requirements of the Private Securities Litigation Reform Act of 1995. 15 U.S.C. § 78u-4(a)(2).

4. Attached hereto as Exhibit B is a true and correct copy of the notice to class members concerning the first-filed of the above-captioned actions that was published on August 11, 2006 on *Market Wire* advising the public of the pendency of a class action filed on behalf of shareholders of IMAX Corporation ("IMAX").

5. Attached hereto as Exhibit C is a true and correct copy of a chart of the IMAX Investor Group's transactions and approximate losses in IMAX securities.

6. Attached hereto as Exhibit D is a true and correct copy of the firm biography for Schiffrin & Barroway, LLP, the law firm seeking the Court's approval as Lead Counsel.

7. Attached hereto as Exhibit E is a true and correct copy of the firm biography for Brodsky & Smith, LLC, the law firm seeking the Court's approval as Liaison Counsel.

I hereby declare under penalty of perjury that the foregoing is true and correct.

*/s Evan J. Smith, Esquire (ES3254)*
Evan J. Smith (ES-3254)