UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOTTI KAPLAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD L. GELFOND, et al.,<br><br>Defendants. | Civil Action No. 1:06-cv-06128-NRB<br><br><u>ELECTRONICALLY FILED</u><br><br><u>CLASS ACTION</u> |
| SANTIAGO GUZMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>IMAX CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 1:06-cv-06235-NRB<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

[PROPOSED] ORDER APPOINTING SNOW CAPITAL INVESTMENT PARTNERS, L.P. AS LEAD PLAINTIFF, APPROVING ITS SELECTION OF LEAD COUNSEL AND FOR CONSOLIDATION OF RELATED ACTIONS

| | |
|---|---|
| ERIC S. BERGEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD L. GELFOND, et al.,<br><br>Defendants. | Civil Action No. 1:06-cv-06313-NRB<br><br><u>CLASS ACTION</u> |
| MICHAEL J. LAROSA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>IMAX CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 1:06-cv-06349-NRB<br><br><u>CLASS ACTION</u> |
| ROBERT FEENEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>IMAX CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 1:06-cv-06449-NRB<br><br><u>CLASS ACTION</u> |
| FLOYD REYNOLDS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>IMAX CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 1:06-cv-06693-NRB<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

| | | |
|---|---|---|
| ANTHONY CAIAFA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>IMAX CORPORATION, et al.,<br><br>Defendants. | x<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 1:06-cv-07057-NRB<br><br><u>CLASS ACTION</u> |
| ROBERT B. GRAY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>IMAX CORPORATION, et al.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>x | Civil Action No. 1:06-cv-07162-NRB<br><br><u>CLASS ACTION</u> |

Having considered Snow Capital Investment Partners, L.P.'s Motion for Appointment as Lead Plaintiff, Approval of Its Selection of Lead Counsel and for Consolidation of Related Actions (the "Motion"), and good cause appearing therefore, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to Fed. R. Civ. P. 42(a), the following related actions are consolidated:

| CASE NAME | CASE NO. | DATE FILED |
|---|---|---|
| *Kaplan v. Gelfond, et al.* | 1:06-cv-06128-NRB | August 11, 2006 |
| *Guzman v. IMAX Corp., et al.* | 1:06-cv-06235-NRB | August 16, 2006 |
| *Bergen v. Gelfond, et al.* | 1:06-cv-06313-NRB | August 18, 2006 |
| *Larosa v. IMAX Corp., et al.* | 1:06-cv-06349-NRB | August 21, 2006 |
| *Feeney v. IMAX Corp., et al.* | 1:06-cv-06449-NRB | August 25, 2006 |
| *Reynolds v. IMAX Corp., et al.* | 1:06-cv-06693-NRB | September 5, 2006 |
| *Caiafa v. IMAX Corp., et al.* | 1:06-cv-07057-NRB | September 13, 2006 |
| *Gray v. IMAX Corp., et al.* | 1:06-cv-07162-NRB | September 19, 2006 |

3. Pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), Snow Capital Investment Partners, L.P. is appointed lead plaintiff for the class; and lead plaintiff's choice of lead counsel is approved. Pursuant to §21D(a)(3)(B)(v), Lerach Coughlin Stoia Geller Rudman & Robbins LLP is appointed as lead counsel for the class.

IT IS SO ORDERED.

DATED: ______________________

______________________________
THE HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN (SR-7957)
DAVID A. ROSENFELD (DR-7564)

s/ DAVID A. ROSENFELD
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
TRICIA L. McCORMICK
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

S:\CasesSD\IMAX Corp\ORD00035582_LP.doc

CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ DAVID A. ROSENFELD
DAVID A. ROSENFELD

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: drosenfeld@lerachlaw.com

# Mailing Information for a Case 1:06-cv-06128-NRB

## Electronic Mail Notice List

*The following are those who are currently on the list to receive e-mail notices for this case.*

- ***Nancy Kaboolian***
  *nkaboolian@abbeygardy.com*
- ***Ronen Sarraf***
  *ronen@sarrafgentile.com*
- ***Catherine A. Torell***
  *ctorell@cmht.com*

## Manual Notice List

*The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.*

- (No manual recipients)