UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOTTI KAPLAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD L. GELFOND, et al.,<br><br>Defendants. | Civil Action No. 1:06-cv-06128-NRB<br><br><u>ELECTRONICALLY FILED</u><br><br><u>CLASS ACTION</u> |
| SANTIAGO GUZMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>IMAX CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 1:06-cv-06235-NRB<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF SNOW CAPITAL INVESTMENT PARTNERS, L.P.'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF LEAD COUNSEL AND FOR CONSOLIDATION OF RELATED ACTIONS

| | |
|---|---|
| ERIC S. BERGEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD L. GELFOND, et al.,<br><br>Defendants. | Civil Action No. 1:06-cv-06313-NRB<br><br>CLASS ACTION |
| MICHAEL J. LAROSA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>IMAX CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 1:06-cv-06349-NRB<br><br>CLASS ACTION |
| ROBERT FEENEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>IMAX CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 1:06-cv-06449-NRB<br><br>CLASS ACTION |
| FLOYD REYNOLDS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>IMAX CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 1:06-cv-06693-NRB<br><br>CLASS ACTION |

[Caption continued on following page.]

| | |
|---|---|
| ANTHONY CAIAFA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>IMAX CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 1:06-cv-07057-NRB<br><br><u>CLASS ACTION</u> |
| ROBERT B. GRAY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>IMAX CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 1:06-cv-07162-NRB<br><br><u>CLASS ACTION</u> |

I, David A. Rosenfeld, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of New York. I am a member of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, counsel for Snow Capital Investment Partners, L.P. ("Snow Capital"), and proposed lead counsel for the class in the above-entitled action. I make this declaration in support of Snow Capital Investment Partners, L.P.'s Motion for Appointment as Lead Plaintiff, Approval of Its Selection of Lead Counsel and for Consolidation of Related Actions. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Snow Capital's sworn Certification;

Exhibit B: Chart of Snow Capital's Purchases and Losses;

Exhibit C: Notice of class action lawsuit filed against IMAX Corporation, published on *Market Wire, Inc.*, a national business-oriented wire service, on August 11, 2006; and

Exhibit D: Firm résumé of Lerach Coughlin Stoia Geller Rudman & Robbins LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: October 10, 2006

s/ DAVID A. ROSENFELD

DAVID A. ROSENFELD

S:\CasesSD\IMAX Corp\DEC00035584_LP.doc

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ DAVID A. ROSENFELD
DAVID A. ROSENFELD

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: drosenfeld@lerachlaw.com

# Mailing Information for a Case 1:06-cv-06128-NRB

## Electronic Mail Notice List

*The following are those who are currently on the list to receive e-mail notices for this case.*

- ***Nancy Kaboolian***
  *nkaboolian@abbeygardy.com*
- ***Ronen Sarraf***
  *ronen@sarrafgentile.com*
- ***Catherine A. Torell***
  *ctorell@cmht.com*

## Manual Notice List

*The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.*

- (No manual recipients)