# EXHIBIT A

CERTIFICATION
PURSUANT TO FEDERAL SECURITIES LAWS

SNOW CAPITAL INVESTMENT PARTNERS, L.P. ("Plaintiff") declares as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the complaint.

2. Plaintiff did not purchase the securities that are the subject of this action at the direction of its counsel or to participate in this private action or any other under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in IMAX Corporation during the class period that are the subject of this action are as follows:

See attached Schedule

5. Plaintiff has sought to serve as a representative party on behalf of a class in the following action filed during the three years preceding the date of this Certification: *Weissmann v. Par Pharmaceutical Companies, Inc.*, No. 2:06-cv-03226-PGS-RJH (U.S.D.C. D. N.J.).

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of Sept., 2006

SNOW CAPITAL INVESTMENT PARTNERS, L.P.

By: ______________________

Richard A. Snow, President of Snow Capital Management, LLC, general partner of Snow Capital Investment Partners, L.P., an investment partnership

## SCHEDULE A

## SECURITIES TRANSACTIONS

### Acquisitions

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 12/14/2004 | 40,000 | $8.5321 |
| 10/03/2005 | 35,000 | $10.5084 |
| 11/03/2005 | 75,000 | $8.6396 |

### Sales

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 08/10/2006 | 40,000 | $5.8382 |
| 08/10/2006 | 35,000 | $5.8382 |
| 08/10/2006 | 75,000 | $5.8382 |