**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Motti Kaplan**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce,** and **Imax Corporation**,<br><br>Defendants. | **Case No. 1:06-cv-06128-NRB** |

[Captions continued on next page]

**MOTION BY STEELWORKERS PENSION TRUST**
**FOR CONSOLIDATION, FOR APPOINTMENT AS LEAD PLAINTIFF,**
**AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

Dated: October 10, 2006

**LABATON SUCHAROW & RUDOFF LLP**
Christopher J. Keller (CK-2347)
Andrei V. Rado (AR-3724)
Alan I. Ellman (AE-7347)
100 Park Avenue
New York, NY 10017
Tel: 212-907-0700
Fax: 212-818-0477

**Proposed Liaison Counsel**

**BERGER & MONTAGUE, P.C.**
Sherrie R. Savett
Phyllis M. Parker
Douglas M. Risen
1622 Locust Street
Philadelphia, PA 19103
Tel: 215-875-3000
Fax: 215-875-4604

**Proposed Lead Counsel**

| | |
|---|---|
| **Santiago Guzman**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Imax Corporation, Richard L. Gelfond, Bradley J. Wechsler,** and **Francis T. Joyce**,<br><br>Defendants. | **Case No. 1:06-cv-06235-NRB** |
| **Eric S. Bergen**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Richard L. Gelfond, Bradley J. Wechsler**, **Francis T. Joyce**, and **Imax Corporation**,<br><br>Defendants. | **Case No. 1:06-cv-06313-NRB** |
| **Michael J. Larosa**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Imax Corporation, Richard L. Gelfond, Bradley J. Wechsler,** and **Francis T. Joyce**,<br><br>Defendants. | **Case No. 1:06-cv-06349-NRB** |

[Captions continued on next page]

| | |
|---|---|
| **Robert Feeney**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Imax Corporation, Richard L. Gelfond, Bradley J. Wechsler,** and **Francis T. Joyce**,<br><br>Defendants. | **Case No. 1:06-cv-06449-NRB** |
| **Floyd Reynolds**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Imax Corporation, Richard L. Gelfond, Bradley J. Wechsler,** and **Francis T. Joyce**,<br><br>Defendants. | **Case No. 1:06-cv-06693-NRB** |
| **Anthony Caiafa**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Imax Corporation, Richard L. Gelfond, Francis T. Joyce,** and **Bradley J. Wechsler,**<br><br>Defendants. | **Case No. 1:06-cv-07057-NRB** |

[Captions continued on next page]

| | | |
|---|---|---|
| **Robert B. Gray**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Imax Corporation, Richard L. Gelfond, Bradley J. Wechsler,** and **Francis T. Joyce**,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **Case No. 1:06-cv-07162RB** |

**MOTION BY STEELWORKERS PENSION TRUST**
**FOR CONSOLIDATION, FOR APPOINTMENT AS LEAD PLAINTIFF,**
**AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

The Steelworkers Pension Trust ( "Steelworkers" or "Movant" or "Proposed Lead Plaintiff"), by and through its undersigned counsel hereby moves this Court for an Order:

(a) Consolidating all of the above indicated actions for all purposes including, but not limited to, discovery, pretrial proceedings and trial proceedings, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure;

(b) Appointing the Proposed Lead Plaintiff as Lead Plaintiff for the Class pursuant to §21D(a)(3)(B) of the Private Securities Litigation Reform Act of 1995 ("PSLRA"); and

(c) Approving the Proposed Lead Plaintiff's selection of Berger & Montague, P.C. to serve as Lead Counsel for the Class and the selection of Labaton, Sucharow, & Rudoff LLP to serve as Liaison Counsel for the Class pursuant to §21D(a)(3)(B)(v) of the PSLRA.

In support of the Motion, Movant submits herewith (a) the accompanying Memorandum of Law in Support of Motion of the Steelworkers Pension Trust for Consolidation, Appointment as Lead Plaintiff, and for Approval of Lead Plaintiff's Selection of Lead Counsel; and (b) the Declaration of Douglas M. Risen, with exhibits thereto, dated October 10, 2006.

Dated: October 10, 2006

**LABATON SUCHAROW & RUDOFF LLP**

By: s/Christopher T. Keller
Christopher J. Keller (CK-2347)
Andrei V. Rado (AR-3724)
Alan I. Ellman (AE-7347)
100 Park Avenue
New York, NY 10017
Tel: 212-907-0700
Fax: 212-818-0477

**Proposed Liaison Counsel**

**BERGER & MONTAGUE, P.C.**
Sherrie R. Savett
Phyllis M. Parker
Douglas M. Risen
1622 Locust Street
Philadelphia, PA 19103
Tel: 215-875-3000
Fax: 215-875-4604

**Proposed Lead Counsel**

410098_01.wpd