UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**Motti Kaplan**, individually and on behalf of all others similarly situated,

Plaintiff,

v.

**Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce,** and **Imax Corporation**,

Defendants.

**Case No. 1:06-cv-06128-NRB**

[Captions continued on next page]

**DECLARATION OF DOUGLAS M. RISEN IN SUPPORT OF MOTION BY THE STEELWORKERS PENSION TRUST FOR CONSOLIDATION, FOR APPOINTMENT AS LEAD PLAINTIFF, AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

Dated: October 10, 2006

**LABATON SUCHAROW & RUDOFF LLP**
Christopher J. Keller
Andrei V. Rado
Alan I. Ellman
100 Park Avenue
New York, NY 10017
Tel: 212-907-0700
Fax: 212-818-0477

**Proposed Liaison Counsel**

**BERGER & MONTAGUE, P.C.**
Sherrie R. Savett
Phyllis M. Parker
Douglas M. Risen
1622 Locust Street
Philadelphia, PA 19103
Tel: 215-875-3000
Fax: 215-875-4604

**Proposed Lead Counsel**

| | |
|---|---|
| **Santiago Guzman**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Imax Corporation, Richard L. Gelfond, Bradley J. Wechsler,** and **Francis T. Joyce**,<br><br>Defendants. | **Case No. 1:06-cv-06235-NRB** |
| **Eric S. Bergen**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce**, and **Imax Corporation**,<br><br>Defendants. | **Case No. 1:06-cv-06313-NRB** |
| **Michael J. Larosa**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Imax Corporation, Richard L. Gelfond, Bradley J. Wechsler,** and **Francis T. Joyce**,<br><br>Defendants. | **Case No. 1:06-cv-06349-NRB** |

[Captions continued on next page]

| | |
|---|---|
| **Robert Feeney**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Imax Corporation, Richard L. Gelfond, Bradley J. Wechsler,** and **Francis T. Joyce,**<br><br>Defendants. | **Case No. 1:06-cv-06449-NRB** |
| **Floyd Reynolds**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Imax Corporation, Richard L. Gelfond, Bradley J. Wechsler,** and **Francis T. Joyce,**<br><br>Defendants. | **Case No. 1:06-cv-06693-NRB** |
| **Anthony Caiafa**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Imax Corporation, Richard L. Gelfond, Francis T. Joyce,** and **Bradley J. Wechsler,**<br><br>Defendants. | **Case No. 1:06-cv-07057-NRB** |

[Captions continued on next page]

| | | |
|---|---|---|
| **Robert B. Gray**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Imax Corporation, Richard L. Gelfond, Bradley J. Wechsler,** and **Francis T. Joyce,**<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **Case No. 1:06-cv-07162RB** |

**DECLARATION OF DOUGLAS M. RISEN IN SUPPORT OF MOTION BY THE STEELWORKERS PENSION TRUST FOR CONSOLIDATION, FOR APPOINTMENT AS LEAD PLAINTIFF, AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

Douglas M. Risen, hereby declares as follows:

1. I am an attorney with Berger & Montague, P.C., counsel to the Steelworkers Pension Trust, and I make this Declaration in Support of the Motion of Steelworkers Pension Trust for Consolidation, for Its Appointment as Lead Plaintiff, and for Approval of Lead Plaintiff's Selection of Lead Counsel.

2. Attached hereto as Exhibits are true and correct copies of the following:

| Exhibit No. | Description |
|---|---|
| A | Certification of Movant Steelworkers Pension Trust, with chart detailing its losses during the Class Period of October 28, 2004 through August 9, 2006. |
| B | Notice to members of the Class published via *MarketWire*, on August 11, 2006. |
| C | Amended Notice to members of the Class published via *MarketWire* on September 13, 2006. |
| D | Firm Resume of Berger & Montague, P.C. |
| E | Firm Resume of Labaton Sucharow & Rudoff LLP. |

I declare under penalty of perjury that the foregoing is true and correct. Executed on 10th day of October, 2006.

Douglas M. Risen

410100_00.wpd