# Exhibit C

Yahoo! My Yahoo! Mail Make Y! your home page Search:

YAHOO! FINANCE Sign In New User? Sign Up Finance Home - Help market a CCNMatthew

Home Investing News & Opinion Retirement Banking & Credit Loans Insurance Small Biz
Special Editions Columnists Personal Finance Investing Ideas Markets Company Finances Providers

Get Quotes GO Symbol Lookup | Finance Search

Scottrade CLICK HERE $7 Trades, Fast Executions
50 COMMISSION-FREE TRADES SCHWAB ACTIVE TRADER

**Press Release** Source: Abraham Fruchter & Twersky LLP

# Abraham Fruchter & Twersky LLP Extends the Class Period in Shareholders' Litigation Filed Against IMAX Corporation

Wednesday September 13, 3:23 pm ET

NEW YORK, NY--(MARKET WIRE)--Sep 13, 2006 -- Abraham Fruchter & Twersky LLP today announced that a class action lawsuit has been commenced in the United States District Court for the Southern District of New York on behalf of purchasers of IMAX Corporation ("IMAX" or the "Company") (NASDAQ:IMAX - News) common stock that extends the Class Period. The previous Class Period was from February 17, 2006 to August 9, 2006. The new Class Period is from October 28, 2004 to August 9, 2006.

ADVERTISEMENT




The Complaint charges IMAX and certain of its officers and directors with violations of the Securities Exchange Act of 1934. More specifically, the Complaint alleges that the Company failed to disclose and misrepresented the following material adverse facts which were known to defendants or recklessly disregarded by them: (1) that defendants improperly timed revenue recognition from theaters; (2) that the Company recognized revenue in the fourth quarter of 2005 from at least ten theaters before the theaters had opened; (3) that the Company sought to manipulate its financial results because it desired to attract entities interested in buying or merging with the Company; (4) that the Company's financial statements were materially inflated; (5) that the Company lacked adequate internal controls; and (6) that the Company's financial statements were presented in violation of Generally Accepted Accounting Principles.

On August 9, 2006, IMAX announced that it was responding to an informal inquiry from the SEC regarding the Company's revenue recognition. IMAX's share price fell by 40.6% or $3.91 in reaction to this news.

If you purchased or otherwise acquired IMAX securities between October 28, 2004 and August 9, 2006, you may, no later than October 10, 2006, request that the Court appoint you as lead plaintiff. If you wish to serve as lead plaintiff, you must meet certain legal requirements set forth in the applicable law and file appropriate papers with the Court by October 10, 2006. You do not

Related Q
IMAX 9-Oct 12:3




IMAX 4.76 -
View Detailec
Delayed 20
Providers - Dis

Related News

- 5 Stock Tips You I Heaven - at Motley Fc
- IMAX Signs Theat Bogota, Colombia (Thu Oct 5)
- Open Season: An Experience hits th grossing $1.45 mil opening weekend (Wed Oct 4)
- Options Trader: Fr Ideas - SeekingAlpha

- By industry: Movie Theaters




Top Stor

- N. Korea Nuke Te: World Markets - AP
- Google May Anno Acquisition of You - Reuters (11:46 am)

need to seek appointment as a lead plaintiff in order to share in any recovery. Under certain circumstances, one or more Class members may together serve as lead plaintiff. You may retain Abraham Fruchter & Twersky LLP, or other counsel of your choice, to serve as your counsel in this action or you may choose to do nothing and remain an absent class member.

If you have any questions concerning this case or your rights or interests with respect to this matter, please contact plaintiff's counsel: Jack Fruchter, Esq. or Larry Levit, Esq. of Abraham Fruchter & Twersky, LLP, One Penn Plaza, Suite 2805, New York, New York 10119, by telephone at (212) 279-5050 or toll free at (800) 440-8986, by facsimile at (212) 279-3655, or by e-mail at jfruchter@aftlaw.com or llevit@aftlaw.com.

*Contact:*

CONTACT:
Jeffrey S. Abraham
Abraham Fruchter & Twersky LLP
(212) 279-5050

Source: Abraham Fruchter & Twersky LLP

- Airbus CEO Said t (12:30 pm)
- American Wins 20 Economics - AP (10:

- Most-emailed artic
- Most-viewed articl

RSS Fee

Add headlines to you personalized My Yal ( About My Yahoo! and

IMAX Headlines

Movie Production, The Headlines

More Finance RSS Fe

Email Story Set News Alert Print Story

Search News

Sponsor Results

Online Banking Guide
Independent guide on how to find the right online bank for you.
www.guide-to-online-banking.com

Get Free EZ Checking
Pay two or more bills a month online and your checking is free.
www.direct.citibank.com

Online Banking
Free guide to online banking & checking, & bill pay services.
www.wisefinancials.com
(What's This?)

Copyright © 2006 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2006 Market Wire. All rights reserved. All the news releases provided by Market Wire are copyrighted. Any forms of copying other than an individual user's personal reference without express written permission is prohibited. Further distribution of these materials is strictly forbidden, including but not limited to, posting, emailing, faxing, archiving in a public database, redistributing via a computer network or in a printed form.