# EXHIBIT E

Labaton Sucharow

# LABATON SUCHAROW & RUDOFF LLP

## INVESTOR PROTECTION LITIGATION

# THE FIRM AND ITS ACHIEVEMENTS

## Table of Contents

CORPORATE GOVERNANCE ..... 2
NOTABLE LEAD COUNSEL APPOINTMENTS ..... 4
TRIAL EXPERIENCE ..... 5
NOTABLE SUCCESSES ..... 6
COMMENTS ABOUT OUR FIRM BY THE COURTS ..... 12
PRO BONO ACTIVITIES ..... 12
ATTORNEYS ..... 13
EDWARD LABATON, PARTNER ..... 13
LAWRENCE A. SUCHAROW, MANAGING PARTNER ..... 15
ERIC J. BELFI, PARTNER ..... 17
JOEL H. BERNSTEIN, PARTNER ..... 18
THOMAS A. DUBBS, PARTNER ..... 19
LOUIS GOTTLIEB, PARTNER ..... 21
LYNDA J. GRANT, PARTNER ..... 22
BARBARA J. HART, PARTNER ..... 24
JAMES W. JOHNSON, PARTNER ..... 25
CHRISTOPHER J. KELLER, PARTNER ..... 26
EMILY C. KOMLOSSY, PARTNER ..... 27
JONATHAN M. PLASSE, PARTNER ..... 28
HOLLIS L. SALZMAN, PARTNER ..... 29
IRA A. SCHOCHET, PARTNER ..... 30
JOSEPH V. STERNBERG, PARTNER ..... 32

LISA BUCKSER-SCHULZ, OF COUNSEL ........ 33

JOSEPH H. EINSTEIN, OF COUNSEL ........ 34

DAVID J. GOLDSMITH, OF COUNSEL ........ 34

RICHARD T. JOFFE, OF COUNSEL ........ 36

ANTHONY J. HARWOOD, OF COUNSEL ........ 37

JON ADAMS, ASSOCIATE ........ 38

PETER W. BRUEGGEN, ASSOCIATE ........ 39

JEFFREY CATANZARO, ASSOCIATE ........ 39

CONOR R. CROWLEY, ASSOCIATE ........ 40

ALAN I. ELLMAN, ASSOCIATE ........ 41

STACEY B. FISHBEIN, ASSOCIATE ........ 42

BETH HOFFMAN, ASSOCIATE ........ 43

MICHAEL S. MARKS, ASSOCIATE ........ 44

CRAIG A. MARTIN, ASSOCIATE ........ 45

ANDREI V. RADO, ASSOCIATE ........ 46

ZACHARY M. RATZMAN, ASSOCIATE ........ 46

ERIC S. SCHACHTER, ASSOCIATE ........ 47

MICHAEL W. STOCKER, ASSOCIATE ........ 48

STEFANIE J. SUNDEL, ASSOCIATE ........ 49

SHELLEY THOMPSON, ASSOCIATE ........ 49

ETHAN D. WOHL, ASSOCIATE ........ 50

NICOLE M. ZEISS, ASSOCIATE ........ 51

Founded in 1963, Labaton Sucharow & Rudoff LLP ("Labaton Sucharow") is an internationally respected law firm with offices in New York and Florida and relationships throughout Europe. The Firm consists of more than 60 attorneys and a professional support staff that includes certified public accountants, licensed private investigators, resident securities analysts and 10 paralegals. The Firm prosecutes major complex litigation in the United States, and has successfully conducted a wide array of representative actions (principally class, mass and derivative) in the areas of securities, antitrust, merger/acquisition, limited partnership, ERISA, product liability, and consumer litigation. Labaton Sucharow's Investor Protection Litigation Group offers comprehensive services for our institutional investor clients and has recovered, through trial and settlement, more than $3 billion for the benefit of investors who have been victimized by such diverse schemes as stock price manipulation, mismanagement, and fraudulent offerings of securities. Through its efforts, the litigation group has also obtained meaningful corporate governance reforms to minimize the likelihood of repetitive wrongful conduct. Visit our website at **www.labaton.com** for more information about our dynamic firm.

## CORPORATE GOVERNANCE

Labaton Sucharow is committed to corporate governance reform. The Firm is a patron of the John L. Weinberg Center for Corporate Governance of the University of Delaware ("The Center"). The Center provides a forum for business leaders, directors of corporate boards, the legal community, academics, practitioners, graduate and undergraduate students, and others interested in corporate governance issues to meet and exchange ideas. One of Labaton Sucharow's senior partners, Edward Labaton, is a member of the Advisory Committee of The Center. Additionally, Mr. Labaton has for more than 10 years served as a member of the Program Planning Committee for the annual ALI-ABA Corporate Governance Institute, and serves on the Task Force on the Role of Lawyers in Corporate Governance of the New York City Bar Association (formerly known as the Association of the Bar of the City of New York).

On behalf of its institutional and individual investor clients, Labaton Sucharow has achieved some of the largest precedent-setting settlements since the enactment of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and has helped avert future instances of securities fraud by negotiating substantial corporate governance reforms as conditions of many of its largest settlements.

Because of the depth of their experience and deep commitment to the principles of corporate governance, many Labaton Sucharow partners have served as featured speakers on topics relating to corporate governance and reform at various symposia and lectures.

As a result of Labaton Sucharow's extensive experience and commitment to corporate governance reform, the Firm's clients have secured meaningful reforms, in addition to substantial monetary recoveries, in significant settlements such as:

- ***In re Waste Management, Inc. Securities Litigation***, Civ. No. H-99-2183 (S.D. Tex.): Labaton Sucharow, acting as Lead Counsel for the State of Connecticut

Retirement Plans & Trust Funds, caused the Company to present a binding resolution to declassify its board of directors, which was approved by its shareholders. As a consequence of Labaton Sucharow's efforts, the Company further agreed to amend its Audit Committee charter, which led to its enhanced effectiveness.

- ***In re Vesta Insurance Group Securities Litigation***, Civ. No. CV-98-W-1407-S (N.D. Ala.): Labaton Sucharow, acting as Lead Counsel for the Florida State Board of Administration, caused the Company to adopt provisions requiring that: (i) a majority of its Board members be independent; (ii) at least one independent director be experienced in corporate governance; (iii) the audit, nominating and compensation committees be comprised entirely of independent directors; and (iv) the audit committee comply with the recommendations of the Blue Ribbon Panel on the effectiveness of audit committees.
- ***In re Orbital Sciences Corporation Securities Litigation***, Civ. No. 99-197-A (E.D. Va.): Labaton Sucharow, acting as Lead Counsel for the New York City Pension Funds, negotiated the implementation of measures concerning the Company's quarterly review of its financial results, the composition, role and responsibilities of its Audit and Finance committee, and the adoption of a Board resolution providing guidelines regarding senior executives' exercise and sale of vested stock options.
- ***In re Bristol-Myers Squibb Securities Litigation***, Civ. No. 00-1990 (D.N.J.): Labaton Sucharow, acting as Lead Counsel for the LongView Collective Investment Fund of the Amalgamated Bank, negotiated noteworthy corporate governance reforms. Bristol-Myers Squibb ("BMS") has agreed to publicly disclose the following

information concerning all of its drugs marketed for at least one indication: a description of the clinical study design and methodology; results of the clinical trials; and safety results, including the reporting of adverse events seen during the clinical trials. The disclosures will be posted on BMS's website, *www.BMS.com*, as well as an industry website, *www.clinicalstudyresults.org*. BMS has agreed to post these disclosures for a 10-year period following approval of the settlement, and has further agreed that any modifications to the disclosure protocol must be approved by the Court, at the request of Labaton Sucharow as Lead Counsel, unless the modifications increase the scope of the disclosures. The corporate reform measures obtained in this case exceed the scope of reforms obtained by New York State Attorney General Eliot Spitzer in his settlement of an action against GlaxoSmithKline ("GSK") arising from the sale of Paxil, an antidepressant. The Paxil settlement is limited to drugs sold in the United States, whereas as a result of the BMS settlement, the company must post the clinical trial results of drugs marketed in any country throughout the world.

## NOTABLE LEAD COUNSEL APPOINTMENTS

Labaton Sucharow's institutional and individual investor clients are regularly appointed by federal courts to serve as lead plaintiffs in prominent securities litigations brought under the PSLRA. Since January 2003, dozens of state, city and county public pension funds and union funds have selected Labaton Sucharow to represent them in federal securities class actions and advise them as securities litigation/investigation counsel. Listed below are a few of our current notable Lead Counsel appointments.

***IN RE AMERICAN INTERNATIONAL GROUP, INC. SECURITIES LITIGATION,***
*No. 04 Civ. 8141 (JES) (S.D.N.Y.)*

Representing the State of Ohio as Lead Plaintiff.

***IN RE ST. PAUL TRAVELERS SECURITIES LITIGATION II,***
*Civ. No. 04-CV-4697 (JRT/FLN) (D. Minn.)*

Representing the Educational Retirement Board of New Mexico as Lead Plaintiff.

***IN RE JDS UNIPHASE CORP. SECURITIES LITIGATION,***
*Civ. No. C 02-1486 CW (N.D. Cal.)*

Representing the Connecticut Retirement Plans and Trust Funds as Lead Plaintiff.

***IN RE HEALTHSOUTH CORPORATION SECURITIES LITIGATION,***
*Consolidated Case No. CV-03-BE-1501-S (N.D. Ala.)*

Representing New Mexico State Investment Counsel,
the Educational Retirement Board of New Mexico,
and the State of Michigan Retirement System
as Co-Lead Plaintiffs.

***IN RE EL PASO CORPORATION LITIGATION,***
*Civ. No. H-02-2717 (S.D. Tex.)*

Representing a major private investor as Lead Plaintiff.

## TRIAL EXPERIENCE

Few securities class action cases go to trial. But when it is in the best interests of its clients and the class, Labaton Sucharow repeatedly has demonstrated its willingness and ability to try these complex securities cases before a jury.

Labaton Sucharow's recognized willingness and ability to bring cases to trial significantly increases the ultimate settlement value for shareholders. For example, in *In re Real Estate Associates Limited Partnership Litigation*, when defendants were unwilling to settle for an amount Labaton Sucharow and its clients viewed as fair, we tried the case with co-counsel for six weeks and obtained a landmark $184 million jury verdict in November 2002. The jury supported plaintiffs' position that defendants knowingly violated the federal securities laws, and that the general partner had breached

his fiduciary duties to plaintiffs. The $184 million award was one of the largest jury verdicts returned in any PSLRA action and one in which the plaintiff class, consisting of 18,000 investors, recovered 100% of their damages.

## NOTABLE SUCCESSES

Labaton Sucharow has achieved notable successes in major securities litigations on behalf of its clients and certified investor classes.

