# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October 2006, I caused to be served:

**Motion by Steelworkers Pension Trust for Consolidation, for Appointment as Lead Plaintiff, and for Approval of Lead Plaintiff's Selection of lead Counsel**;

**Memorandum of Law in Support of Motion by Steelworkers Pension Trust for Consolidation, for Appointment as Lead Plaintiff, and for Approval of Lead Plaintiff's Selection of lead Counsel**;

**Declaration of Douglas M. Risen in Support of Motion by Steelworkers Pension Trust for Consolidation, for Appointment as Lead Plaintiff, and for Approval of Lead Plaintiff's Selection of lead Counsel**;

**[Proposed] Order Consolidating All Actions for All Purposes, Appointing Lead Plaintiff and Approving Selection of Lead Counsel**; and

**Certificate of Service**,

via e-mail as follows:

Nancy Kaboolian
**ABBEY SPANIER RODD ABRAMS & PARADIS, LLP**
212 East 39th Street
New York, New York 10016
212-889-3700
212-684-5191 (Fax)
nkaboolian@abbeygardy.com
***Counsel for Plaintiff Motti Kaplan***

Evan J. Smith
**BRODSKY & SMITH, LLC**
240 Mineola Boulevard
Mineola, NY 11501
516-741-4977
esmith@brodsky-smith.com
***Counsel for Plaintiff Santiago Guzman***

Robert I. Harwood
**Wechsler Harwood, LLP**
488 Madison Avenue, 8th Floor
New York, NY 10022
212-935-7400
212-753-3630 (Fax)
rharwood@whesq.com
***Counsel for Plaintiff Eric S. Bergen***

Ronen Sarraf
**Sarraf Gentile, LLP**
485 Seventh Avenue, Suite 1005
New York, NY 10018
212-868-3610
212-918-7967 (Fax)
ronen@sarrafgentile.com
***Counsel for Plaintiff Michael J. Larosa***

Brian Phillip Murray, Esquire
**Murray, Frank & Sailer, LLP**
275 Madison Avenue, Suite 801
New York, NY 10016-1101
Tel: (212) 682-1818
Fax: (212) 682-1892
bmurray@murrayfrank.com
***Counsel for Plaintiff Robert Feeney***

Jack Gerald Fruchter
Lawrence Donald Levit
**Abraham Fruchter & Twersky, L.L.P.**
One Penn Plaza, Suite 1910
New York, NY 10119
212-279-5050
212-279-3655 (Fax)
Jfruchter@FruchterTwersky.com
llevit@aftlaw.com
***Counsel for Plaintiff Anthony Caiafa***

Jonathan K. Levine
**Girard Gibbs & De Bartolomeo, LLP**
601 California St, Suite 1400
San Francisco, CA 94108
415-981-4800
415-981-4846 (Fax)
jkl@girardgibbs.com
***Counsel for Plaintiff Floyd Reynolds***

Catherine A. Torell
**Cohen, Milstein, Hausfeld & Toll, P.L.L.C.**
150 East 52nd Street
New York, NY 10022
212-838-7797
212-838-7745 (Fax)
ctorell@cmht.com
***Counsel for Plaintiff Robert B. Gray***

s/ Douglas M. Risen
Douglas Risen

410101_00.wpd