# Attachment E

Yahoo!

My Yahoo!

Mail

Make Y! your home page

Yahoo! SearchSearch: Web Search

YAHOO! FINANCE

Sign In New User? Sign Up

market WIRE a CCNMatthews Company

Finance Home -

Help

Home
Investing

Retirement
Banking & Credit
Loans
Insurance
Small Biz

## Get Quotes

GO

Symbol Lookup
Finance Search







**Related Quote**




IMAX 4.84 +0.02 News

**View Detailed Quote**

Delayed 20 mins

Providers - Disclaimer

**Press Release** Source: Paskowitz Law Firm

# The Paskowitz Law Firm Files Class Action on Behalf of IMAX Corporation Investors

Friday August 11, 5:00 pm ET

NEW YORK, NY--(MARKET WIRE)--Aug 11, 2006 -- The

Paskowitz Law Firm, P.C. announces that is has filed a lawsuit on behalf of purchasers of the securities of IMAX Corp. ("IMAX" or "the Company") (NASDAQ:IMAX - News) from February 17, 2006 through August 9, 2006 ("the Class Period"). The action was filed in the Southern District of New York against IMAX, and certain of its officers and directors.

For further information you may call toll free, 1-800-705-9529, or contact counsel by e-mail by writing to lpaskowitz@pasklaw.com.

ADVERTISEMENT

The Complaint alleges violations of the federal securities laws through false and misleading statements and omissions concerning IMAX's financial health and business prospects. During February and March 2006, the company issued press releases touting the Company's financial success, and indicated the Company's willingness to explore financial options. A press release issued as late as May 9, 2006 continued to mislead investors concerning IMAX's true financial condition.

Then on August 9, 2006, the Company shocked the market by announcing that it was being investigated by the SEC and that the Company had uncovered a "material weakness" in its revenue accounting. The press release also stated the Company had yet to find an investor to effectuate a merger or purchase. After these announcements the Company's stock substantially dropped. The Complaint further alleges that IMAX and its top executives knew during the Class Period that revenue was being improperly recognized, but failed to make the necessary adjustments, thus artificially inflating the stock.

If you purchased IMAX stock during the Class Period, you may qualify to serve as Lead Plaintiff on behalf of the Class, which consists of all persons and entities who purchased IMAX stock from February 17, 2006 through August 9, 2006. You are not required to have sold your IMAX stock in order to claim damages, or to serve in this role. All motions for appointment as Lead Plaintiff must be filed with the Court no later than October 10, 2006.

If you wish to discuss this action or have any questions concerning this notice or your rights or interests with respect to this matter, please contact Mr. Paskowitz. Mr. Paskowitz will personally speak with you at no cost or obligation.

*Contact:*

```
     If you purchased IMAX stock, and
would like further information, please
     contact:

     The Paskowitz Law Firm, P.C.
     Laurence Paskowitz, Esq.
     Toll free: 1-800-705-9529
```

---

Source: Paskowitz Law Firm

**Related News Stories**

- 5 Stock Tips You Meet in Heaven - at Motley Fool (11:16 am)
- IMAX Signs Theatre Deal in Bogota, Colombia - PR Newswire (8:15 am)
- Open Season: An IMAX 3D Experience hits the mark, grossing $1.45 million in opening weekend - PR Newswire (Wed Oct 4)
- Options Trader: Friday Morning Ideas - SeekingAlpha (Fri Sep 29)

More...

- By industry: Movie Production, Theaters




**Top Stories**

- Dunn Appears in Court Over HP Spy Probe - AP (7:40 pm)
- Dow Hits 3rd Straight Record Close - AP (6:07 pm)
- Steelworkers Strike 16 Goodyear Plants - AP (6:04 pm)
- Delta, Retirees Reach Benefit Deal - AP (5:54 pm)

More...

- Most-emailed articles
- Most-viewed articles

Email Story Set News Alert Print Story

Search News

Sponsor Results

Free Guide to Currency Trading
The differences of currency markets over traditional investment markets offer you an exciting, new market you just will not find anywhere else. Learn to trade currency today.
wallstreetselect.com

Buy Currency at Ruby Lane
Stroll down Ruby Lane to find the currency you've been searching for. We list thousands of items for sale from our hundreds of online shops. Try it.
www.rubylane.com

Commodity Broker - Trading Commodities
Do you trade the grains, energies, softs, metals, livestocks, bonds, currencies or indexes? We offer commodity traders low commissions, faster executions, charts and free quotes.
www.farrdirect.com

(What's This?)

**RSS Feeds**

Add headlines to your personalized My Yahoo! Page
( About My Yahoo! and RSS )

IMAX Headlines

- My Yahoo
- RSS

Movie Production, Theaters Headlines

- My Yahoo
- RSS

More Finance RSS Feeds

Copyright © 2006 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2006 Market Wire. All rights reserved. All the news releases provided by Market Wire are copyrighted. Any forms of copying other than an individual user's personal reference without express written permission is prohibited. Further distribution of these materials is strictly forbidden, including but not limited to, posting, emailing, faxing, archiving in a public database, redistributing via a computer network or in a printed form.