MEMO ENDORSED

**Labaton Sucharow**

RECEIVED IN CHAMBERS OF NAOMI REICE BUCHWALD
OCT 11 2006
UNITED STATES DISTRICT JUDGE

ALAN I. ELLMAN

Direct Dial: (212) 907-0877
Direct Fax: (212) 883-7077
aellman@labaton.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/06

October 10, 2006

Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2270
New York, NY 10007-1312

Re: *Kaplan et al. v. Imax Corp. et al.*, 1:06-cv-06128-NRB, and Related Cases
Pre-Motion Conferences in Civil Cases, Individual Practice 2.A.

Dear Judge Buchwald:

The undersigned represents the Steelworkers Pension Trust, a lead plaintiff movant in the above referenced action, who intends to file a motion for (1) consolidation of the related securities actions against Imax Corporation; (2) appointment as lead plaintiff in the above-referenced actions pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §78u-4; and (3) approval of lead plaintiff's selection of counsel.

We are aware of your Individual Practice Rule 2.A. which states that a pre-motion conference with the Court is required before making any motion. By this letter, we seek leave from this rule. The PSLRA requires that all motions for appointment as lead plaintiff be filed no later than 60 days after the date the notice of the first-filed action was published, which in the instant case was August 11, 2006. As such, all motions seeking appointment as lead plaintiff must be filed no later than today, October 10, 2006. In addition, pursuant to the PSLRA, any class member, whether or not they have appeared in the action as plaintiff, may file a motion seeking appointment as lead plaintiff. 15 U.S.C. § 78u-4(a)(3)(B)(i). Indeed, from our experience, the lead plaintiff movants are seldom named plaintiffs. Accordingly, we are unaware of other potential movants.

Because the filing of this motion is mandated by the PSLRA, we respectfully request that the pre-motion conference pursuant to the Court's Individual Practice 2.A. be waived, and leave should be granted to allow the undersigned to file a motion for appointment as lead plaintiff pursuant to the PSLRA. Copies of this letter have been sent to all counsel currently receiving electronic notice. We apologize for the timing of the request, but note that we were authorized to file the motion late yesterday.

So Ordered.
Naomi Reice Buchwald
USDJ
10/11/06

Respectfully submitted,

[signature]

Alan I. Ellman