UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Motti Kaplan**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce,** and **Imax Corporation**,<br><br>Defendants. | **Case No. 1:06-cv-06128-NRB** |

[Captions continued on next page]

**STEELWORKERS PENSION TRUST'S RESPONSE**
**TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF**

Dated: October 27, 2006

**LABATON SUCHAROW & RUDOFF LLP**
Christopher J. Keller (CK-2347)
Andrei V. Rado (AR-3724)
Alan I. Ellman (AE-7347)
100 Park Avenue
New York, NY 10017
Tel: 212-907-0700
Fax: 212-818-0477

**Liaison Counsel for**
**Steelworkers Pension Trust**

**BERGER & MONTAGUE, P.C.**
Sherrie R. Savett
Phyllis M. Parker
Douglas M. Risen
1622 Locust Street
Philadelphia, PA 19103
Tel: 215-875-3000
Fax: 215-875-4604

**Counsel for**
**Steelworkers Pension Trust**

| | |
|---|---|
| **Santiago Guzman**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Imax Corporation, Richard L. Gelfond, Bradley J. Wechsler,** and **Francis T. Joyce**,<br><br>Defendants. | **Case No. 1:06-cv-06235-NRB** |
| **Eric S. Bergen**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Richard L. Gelfond, Bradley J. Wechsler**, **Francis T. Joyce**, and **Imax Corporation**,<br><br>Defendants. | **Case No. 1:06-cv-06313-NRB** |
| **Michael J. Larosa**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Imax Corporation, Richard L. Gelfond, Bradley J. Wechsler,** and **Francis T. Joyce**,<br><br>Defendants. | **Case No. 1:06-cv-06349-NRB** |

[Captions continued on next page]

| | | |
|---|---|---|
| **Robert Feeney**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Imax Corporation, Richard L. Gelfond, Bradley J. Wechsler,** and **Francis T. Joyce**,<br><br>Defendants. | : | **Case No. 1:06-cv-06449-NRB** |
| **Floyd Reynolds**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Imax Corporation, Richard L. Gelfond, Bradley J. Wechsler,** and **Francis T. Joyce**,<br><br>Defendants. | : | **Case No. 1:06-cv-06693-NRB** |
| **Anthony Caiafa**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Imax Corporation, Richard L. Gelfond, Francis T. Joyce,** and **Bradley J. Wechsler,**<br><br>Defendants. | : | **Case No. 1:06-cv-07057-NRB** |

[Captions continued on next page]

| | | |
|---|---|---|
| **Robert B. Gray**, individually and on behalf of all others similarly situated, | : | **Case No. 1:06-cv-07162RB** |
| Plaintiff, | : | |
| v. | : | |
| **Imax Corporation, Richard L. Gelfond, Bradley J. Wechsler,** and **Francis T. Joyce**, | : | |
| Defendants. | : | |

**STEELWORKERS PENSION TRUST'S RESPONSE**
**TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF**

Steelworkers Pension Trust ("Steelworkers"), which lost approximately $428,445.00 as a result of its class period purchases of the common stock of Imax Corporation ("Imax" or the "Company"), respectfully submits this response to the various motions for appointment as lead plaintiff.

There are seven lead plaintiff motions currently pending before the Court, each alleging losses as follows: (i) Westchester Capital Management, Inc. ("Westchester Capital") (loss of $3,623,551); (ii) Snow Capital Investment Partners L.P. (loss of $481,327); (iii) Steelworkers Pension Trust (loss of $428,445); (iv) Robert Lieblang (loss of $397,530); (v) Gary and Marlene Creagh (loss of $132,678); (vi) "Imax Investor Group" (loss of $66,305); and (vii) Jay Spritzler (loss of $38,700).

Steelworkers recognizes that Westchester Capital's financial interest in this litigation entitles it to the Private Securities Litigation Reform Act's ("PSLRA") "most adequate" plaintiff presumption. 15 U.S.C. §78u-4(a)(3)(B)(iii). Moreover, it appears that Westchester Capital also satisfies the requirements of Fed. R. Civ. P. 23. Accordingly, Steelworkers does not contest Westchester Capital's appointment as lead plaintiff.

Steelworkers is committed to the vigorous prosecution of this action. Should the need arise, Steelworkers stands ready, willing, and able to serve as either a class representative or lead plaintiff, and believes the Class would benefit from the representation of a multi-employer Taft-Hartley fund such as Steelworkers.

Dated: October 27, 2006

**LABATON SUCHAROW & RUDOFF LLP**

By: _/s/_Christopher J. Keller___
Christopher J. Keller (CK-2347)
Andrei V. Rado (AR-3724)
Alan I. Ellman AE-7347)
100 Park Avenue
New York, NY 10017
Tel: 212-907-0700
Fax: 212-818-0477

**Liaison Counsel for**
**Steelworkers Pension Trust**

**BERGER & MONTAGUE, P.C.**

Sherrie R. Savett
Phyllis M. Parker
Douglas M. Risen
1622 Locust Street
Philadelphia, PA 19103
Tel: 215-875-3000
Fax: 215-875-4604

**Counsel for**
**Steelworkers Pension Trust**