# EXHIBIT A

# Delaware Court of Chancery

## DE Court of Chancery - Statewide

## CA2014-N

## Conf Order Merger Fund v. Instinet Group Inc

**The case was last updated by the court on Tuesday, July 18, 2006**

### Header

| | |
|---|---|
| **Case Number:** | CA2014-N |
| **Date Filed:** | 03/20/2006 |
| **Date Full Case Retrieved:** | 07/18/2006 |
| **Status:** | Active |
| **Misc:** | Land & Leasehold Interests |

[Summary] [Litigants] [Counsel] [Proceedings] [Schedule]

### Summary

**Assigned To:**
**Date Assigned:**
**Dismissed By:**

### Litigants

| Litigant Type | Litigant |
|---|---|
| Plaintiff | Cede & Co Inc |
| Plaintiff | G S Master Trust |
| Plaintiff | M S S Merger Arbitrage 2 |
| Plaintiff | Merger Fund |
| Plaintiff | Merger Fund VL |
| Plaintiff | Sphinx Merger Arbitrage |
| Defendant | Instinet Group Inc |

### Counsel

**Plaintiff**

Reed, John L
Edwards Angell Palmer & Dodge LLP Wilmington
919 N Market St Ste 1500
Wilmington DE 19801-3023

**Defendant**

Micheletti, Edward B
Skadden Arps Slate Meagher & Flom LLP-Wilmington
PO Box 636
Wilmington DE 19899-0636

Valihura, Karen L
Skadden Arps Slate Meagher & Flom LLP-Wilmington

PO Box 636
Wilmington DE 19899-0636

| Date | # | Proceeding Text |
|---|---|---|
| 03/20/2006 | 1 | petition for appraisal of stock |
| 03/20/2006 | 2 | motion for appointment of special process server |
| 03/20/2006 | 3 | supplemental information pursuant to rule 3(a) of the rules of the court of chancery |
| 03/20/2006 | 4 | notice of motion to motion for appointment of special process server |
| 03/20/2006 | 5 | proposed order appointing special process server |
| 03/20/2006 | 6 | certificate of service to notice of motion and motion for appointment of special process server |
| 03/28/2006 | 7 | letter to register in chancery requesting that the court issue the summons in this new case |
| 03/28/2006 | 8 | motion, order for special process server; issued summons to sps (1 copy) |
| 03/29/2006 | 9 | summons with return of service |
| 04/17/2006 | 10 | response to petition for appraisal of stock |
| 04/17/2006 | 11 | verified list pursuant to 8 del. c. section 262(f) |
| 04/17/2006 | 12 | certificate of service of a response to petition for appraisal of stock and verified list pursuant to 8 del. c. section 262(f) |
| 04/17/2006 | 13 | letter to vice chancellor lamb from karen l. valihura enclosing courtesy copies of defendant's response to petition for appraisal of stock; and verified list pursuant to 8 del. c. section 262(f) |
| 06/02/2006 | 14 | notice of service of petitioners' first set of interrogatories directed to respondent |
| 06/05/2006 | 15 | notice of service of petitioners' first set of interrogatories directed to respondent |
| 06/05/2006 | 16 | certificate of service to notice of service of petitioners' first set of interrogatories directed to respondent |
| 06/05/2006 | 17 | notice of service of petitioners' first request for production of documents directed to respondent |
| 06/05/2006 | 18 | certificate of service to notice of service of petitioners' first request for production of documents directed to respondent |
| 06/07/2006 | 19 | notice of service of respondent's first set of requests for production of documents directed to all petitioners |
| 06/07/2006 | 20 | certificate of service of notice of service of respondent's first set of requests for production of documents |
| 06/07/2006 | 21 | notice of service of respondent's first set of interrogatories directed to all petitioners |
| 06/07/2006 | 22 | certificate of service of notice of service of respondent's first set of interrogatories directed to all petitioners |
| 07/17/2006 | 23 | notice of service to repsonse to petitioners' first request for production of documents and this notice of service |
| 07/17/2006 | 24 | letter to the honorable stephen p. lamb enclosing a proposed stipulation and order governing the production and use of confidential material for the court's consideration |
| 07/17/2006 | 25 | stipulation and proposed order governing the production and use of confidential material |
| 07/17/2006 | 26 | exhibit a to stipulation and proposed order governing the production and use of confidential material |
| 07/17/2006 | 27 | granted (stipulation and proposed order governing the production and use of confidential material) |
| 07/17/2006 | 28 | notice of service of response to respondent's first request for production of documents |
| 07/17/2006 | 29 | certificate of service to notice of service of response to respondent's first request for production of documents |

## Schedule

**No Information is Available for this case**

---

Copyright © 2006 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***