USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/8/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re IMAX Corporation Securities Litigation | Master File No. 06 Civ. 6128 ((NRB) |

**[redacted] ORDER**

WHEREAS, on January 17, 2007, this Court consolidated the constituent actions herein, appointed Westchester Capital Management, Inc. as Lead Plaintiff and appointed its choice of Abbey Spanier Rodd Abrams & Paradis, LLP as Lead Counsel; and

WHEREAS, Lead Plaintiff and Lead Counsel were directed to submit to the Court any proposed order that would further facilitate their representation of the class and their having done so on February 6, 2006;

IT IS HEREBY ORDERED THAT:

1. Lead Counsel is hereby vested by the Court with the following duties and responsibilities in connection with the consolidated actions:

a. To direct and coordinate the briefing and arguing of motions;

b. To direct and coordinate the initiation and conduct of discovery proceedings, including, but not limited to, requests for production of documents, written interrogatories, requests for admissions, depositions and/or third party subpoenas;

c. To direct and coordinate the examination of witnesses;

d. To act as the spokesperson for plaintiffs at pretrial conferences;

e. To call meetings of plaintiff's counsel, if appropriate or necessary;

f. To direct the preparation for the trial of this matter and to delegate work

responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort;

g. To direct and coordinate the conduct of pre-trial, trial and post-trial proceedings;

h. To consult with and employ experts;

i. To initiate and conduct all settlement negotiations with counsel for defendants; and

j. To perform such other duties as may be expressly authorized by further order of the Court.

2. No motion, request for discovery, or other pre-trial proceedings shall be initiated or filed by any plaintiff except through Lead Counsel.

3. Defendants' counsel may rely upon all agreements made with Lead Counsel, and such, agreements shall be binding on all plaintiffs in the consolidated actions.

4. Lead Counsel are hereby designated as the counsel for plaintiffs upon whom all notices, orders, pleadings, motions discovery, and memoranda may be served and defendants shall effect service of papers on plaintiffs by serving Lead Counsel. Lead Counsel is authorized to receive orders, notices, correspondence and telephone calls from the Court and the Clerk of the Court on behalf of all plaintiffs.

5. If defendants file a single pleading or other paper directed to all plaintiffs herein, the response on behalf of plaintiffs shall be made in a single pleading or other paper to be served by Lead Counsel. All plaintiffs in these consolidated actions shall be bound by that pleading or paper.

6. The organizational structure established by this Order shall bind counsel for plaintiffs in all securities fraud class actions consolidated by this Order.

7. Lead Plaintiff shall file a Consolidated Amended Complaint on or before April 27, 2007.

**SO ORDERED**, this 7th day of February, 2007

Naomi Reice Buchwald
United States District Judge