USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re IMAX Corporation Securities Litigation | **Master File No. 06 Civ. 6128 (NRB)** |

**STIPULATION AND [redacted] ORDER**

WHEREAS, pursuant to a proposed form of order that was So Ordered by the Court on February 8, 2007, the parties agreed that Lead Plaintiff Westchester Capital Management, Inc. ("Lead Plaintiff") would file a Consolidated Amended Complaint on or before April 27, 2007; and

WHEREAS, on March 29, 2007, defendant IMAX Corporation ("IMAX") announced that it had delayed the filing of its annual report on Form 10-K for fiscal year 2006 to review its accounting for revenue recognition for certain theater system installations in previous periods;

WHEREAS, in light of IMAX's announcement that it was reviewing its accounting for revenue recognition from theater system installations and the fact that the allegations in this lawsuit arise out of certain alleged revenue recognition practices at IMAX, Lead Plaintiff seeks an extension of time to file a Consolidated Amended Complaint in this action;

WHEREAS, Defendants' counsel has no objection to Lead Counsel's request for an extension of time to file a Consolidated Amended Complaint;

IT IS HEREBY ORDERED THAT:

1. Lead Plaintiff shall file a Consolidated Amended Complaint no later than 60 days

after defendant IMAX files its annual report with the Securities and Exchange Commission on Form 10-K for fiscal year 2006.

Dated: New York, New York
April 25, 2007

ABBEY SPANIER RODD ABRAMS
& PARADIS, LLP

Jill S. Abrams, Esq. (JSA 1578)
Richard B. Margolies, Esq.
212 East 39th Street
New York, New York 10022
(212) 889-3700

*Counsel for Lead Plaintiff Westchester Capital Management, Inc.*

CLEARY GOTTLIEB STEEN
& HAMILTON LLP

Lewis J. Liman, Esq.
Breon S. Peace, Esq. (BP 8872)
Elizabeth Vicens, Esq.
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Counsel for Defendants*

**SO ORDERED**, this 26th day of April, 2007

Naomi Reice Buchwald
United States District Judge