UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re IMAX Corporation Securities Litigation | Master File No. 06 Civ. 6128 (NRB) |

**NOTICE OF CHANGE OF FIRM NAME**

TO: CLERK OF COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALL COUNSEL OF RECORD

Please take notice that ABBEY SPANIER RODD ABRAMS & PARADIS, LLP has changed its name to:

ABBEY SPANIER RODD & ABRAMS, LLP

Please take further notice that the firm's website, address, telephone number and facsimile remains unchanged.

Please revise your service list accordingly.

Dated: June 14, 2007

Respectfully submitted,

ABBEY SPANIER RODD & ABRAMS, LLP

Arthur N. Abbey, Esq. (AA-8074)
Jill S. Abrams, Esq. (JA-1578)
Richard B. Margolies, Esq. (RM-9311)
212 East 39th Street
New York, New York 10022
(212) 889-3700

Counsel for Lead Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that on June 14, 2007 I mailed a copy of the NOTICE OF FIRM NAME CHANGE by electronic filing to all counsel on the attached service list.

Carolyn Davila

## SERVICE LIST

Lewis Limon, Esq.
Breon Peace, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON, LLP
One Liberty Plaza
New York, New York 10006