ABBEY SPANIER RODD & ABRAMS, LLP
ATTORNEYS AT LAW

212 EAST 39TH STREET
NEW YORK, NEW YORK 10016
PHONE 212 889 3700
FAX 212 684 5191
www.abbeyspanier.com

RICHARD B. MARGOLIES, ESQ.
margolies@abbeyspanier.com

September 12, 2007

**VIA FAX**

The Honorable Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2270
New York, New York 10007-1312

**Re: In re IMAX Corp. Securities Litigation, Master File No. 06-CV-6128 (NRB)**

Dear Judge Buchwald:

We represent Lead Plaintiff Westchester Capital Management, Inc. ("Lead Plaintiff") in the above-captioned action. Pursuant to a proposed form of order that was So Ordered by the Court on April 27, 2007, the parties agreed that Lead Plaintiff would file a Consolidated Amended Complaint no later than 60 days after defendant IMAX Corporation ("IMAX") filed its annual report with the Securities and Exchange Commission on Form 10-K for fiscal year 2006. On July 20, 2007, IMAX filed its annual report. Under the current schedule, the Consolidated Amended Complaint is due September 18, 2007 and falls between the Jewish holidays of Rosh Hashanah and Yom Kippur, and as a result, Lead Plaintiff respectfully requests a two-week extension of time to file a Consolidated Amended Complaint by no later than October 2, 2007.

We have enclosed a proposed form of order to which defense counsel has no objection.

So Ordered.
Naomi Reice Buchwald
USDJ
9/12/07

Respectfully submitted,

Richard B. Margolies

cc: Jill S. Abrams, Esq.
Lewis Liman, Esq. (via e-mail and regular mail)
Breon Peace, Esq. (via e-mail)
Elizabeth Vicens, Esq. (via e-mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/12/07