USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE IMAX CORPORATION SECURITIES LITIGATION

No. 06 Civ. 6128 (NRB)

**STIPULATION AND PROPOSED ORDER**

WHEREAS counsel for plaintiffs and PricewaterhouseCoopers LLP, an Ontario limited liability partnership ("PwC-Canada") have conferred and agreed upon a date by which PwC-Canada shall move against or otherwise respond to the Consolidated Amended Class Action Complaint (the "Complaint"); and

WHEREAS, by entering into this Stipulation, PwC-Canada does not intend to and does not waive any defenses, including but not limited to any jurisdictional defenses.

IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto that:

1. PwC-Canada acknowledges service of the Complaint; and
2. PwC-Canada shall have up to and including December 3, 2007 to move against or otherwise respond to the Complaint.

Dated: New York, New York
October 12, 2007

GIBSON, DUNN & CRUTCHER LLP

By: ______________________

Jennifer L. Conn (JC-5753)
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Tel.: (212) 351-4000
Fax: (212) 351-4035

Attorneys for Defendant
PricewaterhouseCoopers LLP, an Ontario limited liability partnership

ABBEY SPANIER RODD & ABRAMS, LLP

By: ______________________
Arthur N. Abbey (AA-8074)
Jill S. Abrams (JA-1578)
Richard B. Margolies (RM-9311)
212 East 39th Street
New York, New York 10016
Tel.: (212) 889-3700
Fax: (212) 684-5191

Attorneys for Lead Plaintiff Westchester Capital Management

BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel.: 1-800-424-6690
Fax: 215-875-4604

Attorneys for The Steelworkers Pension Trust

SO ORDERED, this 17th day of October, 2007:

______________________
Honorable Naomi R. Buchwald, U.S.D.J.