**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | 06 CIV. 6128 (NRB) |

**NOTICE OF APPEARANCE**

To the ECF Clerk of this court and all parties of record:

Please enter the below attorneys as additional attorneys of record in this case for Plaintiff as Lead Counsel. Please include them to receive Notice of all ECF filings in this case.

Dated: New York, New York
October 19, 2007

ABBEY SPANIER RODD & ABRAMS, LLP

By: ______________
Jill S. Abrams (JA 1578)
jabrams@abbeyspanier.com
Richard Margolies (RM 9311)
rmargolies@abbeyspanier.com
212 East 39th Street
New York, New York 10016
Telephone: (212) 889-3700
Facsimile: (212) 684-5191

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that on October 19, 2007 I mailed a copy of the NOTICE OF APPEARANCE by electronic filing to all counsel on the attached service list.

Carolyn Davila

## SERVICE LIST

Lewis Limon, Esq.
Breon Peace, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON, LLP
One Liberty Plaza
New York, New York 10006