UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE IMAX CORPORATION SECURITIES LITIGATION

Case No: 06 Civ. 6128 (NRB) (ECF Case)

**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE***

**PLEASE TAKE NOTICE** that, upon the affidavit submitted herewith, Defendant PricewaterhouseCoopers LLP, an Ontario limited liability partnership ("PwC-Canada"), by its undersigned attorney, will move this Court, in the Courtroom of the Honorable Naomi Reice Buchwald, United States District Judge, United States Courthouse, 500 Pearl Street, Courtroom 21A, New York, New York, at a time and date to be determined by this Court, for an Order admitting M. Byron Wilder, Joshua P. Martin, M. Cory Nelson, and Samantha A. Ferris, *pro hac vice* pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York. A proposed order is annexed hereto.

Dated: New York, New York
October 29, 2007

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: ______________________
Jennifer L. Conn (JC 5753)

200 Park Ave., 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000

*Attorneys for Defendant PricewaterhouseCoopers LLP, an Ontario limited liability partnership*

FILED
U.S. DISTRICT COURT
2007 OCT 29 PM 4:15
S.D. OF N.Y.

631391 #100 10-29-07 MG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | : | Case No: 06 Civ. 6128 (NRB) (ECF Case) |

## **AFFIDAVIT OF JENNIFER L. CONN**

STATE OF NEW YORK )
) SS.
COUNTY OF NEW YORK )

I, JENNIFER L. CONN, being duly sworn, says:

1. I am an attorney admitted to practice in the State of New York and the United States District Court for the Southern District of New York. I am a member of the law firm of Gibson, Dunn & Crutcher LLP, counsel for Defendant PricewaterhouseCoopers LLP, an Ontario limited liability partnership ("PwC-Canada"), in the above-captioned action. I make this affidavit in support of Defendant PwC-Canada's motion, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for the admission of M. Byron Wilder, Joshua P. Martin, M. Cory Nelson, and Samantha A. Ferris, to the bar of this Court *pro hac vice*.

2. Mr. Wilder is a member in the Dallas office of Gibson, Dunn & Crutcher LLP. Mr. Wilder is a member in good standing of the bar of the States of Texas and California. *See* Certificate Of Good Standing issued by the Supreme Court of Texas, dated October 9, 2007; Certificate of Good Standing issued by the State Bar of California, dated October 10, 2007 (attached hereto at Exhibit 1.) Mr. Wilder is familiar with the Federal Rules of Civil Procedure and with the Rules of this Court.

3. Mr. Martin is an associate in the Dallas office of Gibson, Dunn & Crutcher LLP. Mr. Martin is a member in good standing of the bar of the State of Texas. *See* Certificate Of Good Standing issued by the State Bar of Texas, dated October 16, 2007 (attached hereto at Exhibit 2.) Mr. Martin is familiar with the Federal Rules of Civil Procedure and with the Rules of this Court.

4. Mr. Nelson is an associate in the Dallas office of Gibson, Dunn & Crutcher LLP. Mr. Nelson is a member in good standing of the bar of the State of Texas. *See* Certificate Of Good Standing issued by the Supreme Court of Texas, dated October 9, 2007 (attached hereto at Exhibit 3.) Mr. Nelson is familiar with the Federal Rules of Civil Procedure and with the Rules of this Court.

5. Ms. Ferris is an associate in the Dallas office of Gibson, Dunn & Crutcher LLP. Ms. Ferris is a member in good standing of the bar of the State of Texas. *See* Certificate Of Good Standing issued by the State Bar of Texas, dated October 12, 2007 (attached hereto at Exhibit 4.) Ms. Ferris is familiar with the Federal Rules of Civil Procedure and with the Rules of this Court.

6. Accordingly, I respectfully request that Mr. Wilder, Mr. Martin, Mr. Nelson, and Ms. Ferris be admitted to the bar of this Court *pro hac vice*.

