UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | Case No. 06 Civ. 6128 (NRB)<br>(ECF Case) |

**NOTICE OF APPEARANCE**

The undersigned counsel respectfully enters her appearance as counsel for Defendant PricewaterhouseCoopers LLP, an Ontario limited liability partnership ("PwC-Canada"), and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Defendant PwC-Canada. The undersigned is a member of this Court in good standing.

Dated: New York, New York
November 14, 2007

GIBSON, DUNN & CRUTCHER LLP

By:____________________
Jennifer L. Conn (JC-5753)

200 Park Avenue, 47th Floor
New York, New York 10166-0193
(212) 351-4000

*Attorneys for Defendant PricewaterhouseCoopers LLP, an Ontario limited liability partnership*

100336680_1.DOC