UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE IMAX CORPORATION SECURITIES LITIGATION

Case No: 06 Civ. 6128 (NRB) (ECF Case)

**CERTIFICATE OF SERVICE**

I, Alison L. Wollin, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 14th day of November 2007, I served a true and correct copy of the foregoing Notice of Appearance by hand delivery upon the following counsel of record:

Lead Counsel for Plaintiff Westchester Capital Management:

Arthur N. Abbey
Jill S. Abrams
Richard B. Margolies
Nancy Kaboolian
ABBEY SPANIER RODD & ABRAMS, LLP
212 East 39th Street
New York, NY 10016
Telephone: 212-889-3700
Fax: 212-684-6191

Counsel for Defendant IMAX Corporation

Lewis J. Liman
Breon S. Peace
Elizabeth Vicens
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: 212-225-2550
Fax: 212-225-3999

I served a true and correct copy of the foregoing Notice of Appearance by first class mail, postage prepaid, upon the following counsel of record:

Counsel for Movant The Steelworkers Pension Trust

Christopher J. Keller
Labaton Rudoff & Sacharow LLP
100 Park Avenue, 12th Floor
New York, NY 10017
Telephone: 212-907-0853
Fax: 212-883-7053

Counsel For Movants Gary And Marlene Creagh

Catherine A. Torell
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
150 East 52nd Street
New York, NY 10022
Telephone: 212-838-7797
Fax: 212-838-7745

Counsel for Movant Snow Capital Investment Partners LP

David A. Rosenfeld
COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631-367-7100
Fax: 631-367-1173

Counsel for Interested Party Robert Lieblang

Jonathon K. Levine
GIRARD GIBBS & DE BARTOLOMEO, LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: 415-981-4800
Fax: 415-981-4846

Counsel for Movant IMAX Investor Group

Evan J. Smith
BRODSKY & SMITH, LLC
240 Mineola Blvd.
Mineola, NY 11501
Telephone: 516-741-4977

Counsel for Interested Parties Michael LaRosa and Jay M. Spritlzer

Ronen Sarraf
SARRAF GENTILE, LLP
11 Hanover Square
New York, NY 10005
Telephone: 212-868-3610
Fax: 212-918-7967

Alison L. Wollin

100338343_1.DOC