USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/4/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re IMAX Corporation Securities Litigation | Master File No. 06 Civ. 6128 (NRB) |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, on October 2, 2007, Lead Plaintiff Westchester Capital Management, Inc. ("Lead Plaintiff") filed a Consolidated Amended Complaint (the "Complaint") against defendants IMAX Corporation ("IMAX" or the "Company"), Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce, Kathryn A. Gamble (collectively, the "Individual Defendants"), PricewaterhouseCoopers LLP, a Delaware limited liability partnership ("PwC-US") and PricewaterhouseCoopers LLP, an Ontario limited liability partnership ("PwC-Canada"); and

WHEREAS, on October 4, 2007, counsel for defendant PwC-Canada and Lead Plaintiff's Counsel discussed PwC-Canada's request that Lead Plaintiff voluntarily dismiss PwC-US from this action; and

WHEREAS, on October 5, 2007, in response to a request from Lead Plaintiff's counsel, counsel for defendant PwC-Canada sent a letter to Lead Plaintiff's counsel which represented that: PwC-Canada and PwC-US do not have partners in common and do not share revenues; PwC-Canada was responsible for the audits of IMAX's financial statements and issued audit reports on the Company's financial statements between February 27, 2003 and July 20, 2007 (the "Class Period"); and PwC-US never audited any of IMAX's financial statements or issued audit reports on the Company's financial statements; and

WHEREAS, on November 5, 2007, in response to a request from Lead Plaintiff's counsel, counsel for defendant PwC-US sent a letter to Lead Plaintiff's counsel which represented that PwC-Canada issued the audit opinions at-issue and that all of the substantive audit testing done in connection with those audit opinions was performed by PwC-Canada; and

WHEREAS, the parties hereby stipulate and agree to the dismissal, without prejudice, of PwC-US as a defendant in this action.

IT IS HEREBY ORDERED THAT:

PwC-US is dismissed, without prejudice, as a defendant in this action.

Dated: New York, New York
November 21, 2007

ABBEY SPANIER RODD
& ABRAMS, LLP

Jill S. Abrams, Esq.
Richard B. Margolies, Esq.
212 East 39th Street
New York, New York 10022
(212) 889-3700
*Counsel for Lead Plaintiff*
*Westchester Capital Management, Inc.*

DAVIS POLK & WARDWELL

Andrew R. Pollard, Esq.
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

*Counsel for Defendant*
*PricewaterhouseCoopers LLP (PwC-US)*

SO ORDERED, this 3d day of ~~November~~ December, 2007

Naomi Reice Buchwald
United States District Judge