UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | Master File No. 06 Civ. 6128 (NRB) |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, accompanying Declaration of Jennifer L. Conn, dated December 7, 2007, with accompanying exhibits, and all prior papers and proceedings had herein, defendant PricewaterhouseCoopers LLP, an Ontario limited liability partnership ("PwC-Canada"), will move this Court, before the Honorable Naomi R. Buchwald, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an order dismissing Plaintiffs' Consolidated Amended Class Action Complaint as against PwC-Canada for failure to state a claim and failure to plead with particularity, and granting such other and further relief as the Court deems appropriate.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to this Court's Order, Plaintiffs' opposition papers must be served by January 22, 2008. Reply papers must be served by February 9, 2008.

Dated: New York, New York
December 10, 2007

GIBSON, DUNN & CRUTCHER LLP

By:____________________________
Jennifer L. Conn (JC-5753)

200 Park Ave., 47th Floor
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

M. Byron Wilder (*pro hac vice* motion pending)
Joshua P. Martin (*pro hac vice* motion pending)
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: (214) 698-3100
Facsimile: (214) 698-3400

*Attorneys for Defendant*
*PricewaterhouseCoopers LLP, an Ontario limited liability partnership*

100344935_3.DOC