UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | Master File No. 06 Civ. 6128 (NRB) |

**DECLARATION OF JENNIFER L. CONN IN SUPPORT OF DEFENDANT PRICEWATERHOUSECOOPERS LLP'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

Jennifer L. Conn, pursuant to 28 U.S.C. § 1746, hereby declares:

1. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel to defendant PricewaterhouseCoopers LLP, an Ontario limited liability partnership ("PwC-Canada") in the above-captioned action. I respectfully submit this declaration in support of PwC-Canada's Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint.

2. Attached as Exhibit A is a true and correct copy of Emerging Issues Task Force 00-21.

3. Attached as Exhibit B is a true and correct copy of IMAX Corporation's ("IMAX") August 9, 2006 press release.

4. Attached as Exhibit C is a true and correct copy of the transcript of IMAX's August 9, 2006 investor conference call.

5. Attached as Exhibit D is a true and correct copy of IMAX's November 8, 2006 press release.

6. Attached as Exhibit E is a true and correct copy of IMAX's March 16, 2007 press release.

7. Attached as Exhibit F is a true and correct copy of a document from Lexis.com, obtained on November 12, 2007, evidencing IMAX's closing stock price on March 15 and 16, 2007.

8. Attached as Exhibit G is a true and correct copy of a document from Lexis.com, obtained on November 12, 2007, evidencing IMAX's closing stock price on July 19 and 20, 2007.

I hereby declare that the foregoing is true and correct to the best of my knowledge. Executed on December 7, 2007.

Jennifer L. Conn (JC-5753)