# EXHIBIT F

*Historical Quotes* Data Supplied by **SUNGARD**

Search Results

**Results**

Prev | Next Next Steps New Search Go

**IMAX - Imax Corporation (NASDAQ)**
Dates available: 06/10/1994 - 11/09/2007

**Currency:** Currency as reported (CAR)
**Date(s):** 03/15/2007 - 03/16/2007
**Frequency:** Daily prices
**Exchange:** NASDAQ

**View Tables** **Get Charts** **Open as Spreadsheet**

| Date | Close | High | Low | Volume |
|---|---|---|---|---|
| 03/15/2007 | **4.99** | 5.29 | 4.95 | 806,900 |
| 03/16/2007 | **5.00** | 5.12 | 4.75 | 1,134,900 |

Terms and Conditions | Copyright© 2005 LexisNexis®. All rights reserved.