# EXHIBIT G

*Historical Quotes* Data Supplied by **SUNGARD**

Search Results

**Results**

Prev | Next Next Steps New Search Go

**IMAX - Imax Corporation (NASDAQ)**
Dates available: 06/10/1994 - 11/09/2007

**Currency:** Currency as reported (CAR)
**Date(s):** 07/19/2007 - 07/20/2007
**Frequency:** Daily prices
**Exchange:** NASDAQ

**View Tables** **Get Charts** **Open as Spreadsheet**

| Date | Close | High | Low | Volume |
|---|---|---|---|---|
| 07/19/2007 | **4.40** | 4.50 | 4.36 | 251,700 |
| 07/20/2007 | **4.85** | 4.98 | 4.54 | 1,593,600 |

Terms and Conditions | Copyright© 2005 LexisNexis®. All rights reserved.