UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE IMAX CORPORATION SECURITIES LITIGATION

Master File No. 06 Civ. 6128 (NRB)

# CERTIFICATE OF SERVICE

I, Alison L. Wollin, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 10th day of December, 2007, true and correct copies of Defendant PricewaterhouseCoopers LLP's Notice of Motion, Memorandum of Law in Support of Defendant PricewaterhouseCoopers LLP's Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint, and the Declaration of Jennifer L. Conn in Support of Defendant PricewaterhouseCoopers LLP's Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint, dated December 7, 2007, have been served via the Court's Electronic Case Filing system and by hand delivery upon:

Lead Counsel for Plaintiff Westchester Capital Management:

Arthur N. Abbey
Jill S. Abrams
Richard B. Margolies
Nancy Kaboolian
ABBEY SPANIER RODD & ABRAMS, LLP
212 East 39th Street
New York, NY 10016
Telephone: 212-889-3700
Fax: 212-684-6191

Counsel for Defendant IMAX Corporation

Lewis J. Liman
Breon S. Peace
Elizabeth Vicens
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: 212-225-2550
Fax: 212-225-3999

The above referenced documents have been served via the Court's Electronic Case Filing system and by overnight mail upon:

Counsel For Movants Gary And Marlene Creagh

Catherine A. Torell
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
150 East 52nd Street
New York, NY 10022
Telephone: 212-838-7797
Fax: 212-838-7745

Counsel for Movant The Steelworkers Pension Trust

Christopher J. Keller
Labaton Rudoff & Sacharow LLP
100 Park Avenue, 12th Floor
New York, NY 10017
Telephone: 212-907-0853
Fax: 212-883-7053

Counsel for Movant Snow Capital Investment Partners LP

David A. Rosenfeld
COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631-367-7100
Fax: 631-367-1173

Counsel for Movant IMAX Investor Group

Evan J. Smith
BRODSKY & SMITH, LLC
240 Mineola Blvd.
Mineola, NY 11501
Telephone: 516-741-4977

Counsel for Interested Party Robert Lieblang

Jonathon K. Levine
GIRARD GIBBS & DE BARTOLOMEO, LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: 415-981-4800
Fax: 415-981-4846

Counsel for Interested Parties Michael LaRosa and Jay M. Spritlzer

Ronen Sarraf
SARRAF GENTILE, LLP
11 Hanover Square
New York, NY 10005
Telephone: 212-868-3610
Fax: 212-918-7967

/s/ [signature]
Alison L. Wollin

100351869_1.DOC