UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | Case No. 06 Civ. 6128 (NRB) (ECF Case) |

**NOTICE OF MOTION TO DISMISS PURSUANT TO RULES 12(b)(6) and 9(b)**

PLEASE TAKE NOTICE that, upon the declaration of James C. Clark, dated December 10, 2007, all attached exhibits, and the accompanying Memorandum of Law, Defendants IMAX Corporation, Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce, and Kathryn A. Gamble will move this Court before the Honorable Naomi Reice Buchwald, Courtroom 21A, United States Courthouse, 500 Pearl Street, City of New York, at a day and time to be determined by the Court, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure for an order dismissing Plaintiffs' Consolidated Amended Class Action Complaint for failure to state a claim upon which relief can be granted and for failure to plead fraud with particularity, and for such other relief as this Court deems just and proper; and

PLEASE TAKE FURTHER NOTICE that pursuant to the order of this Court, filed December 4, 2007, Plaintiffs' Opposition shall be served on or before January 22, 2008.

Dated: New York, New York
December 10, 2007

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: ______________________
Lewis J. Liman (LL-9166)
Breon S. Peace (BP-8872)

One Liberty Plaza
New York, NY 10006
Attorneys for Defendants IMAX Corporation,
Richard L. Gelfond, Bradley J. Wechsler, Francis T.
Joyce, and Kathryn A. Gamble

To: Arthur N. Abbey
Jill S. Abrams
Richard B. Margolies
Abbey Sanier Rodd & Abrams, LLP
212 East 39th Street
New York, NY 10016
Attorneys for Lead Plaintiff Westchester Capital Management

Sherrie R. Savett
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Attorney for The Steelworkers Pension Trust

Cc: Jennifer L. Conn
Gibson Dunn & Crutcher LLP
200 Park Ave., 47th Floor
New York, NY 10166

M. Byron Wilder
Gibson Dunn & Crutcher LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Attorneys for Defendant PriceWaterhouseCoopers LLP