UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | Case No. 06 Civ. 6128 (NRB) (ECF Case) |

**DECLARATION OF JAMES C. CLARK**
**IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Pursuant to 28 U.S.C.§ 1746, James C. Clark declares as follows:

1. I am an associate at the law firm Cleary Gottlieb Steen & Hamilton LLP, attorneys for IMAX Corporation, Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce, and Kathryn A. Gamble (together, the "Defendants") in this action. I am a member of the bar of this Court.

2. I submit this Declaration in support of Defendants' memorandum of law in support of their motion to dismiss, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, the Consolidated Amended Class Action Complaint (the "CAC") filed by Lead Plaintiff Westchester Capital Management, Inc. and Plaintiff The Steelworkers Pension Trust, and to put before the Court documents incorporated by reference in the CAC and cited in the Defendants' memorandum.

3. Attached hereto as Exhibit A is a true and correct copy of Emerging Issues Task Force ("EITF") Issue No. 00-21.

4. Attached hereto as Exhibit B is a true and correct copy of IMAX Corporation's ("IMAX's") Form 10-K Report for 2005.

5. Attached hereto as Exhibit C is a true and correct copy of IMAX's Form 10-K Report for 2006.

6. Attached hereto as Exhibit D is a true and correct copy of Securities and Exchange Commission ("SEC") Staff Accounting Bulleting No. 101.

7. Attached hereto as Exhibit E is a true and correct copy of IMAX's Earnings Conference Call transcript dated July 20, 2007.

8. Attached hereto as Exhibit F is a true and correct copy of IMAX's Earnings Conference Call transcript dated August 9, 2006.

9. Attached hereto as Exhibit G is a true and correct copy of IMAX's Press Release, dated July 20, 2007, filed as a Report of Unscheduled Material Events or Corporate Changes (Form 8-K).

10. Attached hereto as Exhibit H is a true and correct copy of NASDAQ Stock Exchange trading data from February 3, 2003 through August 31, 2007.

11. Attached hereto as Exhibit I is a true and correct copy of IMAX's Proxy (Form 14A) dated August 10, 2007.

12. Attached hereto as Exhibit J is a true and correct copy of IMAX's Press Release dated March 9, 2006, filed as a Report of Unscheduled Material Events or Corporate Changes (Form 8-K).

13. Attached hereto as Exhibit K is a true and correct copy of IMAX's Proxy (Form 14A) dated March 9, 2006.

14. Attached hereto as Exhibit L is a true and correct copy of SEC Staff Accounting Bulletin No. 104.

15. Attached hereto as Exhibit M is a true and correct copy of IMAX's Press Release dated August 9, 2006, filed as a Report of Unscheduled Material Events or Corporate Changes (Form 8-K).

16. Attached hereto as Exhibit N are true and correct copies of SEC Form 4 Statements of Changes in Beneficial Ownership filed by Individual Defendant Bradley J. Wechsler from February 23, 2003 through July 20, 2007.

17. Attached hereto as Exhibit O are true and correct copies of SEC Form 4 Statements of Changes in Beneficial Ownership filed by Individual Defendant Richard L. Gelfond from February 23, 2003 through July 20, 2007.

18. Attached hereto as Exhibit P are true and correct copies of SEC Form 4 Statements of Changes in Beneficial Ownership filed by Individual Defendant Francis T. Joyce from February 23, 2003 through July 20, 2007.

19. Attached hereto as Exhibit Q are true and correct copies of SEC Form 4 Statements of Changes in Beneficial Ownership filed by Individual Defendant Kathryn A. Gamble from February 23, 2003 through July 20, 2007.

20. Attached hereto as Exhibit R is a true and correct copy of IMAX's Press Release dated December 15, 2006, incorporated by reference in the CAC at paragraph 125.

21. Attached hereto as Exhibit S is a true and correct copy of IMAX's Press Release dated March 16, 2007, filed as a Report of Unscheduled Material Events or Corporate Changes (Form 8-K).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of December, in New York, New York.

James C. Clark (JC-9694)