# EXHIBIT R

**Press Release**

---

**IMAX Corporation announcement**

TORONTO, Dec. 15 /PRNewswire-FirstCall/ - IMAX Corporation (NASDAQ: IMAX; TSX: IMX) today reported that, after an extensive period of review of potential strategic alternatives to enhance shareholder value, it has determined that a sale or merger of the Company at this time will not achieve this objective. Accordingly, the Board of Directors and management believe that focusing on the growth of the worldwide IMAX network and strategic business initiatives are the best means at present to grow IMAX's value to shareholders.

"While IMAX received interest from multiple parties in our process of exploring a potential sale or merger of the Company, none ultimately indicated a willingness to acquire the Company at an acceptable valuation," said IMAX Co-Chairmen and Co-Chief Executive Officers Richard L. Gelfond and Bradley J. Wechsler. "As we reported at the end of this year's third quarter, we are confident about our ability to profitably grow the global IMAX network, and to succeed with our new business initiatives designed to expand the IMAX footprint, such as our pursuit of joint venture opportunities around the world and our development of an IMAX digital projector, targeted for introduction in 2008."

About IMAX Corporation

Founded in 1967, IMAX Corporation is one of the world's leading entertainment technology companies and the newest distribution window for Hollywood films. IMAX delivers the world's best cinematic presentations using proprietary IMAX, IMAX(R) 3D, and IMAX DMR(R) technology. IMAX DMR (Digital Re-mastering) makes it possible for virtually any 35mm film to be transformed into the unparalleled image and sound quality of The IMAX Experience(R). The IMAX brand is recognized throughout the world for extraordinary and immersive entertainment experiences. As of September 30, 2006, there were 280 IMAX theatres operating in 40 countries.

IMAX(R), IMAX(R) 3D, IMAX DMR(R) and The IMAX Experience(R) are trademarks of IMAX Corporation. More information on the Company can be found at www.imax.com.

This press release contains forward looking statements that are based on management's assumptions and existing information and involve certain risks and uncertainties which could cause actual results to differ materially from future results expressed or implied by such forward looking statements. Important factors that could affect these statements include the timing of theatre system deliveries, the mix of theatre systems shipped, the timing of the recognition of revenues and expenses on film production and distribution agreements, the performance of films, the viability of new businesses and products, and fluctuations in foreign currency and in the large format and general commercial exhibition market. These factors and other risks and uncertainties are discussed in the Company's Annual Report on Form 10-K for the year ended December 31, 2005 and in the subsequent reports filed by the Company with the Securities and Exchange Commission including the Company's 10-Q for the quarter ended September 30, 2006.

```
SOURCE  IMAX Corporation
    -0-             12/15/2006
    /CONTACT: Media: IMAX Corporation, New York, Sarah Gormley, (212)
821-0155, sgormley@imax.com; Entertainment Media: Newman & Company, Los
Angeles, Al Newman, (310) 278-1560, asn@newman-co.com; Investors: Integrated
Corporate Relations, Amanda Mullin, (203) 682-8243; Business Media: Sloane &
Company, New York, Whit Clay, (212) 446-1864, wclay@sloanepr.com/
    (IMX. IMAX)

CO:  IMAX Corporation
ST:  Ontario
IN:  ENT FLM
SU:

    -30-

EM
-- TO232 --
7110 12/15/2006 17:25 EST http://www.prnewswire.com
```