UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

IN RE IMAX CORPORATION SECURITIES LITIGATION

Case No. 06 Civ. 6128 (NRB)
(ECF Case)

CERTIFICATE OF SERVICE

---------------------------------------------------------------X

I, Andrew M. Scott, an attorney admitted to practice in the State of New York and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 10th day of December 2007, the Notice of Motion to Dismiss Pursuant to Rules 12(b)(6) and 9(b) with the Declaration of James C. Clark and Exhibits A through S; and the Memorandum of Law in Support of Defendants IMAX Corporation, Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce and Kathryn A. Gamble's Motion to Dismiss were served by hand and by Federal Express, as indicated, upon:

BY HAND

Arthur N. Abbey
Jill S. Abrams
Abbey Spanier Rodd Abrams & Paradis, LLP
212 East 39th Street
New York, NY 10016

Jennifer Conn
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

BY FEDERAL EXPRESS

Sherrie R. Savett
Phyllis M. Parker
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Dated: New York, New York
December 10, 2007

/s/Andrew M. Scott
Andrew M. Scott