# CERTIFICATE OF SERVICE

This is to certify that on January 22, 2008 I caused a copy of the following:

> PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT

to be served electronic mail and ECF filing rules to:

Lewis Limon, Esq.
Breon Peace, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON, LLP
One Liberty Plaza
New York, New York 10006

Counsel to IMAX Defendants

Jennifer L. Conn, Esq.
GIBSON DUNN & CRUTCHER, LLP
200 Park Avenue, 7th floor
New York, New York 10166

Counsel to PricewaterhouseCoopers, LLP

Carolyn Davila