UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION, | Case No. 06 Civ. 6128 (NRB)<br>ECF Case<br><br>CERTIFICATE OF SERVICE |

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 11th day of February 2008, the Memorandum of Law in Further Support of Defendants IMAX Corporation, Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce and Kathryn A. Gamble's Motion to Dismiss was served by hand and by Federal Express, as indicated, upon:

BY HAND

Jennifer Conn
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

Arthur N. Abbey
Jill S. Abrams
Abbey Spanier Rodd Abrams & Paradis, LLP
212 East 39th Street
New York, NY 10016

BY FEDERAL EXPRESS

Sherrie R. Savett
Phyllis M. Parker
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

2. This service was made by assistant managing clerks of this firm under my general supervision.

Dated: New York, New York
February 11, 2008

/s/Richard V. Conza
Richard V. Conza