USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

IN RE IMAX CORPORATION SECURITIES LITIGATION

---------------------------------------- x

Case No: 06 Civ. 6128 (NRB) (ECF Case)

**ORDER**

Upon consideration of the Notice of Motion for Admission *Pro Hac Vice* of Defendant PricewaterhouseCoopers LLP, an Ontario limited liability partnership ("PwC-Canada"), and the affidavit submitted in support thereof, and good cause having been shown, it is SO ORDERED that M. Byron Wilder, [redacted]; M. Cory Nelson, and Samantha A. Ferris are admitted to the bar of this Court *pro hac vice* this 15th day of ~~October~~ March 2008 upon payment of the required fees.

HONORABLE NAOMI REICE BUCHWALD
United States District Judge