UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | Master File No.: 06 CIV. 6128 (NRB) |

**CERTIFICATE OF SERVICE**

I., Lillian Kozon, hereby certify, under penalty of perjury pursuant to 28 U.S.C. §1746, that on this 18th day of August, 2008, true and correct copies of Plaintiff, Westchester Capital Management's Supplemental Submission pursuant to August 12, 2008 Letter from the Court have been served via the Court's Electronic Case Filing system and via facsimile and regular mail to:

| | |
|---|---|
| Byron M. Wilder, Esq.<br>Gibson, Dunn & Crutcher, LLP<br>2100 McKinney Avenue<br>Suite 1100<br>Dallas, TX 75201<br>Tel: (214) 698-3231<br>Fax: (214) 698-3400 | Jennifer L. Conn, Esq.<br>Gibson, Dunn & Crutcher, LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Tel: (212) 351-4086<br>Fax: (212) 351-5353 |
| Lewis Liman, Esq.<br>Cleary, Gottlieb, Steen & Hamilton, LLP<br>One Liberty Plaza<br>New York, NY 10006-1470<br>Tel: (212) 225-2000<br>Fax: (212) 225-3999 | |

Lillian Kozon