UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION, | Case No. 06 Civ. 6128 (NRB)<br>ECF Case<br><br>CERTIFICATE OF SERVICE |

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 18th day of August 2008, the Defendants Imax Corporation, Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce and Kathryn A. Gamble's Supplemental Submission in Response to the Court's letter dated August 13, 2008, dated August 18, 2008 was served by facsimile upon:

M. Byron Wilder
Gibson Dunn & Grutcher LLP
212-698-3400

Jennifer L. Conn
Gibson Dunn & Grutcher LLP
212-351-5353

Arthur N. Abbey
Jill S. Abrams
Abbey Spanier Rodd & Abrams LLP
212-684-5191

Sherrie R. Savett
Berger & Montague, P.C.
212-875-4604

Dated: New York, New York
August 19, 2008

s/Richard V. Conza
Richard V. Conza