CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Attorneys for Defendants IMAX Corporation, Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce and Kathryn A. Gamble

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | Case No. 06 Civ. 6128 (NRB)<br>ECF Case |

## DISCLOSURE STATEMENT

In compliance with Rule 7.1 of the Federal Rules of Civil Procedure, IMAX Corporation, through its undersigned attorneys, states that it is a corporation organized under the laws of Canada. No corporation owns more than 10% of the stock of IMAX Corporation.

Dated: October 6, 2008
New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By ______________________
Lewis J. Liman (LL-9166)
Breon S. Peace (BP-8872
One Liberty Plaza
New York, New York 10006
(212) 225-2000
(212) 225-2999 (fax)

Attorneys for Defendants IMAX Corporation, Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce and Kathryn A. Gamble