UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | Master File No. 06 Civ. 6128 (NRB) |

## CERTIFICATE OF SERVICE

I, Samantha A. Lunn, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 6th day of October, 2008, true and correct copies of the Answer of Defendant PricewaterhouseCoopers LLP, an Ontario Limited Liability Partnership, have been served via the Court's Electronic Case Filing system upon:

Lead Counsel for Plaintiff Westchester Capital Management:

Arthur N. Abbey
Jill S. Abrams
Richard B. Margolies
Nancy Kaboolian
ABBEY SPANIER RODD & ABRAMS, LLP
212 East 39th Street
New York, NY 10016
Telephone: 212-889-3700
Fax: 212-684-6191

Counsel for Defendant IMAX Corporation

Lewis J. Liman
Breon S. Peace
Elizabeth Vicens
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: 212-225-2550
Fax: 212-225-3999

Counsel For Movants Gary And Marlene Creagh

Catherine A. Torell
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
150 East 52nd Street
New York, NY 10022
Telephone: 212-838-7797
Fax: 212-838-7745

Counsel for Interested Party Robert Lieblang

Jonathon K. Levine
GIRARD GIBBS & DE BARTOLOMEO, LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: 415-981-4800
Fax: 415-981-4846

Counsel for Movant Snow Capital Investment Partners LP

David A. Rosenfeld
COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631-367-7100
Fax: 631-367-1173

Counsel for Movant The Steelworkers Pension Trust

Christopher J. Keller
Labaton Rudoff & Sacharow LLP
100 Park Avenue, 12th Floor
New York, NY 10017
Telephone: 212-907-0853
Fax: 212-883-7053

-and-

Sherrie K. Savett
Phyllis M. Parker
Douglas M. Risen
Berger & Montegue, P.C.
1622 Locust Street
Philadelphia PA 19103
Tel: 215-875-3000
Fax: 215-875-4604

Counsel for Movant IMAX Investor Group

Evan J. Smith
BRODSKY & SMITH, LLC
240 Mineola Blvd.
Mineola, NY 11501
Telephone: 516-741-4977

Counsel for Interested Parties Michael LaRosa and Jay M. Spritlzer

Ronen Sarraf
SARRAF GENTILE, LLP
11 Hanover Square
New York, NY 10005
Telephone: 212-868-3610
Fax: 212-918-7967

/s/ Samantha A. Lunn
Samantha A. Lunn

100532544_1.DOC