UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

IN RE IMAX CORPORATION SECURITIES LITIGATION,

-------------------------------------------------------------X

Case No. 06 Civ. 6128 (NRB)
ECF Case

CERTIFICATE OF SERVICE

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 6th day of October 2008, the Disclosure Statement, dated October 6, 2008, and the Answer of Defendants IMAX Corporation, Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce and Kathryn A. Gamble, dated October 6, 2008 was served by Federal Express upon:

Byron Wilder
Gibson Dunn & Grutcher LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201

Jennifer Conn
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

Arthur N. Abbey
Abbey Spanier Rodd Abrams & Paradis, LLP
212 East 39th Street
New York, NY 10016

2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated: New York, New York
October 7, 2008

s/Richard V. Conza
Richard V. Conza