# Exhibit 2

**IMAX CORP. (NASDAQ: IMAX)**
**CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS**

I, Richard S. Hoffmann, as General Counsel for the Steelworkers Pension Trust ("Steelworkers" or "Plaintiff"), duly swear and say as to the claims asserted under the federal securities laws, that:

1. I have reviewed a draft complaint against Imax Corp. and certain of its officers and directors, I approve of its contents, and I hereby authorize Steelworkers' selected counsel, Berger & Montague P.C., to file a Lead Plaintiff Petition on its behalf.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as representative plaintiff on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in the securities of Imax Corp. during the October 28, 2004 through August 9, 2006 Class Period are as follows:

| Date of Purchase | Number of Shares | Price per Share |
|---|---|---|
| 7/13/2005 | 41,015 | 9.9774 |
| 7/18/2005 | 52,490 | 9.9949 |
| 7/25/2005 | 1,710 | 10.310 |
| 8/22/2005 | 2,195 | 9.9436 |
| 9/19/2005 | 930 | 9.6300 |

| Date of Sale | Number of Shares | Price per Share |
|---|---|---|
| 3/14/2006 | 12,135 | 10.1648 |

5. Plaintiff has sought to serve as class representative under the United States federal securities laws in the past three (3) years preceding the date on which this certification is signed, in the following actions:

*In re Marsh & McLennan Companies Litigation*, Civil Action No. 1:04-CV-8144 (SWK)(S.D.N.Y. 2004)

*The Steelworkers Pension Trust v. Nortel Networks Corp.*, Civil Action No. 04-CV-2249 (GBD)(S.D.N.Y. 2004)

*The Steelworkers Pension Trust v. The St. Paul Travelers Companies, Inc.*, Civil Action No. 04-CV-4510 (D. Minn. 2004)

*L. Norman Showers v. Pfizer, Inc.*, Civil Action No. 04-CV-9866-RO (S.D.N.Y. 2004)

6. Plaintiff has been appointed as a lead plaintiff in the following securities class actions during the past three year period preceding the date on which this certification is signed:

*The Steelworkers Pension Trust v. Baxter International, Inc.*, Civil Action No. 04C 4909 (N.D. Ill. 2004)

*In re Excelsior, Federated and Scudder Mutual Funds Investment Litigation*, Civil Action No. 04-md-15861-03 (D. Md. 2004)

*In re Veeco Instruments Inc. Sec. Litig.*, Civil Action No. 1:05-md-1695 (CM) (S.D.N.Y. 2005)

7. Plaintiff has not accepted and will not accept any payment for serving as representative plaintiff on behalf of the class beyond its pro rata share of any recovery, except for any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered by the court.

8. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 29th day of September, 2006, at Trevose, PA.

By: [signature]
Richard S. Hoffmann
General Counsel
Steelworkers Pension Trust

**Steelworkers Pension Fund**
**FIFO**

**Imax Corp.**
**Class Period : October 28, 2004 to August 9, 2006**

| Transaction Date | Shares Purchased | Purchase Price | Total Amt Paid | Date of Sale | Shares Sold | Sale Price or settle-out price | Proceeds from Sales | (Loss) or Gain |
|---|---|---|---|---|---|---|---|---|
| 7/13/2005 | 12,135 | $9.9770 | $121,070.895 | 3/4/2006 | 12,135 | $10.1648 | $123,349.8480 | $2,278.9530 |
| 7/13/2005 | 28,880 | $9.9770 | $288,135.760 | | 28,880 | $5.0028 | $144,479.4200 | ($143,656.3400) |
| 7/18/2005 | 52,490 | $9.9940 | $524,585.060 | | 52,490 | $5.0028 | $262,594.3475 | ($261,990.7125) |
| 7/25/2005 | 1,710 | $10.8100 | $18,485.100 | | 1,710 | $5.0028 | $8,554.7025 | ($9,930.3975) |
| 8/22/2005 | 2,195 | $9.9430 | $21,824.885 | | 2,195 | $5.0028 | $10,981.0363 | ($10,843.8488) |
| 9/19/2005 | 930 | $9.6300 | $8,955.900 | | 930 | $5.0028 | $4,652.5575 | ($4,303.3425) |
| | | | | | | | **Total Loss** | **($428,445.6883)** |