# Exhibit D

# IMAX Corporation
## NASDAQ Paired Stock Price Daily Percent Changes
## February 27, 2003 - July 20, 2007



**IMAX Corporation**
**TSX Paired Stock Price Daily Percent Changes**
**February 27, 2003 - July 20, 2007**

