# Exhibit E

# IMAX Corporation

## Common Stock Daily Closing Prices: NASDAQ vs TSX

January 2, 2003 - August 31, 2007




Closing prices on Toronto Stock Exchange converted to $USD at $USD-$CAD exchange rate; Source: Bloomberg