UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | Master File No. 06 CIV. 6128 (NRB) |

**CERTIFICATE OF SERVICE**

I, Lillian Kozon, hereby certify, under penalty of perjury pursuant to 28 U.S.C. §1746, that on this 31st day of October, 2008, I caused true and correct copies of Plaintiffs' Notice of Motion for Class Certification, Proposed Order, Memorandum of Law In Support of Plaintiff's Motion For Class Certification, Affirmation of Jill S. Abrams and Declaration of Michael A. Marek to be served via the Court's Electronic Case Filing system and overnight mail to:

| | |
|---|---|
| Byron M. Wilder, Esq.<br>Gibson, Dunn & Crutcher, LLP<br>2100 McKinney Avenue<br>Suite 1100<br>Dallas, TX 75201<br>Tel: (214) 698-3231<br>Fax: (214) 698-3400 | Jennifer L. Conn, Esq.<br>Gibson, Dunn & Crutcher, LLP<br>200 Park Avenue, 7th Floor<br>New York, NY 10166-0193<br>Tel: (212) 351-4086<br>Fax: (212) 351-5353 |
| Lewis Liman, Esq.<br>Breon Peace, Esq.<br>Cleary, Gottlieb, Steen & Hamilton, LLP<br>One Liberty Plaza<br>New York, NY 10006-1470<br>Tel: (212) 225-2000<br>Fax: (212) 225-3999 | |

Lillian Kozon