UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | 06 CIV. 6128 (NRB)<br>JURY TRIAL DEMANDED |

**NOTICE OF MOTION FOR CLASS CERTIFICATION**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Class Certification, Affirmation of Jill S. Abrams, Esq. and Declaration of Michael A. Marek in support thereof, and all prior papers and proceedings in this action, Lead Plaintiff will move this Court, before the Honorable Naomi Reice Buchwald, U.S.D.J., at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 2270, New York, New York 10007-1312, for an Order pursuant to Federal Rule of Civil Procedure 23: (1) certifying this case as a class action on behalf of all persons and entities who purchased or otherwise acquired IMAX common stock from February 27, 2003 through July 20, 2007, inclusive (the "Class Period") and who were damaged thereby. Excluded from the Class are PricewaterhouseCoopers LLP, IMAX, the Individual Defendants, any member of the families of the Individual Defendants, any entity in which any Individual Defendant has a controlling interest, any other defendant or any entity which is a parent or subsidiary of, or which is controlled by, such defendant, and the officers, directors, employees, affiliates, legal representatives, heirs, predecessors, successors and assigns of Defendants (the "Class"); (2) appointing Lead Plaintiff Westchester Capital Management, Inc. and class member The Steelworkers Pension Trust as class representatives; (3) appointing Abbey Spanier Rodd &

Abrams, LLP ("Abbey Spanier") as Lead Counsel for the Class; and (4) for such other relief as the Court deems proper.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is also submitted herewith.

Dated: October 31, 2008

Respectfully submitted,

**ABBEY SPANIER RODD & ABRAMS, LLP**

Arthur N. Abbey, Esq.
Jill S. Abrams, Esq.
Richard B. Margolies, Esq.
212 East 39th Street
New York, New York 10016
Telephone: (212) 889-3700
Facsimile: (212) 684-5191

*Counsel for Lead Plaintiff and Proposed Class Representative Westchester Capital Management*

**BERGER & MONTAGUE, P.C.**
Douglas Risen, Esq.
1622 Locust Street
Philadelphia, PA 19103
Tel: 1-800-424-6690
Fax: 215-875-4604

*Counsel for Class Member and Proposed Class Representative The Steelworkers Pension Trust*