**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | 06 CIV. 6128 (NRB)<br><br>JURY TRIAL DEMANDED |

**[PROPOSED] ORDER APPROVING CLASS CERTIFICATION, APPOINTING CLASS REPRESENTATIVES AND APPOINTING CLASS COUNSEL**

WHEREAS, this Court has presided over the above-captioned action (the "Action") and has reviewed all of the papers submitted on Plaintiffs' motion for certification as a class action and for the appointment of class representatives and class counsel; and

WHEREAS this Court finds that the proposed certification meets all of the prerequisites of Rule 23(a) such that: (1) the members of the class are so numerous that joiner of all members is impracticable; (2) there are questions of law or fact common to the class; (3) the claims of the representative parties are typical of the claims of the class; and (4) the proposed class representatives will fairly and adequately protect the interests of the class; and all of the prerequisites of Rule 23(b)(3) are met, such that the questions of law or fact common to the class predominate over any questions affecting only the individual members, and a class action is superior to other available methods for the fair and efficient adjudication of the Action;

IT IS HEREBY ORDERED as follows:

1. The Class shall be and is certified, pursuant to Rule 23 of the Federal Rules of Civil Procedure, and defined as: all persons and entities who purchased or otherwise acquired IMAX common stock from February 27, 2003 through July 20, 2007, inclusive (the "Class Period") and who were damaged thereby. Excluded from the Class are PricewaterhouseCoopers,

IMAX, the Individual Defendants, any member of the families of the Individual Defendants, any entity in which any Individual Defendant has a controlling interest, any other defendant or any entity which is a parent or subsidiary of, or which is controlled by, such defendant, and the officers, directors, employees, affiliates, legal representatives, heirs, predecessors, successors and assigns of Defendants (the "Class").

2. Westchester Capital Management, Inc. and The Steelworkers Pension Trust are found to be adequate and are appointed as representatives of the Class; and

3. Abbey Spanier Rodd & Abrams, LLP is found to be adequate and is appointed counsel for the Class.

Dated: ________________

________________________
Naomi Reice Buckwald
United States District Judge