**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | 06 CIV. 6128 (NRB) |

**AFFIRMATION OF JILL S. ABRAMS**

I, Jill S. Abrams, affirm under penalty of perjury, that:

1. I am an attorney admitted to practice law in the State of New York and in the Southern District of New York. I am a partner in the firm of Abbey, Spanier, Rodd & Abrams, LLP, and represent court-appointed Lead Plaintiff Westchester Capital Management, Inc. ("Westchester") in this matter.

2. Annexed hereto as Exhibits 1 and 2, respectively, are the certifications filed by Lead Plaintiff Westchester and The Steelworkers Pension Trust in connection with the motions for appointment of Lead Plaintiff herein.

3. Annexed hereto as Exhibit 3 is the firm resume of Abbey, Spanier, Rodd & Abrams, LLP.

Dated: October 31, 2008

Jill S. Abrams