# Exhibit A

**MICHAEL A. MAREK, CFA**
600 Alexander Road, Suite 2-B
Princeton, NJ 08540
Phone: (609) 452-9500 Fax: (609) 452-9881
e-mail: mmarek@fmaonline.biz

## Professional Experience

05/01 - Present **Financial Markets Analysis, LLC** Princeton, NJ
12/97 - 04/01 **Triumph Partners, LLC** Princeton, NJ

Founding Member
Provide financial analysis, valuation services and expert litigation support and testimony. Areas of concentration include valuation of securities and businesses, securities law and economic issues. Testimonial experience in securities class action litigation. Clients include corporations, government agencies (SEC), lawfirms, institutional and individual investors.

10/86 - 12/97 **Princeton Venture Research, Inc.** Princeton, NJ

Vice President
Performed securities valuation and financial analysis in connection with investment banking, venture capital and securities law expert consulting operations. Prepared company and industry research reports, valuations and fairness opinions. Responsible for project management and supervision of financial analysts and research personnel.

05/85 - 06/86 **Sage Data, Inc.** Princeton, NJ

Research Analyst
Developed and maintained econometric models and business forecasting systems for Fortune 500 clients. Created, produced and instructed customized PC hardware and software application seminars.

## Education

1984 **Wharton School of Finance, University of Pennsylvania**

B.S. Economics
Double Major: Finance / Decision Sciences

## Professional Designations and Affiliations

Chartered Financial Analyst (CFA)
Member, New York Society of Security Analysts (NYSSA)
Member, CFA Institute
Member, American Economic Association (AEA)