# Exhibit C

## Example of a Hypothetical Security With Successive Returns That Exhibit a Strong Relationship (Autocorrelation)

