# Exhibit M

**IMAX Corporation Common Stock**
**Comparison of Alternative Market Models**

| Independent Variables | Adjusted R Square | Standard Error | Coefficient 1 | Standard Error 1 | t Stat 1 | Coefficient 2 | Standard Error 2 | t Stat 2 |
|---|---|---|---|---|---|---|---|---|
| S&P 500 Index | 3.19% | 3.71% | 0.91 | 0.15 | 6.12 | | | |
| S&P 500 Index, Bloomberg Hollywood Reporter Index | 4.53% | 3.68% | 0.08 | 0.25 | 0.32 | 0.91 | 0.22 | 4.07 |
| S&P 500 Index, S&P 500 Movies & Entertainment Index | 3.12% | 3.71% | 1.00 | 0.22 | 4.54 | (0.08) | 0.15 | (0.54) |
| NASDAQ Composite Index | 3.80% | 3.69% | 0.74 | 0.11 | 6.68 | | | |
| NASDAQ Composite Index, Bloomberg Hollywood Reporter Index | 4.66% | 3.68% | 0.24 | 0.19 | 1.26 | 0.74 | 0.22 | 3.32 |
| NASDAQ Composite Index, S&P 500 Movies & Entertainment Index | 3.74% | 3.69% | 0.79 | 0.15 | 5.27 | (0.08) | 0.14 | (0.57) |
| NASDAQ Industrials Index | 4.11% | 3.69% | 0.77 | 0.11 | 6.96 | | | |
| NASDAQ Industrials Index, Bloomberg Hollywood Reporter Index | 4.77% | 3.67% | 0.32 | 0.19 | 1.70 | 0.66 | 0.22 | 2.95 |
| NASDAQ Industrials Index, S&P 500 Movies & Entertainment Index | 4.07% | 3.69% | 0.83 | 0.15 | 5.62 | (0.10) | 0.14 | (0.69) |
| Russell 2000 Index | 4.13% | 3.69% | 0.71 | 0.10 | 6.98 | | | |
| **Russell 2000 Index, Bloomberg Hollywood Reporter Index** | **4.92%** | **3.67%** | **0.33** | **0.16** | **2.14** | **0.64** | **0.20** | **3.18** |
| Russell 2000 Index, S&P 500 Movies & Entertainment Index | 4.05% | 3.69% | 0.73 | 0.13 | 5.61 | (0.03) | 0.13 | (0.23) |
| Russell 3000 Index | 3.57% | 3.70% | 0.94 | 0.15 | 6.48 | | | |
| Russell 3000 Index, Bloomberg Hollywood Reporter Index | 4.58% | 3.68% | 0.20 | 0.25 | 0.80 | 0.82 | 0.23 | 3.56 |
| Russell 3000 Index, S&P 500 Movies & Entertainment Index | 3.55% | 3.70% | 1.08 | 0.21 | 5.05 | (0.13) | 0.15 | (0.86) |