USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 11-19-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | STIPULATION AND ORDER<br>06 CIV. 6128 (NRB)<br>ECF Case |

IT IS HEREBY STIPULATED AND AGREED:

Upon the consent of all parties, the discovery schedule with regard to Plaintiffs' Motion for Class Certification (the "Motion") shall be as follows:

November 10, 2008: last day for the IMAX Defendants[1] and PriceWaterhouseCoopers LLP ("PWC", collectively, the "Defendants") to serve discovery requests related to the Motion.

December 10, 2008: last day for Plaintiffs to respond to discovery requests related to the Motion properly served upon it by November 10, 2008.

December 31, 2008: last day for Plaintiffs to complete production of documents in response to discovery requests related to the Motion.

January 30, 2009: discovery of Plaintiffs related to the Motion shall be completed.

February 23, 2009: last day for the Defendants to submit any affidavits and memoranda of law in opposition to the Motion.

March 4, 2009: Plaintiffs will serve Defendants with discovery requests related to Defendants' February 23 submissions.

April 3, 2009: last day for Defendants to respond to discovery requests related to the Motion properly served upon it by March 4, 2009.

April 10, 2009: last day for Defendants to complete production of documents in response to discovery requests related to the Motion.

---

1 The following are collectively referred to as the "IMAX Defendants:" defendants IMAX Corporation, Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce and Kathryn A. Gamble.

May 8, 2009: discovery of Defendants related to the Motion shall be completed.

June 3, 2009: last day for Plaintiffs to submit any reply affidavits and reply memoranda of law related to the Motion.

Attorneys for Plaintiffs:

ABBEY SPANIER RODD & ABRAMS, LLP

By: ______________________
Jill S. Abrams

212 E. 39th Street
New York, NY 10016
(212) 889-3700

Attorneys for Defendants:

CLEARY, GOTTLIEB, STEEN HAMILTON LLP

By: ______________________
Lewis J. Liman

One Liberty Plaza
New York, NY 10006
(212) 225-2000

GIBSON, DUNN & CRUTCHER LLP

By: ______________________
Jennifer L. Conn
Byron M. Wilder

200 Park Avenue
New York, NY 10166
(212) 351-4000

SO ORDERED, ON CONDITION THAT THERE WILL BE NO REQUESTS FOR EXTENSIONS OF THE SCHEDULED DATES

______________________
Naomi Reice Buchwald
United States District Judge

Dated: New York, New York
November 19, 2008

May 8, 2009: discovery of Defendants related to the Motion shall be completed.

June 3, 2009: last day for Plaintiffs to submit any reply affidavits and reply memoranda of law related to the Motion.

Attorneys for Plaintiffs:

ABBEY SPANIER RODD & ABRAMS, LLP

By: ______________________
Jill S. Abrams

212 E. 39th Street
New York, NY 10016
(212) 889-3700

Attorneys for Defendants:

CLEARY, GOTTLIEB, STEEN HAMILTON LLP

By: ______________________
Lewis J. Liman

One Liberty Plaza
New York, NY 10006
(212) 225-2000

GIBSON, DUNN & CRUTCHER LLP

By: ______________________
Jennifer L. Conn
Byron M. Wilder

200 Park Avenue
New York, NY 10166
(212) 351-4000

**SO ORDERED:**

______________________
Naomi Reice Buchwald
United States District Judge

Dated: New York, New York
November ___, 2008

May 8, 2009: discovery of Defendants related to the Motion shall be completed.

June 3, 2009: last day for Plaintiffs to submit any reply affidavits and reply memoranda of law related to the Motion.

Attorneys for Plaintiffs:

ABBEY SPANIER RODD & ABRAMS, LLP

By: ______________________
Jill S. Abrams

212 E. 39th Street
New York, NY 10016
(212) 889-3700

Attorneys for Defendants:

CLEARY, GOTTLIEB, STEEN HAMILTON LLP

By: ______________________
Lewis J. Liman

One Liberty Plaza
New York, NY 10006
(212) 225-2000

GIBSON, DUNN & CRUTCHER LLP

By: ______________________
Jennifer L. Conn
Byron M. Wilder

200 Park Avenue
New York, NY 10166
(212) 351-4000

SO ORDERED:

______________________
Naomi Reice Buchwald
United States District Judge

Dated: New York, New York
November ___, 2008