**PUBLIC VERSION - PORTIONS REDACTED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | Master File No. 06 Civ. 6128 (NRB) |

**DECLARATION OF M. BYRON WILDER IN SUPPORT OF DEFENDANT PRICEWATERHOUSECOOPERS LLP'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

M. Byron Wilder, pursuant to 28 U.S.C. § 1746, hereby declares:

1. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel to defendant PricewaterhouseCoopers LLP ("PwC-Canada"), an Ontario limited liability partnership, in the above-captioned action. I respectfully submit this declaration in support of PwC-Canada's Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification.

2. [redacted]

3. [redacted]

4. [redacted]

5. [redacted]

**PUBLIC VERSION - PORTIONS REDACTED**

6. [redacted]

7. Attached as Exhibit F is a true and correct copy of the August 9, 2006 IMAX Press Release.

8. Attached as Exhibit G is a true and correct copy of the March 29, 2007 IMAX Press Release.

9. Attached as Exhibit H is a true and correct copy of the July 20, 2007 IMAX Press Release.

10. [redacted]

11. Attached as Exhibit J is a true and correct copy of the March 16, 2007 IMAX Press Release.

12. Attached as Exhibit K is a true and correct copy of the Lexis Nexis Historical Quote for IMAX's stock price on March 15 and 16, 2007.

I hereby declare that the foregoing is true and correct to the best of my knowledge.

Executed on February 23, 2009.

M. Byron Wilder

## CERTIFICATE OF SERVICE

I, Lyn Sekiguchi, hereby certify that a true and correct copy of the following:

***Defendant PricewaterhouseCoopers LLP's Memorandum of Law in Opposition to Plaintiff's Motion for Class Certification, Confidential – Filed Under Seal; Declaration of M. Byron Wilder in Support of Defendant PricewaterhouseCoopers LLP's Memorandum of Law in Opposition to Plaintiff's Motion for Class Certification, with Exhibits***

was sent, via the Court's CM/ECF system, and overnight mail, to the following counsel of record:

**Lead Counsel for Plaintiff**
**Westchester Capital Management**

Jill S. Abrams
Richard B. Margolies
Nancy Kaboolian
ABBEY SPANIER RODD & ABRAMS, LLP
212 East 39th Street
New York, NY 10016
Telephone: 212-889-3700
Fax: 212-684-6191

**Counsel for Defendant**
**IMAX Corporation**

Lewis J. Liman
James D. Mathews
Robert May
David Oliwenstein
Lauren Bell
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: 212-225-2550
Fax: 212-225-3999

**Counsel for Class Member**
**The Steelworkers Pension Trust**

Douglas Risen
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: 800-424-6690
Fax: 215-875-4604

**Date:** February 23, 2009

Respectfully submitted,

Lyn Sekiguchi
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201
Tel: 214-698-3100