# EXHIBIT A

**This Exhibit designated**

**"Confidential – Subject to Court Order"**

# EXHIBIT B

**This Exhibit designated**

**"Confidential – Subject to Court Order"**

# EXHIBIT C

**This Exhibit designated**

**"Confidential – Subject to Court Order"**

# EXHIBIT D

**This Exhibit designated**

**"Confidential – Subject to Court Order"**

# EXHIBIT E

**This Exhibit designated**

**"Confidential – Subject to Court Order"**

# EXHIBIT F

**Press Release**

Print Page | Close Window

**IMAX Corporation Reports Second Quarter Financial Results**

-- Provides Update on Exploration of Strategic Alternatives --

TORONTO, Aug. 9 /PRNewswire-FirstCall/ - IMAX Corporation (NASDAQ: IMAX; TSX: IMX) today reported net earnings of $0.08 per diluted share for the quarter ended June 30, 2006, compared to net earnings of $0.03 per diluted share reported for the three months ended June 30, 2005.

"We are pleased with our solid second quarter results, which reflect the ongoing success of our commercial strategy and the progress we are making executing our growth initiatives." said IMAX Co-Chief Executive Officers Richard L. Gelfond and Bradley J. Wechsler.

Separately, the Company provided an update regarding its exploration of strategic alternatives, including the possible sale or merger of the company. On March 9, the Company announced it had retained Allen & Company and UBS to explore strategic alternatives. Today the Company reported that while it received significant initial interest from multiple parties, its view is that there are presently no buyers who have indicated a willingness to acquire the Company at a valuation sought by the Board of Directors. Because interest remains from several parties at a lower valuation, however, the Board has authorized the Company's bankers to explore these opportunities. This process is ongoing.

"While we are surprised that the high level of interest we initially saw has yet to result in a partnership or acquisition, we are committed to fully exploring all options open to the Company, including those offers that did not meet the Board's original valuation parameters," said IMAX Co-Chief Executive Officers Richard L. Gelfond and Bradley J. Wechsler. "We remain committed to ensuring that any transaction is strategically or financially compelling and delivers the most value possible to our shareholders."

During the second quarter, the Company signed agreements for 12 IMAX theatre systems, including four subject to certain conditions. This brings total signings for the first half of 2006 to 20. The Company recognized revenue on 11 theatre systems which qualified as either sales or sales-type leases in the second quarter of 2006 compared to nine theatre systems in the second quarter of 2005. In addition, the Company installed and began recognizing revenue on one theatre system that qualified as an operating lease in the second quarter of 2006 versus two in the same period in 2005.

For the three months ended June 30, 2006, the Company's total revenues were $41.4 million, as compared to $30.9 million reported for the prior year period. Systems revenue was $24.0 million versus $20.3 million in the prior year period, when the company recognized revenue on 11 systems compared to nine in the second quarter of 2006. There were no revenues associated with consensual lease buyouts, terminations by default and MPX conversion agreements in the second quarter. This compares to $3.9 million in settlement revenues in the second quarter of fiscal 2005.

For the second quarter of 2006, film revenues were $12.2 million, as compared to $5.3 million in the second quarter of 2005. This included IMAX DMR revenues of $4.1 million. Theatre operations revenue was essentially flat at $4.1 million in the second quarter of 2006 versus $4.2 million in the second quarter of 2005. Other revenue was $1.2 million in the second quarter of 2006 compared to $1.1 million in the second quarter of 2004.

The Company indicated that it is in the process of responding to an informal inquiry from the U.S. Securities and Exchange Commission regarding the Company's timing of revenue recognition, including its application of multiple element arrangement accounting in its revenue recognition for theatre systems. Under multiple element arrangement accounting, the revenues associated with different elements of an IMAX theatre system contract are segregated and can be recognized in different periods. The Company recognized revenue in the fourth quarter of 2005 on 10 theatre installations in theatres which did not open in that quarter, and in seven of those cases, revenue associated with the screen element of the system was deferred until the final screen was installed. Of these seven installations, three theatres had their screens completed in the first quarter of 2006, two in the second quarter of 2006, and screens in the remaining two theatres have either since been completed or are expected to be completed over the remainder of 2006. The value associated with the elements other than the screen elements of those system installations was recognized in the fourth quarter when they were substantially completed. The Company believes its application of the above accounting policy is, and has historically been, in accordance with GAAP, and the Company's position is supported by its auditors, PricewaterhouseCoopers LLP. This accounting policy has similarly been applied to one theatre installation in the second quarter of 2006, where revenue associated with the screen element has been deferred to a future period. The Company is cooperating in this inquiry.

On the film side, Superman Returns: An IMAX 3D Experience, the world's first live-action Hollywood feature to be converted from 2D to IMAX(R) 3D, has grossed approximately $24.7 million to date. The IMAX DMR(R) version of Poseidon, which opened in May, grossed $6.8 million. The Company released The Ant Bully: An IMAX 3D Experience, on July 28, which so far has grossed $1.6 million.

"We have been pleased with the positive audience response to Superman Returns, which was our widest release ever. Importantly, the IMAX 3D version accounted for nearly 10% of the total domestic box office. We think this high percentage is a clear reflection of the differentiated experience IMAX offers - particularly in our first foray into live action 3D - and of moviegoers'

appetite for a more immersive and thrilling film experience. While the IMAX DMR version of Poseidon was somewhat disappointing, this weakness was largely offset by the ongoing strength of Deep Sea 3D, which has grossed more than $20.0 million to date," continued Messrs. Gelfond and Wechsler.

The remainder of IMAX's 2006 film slate includes Open Season: An IMAX 3D Experience, Sony Pictures Animation's first CGI animated picture, and, Happy Feet: An IMAX 3D Experience, a CGI animated musical-comedy. The Company recently announced two exciting additions to its 2007 film slate. Spider-Man 3: The IMAX Experience is scheduled for release in May of 2007, and the IMAX DMR version of Harry Potter and the Order of the Phoenix will be released in July of 2007.

"Our 2007 film slate is already shaping up exceptionally well. Spider-Man is one of the world's most popular motion picture franchises, and thanks to the ongoing expansion of our network we will be able to open the third instalment in the series on more than 100 screens in North America. We are also very excited to have our third film in the fantastic Harry Potter series back on IMAX screens. IMAX continues to demonstrate that it has become a key component of the Hollywood release platform, and we think that our ability to deliver outstanding event films to the expanding network of IMAX theatres positions us well for continued growth," concluded Messrs. Gelfond and Wechsler.

