UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | Master File No. 06 Civ. 6128 (NRB) |

**DECLARATION OF CHRISTOPHER M. JAMES IN SUPPORT OF DEFENDANT PRICEWATERHOUSECOOPERS LLP'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION**

Christopher M. James, pursuant to 28 U.S.C. § 1746, hereby declares:

1. My name is Professor Christopher M. James. I am over twenty-one years of age, have never been convicted of a felony or misdemeanor involving moral turpitude, and I am otherwise competent and qualified to make this declaration. I respectfully submit this declaration in support of Defendant PricewaterhouseCoopers LLP's ("PwC-Canada"), an Ontario limited liability partnership, Opposition to Plaintiffs' Motion for Class Certification.

2. Attached hereto as Exhibit A is a true and correct copy of my Expert Report in the above-styled litigation. My report sets forth my qualifications, the work that I did in connection with this matter, the materials I considered, and the opinions I reached.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on February 23rd, 2009.

Christopher M. James

In re IMAX Corporation Securities Litigation
Master File No. 06 Civ. 6128 (NRB)

## CERTIFICATE OF SERVICE

I, Lyn Sekiguchi, hereby certify that a true and correct copy of the following:

***Declaration of Christopher M. James In Support of Defendant Pricewaterhouse Coopers LLP's Opposition To Motion For Class Certification and Expert Report Of Professor Christopher M. James, with Exhibits***

was sent, via the Court's CM/ECF system, to the following counsel of record:

**Lead Counsel for Plaintiff**
**Westchester Capital Management**

Jill S. Abrams
Richard B. Margolies
Nancy Kaboolian
ABBEY SPANIER RODD & ABRAMS, LLP
212 East 39th Street
New York, NY 10016
Telephone: 212-889-3700
Fax: 212-684-6191

**Counsel for Defendant**
**IMAX Corporation**

Lewis J. Liman
James D. Mathews
Robert May
David Oliwenstein
Lauren Bell
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: 212-225-2550
Fax: 212-225-3999

**Counsel for Class Member**
**The Steelworkers Pension Trust**

Douglas Risen
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: 800-424-6690
Fax: 215-875-4604

**Date:** February 23, 2009

Respectfully submitted,

/s/ Lyn Sekiguchi

Lyn Sekiguchi
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201
Tel: 214-698-3100