**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | 06 CIV. 6128 (NRB)<br>ECF Case |

**DECLARATION OF JAMES D. MATHEWS IN SUPPORT OF DEFENDANTS IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, FRANCIS T. JOYCE AND KATHRYN A. GAMBLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, JAMES D. MATHEWS, declare as follows:

1. I am a member of the bar of this Court and an associate at the law firm of Cleary Gottlieb Steen & Hamilton LLP, counsel for defendants IMAX Corporation, Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce, and Kathryn A. Gamble ("The IMAX Defendants") in the above-captioned adversary proceeding. I respectfully submit this declaration in support of the IMAX Defendants' in Opposition to Plaintiffs' Motion for Class Certification.

2. Annexed to this declaration are true and correct copies of the following documents, which the IMAX Defendants cite and rely on in their Memorandum of Law:

| | |
|---|---|
| Exhibit A | Supplemental Factum of the Plaintiffs: Motion for Leave and Certification dated December 6, 2008, filed in Silver & Cohen v. IMAX Corp. et al, Court File No. CV-06-3257-00, Ontario Superior Court of Justice, Canada |
| Exhibit B | Responding Factum of Defendants and the Proposed Defendants, as Responding Parties: to the Motion for Certification, dated December 10, 2008, filed in Silver & Cohen v. IMAX Corp. et al, Court File No. CV-06-3257-00, Ontario Superior Court of Justice, Canada |

**THIS DECLARATION CONTAINS CONFIDENTIAL INFORMATION. PURSUANT TO ¶ 7 OF THE STIPULATION AND ORDER GOVERNING CONFIDENTIAL MATERIAL, ENTERED NOVEMBER 3, 2008, PORTIONS OF THE ELECTRONICALLY-FILED DECLARATION, INCLUDING EXS. F, H, I, J, K, M, R, S, T, U, and V, HAVE BEEN FILED WITH THE COURT UNDER SEAL.**

| | |
|---|---|
| Exhibit C | Notice of Motion for Leave to Plead the Causes of Action Contained in Part XXIII.1 of the *Securities Act* and for Certification as a Class Proceeding dated February 27, 2008, filed in Silver & Cohen v. IMAX Corp. et al, Court File No. CV-06-3257-00, Ontario Superior Court of Justice, Canada |
| Exhibit D | Plaintiffs' Factum: Motion for certification pursuant to the CPA and leave pursuant to the OSA dated November 24, 2008, filed in Silver & Cohen v. IMAX Corp. et al, Court File No. CV-06-3257-00, Ontario Superior Court of Justice, Canada |
| Exhibit E | Proposed Draft Fresh Statement of Claim dated Sept. 20, 2006, filed on December 9, 2008 in Silver & Cohen v. IMAX Corp. et al, Court File No. CV-06-3257-00, Ontario Superior Court of Justice, Canada |
| Exhibit F | Excerpts from the Deposition of Roy Behren taken on January 21, 2009 |
| Exhibit G | Letter from Lewis Liman to Jill Abrams dated January 12, 2009 |
| Exhibit H | Assignment Agreement between The Merger Fund, the Merger Fund VL, and Westchester Management Capital, Inc. dated January 16, 2009 |
| Exhibit I | Assignment Agreement between Westchester Global Trust Company Limited and Westchester Capital Management, Inc. dated January 20, 2009 |
| Exhibit J | Assignment Agreement between MSS Merger Arbitrage 2 and Westchester Capital Management, Inc. dated January 27, 2009 |
| Exhibit K | The Merger Fund Prospectus dated January 25, 2006 |
| Exhibit L | IMAX Corp. Press Release dated August 9, 2006 |
| Exhibit M | Excerpts from the Deposition of Michael A. Marek taken on January 23, 2009 |
| Exhibit N | IMAX Corporation 2005 Annual Report (Form 10-K) dated March 9, 2006 |
| Exhibit O | IMAX Corporation Quarterly Report (Form 10-Q) dated May 9, 2006 |
| Exhibit P | IMAX Corporation Quarterly Report (Form 10-Q) dated August 9, 2006 |
| Exhibit Q | IMAX Corporation Quarterly Report (Form 10-Q) dated November 9, 2006 |
| Exhibit R | Penn Capital Management Purchase and Sale Report, SW001-SW009 |
| Exhibit S | Excerpts from the Deposition of Eric J. Green taken on February 12, 2009 |
| Exhibit T | Investment Management Agreement between Steelworkers Pension Trust and Penn Capital Management, Bates Nos. SW010-SW020 |
| Exhibit U | Asset Consulting Group Inc. Manager Questionnaire, Bates Nos. PENN00004437-PENN00004440 |
| Exhibit V | Excerpts from the Deposition of Richard S. Hoffmann taken on January 27, 2009 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed: New York, New York
February 23, 2008.

James D. Mathews