# EXHIBIT F

# Confidential–Filed Under Seal