# EXHIBIT H

# Confidential–Filed Under Seal