# EXHIBIT J

# Confidential–Filed Under Seal