# EXHIBIT K

# Confidential–Filed Under Seal