# EXHIBIT M

# Confidential–Filed Under Seal