# EXHIBIT R

# Confidential–Filed Under Seal