# EXHIBIT S

# Confidential–Filed Under Seal