# EXHIBIT T

# Confidential–Filed Under Seal