# EXHIBIT U

# Confidential–Filed Under Seal