# EXHIBIT V

# Confidential–Filed Under Seal