UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION, | Case No. 06 Civ. 6128 (NRB)<br>ECF Case<br><br>CERTIFICATE OF SERVICE |

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 23rd day of February 2009, the Memorandum of Law in Support of Defendants IMAX Corporation, Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce and Kathryn A. Gamble's Opposition to Plaintiffs' Motion for Class Certification, dated February 23, 2009; the Declaration of Lucy P. Allen, dated February 23, 2009; the Declaration of Professor Poonam Puri, dated February 23, 2009; the Affidavit of Edward MacNeil, dated February 23, 2009 including Exhibits A through J; and the Declaration of James D. Mathews in Support of Defendants Imax Corporation, Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce and Kathryn A. Gamble's Opposition to Plaintiffs' Motion for Class Certification, dated February 23, 2009 including Exhibits A through V were served by hand and by Federal Express, as indicated, upon:

<u>BY HAND</u>

Jennifer Conn
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

Jill S. Abrams, Esq.
Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street
New York, NY 10016

BY FEDERAL EXPRESS

Phyllis Parker, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103-6305

2. This service was made by assistant managing clerks of this firm under my general supervision.

Dated: New York, New York
February 24, 2009

s/Richard V. Conza
Richard V. Conza