UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

In re IMAX Securities Litigation

**O R D E R**

Master File
06 Civ. 6128 (NRB)

------------------------------------------X

**NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE**

Westchester Capital Management, Inc.'s motion for class certification filed November 3, 2008 is hereby denied without prejudice pending resolution of a proposed motion from Snow Capital Investment Partners, L.P. for the Court to reconsider its January 17, 2007 Memorandum and Order appointing Westchester Capital Management, Inc. lead plaintiff in this matter.

**SO ORDERED.**

Dated:     New York, New York
           March 13, 2009

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

Arthur N. Abbey, Esq.
Jill S. Abrams, Esq.
Abbey Spanier Rodd Abrams & Paradis, LLP
212 East 39th Street
New York, NY 10016
FAX: 212-684-5191

David A. Rosenfeld, Esq.
Couglin, Stoia, Geller, Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
FAX: 631-367-1173

Lewis Liman, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
FAX: 212-225-3999

Jennifer L. Conn, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193
FAX: 212-351-5353