UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | x | |
| | : | 06 CIV. 6128 (NRB) |
| IN RE IMAX CORPORATION SECURITIES LITIGATION | : | |
| | : | NOTICE OF APPEARANCE |
| | : | |
| | : | |
| | x | |

TO: The Clerk of Court and All Parties of Record:

Please enter my appearance as counsel for Snow Capital Investment Partners, L.P. in the above-referenced action.

I certify that I am admitted to practice in this Court.

DATED: April 3, 2009

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARK S. REICH

*/s/ Mark S. Reich*
MARK S. REICH

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

*Counsel for Snow Capital Investment Partners, L.P.*