UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | x<br>:<br>:<br>:<br>:<br>:<br>x | 06 CIV. 6128 (NRB)<br><br>NOTICE OF MOTION FOR RECONSIDERATION OF THIS COURT'S JANUARY 17, 2007 MEMORANDUM AND ORDER APPOINTING WESTCHESTER CAPITAL MANAGEMENT, INC. AS LEAD PLAINTIFF |

PLEASE TAKE NOTICE that Snow Capital Investment Partners, L.P. ("Snow Capital") will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A) granting reconsideration of the Court's January 17, 2007 Memorandum and Order appointing Westchester Capital Management, Inc. as Lead Plaintiff in this action and modifying that Memorandum and Order to appoint Snow Capital as Lead Plaintiff and its counsel, Coughlin Stoia Geller Rudman & Robbins LLP, as Lead Counsel.

In support of this Motion, Snow Capital submits herewith a Memorandum of Law and the accompanying Declaration of David A. Rosenfeld, dated April 3, 2009.

DATED: April 3, 2009

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARK S. REICH

/s/ *David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

*Counsel for Snow Capital Investment Partners, L.P.*

**CERTIFICATE OF SERVICE**

I, David A. Rosenfeld, hereby certify that on April 3, 2008, I caused a true and correct copy of the attached:

> Notice of Motion for Reconsideration of this Court's January 17, 2007 Memorandum and Order Appointing Westchester Capital Management, Inc. as Lead Plaintiff;
>
> Memorandum of Law in Support of Snow Capital Investment Partners, L.P.'s Motion for Reconsideration of this Court's January 17, 2007 Order Appointing Westchester Capital Management, Inc. as Lead Plaintiff; and
>
> Declaration of David A. Rosenfeld in Support of Snow Capital's Motion for Reconsideration of this Court's January 17, 2007 Order Appointing Westchester Capital Management, Inc. as Lead Plaintiff

to be served electronically on all counsel registered for electronic service for this case.

/s/ *David A. Rosenfeld*
David A. Rosenfeld