# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | x | |
| | : | 06 CIV. 6128 (NRB) |
| IN RE IMAX CORPORATION SECURITIES LITIGATION | : | |
| | : | [PROPOSED] ORDER |
| | : | |
| | : | |
| | x | |

Having considered Snow Capital Investment Partners, L.P.'s ("Snow Capital") Motion for Reconsideration of this Court's January 17, 2007 Memorandum and Order appointing Westchester Capital Management, Inc. ("Westchester Capital") as Lead Plaintiff in this action, the Memorandum of Law and Declaration of David A. Rosenfeld in support thereof, and good cause appearing therefore:

1. The Motion for Reconsideration submitted by Snow Capital is hereby granted.
2. The January 17, 2007 Order appointing Westchester Capital as Lead Plaintiff in this action is hereby vacated.
3. The Court hereby appoints Snow Capital as Lead Plaintiff in this action.
4. The Court hereby appoints Coughlin Stoia Geller Rudman & Robbins LLP as Lead Counsel in this action.

IT IS SO ORDERED.

DATED: _________________________

_________________________________________
THE HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE