UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | 06 CIV. 6128 (NRB)<br><br>DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF SNOW CAPITAL'S MOTION FOR RECONSIDERATION OF THIS COURT'S JANUARY 17, 2007 ORDER APPOINTING WESTCHESTER CAPITAL MANAGEMENT, INC. AS LEAD PLAINTIFF |

David A. Rosenfeld, declares, under penalty of perjury:

1. I am a member of Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia"), counsel for Snow Capital Investment Partners, L.P. ("Snow Capital") in the action entitled *In re IMAX Corporation Securities Litigation*, Civil Action No. 06-cv-6128-NRB. I submit this Declaration in support of Snow Capital's Motion for Reconsideration of this Court's January 17, 2007 Order Appointing Westchester Capital Management, Inc. ("Westchester Capital") as Lead Plaintiff.

2. Attached hereto as Exhibit A is a true and accurate copy of a letter to counsel from this Court, dated March 13, 2009.

3. Attached hereto as Exhibit B is a true and accurate copy of the April 1, 2009 Memorandum and Order, issued by Honorable William H. Pauley III, in the action captioned *In re SLM Corporation Securities Litigation*, Case No. 1:08-cv-01029-WHP (S.D.N.Y.).

4. Attached hereto as Exhibit C are true and accurate copies of assignments obtained by Westchester Capital in connection with this action.

5. Attached hereto as Exhibit D is a true and accurate copy of an assignment obtained by Westchester Capital in connection with the *In re SLM* action.

6. Attached hereto as Exhibit E is a true and accurate copy of Westchester Capital's February 26, 2009 letter to this Court.

7. Attached hereto as Exhibit F is a true and accurate copy of Westchester Capital's March 6, 2009 letter to this Court.

DATED: April 3, 2009

*/s/ David A. Rosenfeld*
DAVID A. ROSENFELD

**CERTIFICATE OF SERVICE**

I, David A. Rosenfeld, hereby certify that on April 3, 2008, I caused a true and correct copy of the attached:

> Notice of Motion for Reconsideration of this Court's January 17, 2007 Memorandum and Order Appointing Westchester Capital Management, Inc. as Lead Plaintiff;
>
> Memorandum of Law in Support of Snow Capital Investment Partners, L.P.'s Motion for Reconsideration of this Court's January 17, 2007 Order Appointing Westchester Capital Management, Inc. as Lead Plaintiff; and
>
> Declaration of David A. Rosenfeld in Support of Snow Capital's Motion for Reconsideration of this Court's January 17, 2007 Order Appointing Westchester Capital Management, Inc. as Lead Plaintiff

to be served electronically on all counsel registered for electronic service for this case.

/s/ *David A. Rosenfeld*
David A. Rosenfeld