UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: IMAX CORPORATION SECURITIES LITIGATION | 06 Civ. 6128 (NRB) |

**DECLARATION OF JILL S. ABRAMS IN SUPPORT OF WESTCHESTER CAPITAL MANAGEMENT INC.'S OPPOSITION TO SNOW CAPITAL INVESTMENT PARTNERS, L.P.'S MOTION FOR RECONSIDERATION OF THIS COURT'S JANUARY 17, 2007 ORDER APPOINTING WESTCHESTER CAPITAL MANAGEMENT INC. AS LEAD PLAINTIFF**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: IMAX CORPORATION SECURITIES LITIGATION | 06 Civ. 6128 (NRB) |

I, Jill S. Abrams, declare as follows:

1. I a member of the law firm of Abbey Spanier Rodd Abrams & Paradis, LLP, Plaintiff's Lead Counsel, in this matter and I submit this declaration in support of Westchester Capital's Opposition to Snow Capital Investment Partners, L.P.'s Motion for Reconsideration of this Court's January 17, 2007 Order Appointing Westchester Capital Management Inc. as Lead Plaintiff.

2. Attached hereto as Exhibit A is a true and correct copy of the April 1, 2009 Memorandum and Order of Hon. William H. Pauley III in *In re SLM Corporation Securities Litigation*, No. 1:08-CV-01029-WHP (S.D.N.Y. Apr. 1, 2009).

3. Attached hereto as Exhibit B is a true and correct copy of the March 31, 2009 Memorandum Opinion and Order of Hon. Richard J. Holwell in *In re Vivendi Universal, S.A. Securities Litigation*, No. 02 Civ. 5571 (RJH) (HBP) (S.D.N.Y. Mar. 31, 2009).

4. Attached hereto as Exhibit C is a true and correct copy of the April 14, 2009 Petition of Westchester Capital Management, Inc. For Leave to Appeal From District Court's April 1,

2009 Order.

I declare under penalty of perjury that the foregoing is true and correct.

New York, New York
April 24, 2009

Jill S. Abrams