UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | 06 CIV. 6128 (NRB) |

## CERTIFICATE OF SERVICE

I, Lillian Kozon, hereby certify, under penalty of perjury pursuant to 28 U.S.C. §1746, that on this 24th day of April, 2009, I caused true and correct copies of Westchester Capital Management, Inc.'s Memorandum of Law In Opposition To Snow Capital Investment Partners, L.P.'s Motion For Reconsideration Of This Court's January 17, 2007 Order Appointing Westchester Capital Management, Inc. As Lead Plaintiff, Declaration of Jill S. Abrams In Support and Exhibits to be served via the Court's ECF filing rules to:

| | |
|---|---|
| Byron M. Wilder, Esq.<br>Gibson, Dunn & Crutcher, LLP<br>2100 McKinney Avenue<br>Suite 1100<br>Dallas, TX 75201<br>Tel: (214) 698-3231<br>Fax: (214) 698-3400 | Jennifer L. Conn, Esq.<br>Gibson, Dunn & Crutcher, LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Tel: (212) 351-4086<br>Fax: (212) 351-5353 |
| Lewis Liman, Esq.<br>James D. Mathews, Esq.<br>Cleary, Gottlieb, Steen & Hamilton, LLP<br>One Liberty Plaza<br>New York, NY 10006-1470<br>Tel: (212) 225-2000<br>Fax: (212) 225-3999 | David A. Rosenfeld, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins, LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Phone: (631) 367-7100<br>Fax: (6310 367-1173 |

Lillian Kozon