UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE IMAX CORPORATION SECURITIES LITIGATION

Case No.: 06-cv-6128 (NRB)

**DECLARATION OF PHYLLIS M. PARKER IN SUPPORT OF RESPONSE OF STEELWORKERS PENSION TRUST TO SNOW CAPITAL MANAGEMENT'S MOTION FOR RECONSIDERATION OF THE COURT'S LEAD PLAINTIFF ORDER DATED JANUARY 17, 2007**

I, PHYLLIS M. PARKER, hereby declare as follows:

1. I am a shareholder of the law firm Berger & Montague, P.C., counsel to the Steelworkers Pension Trust in the above-captioned action, and I make this Declaration in support of the Response of Steelworkers Pension Trust to Snow Capital Management's Motion for Reconsideration of the Court's Lead Plaintiff Order dated January 17, 2007.

1. Attached hereto as Exhibit A is a true and correct copy of Steelworkers Pension Trust's Response to Competing Motions for Appointment as Lead Plaintiff, dated October 27, 2006, Docket No. 30.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 1st day of May, 2009.

Phyllis M. Parker

malta465352