UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | x<br>:<br>:<br>:<br>:<br>:<br>x | 06 CIV. 6128 (NRB)<br><br>NOTICE OF ERRATA |

Snow Capital Investment Partners, L.P. ("Snow Capital"), through its undersigned counsel, hereby submits this Notice of Errata to correct a typographical error found in the Reply Memorandum of Law in Further Support of Snow Capital Investment Partners, L.P.'s Motion for Reconsideration of this Court's January 17, 2007 Order Appointing Westchester Capital Management, Inc. as Lead Plaintiff, and in Response to the Opposition of Steelworkers Pension Trust, which was filed with the Court on June 23, 2009.

Lines 6-9 of the first paragraph of Section II.A.1. (on page 3) read: "Indeed, Steelworkers' financial interest appears to have decreased as a result of the longer class period alleged in the operative complaint, thereby further reducing the disparity between the size of its losses and those of Snow Capital." (Emphasis added to modified word).

The revised wording should read: "Indeed, Steelworkers' financial interest appears to have decreased as a result of the longer class period alleged in the operative complaint, thereby further increasing the disparity between the size of its losses and those of Snow Capital." (Emphasis added to modified word).

DATED: June 24, 2009

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARK S. REICH

/s/ *David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

*Counsel for Snow Capital Investment Partners, L.P.*

**CERTIFICATE OF SERVICE**

I, David A. Rosenfeld, hereby certify that on June 24, 2009, I caused a true and correct copy of the attached:

Notice of Errata

to be served electronically on all counsel registered for electronic service for this case.

*/s/ David A. Rosenfeld*
David A. Rosenfeld