**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | Case No.: 06-cv-6128 (NRB) |

**NOTICE OF APPEARANCE**

To the ECF Clerk of this court and all parties of record:

Please enter my appearance as an attorney of record in this case for Plaintiff Steelworkers Pension Trust. Please include me to receive Notice of all ECF filings in this case.

I certify that I am admitted to practice in this Court.

Dated: June 25, 2009

**BERGER & MONTAGUE, P.C.**

*/s/ Russell D. Paul*

Russell D. Paul (RP2277)
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 845-4604
Email: rpaul@bm.net

**CERTIFICATE OF SERVICE**

RUSSELL D. PAUL, hereby certifies that on June 25, 2009, he caused a true and correct copy of the foregoing Notice of Appearance to be served electronically upon the following counsel:

Arthur N. Abbey, Esq.
Jill S. Abrams, Esq.
Richard M. Margolies, Esq.
Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street
New York, NY 10016

Lewis Liman, Esq.
James D. Matthews, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006-1470

Jennifer L. Conn, Esq.
Gibson, Dunn & Crutcher, LLP
200 Park Avenue, 7th Floor
New York, NY 10166-0193

Byron M. Wilder, Esq.
Gibson, Dunn & Crutcher, LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
Mark S. Reich, Esq.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

*/s/ Russell D. Paul*
RUSSELL D. PAUL

malta465877