**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JUN 29 2009

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | Case No.: 06-cv-6128 (NRB) |

**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

PLEASE TAKE NOTICE that upon the annexed affidavit of Russell D. Paul, a member in good standing of the bar of this Court, the undersigned will move this Court, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing the *pro hac vice* admission of Phyllis M. Parker in the above action.

Dated: June 26, 2009

Russell D. Paul (RP2277)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 845-4604
Email: rpaul@bm.net

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE IMAX CORPORATION
SECURITIES LITIGATION

Case No.: 06-cv-6128 (NRB)

**AFFIDAVIT OF RUSSELL D. PAUL IN SUPPORT OF**
**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Russell D. Paul, an attorney admitted to practice before the Courts of the Southern District of New York, hereby affirms, under penalties of perjury, as follows:

1. I am an attorney at Berger & Montague, P.C. I am a member in good standing of the bar of the State of New York where I was admitted to practice in 1990. I am also a member in good standing of the Southern District of New York. I submit this affidavit in support of the motion of Phyllis M. Parker pursuant to 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York to appear as counsel on behalf of Plaintiff Steelworkers Pension Trust *pro hac vice* in this action.

2. I am informed that Phyllis M. Parker is a member in good standing of the Bar of the Commonwealth of Pennsylvania and of the Eastern District of Pennsylvania. Phyllis M. Parker is a shareholder of Berger & Montague, P.C. which has its offices at 1622 Locust Street, Philadelphia, PA 19103. I have known Ms. Parker for several years and she is a person of integrity and familiar with the Federal Rules of Civil Procedure.

3. A Certificate of Good Standing from the Eastern District of Pennsylvania for Phyllis M. Parker is annexed as Exhibit A.

4. Accordingly, I respectfully request that the motion be granted.

Russell D. Paul

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

DO HEREBY CERTIFY That Phyllis M. Parker , Bar # 77336, was duly admitted to practice in said Court on July 14, 1997, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania

on June 24, 2009.

MICHAEL E. KUNZ
Clerk of Court

BY Aida Ayala
Aida Ayala, Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | Case No.: 06-cv-6128 (NRB) |

**AFFIDAVIT OF PHYLLIS M. PARKER IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Phyllis M. Parker, being duly sworn, hereby deposes and says:

1. I am a shareholder with the law firm of Berger & Montague, P.C.

2. I submit this affidavit in support of the motion for my admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the Eastern District of Pennsylvania.

4. There are no pending disciplinary proceedings against me in any state or federal court.

Wherefore, I respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in this one case.

Phyllis M. Parker (PA #77336)
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
Email: pparker@bm.net

Subscribed and sworn to before me
this 25th day of JUNE, 2009.

Notary Public, Commonwealth of Pennsylvania
My commission expires: 8/6/09

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MARY ANN GATTER, Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 6, 2009

**CERTIFICATE OF SERVICE**

RUSSELL D. PAUL, hereby certifies that on June 26, 2009, he caused a true and correct copies of the foregoing Notice of Motion to Admit Counsel *Pro Hac Vice*; Affidavit of Russell D. Paul in Support of Motion to Admit Counsel *Pro Hac Vice*; Affidavit of Phyllis M. Parker in Support of Motion to Admit Counsel *Pro Hac Vice*; and [Proposed] Order on Admission to Practice *Pro Hac Vice* to be served via U.S. Mail upon the following counsel:

Jill S. Abrams, Esq.
Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street
New York, NY 10016

Lewis Liman, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Jennifer L. Conn, Esq.
Gibson, Dunn & Crutcher, LLP
200 Park Avenue, 7th Floor
New York, NY 10166

Byron M. Wilder, Esq.
Gibson, Dunn & Crutcher, LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201

David A. Rosenfeld, Esq.
Coughlin Stoia Geller Rudman &
Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

*/s/ Russell D. Paul*
RUSSELL D. PAUL

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE IMAX CORPORATION<br>SECURITIES LITIGATION | Case No.: 06-cv-6128 (NRB) |

**[PROPOSED] ORDER ON ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the Affirmation of Russell D. Paul, it is hereby ordered that

Phyllis M. Parker is admitted to practice *pro hac vice* as counsel for plaintiff, Steelworkers Pension Trust in the above-captioned action.

All attorneys appearing before this Court are subject to the Local Rules of this Court. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: ____________________

____________________
United States District Judge