USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | Case No.: 06-cv-6128 (NRB) |

**~~[PROPOSED]~~ ORDER ON ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the Affirmation of Russell D. Paul, it is hereby ordered that

Phyllis M. Parker is admitted to practice *pro hac vice* as counsel for plaintiff, Steelworkers Pension Trust in the above-captioned action.

All attorneys appearing before this Court are subject to the Local Rules of this Court. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: July 2, 2009

United States District Judge