UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re IMAX CORPORATION SECURITIES LITIGATION | : : : | Civil Action No. 1:06-cv-06128-NRB <br><br> <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>   ALL ACTIONS. | : : : : : | NOTICE OF MOTION FOR CLASS CERTIFICATION |

PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Plaintiff's Motion for Class Certification, the Declaration of Michael A. Marek, dated October 30, 2008, the Declaration of Mark S. Reich in Support of Plaintiff's Motion for Class Certification, and all of the prior papers and proceedings herein, Lead Plaintiff Snow Capital Investment Partners, L.P. shall move, before the Honorable Naomi Reice Buchwald, U.S.D.J., Courtroom 21A, United States District Courthouse, 500 Pearl Street, New York, New York, 10007, on a date and time as may be designated by the Court, for an Order (attached hereto as Exhibit A) pursuant to Rule 23 of the Federal Rules of Civil Procedure:

1. Certifying the Action as a Class Action pursuant to Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure as a class action on behalf of those who acquired the common stock of defendant IMAX Corporation ("IMAX" or the "Company") between February 27, 2003 and July 20, 2007, inclusive (the "Class Period"), and were damaged thereby (the "Class"). Excluded from the Class are defendants IMAX, its senior officers Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce and Kathryn A. Gamble, and the Company's auditor, PricewaterhouseCoopers LLP, as well as, among others, the members of their immediate families and their affiliates or agents;

2. Certifying Snow Capital Investment Partners, L.P. as Class Representative; and

3. Appointing Robbins Geller Rudman & Dowd LLP as Class Counsel.

DATED: April 22, 2010         ROBBINS GELLER RUDMAN
                                & DOWD LLP
                              SAMUEL H. RUDMAN
                              ROBERT M. ROTHMAN
                              DAVID A. ROSENFELD
                              MARK S. REICH

                                        */s/ Robert M. Rothman*
                              ROBERT M. ROTHMAN

- 2 -

        58 South Service Road, Suite 200
        Melville, NY  11747
        Telephone:  631/367-7100
        631/367-1173 (fax)

*Lead Counsel*

## **CERTIFICATE OF SERVICE**

I, Mark S. Reich, hereby certify that on April 22, 2010, I caused a true and correct copy of the attached:

Notice of Motion for Class Certification;

Memorandum of Law in Support of Plaintiff's Motion for Class Certification;

Declaration of Mark S. Reich in Support of Plaintiff's Motion for Class Certification; and

Declaration of Michael A. Marek, dated October 30, 2008,

to be served electronically on all counsel registered for electronic service for this case.

> /s/ Mark S. Reich
> Mark S. Reich