UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re IMAX CORPORATION SECURITIES LITIGATION | : | Civil Action No. 1:06-cv-06128-NRB |
| | : | CLASS ACTION |
| This Document Relates To: | : | [PROPOSED] ORDER CERTIFYING CLASS |
| ALL ACTIONS. | : | |

Having considered the Motion of Snow Capital Investment Partners, L.P. for Class Certification, and having considered the Memorandum of Law and Declaration of Mark S. Reich in support thereof, the Declaration of Michael A. Marek, and all of the prior papers and proceedings herein, and good cause appearing therefor:

1. The Action is herby certified as a Class Action pursuant to Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure on behalf of those who acquired the common stock of defendant IMAX Corporation ("IMAX" or the "Company") between February 27, 2003 and July 20, 2007, inclusive (the "Class Period"), and were damaged thereby (the "Class"). Excluded from the Class are defendants IMAX, its senior officers Richard L. Gelfond, Bradley J. Wechsler , Francis T. Joyce and Kathryn A. Gamble, and the Company's auditor, PricewaterhouseCoopers LLP, as well as, among others, the members of their immediate families and their affiliates or agents;

2. Snow Capital Investment Partners, L.P. is hereby certified as Class Representative; and

3. Robbins Geller Rudman & Dowd LLP is hereby appointed as Class Counsel.

IT IS SO ORDERED.

DATED: ___________________

_________________________________________
THE HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE