UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re IMAX CORPORATION SECURITIES LITIGATION | Civil Action No. 1:06-cv-06128-NRB<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | DECLARATION OF MARK S. REICH IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION |

MARK S. REICH declares, under penalty of perjury:

1. I am an associate with Robbins Geller Rudman & Dowd LLP ("Robbins Geller"). I submit this Declaration in support of Lead Plaintiff Snow Capital Investment Partners, L.P.'s Motion for Class Certification.

2. Robbins Geller was previously known as Coughlin Stoia Geller Rudman & Robbins LLP. The firm's name change was effective on March 31, 2010. We filed a Notice of Firm Name Change with the Court on March 30, 2010. *See* Docket Entry #123.

3. Attached hereto as Exhibit A is a true and accurate copy of the updated firm resume of Robbins Geller.

DATED: April 22, 2010

*/s/ Mark S. Reich*
MARK S. REICH

**CERTIFICATE OF SERVICE**

I, Mark S. Reich, hereby certify that on April 22, 2010, I caused a true and correct copy of the attached:

Notice of Motion for Class Certification;

Memorandum of Law in Support of Plaintiff's Motion for Class Certification;

Declaration of Mark S. Reich in Support of Plaintiff's Motion for Class Certification; and

Declaration of Michael A. Marek, dated October 30, 2008,

to be served electronically on all counsel registered for electronic service for this case.

*/s/ Mark S. Reich*
Mark S. Reich