# Exhibit D

# IMAX Corporation
## NASDAQ Paired Stock Price Daily Percent Changes
## February 27, 2003 - July 20, 2007



# IMAX Corporation
## TSX Paired Stock Price Daily Percent Changes
## February 27, 2003 - July 20, 2007

