# Exhibit L

**Analysis of Closing Bid/Ask Prices: Components of Dow Jones 30 Industrial Average During April 2005**

| | AA | | | | | AIG | | | | | AXP | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Bid | Ask | $ Spread | $ Spread % of Midpoint | Time | Bid | Ask | $ Spread | $ Spread % of Midpoint | Time | Bid | Ask | $ Spread | $ Spread % of Midpoint |
| 4/1/2005 | 16:00:00 | $ 30.27 | $ 30.28 | $ 0.01 | 0.03% | 16:01:38 | $ 50.94 | $ 50.96 | $ 0.02 | 0.04% | 16:01:25 | $ 50.89 | $ 50.91 | $ 0.02 | 0.04% |
| 4/4/2005 | 16:00:30 | $ 30.08 | $ 30.09 | $ 0.01 | 0.03% | 16:02:04 | $ 53.23 | $ 53.31 | $ 0.08 | 0.15% | 16:01:56 | $ 51.25 | $ 51.31 | $ 0.06 | 0.12% |
| 4/5/2005 | 16:03:27 | $ 29.98 | $ 30.00 | $ 0.02 | 0.07% | 16:01:03 | $ 52.98 | $ 53.00 | $ 0.02 | 0.04% | 16:01:43 | $ 51.21 | $ 51.24 | $ 0.03 | 0.06% |
| 4/6/2005 | 16:00:48 | $ 29.97 | $ 29.99 | $ 0.02 | 0.07% | 16:01:05 | $ 52.91 | $ 53.00 | $ 0.09 | 0.17% | 16:01:07 | $ 51.52 | $ 51.54 | $ 0.02 | 0.04% |
| 4/7/2005 | 16:04:16 | $ 31.47 | $ 31.48 | $ 0.01 | 0.03% | 16:03:58 | $ 52.79 | $ 52.80 | $ 0.01 | 0.02% | 16:02:08 | $ 51.71 | $ 51.75 | $ 0.04 | 0.08% |
| 4/8/2005 | 16:02:47 | $ 31.56 | $ 31.62 | $ 0.06 | 0.19% | 16:00:54 | $ 51.90 | $ 51.92 | $ 0.02 | 0.04% | 16:01:36 | $ 51.52 | $ 51.55 | $ 0.03 | 0.06% |
| 4/11/2005 | 16:00:46 | $ 31.14 | $ 31.18 | $ 0.04 | 0.13% | 16:01:06 | $ 52.10 | $ 52.15 | $ 0.05 | 0.10% | 16:02:14 | $ 51.30 | $ 51.33 | $ 0.03 | 0.06% |
| 4/12/2005 | 16:02:45 | $ 31.32 | $ 31.33 | $ 0.01 | 0.03% | 16:01:20 | $ 53.20 | $ 53.29 | $ 0.09 | 0.17% | 16:02:17 | $ 52.15 | $ 52.18 | $ 0.03 | 0.06% |
| 4/13/2005 | 16:00:20 | $ 30.40 | $ 30.45 | $ 0.05 | 0.16% | 16:01:05 | $ 51.60 | $ 51.62 | $ 0.02 | 0.04% | 16:02:19 | $ 52.07 | $ 52.09 | $ 0.02 | 0.04% |
| 4/14/2005 | 16:01:41 | $ 29.88 | $ 29.91 | $ 0.03 | 0.10% | 16:01:04 | $ 51.38 | $ 51.40 | $ 0.02 | 0.04% | 16:01:55 | $ 51.11 | $ 51.12 | $ 0.01 | 0.02% |
| 4/15/2005 | 16:04:06 | $ 29.30 | $ 29.32 | $ 0.02 | 0.07% | 16:02:16 | $ 51.10 | $ 51.15 | $ 0.05 | 0.10% | 16:01:23 | $ 50.71 | $ 50.73 | $ 0.02 | 0.04% |
| 4/18/2005 | 16:00:03 | $ 29.57 | $ 29.59 | $ 0.02 | 0.07% | 16:00:51 | $ 51.25 | $ 51.31 | $ 0.06 | 0.12% | 16:01:13 | $ 50.90 | $ 50.93 | $ 0.03 | 0.06% |
| 4/19/2005 | 16:00:24 | $ 29.39 | $ 29.40 | $ 0.01 | 0.03% | 16:01:03 | $ 51.57 | $ 51.65 | $ 0.08 | 0.16% | 16:01:59 | $ 50.53 | $ 50.56 | $ 0.03 | 0.06% |
| 4/20/2005 | 16:01:18 | $ 28.88 | $ 28.91 | $ 0.03 | 0.10% | 16:01:21 | $ 51.00 | $ 51.02 | $ 0.02 | 0.04% | 16:02:12 | $ 50.02 | $ 50.04 | $ 0.02 | 0.04% |
| 4/21/2005 | 16:02:31 | $ 29.54 | $ 29.58 | $ 0.04 | 0.14% | 16:00:06 | $ 51.88 | $ 51.90 | $ 0.02 | 0.04% | 16:02:49 | $ 50.37 | $ 50.40 | $ 0.03 | 0.06% |
| 4/22/2005 | 16:02:30 | $ 29.19 | $ 29.21 | $ 0.02 | 0.07% | 16:01:45 | $ 50.34 | $ 50.46 | $ 0.12 | 0.24% | 16:03:28 | $ 49.80 | $ 49.82 | $ 0.02 | 0.04% |
| 4/25/2005 | 16:02:07 | $ 29.43 | $ 29.50 | $ 0.07 | 0.24% | 16:02:33 | $ 51.75 | $ 51.76 | $ 0.01 | 0.02% | 16:00:52 | $ 50.96 | $ 50.98 | $ 0.02 | 0.04% |
| 4/26/2005 | 16:01:48 | $ 28.85 | $ 28.87 | $ 0.02 | 0.07% | 16:01:47 | $ 51.07 | $ 51.08 | $ 0.01 | 0.02% | 16:01:37 | $ 51.55 | $ 51.56 | $ 0.01 | 0.02% |
| 4/27/2005 | 16:02:37 | $ 28.72 | $ 28.74 | $ 0.02 | 0.07% | 16:02:47 | $ 51.85 | $ 51.86 | $ 0.01 | 0.02% | 16:01:05 | $ 52.10 | $ 52.11 | $ 0.01 | 0.02% |
| 4/28/2005 | 16:03:17 | $ 28.56 | $ 28.58 | $ 0.02 | 0.07% | 16:01:51 | $ 51.14 | $ 51.17 | $ 0.03 | 0.06% | 16:01:11 | $ 51.69 | $ 51.71 | $ 0.02 | 0.04% |
| 4/29/2005 | 16:03:25 | $ 29.00 | $ 29.03 | $ 0.03 | 0.10% | 16:04:24 | $ 50.80 | $ 50.86 | $ 0.06 | 0.12% | 16:00:41 | $ 52.66 | $ 52.71 | $ 0.05 | 0.09% |
| **Average** | | **$ 29.83** | **$ 29.86** | **$ 0.03** | **0.09%** | | **$ 51.75** | **$ 51.79** | **$ 0.04** | **0.08%** | | **$ 51.24** | **$ 51.27** | **$ 0.03** | **0.05%** |

Source: NYSE TAQ database

Notes: For all except INTC and MSFT: Bid and Ask prices are last recorded NYSE figures for each date

For INTC and MSFT: Bid and Ask prices are NASDAQ figures closest to 4:00 PM for each date

