**Robbins Geller Rudman & Dowd LLP**

Atlanta Boca Raton Melville New York Philadelphia San Diego San Francisco Washington, DC

Robert M. Rothman, Esq.
rrothman@csgrr.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/22/10

April 22, 2010

CHAMBERS OF NAOMI REICE BUCHWALD

APR 22 2010

UNITED STATES DISTRICT JUDGE

VIA FACSIMILE

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street, Room 2270
New York, NY 10007

Endorsement

This schedule is acceptable on the understanding that the class certification motion will be fully briefed by July 30, 2010. So Ordered.
Naomi Reice Buchwald
USDJ
4/22/10

Re: *In re IMAX Corp. Securities Litigation*, Civil Action No. 1:06-cv-6128-NRB

Dear Judge Buchwald:

This firm represents Lead Plaintiff Snow Capital Investment Partners, L.P. ("Plaintiff") in the above-referenced action. Pursuant to the conference call with the Court on March 29, 2010, the parties have met and conferred in a coordinated effort to condense the schedule. We write on behalf of all parties regarding an amended class certification motion discovery and briefing schedule.

As set forth in the parties' March 11, 2010 and March 16, 2010 letters, Plaintiff anticipates filing its motion for class certification on or before April 22, 2010. Plaintiff intends to support its motion with one or more expert declarations that will provide support concerning, among other things, the applicability of the fraud on the market presumption in this case.

The parties have scheduled the deposition of Plaintiff's representative on May 6, 2010 and have agreed in good faith to schedule the depositions of Plaintiff's experts for no later than May 10, 2010. The parties proposed that Defendants file their opposition within thirty days of the final deposition, including reports of any experts retained by Defendants.

The parties have agreed in good faith to schedule the depositions of Defendants' experts for no later than June 30, 2010. The parties proposed that Plaintiff file its reply within thirty days of the final deposition, including reports of any experts retained by Defendants.

These accommodations by each party will condense the schedule by approximately one month from the schedule originally proposed in our March 11, 2010 joint status letter and will provide the parties time to perform the tasks set forth in our March 17, 2010 joint letter. Thus, the parties respectfully request that the Court endorse the schedule set forth in this joint status letter.

**MEMO ENDORSED**

Robbins Geller
Rudman & Dowd LLP

Hon. Naomi Reice Buchwald
April 22, 2010
Page 2

The parties are available to answer any questions that the Court may have concerning this action.

Respectfully submitted,

Robert M. Rothman

cc: **(by e-mail)**
Lewis J. Liman, Esq.
James D. Mathews, Esq.
Jennifer L. Conn, Esq.
M. Byron Wilder, Esq.
Samuel H. Rudman, Esq.
Mark S. Reich, Esq.