# MEMO ENDORSED

CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC • PARIS • BRUSSELS
LONDON • MOSCOW • FRANKFURT • COLOGNE
ROME • MILAN • HONG KONG • BEIJING

MARK A. WALKER
LESLIE B. SAMUELS
EDWARD F. GREENE
ALLAN G. SPERLING
EVAN A. DAVIS
LAURENT ALPERT
VICTOR I. LEWKOW
LESLIE N. SILVERMAN
ROBERT L. TORTORIELLO
A. RICHARD SUSKO
LEE C. BUCHHEIT
JAMES M. PEASLEE
ALAN L. BELLER
THOMAS J. MOLONEY
WILLIAM F. GORIN
MICHAEL L. RYAN
ROBERT P. DAVIS
YARON Z. REICH
RICHARD S. LINCER
JAIME A. EL KOURY
STEVEN G. HOROWITZ
ANDREA G. PODOLSKY
JAMES A. DUNCAN
STEVEN M. LOEB
DANIEL S. STERNBERG
DONALD A. STERN
CRAIG B. BROD
SHELDON H. ALSTER
WANDA J. OLSON
MITCHELL A. LOWENTHAL
DEBORAH M. BUELL
EDWARD J. ROSEN
LAWRENCE B. FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
SETH GROSSHANDLER
WILLIAM A. GROLL
JANET L. FISHER
DAVID L. SUGERMAN
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
RAYMOND B. CHECK
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ERIKA W. NIJENHUIS
LINDSEE P. GRANFIELD
ANDRES DE LA CRUZ
DAVID C. LOPEZ
CARMEN A. CORRALES
JAMES L. BROMLEY
PAUL E. GLOTZER
MICHAEL A. GERSTENZANG
LEWIS J. LIMAN
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL J. VOLKOVITSCH
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
LEONARD C. JACOBY
SANDRA L. FLOW
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
MARGARET S. PEPONIS
LISA M. SCHWEITZER
KRISTOFER W. HESS
JUAN G. GIRALDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
MEREDITH E. KOTLER
CHANTAL E. KORDULA
BENET J. O'REILLY
DAVID AMAN
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
CHRISTOPHER P. MOORE
JOON H. KIM
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
RESIDENT PARTNERS

SANDRA M. ROCKS
ELLEN M. CREEDE
S. DOUGLAS BORISKY
JUDITH KASSEL
DAVID E. WEBB
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
GABRIEL J. MESA
DAVID H. HERRINGTON
HEIDE H. ILGENFRITZ
KATHLEEN M. EMBERGER
NANCY I. RUSKIN
WALLACE L. LARSON, JR.
JAMES D. SMALL
AVRAM E. LUFT
ELIZABETH LENAS
DANIEL ILAN
RESIDENT COUNSEL

Writer's Direct Dial: (212) 225-2550
E-Mail: lliman@cgsh.com

[redacted]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 5/6/10

May 3, 2010

VIA FACSIMILE

MEMO ENDORSED

Honorable Naomi Reice Buchwald
United States District Court
for the Southern District of New York
United States Courthouse
500 Pearl Street, Room 2270
New York, NY 10007

ENDORSEMENT
All discovery must be concluded by March 31, 2011. Absolutely no extensions will be granted.
So Ordered.
Naomi Reice Buchwald, USDJ
5/5/10

Re: In re IMAX Corporation Securities Litigation
Master File No. 06 Civ. 6128 (NRB)

Dear Judge Buchwald:

This firm represents Defendant IMAX Corporation ("IMAX"), in the above-referenced action. We respectfully submit this joint status letter on behalf of all parties, and respectfully request that the Court endorse the discovery schedule set forth in this letter (and previously set forth in the parties' March 11, 2010 letter).

## A. Document Discovery

In accordance with the parties' July 13, 2009 joint status letter, Defendants IMAX and PricewaterhouseCoopers LLP ("PwC") (collectively, "Defendants") informed Lead Plaintiff Snow Capital Investment Partners, L.P. ("Plaintiff") that, subject to their previously stated objections, Defendants' respective document productions are complete. Plaintiff has since reviewed the materials produced by Defendants. Counsel for all parties have addressed a number of issues regarding document discovery and believe that any follow-up issues will be resolved over the next couple of weeks so that we may begin fact depositions.

**B. Depositions**

The parties anticipate that all issues concerning document discovery will be resolved so that they will be able to begin to depose fact witnesses on or about May 30, 2010. As set forth in the parties' July 13, 2009 joint status letter, the parties anticipate that they will be able to conclude fact discovery within six months following the commencement of depositions.

**C. Expert Discovery**

1. As the parties reported to the Court in their July 13, 2009 joint status letter, expert reports concerning any subject on which a party bears the burden of proof shall be due six weeks after the conclusion of fact discovery.

2. Responsive expert reports shall be due six weeks after the initial expert reports are served.

3. Rebuttal expert reports shall be due, and expert discovery shall conclude, six weeks after responsive expert reports are served.

The Parties respectfully request that the Court approve the schedule set forth above. We are available to answer any questions the Court may have.

Respectfully submitted,

Lewis J. Liman

cc: (via email)
M. Byron Wilder, Esq.
Jennifer L. Conn, Esq.
Robert M. Rothman, Esq.
Mark S. Reich, Esq.
Samuel H. Rudman, Esq.
James D. Mathews, Esq.