# EXHIBIT A

# Confidential–Filed Under Seal