# EXHIBIT C

# Confidential–Filed Under Seal