# EXHIBIT G

# Confidential–Filed Under Seal