# EXHIBIT I

# Confidential–Filed Under Seal