**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | 06 CIV. 6128 (NRB)<br>ECF Case |

**DECLARATION OF LUCY P. ALLEN**

I, Lucy P. Allen, declare as follows:

Annexed to this declaration is a true and correct copy of my report entitled the Report of Lucy P. Allen and dated June 10, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: New York, New York
June 10, 2010.

Lucy P. Allen