NERA
Economic Consulting

# Appendix A

## Lucy P. Allen

Senior Vice President
National Economic Research Associates, Inc.
1166 Avenue of the Americas, 28th Floor
New York, New York 10036
212 345 5913
lucy.allen@nera.com

## Education

**YALE UNIVERSITY**
M.Phil., Economics, 1990
M.A., Economics, 1989
M.B.A., 1986

**STANFORD UNIVERSITY**
A.B., Human Biology, 1981

## Professional Experience

1994-Present **National Economic Research Associates, Inc.**
Senior Vice President. Responsible for economic analysis in the areas of securities, finance and environmental and tort economics.
Vice President.
Senior Consultant.

1992-1993 **Council of Economic Advisers, Executive Office of the President**
Staff Economist. Provided economic analysis on regulatory and health care issues to Council Members and interagency groups. Shared responsibility for regulation and health care chapters of the *Economic Report of the President, 1993*. Working Group member of the President's National Health Care Reform Task Force.

1986-1988
1983-1984 **Ayers, Whitmore & Company (General Management Consultants)**
Senior Associate. Formulated marketing, organization, and overall business strategies including:
Plan to improve profitability of chemical process equipment manufacturer.
Merger analysis and integration plan of two equipment manufacturers.

Evaluation of Korean competition to a U.S. manufacturer.
Diagnostic survey for auto parts manufacturer on growth obstacles.
Marketing plan to increase international market share for major accounting firm.

Summer 1985 — **WNET/Channel Thirteen, Strategic Planning Department**
Associate. Assisted in development of company's first long-term strategic plan. Analyzed relationship between programming and viewer support.

1981-1983 — **Arthur Andersen & Company**
Consultant. Designed, programmed and installed management information systems. Participated in redesign/conversion of New York State's accounting system. Developed municipal bond fund management system, successfully marketed to brokers. Participated in President's Private Sector Survey on Cost Control (Grace Commission). Designed customized tracking and accounting system for shipping company.

## Teaching

1989- 1992 — **Teaching Fellow, Yale University**
Honors Econometrics
Intermediate Microeconomics
Competitive Strategies
Probability and Game Theory
Marketing Strategy
Economic Analysis

## Publications, Speeches and Conference Papers

"Settlement Trends and Tactics" presented at *Securities Litigation During the Financial Crisis: Current Development & Strategies*, hosted by the New York City Bar, New York, New York, 2009.

"GM and Chrysler Bankruptcies: Potential Impact on Other Asbestos Defendants" presented at *Asbestos Litigation Conference: A Comprehensive National Overview and Outlook*, hosted by Perrin Conferences, San Francisco, California, 2009.

"Snapshot of Recent Trends in Asbestos Litigation," (co-author), NERA White Paper, 2009.

"Class Certification: Beyond Market Efficiency" presented at the 11th Annual Finance, Law and Economics Securities Litigation Seminar, sponsored by National Economic Research Associates, Aspen, Colorado, 2008.

"Emerging Economies and Product Recall -- Are the Claims Coming?" presented at *The International Reinsurance Summit 2008*, Hamilton, Bermuda, 2008.

"China Product Recalls: What's at Stake and What's Next," (co-author), NERA Working Paper, 2008.

"Recent Trends in Securities Litigation" presented at *Strategies, Calculations & Insurance in Complex Business Litigation*, hosted by the Directors Roundtable, New York, New York, 2008.

"The Current Landscape" presented at *Mealey's Product Recall Liability Conference: Made in China and Beyond*, Washington, DC, 2007.

"China Product Recalls: What's at Stake and What's Next" presented at *China Product Recalls*, sponsored by National Economic Research Associates, New York, New York, 2007.

"Damages and Loss Causation in Shareholder Class Actions after *Dura*" presented at *Securities Litigation: Emerging Trends in Enforcement and Winning Litigation Strategies* hosted by the International Quality & Productivity Center, New York, New York, 2006.

"Damages per Share in Shareholder Class Actions after *Dura*," presented at the 9th Annual Finance, Law and Economics Securities Litigation Seminar, sponsored by National Economic Research Associates, Deer Valley, Utah, 2006.

