UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | 06 CIV. 6128 (NRB)<br><br>ECF Case |

### DECLARATION OF PROFESSOR POONAM PURI

I, Poonam Puri, declare as follows:

1.   Annexed to this declaration is true and correct copy my report entitled Report of Professor Poonam Puri.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:   New York, New York
June 10, 2010.

_____
Poonam Puri