UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE IMAX CORPORATION SECURITIES LITIGATION

Master File No. 06 Civ. 6128 (NRB)

**DECLARATION OF SAMANTHA LUNN IN SUPPORT OF DEFENDANT PRICEWATERHOUSECOOPERS LLP'S, AN ONTARIO LIMITED LIABILITY PARTNERSHIP, MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

**PORTIONS REDACTED**

Samantha Lunn, pursuant to 28 U.S.C. § 1746, hereby declares:

1. I am an associate in the law firm of Gibson, Dunn & Crutcher LLP, counsel to defendant PricewaterhouseCoopers LLP ("PwC-Canada"), an Ontario limited liability partnership, in the above-captioned action. I respectfully submit this declaration in support of PwC-Canada's Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification.

2. [REDACTED]

3. Attached as Exhibit B is a true and correct copy of the Corrected Certificate of Named Plaintiff, dated April 29, 2010.

4. [REDACTED]

5. Attached as Exhibit D is a true and correct copy of the May 26, 2010 letter from Mark S. Reich to all counsel of record, regarding confidential sources.

**THIS DECLARATION CONTAINS CONFIDENTIAL INFORMATION. PURSUANT TO ¶ 7 OF THE STIPULATION AND ORDER GOVERNING CONFIDENTIAL MATERIAL, ENTERED NOVEMBER 3, 2008, PORTIONS OF THE ELECTRONICALLY-FILED DECLARATION HAVE BEEN REDACTED AND AN UNREDACTED COPY HAS BEEN FILED WITH THE COURT UNDER SEAL**

**PORTIONS REDACTED**

6. Attached as Exhibit E is a true and correct copy of the August 9, 2006 IMAX Press Release.

7. Attached as Exhibit F is a true and correct copy of the March 29, 2007 IMAX Press Release.

8. Attached as Exhibit G is a true and correct copy of the July 20, 2007 IMAX Press Release.

9. ████████████████████████████████████████████████████

10. Attached as Exhibit I is a true and correct copy of the March 16, 2007 IMAX Press Release.

11. Attached as Exhibit J is a true and correct copy of Lexis Nexis historical stock quotes for March 15, 2007; May 16, 2007; July 19, 2007; July 20, 2007; and July 23, 2007.

I hereby declare that the foregoing is true and correct to the best of my knowledge.

Executed on June 10, 2010.

                                            /s/ Samantha A. Lunn
                                            Samantha A. Lunn

100884387_1.DOC

**PORTIONS REDACTED**

## CERTIFICATE OF SERVICE

I, Samantha A. Lunn, hereby certify that a true and correct copy of the foregoing was sent via the Court's CM/ECF system on June 10, 2010 to the following counsel of record:

| | |
|---|---|
| Samuel H. Rudman | Lewis J. Liman |
| Robert M. Rothman | James D. Mathews |
| David A. Rosenfeld | David Oliwenstein |
| Mark S. Reich | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| ROBBINS GELLER RUDMAN & DOWD LLP | One Liberty Plaza |
| 58 South Service Road, Suite 200 | New York, NY 10006 |
| Melville, NY 11747 | Telephone: (212) 225-2550 |
| Telephone: (631) 367-7100 | Facsimile: (212) 225-3999 |
| Facsimile: (631) 367-1173 | |

  /s/ Samantha A. Lunn
Samantha A. Lunn