# EXHIBIT A

**This Exhibit designated**

**"Confidential – Subject to Court Order"**