# EXHIBIT C

**This Exhibit designated**

**"Confidential – Subject to Court Order"**