# EXHIBIT J

LexisNexis

Back to *lexis.com®*

*Historical Quotes* Data Supplied by **SUNGARD**

**IMAX - Imax Corporation (NASDAQ)**

**Currency:** Currency as reported (CAR)
**Date(s):** 03/15/2007 - 03/16/2007

**Frequency:** Daily prices
**Exchange:** NASDAQ

| Date | Close | High | Low | Volume |
|---|---|---|---|---|
| 03/15/2007 | **4.99** | 5.29 | 4.95 | 806,900 |
| 03/16/2007 | **5.00** | 5.12 | 4.75 | 1,134,900 |

Print Cancel

LexisNexis® Back to *lexis.com*®

*Historical Quotes* Data Supplied by SUNGARD

**IMAX - Imax Cp COM (NASDAQ)**

**Currency:** Most Recent (MRP)
**Date(s):** 07/19/2007 - 07/20/2007
**Frequency:** Daily prices
**Exchange:** NASDAQ

| Date | Close | High | Low | Volume |
|---|---|---|---|---|
| 07/19/2007 | **4.40** | 4.50 | 4.36 | 251,793 |
| 07/20/2007 | **4.85** | 4.98 | 4.54 | 1,593,697 |

Print Cancel

LexisNexis®

Back to *lexis.com*®

*Historical Quotes* Data Supplied by **SUNGARD**

**IMAX - Imax Cp COM (NASDAQ)**

**Currency:** Most Recent (MRP)
**Date(s):** 07/23/2007 - 07/23/2007
**Frequency:** Daily prices
**Exchange:** NASDAQ

| Date | Close | High | Low | Volume |
|---|---|---|---|---|
| 07/23/2007 | **4.98** | 5.21 | 4.90 | 1,073,523 |

Print Cancel