UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

IN RE IMAX CORPORATION SECURITIES LITIGATION

06 Civ. 6128 (NRB)

CERTIFICATE OF SERVICE

---------------------------------------------------------------X

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 10th day of June 2010, I have caused service of the Memorandum of Law in Support of Defendants IMAX Corporation, Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce and Kathryn A. Gamble's Opposition to Snow Capital Investment Partners, L.P.'s Motion for Class Certification; the Declaration of James D. Mathews in Support of Defendants IMAX Corporation, Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce and Kathryn A. Gamble's Opposition to Plaintiffs' Motion for Class Certification with Exhibits; the Declaration of Lucy P. Allen and the Declaration of Professor Poonam Puri to be made by electronic filing with the Clerk of the Court using the CM/ECF System, which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have appeared and consent to electronic service in this action.

2. On the 10th day of June 2010, the above-mentioned documents were also served by email upon:

mreich@csgrr.com, rrothman@rgrdlaw.com

Dated: New York, New York
June 11, 2010

Richard V. Conza