**Robbins Geller Rudman & Dowd LLP**

Atlanta
Boca Raton
Melville
New York
Philadelphia
San Diego
San Francisco
Washington, DC

Robert M. Rothman, Esq.
rrothman@rgrdlaw.com

MEMO ENDORSED

MEMO ENDORSED

July 22, 2010

VIA FACSIMILE

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street, Room 2270
New York, NY 10007

2 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/10

Re: *In re IMAX Corp. Securities Litigation,*
Civil Action No. 1:06-cv-6128-NRB

Dear Judge Buchwald:

This firm represents Lead Plaintiff Snow Capital Investment Partners, L.P. ("Lead Plaintiff") in the above-referenced action. On June 20, 2010, IMAX Corporation and the individual defendants filed their opposition to Lead Plaintiff's motion for class certification. Separately, defendant PricewaterhouseCoopers LLP filed its own opposition that same day. Collectively, defendants' opposition memoranda total 47 pages.

As a more efficient alternative to submitting two separate reply memoranda, we write to request the Court's permission to file a single omnibus reply memorandum of law of no more than twenty-five pages.

We have consulted with counsel for all defendants, who do not object to this proposal. Lead Plaintiff's reply papers are due on July 30, 2010.

We are available at the Court's convenience should Your Honor have any questions.

Application granted. So ordered. Naomi Reice Buchwald, USDJ 7/23/10

Respectfully submitted,

Robert Rothman

Robert M. Rothman

cc: All counsel (by e-mail)