UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re IMAX CORPORATION SECURITIES LITIGATION | Civil Action No. 1:06-cv-06128-NRB<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | DECLARATION OF MARK T. MILLKEY IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION<br><br>**CONFIDENTIAL – FILED UNDER SEAL** |

I, MARK T. MILLKEY, declare as follows:

1. I am Of Counsel at the law firm of Robbins Geller Rudman & Dowd LLP, attorneys for Lead Plaintiff Snow Capital Investment Partners, L.P. I am licensed to practice law before the Courts of the State of New York, and submit this declaration in support of the Reply Memorandum of Law in Further Support of Plaintiff's Motion for Class Certification.

2. Attached hereto as Exhibit 1 is a true and accurate copy of excerpts from the deposition transcript of Richard Snow, conducted on May 6, 2010.

3. Attached hereto as Exhibit 2 is a true and accurate copy of a letter from Alfred G. Yates Jr. to Richard A. Snow, dated September 26, 2006.

4. Attached hereto as Exhibit 3 is a true and accurate copy of an Order of this Court in this action, dated February 7, 2007.

5. Attached hereto as Exhibit 4 is a true and accurate copy of a letter from David A. Rosenfeld to this Court, dated June 29, 2009.

**THIS DECLARATION CONTAINS CONFIDENTIAL INFORMATION. PURSUANT TO ¶7 OF THE STIPULATION AND ORDER GOVERNING CONFIDENTIAL MATERIAL, ENTERED NOVEMBER 3, 2008, PORTIONS OF THE ELECTRONICALLY-FILED DECLARATION HAVE BEEN REDACTED AND AN UNREDACTED COPY HAS BEEN FILED WITH THE COURT UNDER SEAL.**

6. Attached hereto as Exhibit 5 is a true and accurate copy of excerpts from the deposition transcript of Lucy P. Allen, conducted on July 27, 2010.

7. Attached hereto as Exhibit 6 is a true and accurate copy of excerpts from the deposition transcript of Christopher M. James, conducted on July 21, 2010.

8. Attached hereto as Exhibit 7 is a true and accurate copy of excerpts from the Factum of the Moving Parties (the Defendants and certain Proposed Defendants), Motion for Leave to Appeal (returnable on July 9, 2010), in an action pending in the Ontario Superior Court of Justice captioned *Marvin Neil Silver, et al. v. IMAX Corporation, et al.*, Court File No. CV-06-3257-00 (the "*Silver* Action").

9. Attached hereto as Exhibit 8 is a true and accurate copy of excerpts from the Factum of the Defendants and the Proposed Defendants #3, as Responding Parties to the Motion for Certification (returnable on December 15, 2008), in the *Silver* Action.

10. Attached hereto as Exhibit 9 is a true and accurate copy of excerpts from the Reasons for Decision: Rule 21 Motion and Motion for Certification, dated December 14, 2009, in the *Silver* Action.

11. Attached hereto as Exhibit 10 is a true and accurate copy of Fresh Notice of Motion for Leave to Appeal of the Defendants and certain of the Proposed Defendants, dated June 14, 2010, in the *Silver* Action.

12. Attached hereto as Exhibit 11 is a true and accurate copy of excerpts from the Ontario *Securities Act*.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of July, 2010 at Melville, New York.

MARK T. MILLKEY

**THIS DECLARATION CONTAINS CONFIDENTIAL INFORMATION. PURSUANT TO ¶7 OF THE STIPULATION AND ORDER GOVERNING CONFIDENTIAL MATERIAL, ENTERED NOVEMBER 3, 2008, PORTIONS OF THE ELECTRONICALLY-FILED DECLARATION HAVE BEEN REDACTED AND AN UNREDACTED COPY HAS BEEN FILED WITH THE COURT UNDER SEAL.**

## CERTIFICATE OF SERVICE

I, Mark T. Millkey, hereby certify that on July 30, 2010, I caused a true and correct copy of the attached:

> Declaration of Mark T. Millkey in Further Support of Plaintiff's Motion for Class Certification

to be filed by hand with the Clerk of the Court. A redacted version of the foregoing document has been filed using the Court's CM/ECF Filing System and served electronically on all counsel registered for electronic service for this case.

Mark T. Millkey

**CERTIFICATE OF SERVICE**

I, Robert M. Rothman, hereby certify that on July 30, 2010, I caused a true and correct copy of the attached:

Reply Memorandum of Law in Further Support of Plaintiff's Motion for Class Certification;

Declaration of Mark T. Millkey in Further Support of Plaintiff's Motion for Class Certification (redacted version); and

Declaration of John D. Finnerty, Ph. D. in Support of Lead Plaintiff's Motion for Class Certification

to be served electronically on all counsel registered for electronic service for this case.

*/s/ Robert M. Rothman*
Robert M. Rothman