- Labaton Sucharow served as Lead Counsel to the Connecticut Retirement Plans and Trust Funds in ***In re Waste Management, Inc. Securities Litigation***, Civ. No. H-99-2183 (S.D. Tex.). In 2002, Judge Melinda Harmon approved an extraordinary settlement that provided for recovery of $457 million in cash, plus an array of far-reaching corporate governance measures. At that time, this settlement was the largest common fund settlement of a securities action achieved in any court within the Fifth Circuit and the third-largest achieved in any federal court in the nation. Judge Harmon noted, among other things, that Labaton Sucharow "obtained an outstanding result by virtue of the quality of the work and vigorous representation of the Class."
- Labaton Sucharow served as Lead Counsel representing the class and Lead Plaintiff, the LongView Collective Investment Fund of the Amalgamated Bank, in ***In re Bristol-Myers Squibb Securities Litigation***, Civ. No. 00-1990 (D.N.J.). After prosecuting securities fraud claims against BMS for more than five years, Labaton Sucharow reached an agreement to settle the claims for $185 million and significant corporate governance reforms. This settlement is the second largest recovery against a pharmaceutical company, and it is the largest recovery ever obtained against a

pharmaceutical company in a securities fraud case involving the development of a new drug. Moreover, the settlement is the largest ever obtained against a pharmaceutical company in a securities fraud case that did not involve a restatement of financial results.

- Labaton Sucharow represented the Florida State Board of Administration as Lead Plaintiff in ***In re Vesta Insurance Group, Inc. Securities Litigation***, Civ. No. CV-98-AR-1407 (N.D. Ala.). After years of protracted litigation, Labaton Sucharow secured a settlement of $78 million on the eve of trial.
- In ***Abrams v. VanKampen Funds, Inc.***, 01 C 7538 (N.D. Ill.), in January 2006 Labaton Sucharow obtained final approval of a $31.5 million settlement in an innovative class action concerning VanKampen's senior loan mutual fund, alleging that the fund overpriced certain senior loan interests where market quotations were readily available. The gross settlement fund constitutes a recovery of about 70% of the class's damages as determined by plaintiffs' counsel.
- Labaton Sucharow represented the named New York City pension funds as Lead Plaintiff in ***In re Orbital Sciences Corp. Securities Litigation***, Civ. No. 99-197-A (E.D. Va.). After cross-motions for summary judgment were fully briefed, defendants (and Orbital's auditor in a related proceeding) agreed to a $23.5 million cash settlement, warrants, and substantial corporate governance measures.
- In ***In re CapRock Communications Corp. Securities Litigation***, Civ. No. 3-00-CV-1613-R (N.D. Tex.), Labaton Sucharow represented a prominent Louisiana-based investment adviser in claims alleging violations of the federal securities laws. The case settled for $11 million in 2003.

- In the well-known ***In re Prudential Securities Inc. Limited Partnership Litigation***, Civ. No. M-21-67 (S.D.N.Y.), the late Judge Milton Pollack cited the "Herculean" efforts of Labaton Sucharow and its Co-Lead Counsel and, in approving a $110 million partial settlement, stated that "this case represents a unique recovery – a recovery that does honor to every one of the lawyers on your side of the case."

- In ***In re PaineWebber Limited Partnerships Litigation***, Master File No. 94 Civ. 832/7 (SHS) (S.D.N.Y.), Judge Sidney H. Stein approved a settlement valued at $200 million and found "that Class Counsel's representation of the Class has been of high caliber in conferences, in oral arguments and in work product."

- In ***Rosengarten v. International Telephone & Telegraph Corp.***, Civ. No. 76-1249 (N.D.N.Y.), Judge Morris Lasker noted that the Firm "served the corporation and its stockholders with professional competence as well as admirable intelligence, imagination and tenacity."

- In ***In re Prudential-Bache Energy Income Partnerships Securities Litigation***, MDL No. 888, an action in which Labaton Sucharow served on the Executive Committee of Plaintiffs' Counsel, Judge Marcel Livaudais, Jr., of the United States District Court for the Eastern District of Louisiana, observed that:

  > Counsel were all experienced, possessed high professional reputations and were known for their abilities. Their cooperative effort in efficiently bringing this litigation to a successful conclusion is the best indicator of their experience and ability . . . .
  >
  > The Executive Committee is comprised of law firms with national reputations in the prosecution of securities class action and derivative litigation. The biographical summaries submitted by each member of the Executive Committee attest to the accumulated experience and record of success these firms have compiled.

- In ***New York City Employees' Retirement System v. Adelphia Communications Corp.***, Civ. No. 02-CV-3778 (E.D. Pa.), Labaton Sucharow is prosecuting two individual securities actions on behalf of certain New York City Pension Funds and on behalf of the New Jersey Division of Investment, each against Adelphia Communications Corp., its directors, officers, underwriters and auditors. To date, the Court has issued several decisions resolving aspects of the motions to dismiss made by defendants. One of those decisions upheld the standing of the New Jersey Division to sue on behalf of the pension and retirement funds of certain New Jersey State agencies. In addition, the New York City Funds and the New Jersey Division have moved for partial summary judgment against three individual defendants, including John and Timothy Rigas, based upon those defendants' convictions in related criminal proceedings.
- In ***STI Classic Funds v. Bollinger Industries, Inc.***, No. 96-CV-0823-R (N.D. Tex.), Labaton Sucharow commenced related suits in both state and federal courts in Texas on behalf of STI Classic Funds and STI Classic Sunbelt Equity Fund, affiliates of the SunTrust Bank, the fifth-largest bank in the United States. As a result of Labaton Sucharow's efforts, the class of Bollinger Industries, Inc. investors on whose behalf the bank sued obtained the maximum recovery possible from the individual defendants and a substantial recovery from the underwriter defendants. Notwithstanding a strongly unfavorable trend in the law in the State of Texas, and strong opposition by the remaining accountant firm defendant, Labaton Sucharow has obtained class certification and continues to prosecute the case against that firm.
- In ***In re Just for Feet Noteholder Litigation***, Civ. No. CV-00-C-1404-S (N.D. Ala.), Labaton Sucharow, as Lead Counsel, represents Lead Plaintiff Delaware

Management and the Aid Association for Lutherans with respect to claims brought on behalf of noteholders. On October 21, 2005, Chief Judge Clemon of the U.S. District Court for the Northern District of Alabama preliminarily approved Plaintiffs' settlement with Banc of America Securities LLC, the sole remaining defendant in the case, for $17.75 million. During the course of the litigation, Labaton Sucharow obtained certification for a class of corporate bond purchasers in a ground-breaking decision, *AAL High Yield Bond Fund v. Ruttenberg*, 229 F.R.D. 676 (N.D. Ala. 2005), which is the first decision by a federal court to explicitly hold that the market for high-yield bonds such as those at issue in the action was efficient.

- In ***In re Intermune Securities Litigation***, Master File No. 03-2454 SI (N.D. Cal. 2005), Labaton Sucharow commenced an action on behalf of its client, a substantial investor, against Intermune, a biopharmaceutical firm, and certain of its officers, alleging securities fraud in connection with InterMune's sales and marketing of a drug for off-label purposes. Notwithstanding higher pleading and proof standards in the jurisdiction in which the action had been filed, Labaton Sucharow utilized its substantial investigative resources and creative alternative theories of liability to successfully obtain an early, pre-discovery settlement of $10.4 million. The Court complimented Labaton Sucharow on its ability to obtain a substantial benefit for the Class in such an effective manner.
- In ***In re St. Paul Travelers Securities Litigation***, 04-CV-3801 (D. Minn.), Labaton Sucharow was able to successfully negotiate the creation of an all cash settlement fund to compensate investors in the amount of $67.5 million in November 2005. This settlement represents the third-largest securities class action settlement in the Eighth Circuit and one of the top 100 largest settlements of all time.

Among the institutional investor clients Labaton Sucharow represents and advises are:

Academy Capital Management

Metropolitan Atlanta Rapid Transit Authority

Baltimore County Employees' Retirement System

Boston Retirement Board

California Public Employees' Retirement System

Connecticut Retirement Plans and Trust Funds

Diamond A. Partners, L.P.

Employees' Retirement System of Georgia

Florida State Board of Administration

Genesee County Employees' Retirement System

Greenway Partners, L.P.

Lawndale Capital Management

LongView Collective Investment Fund of the Amalgamated Bank

Maryland State Retirement System

The Commonwealth of Massachusetts

The State of Michigan Retirement System

The State of New Mexico

New Jersey Investment Division

New York City Pension Funds

The State of Ohio

Pirate Capital

RS Holdings LLC

San Francisco Employees' Retirement System

St. Denis J. Villere & Co.

State of Wisconsin Investment Board

Steamship Trade Association of Baltimore, Inc. –
International Longshoremen's Association Pension Fund

SunTrust Bank

## COMMENTS ABOUT OUR FIRM BY THE COURTS

Many federal judges have commented favorably on the Firm's expertise and results achieved in securities class action litigation. Judge John E. Sprizzo complimented the Firm's work in *In re Revlon Pension Plan Litigation*, Civ. No. 91-4996 (JES) (S.D.N.Y.). In granting final approval to the settlement, Judge Sprizzo stated that "[t]he recovery is all they could have gotten if they had been successful. I have probably never seen a better result for the class than you have gotten here."

Labaton Sucharow was a member of the Executive Committee of Plaintiffs' Counsel in *In re PaineWebber Limited Partnerships Litigation*, Master File No. 94 Civ. 8547 (SHS). In approving a class-wide settlement valued at $200 million, Judge Sidney H. Stein of the Southern District of New York stated:

> The Court, having had the opportunity to observe first hand the quality of Class Counsel's representation during this litigation, finds that Class Counsel's representation of the Class has been of high caliber in conferences, in oral arguments and in work product.

Judge Lechner, presiding over the $15 million settlement in *In re Computron Software Inc. Securities Class Action Litigation*, Civ. No. 96-1911 (AJL) (D.N.J.), where Labaton Sucharow served as Co-Lead Counsel, commented that

> I think it's a terrific effort in all of the parties involved . . . , and the co-lead firms . . . I think just did a terrific job.
>
> You [co-lead counsel and] Mr. Plasse, just did terrific work in the case, in putting it all together . . . .

## PRO BONO ACTIVITIES

Our attorneys devote substantial time to pro bono activities. Many of our attorneys participated in the Election Protection Program sponsored in 2004 by the Lawyers Committee for Civil Rights Under the Law to ensure that every voter could vote and every vote would count.

In addition, the Firm's attorneys devote their time to pro bono activities in the fields of the arts, foundations, education, and health and welfare issues.

## ATTORNEYS

Among the attorneys at Labaton Sucharow who are involved in the prosecution of securities actions are partners Edward Labaton, Lawrence A. Sucharow, Eric J. Belfi, Joel H. Bernstein, Thomas A. Dubbs, Louis Gottlieb, Lynda J. Grant, Barbara J. Hart, James W. Johnson, Christopher J. Keller, Emily C. Komlossy, Jonathan M. Plasse, Hollis L. Salzman, Ira A. Schochet, Joseph V. Sternberg; of counsel attorneys Lisa Buckser-Schulz, Joseph H. Einstein, David J. Goldsmith, Richard T. Joffe, Anthony J. Harwood; and associates Jon Adams, Peter W. Brueggen, Jeffrey Catanzaro, Conor R. Crowley, Alan I. Ellman, Stacey B. Fishbein, Beth Hoffman, Vicky Ku, Michael S. Marks, Craig A. Martin, Andrei V. Rado, Zachary M. Ratzman, Eric S. Schachter, Michael W. Stocker, Stefanie J. Sundel, Shelley Thompson, Ethan D. Wohl, and Nicole M. Zeiss. A short description of the qualifications and accomplishments of each follows.