________________________
Jennifer L. Conn

Sworn before me this
29th day of October, 2007

________________________
Notary Public

ANGEL ARIAS
Notary Public, State of New York
No. 01AR5040048
Qualified in Queens County
Certificate Filed in New York County
Commission Expires March 6, 2011

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**M. BYRON WILDER**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 28th day of May, 1993.

I further certify that the records of this office show that, as of this date

**M. BYRON WILDER**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this 9th day of October, 2007.

BLAKE HAWTHORNE, Clerk

by Brad Sonego

Brad Sonego, Deputy Clerk

No. 4432A

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

THE STATE BAR
OF CALIFORNIA

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

October 10, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MELVIN BYRON WILDER, #116959 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 1984; that from the date of admission to September 8, 1995, he was an ACTIVE member of the State Bar of California; that on September 8, 1995, he transferred at his request to the INACTIVE status as of June 1, 1995; that from that date to May 10, 1999, he was an INACTIVE member of the State Bar of California; that on May 10, 1999, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# STATE BAR OF TEXAS

Office of the Chief Disciplinary Counsel

October 16, 2007

Re: Joshua Paine Martin, State Bar Number 24037030

To Whom It May Concern:

This is to certify that Mr. Joshua Paine Martin was licensed to practice law in Texas on November 6, 2002, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Mr. Martin's law license.

Sincerely,

John A. Neal
Chief Disciplinary Counsel

JN/ss

P.O. BOX 12487, AUSTIN, TEXAS 78711-2487, 512-453-5535 or 1-877-953-5535

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**MAXWELL CORY NELSON**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 5th day of November, 2004.

I further certify that the records of this office show that, as of this date

**MAXWELL CORY NELSON**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this 9th day of October, 2007.

BLAKE HAWTHORNE, Clerk

by Brad Sonego

Brad Sonego, Deputy Clerk

No. 4432B

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# STATE BAR OF TEXAS

Office of the Chief Disciplinary Counsel

October 12, 2007

Re: Samantha Abigail Ferris, State Bar Number 24050595

To Whom It May Concern:

This is to certify that Ms. Samantha Abigail Ferris was licensed to practice law in Texas on November 4, 2005, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Ms. Ferris' law license.

Sincerely,

John A. Neal
Chief Disciplinary Counsel

JN/ss

**CERTIFICATE OF SERVICE**

I, Angel S. Arias, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this __ day of October 2007, I served a true and correct copy of the foregoing Notice of Motion for Admission *Pro Hac Vice* of M. Byron Wilder, Joshua P. Martin, M. Cory Nelson, and Samantha A. Ferris and the supporting affidavit and proposed order, by first class mail, postage prepaid, upon the following counsel of record:

Arthur N. Abbey
Jill S. Abrams
Richard B. Margolies
Nancy Kaboolian
Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street
New York, NY 10016
*Attorneys for Lead Plaintiff Westchester Capital Management*

Lewis J. Liman
Breon S. Peace
Elizabeth Vicens
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
*Attorneys for Defendant IMAX Corporation*

Catherine A. Torell
Cohen, Milstein, Hausfeld & Toll, PLLC
150 East 52nd Street
New York, NY 10022
*Attorneys for Movants Gary and Marlene Creagh*

Christopher J. Keller
Labaton Rudoff & Sucharow LLP
100 Park Avenue, 12th Floor
New York, NY 10017
*Attorneys for Movant The Steelworkers Pension Trust*

David A. Rosenfeld
Coughlin, Stoia, Geller, Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
*Attorneys for Movant Snow Capital Investment Partners LP*

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd.
Mineola, NY 11501
*Attorneys for Movant IMAX Investor Group*

Jonathon K. Levine
Girard Gibbs & De Bartolomeo, LLP
601 California Street, Suite 1400
San Francisco, CA 94108
*Attorney for Interested Party Robert Lieblang*

Ronen Sarraf
Sarraf Gentile, LLP
11 Hanover Square
New York, NY 10005
*Attorneys for Interested Parties Michael LaRosa and Jay M. Spritzler*

Angel S. Arias