The Company indicated that as part of its quarterly certification under Section 302 of the Sarbanes-Oxley Act, it has identified a material weakness in the internal controls surrounding the analysis and recording of a complex film accounting transaction in the second quarter of 2006. This control deficiency resulted in a negative adjustment of $0.8 million to its Consolidated Statement of Operations for the three months ended June 30, 2006 prior to its release in the financial statements filed today. This $0.8 million in film revenue is likely to instead be recognized in substantial part in the third quarter of 2006. The Company is implementing a new control to successfully remediate this area prior to the Company's annual 404 certification.

The Company will host a conference call to discuss today's announcements at 4:30 PM ET. To access the call interested parties should call (785) 832-2041 approximately 10 minutes before it begins. A recording of the call will be available by dialing (719) 457-0820. The code for both calls is 1480960.

About IMAX Corporation

Founded in 1967, IMAX Corporation is one of the world's leading entertainment technology companies and the newest distribution window for Hollywood films. IMAX delivers the world's best cinematic presentations using proprietary IMAX, IMAX 3D, and IMAX DMR technology. IMAX DMR (Digital Re-mastering) makes it possible for virtually any 35mm film to be transformed into the unparalleled image and sound quality of The IMAX Experience. The IMAX brand is recognized throughout the world for extraordinary and immersive entertainment experiences. As of June 30, 2006, there were 274 IMAX theatres operating in 38 countries.

IMAX(R), IMAX(R) 3D, IMAX DMR(R), IMAX(R) MPX(R), and The IMAX Experience(R) are trademarks of IMAX Corporation. More information on the Company can be found at www.imax.com.

This press release contains forward looking statements that are based on management's assumptions and existing information and involve certain risks and uncertainties which could cause actual results to differ materially from future results expressed or implied by such forward looking statements. Important factors that could affect these statements include the timing of theatre system deliveries, the mix of theatre systems shipped, the timing of the recognition of revenues and expenses on film production and distribution agreements, the performance of films, the viability of new businesses and products, and fluctuations in foreign currency and in the large format and general commercial exhibition market. These factors and other risks and uncertainties are discussed in the Company's Annual Report on Form 10-K for the year ended December 31, 2005 and in the subsequent reports filed by the Company with the Securities and Exchange Commission including the Company's 10-Q for the quarter ended June 30, 2006, scheduled to be filed on August 9, 2006.

IMAX CORPORATION
CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS
In accordance with United States Generally Accepted Accounting Principles
(in thousands of U.S. dollars, except per share amounts)
(unaudited)

| | Three months ended June 30, | | Six months ended June 30, | |
|---|---|---|---|---|
| | 2006 | 2005 | 2006 | 2005 |
| Revenue | | | | |
| IMAX systems | $ 23,952 | $ 20,308 | $ 33,350 | $ 42,421 |
| Films | 12,171 | 5,301 | 18,692 | 10,248 |
| Theater operations | 4,051 | 4,198 | 7,708 | 8,014 |
| Other | 1,224 | 1,071 | 2,066 | 1,563 |
| | 41,398 | 30,878 | 61,816 | 62,246 |

| | | | | |
|---|---|---|---|---|
| Costs of goods and services | 23,538 | 15,009 | 37,931 | 30,232 |
| Gross margin | 17,860 | 15,869 | 23,885 | 32,014 |
| Selling, general and administrative expenses | 9,451 | 9,812 | 19,956 | 20,055 |
| Research and development | 664 | 886 | 1,579 | 1,539 |
| Amortization of intangibles | 132 | 160 | 324 | 317 |
| Receivable provisions, net of (recoveries) | (252) | (370) | (109) | (158) |
| Earnings from operations | 7,865 | 5,381 | 2,135 | 10,261 |
| Interest income | 280 | 284 | 533 | 498 |
| Interest expense | (4,231) | (4,202) | (8,405) | (8,399) |
| Net earnings (loss) from continuing operations before income taxes | 3,914 | 1,463 | (5,737) | 2,360 |
| Recovery of (provision for) income taxes | (380) | (538) | 1,150 | (479) |
| Net earnings (loss) from continuing operations | 3,534 | 925 | (4,587) | 1,881 |
| Net earnings from discontinued operations | - | 186 | 2,300 | 426 |
| Net earnings (loss) | $ 3,534 | $ 1,111 | $ (2,287) | $ 2,307 |
| Earnings (loss) per share: | | | | |
| Earnings (loss) per share - basic: | | | | |
| Net earnings (loss) from continuing operations | $ 0.09 | $ 0.02 | $ (0.11) | $ 0.05 |
| Net earnings from discontinued operations | $ - | $ 0.01 | $ 0.05 | $ 0.01 |
| Net earnings (loss) | $ 0.09 | $ 0.03 | $ (0.06) | $ 0.06 |
| Earnings (loss) per share - diluted: | | | | |
| Net earnings (loss) from continuing operations | $ 0.08 | $ 0.02 | $ (0.11) | $ 0.05 |
| Net earnings from discontinued operations | $ - | $ 0.01 | $ 0.05 | $ 0.01 |
| Net earnings (loss) | $ 0.08 | $ 0.03 | $ (0.06) | $ 0.06 |
| Weighted average number of shares outstanding (000's): | | | | |
| Basic | 40,285 | 39,818 | 40,255 | 39,687 |
| Diluted | 42,204 | 41,941 | 40,255 | 41,930 |
| Additional disclosure: | | | | |
| Depreciation and amortization(1) | 4,860 | 3,665 | 8,761 | 7,249 |

(1) Includes $0.3 million and $0.6 million in amortization of deferred financing costs charged to interest expense for the three and six months ended June 30, 2006 (2005 - $0.3 million, $0.6 million)