**Analysis of Closing Bid/Ask Prices: Components of Dow Jones 30 Industrial Average During April 2005**

| | BA | | | | | C | | | | | CAT | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Bid | Ask | $ Spread | $ Spread % of Midpoint | Time | Bid | Ask | $ Spread | $ Spread % of Midpoint | Time | Bid | Ask | $ Spread | $ Spread % of Midpoint |
| 4/1/2005 | 16:01:57 | $ 58.77 | $ 58.79 | $ 0.02 | 0.03% | 16:01:00 | $ 44.61 | $ 44.66 | $ 0.05 | 0.11% | 16:00:14 | $ 90.11 | $ 90.15 | $ 0.04 | 0.04% |
| 4/4/2005 | 16:06:55 | $ 58.33 | $ 58.35 | $ 0.02 | 0.03% | 16:00:50 | $ 44.58 | $ 44.59 | $ 0.01 | 0.02% | 16:01:56 | $ 90.19 | $ 90.22 | $ 0.03 | 0.03% |
| 4/5/2005 | 16:00:00 | $ 58.32 | $ 58.33 | $ 0.01 | 0.02% | 16:04:00 | $ 44.92 | $ 44.94 | $ 0.02 | 0.04% | 16:01:14 | $ 90.36 | $ 90.43 | $ 0.07 | 0.08% |
| 4/6/2005 | 16:03:17 | $ 58.39 | $ 58.44 | $ 0.05 | 0.09% | 16:02:05 | $ 45.12 | $ 45.16 | $ 0.04 | 0.09% | 16:00:36 | $ 91.27 | $ 91.40 | $ 0.13 | 0.14% |
| 4/7/2005 | 16:02:42 | $ 59.00 | $ 59.05 | $ 0.05 | 0.08% | 16:01:11 | $ 45.46 | $ 45.47 | $ 0.01 | 0.02% | 16:06:03 | $ 91.55 | $ 91.58 | $ 0.03 | 0.03% |
| 4/8/2005 | 16:06:23 | $ 58.56 | $ 58.61 | $ 0.05 | 0.09% | 16:01:03 | $ 45.39 | $ 45.41 | $ 0.02 | 0.04% | 16:00:35 | $ 90.68 | $ 90.69 | $ 0.01 | 0.01% |
| 4/11/2005 | 16:03:55 | $ 59.39 | $ 59.41 | $ 0.02 | 0.03% | 16:00:49 | $ 45.60 | $ 45.62 | $ 0.02 | 0.04% | 16:06:21 | $ 90.16 | $ 90.18 | $ 0.02 | 0.02% |
| 4/12/2005 | 16:02:20 | $ 58.44 | $ 58.49 | $ 0.05 | 0.09% | 16:01:48 | $ 46.44 | $ 46.46 | $ 0.02 | 0.04% | 16:00:59 | $ 91.29 | $ 91.39 | $ 0.10 | 0.11% |
| 4/13/2005 | 16:06:43 | $ 58.64 | $ 58.65 | $ 0.01 | 0.02% | 16:00:05 | $ 45.79 | $ 45.81 | $ 0.02 | 0.04% | 16:06:43 | $ 88.58 | $ 88.63 | $ 0.05 | 0.06% |
| 4/14/2005 | 16:06:23 | $ 58.15 | $ 58.16 | $ 0.01 | 0.02% | 16:01:27 | $ 45.40 | $ 45.41 | $ 0.01 | 0.02% | 16:00:43 | $ 85.30 | $ 85.41 | $ 0.11 | 0.13% |
| 4/15/2005 | 16:01:43 | $ 57.00 | $ 57.02 | $ 0.02 | 0.04% | 16:02:01 | $ 45.75 | $ 45.77 | $ 0.02 | 0.04% | 16:02:50 | $ 83.37 | $ 83.46 | $ 0.09 | 0.11% |
| 4/18/2005 | 16:06:09 | $ 56.95 | $ 56.96 | $ 0.01 | 0.02% | 16:01:39 | $ 46.20 | $ 46.21 | $ 0.01 | 0.02% | 16:00:33 | $ 83.53 | $ 83.58 | $ 0.05 | 0.06% |
| 4/19/2005 | 16:00:01 | $ 58.09 | $ 58.12 | $ 0.03 | 0.05% | 16:00:37 | $ 46.35 | $ 46.39 | $ 0.04 | 0.09% | 16:01:32 | $ 84.94 | $ 84.96 | $ 0.02 | 0.02% |
| 4/20/2005 | 16:01:35 | $ 57.22 | $ 57.24 | $ 0.02 | 0.03% | 16:02:23 | $ 46.13 | $ 46.14 | $ 0.01 | 0.02% | 16:00:50 | $ 88.00 | $ 88.06 | $ 0.06 | 0.07% |
| 4/21/2005 | 16:04:38 | $ 59.02 | $ 59.09 | $ 0.07 | 0.12% | 16:00:10 | $ 46.25 | $ 46.27 | $ 0.02 | 0.04% | 16:01:03 | $ 89.64 | $ 89.77 | $ 0.13 | 0.14% |
| 4/22/2005 | 16:00:01 | $ 57.93 | $ 57.97 | $ 0.04 | 0.07% | 16:00:58 | $ 46.31 | $ 46.32 | $ 0.01 | 0.02% | 16:00:37 | $ 89.72 | $ 89.84 | $ 0.12 | 0.13% |
| 4/25/2005 | 16:08:11 | $ 59.57 | $ 59.59 | $ 0.02 | 0.03% | 16:02:11 | $ 46.78 | $ 46.80 | $ 0.02 | 0.04% | 16:00:49 | $ 91.13 | $ 91.17 | $ 0.04 | 0.04% |
| 4/26/2005 | 16:01:21 | $ 58.97 | $ 59.01 | $ 0.04 | 0.07% | 16:02:14 | $ 46.60 | $ 46.63 | $ 0.03 | 0.06% | 16:00:52 | $ 88.85 | $ 88.87 | $ 0.02 | 0.02% |
| 4/27/2005 | 16:06:02 | $ 59.65 | $ 59.67 | $ 0.02 | 0.03% | 16:03:21 | $ 47.03 | $ 47.06 | $ 0.03 | 0.06% | 16:01:22 | $ 88.03 | $ 88.06 | $ 0.03 | 0.03% |
| 4/28/2005 | 16:01:10 | $ 58.71 | $ 58.78 | $ 0.07 | 0.12% | 16:01:31 | $ 46.14 | $ 46.19 | $ 0.05 | 0.11% | 16:00:44 | $ 86.69 | $ 86.71 | $ 0.02 | 0.02% |
| 4/29/2005 | 16:06:01 | $ 59.46 | $ 59.50 | $ 0.04 | 0.07% | 16:01:11 | $ 46.91 | $ 46.96 | $ 0.05 | 0.11% | 16:01:58 | $ 87.98 | $ 88.05 | $ 0.07 | 0.08% |
| **Average** | | **$ 58.50** | **$ 58.53** | **$ 0.03** | **0.05%** | | **$ 45.89** | **$ 45.92** | **$ 0.02** | **0.05%** | | **$ 88.64** | **$ 88.70** | **$ 0.06** | **0.07%** |

Source: NYSE TAQ database

Notes: For all except INTC and MSFT: Bid and Ask prices are last recorded NYSE figures for each date
For INTC and MSFT: Bid and Ask prices are NASDAQ figures closest to 4:00 PM for each date

**Analysis of Closing Bid/Ask Prices: Components of Dow Jones 30 Industrial Average During April 2005**

| | DD | | | | | DIS | | | | | GE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Bid | Ask | $ Spread | $ Spread % of Midpoint | Time | Bid | Ask | $ Spread | $ Spread % of Midpoint | Time | Bid | Ask | $ Spread | $ Spread % of Midpoint |
| 4/1/2005 | 16:00:01 | $ 50.83 | $ 50.84 | $ 0.01 | 0.02% | 16:01:20 | $ 28.58 | $ 28.60 | $ 0.02 | 0.07% | 16:02:45 | $ 35.47 | $ 35.48 | $ 0.01 | 0.03% |
| 4/4/2005 | 16:00:56 | $ 50.40 | $ 50.44 | $ 0.04 | 0.08% | 16:01:17 | $ 28.42 | $ 28.46 | $ 0.04 | 0.14% | 16:02:26 | $ 35.23 | $ 35.24 | $ 0.01 | 0.03% |
| 4/5/2005 | 16:01:56 | $ 50.76 | $ 50.78 | $ 0.02 | 0.04% | 16:00:49 | $ 28.53 | $ 28.54 | $ 0.01 | 0.04% | 16:02:51 | $ 35.49 | $ 35.51 | $ 0.02 | 0.06% |
| 4/6/2005 | 16:01:21 | $ 50.94 | $ 51.00 | $ 0.06 | 0.12% | 16:00:03 | $ 28.38 | $ 28.42 | $ 0.04 | 0.14% | 16:01:10 | $ 35.49 | $ 35.51 | $ 0.02 | 0.06% |
| 4/7/2005 | 16:01:00 | $ 51.51 | $ 51.55 | $ 0.04 | 0.08% | 16:01:06 | $ 28.69 | $ 28.71 | $ 0.02 | 0.07% | 16:02:02 | $ 35.77 | $ 35.79 | $ 0.02 | 0.06% |
| 4/8/2005 | 16:01:17 | $ 50.68 | $ 50.70 | $ 0.02 | 0.04% | 16:02:22 | $ 28.39 | $ 28.41 | $ 0.02 | 0.07% | 16:01:00 | $ 35.73 | $ 35.75 | $ 0.02 | 0.06% |
| 4/11/2005 | 16:00:04 | $ 50.38 | $ 50.43 | $ 0.05 | 0.10% | 16:00:35 | $ 28.12 | $ 28.13 | $ 0.01 | 0.04% | 16:00:55 | $ 35.82 | $ 35.83 | $ 0.01 | 0.03% |
| 4/12/2005 | 16:00:08 | $ 50.05 | $ 50.12 | $ 0.07 | 0.14% | 16:03:15 | $ 28.13 | $ 28.15 | $ 0.02 | 0.07% | 16:02:48 | $ 36.08 | $ 36.10 | $ 0.02 | 0.06% |
| 4/13/2005 | 16:02:05 | $ 48.67 | $ 48.70 | $ 0.03 | 0.06% | 16:02:50 | $ 27.69 | $ 27.71 | $ 0.02 | 0.07% | 16:02:01 | $ 35.63 | $ 35.65 | $ 0.02 | 0.06% |
| 4/14/2005 | 16:00:00 | $ 47.38 | $ 47.39 | $ 0.01 | 0.02% | 16:06:25 | $ 27.62 | $ 27.64 | $ 0.02 | 0.07% | 16:02:53 | $ 35.49 | $ 35.51 | $ 0.02 | 0.06% |
| 4/15/2005 | 16:04:08 | $ 46.55 | $ 46.64 | $ 0.09 | 0.19% | 16:04:50 | $ 27.35 | $ 27.39 | $ 0.04 | 0.15% | 16:03:14 | $ 35.74 | $ 35.76 | $ 0.02 | 0.06% |
| 4/18/2005 | 16:01:59 | $ 47.19 | $ 47.23 | $ 0.04 | 0.08% | 16:00:47 | $ 26.93 | $ 26.95 | $ 0.02 | 0.07% | 16:01:08 | $ 35.99 | $ 36.01 | $ 0.02 | 0.06% |
| 4/19/2005 | 16:02:01 | $ 48.12 | $ 48.14 | $ 0.02 | 0.04% | 16:06:22 | $ 27.15 | $ 27.16 | $ 0.01 | 0.04% | 16:01:37 | $ 35.99 | $ 36.01 | $ 0.02 | 0.06% |
| 4/20/2005 | 16:03:45 | $ 47.24 | $ 47.26 | $ 0.02 | 0.04% | 16:00:51 | $ 26.61 | $ 26.63 | $ 0.02 | 0.08% | 16:02:01 | $ 35.51 | $ 35.52 | $ 0.01 | 0.03% |
| 4/21/2005 | 16:02:46 | $ 48.43 | $ 48.49 | $ 0.06 | 0.12% | 16:01:17 | $ 27.66 | $ 27.67 | $ 0.01 | 0.04% | 16:01:45 | $ 36.11 | $ 36.13 | $ 0.02 | 0.06% |
| 4/22/2005 | 16:03:43 | $ 48.08 | $ 48.10 | $ 0.02 | 0.04% | 16:01:46 | $ 27.29 | $ 27.30 | $ 0.01 | 0.04% | 16:01:11 | $ 36.09 | $ 36.11 | $ 0.02 | 0.06% |
| 4/25/2005 | 16:02:10 | $ 48.57 | $ 48.67 | $ 0.10 | 0.21% | 16:00:29 | $ 27.19 | $ 27.20 | $ 0.01 | 0.04% | 16:01:58 | $ 36.37 | $ 36.39 | $ 0.02 | 0.05% |
| 4/26/2005 | 16:02:32 | $ 47.02 | $ 47.04 | $ 0.02 | 0.04% | 16:01:03 | $ 26.79 | $ 26.81 | $ 0.02 | 0.07% | 16:02:22 | $ 36.17 | $ 36.19 | $ 0.02 | 0.06% |
| 4/27/2005 | 16:01:26 | $ 46.46 | $ 46.48 | $ 0.02 | 0.04% | 16:00:52 | $ 26.82 | $ 26.84 | $ 0.02 | 0.07% | 16:01:05 | $ 36.32 | $ 36.34 | $ 0.02 | 0.06% |
| 4/28/2005 | 16:03:05 | $ 45.96 | $ 45.99 | $ 0.03 | 0.07% | 16:02:08 | $ 25.90 | $ 25.91 | $ 0.01 | 0.04% | 16:01:58 | $ 35.67 | $ 35.68 | $ 0.01 | 0.03% |
| 4/29/2005 | 16:03:38 | $ 47.04 | $ 47.12 | $ 0.08 | 0.17% | 16:02:12 | $ 26.39 | $ 26.40 | $ 0.01 | 0.04% | 16:02:22 | $ 36.19 | $ 36.20 | $ 0.01 | 0.03% |
| **Average** | | **$ 48.68** | **$ 48.72** | **$ 0.04** | **0.08%** | | **$ 27.55** | **$ 27.57** | **$ 0.02** | **0.07%** | | **$ 35.83** | **$ 35.84** | **$ 0.02** | **0.05%** |