"Forecasting Product Liability by Understanding the Driving Forces," (co-author), *The International Comparative Legal Guide to Product Liability*, 2006.

"*Loss Causation*," presented at the 7th Annual Finance, Law and Economics Securities Litigation Seminar, sponsored by National Economic Research Associates, Beaver Creek, Colorado, 2004.

"Recent Trends in Securities Class Action Litigation," presented at The Class Action Litigation Summit program, *Class Action in the Securities Industry*, Washington, D.C., 2003.

"Product Liability Claims Estimation – Four Steps, Four Myths" presented at Standard & Poor's Seminar, New York, New York, 2001.

"How Bad Can It Be? The Economics of Damages and Settlements in Shareholder Class Actions," ***Balancing Disclosure and Litigation Risks for Public Companies (Or Soon-To-Be Public Companies)*** seminar sponsored by Alston & Bird LLP and RR Donnelley Financial, Nashville, Tennessee, 2000.

"Securities Litigation Reform: Problems and Progress," ***Viewpoint***, November 1999, Issue No. 2 (co-authored).

"Trends in Securities Litigation and the Impact of the PSLRA," *Class Actions & Derivative Suits*, American Bar Association Litigation Section, Vol. 9, No. 3, Summer 1999 (co-authored).

"Random Taxes, Random Claims," ***Regulation***, Winter 1997, pp. 6-7 (co-authored).

"Adverse Selection in the Market for Used Construction Equipment," presented at the NBER Conference on Research in Income and Wealth, Federal Reserve Board, June 1992.

## Testimony (4 years)

Deposition Testimony before the United States District Court for the Southern District of New York in *Adelphia Recovery Trust v. Bank of America N.A., et al.*, 2010.

Deposition Testimony and Declaration before the United States District Court for the Northern District of California, San Jose Division, *In re Juniper Networks, Inc. Securities Litigation*, 2009.

Deposition Testimony before the District Court of Montgomery County, Texas in *Huntsman Corporation v. Credit Suisse Securities (USA) LLC, and Deutsche Bank Securities, Inc.*, 2009.

Testimony, Deposition Testimony and Declaration before the United States Bankruptcy Court for the Northern District of New York, *In re Barbara C. Lawrence*, 2008.

Deposition Testimony before the United States District Court for the Eastern District of Louisiana in *Elizabeth Bolton Hassinger et al. v. JP Morgan Chase and Company*, 2008.

Deposition Testimony before the United States District Court for the Northern District of Georgia, Atlanta Division in *Lucy Graetz Kish, on behalf of herself and all others similarly situated v. SunTrust Bank and SunTrust Banks, Inc.*, 2008.

Deposition Testimony and Declaration before the United States District Court for the Central District of California Western Division in *Vincent Alvidres, Individually and on Behalf of All Others Similarly Situated v. Countrywide Financial Corporation, et al.*, 2008.

Deposition Testimony before the United States District Court for the Northern District of Texas, Dallas Division in *The Archdiocese of Milwaukee Supporting Fund, Inc., et al. v. Halliburton Company, et al.*, 2007.

Third Expert Witness Statement before the High Court of Justice Chancery Division – Companies Court, *In the Matters of Sovereign Marine & General Insurance Company Limited, et al. (the Scheme Companies) and In the Matter of The Companies Act 1985*, 2007.

Deposition Testimony before the United States District Court for the Northern District of Texas in *Jerry Ryan, on Behalf of Himself and All Others Similarly Situated vs. Flowserve Corporation, et al.*, 2007.

Deposition Testimony before the Supreme Court of the State of New York for the County of New York in *Pharma Consult Inc., et al., v. Nutrition Technologies L.L.C., et al.*, 2006.

Second Expert Witness Statement before the High Court of Justice Chancery Division – Companies Court, *In the Matters of Sovereign Marine & General Insurance Company Limited, et al. (the Scheme Companies) and In the Matter of The Companies Act 1985*, 2006.

Expert Witness Statement before the High Court of Justice Chancery Division – Companies Court, *In the Matters of Sovereign Marine & General Insurance Company Limited, et al. (the Scheme Companies) and In the Matter of The Companies Act 1985*, 2006.

June 2010