### ***EDWARD LABATON, PARTNER*** ***elabaton@labaton.com***

***Edward Labaton*** is recognized not only as a top securities litigation attorney, but as a leading expert on corporate governance initiatives. He is admitted to practice in the State of New York, the United States District Courts for the Southern and Eastern Districts of New York, the United States Court of Appeals for the Second Circuit, the United States Courts of Appeals for the Fifth, Sixth, Seventh, Ninth, and Tenth Circuits, and the Supreme Court of the United States. Mr. Labaton received his J.D. from Yale Law School in 1955 and has specialized in the areas of securities and corporate litigation since 1957. He has prosecuted numerous securities actions as well as other class and derivative actions, and was lead attorney and chief trial counsel in *Kriendler v. Sambo's* and *Weckstein v. Breitbart* and acted as Lead Counsel on behalf of Labaton Sucharow in the *Financial*

*Corporation of America*, *Petro Lewis*, *PepsiCo*, *Jim Walter*, *American Brands*, *GAF Co.*, *Revlon,* and *Dun & Bradstreet* law suits.

Mr. Labaton has substantial trial experience in class and derivative actions. He has also acted as trial counsel in other cases in the Southern District of New York, Western District of Oklahoma and in the state courts of New York. Additionally, Mr. Labaton has argued numerous appeals involving important issues in securities law and federal procedure including appeals in the Second, Sixth, Seventh, Ninth, and Tenth Circuits and in the New York State appellate courts.

Since its formation in 1996, he has served as President of the Institute for Law and Economic Policy, a public policy institution dealing with the civil practice legal system. The Institute has sponsored 12 symposia since its formation. In each symposium, the co-sponsoring law school's principal law review has devoted an entire issue to a special Symposium Issue, publishing the papers presented at the symposium. Co-sponsoring law schools have included Columbia Law School, Duke Law School, Vanderbilt Law School, Washington University Law School, and the University of Arizona College of Law.

A member of the American Law Institute since 1986, Mr. Labaton has served as a lecturer in the Federal Civil Practice and Corporate Governance programs for ALI/ABA and PLI programs on the subjects of federal civil practice, securities litigation, class actions, and corporate governance. Among his many associations, he served as a member of the Board of Directors of the New York County Lawyers' Association and was Chairman of its Federal Courts Committee. Mr. Labaton has also chaired the Senior Lawyers Committee of the New York City Bar Association and has served as a member of the Federal Courts Committee, the Committee on Securities Regulation, the Corporation Law Committee, the Committee on International Human Rights, and the Federal Legislation Committee of that Association.

Mr. Labaton is a Director of the Lawyers Committee for Civil Rights Under Law. Since its formation in 1996, he has been an Officer and Member of the Executive Committee of the Ovarian Cancer Research Fund (OCRF), which has become the premier organization funding research in ovarian cancer.

## *LAWRENCE A. SUCHAROW, MANAGING PARTNER* *lsucharow@labaton.com*

***Lawrence A. Sucharow,*** the managing partner at Labaton Sucharow, is admitted to practice in the States of New York and New Jersey, the United States District Courts for the Southern and Eastern Districts of New York, the District of New Jersey, the United States Court of Appeals for the Second Circuit, and the Supreme Court of the United States. Mr. Sucharow received his B.B.A. *cum laude* from the Baruch School of the City College of New York in 1971, and his J.D. *cum laude* from Brooklyn Law School in 1975 and has specialized in complex securities and other class action litigation since that date. In addition to prosecuting actions for which he has principal responsibility, Mr. Sucharow oversees and coordinates the work of the professionals who comprise the Firm's contingent litigation and Securities Investor Protection Litigation departments.

Mr. Sucharow has prosecuted, and is currently prosecuting, numerous class actions in the securities, limited partnership, consumer, and products liability fields both as sole Lead Counsel and as a member or co-chair of executive committees of plaintiffs' counsel. Mr. Sucharow has successfully prosecuted actions, recovering hundreds of millions of dollars, on behalf of shareholders of public companies such as PepsiCo, American Express, Ames Department Stores, Gambro AB, Dun & Bradstreet Corporation, Medco Containment, Time Warner, Xerox, Emersons Ltd., Maxtor Corp., Todd Shipyards, and others; on behalf of bondholders of the New York City Housing Development Corporation; on behalf of purchasers of limited partnership interests from Prudential Securities, New York Life Insurance Company, and PaineWebber, Inc.; and on behalf of manufacturers for antitrust violations. He played a leading role in the prosecution of the *Waste*

*Management*, *Prudential*, *Paine Webber*, *Real Estate Associates Limited Partnership*, *Mylan*, *Bayer AG*, *Ram Funding* and *Berkshire Realty* litigations.

Mr. Sucharow was successful trial counsel in the important business law case of *Data Probe v. Datatab* (N.Y. Sup. Ct.), and one of the principal trial counsel in *In re Real Estate Associates Limited Partnership Litigation*, which resulted in a plaintiffs' jury verdict of $184 million. Some of the settled actions in which Mr. Sucharow has undertaken a lead role include obtaining benefits for class members of $200 million (*In re PaineWebber Incorporated Limited Partnerships Litigation*, 94 Civ. 8547(SHS) (S.D.N.Y.) – member of six-lawyer executive committee); $110 million partial settlement (*In re Prudential Securities Incorporated Limited Partnerships Litigation*, MDL No.1005 (S.D.N.Y.) – chairman of eight-lawyer executive committee); $91 million (*In re Prudential Bache Energy Income Partnerships Securities Litigation*, MDL 888(ML) (D. La.) – member six-lawyer executive committee); more than $92 million (*Shea v. New York Life Insurance Company*, Civ. 96 0746 (S.D. Fla.) – Co-Lead Counsel); and more than $70 million (*Sumitomo Copper Consumer Products Litigation*, (Superior Court, San Diego, Cal.) – Co-Lead Counsel). In approving the *Prudential* settlement, Judge Milton Pollack, citing the "Herculean" effort of plaintiffs' counsel, stated: "*But this case represents a unique recovery – a recovery that does honor to every one of the lawyers on your side of the case.*"

Mr. Sucharow is a member of the Federal Bar Council's Committee on Second Circuit Courts, the Federal Courts Committee of the New York County Lawyers Association, and the Securities Law Committee of the New Jersey State Bar Association. Mr. Sucharow, who lectures on class actions, complex civil litigation, and related topics in continuing legal education programs, has earned an "AV" rating from Martindale Hubbell Law Directory and was the founding chairman of the Class Action Committee of the Commercial and Federal Litigation Section of the New York State Bar Association from 1988-1994. Mr. Sucharow is the former President of the National

Association of Shareholder and Consumer Attorneys (NASCAT), a membership organization of approximately 80 law firms which practice complex civil litigation, including class actions.

### ***ERIC J. BELFI, PARTNER*** ***ebelfi@labaton.com***

***Eric J. Belfi*** joined Labaton Sucharow's New York office in May 2006 as a partner. Eric is very active in investigating and initiating securities and shareholder class actions. He concentrates his efforts on speaking with international institutional investors to keep them apprised of developing trends in the law and new case theories. Eric is a regular speaker at institutional investor gatherings in Europe.

Eric co-authored *The Proportionate Trading Model: Real Science or Junk Science?*, 52 CLEVELAND ST. L. REV. 391 (2004-05); and *International Strategic Partnerships to Prosecute Securities Class Actions, Investment & Pensions Europe*, May 2006, and was a panelist at " '*Class Action' etutela internazionale degli investimenti finanziari*" in Vicenzia, Italy in July 2005, and "U.S. Securities Class Actions Workshop: Portfolios' Management and Investors' Rights Protection" in Milan, Italy in May 2006.

Prior to joining Labaton Sucharow, Eric was a class action litigation partner at Murray, Frank & Sailer LLP in New York. He also served as Assistant Attorney General for the State of New York and Assistant District Attorney for the County of Westchester. As a prosecutor, Eric investigated and prosecuted numerous white-collar crime cases, including securities violations. In this capacity, he presented hundreds of cases to the grand jury and obtained numerous felony convictions after jury trials. Most notably, Eric successfully convicted two defendants of 31 counts in a four-week jury trial.

Eric is admitted to the bars of the State of New York and the United States District Court for the Southern and Eastern Districts of New York; United States District Court for the Eastern District of Michigan; the United States District Court of Colorado; the United States District Court for the District of Nebraska; and the United States District Court for the Eastern District of

Wisconsin. He graduated from Georgetown University with a B.A. in 1992 and received a J.D. from St. John's University School of Law in 1995. Eric is an associate prosecutor for the Village of New Hyde Park, and is also a member of the Federal Bar Council and the Association of the Bar for the City of New York.

## ***JOEL H. BERNSTEIN, PARTNER*** ***jbernstein@labaton.com***

***Joel H. Bernstein*** is a senior partner managing complex litigation including securities, RICO and antitrust litigations and has attained a rating of "AV" from Martindale-Hubbell.

Mr. Bernstein received his J.D. from Brooklyn Law School and was admitted to practice in New York State in 1976. He is a member of the New York Bar, and is admitted to practice in all courts of the State of New York, as well as the United States District Courts for the Southern and Eastern Districts of New York, and the United States Courts of Appeals for the Second and Third Circuits. Mr. Bernstein has served on the Panel of Arbitrators of the New York Stock Exchange and National Association of Securities Dealers. Mr. Bernstein is also a charter member of the Personal Investors Arbitration Bar Association and has been a lecturer at programs conducted by that organization. Further, he is a member of the New York State Bar Association and New York County Lawyers Association.

Mr. Bernstein has extensive experience managing complex litigation. He served as a member of the Executive Committee and Chair of the Litigation Committee in *In re Prudential Securities Limited Partnerships Litigation*, MDL No. 1005 (S.D.N.Y.), a complex RICO class action in which plaintiffs sued the brokers and sponsors of more than 700 limited partnerships. That case resulted in approval of a final settlement of $110 million.

After approving a $22.5 million settlement with additional defendants in the *Prudential* litigation, Judge Pollack specifically commended Mr. Bernstein's efforts in coordinating a litigation committee and stated "[t]he responsibility undertaken by Class Counsel was enormous, and, as the

vigor with which they litigated demonstrates, was carried out by Class Counsel with an understanding of the importance of their efforts to plaintiffs and members of the Class . . . . With respect to each item of work the Court observed Class Counsel perform, the Court is of the opinion that the work product was of the highest caliber." *In re Prudential Securities Incorporated Limited Partnerships Litigation*, MDL 1005 (Order No. 142, December 2, 1997, S.D.N.Y.).

Mr. Bernstein also served on the Executive Committee of *In re PaineWebber Incorporated Limited Partnerships Litigation*, 94 Civ. 8547 (SHS) (S.D.N.Y.), a RICO class action which was recently settled with a $125 million cash settlement fund plus significant additional non-cash benefits with a total value of $200 million.

Mr. Bernstein has extensive experience in securities litigation, including class actions and securities arbitrations, representing investors as well as brokers and brokerage firms. He is a co-author of *Class Actions and Multiple Parties*, SECURITIES ARBITRATION 1993, PRODUCTS, PROCEDURES AND CAUSES OF ACTION, Practicing Law Institute 1993 and *Beyond Selling Fraud: Extending the Life of Finite Life Partnerships*, SECURITIES ARBITRATION 1998, REDEFINING PRACTICES AND TECHNIQUES, Practicing Law Institute 1998. He is a co-author of the book STAND UP TO YOUR STOCKBROKER, YOUR RIGHTS AS AN INVESTOR, published by Consumer Reports Books in 1991.