IMAX CORPORATION
CONDENSED CONSOLIDATED BALANCE SHEETS
In accordance with United States Generally Accepted Accounting Principles
(in thousands of U.S. dollars)

| | June 30, 2006 (unaudited) | December 31, 2005 |
|---|---|---|

| | | |
|---|---|---|
| Assets | | |
| Cash and cash equivalents | $ 21,574 | $ 24,324 |
| Short-term investments | 8,351 | 8,171 |
| Accounts receivable, net of allowance for doubtful accounts of $6,598 (2005 - $5,892) | 27,314 | 26,165 |
| Financing receivables | 65,355 | 63,006 |
| Inventories | 29,680 | 28,294 |
| Prepaid expenses | 4,159 | 3,825 |
| Film assets | 4,597 | 3,329 |
| Fixed assets | 25,797 | 26,780 |
| Other assets | 7,943 | 11,618 |
| Deferred income taxes | 7,775 | 6,171 |
| Goodwill | 39,027 | 39,027 |
| Other intangible assets | 2,686 | 2,701 |
| Total assets | $ 244,258 | $ 243,411 |
| Liabilities | | |
| Accounts payable | $ 7,024 | $ 6,935 |
| Accrued liabilities | 51,329 | 55,122 |
| Deferred revenue | 47,147 | 44,397 |
| Senior Notes due 2010 | 160,000 | 160,000 |
| Total liabilities | 265,500 | 266,454 |
| Shareholders' equity (deficit) | | |
| Capital stock Common shares - no par value. Authorized - unlimited number. Issued and outstanding - 40,285,574 (2005 - 40,213,542) | 121,960 | 121,674 |
| Other equity | 2,808 | 1,758 |
| Deficit | (146,634) | (144,347) |
| Accumulated other comprehensive income (loss) | 624 | (2,128) |
| Total shareholders' deficit | (21,242) | (23,043) |
| Total liabilities and shareholders' equity (deficit) | $ 244,258 | $ 243,411 |

SOURCE IMAX Corporation CONTACT: Media: IMAX Corporation, New York, Sarah Gormley, (212) 821-0155, sgormley@imax.com; Entertainment Media: Newman & Company, Los Angeles, Al Newman, (310) 278-1560, asn@newman-co.com; Investors: Integrated Corporate Relations, Amanda Mullin, (203) 682-8243; Business Media: Sloane & Company, New York, Whit Clay, (212) 446-1864, wclay@sloanepr.com

# EXHIBIT G

**Press Release**

Print Page | Close Window

**IMAX to delay filing of 2006 10-K**

TORONTO, March 29 /PRNewswire-FirstCall/ - IMAX Corporation (NASDAQ:IMAX; TSX:IMX) announced today it will further delay the filing of its annual report on Form 10-K for fiscal 2006 and the corresponding filings under Canadian provincial securities laws beyond the filing deadline, in each case, of March 31, 2007.

As previously announced, management and the Audit Committee of the Board of Directors are evaluating certain accounting errors over a six-year period. As a result, the Company expects to file restated financial statements for certain periods during those years. In the course of completing this restatement and the year-end audit, and in recently reviewing certain comments received from the U.S. Securities and Exchange Commission (SEC) and the Ontario Securities Commission (OSC), the Company has determined to broaden its review to address certain issues related to these comments, primarily in connection with its revenue recognition for certain theatre system installations in previous periods, including the fourth quarter of 2005. As a result of this expanded review, which is ongoing by the Company and its auditors, Pricewaterhouse Coopers LLP, the Company may determine that it is necessary to restate additional items beyond the previously identified errors. The Company does not believe that a potential restatement resulting from changes to its revenue recognition accounting would have any impact on its previously reported or existing cash accounts. While the Company cannot predict when it will complete this review and file its 10-K, it is working to do so as soon as practicable.

As previously disclosed by the Company, it has been the subject of informal inquiries by the SEC and the OSC since 2006, particularly with regard to its revenue recognition policies. The primary focus of the SEC and OSC inquiries has been the Company's application of multiple element arrangement accounting to its theatre installations and system agreements.

The Company also noted that the filing delay will result in the Company being in default of a financial reporting covenant under the indenture governing its Senior Notes. The Company intends to seek consents from holders of Senior Notes to provide the Company with additional time to file, using a record date of March 28, 2007. In addition, the Company has already obtained a waiver under its bank credit agreement of the covenant to deliver its audited financial statements until June 30, 2007.

The Company stated that it did not believe its operations will be impacted by any delays in filing. However, this and other statements set forth in this press release are preliminary, reflect information currently known to the Company and are subject to change as a result of the accounting review and restatement process, subsequent events and the completion of the audit of the financial statements by the Company's independent auditors, PricewaterhouseCoopers, LLP. The Company's aforementioned intention to seek bondholder consents to obtain additional time to file and the expected impact on operations are based on management assumptions and existing information and involve certain risks and uncertainties, and the Company makes no assurances that it will ultimately either seek or obtain such consents. In addition, the Company expects to receive a notice of delisting from NASDAQ as a result of the delayed filing and, although it does not expect that NASDAQ would initiate delisting procedures in the near future, there can be no assurances that it would not do so.

Filing Default in Canada

Under Canadian provincial securities laws, the Company is required to file its audited comparative financial statements for the year ended December 31, 2006, related management's discussion and analysis and annual information form on or before March 31, 2007. For the reasons discussed above, the Company will not be able to meet this deadline and cannot predict when it will complete its review and file its financial statements, although it intends to do so as soon as practicable. Pending the filing of the financial statements, the Company intends to satisfy the alternative information guidelines recommended by the Canadian provincial securities regulatory authorities by issuing a news release every two weeks to update investors on the filing delay.

The Company intends to request that the OSC and other Canadian provincial securities regulatory authorities issue a management and insider cease trade order (MCTO) under applicable regulatory policies pending the completion and filing of its audited financial statements and related documents. If the MCTO is granted, trading in the Company's securities by directors, officers and other insiders of the Company will be prohibited pending the filing of all required financial statements and other disclosure documents. Such a cease trade order would not generally affect the ability of other security holders to trade their securities of the Company. However, the Company acknowledges that in accordance with applicable Canadian provincial securities laws, the OSC or other Canadian provincial securities regulatory authorities may impose an issuer cease trade order that would affect all outstanding securities of the Company traded on the Toronto Stock Exchange if the filing default is not remedied by May 31, 2007, or earlier if the Company fails to file default status reports as required by regulatory policies.

About IMAX Corporation

IMAX Corporation is one of the world's leading entertainment technology companies, specializing in digital and film-based motion picture technologies. The worldwide IMAX network is among the most important and successful theatrical distribution platforms for major event Hollywood films around the globe, with IMAX(R) theatres delivering the world's best cinematic presentations using proprietary IMAX, IMAX(R) 3D, and IMAX DMR(R) technology. IMAX DMR is the Company's groundbreaking digital remastering technology that allows it to digitally transform virtually any conventional motion picture into the unparalleled image and sound quality of The IMAX Experience(R). IMAX's renowned projectors display crystal-clear images on the world's biggest screens, and the IMAX brand is recognized throughout the world for extraordinary and immersive entertainment experiences for consumers. As of September 30, 2006, there were 280 IMAX theatres operating in 40 countries.