Source: NYSE TAQ database

Notes: For all except INTC and MSFT: Bid and Ask prices are last recorded NYSE figures for each date
For INTC and MSFT: Bid and Ask prices are NASDAQ figures closest to 4:00 PM for each date

**Analysis of Closing Bid/Ask Prices: Components of Dow Jones 30 Industrial Average During April 2005**

| | GM | | | | | HD | | | | | HON | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Bid | Ask | $ Spread | $ Spread % of Midpoint | Time | Bid | Ask | $ Spread | $ Spread % of Midpoint | Time | Bid | Ask | $ Spread | $ Spread % of Midpoint |
| 4/1/2005 | 16:00:10 | $ 29.36 | $ 29.38 | $ 0.02 | 0.07% | 16:00:49 | 37.6 | 37.63 | $ 0.03 | 0.08% | 16:03:22 | $ 37.00 | $ 37.01 | $ 0.01 | 0.03% |
| 4/4/2005 | 16:03:09 | $ 29.03 | $ 29.05 | $ 0.02 | 0.07% | 16:00:50 | 37.9 | 37.92 | $ 0.02 | 0.05% | 16:00:08 | $ 36.84 | $ 36.85 | $ 0.01 | 0.03% |
| 4/5/2005 | 16:06:21 | $ 29.03 | $ 29.04 | $ 0.01 | 0.03% | 16:00:00 | 38.2 | 38.23 | $ 0.03 | 0.08% | 16:00:02 | $ 37.11 | $ 37.14 | $ 0.03 | 0.08% |
| 4/6/2005 | 16:00:54 | $ 29.83 | $ 29.86 | $ 0.03 | 0.10% | 16:00:01 | 37.78 | 37.79 | $ 0.01 | 0.03% | 16:00:09 | $ 37.52 | $ 37.59 | $ 0.07 | 0.19% |
| 4/7/2005 | 16:00:46 | $ 30.53 | $ 30.57 | $ 0.04 | 0.13% | 16:00:00 | 37.39 | 37.4 | $ 0.01 | 0.03% | 16:00:33 | $ 37.52 | $ 37.59 | $ 0.07 | 0.19% |
| 4/8/2005 | 16:06:00 | $ 29.50 | $ 29.51 | $ 0.01 | 0.03% | 16:00:18 | 37.46 | 37.48 | $ 0.02 | 0.05% | 16:01:31 | $ 37.86 | $ 37.88 | $ 0.02 | 0.05% |
| 4/11/2005 | 16:01:28 | $ 29.24 | $ 29.25 | $ 0.01 | 0.03% | 16:00:03 | 37.71 | 37.73 | $ 0.02 | 0.05% | 16:06:23 | $ 37.56 | $ 37.59 | $ 0.03 | 0.08% |
| 4/12/2005 | 16:05:07 | $ 28.98 | $ 29.00 | $ 0.02 | 0.07% | 16:00:00 | 38.55 | 38.58 | $ 0.03 | 0.08% | 16:01:07 | $ 37.38 | $ 37.40 | $ 0.02 | 0.05% |
| 4/13/2005 | 16:03:37 | $ 28.28 | $ 28.33 | $ 0.05 | 0.18% | 16:01:46 | 37.87 | 37.9 | $ 0.03 | 0.08% | 16:00:45 | $ 37.01 | $ 37.06 | $ 0.05 | 0.14% |
| 4/14/2005 | 16:01:03 | $ 26.65 | $ 26.67 | $ 0.02 | 0.08% | 16:00:01 | 37.14 | 37.16 | $ 0.02 | 0.05% | 16:02:18 | $ 36.31 | $ 36.35 | $ 0.04 | 0.11% |
| 4/15/2005 | 16:03:05 | $ 25.59 | $ 25.61 | $ 0.02 | 0.08% | 16:00:58 | 36.12 | 36.14 | $ 0.02 | 0.06% | 16:03:10 | $ 35.66 | $ 35.71 | $ 0.05 | 0.14% |
| 4/18/2005 | 16:02:04 | $ 26.16 | $ 26.20 | $ 0.04 | 0.15% | 16:00:35 | 36.65 | 36.71 | $ 0.06 | 0.16% | 16:00:38 | $ 35.83 | $ 35.85 | $ 0.02 | 0.06% |
| 4/19/2005 | 16:01:18 | $ 26.09 | $ 26.10 | $ 0.01 | 0.04% | 16:00:16 | 36.42 | 36.46 | $ 0.04 | 0.11% | 16:01:34 | $ 36.50 | $ 36.51 | $ 0.01 | 0.03% |
| 4/20/2005 | 16:02:20 | $ 25.81 | $ 25.82 | $ 0.01 | 0.04% | 16:00:59 | 35.56 | 35.6 | $ 0.04 | 0.11% | 16:01:57 | $ 35.42 | $ 35.44 | $ 0.02 | 0.06% |
| 4/21/2005 | 16:02:43 | $ 26.00 | $ 26.04 | $ 0.04 | 0.15% | 16:00:11 | 36.65 | 36.66 | $ 0.01 | 0.03% | 16:00:29 | $ 36.32 | $ 36.37 | $ 0.05 | 0.14% |
| 4/22/2005 | 16:04:54 | $ 26.77 | $ 26.78 | $ 0.01 | 0.04% | 16:00:40 | 36.01 | 36.02 | $ 0.01 | 0.03% | 16:06:10 | $ 36.03 | $ 36.05 | $ 0.02 | 0.06% |
| 4/25/2005 | 16:00:06 | $ 26.74 | $ 26.76 | $ 0.02 | 0.07% | 16:00:15 | 36.19 | 36.24 | $ 0.05 | 0.14% | 16:02:32 | $ 36.30 | $ 36.32 | $ 0.02 | 0.06% |
| 4/26/2005 | 16:03:01 | $ 26.51 | $ 26.53 | $ 0.02 | 0.08% | 16:00:28 | 36.18 | 36.2 | $ 0.02 | 0.06% | 16:01:50 | $ 36.30 | $ 36.31 | $ 0.01 | 0.03% |
| 4/27/2005 | 16:04:20 | $ 26.96 | $ 26.97 | $ 0.01 | 0.04% | 16:00:09 | 36.02 | 36.04 | $ 0.02 | 0.06% | 16:03:05 | $ 36.35 | $ 36.36 | $ 0.01 | 0.03% |
| 4/28/2005 | 16:01:22 | $ 26.74 | $ 26.76 | $ 0.02 | 0.07% | 16:00:01 | 35.08 | 35.09 | $ 0.01 | 0.03% | 16:00:55 | $ 35.89 | $ 35.94 | $ 0.05 | 0.14% |
| 4/29/2005 | 16:01:44 | $ 26.63 | $ 26.68 | $ 0.05 | 0.19% | 16:00:05 | 35.35 | 35.37 | $ 0.02 | 0.06% | 16:02:39 | $ 35.76 | $ 35.77 | $ 0.01 | 0.03% |
| **Average** | | **$ 27.64** | **$ 27.66** | **$ 0.02** | **0.08%** | | **$ 36.85** | **$ 36.87** | **$ 0.02** | **0.07%** | | **$ 36.59** | **$ 36.62** | **$ 0.03** | **0.08%** |