## *THOMAS A. DUBBS, PARTNER* — *tdubbs@labaton.com*

***Thomas A. Dubbs*** is a senior partner with Labaton Sucharow in the New York office. Since the passage of the PSLRA, Mr. Dubbs has specialized in representing institutional investors and pension funds in securities fraud and other types of litigation. Mr. Dubbs represented an affiliate of SunTrust Bank, the first major private institutional investor to become a lead plaintiff in a class action under the Act, against an issuer, a major accounting firm, and major underwriters. He frequently lectures to institutional investors and other groups such as the Government Finance Officers Association, the National Conference of Public Employee Retirement Systems, and the

Council of Institutional Investors. Mr. Dubbs served as Lead Counsel for the class and Lead Plaintiff New Mexico (the New Mexico Public Employees Retirement Association, the New Mexico State Investment Council and the New Mexico Educational Retirement Board) in the securities class actions against St. Paul Travelers Companies, Inc. in relation to the merger between The St. Paul Companies and Travelers Property Casualty Corporation. That case recently resulted in a $67.5 million settlement. In addition, he served as Lead Counsel to the LongView Fund of Amalgamated Bank in *In re Bristol-Myers Squibb*, which resulted in a $185 million settlement and sweeping corporate governance reforms.

Mr. Dubbs has extensive experience in antitrust litigation, including the representation of a plaintiff in a major antitrust action against an arm of the French Government.

Mr. Dubbs led the team of Labaton Sucharow attorneys who represented the Lead Plaintiff, the Florida State Board of Administrators, in the *Vesta Insurance Group* class action. To date, settlements with the Company and its auditor, KPMG, total more than $79 million, which is more than 37% of the damages sustained by the Class. Mr. Dubbs currently serves as Lead Counsel in the federal securities fraud class action brought against American International Group, Inc. on behalf of Lead Plaintiff Ohio (comprised of several of Ohio's retirement systems). He also serves as Lead Counsel in the Federal securities fraud class action brought against HealthSouth on behalf of Co-Lead Plaintiffs New Mexico (comprised of several of New Mexico's retirement systems) and the State of Michigan Retirement System.

Prior to joining Labaton Sucharow, Mr. Dubbs served for seven years as Senior Vice President and Senior Litigation Counsel for Kidder, Peabody & Co. Incorporated ("Kidder"). While at Kidder, he represented the company in many class actions, including the *First Executive* and *Orange County* litigations. Before joining Kidder, Mr. Dubbs was head of the litigation department at Hall, McNicol, Hamilton & Clark, where he was the principal partner representing

Thomson McKinnon Securities Inc. in litigation matters including class actions such as the *Petro Lewis* and *Baldwin United* cases.

Mr. Dubbs received his B.A. from the University of Wisconsin and his J.D. from the University of Wisconsin Law School. He also has a Masters in International Relations from the Fletcher School of Law and Diplomacy at Tufts University. Mr. Dubbs is a member of the New York State Bar Association and the New York City Bar Association.

### *LOUIS GOTTLIEB, PARTNER* *lgottlieb@labaton.com*

***Louis Gottlieb*** graduated first in his class and *magna cum laude* from St. John's University School of Law in 1990 where he earned his J.D. and was a member of the Law Review. He is admitted to practice in the States of New York and Connecticut as well as the United States District Court for the Southern and Eastern Districts of New York. From 1991 to 1993 he was a law clerk to the Hon. Leonard B. Wexler of the U.S. District Court for the Eastern District of New York. Before joining Labaton Sucharow, he was an associate at Skadden Arps Slate Meagher & Flom, LLP.

Since joining Labaton Sucharow, Mr. Gottlieb has successfully represented institutional and individual investors in numerous securities class action cases, resulting in cumulative settlements well in excess of $500 million. He also has represented consumers in class action cases against a wide variety of defendants, including the New York Life Annuities Corporation, numerous life insurance companies, and the tobacco industry.

Mr. Gottlieb was an integral part of the litigation team in *In re Waste Management, Inc. Securities Litigation*, Civ. No. H-99-2183 (S.D. Tex.), wherein the Firm represented the Connecticut Retirement Plans and Trust Fund. The litigation resulted in a $457 million settlement, one of the largest settlements ever achieved in a securities class action. The settlement also included corporate governance reforms, including an agreement by management to support a campaign to obtain shareholder

approval of a resolution to declassify its board of directors, and a resolution to encourage and safeguard whistleblowers among the company's employees.

In the early stages of *In re JDS Uniphase Corporation Securities Litigation*, it was difficult to conduct an investigation of the Company's alleged wrongdoing because former employees were constrained by draconian confidentiality agreements. Mr. Gottlieb successfully argued that those agreements must be severely limited in scope. Subsequently, the Firm was able to obtain statements from more than 50 former JDS employees related to the allegations in the Second Amended Complaint, which the Court sustained.

Mr. Gottlieb successfully led litigation teams in the *Metromedia Fiber Networks* and *PriceSmart* securities fraud class action litigations. He currently is helping to lead a major class action case against AIG and more than a dozen related defendants in *In re American International Group Inc. Securities Litigation*, Civ. 04-8141 (S.D.N.Y.).

Mr. Gottlieb has made presentations on punitive damages at Federal Bar Association meetings and has often spoken to institutional investors on securities class actions.

## *LYNDA J. GRANT, PARTNER* *lgrant@labaton.com*

***Lynda J. Grant*** specializes in class and derivative actions. Her practice has ranged from actions to enjoin unfair transactions, such as tender offers and leveraged buy outs, to securities fraud cases, involving private equity funds and publicly traded securities. Most recently, Ms. Grant has been involved in ERISA and similar type actions on behalf of defrauded and wronged employees. She has represented small shareholders, sophisticated hedge fund managers, and state and city pension funds. She has been quoted in various publications and periodicals, while her cases have been featured in a number of significant business magazines, including *Private Equity International*, *Forbes*, and *Business Week*.

The highlights of Ms. Grant's career include: acting as lead or co-lead counsel in *The Gillett Family Trust v. Insignia Financial Group, Inc, et al.* (the "Shelter Properties" Action); *Warren Heller v. McNeil Partners, L.P., et al.*; *Irving Zakin v. William Dockser, et al.* (the "CRITEF" Action); *Joan King v. Oxford Tax Exempt Fund II Corporation*, and *William Wallace v. Devon Associates, et al.* (the "Growth Hotel Investors" Action), among others; helping to obtain a preliminary injunction after trial stopping a $160 million defensive recapitalization of a public limited partnership in *Carlstrom v. Arvida/JMB, Managers, Inc.*, and commencing *In re Real Estate Associates Limited Partnership Litigation*, an action which was eventually litigated by partner Lawrence Sucharow, among others, to a $184 million jury verdict.

Additionally, at the end of 2003, Ms. Grant was part of a team which successfully tried the action *Gelfman, et al. v. Weeden Investors, L.P.*, and helped obtain an injunction in the action *In re MONY Group Inc. Shareholder Lit.*, temporarily stopping the $1.5 billion buyout of MONY Insurance Co. by AXA Financial. In April 2005, Ms. Grant successfully tried the books and records action captioned *Forsythe, et al. v. CIBC Employee Private Equity Fund (U.S.) L.P., et al.*, and in December 2005, was instrumental in obtaining a $67.5 million settlement for the class in *In re St. Paul Travelers Securities Litigation*. In June 2006, she again was part of a team which settled the action *In re DHB Industries, inc. Class Action Litigation* for $40 million in cash and stock and significant corporate governance measures.

Ms. Grant is a member of the American Bar Association, and serves as a co-chairperson of the Class and Derivative subcommittee on securities litigation. Her article entitled, *CAFA: Is the Remedy Worse than the Illness?* was recently published in the ABA CLASS AND DERIVATIVE ACTION newsletter. In June 2006, she was a panelist on the ABA Teleconference, *Class Certification: Looking Beyond the Pleadings*, and will be attending the ABA Annual Meeting in August 2006 as a panelist for

the program *It's a Small World After All: The Increasing Influence of Foreign and Multinational Class Actions*. Ms. Grant is a graduate of the Cornell Law School.

### ***BARBARA J. HART, PARTNER*** **bhart@labaton.com**

***Barbara J. Hart,*** a partner of the Firm, is counsel to the health and welfare funds of Local 237 of the United Federation of Teachers and of New York State Teachers in various cases combating the rising cost of prescription drugs. She is also counsel to the Office of the Treasurer of the States of Connecticut, including having represented the Connecticut Retirement Plans and Trust Funds in *In re Waste Management, Inc. Securities Litigation*. That litigation involved securities fraud and was settled for $457 million, then the third largest securities class action settlement in U.S. history.

In July 2002, Ms. Hart's client, the Office of the Treasurer of the State of Connecticut, was appointed Lead Plaintiff, and Labaton Sucharow as Lead Counsel, in the *JDS Uniphase Securities Litigation*, where she represents shareholders that lost billions when the value of JDSU shares collapsed. Ms. Hart was interviewed by the Canadian Broadcasting Corporation, in a piece which aired on television in August 2002, regarding the JDS litigation, which involves Canadian as well as U.S. investors, and allegations of massive insider selling in excess of $3 billion.

Ms. Hart represented consumers and prescription benefit insurers (both private insurers and union funds) in litigation against DuPont, regarding its marketing of Coumadin, that was settled for $44.5 million. (See: *www.coumadinsettlement.com*)

Ms. Hart was one of the principal litigators responsible for a $65 million settlement with brand name drug manufacturers whose conduct allegedly caused pharmacy customers to overpay for their prescription drugs. The settlement benefited consumers in thirteen states, including Kansas, where, in approving the settlement, Judge Steve Leben noted that "a substantial expertise was required to prosecute this litigation." In Arizona, where Ms. Hart appeared before Judge Robert M. Brutinel, the Judge commented in approving the settlement, "I think the quality of counsel is

excellent." In Maine, Judge Bradford similarly approved, stating, "I'll join my learned colleagues from this and other jurisdiction[s] in commending counsel in arriving at something that represents a great deal of hard work and a great deal of ingenuity in putting together a settlement of this magnitude and complexity, and especially the cost effective way in which this settlement is proposed to be distributed."

Ms. Hart received her J.D. from Fordham University School of Law in 1992 where she was a member of the Law Review and on the Dean's List. She received a Master of Arts from the University of North Carolina at Chapel Hill and a B.A. from Vanderbilt University. She is the co-author of an article entitled "Antitrust Protections Expanded in New York," NEW YORK LAW JOURNAL, June 22, 1999. Ms. Hart has spoken on various litigation issues before the Council of Institutional Investors, The Federalist Society, The Institute for Law and Economic Policy, the Public Funds Forum, and the Practicing Law Institute.

### *JAMES W. JOHNSON, PARTNER* *jjohnson@labaton.com*

***James W. Johnson*** received his J.D. with honors from New York University School of Law in 1980. He is admitted to practice in the States of Illinois and New York, the United States Supreme Court, the United States Courts of Appeals for the Second and Seventh Circuits, and the District Courts for the Eastern, Northern and Southern Districts of New York and the Northern District of Illinois.

Mr. Johnson has specialized in complex class action litigation and has prosecuted numerous class actions involving RICO, securities, and environmental issues. In *County of Suffolk v. Long Island Lighting Co.*, 685 F. Supp. 38 (E.D.N.Y. 1988), *aff'd*, 907 F.2d 1295, 1327 (2d Cir. 1990), Mr. Johnson was one of five trial counsel for plaintiff in a RICO class action in which a jury verdict was obtained for plaintiff County of Suffolk after a two-month trial, resulting in a $400 million settlement. The Second Circuit, in awarding attorneys' fees to plaintiff, quoted the trial judge, Honorable Jack B.