IMAX(R), IMAX(R) 3D, IMAX DMR(R), IMAX MPX(R) and The IMAX Experience(R) are trademarks of IMAX Corporation. More information on the Company can be found at www.imax.com.

This press release contains forward looking statements that are based on management assumptions and existing information and involve certain risks and uncertainties which could cause actual results to differ materially from future results expressed or implied by such forward looking statements. Important factors that could affect these statements include the outcome of the accounting review and related matters discussed in this press release, the timing of theatre system deliveries, the mix of theatre systems shipped, the timing of the recognition of revenues and expenses on film production and distribution agreements, the performance of films, the viability of new businesses and products, and fluctuations in foreign currency and in the large format and general commercial exhibition market. These factors and other risks and uncertainties are discussed in the Company's Annual Report on Form 10-K for the year ended December 31, 2005.

SOURCE IMAX Corporation
-0- 03/29/2007

/CONTACT: Media: IMAX Corporation, New York, Sarah Gormley, (212) 821-0155, sgormley@imax.com; Business Media: Sloane & Company, New York, Whit Clay, (212) 446-1864, wclay@sloanepr.com; Investors: Integrated Corporate Relations, Amanda Mullin, (203) 682-8243, Amanda.Mullin@icrinc.com/

(IMX. IMAX)

CO: IMAX Corporation
ST: Ontario
IN: ENT FLM
SU:

-30-

MP
-- TO201 --
7853 03/29/2007 07:30 EDT http://www.prnewswire.com

# EXHIBIT H

**Press Release** Print Page | Close Window

**IMAX Corporation reports 2006 and first quarter 2007 financial results**

HIGHLIGHTS
----------

- Company completes restatement of financial results for reporting periods covering 2002 through 2005 and will file Form 10-K for fiscal 2006 and Form 10-Q for the first quarter of fiscal 2007 today. Company revises accounting policy regarding revenue recognition for theatre system installations.
- Company enjoys a record opening week for Harry Potter and the Order of the Phoenix: An IMAX 3D Experience, with $11.6 million in worldwide IMAX box office on 126 screens, building on the strong performance of 2007 film slate to date, including 300: The IMAX Experience and Spider-Man 3: The IMAX Experience.
- Company continues to advance its joint venture initiative, with joint venture agreements for five theatres signed since January, and multiple discussions ongoing.
- Company remains on track to introduce its digital projection system on time and within budget.
- Company announces 13 theatre system signings in the first quarter of fiscal 2007, two of which were joint venture arrangements and three of which were subject to certain conditions, and six theatre system signings in the second quarter of fiscal 2007.

TORONTO, July 20 /PRNewswire-FirstCall/ - IMAX Corporation (NASDAQ: IMAX; TSX: IMX) today reported that it completed its restatement of financial results covering 2002 through 2005, and will file today its Form 10-K for fiscal 2006 and Form 10-Q for the first quarter of fiscal 2007, recording a net loss per diluted share from continuing operations of ($0.12) for the first quarter of fiscal 2007, compared to a restated net loss of ($0.15) per diluted share from continuing operations for the first quarter of fiscal 2006. For the full year 2006, the Company reported a net loss from continuing operations of $18.3 million, which includes several significant one-time items, such as a future tax valuation allowance, costs associated with its restatement, regulatory inquiries and attempted sales process, and other write-downs, compared to restated reported earnings from continuing operations of $5.8 million in 2005.

IMAX Co-Chief Executive Officers Richard L. Gelfond and Bradley J. Wechsler stated, "We are pleased to complete our restatement and to file our 10-K and 10-Q today. In recent months we have been working very closely with the regulators, our auditors, counsel, Audit Committee and Board to manage this process, and are happy to be moving ahead unencumbered by the overhang of delayed filings. Most recently, we carefully evaluated our accounting practices in light of comments received from the staffs of the U.S. Securities and Exchange Commission ("SEC") and Ontario Securities Commission ("OSC"), and, during the course of our interaction with these regulators, decided that we should revise our accounting policy as it relates to revenue recognition of theatre systems. The SEC and OSC inquiries remain ongoing. As for our performance to date in 2007, we are pleased to have had 19 signings completed in the first half of the year. In addition, our joint venture initiative is being positively received by exhibitors due principally to the strength of our film slate and the strong financial performance of the JV's that have been installed to date. While the Company navigated several challenges in fiscal 2006, we believe IMAX is now well positioned to expand our worldwide network and generate greater recurring revenues. Many of the events that impacted the Company in fiscal 2006 are now behind us, and several compelling growth opportunities lie ahead."

The Company formally launched its joint venture initiative at the beginning of the year as part of its effort to add incremental momentum to theatre growth and realize the benefits of network economics more quickly. In 2007 to date, IMAX has signed joint venture agreements for five theatres: a two-theatre joint venture agreement with Regal Cinemas in the first quarter and three-theatre deal with Muvico Theaters in the second quarter. Three of those five theatres have since opened and have experienced strong early results, and numerous discussions are ongoing both domestically and abroad.

During the first quarter, the Company signed agreements for 13 IMAX(R) theatre systems, two of which were joint venture arrangements and three of which were subject to certain conditions. The Company recognized revenue on four theatre systems in the first quarter and recognized one additional sale of an existing system. The Company signed agreements for six theatre systems in the second quarter of fiscal 2007.

On the film side, the Company reported that Warner Bros. Pictures' Harry Potter and the Order of the Phoenix: An IMAX 3D Experience opened July 11, with the film's 18-minute finale digitally converted into live-action IMAX(R) 3D. The film grossed $11.6 million in its first week on 126 IMAX screens, which represents the Company's largest worldwide opening ever. It shattered several other opening box office records including largest domestic per screen average at $98,700, and largest single day at $1.9 million. The film's opening weekend domestic box office performance was double that of the opening weekend of the previous instalment, Harry Potter and the Goblet of Fire: The IMAX Experience. The film set several international records as well, including the best opening weekend at $1.4 million on 35 screens; in coming weeks the film will open in 17 additional international IMAX theatres.