Source: NYSE TAQ database

Notes: For all except INTC and MSFT: Bid and Ask prices are last recorded NYSE figures for each date
For INTC and MSFT: Bid and Ask prices are NASDAQ figures closest to 4:00 PM for each date

**Analysis of Closing Bid/Ask Prices: Components of Dow Jones 30 Industrial Average During April 2005**

| | HPQ | | | | | IBM | | | | | INTC | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Bid | Ask | $ Spread | $ Spread % of Midpoint | Time | Bid | Ask | $ Spread | $ Spread % of Midpoint | Time | Bid | Ask | $ Spread | $ Spread % of Midpoint |
| 4/1/2005 | 16:00:49 | $ 21.69 | $ 21.71 | $ 0.02 | 0.09% | 16:01:49 | $ 90.35 | $ 90.45 | $ 0.10 | 0.11% | 16:00:01 | $ 23.01 | $ 23.04 | $ 0.03 | 0.13% |
| 4/4/2005 | 16:00:52 | $ 21.89 | $ 21.92 | $ 0.03 | 0.14% | 16:01:21 | $ 90.31 | $ 90.36 | $ 0.05 | 0.06% | 16:00:01 | $ 22.93 | $ 22.94 | $ 0.01 | 0.04% |
| 4/5/2005 | 16:02:26 | $ 21.56 | $ 21.57 | $ 0.01 | 0.05% | 16:01:47 | $ 89.56 | $ 89.65 | $ 0.09 | 0.10% | 16:00:01 | $ 23.13 | $ 23.14 | $ 0.01 | 0.04% |
| 4/6/2005 | 16:00:47 | $ 21.74 | $ 21.77 | $ 0.03 | 0.14% | 16:01:37 | $ 88.98 | $ 89.02 | $ 0.04 | 0.04% | 16:00:01 | $ 23.05 | $ 23.06 | $ 0.01 | 0.04% |
| 4/7/2005 | 16:00:55 | $ 21.79 | $ 21.84 | $ 0.05 | 0.23% | 16:00:13 | $ 88.37 | $ 88.45 | $ 0.08 | 0.09% | 16:00:01 | $ 23.40 | $ 23.41 | $ 0.01 | 0.04% |
| 4/8/2005 | 16:00:04 | $ 21.64 | $ 21.65 | $ 0.01 | 0.05% | 16:01:19 | $ 87.55 | $ 87.63 | $ 0.08 | 0.09% | 16:00:02 | $ 23.28 | $ 23.29 | $ 0.01 | 0.04% |
| 4/11/2005 | 16:02:59 | $ 21.55 | $ 21.58 | $ 0.03 | 0.14% | 16:00:44 | $ 86.19 | $ 86.25 | $ 0.06 | 0.07% | 16:00:01 | $ 23.11 | $ 23.12 | $ 0.01 | 0.04% |
| 4/12/2005 | 16:05:15 | $ 21.70 | $ 21.72 | $ 0.02 | 0.09% | 16:01:17 | $ 85.74 | $ 85.85 | $ 0.11 | 0.13% | 16:00:01 | $ 23.23 | $ 23.24 | $ 0.01 | 0.04% |
| 4/13/2005 | 16:00:02 | $ 21.95 | $ 21.96 | $ 0.01 | 0.05% | 16:01:37 | $ 84.54 | $ 84.57 | $ 0.03 | 0.04% | 16:00:02 | $ 22.81 | $ 22.82 | $ 0.01 | 0.04% |
| 4/14/2005 | 16:00:34 | $ 21.74 | $ 21.76 | $ 0.02 | 0.09% | 16:00:18 | $ 83.63 | $ 83.64 | $ 0.01 | 0.01% | 16:00:02 | $ 22.49 | $ 22.50 | $ 0.01 | 0.04% |
| 4/15/2005 | 16:02:37 | $ 20.84 | $ 20.85 | $ 0.01 | 0.05% | 16:02:31 | $ 76.65 | $ 76.71 | $ 0.06 | 0.08% | 16:00:02 | $ 22.01 | $ 22.56 | $ 0.55 | 2.47% |
| 4/18/2005 | 16:04:21 | $ 20.42 | $ 20.46 | $ 0.04 | 0.20% | 16:01:37 | $ 76.64 | $ 76.76 | $ 0.12 | 0.16% | 16:00:01 | $ 22.21 | $ 22.22 | $ 0.01 | 0.05% |
| 4/19/2005 | 16:01:34 | $ 20.65 | $ 20.68 | $ 0.03 | 0.15% | 16:01:28 | $ 75.45 | $ 75.49 | $ 0.04 | 0.05% | 16:00:01 | $ 22.63 | $ 22.64 | $ 0.01 | 0.04% |
| 4/20/2005 | 16:01:20 | $ 20.59 | $ 20.62 | $ 0.03 | 0.15% | 16:01:24 | $ 72.00 | $ 72.02 | $ 0.02 | 0.03% | 16:00:01 | $ 22.65 | $ 22.66 | $ 0.01 | 0.04% |
| 4/21/2005 | 16:03:59 | $ 21.06 | $ 21.08 | $ 0.02 | 0.09% | 16:01:46 | $ 74.00 | $ 74.04 | $ 0.04 | 0.05% | 16:00:01 | $ 23.35 | $ 23.36 | $ 0.01 | 0.04% |
| 4/22/2005 | 16:02:16 | $ 20.77 | $ 20.78 | $ 0.01 | 0.05% | 16:01:01 | $ 74.17 | $ 74.23 | $ 0.06 | 0.08% | 16:00:01 | $ 23.23 | $ 23.24 | $ 0.01 | 0.04% |
| 4/25/2005 | 16:03:15 | $ 21.06 | $ 21.10 | $ 0.04 | 0.19% | 16:00:36 | $ 74.58 | $ 74.67 | $ 0.09 | 0.12% | 16:00:01 | $ 23.40 | $ 23.41 | $ 0.01 | 0.04% |
| 4/26/2005 | 16:03:01 | $ 20.45 | $ 20.47 | $ 0.02 | 0.10% | 16:02:33 | $ 75.40 | $ 75.44 | $ 0.04 | 0.05% | 16:00:01 | $ 23.33 | $ 23.34 | $ 0.01 | 0.04% |
| 4/27/2005 | 16:01:10 | $ 20.14 | $ 20.17 | $ 0.03 | 0.15% | 16:00:02 | $ 77.02 | $ 77.06 | $ 0.04 | 0.05% | 16:00:02 | $ 23.40 | $ 23.52 | $ 0.12 | 0.51% |
| 4/28/2005 | 16:02:55 | $ 20.29 | $ 20.30 | $ 0.01 | 0.05% | 16:00:01 | $ 75.90 | $ 75.95 | $ 0.05 | 0.07% | 16:00:01 | $ 23.19 | $ 23.20 | $ 0.01 | 0.04% |
| 4/29/2005 | 16:04:02 | $ 20.44 | $ 20.47 | $ 0.03 | 0.15% | 16:02:49 | $ 76.30 | $ 76.39 | $ 0.09 | 0.12% | 16:00:02 | $ 23.48 | $ 23.49 | $ 0.01 | 0.04% |
| **Average** | | **$ 21.14** | **$ 21.16** | **$ 0.02** | **0.11%** | | **$ 81.11** | **$ 81.17** | **$ 0.06** | **0.08%** | | **$ 23.02** | **$ 23.06** | **$ 0.04** | **0.19%** |

Source: NYSE TAQ database

Notes: For all except INTC and MSFT: Bid and Ask prices are last recorded NYSE figures for each date

For INTC and MSFT: Bid and Ask prices are NASDAQ figures closest to 4:00 PM for each date