Weinstein, as stating "counsel [has] done a superb job [and] tried this case as well as I have ever seen any case tried."

In *Murphy v. Perelman*, Case No. 659511 (Cal. Sup. Ct.), Mr. Johnson and Labaton Sucharow acted as Co-Lead Counsel in this derivative action against nominal defendant National Health Laboratories, Inc. Along with a co-counsel in a companion federal action, *In re National Health Laboratories, Inc. Sec. Litig.*, No. CV-92-1949-B (RBB) (S.D. Cal.), Co-Lead Counsel obtained a settlement fund of $80 million. Mr. Johnson also served on the team in *In re Vesta Insurance Group, Inc. Securities Litigation*, which resulted in a partial recovery of $78 million for the plaintiff class.

Mr. Johnson was a lead partner for the team litigating the *In re Bristol-Myers Squibb Securities Litigation*, Civ. No. 00-1990 (D.N.J.) case, and represents Amalgamated Bank and the class alleging that BMS defrauded investors by heavily promoting a drug they knew caused serious health issues to patients. The case recently settled for $185 million, which is the second-largest settlement ever obtained against a pharmaceutical company for violations of the Federal securities laws.

Mr. Johnson also assisted in prosecuting environmental damage claims on behalf of Native Americans resulting from the Exxon Valdez oil spill. In addition, Mr. Johnson has published articles on various RICO-related issues in THE NATIONAL LAW JOURNAL and for the Practicing Law Institute.

## CHRISTOPHER J. KELLER, PARTNER — ckeller@labaton.com

***Christopher J. Keller*** joined Labaton Sucharow's New York office in May 2000 and is a partner in the class action securities department. During his tenure at Labaton Sucharow, Mr. Keller has achieved numerous successes. Notably, he was a member of the trial team that successfully litigated the *In re Real Estate Associates Limited Partnership Litigation* in the United States District Court for the Central District of California. The six-week jury trial resulted in a landmark $184 million plaintiffs' verdict, one of the largest jury verdicts since the passage of the PSLRA.

Mr. Keller leads Labaton Sucharow's Case Development Group and oversees a team of attorneys, investigators, analysts, and specialists who review new class actions on behalf of our institutional clients. He coordinates with our institutional investor clients to keep them apprised of developing trends in the law and new case theories. Mr. Keller is a regular speaker at institutional investor gatherings as well as a frequent speaker at continuing legal education seminars relating to securities class action litigation.

Mr. Keller received his J.D. from St. John's University School of Law in 1997 and is admitted to practice in New York and the Southern and Eastern Districts of New York. He is a member of several professional groups, including the New York State Bar Association and the New York County Lawyers' Association.

## *EMILY C. KOMLOSSY, PARTNER* *ekomlossy@labaton.com*

***Emily C. Komlossy*** is a partner in Labaton Sucharow's Florida office. Her practice focuses on representing clients in securities law and class action litigation. Ms. Komlossy currently represents the Genesee County Employees' Retirement System in pending securities litigation and provides monitoring services.

Ms. Komlossy's involvement in class action litigation has brought significant praise for the Firm. In *Yud v. Saf T. Lok*, 98 CV 8507 (S.D. Fla.), Magistrate Judge Linnea R. Johnson noted "the attorneys have done an outstanding amount of work in a short period of time to bring this class action to resolution in a successful fashion."

Similarly, in *Miller v. Daniel Industries Inc.*, C.A. No. 17176 (Del. Ch. Dec. 20, 1999), Vice Chancellor Leo E. Strine, Jr. approved the settlement and award fees in the action and noted the following :

> Given the skill of counsel which is undisputed, the skill of their adversaries, which is also undisputed and this was expedited litigation, I think that the plaintiffs' counsel did a good job of getting

what they sought in the complaint on an efficient basis, and it justifies the award sought.

Ms. Komlossy received her B.A. from the State University of New York at Oneonta in 1983 and her J.D. from New York Law School in 1989. She is admitted to practice in the States of New York and Florida and the United States District Courts for the Southern District of New York, Southern District of Florida and the Western District of Michigan.

## ***JONATHAN M. PLASSE, PARTNER*** ***jplasse@labaton.com***

***Jonathan M. Plasse*** received his J.D. from Brooklyn Law School in 1976. Over the span of his twenty-five year career at Labaton Sucharow, Mr. Plasse has concentrated his practice on the litigation of securities class actions. Mr. Plasse is a member of the New York City Bar Association and has lectured on securities law and consumer class actions. Mr. Plasse has successfully prosecuted numerous securities fraud, M&A transaction-related, and consumer class actions, including the following cases in which the Firm served as Lead or Co-Lead Counsel:

*In re Waste Management Inc. Securities Litigation*, H-99-2183 (S.D. Texas) (class action settlement of $457 million);

*In re Orbital Sciences Securities Litigation*, Civ. No. 99-197-A (E.D. Va.) (class action settlement of $23.5 million);

*In re National Health Laboratories Derivative Litig.*, Civ. No. 92-1949-B (S.D. Cal.) (derivative settlement of $20 million);

*Kaplan v. General Motors Corp.*, Civ. No. 81-1252 (HB) (E.D.N.Y.) (consumer class action settlement of $22.5 million);

*In re Computron Software Inc. Sec. Litig.*, Civ. No. 96-1911 (D.N.J.) (AJL) (securities class action settlement of $15 million);

*In re Home Shopping Network Shareholders Litig.*, Civ. No. 12868 (Del. Ch.) (transaction case settlement of $13.9 million).

Mr. Plasse currently serves as the Lead Counsel in the securities class action, *In re El Paso Corporation Litigation*, H-02-2717 (S.D. Tex.).

## ***Hollis L. Salzman, Partner*** ***hsalzman@labaton.com***

***Hollis L. Salzman*** is a partner in the Firm's antitrust and securities litigation practice groups. She represents businesses and consumers in cases involving corporate antitrust conspiracies and other antitrust law violations. While the primary focus of her practice involves antitrust cases, she is also involved in litigating the Firm's securities fraud litigation cases.

Ms. Salzman is currently actively engaged in the prosecution of major antitrust class actions pending throughout the United States. She is presently Co-Lead Counsel in many antitrust cases, including: *In re Abbott Labs Norvir Antitrust Litigation* (N.D. Cal.), *In re OxyContin Antitrust Litigation* (S.D.N.Y), *In re Tamoxifen Antitrust Litigation* (S.D.N.Y.), and *In re Ciprofloxacin Antitrust Litigation* (E.D.N.Y.). She is also actively involved in other pending major antitrust litigations, including *In re Funeral Antitrust Litigation* (N.D. Cal.), *In re Pineapple Antitrust Litigation* (S.D.N.Y.), *In re New Motor Vehicles Canadian Export Antitrust Litigation* (D. Me.), and *County of Suffolk v. Smithkline Beecham Corporation* (E.D. Pa.). In addition, Ms. Salzman is part of the team in the *In re American International Group Inc. Securities Litigation* and *In re: Maxim Pharmaceuticals, Inc. Securities Litigation.*

She also served as Co-Lead Counsel in several antitrust class actions which resulted in extraordinary settlements for consumers and third-party payors. *In re Buspirone Antitrust Litigation* (MDL 1413) (S.D.N.Y.) ($90 million settlement); *In re Lorazepam & Clorazepate Antitrust Litigation* (MDL 1290) (D.D.C.) ($35.4 million on behalf of third-party payors, and $100 million on behalf of consumers in conjunction with actions brought by the Federal Trade Commission and State Attorneys General); also *In re Maltol Antitrust Litigation* (99 Civ. 5931) (S.D.N.Y.), and *Continental Seasonings Inc. v. Pfizer, Inc., et al.*, (99 Civ. 12055) (S.D.N.Y.) ($18.45 million on behalf of direct purchasers of chemical food additives). Additionally, she was principally responsible for administering a $65 million settlement with certain brand-name prescription drug manufacturers

where their conduct allegedly caused retail pharmacy customers to overpay for their prescription drugs.

Ms. Salzman received her B.A. in Economics from Boston University and her J.D. from Nova University School of Law where she was on the Dean's List. Ms. Salzman is a committee member of the New York State Bar Association, Commercial & Federal Litigation Section-Antitrust Committee and is co-author of an article entitled *The State of State Antitrust Enforcement*, NYSBA NYLITIGATOR, Winter 2003, Vol. 8, No. 1. She is also a member of the New York City Bar Association Antitrust Committee and Women's Antitrust Bar Association. Ms. Salzman also provides pro bono representation to indigent and working-poor women in matrimonial and family law matters.

### ***IRA A. SCHOCHET, PARTNER*** ***ischochet@labaton.com***

***Ira A. Schochet*** is recognized for his expertise in the areas of securities and class action litigation, chairing a bar association committee, lecturing and writing articles relating to those areas of law.

Mr. Schochet is a partner in the class action litigation department of Labaton Sucharow in its New York office. For more than fifteen years, the focus of his practice has been in the area of securities fraud. However, he has also represented investors, shareholders and consumers in corporate transactions, consumer and antitrust actions.

Examples of actions in which Mr. Schochet acted as sole or Co-Lead Counsel and which resulted in a large multimillion dollar recovery for class members include those brought against Caterpillar, Inc., Spectrum Information Technologies, Inc., and InterMune, Inc. In *Kamarasy v. Coopers & Lybrand*, No. 591 Civ. 00124 (TFGD) (D. Conn.), a securities fraud class action, Mr. Schochet and a team of Labaton Sucharow attorneys under his supervision obtained a settlement for the class equal to approximately 75% of the highest possible damages that class members could have

recovered, notwithstanding the impecunious condition of the corporate defendant. The Court in that case complimented him for "the superior quality of the representation provided to the class." The Court further stated that Mr. Schochet possessed "the necessary experience and ability to represent the interest of the class effectively and fairly" and had done so in that case.

Mr. Schochet represented one of the first institutional investors acting as a Lead Plaintiff in a post-PSLRA case, *STI Classic Funds v. Bollinger, Inc.*, and successfully obtained one of the first rulings with an interpretation of that statute's intent provision favorable to investors.

Most recently, the district court in the action against InterMune, Inc. approved a settlement on behalf of investors that Mr. Schochet achieved as a result of his leadership in the litigation and negotiation with defendants. At the hearing, the court complimented him on his ability to obtain a very significant cash benefit for the class in a very efficient manner, saving the class from additional years of time, expense, and substantial risk.

Since 1996, Mr. Schochet has acted as chairman of the Class Action Committee of the Commercial and Federal Litigation Section of the New York State Bar Association. In that capacity, he has sat as a member of the Executive Committee of the Section and was the primary author of articles and reports, some of which have been published in the Section's journal, NYLITIGATOR, on a wide variety of issues relating to class action procedure. Such issues include revisions to that procedure proposed over the years by both houses of the United States Congress and the Advisory Committee on Civil Procedure of the United States Judicial Conference. Examples include "Proposed Changes in Federal Class Action Procedure," "Opting Out On Opting In," and "The Interstate Class Action Jurisdiction Act of 1999." Mr. Schochet has also lectured on securities litigation at continuing legal education seminars.

Mr. Schochet earned his J.D. from Duke University School of Law and received his B.A. *summa cum laude* from the State University of New York at Binghamton.