In addition, Warner Bros. Pictures' 300: The IMAX Experience, released on March 9, 2007, has grossed $24.0 million to date and Sony's Spider-Man 3: The IMAX Experience, released domestically on May 4th, has grossed approximately $24.1 million to date.

"We are delighted with the ongoing strength of our film slate, which has now featured five consecutive well-received films: Happy Feet, Night at the Museum, 300, Spider-Man 3 and last week's release of Harry Potter and the Order of the Phoenix, with the finale in unparalleled IMAX(R) 3D. For the last several years, we have discussed the impact of the growing theatre network on our film and other recurring revenues. The performance of Harry Potter 5, as well as our other recent releases, is demonstrating

the power of the expanded network. In its first week, Harry Potter and the Order of the Phoenix grossed $11.6 million on 126 IMAX screens, compared to a first week of $5.5 million on 75 IMAX screens for Harry Potter and the Goblet of Fire in 2005. These increasingly strong results not only impact our film revenues, but also our joint venture arrangements, owned & operated theatre performance and ongoing network royalties. We have said that the network economics as the number of global IMAX theatres expands are going to be increasingly impressive, and this is strong evidence that this is already happening. With our terrific film slate, the positive initial response to our joint venture initiative, and the Company on track to introduce our new digital platform in late 2008 to mid-2009, we believe IMAX will see even greater enhanced network growth, improved network economics and increased recurring revenues going forward," concluded Messrs. Gelfond and Wechsler.

In March 2007, the Company announced that it would delay the filing of its annual report on Form 10-K for fiscal 2006 and its quarterly report on Form 10-Q for the fiscal quarter ended March 31, 2007 due to the discovery of certain accounting errors, mostly in the area of film accounting and inventory capitalization and taxes. The impact of these previously-disclosed errors resulted in a net overstatement of aggregate earnings previously reported for the periods 2002 through the third quarter of 2006 of $4.0 million. Of this $4.0 million, approximately $2.5 million was recognized in the fourth quarter of 2006, with the remaining $1.5 million expected to be recognized in future periods, the majority in 2007.

The Company subsequently broadened its accounting review to include certain other accounting matters, based on comments the Company received from the SEC and OSC. Under the former method for recording revenues under multiple element arrangement accounting, as reflected in the Company's 2005 10-K, the Company recognized revenue when the projector and sound system were installed and deferred revenue recognition of components deemed to be separate deliverables until their subsequent installation, such as the screen. Because the projector and sound system are delivered together, wired together and coordinated to provide a synchronized audio-video experience, the Company considered these two components to be a single deliverable, with other deliverables, such as the glasses cleaning machine and the screen system, treated separately. After extensive review and consideration, the Company determined that the screen, 3-D glasses cleaning machine and initial services including projectionist training should be considered one single deliverable. In addition, the Company will now require receipt of a signed acceptance from each client before recognizing revenue, in the absence of which the Company will recognize revenue upon the opening of the theatre.

Consequently, the Company concluded that errors occurred in its prior accounting for theatre systems, has revised its policy with regard to revenue recognition for theatre systems, and restated its financial results in accordance with the revised policy. The revised policy has the effect of shifting theatre systems revenues from the period in which they were previously reported to subsequent periods. The impact of these errors resulted in a net overstatement of aggregate earnings previously reported for the periods 2002 through 2005 of $10.4 million. The operating results for 2006 include the recognition of income resulting from the restatement of $7.4 million, meaning that the net earnings impact on future periods is $3.0 million. It is anticipated that, of that $3 million in net impact, the majority will be recognized in income in 2007. Breaking it down further, a total of 16 installation transactions with a total revenue and margin impact of $25.4 million and $14.1 million, respectively, shifted between reported quarters in their originally reported years. In addition, a total of 14 installation transactions, with a total revenue and margin impact of $27.1 million and $14.0 million, respectively, shifted between fiscal years.

As part of the Company's review of these transactions, certain other adjustments were identified, including misallocation of value to elements and accounting for finance income on certain leases that were previously reserved against. The net amount of these adjustments over the period 2002 through 2005 was a decrease in income of $1.9 million. Transactions and events related to these adjustments are expected to result in the majority of the income reversing into 2007.

For the three months ended March 31, 2007, the Company's total revenues were $27.2 million, as compared to $23.3 million reported for the prior year period. Systems revenue was $13.1 million versus $12.8 million in the prior year period. The Company recognized revenue on 5 theatre systems which qualified as either sales or sales-type leases in the first quarter of 2007, compared to 5 in 2006.

For the first quarter of 2007, film revenues were $9.1 million, as compared to $6.0 million in the first quarter of 2006. This included IMAX DMR(TM) revenues of $4.6 million compared to $1.1 million in 2006. Theatre operations revenue was $4.5 million in the first quarter of 2007 compared to $3.7 million in the first quarter of 2006.

The Company's cash and short term investments position was $27.4 million as of March 31, 2007, compared to $27.2 million as of December 31, 2006.

For the year ended December 31, 2006, the Company's total revenues were $129.3 million, as compared to $135.3 million reported for the prior year. Systems revenue was $72.1 million versus $88.6 million in the prior year, a decrease due principally to a reduction in settlement revenue for 2006. The Company recognized revenue on 30 theatre systems which qualified as either sales or sales-type leases in fiscal 2006, versus 30 in 2005, as restated.

For fiscal 2006, film revenues were $36.3 million, as compared to $26.0 million in fiscal 2005. This included IMAX DMR revenues of $14.6 million, compared to $8.9 million in 2005, an increase of 65%. Theatre operations revenue decreased to $16.9 million in 2006 from $17.5 million in 2005. Other revenue was $4.0 million in fiscal 2006, compared to $3.2 million in fiscal 2005.

During the fourth quarter of fiscal 2006, the Company recorded a write-down of $3.2 million related primarily to inventories, property, plant and equipment and accounts receivable. It also recorded a deferred tax valuation allowance of $6.2 million, which equates to approximately $0.15 per share, during the fourth quarter of fiscal 2006. This tax write down relates to the Company's

current assessment that the ultimate utilization of certain tax assets previously recorded on the balance sheet may not be realized within a two-year period.

The Company will host a conference call on Friday, July 20, 2007 at 8:30 AM ET. To access the call interested parties should call (866) 904-6251 approximately 10 minutes before it begins. International callers should dial (416) 915-8321. The code for both the live call and the replay is 3772743. The Company will also host a webcast of the conference call, which can be accessed on www.imax.com by clicking on 'Company Info' and then 'Investor Relations.'