**Analysis of Closing Bid/Ask Prices: Components of Dow Jones 30 Industrial Average During April 2005**

| | JNJ | | | | | JPM | | | | | KO | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Bid | Ask | $ Spread | $ Spread % of Midpoint | Time | Bid | Ask | $ Spread | $ Spread % of Midpoint | Time | Bid | Ask | $ Spread | $ Spread % of Midpoint |
| 4/1/2005 | 16:01:56 | $ 66.84 | $ 66.85 | $ 0.01 | 0.01% | 16:01:07 | $ 34.23 | $ 34.26 | $ 0.03 | 0.09% | 16:02:22 | $ 41.38 | $ 41.39 | $ 0.01 | 0.02% |
| 4/4/2005 | 16:02:29 | $ 67.97 | $ 67.99 | $ 0.02 | 0.03% | 16:02:34 | $ 33.76 | $ 33.78 | $ 0.02 | 0.06% | 16:01:55 | $ 41.46 | $ 41.47 | $ 0.01 | 0.02% |
| 4/5/2005 | 16:02:00 | $ 69.00 | $ 69.02 | $ 0.02 | 0.03% | 16:00:04 | $ 34.57 | $ 34.59 | $ 0.02 | 0.06% | 16:01:05 | $ 41.88 | $ 41.90 | $ 0.02 | 0.05% |
| 4/6/2005 | 16:00:08 | $ 68.78 | $ 68.81 | $ 0.03 | 0.04% | 16:02:28 | $ 34.65 | $ 34.69 | $ 0.04 | 0.12% | 16:06:06 | $ 41.69 | $ 41.72 | $ 0.03 | 0.07% |
| 4/7/2005 | 16:00:07 | $ 69.21 | $ 69.25 | $ 0.04 | 0.06% | 16:03:31 | $ 34.80 | $ 34.85 | $ 0.05 | 0.14% | 16:01:01 | $ 42.11 | $ 42.14 | $ 0.03 | 0.07% |
| 4/8/2005 | 16:01:21 | $ 68.63 | $ 68.65 | $ 0.02 | 0.03% | 16:04:48 | $ 34.50 | $ 34.51 | $ 0.01 | 0.03% | 16:01:25 | $ 42.09 | $ 42.12 | $ 0.03 | 0.07% |
| 4/11/2005 | 16:03:43 | $ 68.85 | $ 68.90 | $ 0.05 | 0.07% | 16:01:48 | $ 34.62 | $ 34.63 | $ 0.01 | 0.03% | 16:01:44 | $ 41.88 | $ 41.89 | $ 0.01 | 0.02% |
| 4/12/2005 | 16:03:08 | $ 68.62 | $ 68.64 | $ 0.02 | 0.03% | 16:01:52 | $ 35.04 | $ 35.05 | $ 0.01 | 0.03% | 16:05:10 | $ 42.31 | $ 42.33 | $ 0.02 | 0.05% |
| 4/13/2005 | 16:00:08 | $ 68.54 | $ 68.60 | $ 0.06 | 0.09% | 16:03:21 | $ 34.54 | $ 34.57 | $ 0.03 | 0.09% | 16:01:59 | $ 42.06 | $ 42.11 | $ 0.05 | 0.12% |
| 4/14/2005 | 16:00:17 | $ 69.25 | $ 69.26 | $ 0.01 | 0.01% | 16:06:21 | $ 34.19 | $ 34.20 | $ 0.01 | 0.03% | 16:01:00 | $ 42.07 | $ 42.08 | $ 0.01 | 0.02% |
| 4/15/2005 | 16:04:27 | $ 69.40 | $ 69.41 | $ 0.01 | 0.01% | 16:02:03 | $ 33.93 | $ 33.94 | $ 0.01 | 0.03% | 16:01:51 | $ 41.28 | $ 41.31 | $ 0.03 | 0.07% |
| 4/18/2005 | 16:01:19 | $ 69.03 | $ 69.04 | $ 0.01 | 0.01% | 16:06:09 | $ 34.63 | $ 34.66 | $ 0.03 | 0.09% | 16:00:10 | $ 40.97 | $ 40.99 | $ 0.02 | 0.05% |
| 4/19/2005 | 16:02:39 | $ 69.04 | $ 69.06 | $ 0.02 | 0.03% | 16:04:58 | $ 34.92 | $ 34.96 | $ 0.04 | 0.11% | 16:00:40 | $ 42.40 | $ 42.41 | $ 0.01 | 0.02% |
| 4/20/2005 | 16:06:07 | $ 68.10 | $ 68.11 | $ 0.01 | 0.01% | 16:02:21 | $ 34.76 | $ 34.77 | $ 0.01 | 0.03% | 16:01:53 | $ 41.87 | $ 41.90 | $ 0.03 | 0.07% |
| 4/21/2005 | 16:02:47 | $ 68.28 | $ 68.30 | $ 0.02 | 0.03% | 16:00:38 | $ 35.04 | $ 35.06 | $ 0.02 | 0.06% | 16:01:22 | $ 41.97 | $ 42.00 | $ 0.03 | 0.07% |
| 4/22/2005 | 16:05:32 | $ 68.48 | $ 68.50 | $ 0.02 | 0.03% | 16:00:00 | $ 34.87 | $ 34.88 | $ 0.01 | 0.03% | 16:00:35 | $ 42.12 | $ 42.15 | $ 0.03 | 0.07% |
| 4/25/2005 | 16:01:10 | $ 68.53 | $ 68.55 | $ 0.02 | 0.03% | 16:04:12 | $ 35.17 | $ 35.19 | $ 0.02 | 0.06% | 16:00:35 | $ 42.65 | $ 42.68 | $ 0.03 | 0.07% |
| 4/26/2005 | 16:02:14 | $ 68.01 | $ 68.03 | $ 0.02 | 0.03% | 16:01:47 | $ 35.08 | $ 35.09 | $ 0.01 | 0.03% | 16:01:52 | $ 42.96 | $ 42.97 | $ 0.01 | 0.02% |
| 4/27/2005 | 16:02:02 | $ 68.32 | $ 68.33 | $ 0.01 | 0.01% | 16:06:02 | $ 35.49 | $ 35.50 | $ 0.01 | 0.03% | 16:00:49 | $ 42.82 | $ 42.85 | $ 0.03 | 0.07% |
| 4/28/2005 | 16:02:20 | $ 67.65 | $ 67.66 | $ 0.01 | 0.01% | 16:04:18 | $ 35.01 | $ 35.02 | $ 0.01 | 0.03% | 16:01:14 | $ 42.63 | $ 42.70 | $ 0.07 | 0.16% |
| 4/29/2005 | 16:09:59 | $ 68.54 | $ 68.63 | $ 0.09 | 0.13% | 16:02:02 | $ 35.47 | $ 35.49 | $ 0.02 | 0.06% | 16:02:51 | $ 43.42 | $ 43.45 | $ 0.03 | 0.07% |
| **Average** | | **$ 68.53** | **$ 68.55** | **$ 0.02** | **0.04%** | | **$ 34.73** | **$ 34.75** | **$ 0.02** | **0.06%** | | **$ 42.10** | **$ 42.12** | **$ 0.03** | **0.06%** |

Source: NYSE TAQ database

Notes: For all except INTC and MSFT: Bid and Ask prices are last recorded NYSE figures for each date
For INTC and MSFT: Bid and Ask prices are NASDAQ figures closest to 4:00 PM for each date