## *JOSEPH V. STERNBERG, PARTNER* *jsternberg@labaton.com*

***Joseph V. Sternberg*** received his J.D. from the New York University School of Law in 1966 and has practiced in the area of securities litigation and class and derivative actions for more than thirty years. Mr. Sternberg was one of the Labaton Sucharow attorneys who participated in the successful prosecution of the landmark *Van Gemert v. Boeing* action. Mr. Sternberg has played a major part in many of the most significant class actions prosecuted by Labaton Sucharow, including *In re Prudential-Bache Energy Income Partnerships Securities Litigation*, MDL No. 888 in the Eastern District of Louisiana; *In re Prudential Securities Incorporated Limited Partnerships Litigation*, MDL No. 1005 in the Southern District of New York; *In re Granada Partnerships Securities Litigation*, MDL No. 837 in the Southern District of Texas; and *In re Energy Systems Equipment Leasing Securities Litigation*, MDL No. 637 in the Eastern District of New York. His work in the *In re Energy Systems Equipment Leasing Securities Litigation* was commented on by Judge Wexler when he complimented the Firm for the efficient and cooperative manner in which that complex litigation was prosecuted.

During the course of his representation and participation in the representation of classes of plaintiffs, Mr. Sternberg has prosecuted cases that have resulted in the return of hundreds of millions of dollars to class members. Among the numerous landmark cases in which Mr. Sternberg participated are: *Limmer v. Medallion Group, Inc.*, 75 A.D.2d 299, 428 N.Y.S.2d 961 (1st Dep't 1980); *In re Energy Systems Equipment Leasing Securities Litigation*, 642 F. Supp. 718 (E.D.N.Y. 1986); *Koppel v. 4987 Corp.*, 167 F.3d 125 (2d Cir. 1999); *Gunter v. Ridgewood Energy Corp.*, 223 F.3d 190 (3d Cir. 2000); and *In re Real Estate Associates Limited Partnership Litigation*, 223 F. Supp. 2d 1109 (C.D. Calif. 2002).

Mr. Sternberg has earned an "AV" rating from the Martindale-Hubbell Law Directory while practicing in both the New York state and federal courts. He has prosecuted and argued appeals in the First and Second Departments of the Appellate Divisions of the Supreme Court of the State of New York, United States Court of Appeals for the Second Circuit, and the Chancery Court and the

Supreme Court of Delaware, in cases involving complex issues of fiduciary duty and corporate responsibility. Mr. Sternberg is the co-author of *Using and Protecting Against Rule 12(b)(6) and 9(b) Motions*, THE PRACTICAL LITIGATOR, Vol. 4, No. 5, Sept. 1993.

### *LISA BUCKSER-SCHULZ, OF COUNSEL* *lbuckser@labaton.com*

***Lisa Buckser-Schulz*** joined Labaton Sucharow as an associate in the securities litigation practice group in 2002. Ms. Buckser-Schulz has been prosecuting securities class actions on behalf of public pension funds (including State of Wisconsin Investment Board, the General Retirement System of the City of Detroit and the Jacksonville Police and Fire Retirement Fund) and other institutional clients since January 1996. Ms. Buckser-Schulz concentrates primarily on cases involving accounting fraud which, as a Certified Public Accountant, she is uniquely qualified to do. She worked on the *Waste Management* case, which settled for $457 million. She has also successfully prosecuted cases against Physician Computer Network, Computron Software, Inc., Navigant Consulting Inc., and ICN Pharmaceuticals, Inc., as well as others. Ms. Buckser-Schulz is currently representing the Successor Liquidating Trustee of Lipper Convertibles, a convertible bond hedge fund, in an action against the Fund's former independent auditor and a member of the Fund's general partner. Ms. Buckser-Schulz is also actively involved in the *Van der Moolen* and *Polaroid* securities class action cases.

Ms. Buckser-Schulz received a B.S. in accounting from Rutgers College in 1986. She received her J.D. *magna cum laude* from Fordham University School of Law in February 1993 where she was a member of the Law Review and the Order of the Coif and was on the Dean's List. Ms. Buckser-Schulz also received American Jurisprudence Awards in Criminal Law and Insurance Law. Ms. Buckser-Schulz is a member of the American Bar Association, where she served as Co-Chair of the Accounting Issues Subcommittee of the Securities Litigation Committee of the Litigation Section.

Ms. Buckser-Schulz worked as an auditor upon graduating from college in 1986 and obtained her CPA license in 1988. Ms. Buckser-Schulz has performed numerous audits and served as the Chief Financial Officer of a New York-based hedge fund.

### *JOSEPH H. EINSTEIN, OF COUNSEL* *jeinstein@labaton.com*

***Joseph H. Einstein*** is a Phi Beta Kappa graduate of the University College of Arts and Sciences of New York University. He attended N.Y.U. Law School and received his LL.B. in 1960. Mr. Einstein served on the Law Review and was a John Norton Pomeroy and Hirschman Foundation Scholar. Mr. Einstein also holds an LL.M. with a major in trade regulation.

Mr. Einstein was admitted to the bar in 1960 and specializes in sophisticated corporate and commercial litigation before the courts and arbitration panels, general corporate representation and computer software and employment law. He has handled litigation in both the state and federal courts, including trials and appeals, and argued a major securities law case, *Burks v. Lasker*, 441 U.S. 471 (1979), before the United States Supreme Court. Mr. Einstein is general counsel to a large computer software vendor. He is a member of the Committee on the Civil Practice Law and Rules of the New York State Bar Association and the Council on Judicial Administration of the New York City Bar Association. Mr. Einstein is certified as an arbitrator by the American Arbitration Association and serves as a Mediator for the United States District Court for the Southern District of New York.

### *DAVID J. GOLDSMITH, OF COUNSEL* *dgoldsmith@labaton.com*

***David J. Goldsmith*** represents institutional and individual investors in all manner of securities fraud and corporate governance litigation, and has achieved substantial recoveries for the Firm's clients and certified classes of investors.

Mr. Goldsmith presently manages the prosecution and settlement of a wide array of complex securities litigations, including a well-publicized series of innovative cases alleging that mutual funds that invested their assets in senior bank loans overpriced certain loans for which market quotations were readily available. These cases settled for more than $50 million combined. Mr. Goldsmith was instrumental in obtaining a decision in one of these actions excluding before trial certain opinions of a nationally known economist who regularly serves as a defense expert in securities cases.

Mr. Goldsmith is a member of the Firm's Lead Counsel team representing the Genesee County (Mich.) Employees' Retirement System in a major securities class action against Transaction Systems Architects, Inc., premised on a restatement of previously reported financial results.

Mr. Goldsmith also assisted in the representation of a series of state pension funds as Lead Plaintiff in the *Waste Management* securities litigation. In 2002, the court approved an extraordinary settlement of $457 million, the third-largest common fund settlement ever achieved up to that time. Mr. Goldsmith was a member of the Firm's Lead Counsel team representing several New York City Pension Funds in a class action against Orbital Sciences Corporation. In 2001, Mr. Goldsmith obtained one of the earliest decisions finding that a class action had been improperly removed under the Securities Litigation Uniform Standards Act of 1998.

Mr. Goldsmith has lectured on class actions and securities litigation in various cities as part of several continuing legal education programs and investment symposia. In 2003, Mr. Goldsmith was appointed to the Steering Group of the First Decade Committee of the Federal Bar Council, the bar association for practitioners in Second Circuit federal courts. He is also a member of the American Bar Association, the New York State Bar Association, the New York City Bar Association, and the New York County Lawyers' Association.

Mr. Goldsmith received B.A. and M.A. degrees from the University of Pennsylvania in 1993. He received his J.D. in 1996 from the Benjamin N. Cardozo School of Law, where he was managing

editor of the CARDOZO ARTS & ENTERTAINMENT LAW JOURNAL. During law school, Mr. Goldsmith served as a judicial intern to the Hon. Michael B. Mukasey, United States District Judge for the Southern District of New York.

## ***RICHARD T. JOFFE, OF COUNSEL*** ***rjoffe@labaton.com***

***Richard T. Joffe*** joined Labaton Sucharow's New York office in the fall of 2001. His practice primarily involves class action litigation, including securities fraud, antitrust and consumer fraud. Since joining the Firm, Mr. Joffe has represented such clients as institutional purchasers of corporate bonds, Wisconsin dairy farmers, and consumers who alleged they were defrauded when they purchased annuities.

Prior to joining Labaton Sucharow, Mr. Joffe was an associate at Gibson, Dunn & Crutcher LLP, where he played a key role in obtaining a dismissal of claims against his client, Merrill Lynch & Co., Inc., and a dozen other of America's largest investment banks and brokerage firms, who, in *Friedman v. Salomon/Smith Barney, Inc.*, 2000 WL 1804719 (S.D.N.Y. 2000), *aff'd*, 313 F.3d 796 (2d Cir. 2002), were alleged to have conspired to fix the prices of initial public offerings.

Mr. Joffe was also an associate at Fried, Frank, Harris, Shriver & Jacobson where he defended Goldman Sachs & Co. from allegations of securities fraud and professional negligence, and obtained a successful settlement for several older women who alleged that they had been victims of age and sex discrimination when they were selected for termination by New York City's Health and Hospitals Corporation during a city-wide reduction in force. He is also co-author of *Protection Against Contribution and Indemnification Claims* in SETTLEMENT AGREEMENTS IN COMMERCIAL DISPUTES (Aspen Law & Business, 2000).

Mr. Joffe received his J.D. from Columbia Law School in 1993. Prior to attending law school, he earned a Ph.D. from Harvard University in History of American Civilization.

Long before becoming a lawyer, Mr. Joffe was a founding member of the internationally famous rock-and-roll group, *Sha Na Na*.

## ***ANTHONY J. HARWOOD, OF COUNSEL*** ***aharwood@labaton.com***

***Anthony J. Harwood*** is a trial lawyer with Labaton Sucharow. He focuses primarily on prosecuting class action litigation for investors and consumers who have been injured by violations of federal securities and antitrust laws. Mr. Harwood has more than eighteen years of experience representing both plaintiffs and defendants in complex litigation involving a wide variety of matters in addition to securities and antitrust, including white collar criminal defense and intellectual property.

Mr. Harwood is currently one of the lawyers acting as Lead Counsel for the State of Connecticut's Retirement Plans and Trust Funds, which is seeking to recover billions of dollars in investment losses on behalf of its beneficiaries and a class of investors who purchased securities of JDS Uniphase. He also prosecuted securities fraud claims for a group of investors who purchased limited partnership interests in an oil and gas exploration company, achieving a settlement in which his clients recovered their entire investment.

Mr. Harwood's white collar criminal defense practice has involved several high profile investigations including Enron's accounting fraud, market timing in the mutual fund industry and public corruption. He has represented clients before the United States Department of Justice, the Securities and Exchange Commission and state prosecutors.

In the field of intellectual property litigation, Mr. Harwood's experience includes the prosecution of copyright, trademark and patent infringement claims, and the representation of clients in lawsuits over licensing rights to technology and entertainment products.

Mr. Harwood has frequently contributed articles and made presentations to professional associations on legal topics including securities and trademark litigation, alternative dispute resolution and international litigation.

Mr. Harwood is a member of the New York State Bar Association, where he serves on the Executive Committee of the Litigation Section as co-chair of the Committee on Ethics and Professionalism, and is a member of the Securities Litigation Committee. He is also a member of the American Bar Association, where he has served as the vice-chair of the Membership Committee for the Section of International Law and Practice, the chair of the International Law Committee of the Young Lawyers Division and on the Executive Committee of the Young Lawyers Division.