About IMAX Corporation

IMAX Corporation is one of the world's leading entertainment technology companies, specializing in digital and film-based motion picture technologies. The worldwide IMAX network is among the most important and successful theatrical distribution platforms for major event Hollywood films around the globe, with IMAX theatres delivering the world's best cinematic presentations using proprietary IMAX, IMAX 3D, and IMAX DMR technology. IMAX DMR is the Company's groundbreaking digital remastering technology that allows it to digitally transform virtually any conventional motion picture into the unparalleled image and sound quality of The IMAX Experience(TM). IMAX's renowned projectors display crystal-clear images on the world's biggest screens, and the IMAX brand is recognized throughout the world for extraordinary and immersive entertainment experiences for consumers. As of March 31, 2007, there were 283 IMAX theatres operating in 40 countries.

IMAX(R), IMAX(R) 3D, IMAX DMR(R), IMAX(R) MPX(R), and The IMAX Experience(R) are trademarks of IMAX Corporation. More information on the Company can be found at www.imax.com.

This press release contains forward looking statements that are based on management's assumptions and existing information and involve certain risks and uncertainties which could cause actual results to differ materially from future results expressed or implied by such forward looking statements. Important factors that could affect these statements include ongoing discussions with the SEC and OSC relating to their ongoing inquiries and the Company's financial reporting and accounting, the timing of theatre system deliveries, the mix of theatre systems shipped, the timing of the recognition of revenues and expenses on film production and distribution agreements, the performance of films, the viability of new businesses and products, risks arising from potential material weaknesses in internal control over financial reporting and fluctuations in foreign currency and in the large format and general commercial exhibition market. These factors and other risks and uncertainties are discussed in the Company's Annual Report on Form 10-K for the year ended December 31, 2006, which is scheduled to be filed by the Company with the Securities and Exchange Commission today.

IMAX CORPORATION
CONSOLIDATED STATEMENTS OF OPERATIONS
In accordance with United States Generally Accepted Accounting Principles
(In thousands of U.S. dollars, except per share amounts)

| | Three months ended December 31, | | Years ended December 31, | |
|---|---|---|---|---|
| | 2006 | 2005 | 2006 | 2005 |
| | | As restated | | As restated |
| Revenues | | | | |
| Equipment and product sales | $ 14,472 | $ 23,594 | $ 49,466 | $ 50,728 |
| Services | 19,427 | 16,936 | 68,918 | 58,355 |
| Rentals | 1,479 | 1,509 | 5,344 | 7,316 |
| Finance income | 1,251 | 1,237 | 5,242 | 4,605 |
| Other revenues | 300 | 922 | 300 | 14,318 |
| | 36,929 | 44,198 | 129,270 | 135,322 |
| Costs of goods sold, services and rentals | | | | |
| Equipment and product sales | 7,137 | 11,508 | 26,008 | 25,216 |
| Services | 12,689 | 11,543 | 48,856 | 43,969 |
| Rentals | 434 | 518 | 1,812 | 2,460 |
| Other costs of goods sold | - | - | - | 142 |
| | 20,260 | 23,569 | 76,676 | 71,787 |
| Gross margin | 16,669 | 20,629 | 52,594 | 63,535 |
| Selling, general and administrative expenses | 12,636 | 8,328 | 42,609 | 37,552 |
| Research and development | 1,158 | 835 | 3,615 | 3,224 |

| | | | | |
|---|---|---|---|---|
| Amortization of intangibles | 146 | 430 | 602 | 911 |
| Receivable provisions net of (recoveries) | 816 | (390) | 1,066 | (1,009) |
| Asset impairments | 1,073 | 13 | 1,073 | 13 |
| Earnings from operations | 840 | 11,413 | 3,629 | 22,844 |
| Interest income | 276 | 263 | 1,036 | 1,004 |
| Interest expense | (4,179) | (4,202) | (16,759) | (16,875) |
| Earnings (loss) from continuing operations before income taxes | (3,063) | 7,474 | (12,094) | 6,973 |
| Recovery of (provision for) income taxes | (6,128) | (253) | (6,218) | (1,130) |
| Net earnings (loss) from continuing operations | (9,191) | 7,221 | (18,312) | 5,843 |
| Net earnings from discontinued operations | - | 1,193 | 1,425 | 1,979 |
| Net earnings (loss) | $ (9,191) | $ 8,414 | $ (16,887) | $ 7,822 |
| Earnings (loss) per share: | | | | |
| Earnings (loss) per share - basic: | | | | |
| Net earnings (loss) from continuing operations | $ (0.23) | $ 0.18 | $ (0.46) | $ 0.15 |
| Net earnings from discontinued operations | $ - | $ 0.03 | $ 0.04 | $ 0.05 |
| Net (loss) earnings | $ (0.23) | $ 0.21 | $ (0.42) | $ 0.20 |
| Earnings (loss) per share - diluted: | | | | |
| Net earnings (loss) from continuing operations | $ (0.23) | $ 0.17 | $ (0.46) | $ 0.14 |
| Net earnings from discontinued operations | $ - | $ 0.03 | $ 0.04 | $ 0.05 |
| Net earnings (loss) | $ (0.23) | $ 0.20 | $ (0.42) | $ 0.19 |
| Weighted average number of shares outstanding (000's): | | | | |
| Basic | 40,285 | 40,198 | 40,270 | 39,899 |
| Diluted | 40,285 | 41,997 | 40,270 | 42,019 |
| Additional disclosure: | | | | |
| Depreciation and amortization(1) | $ 4,143 | $ 4,092 | $ 16,825 | $ 15,629 |

(1) Includes $0.2 million and $1.1 million in amortization of deferred financing costs charged to interest expense for the three and twelve months ended December 31, 2006 (2005 - $0.3 million, $1.2 million)

IMAX CORPORATION
CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS
In accordance with United States Generally Accepted Accounting Principles
(in thousands of U.S. dollars, except per share amounts)