**Analysis of Closing Bid/Ask Prices: Components of Dow Jones 30 Industrial Average During April 2005**

| | MCD | | | | | MMM | | | | | MO | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Bid | Ask | $ Spread | $ Spread % of Midpoint | Time | Bid | Ask | $ Spread | $ Spread % of Midpoint | Time | Bid | Ask | $ Spread | $ Spread % of Midpoint |
| 4/1/2005 | 16:02:31 | $ 30.96 | $ 31.01 | $ 0.05 | 0.16% | 16:06:07 | $ 85.10 | $ 85.12 | $ 0.02 | 0.02% | 16:00:39 | $ 65.15 | $ 65.19 | $ 0.04 | 0.06% |
| 4/4/2005 | 16:00:43 | $ 30.99 | $ 31.00 | $ 0.01 | 0.03% | 16:03:28 | $ 84.68 | $ 84.70 | $ 0.02 | 0.02% | 16:02:25 | $ 64.46 | $ 64.48 | $ 0.02 | 0.03% |
| 4/5/2005 | 16:00:11 | $ 31.21 | $ 31.23 | $ 0.02 | 0.06% | 16:00:50 | $ 84.45 | $ 84.49 | $ 0.04 | 0.05% | 16:00:54 | $ 64.98 | $ 65.03 | $ 0.05 | 0.08% |
| 4/6/2005 | 16:00:53 | $ 31.48 | $ 31.50 | $ 0.02 | 0.06% | 16:01:49 | $ 84.81 | $ 84.85 | $ 0.04 | 0.05% | 16:01:28 | $ 65.51 | $ 65.54 | $ 0.03 | 0.05% |
| 4/7/2005 | 16:01:33 | $ 31.47 | $ 31.48 | $ 0.01 | 0.03% | 16:01:48 | $ 85.15 | $ 85.20 | $ 0.05 | 0.06% | 16:02:43 | $ 65.67 | $ 65.69 | $ 0.02 | 0.03% |
| 4/8/2005 | 16:03:58 | $ 31.12 | $ 31.14 | $ 0.02 | 0.06% | 16:07:03 | $ 84.50 | $ 84.56 | $ 0.06 | 0.07% | 16:01:39 | $ 65.52 | $ 65.55 | $ 0.03 | 0.05% |
| 4/11/2005 | 16:04:47 | $ 30.78 | $ 30.80 | $ 0.02 | 0.06% | 16:00:45 | $ 84.43 | $ 84.50 | $ 0.07 | 0.08% | 16:01:37 | $ 65.54 | $ 65.56 | $ 0.02 | 0.03% |
| 4/12/2005 | 16:01:03 | $ 30.90 | $ 30.94 | $ 0.04 | 0.13% | 16:00:00 | $ 85.25 | $ 85.26 | $ 0.01 | 0.01% | 16:00:58 | $ 65.18 | $ 65.24 | $ 0.06 | 0.09% |
| 4/13/2005 | 16:06:47 | $ 31.22 | $ 31.24 | $ 0.02 | 0.06% | 16:01:16 | $ 84.20 | $ 84.23 | $ 0.03 | 0.04% | 16:01:19 | $ 65.85 | $ 65.88 | $ 0.03 | 0.05% |
| 4/14/2005 | 16:02:03 | $ 30.76 | $ 30.77 | $ 0.01 | 0.03% | 16:01:33 | $ 82.38 | $ 82.41 | $ 0.03 | 0.04% | 16:04:00 | $ 65.48 | $ 65.52 | $ 0.04 | 0.06% |
| 4/15/2005 | 16:02:54 | $ 30.30 | $ 30.37 | $ 0.07 | 0.23% | 16:02:14 | $ 80.86 | $ 80.87 | $ 0.01 | 0.01% | 16:01:26 | $ 64.97 | $ 64.99 | $ 0.02 | 0.03% |
| 4/18/2005 | 16:02:16 | $ 30.05 | $ 30.11 | $ 0.06 | 0.20% | 16:02:00 | $ 75.89 | $ 75.91 | $ 0.02 | 0.03% | 16:02:28 | $ 63.73 | $ 63.79 | $ 0.06 | 0.09% |
| 4/19/2005 | 16:02:43 | $ 30.17 | $ 30.18 | $ 0.01 | 0.03% | 16:03:53 | $ 76.92 | $ 76.94 | $ 0.02 | 0.03% | 16:03:25 | $ 64.11 | $ 64.21 | $ 0.10 | 0.16% |
| 4/20/2005 | 16:02:19 | $ 29.91 | $ 29.94 | $ 0.03 | 0.10% | 16:03:34 | $ 75.90 | $ 75.92 | $ 0.02 | 0.03% | 16:02:30 | $ 62.75 | $ 62.84 | $ 0.09 | 0.14% |
| 4/21/2005 | 16:06:18 | $ 29.79 | $ 29.84 | $ 0.05 | 0.17% | 16:03:26 | $ 77.88 | $ 77.89 | $ 0.01 | 0.01% | 16:01:15 | $ 65.31 | $ 65.32 | $ 0.01 | 0.02% |
| 4/22/2005 | 16:02:04 | $ 30.05 | $ 30.06 | $ 0.01 | 0.03% | 16:01:12 | $ 77.05 | $ 77.07 | $ 0.02 | 0.03% | 16:02:12 | $ 64.75 | $ 64.81 | $ 0.06 | 0.09% |
| 4/25/2005 | 16:01:12 | $ 30.28 | $ 30.30 | $ 0.02 | 0.07% | 16:01:10 | $ 77.49 | $ 77.52 | $ 0.03 | 0.04% | 16:01:17 | $ 65.30 | $ 65.35 | $ 0.05 | 0.08% |
| 4/26/2005 | 16:02:22 | $ 29.99 | $ 30.01 | $ 0.02 | 0.07% | 16:01:41 | $ 76.12 | $ 76.15 | $ 0.03 | 0.04% | 16:03:42 | $ 63.99 | $ 64.03 | $ 0.04 | 0.06% |
| 4/27/2005 | 16:01:39 | $ 30.16 | $ 30.19 | $ 0.03 | 0.10% | 16:01:04 | $ 76.59 | $ 76.62 | $ 0.03 | 0.04% | 16:03:04 | $ 64.78 | $ 64.85 | $ 0.07 | 0.11% |
| 4/28/2005 | 16:01:40 | $ 29.60 | $ 29.65 | $ 0.05 | 0.17% | 16:07:54 | $ 75.22 | $ 75.24 | $ 0.02 | 0.03% | 16:01:44 | $ 64.46 | $ 64.48 | $ 0.02 | 0.03% |
| 4/29/2005 | 16:04:17 | $ 29.30 | $ 29.36 | $ 0.06 | 0.20% | 16:01:00 | $ 76.40 | $ 76.47 | $ 0.07 | 0.09% | 16:01:01 | $ 64.92 | $ 65.00 | $ 0.08 | 0.12% |
| **Average** | | **$ 30.50** | **$ 30.53** | **$ 0.03** | **0.10%** | | **$ 80.54** | **$ 80.57** | **$ 0.03** | **0.04%** | | **$ 64.88** | **$ 64.92** | **$ 0.04** | **0.07%** |

Source: NYSE TAQ database

Notes: For all except INTC and MSFT: Bid and Ask prices are last recorded NYSE figures for each date
For INTC and MSFT: Bid and Ask prices are NASDAQ figures closest to 4:00 PM for each date

**Analysis of Closing Bid/Ask Prices: Components of Dow Jones 30 Industrial Average During April 2005**

| | MRK | | | | | MSFT | | | | | PFE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Bid | Ask | $ Spread | $ Spread % of Midpoint | Time | Bid | Ask | $ Spread | $ Spread % of Midpoint | Time | Bid | Ask | $ Spread | $ Spread % of Midpoint |
| 4/1/2005 | 16:01:45 | $ 32.29 | $ 32.32 | $ 0.03 | 0.09% | 16:00:01 | $ 24.11 | $ 24.12 | $ 0.01 | 0.04% | 16:01:33 | $ 26.14 | $ 26.15 | $ 0.01 | 0.04% |
| 4/4/2005 | 16:13:53 | $ 32.50 | $ 32.51 | $ 0.01 | 0.03% | 16:00:01 | $ 24.21 | $ 24.22 | $ 0.01 | 0.04% | 16:06:58 | $ 25.92 | $ 25.94 | $ 0.02 | 0.08% |
| 4/5/2005 | 16:04:03 | $ 33.03 | $ 33.09 | $ 0.06 | 0.18% | 16:00:01 | $ 24.46 | $ 24.47 | $ 0.01 | 0.04% | 16:02:27 | $ 26.89 | $ 26.94 | $ 0.05 | 0.19% |
| 4/6/2005 | 16:00:45 | $ 32.86 | $ 32.90 | $ 0.04 | 0.12% | 16:00:01 | $ 24.65 | $ 24.73 | $ 0.08 | 0.32% | 16:05:34 | $ 26.84 | $ 26.89 | $ 0.05 | 0.19% |
| 4/7/2005 | 16:07:10 | $ 33.48 | $ 33.50 | $ 0.02 | 0.06% | 16:00:01 | $ 25.10 | $ 25.11 | $ 0.01 | 0.04% | 16:02:48 | $ 26.85 | $ 26.91 | $ 0.06 | 0.22% |
| 4/8/2005 | 16:02:37 | $ 33.32 | $ 33.33 | $ 0.01 | 0.03% | 16:00:01 | $ 24.93 | $ 24.94 | $ 0.01 | 0.04% | 16:00:04 | $ 26.59 | $ 26.62 | $ 0.03 | 0.11% |
| 4/11/2005 | 16:00:53 | $ 33.13 | $ 33.15 | $ 0.02 | 0.06% | 16:00:01 | $ 24.97 | $ 24.98 | $ 0.01 | 0.04% | 16:00:29 | $ 26.45 | $ 26.47 | $ 0.02 | 0.08% |
| 4/12/2005 | 16:01:07 | $ 33.78 | $ 33.81 | $ 0.03 | 0.09% | 16:00:01 | $ 25.30 | $ 25.32 | $ 0.02 | 0.08% | 16:02:23 | $ 26.81 | $ 26.89 | $ 0.08 | 0.30% |
| 4/13/2005 | 16:01:24 | $ 34.45 | $ 34.53 | $ 0.08 | 0.23% | 16:00:01 | $ 25.03 | $ 25.04 | $ 0.01 | 0.04% | 16:02:17 | $ 27.21 | $ 27.29 | $ 0.08 | 0.29% |
| 4/14/2005 | 16:08:00 | $ 34.77 | $ 34.79 | $ 0.02 | 0.06% | 16:00:01 | $ 24.85 | $ 24.87 | $ 0.02 | 0.08% | 16:02:54 | $ 27.43 | $ 27.46 | $ 0.03 | 0.11% |
| 4/15/2005 | 16:04:35 | $ 34.78 | $ 34.81 | $ 0.03 | 0.09% | 16:00:01 | $ 24.45 | $ 24.46 | $ 0.01 | 0.04% | 16:02:18 | $ 27.70 | $ 27.72 | $ 0.02 | 0.07% |
| 4/18/2005 | 16:00:49 | $ 34.38 | $ 34.44 | $ 0.06 | 0.17% | 16:00:01 | $ 24.67 | $ 24.68 | $ 0.01 | 0.04% | 16:00:58 | $ 27.59 | $ 27.61 | $ 0.02 | 0.07% |
| 4/19/2005 | 16:00:12 | $ 34.67 | $ 34.68 | $ 0.01 | 0.03% | 16:00:01 | $ 24.62 | $ 24.63 | $ 0.01 | 0.04% | 16:00:44 | $ 27.39 | $ 27.43 | $ 0.04 | 0.15% |
| 4/20/2005 | 16:01:23 | $ 34.05 | $ 34.14 | $ 0.09 | 0.26% | 16:00:01 | $ 24.33 | $ 24.35 | $ 0.02 | 0.08% | 16:00:47 | $ 26.74 | $ 26.77 | $ 0.03 | 0.11% |
| 4/21/2005 | 16:01:25 | $ 34.28 | $ 34.29 | $ 0.01 | 0.03% | 16:00:01 | $ 25.27 | $ 25.28 | $ 0.01 | 0.04% | 16:00:01 | $ 27.21 | $ 27.25 | $ 0.04 | 0.15% |
| 4/22/2005 | 16:04:33 | $ 34.12 | $ 34.22 | $ 0.10 | 0.29% | 16:00:01 | $ 25.00 | $ 25.01 | $ 0.01 | 0.04% | 16:00:04 | $ 27.21 | $ 27.23 | $ 0.02 | 0.07% |
| 4/25/2005 | 16:02:38 | $ 33.92 | $ 33.95 | $ 0.03 | 0.09% | 16:00:01 | $ 24.98 | $ 24.99 | $ 0.01 | 0.04% | 16:00:04 | $ 27.02 | $ 27.03 | $ 0.01 | 0.04% |
| 4/26/2005 | 16:01:05 | $ 33.59 | $ 33.61 | $ 0.02 | 0.06% | 16:00:01 | $ 24.75 | $ 24.76 | $ 0.01 | 0.04% | 16:02:19 | $ 26.90 | $ 26.91 | $ 0.01 | 0.04% |
| 4/27/2005 | 16:01:44 | $ 33.48 | $ 33.50 | $ 0.02 | 0.06% | 16:00:01 | $ 24.96 | $ 24.97 | $ 0.01 | 0.04% | 16:01:47 | $ 26.91 | $ 26.95 | $ 0.04 | 0.15% |
| 4/28/2005 | 16:00:42 | $ 33.73 | $ 33.79 | $ 0.06 | 0.18% | 16:00:01 | $ 24.44 | $ 24.45 | $ 0.01 | 0.04% | 16:04:40 | $ 26.68 | $ 26.70 | $ 0.02 | 0.07% |
| 4/29/2005 | 16:02:24 | $ 33.89 | $ 33.90 | $ 0.01 | 0.03% | 16:00:02 | $ 25.29 | $ 25.30 | $ 0.01 | 0.04% | 16:03:21 | $ 27.15 | $ 27.19 | $ 0.04 | 0.15% |
| **Average** | | **$ 33.74** | **$ 33.77** | **$ 0.04** | **0.11%** | | **$ 24.78** | **$ 24.79** | **$ 0.01** | **0.06%** | | **$ 26.93** | **$ 26.97** | **$ 0.03** | **0.13%** |