Mr. Harwood received his B.A. from Cornell University in 1983. He earned his J.D. from Fordham University in 1987, where he was a member of the Law Review. He served as a law clerk to the Honorable William C. Conner, U.S. District Judge, Southern District of New York from 1987 to 1988.

## ***JON ADAMS, ASSOCIATE*** ***jadams@labaton.com***

***Jon Adams*** joined Labaton Sucharow's New York office as an associate in 2004. He works primarily on securities and consumer class action litigation.

Prior to joining Labaton Sucharow, Mr. Adams held the position of Assistant Attorney General for the State of New Mexico. Prior to that, he practiced general commercial litigation in New York at Kelley Drye & Warren after clerking in the Southern District of Indiana, for Chief United States Magistrate Judge John Paul Godich. He received a B.A. from Haverford College and his J.D. from Columbia Law School, where he was a Stone Honor Scholar and Executive Editor of the JOURNAL OF ENVIRONMENTAL LAW.

Mr. Adams published *Applying Greater State Constitutional Protections In Federal Court* in the TEMPLE POLITICAL AND CIVIL RIGHTS LAW REVIEW, and *Rights at U.S. Borders* in the BYU JOURNAL OF PUBLIC LAW. In addition, Mr. Adams has served as an adjunct professor of philosophy.

Mr. Adams is admitted to practice law in New York and New Mexico, the Southern and Eastern Districts of New York, and the Southern District of Indiana.

## ***PETER W. BRUEGGEN, ASSOCIATE*** ***pbrueggen@labaton.com***

***Peter W. Brueggen*** joined Labaton Sucharow's New York office in 1997 and became involved in consumer class action litigation against the tobacco industry, as well as representing numerous residents and firefighters who were injured as a result of a chemical plant explosion in New Jersey. Mr. Brueggen has also represented plaintiffs in various class actions against manufacturers of orthopedic bone screws. More recently, Mr. Brueggen has practiced in the areas of antitrust and securities class action litigation. He was a member of the litigation team in the *In re Bristol-Myers Squibb Securities Litigation*, pending in the U.S. District Court of New Jersey.

Mr. Brueggen graduated from New York University in 1987 with a B.A. in Journalism and worked for ABC News before attending Albany Law School, where he received his J.D. in 1996. He is admitted to the New York and New Jersey State Bars, and he is a member of the American Bar Association, the New York State Bar Association and the New York County Lawyers' Association.

## ***JEFFREY CATANZARO, ASSOCIATE*** ***jcatanzaro@labaton.com***

***Jeffrey Catanzaro*** joined the Firm's New York office in the Fall of 2005. The focus of Mr. Catanzaro's practice is primarily in the area of securities fraud litigation. He is a member of the Labaton Sucharow teams actively litigating *In re HealthSouth Corporation* and *In re JDS Uniphase*.

Mr. Catanzaro graduated with joint J.D./LL.M in Taxation from The John Marshall Law School in Chicago, Illinois with a specialization in corporate taxation and received his B.S. from St. John's University.

While in law school, Mr. Catanzaro was an Executive Editor of The John Marshall Law School JOURNAL OF COMPUTER AND INFORMATION LAW, and competed in the American Bar Association Client Counseling, Negotiation, and Section of Criminal Justice Trial Advocacy competitions, as well as The American Academy of ADR Attorneys Law School Mediation competition.

A two-time recipient of the American Bar Association Law Student Division Silver Key Award (the second highest award granted by the ABA Law Student Division), he was elected to two terms on the ABA Law Student Division Board of Governors where he served as the Secretary-Treasurer. Then American Bar Association President Robert Hirshon appointed him to the ABA Presidential Commission on Loan Repayment and Forgiveness. The purpose of the Commission was to examine law graduates' debt burdens and the extent to which debt impedes graduates' ability to pursue and remain in public service legal careers.

### ***CONOR R. CROWLEY, ASSOCIATE*** ***ccrowley@labaton.com***

***Conor R. Crowley*** joined the Firm's New York office as an associate in Fall 2005. Mr. Crowley concentrates his practice in the area of securities class action litigation. He is currently the senior associate in charge of prosecuting a number of the Firm's securities cases. Prior to joining Labaton Sucharow, Mr. Crowley practiced securities class action litigation as an associate with Much Shelist Freed Denenberg Ament & Rubenstein in Chicago, and Finkelstein, Thompson & Loughran in Washington, D.C.

Mr. Crowley is a leading expert in electronic discovery. He is a member of the Steering Committee of The Sedona Conference Working Group on Electronic Document Retention and

Production and has contributed to the drafting of a number of The Sedona Conference publications. The Sedona Conference is a nonprofit research and educational institute dedicated to the advanced study of law and policy, responsible for such authoritative publications as *The Sedona Principles: Best Practices Recommendations & Principles for Addressing Electronic Document Production*, *The Sedona Conference Glossary For E-Discovery and Digital Information Management* and *Navigating the Vendor Proposal Process: Best Practices for the Selection of Electronic Discovery Vendors*. Conor is also a member of the Advisory Board of Georgetown University Law Center's Advanced E-Discovery Institute and is regularly invited to speak on the topic of electronic discovery at continuing legal education seminars throughout the United States.

Mr. Crowley received his J.D. from The Catholic University of America Columbus School of Law in Washington, D.C. During law school, he interned with the Honorable Russell F. Canan at the District of Columbia Superior Court, in addition to working at the Securities and Exchange Commission. Mr. Crowley received a B.S. in Finance from the Smith School of Business at the University of Maryland. Mr. Crowley is admitted to practice in Virginia, the U.S. District Courts for the Southern District of New York, the Eastern District of Virginia and the Northern District of Illinois, and the U.S. Courts of Appeals for the Fourth and Eleventh Circuits.

## ***ALAN I. ELLMAN, ASSOCIATE*** ***aellman@labaton.com***

***Alan I. Ellman*** joined Labaton Sucharow's New York office as an associate in 2006. Mr. Ellman works primarily in the Case Development Group, where he is actively involved in analyzing and researching the potential liability of issuer companies, their officers and directors, and third-party defendants on behalf of individual and institutional investors, as well as beneficiaries of retirement plans. Mr. Ellman is also involved in litigating securities fraud class actions.

Prior to joining Labaton Sucharow, Mr. Ellman practiced securities litigation and regulatory enforcement defense as an associate in the New York office of Chadbourne & Parke LLP. In a pro

bono case, Mr. Ellman successfully appealed the conviction of a criminal defendant in state court. He received his J.D. from Georgetown University Law Center in 2003, and a B.S. in Finance and a B.A. in Political Science, *cum laude*, from Binghamton University in 1999. Mr. Ellman is admitted to practice in the State of New York and the U.S. District Courts for the Southern and Eastern Districts of New York.

***STACEY B. FISHBEIN, ASSOCIATE*** ***sfishbein@labaton.com***

***Stacey B. Fishbein*** joined the New York office in 2000. Ms. Fishbein's practice areas include securities class action litigation, securities arbitration and consumer litigation. Since joining the Firm, Ms. Fishbein has had a primary role in prosecuting *In re Vesta Insurance Group, Inc. Securities Litigation*, *In re PriceSmart Securities Litigation,* and *In re Phoenix Leasing Limited Partnership Litigation* and others. Currently, Ms. Fishbein is the senior associate in charge of *In re El Paso Securities Litigation*.

Ms. Fishbein graduated with a B.A. from the State University of New York College at Geneseo in 1993. She received her J.D. from Hofstra University School of Law School in 2000. While at Hofstra University, Ms. Fishbein served as a staff member and Research Editor of the HOFSTRA LAW REVIEW, and her Note entitled *Pre-Conviction Mandatory HIV Testing: Rape, AIDS and the Fourth Amendment* was published in volume 28:3 of the HOFSTRA LAW REVIEW. Ms. Fishbein also participated in several clinical and practical experience programs, including the Unemployment Action Center where she represented indigent individuals seeking unemployment benefits in appearances before administrative law judges. In addition, while a law student, Ms. Fishbein interned for Magistrate Judge E. Thomas Boyle in the United States District Court for the Eastern District of New York.

Ms. Fishbein is admitted to practice in New York State, as well as the United States District Courts for the Southern and Eastern Districts of New York, and Ms. Fishbein is a member of the

American Bar Association, the New York State Bar Association, and the New York City Bar Association.

## ***BETH HOFFMAN, ASSOCIATE*** ***bhoffman@labaton.com***

***Beth Hoffman*** is an associate with Labaton Sucharow. Since joining the Firm in 2003, Ms. Hoffman has been actively involved in litigation representing mutual fund investors who have been injured as a result of improper trading practices such as "late trading" and "market timing."

Prior to joining Labaton Sucharow, Ms. Hoffman worked for five years as an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, representing the City of New York and the individual officers of the New York City Police Department, the New York City Department of Correction and the New York City Fire Department, in federal civil rights actions. While at the Law Department, Ms. Hoffman litigated and managed numerous cases, including several class actions. In addition, many of her cases were high profile matters involving contemporaneous federal and state criminal investigations. As a result, Ms. Hoffman has gained significant experience in federal litigation, including trial, discovery, oral arguments, settlement negotiations, and mediation. Further, she was the Law Department coordinator of a Mock Trial and Constitutional Law program for New York City High School students and she was awarded the Legal Rookie of the Year award by the City of New York, Office of the Corporation Counsel.

Ms. Hoffman graduated with a B.A. from the University of Delaware in 1993, where she majored in Criminal Justice. She received her J.D. from Brooklyn Law School in 1998. While at Brooklyn Law School, she participated in several clinical and practical experience programs, including interning at the United States Attorney's Office for the Eastern District of New York and the Brooklyn and Queens District Attorneys' Offices.

Ms. Hoffman is admitted to practice in New York State, as well as the United States District Courts for the Southern and Eastern Districts of New York.

**MICHAEL S. MARKS, ASSOCIATE** **mmarks@labaton.com**

***Michael S. Marks*** joined Labaton Sucharow in 2005 as an associate in the securities class action group, after two years of clerking for the Firm. Mr. Marks is not only a new addition to the Firm's associate ranks, but also rounds out the Firm's ever-growing accounting expertise, as a CPA who has worked as a public accounting auditor in Ernst and Young's New York office.

During his five-year term at E&Y, Mr. Marks played an integral role in the audits of several leading global investment companies and partnerships in the hedge fund, investment banking, and financial service industries.

Mr. Marks obtained his B.A. in Accounting and Finance from the State University of New York at Buffalo in 1998, where he graduated *summa cum laude*, and was recognized for obtaining the highest overall GPA in the School of Management. Mr. Marks received his J.D. from Brooklyn Law School in 2005, graduating as a Carswell Scholar and was the recipient of the Alexander Gurevitch Memorial Scholarship, awarded by the American Association of Attorney – Certified Public Accountants. This award is presented to the upper-class student most "committed to the profession of accounting" who has a record of "outstanding academic performance and leadership in school and the community."

Currently, Mr. Marks works on some of the Firm's larger securities actions, including *In re JDS Uniphase Corporation Securities Litigation*; *Desert Orchid Partners, L.L.C. v. Transaction Systems Architects, Inc.*; *Consolidated Edison, Inc. v. Northeast Utilities*; and *In re St. Paul Travelers Securities Litigation.*

Mr. Marks is a member of the American Bar Association and American Institute of Certified Public Accountants.