(unaudited)

| | Three months ended March 31, 2007 | 2006 As restated |
|---|---|---|
| Revenues | | |
| Equipment and product sales | $ 7,105 | $ 7,820 |
| Services | 17,645 | 13,434 |
| Rentals | 1,221 | 899 |
| Finance income | 1,186 | 1,112 |
| | 27,157 | 23,265 |
| Cost of goods sold, services and rentals | | |
| Equipment and product sales | 3,943 | 4,206 |
| Services | 11,276 | 10,617 |
| Rentals | 549 | 465 |
| | 15,768 | 15,288 |
| Gross margin | 11,389 | 7,977 |
| Selling, general and administrative expenses | 10,342 | 10,553 |
| Research and development | 1,495 | 915 |
| Amortization of intangibles | 136 | 192 |
| Receivable provisions net of (recoveries) | 6 | 143 |
| Loss from operations | (590) | (3,826) |
| Interest income | 226 | 253 |
| Interest expense | (4,249) | (4,157) |
| Loss from continuing operations before income taxes | (4,613) | (7,730) |
| Provision for recovery of income taxes | (319) | 1,692 |
| Net loss from continuing operations | (4,932) | (6,038) |
| Net operations from discontinued operations | - | 2,300 |
| Net loss | $ (4,932) | $ (3,738) |
| Earnings (loss) per share | | |
| Earnings (loss) per share - basic and diluted: | | |
| Net loss from continuing operations | $ (0.12) | $ (0.15) |
| Net earnings from discontinued operations | $ - | $ 0.06 |
| Net loss | $ (0.12) | $ (0.09) |
| Weighted average number of shares outstanding (000's): | | |
| Basic | 40,286 | 40,225 |
| Fully diluted | 40,286 | 40,225 |
| Additional disclosure: | | |
| Depreciation and amortization(1) | $ 2,995 | $ 3,390 |

(1) Includes $0.2 million of amortization of deferred financing costs charged to interest expense for the quarter ended March 31, 2007 (2006 - $0.3 million)

IMAX CORPORATION
CONSOLIDATED BALANCE SHEETS

In accordance with United States Generally Accepted Accounting Principles
(In thousands of U.S. dollars)

| | As at December 31, 2006 | 2005 As restated |
|---|---|---|
| **Assets** | | |
| Cash and cash equivalents | $ 25,123 | $ 24,324 |
| Short-term investments | 2,115 | 8,171 |
| Accounts receivable, net of allowance for doubtful accounts of $2,933 (2005 - $2,473) | 26,017 | 20,116 |
| Financing receivables | 65,878 | 62,837 |
| Inventories | 26,913 | 28,967 |
| Prepaid expenses | 3,432 | 3,632 |
| Film assets | 1,235 | 1,708 |
| Property, plant and equipment | 24,389 | 27,363 |
| Other assets | 10,365 | 14,134 |
| Deferred income taxes | - | 6,171 |
| Goodwill | 39,027 | 39,027 |
| Other intangible assets | 2,547 | 2,701 |
| Total assets | $ 227,041 | $ 239,151 |
| **Liabilities** | | |
| Accounts payable | $ 11,426 | $ 7,471 |
| Accrued liabilities | 51,052 | 51,755 |
| Deferred revenue | 56,694 | 59,840 |
| Senior Notes due 2010 | 160,000 | 160,000 |
| Total liabilities | 279,172 | 279,066 |
| **Shareholders' deficit** | | |
| Capital stock Common shares - no par value. Authorized - unlimited number. Issued and outstanding - 40,285,574 (2005 - 40,213,542) | 122,024 | 121,736 |
| Other equity | 2,937 | 1,864 |
| Deficit | (178,274) | (161,387) |
| Accumulated other comprehensive income (loss) | 1,182 | (2,128) |
| Total shareholders' deficit | (52,131) | (39,915) |
| Total liabilities and shareholders' deficit | $ 227,041 | $ 239,151 |

IMAX CORPORATION
CONDENSED CONSOLIDATED BALANCE SHEETS
In accordance with United States Generally Accepted Accounting Principles
(in thousands of U.S. dollars)

| | March 31, 2007 (unaudited) | December 31, 2006 |
|---|---|---|
| **Assets** | | |
| Cash and cash equivalents | $ 25,252 | $ 25,123 |
| Short-term investments | 2,141 | 2,115 |
| Accounts receivable, net of allowance for doubtful accounts of $3,362 (2006 - $3,253) | 18,725 | 26,017 |
| Financing receivables | 65,884 | 65,878 |
| Inventories | 26,664 | 26,913 |

| | | |
|---|---|---|
| Prepaid expenses | 2,552 | 3,432 |
| Film assets | 1,160 | 1,235 |
| Property, plant and equipment | 23,280 | 24,389 |
| Other assets | 10,623 | 10,365 |
| Goodwill | 39,027 | 39,027 |
| Other intangible assets | 2,558 | 2,547 |
| Total assets | $ 217,866 | $ 227,041 |
| Liabilities | | |
| Accounts payable | $ 5,306 | $ 11,426 |
| Accrued liabilities | 53,643 | 51,052 |
| Deferred revenue | 57,643 | 56,694 |
| Senior Notes due 2010 | 160,000 | 160,000 |
| Total liabilities | 276,592 | 279,172 |
| Shareholders' equity (deficit) | | |
| Capital stock Common shares - no par value. Authorized - unlimited number. Issued and outstanding - 40,285,574 (2006 - 40,285,574) | 122,024 | 122,024 |
| Other equity | 3,054 | 2,937 |
| Deficit | (185,299) | (178,274) |
| Accumulated other comprehensive income | 1,495 | 1,182 |
| Total shareholders' deficit | (58,726) | (52,131) |
| Total liabilities and shareholders' equity (deficit) | $ 217,866 | $ 227,041 |

SOURCE:
IMAX Corporation

CONTACT:
Media -
IMAX Corporation
New York
Sarah Gormley
(212) 821-0155
sgormley@imax.com;

Entertainment Media:
Newman & Company,
Los Angeles,
Al Newman,
(310) 278-1560,
asn@newman-co.com;

Investors:
Integrated Corporate Relations,
Amanda Mullin,
(203) 682-8243;

Business Media:
Sloane & Company,
New York,
Whit Clay,
(212) 446-1864,
wclay@sloanepr.com/

# EXHIBIT I

**This Exhibit designated**

**"Confidential – Subject to Court Order"**

# EXHIBIT J

**Press Release**

Print Page | Close Window

**IMAX to delay filing of 2006 10-K**

Company is evaluating an estimated $2.5 million of identified accounting errors that occurred between 2001-2006

Company also announces 7 installs and 9 signings for fourth quarter

TORONTO, March 16 /PRNewswire-FirstCall/ - IMAX Corporation (NASDAQ:IMAX; TSX:IMX) announced today that it will delay the filing of its Form 10-K for fiscal 2006 beyond the filing deadline of March 16, 2007. Management and the Audit Committee of the Board of Directors are evaluating certain identified accounting errors with a currently expected impact of approximately $2.5 million over six years. As a result, the Company intends to file restated financial statements for certain periods during those years.