Source: NYSE TAQ database

Notes: For all except INTC and MSFT: Bid and Ask prices are last recorded NYSE figures for each date
For INTC and MSFT: Bid and Ask prices are NASDAQ figures closest to 4:00 PM for each date

**Analysis of Closing Bid/Ask Prices: Components of Dow Jones 30 Industrial Average During April 2005**

| | PG | | | | | T | | | | | UTX | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Bid | Ask | $ Spread | $ Spread % of Midpoint | Time | Bid | Ask | $ Spread | $ Spread % of Midpoint | Time | Bid | Ask | $ Spread | $ Spread % of Midpoint |
| 4/1/2005 | 16:06:08 | $ 52.60 | $ 52.61 | $ 0.01 | 0.02% | 16:01:02 | $ 18.66 | $ 18.67 | $ 0.01 | 0.05% | 16:02:35 | $ 100.85 | $ 100.94 | $ 0.09 | 0.09% |
| 4/4/2005 | 16:02:18 | $ 53.89 | $ 53.91 | $ 0.02 | 0.04% | 16:00:05 | $ 18.77 | $ 18.78 | $ 0.01 | 0.05% | 16:02:16 | $ 99.83 | $ 99.85 | $ 0.02 | 0.02% |
| 4/5/2005 | 16:03:55 | $ 53.99 | $ 54.00 | $ 0.01 | 0.02% | 16:01:23 | $ 19.20 | $ 19.21 | $ 0.01 | 0.05% | 16:00:31 | $ 99.75 | $ 99.85 | $ 0.10 | 0.10% |
| 4/6/2005 | 16:02:59 | $ 53.93 | $ 53.96 | $ 0.03 | 0.06% | 16:03:07 | $ 19.16 | $ 19.20 | $ 0.04 | 0.21% | 16:01:43 | $ 100.33 | $ 100.40 | $ 0.07 | 0.07% |
| 4/7/2005 | 16:00:51 | $ 55.05 | $ 55.08 | $ 0.03 | 0.05% | 16:00:00 | $ 19.14 | $ 19.15 | $ 0.01 | 0.05% | 16:02:43 | $ 101.66 | $ 101.77 | $ 0.11 | 0.11% |
| 4/8/2005 | 16:00:33 | $ 54.49 | $ 54.51 | $ 0.02 | 0.04% | 16:06:23 | $ 19.21 | $ 19.23 | $ 0.02 | 0.10% | 16:01:23 | $ 100.81 | $ 100.86 | $ 0.05 | 0.05% |
| 4/11/2005 | 16:02:13 | $ 55.33 | $ 55.42 | $ 0.09 | 0.16% | 16:00:10 | $ 19.14 | $ 19.15 | $ 0.01 | 0.05% | 16:00:32 | $ 100.96 | $ 101.06 | $ 0.10 | 0.10% |
| 4/12/2005 | 16:00:46 | $ 55.52 | $ 55.54 | $ 0.02 | 0.04% | 16:02:08 | $ 19.24 | $ 19.25 | $ 0.01 | 0.05% | 16:01:03 | $ 102.06 | $ 102.08 | $ 0.02 | 0.02% |
| 4/13/2005 | 16:00:51 | $ 55.19 | $ 55.21 | $ 0.02 | 0.04% | 16:10:48 | $ 19.19 | $ 19.20 | $ 0.01 | 0.05% | 16:01:29 | $ 101.00 | $ 101.07 | $ 0.07 | 0.07% |
| 4/14/2005 | 16:02:48 | $ 54.99 | $ 55.05 | $ 0.06 | 0.11% | 16:03:09 | $ 18.97 | $ 18.99 | $ 0.02 | 0.11% | 16:02:03 | $ 99.65 | $ 99.75 | $ 0.10 | 0.10% |
| 4/15/2005 | 16:03:01 | $ 54.79 | $ 54.81 | $ 0.02 | 0.04% | 16:00:00 | $ 18.46 | $ 18.48 | $ 0.02 | 0.11% | 16:01:17 | $ 97.55 | $ 97.71 | $ 0.16 | 0.16% |
| 4/18/2005 | 16:03:51 | $ 54.59 | $ 54.61 | $ 0.02 | 0.04% | 16:00:20 | $ 18.66 | $ 18.69 | $ 0.03 | 0.16% | 16:06:09 | $ 98.10 | $ 98.12 | $ 0.02 | 0.02% |
| 4/19/2005 | 16:00:58 | $ 54.32 | $ 54.34 | $ 0.02 | 0.04% | 16:04:01 | $ 18.69 | $ 18.75 | $ 0.06 | 0.32% | 16:00:09 | $ 98.27 | $ 98.36 | $ 0.09 | 0.09% |
| 4/20/2005 | 16:02:26 | $ 53.39 | $ 53.40 | $ 0.01 | 0.02% | 16:02:18 | $ 18.43 | $ 18.49 | $ 0.06 | 0.33% | 16:01:26 | $ 99.04 | $ 99.05 | $ 0.01 | 0.01% |
| 4/21/2005 | 16:02:04 | $ 54.16 | $ 54.19 | $ 0.03 | 0.06% | 16:06:15 | $ 18.70 | $ 18.75 | $ 0.05 | 0.27% | 16:00:48 | $ 102.38 | $ 102.39 | $ 0.01 | 0.01% |
| 4/22/2005 | 16:00:25 | $ 53.85 | $ 53.90 | $ 0.05 | 0.09% | 16:00:23 | $ 18.73 | $ 18.76 | $ 0.03 | 0.16% | 16:01:13 | $ 101.47 | $ 101.56 | $ 0.09 | 0.09% |
| 4/25/2005 | 16:01:21 | $ 53.82 | $ 53.86 | $ 0.04 | 0.07% | 16:00:03 | $ 18.81 | $ 18.84 | $ 0.03 | 0.16% | 16:00:51 | $ 102.19 | $ 102.29 | $ 0.10 | 0.10% |
| 4/26/2005 | 16:00:38 | $ 53.37 | $ 53.38 | $ 0.01 | 0.02% | 16:00:00 | $ 18.80 | $ 18.81 | $ 0.01 | 0.05% | 16:00:22 | $ 101.28 | $ 101.42 | $ 0.14 | 0.14% |
| 4/27/2005 | 16:02:03 | $ 53.52 | $ 53.56 | $ 0.04 | 0.07% | 16:00:00 | $ 19.00 | $ 19.01 | $ 0.01 | 0.05% | 16:01:48 | $ 101.58 | $ 101.75 | $ 0.17 | 0.17% |
| 4/28/2005 | 16:01:34 | $ 53.98 | $ 54.00 | $ 0.02 | 0.04% | 16:00:04 | $ 19.05 | $ 19.07 | $ 0.02 | 0.10% | 16:01:34 | $ 99.83 | $ 99.90 | $ 0.07 | 0.07% |
| 4/29/2005 | 16:03:26 | $ 54.14 | $ 54.16 | $ 0.02 | 0.04% | 16:03:59 | $ 19.12 | $ 19.13 | $ 0.01 | 0.05% | 16:01:07 | $ 101.57 | $ 101.73 | $ 0.16 | 0.16% |
| **Average** | | **$ 54.23** | **$ 54.26** | **$ 0.03** | **0.05%** | | **$ 18.91** | **$ 18.93** | **$ 0.02** | **0.12%** | | **$ 100.48** | **$ 100.57** | **$ 0.08** | **0.08%** |

Source: NYSE TAQ database

Notes: For all except INTC and MSFT: Bid and Ask prices are last recorded NYSE figures for each date
For INTC and MSFT: Bid and Ask prices are NASDAQ figures closest to 4:00 PM for each date