## CRAIG A. MARTIN, ASSOCIATE cmartin@labaton.com

***Craig A. Martin*** joined Labaton Sucharow as an associate in 2004. Mr. Martin focuses his practice in the area of Securities and Investor Protection Litigation. As a Certified Public Accountant, he specializes in prosecuting cases involving accounting fraud.

Mr. Martin is currently part of the Labaton Sucharow team representing the Successor Liquidating Trustee of Lipper Convertibles and Lipper Fixed Income, failed convertible arbitrage hedge funds, in actions against the Fund's former independent auditors and members of the Fund's management team. He has also prepared "Blue Ribbon Reports," which are distributed to institutional investors, analyzing potential securities claims against St. Paul Travelers, the Federal National Mortgage Association ("FannieMae"), the Marsh & McLennan Companies, Inc., American International Group, Inc., and HealthSouth. He also is a member of the Labaton Sucharow team actively litigating *In re American International Group, Inc.*

Mr. Martin graduated from Ithaca College with a B.S. in Accounting in 1990, and accumulated almost eleven years of accounting and finance experience before returning to law school and business school. Mr. Martin began his professional career with Deloitte & Touche, one of the "Big Four" public accounting firms, and specialized in auditing financial services companies. Mr. Martin's professional career in accounting and finance is further complemented by positions in corporate accounting, operational and corporate finance, and treasury with Fortune 500 companies, including a global advertising agency, a top pharmaceutical company, and an industry-leading insurance broker.

In 2004, Mr. Martin earned a J.D. from Seton Hall University's School of Law. While at Seton Hall Law School, Mr. Martin was a participant in the Eugene Gressman Moot Court Competition, was appointed a member of the Appellate Advocacy Moot Court Board, and was awarded Best Brief and Best Oralist in his Appellate Advocacy class

In 2004, Mr. Martin also earned an M.B.A., with concentrations in Finance, Management, and Entrepreneurship and Innovation, from New York University's Leonard N. Stern School of Business. During his tenure at NYU's Stern School of Business, Mr. Martin volunteered as an orientation leader for incoming M.B.A. candidates and was elected a Core Group Leader by his fellow students.

Mr. Martin is admitted to practice in New Jersey and New York and the U.S. District Court for the District of New Jersey. He is also a member of the American Institute of Certified Public Accountants and the American Bar Association.

## *ANDREI V. RADO, ASSOCIATE* *arado@labaton.com*

***Andrei V. Rado*** joined Labaton Sucharow's New York office as an associate in the summer of 2006. His practice focuses primarily on securities class action litigation.

Prior to joining Labaton Sucharow, Mr. Rado practiced securities and consumer class action litigation as an associate at another New York-based securities class action firm.

Mr. Rado obtained his J.D. from St. John's University School of Law in 1999, graduating *cum laude*. During law school, he served as a member of the NEW YORK INTERNATIONAL LAW REVIEW. Mr. Rado obtained his B.A. in Psychology from the State University of New York at Buffalo in 1996, graduating *summa cum laude*.

Mr. Rado is admitted to practice in New York, the Southern District of New York and the Eastern District of New York.

## *ZACHARY M. RATZMAN, ASSOCIATE* *zratzman@labaton.com*

***Zachary M. Ratzman*** joined Labaton Sucharow in 2004. His practice focuses primarily on securities fraud litigation. He is currently the senior associate in charge of prosecuting *In re American International Group, Inc. Securities Litigation*, and has worked on behalf of shareholders in other matters,

including *In re Bristol-Myers Squibb Securities Litigation*, *Consolidated Edison, Inc. v. Northeast Utilities*, and others. Mr. Ratzman's pro bono activities include serving as a non-partisan election monitor in Cleveland, Ohio during the 2004 presidential election, as well as representing indigent criminal defendants throughout the appellate process in the New York state courts.

Prior to joining Labaton Sucharow, Mr. Ratzman practiced white collar criminal defense and complex commercial litigation as an associate in the New York offices of Skadden, Arps, Slate, Meagher & Flom LLP and Patterson, Belknap, Webb & Tyler LLP. He also served as a law clerk to the Honorable Harold Baer, Jr., U.S. District Judge in the U.S. District Court for the Southern District of New York.

Mr. Ratzman received his J.D. from the University of Michigan Law School, where he graduated *magna cum laude* and as a member of the Order of the Coif. While at Michigan, he was co-chair of the law school chapter of the National Lawyers' Guild and served as a teaching assistant in the University's Department of Communications Studies. Mr. Ratzman received his B.A. in Political Science and Sociology, with a Certificate in Political Communications, from Ohio State University, where he graduated *summa cum laude* and with Phi Beta Kappa honors.

He is admitted to practice in the New York State courts and the U.S. District Courts for the Southern and Eastern Districts of New York.

## ***ERIC S. SCHACHTER, ASSOCIATE*** ***eschachter@labaton.com***

***Eric S. Schachter*** joined the securities class action litigation department of the Firm in August 2005. Since joining the Firm, Mr. Schachter has had a primary role in *In re El Paso Corp. Securities Litigation*.

Mr. Schachter began his relationship with the Firm as a summer law clerk in 2004. During this clerkship, among other assignments, he edited the New York portion of the American Bar

Association's STATE SURVEY OF CLASS ACTIONS FOR 2004. In the summer of 2003, Mr. Schachter clerked for Nassau County Court of Claims Justice Victor M. Ort.

Mr. Schachter graduated with a B.A. in Sociology from Syracuse University in 2000, and earned a J.D. from the Hofstra University School of Law in May 2005. Prior to attending law school, Mr. Schachter worked for a New York City law firm, and was responsible for managing and disbursing many of the Firm's largest settlement funds to claimants.

### *MICHAEL W. STOCKER, ASSOCIATE* *mstocker@labaton.com*

***Michael W. Stocker*** joined Labaton Sucharow as an associate in the New York office in the fall of 2005. His practice focuses on class action litigation.

Prior to joining Labaton Sucharow, Mr. Stocker worked as a senior associate at Berman DeValerio Pease Tabacco Burt & Pucillo on securities and antitrust class action cases. Mr. Stocker worked for four years as a senior staff attorney with the United States Court of Appeals for the Ninth Circuit, and completed a legal externship with United States Magistrate Judge (now District Judge) Phyllis J. Hamilton of the Northern District of California.

Mr. Stocker has served on the boards of the University of California San Francisco's AIDS Health Project and AIDS Benefits Counselors, and has worked for the Immigrant HIV Assistance Project and the Volunteer Legal Services Program in San Francisco as well as Legal Assistance for Seniors in Oakland, California.

Mr. Stocker received his B.A. from the University of California at Berkeley, his M.A. from the University of Sydney, Australia, and his J.D. from the University of California at Hastings. He is admitted to the bars of the State of California, the Northern District of California, the Central District of California, and the Ninth Circuit Court of Appeals.

## *STEFANIE J. SUNDEL, ASSOCIATE* — *ssundel@labaton.com*

***Stefanie J. Sundel*** joined Labaton Sucharow as an associate in the New York office in the summer of 2006. Ms. Sundel's practice focuses primarily on securities fraud litigation.

Prior to joining Labaton Sucharow, Ms. Sundel was an associate at the law firm of Abbey Gardy LLP, where she focused on securities fraud litigation. During her time at Abbey Gardy LLP, she was a member of the team actively litigating *In re Adelphia Communications Corp. Securities & Derivative Litigation*.

Ms. Sundel obtained her B.A. in International Relations from Franklin College Switzerland in 2001, where she graduated *magna cum laude*. She received her J.D. from New York Law School with honors in 2004. She is fluent in Italian.

Ms. Sundel is admitted to practice in New York State, as well as the United States District Court for the Southern District of New York. She is a member of the American Bar Association, the New York State Bar Association, the New York City Bar Association and the New York County Lawyer's Association.

## *SHELLEY THOMPSON, ASSOCIATE* — *sthompson@labaton.com*

***Shelley Thompson*** has been representing plaintiffs in securities, antitrust, and consumer class actions for more than five years. Between 2004 and 2006, she assisted in initiating several of the Firm's important securities-related matters, including suits against American International Group, Inc. ("AIG"), The St. Paul Travelers Companies Inc., R&G Financial Corp., Marsh & McLennan Companies Inc., Federal National Mortgage Association ("Fannie Mae"), HealthSouth Corp., Mercury Interactive Corp., General Motors Corp., DHB Industries, Inc., International Business Machines Corp. ("IBM"), Hilb Rogal & Hobbs Co., Veritas Software Corporation, and iMergent, Inc. Since then, Shelley has become active in litigating securities and consumer cases at the Firm, including a securities case on behalf of major European institutional investors.

Shelley is admitted in state and federal courts in New York and New Jersey. She is a member of the International Section of the American Bar Association, the New York State Bar Association, and the International Bar Association. Shelley has also performed extensive pro bono litigation and volunteer work on behalf of foreign-born residents in Queens.

Shelley received her J.D. and Masters of Arts in International Affairs from American University, and her B.A. in Political Science from the University of Colorado. While in law school, she completed an internship on the United States Court of Appeals for the Fourth Circuit, and served as a student attorney in the International Human Rights Law Clinic. Prior to attending law school, Shelley was the Director of Investor Relations for a company that traded on U.S. and international exchanges.

## ***ETHAN D. WOHL, ASSOCIATE*** ***ewohl@labaton.com***

***Ethan D. Wohl*** joined Labaton Sucharow's New York office as an associate in 2005. He practices primarily in the area of securities class action litigation.

Prior to joining Labaton Sucharow, Ethan was an associate at a large New York defense firm and served as law clerk to the Honorable Denis R. Hurley, United States District Judge, Eastern District of New York.

Ethan also was general counsel of the New York City Housing Partnership and served in management positions at New York City's housing and public assistance agencies. He also established a community-based job training program for ex-offenders in Brooklyn, New York.

Ethan received his J.D. from New York University School of Law in 1993, where he graduated *magna cum laude* and was a member of the Order of the Coif. He received a B.A. in political science, with honors, from the University of Chicago in 1989. He is admitted to the bar in the states of New York, New Jersey and Florida.

## *NICOLE M. ZEISS, ASSOCIATE* *nzeiss@labaton.com*

***Nicole M. Zeiss*** joined the Firm as an associate in 2001 after practicing for several years in the areas of poverty law and general civil litigation. She now practices in the class action securities litigation department. Ms. Zeiss was part of the trial team litigating *In re Bristol-Myers Squibb Securities Litigation*, 00-1999 (SRC) (D.N.J.), which recently settled for $185 million, the second-largest settlement ever obtained against a pharmaceutical company for violation of the federal securities laws. The settlement also requires the disclosure of clinical trial results and the registry of Bristol's clinical trials. Ms. Zeiss is involved in litigation on behalf of investors who have been damaged by fraud in the telecommunications, software, defense contracting, and banking industries.

Ms. Zeiss maintains a commitment to pro bono legal services by continuing to assist mentally ill clients in a variety of matters—from eviction proceedings to trust administration.

Ms. Zeiss graduated from Barnard College, Columbia University in 1991 where she received a B.A. in Philosophy. She received her J.D. from the Benjamin N. Cardozo School of Law, Yeshiva University in 1995. She is admitted to practice in the State of New York and the United States District Courts for the Southern and Eastern Districts of New York.