Separately, the Company announced that it had installed 7 theater systems in the fourth quarter of 2006, signed deals for 9 theater systems in the period and finished 2006 with approximately $27 million in cash and short-term investments.

"The timing of these accounting issues is particularly unfortunate because it masks significant business developments which have affected our business in a very positive way," said Richard L. Gelfond and Bradley J. Wechsler, IMAX's co-CEOs and co-Chairmen. "Specifically, the record-breaking performance of the recent film 300, along with our recent joint venture agreement with Regal Cinemas, the world's largest exhibitor, and five-system deal with Dickinson Theaters, our largest theatre sale or lease deal since 2004, have increased our confidence in the business."

The Company intends to file its 2006 Form 10-K on or before March 30, 2007, and will therefore file with the Securities and Exchange Commission a Form 12b-25 Notification of Late Filing, and indicate that its 10-K filing is expected to be made within the 15-day grace period. Until then, management and the Audit Committee have stated that the Company's prior-filed financial statements for the years and periods involved should not be relied upon.

The Company and its auditors, PricewaterhouseCoopers LLP, remain in the process of analyzing the errors and the Company will make a subsequent announcement when it concludes this analysis. The estimated $2.5 million in errors that occurred during 2001-2006 relate to the accounting treatment of certain costs previously capitalized that should have been expensed as incurred and unrecorded branch-level interest taxes, as well as certain adjustments for errors determined to have been immaterial and previously identified in the related periods. The Company is also evaluating the effect of these matters on its internal control over financial reporting and expects to report material weaknesses with respect to certain of these matters.

"We recognize that the delay in filing the 10-K and the underlying causes are unacceptable, and we are committed to rebuilding our financial staff," said Messrs. Gelfond and Wechsler. "All of the identified errors relating to the current situation arise from prior quarters and prior years. In August 2006, our Chief Financial Officer resigned and, since then, we have been ably led by our Acting Chief Financial Officer, Edward MacNeil. We have been engaged in the process of hiring a permanent CFO, have interviewed several strong candidates to date, and can assure our constituencies that we have no higher priority than the smooth functioning of our finance area."

The results set forth in this press release, including estimated restatement impacts, are preliminary and reflect known adjustments. These results are subject to change as a result of any adjustment arising from the restatement process, subsequent events and the completion of the audit of the financial statements by the Company's independent auditors, PricewaterhouseCoopers, LLP. In addition, the Company's intention to file its Form 10-K on or before March 30, 2007 is based on management assumptions and existing information and involves certain risks and uncertainties, and the Company makes no assurances that it will ultimately do so.

The Company will host its previously-scheduled conference call to discuss its business performance as well as the issues above at 8:30 AM ET on Friday, March 16, 2007. To access the call interested parties should call (913) 981-5542 approximately 10 minutes before it begins. A recording of the call will be available by dialing (719) 457-0820. The code for both calls is 4938307. The Company will also host a web-cast of the conference call, which can be accessed on www.imax.com by clicking on 'Company Info' and then 'Investor Relations.'

In addition, the Company is scheduled to host its fourth quarter earnings conference call at 8:30 AM ET on Friday, March 30, 2007. Dial-in information will be included in the press release issued that morning.

About IMAX Corporation

IMAX Corporation is one of the world's leading entertainment technology companies, specializing in digital and film-based motion picture technologies. The worldwide IMAX(R) network is among the most important and successful theatrical distribution platforms for major event Hollywood films around the globe, with IMAX theatres delivering the world's best cinematic presentations using proprietary IMAX, IMAX(R) 3D, and IMAX DMR(R) technology. IMAX DMR is the Company's groundbreaking digital remastering technology that allows it to digitally transform virtually any conventional motion picture into the unparalleled image and sound quality of The IMAX Experience(R). IMAX's renowned projectors display crystal-clear images on the world's

biggest screens, and the IMAX brand is recognized throughout the world for extraordinary and immersive entertainment experiences for consumers. As of September 30, 2006, there were 280 IMAX theatres operating in 40 countries.

IMAX(R), IMAX(R) 3D, IMAX DMR(R), IMAX MPX(R) and The IMAX Experience(R) are trademarks of IMAX Corporation. More information on the Company can be found at www.imax.com.

This press release contains forward looking statements that are based on management assumptions and existing information and involve certain risks and uncertainties which could cause actual results to differ materially from future results expressed or implied by such forward looking statements. Important factors that could affect these statements include, but are not limited to, the timing of theatre system deliveries, the mix of theatre systems shipped, the timing of the recognition of revenues and expenses on film production and distribution agreements, the performance of films, the viability of new businesses and products, and fluctuations in foreign currency and in the large format and general commercial exhibition market.

SOURCE IMAX Corporation
-0- 03/16/2007
/CONTACT: Media: IMAX Corporation, New York, Sarah Gormley, (212) 821-0155, sgormley@imax.com; Business Media: Sloane & Company, New York, Whit Clay, (212) 446-1864, wclay@sloanepr.com; Investors: Integrated Corporate Relations, Amanda Mullin, (203) 682-8243, Amanda.Mullin@icrinc.com/
(IMX. IMAX)

CO: IMAX Corporation
ST: Ontario
IN: ENT FLM
SU: CCA

-30-

KM
-- TO229 --
0715 03/16/2007 07:47 EDT http://www.prnewswire.com

# EXHIBIT K

LexisNexis

Back to *lexis.com®*

***Historical Quotes*** Data Supplied by **SUNGARD**

**IMAX - Imax Corporation (NASDAQ)**

**Currency:** Currency as reported (CAR)
**Date(s):** 03/15/2007 - 03/16/2007

**Frequency:** Daily prices
**Exchange:** NASDAQ

| Date | Close | High | Low | Volume |
|---|---|---|---|---|
| 03/15/2007 | **4.99** | 5.29 | 4.95 | 806,900 |
| 03/16/2007 | **5.00** | 5.12 | 4.75 | 1,134,900 |

Print Cancel