**Analysis of Closing Bid/Ask Prices: Components of Dow Jones 30 Industrial Average During April 2005**

| | VZ | | | | | WMT | | | | | XOM | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Bid | Ask | $ Spread | $ Spread % of Midpoint | Time | Bid | Ask | $ Spread | $ Spread % of Midpoint | Time | Bid | Ask | $ Spread | $ Spread % of Midpoint |
| 4/1/2005 | 16:02:41 | $ 35.16 | $ 35.19 | $ 0.03 | 0.09% | 16:01:11 | $ 48.95 | $ 48.99 | $ 0.04 | 0.08% | 16:01:44 | $ 60.53 | $ 60.56 | $ 0.03 | 0.05% |
| 4/4/2005 | 16:01:11 | $ 35.64 | $ 35.65 | $ 0.01 | 0.03% | 16:04:25 | $ 49.40 | $ 49.47 | $ 0.07 | 0.14% | 16:02:22 | $ 60.63 | $ 60.66 | $ 0.03 | 0.05% |
| 4/5/2005 | 16:00:24 | $ 35.77 | $ 35.78 | $ 0.01 | 0.03% | 16:00:03 | $ 49.64 | $ 49.68 | $ 0.04 | 0.08% | 16:02:47 | $ 60.04 | $ 60.06 | $ 0.02 | 0.03% |
| 4/6/2005 | 16:02:30 | $ 35.49 | $ 35.51 | $ 0.02 | 0.06% | 16:02:21 | $ 49.49 | $ 49.50 | $ 0.01 | 0.02% | 16:00:09 | $ 60.90 | $ 60.91 | $ 0.01 | 0.02% |
| 4/7/2005 | 16:02:45 | $ 35.41 | $ 35.44 | $ 0.03 | 0.08% | 16:02:42 | $ 48.89 | $ 48.91 | $ 0.02 | 0.04% | 16:00:01 | $ 60.83 | $ 60.86 | $ 0.03 | 0.05% |
| 4/8/2005 | 16:01:19 | $ 35.06 | $ 35.08 | $ 0.02 | 0.06% | 16:01:58 | $ 48.55 | $ 48.58 | $ 0.03 | 0.06% | 16:01:36 | $ 60.00 | $ 60.02 | $ 0.02 | 0.03% |
| 4/11/2005 | 16:00:07 | $ 34.91 | $ 34.93 | $ 0.02 | 0.06% | 16:00:51 | $ 48.51 | $ 48.53 | $ 0.02 | 0.04% | 16:00:00 | $ 60.28 | $ 60.30 | $ 0.02 | 0.03% |
| 4/12/2005 | 16:01:51 | $ 35.16 | $ 35.20 | $ 0.04 | 0.11% | 16:00:33 | $ 48.63 | $ 48.64 | $ 0.01 | 0.02% | 16:03:48 | $ 60.43 | $ 60.44 | $ 0.01 | 0.02% |
| 4/13/2005 | 16:01:19 | $ 34.89 | $ 34.90 | $ 0.01 | 0.03% | 16:00:03 | $ 48.57 | $ 48.59 | $ 0.02 | 0.04% | 16:00:55 | $ 59.13 | $ 59.16 | $ 0.03 | 0.05% |
| 4/14/2005 | 16:01:24 | $ 34.87 | $ 34.91 | $ 0.04 | 0.11% | 16:01:09 | $ 47.95 | $ 47.97 | $ 0.02 | 0.04% | 16:01:08 | $ 58.74 | $ 58.76 | $ 0.02 | 0.03% |
| 4/15/2005 | 16:02:41 | $ 34.15 | $ 34.19 | $ 0.04 | 0.12% | 16:02:24 | $ 47.70 | $ 47.72 | $ 0.02 | 0.04% | 16:00:06 | $ 56.16 | $ 56.23 | $ 0.07 | 0.12% |
| 4/18/2005 | 16:01:32 | $ 34.00 | $ 34.05 | $ 0.05 | 0.15% | 16:02:27 | $ 47.87 | $ 47.88 | $ 0.01 | 0.02% | 16:00:09 | $ 57.23 | $ 57.26 | $ 0.03 | 0.05% |
| 4/19/2005 | 16:00:25 | $ 34.16 | $ 34.17 | $ 0.01 | 0.03% | 16:01:50 | $ 47.57 | $ 47.61 | $ 0.04 | 0.08% | 16:00:50 | $ 58.62 | $ 58.64 | $ 0.02 | 0.03% |
| 4/20/2005 | 16:06:05 | $ 33.77 | $ 33.79 | $ 0.02 | 0.06% | 16:06:07 | $ 47.35 | $ 47.37 | $ 0.02 | 0.04% | 16:02:17 | $ 57.13 | $ 57.15 | $ 0.02 | 0.04% |
| 4/21/2005 | 16:00:07 | $ 34.26 | $ 34.27 | $ 0.01 | 0.03% | 16:00:45 | $ 47.75 | $ 47.78 | $ 0.03 | 0.06% | 16:02:05 | $ 59.26 | $ 59.28 | $ 0.02 | 0.03% |
| 4/22/2005 | 16:02:53 | $ 34.04 | $ 34.09 | $ 0.05 | 0.15% | 16:03:20 | $ 46.81 | $ 46.86 | $ 0.05 | 0.11% | 16:04:58 | $ 59.40 | $ 59.43 | $ 0.03 | 0.05% |
| 4/25/2005 | 16:01:23 | $ 34.05 | $ 34.09 | $ 0.04 | 0.12% | 16:03:19 | $ 47.01 | $ 47.05 | $ 0.04 | 0.09% | 16:04:08 | $ 59.95 | $ 59.97 | $ 0.02 | 0.03% |
| 4/26/2005 | 16:04:05 | $ 33.99 | $ 34.06 | $ 0.07 | 0.21% | 16:00:18 | $ 46.97 | $ 46.98 | $ 0.01 | 0.02% | 16:02:03 | $ 59.26 | $ 59.28 | $ 0.02 | 0.03% |
| 4/27/2005 | 16:01:08 | $ 35.20 | $ 35.22 | $ 0.02 | 0.06% | 16:00:20 | $ 47.28 | $ 47.33 | $ 0.05 | 0.11% | 16:03:01 | $ 58.37 | $ 58.39 | $ 0.02 | 0.03% |
| 4/28/2005 | 16:00:31 | $ 35.05 | $ 35.07 | $ 0.02 | 0.06% | 16:00:34 | $ 47.05 | $ 47.07 | $ 0.02 | 0.04% | 16:05:05 | $ 55.99 | $ 56.00 | $ 0.01 | 0.02% |
| 4/29/2005 | 16:00:57 | $ 35.79 | $ 35.80 | $ 0.01 | 0.03% | 16:07:59 | $ 47.12 | $ 47.14 | $ 0.02 | 0.04% | 16:04:19 | $ 57.00 | $ 57.03 | $ 0.03 | 0.05% |
| **Average** | | **$ 34.80** | **$ 34.83** | **$ 0.03** | **0.08%** | | **$ 48.05** | **$ 48.08** | **$ 0.03** | **0.06%** | | **$ 59.04** | **$ 59.07** | **$ 0.02** | **0.04%** |

Source: NYSE TAQ database
Notes: For all except INTC and MSFT: Bid and Ask prices are last recorded NYSE figures for each date
For INTC and MSFT: Bid and Ask prices are NASDAQ figures closest to 4:00 PM for each date

**Analysis of Closing Bid/Ask Prices: Components of Dow Jones 30 Industrial Average During April 2005**

**Average of DJIA**

| Date | Bid | Ask | $ Spread | $ Spread % of Midpoint |
|---|---|---|---|---|
| 4/1/2005 | $ 46.748 | $ 46.775 | $ 0.03 | 0.06% |
| 4/4/2005 | $ 46.824 | $ 46.849 | $ 0.02 | 0.06% |
| 4/5/2005 | $ 47.000 | $ 47.029 | $ 0.03 | 0.06% |
| 4/6/2005 | $ 47.115 | $ 47.155 | $ 0.04 | 0.10% |
| 4/7/2005 | $ 47.392 | $ 47.426 | $ 0.03 | 0.08% |
| 4/8/2005 | $ 47.034 | $ 47.060 | $ 0.03 | 0.06% |
| 4/11/2005 | $ 46.972 | $ 47.002 | $ 0.03 | 0.06% |
| 4/12/2005 | $ 47.230 | $ 47.264 | $ 0.03 | 0.08% |
| 4/13/2005 | $ 46.753 | $ 46.786 | $ 0.03 | 0.08% |
| 4/14/2005 | $ 46.201 | $ 46.227 | $ 0.03 | 0.06% |
| 4/15/2005 | $ 45.341 | $ 45.395 | $ 0.05 | 0.16% |
| 4/18/2005 | $ 45.260 | $ 45.294 | $ 0.03 | 0.08% |
| 4/19/2005 | $ 45.525 | $ 45.555 | $ 0.03 | 0.07% |
| 4/20/2005 | $ 45.005 | $ 45.032 | $ 0.03 | 0.07% |
| 4/21/2005 | $ 45.927 | $ 45.958 | $ 0.03 | 0.08% |
| 4/22/2005 | $ 45.656 | $ 45.692 | $ 0.04 | 0.08% |
| 4/25/2005 | $ 46.040 | $ 46.074 | $ 0.03 | 0.08% |
| 4/26/2005 | $ 45.637 | $ 45.661 | $ 0.02 | 0.05% |
| 4/27/2005 | $ 45.844 | $ 45.877 | $ 0.03 | 0.08% |
| 4/28/2005 | $ 45.264 | $ 45.292 | $ 0.03 | 0.07% |
| 4/29/2005 | $ 45.784 | $ 45.826 | $ 0.04 | 0.09% |
| **Average** | $ 46.217 | $ 46.249 | $ **0.032** | **0.08%** |

Source: NYSE TAQ database

Notes: For all except INTC and MSFT: Bid and Ask prices are last recorded NYSE figures for each date
For INTC and MSFT: Bid and Ask prices are NASDAQ figures closest to 4:00 PM for each date