EXHIBIT 2

# LAW OFFICE OF
# ALFRED G. YATES JR, P.C.

519 ALLEGHENY BUILDING
429 FORBES AVENUE
PITTSBURGH, PA 15219
TELEPHONE: (412) 391-5164
FACSIMILE: (412) 471-1033

September 26, 2006

Mr. Richard A. Snow
Snow Capital Investment Partners, L.P.
2100 Georgetown Drive
Suite 400
Sewickley, Pennsylvania 15143

Client Retention Letter

**Re: IMAX Corporation Litigation**

Dear Richard:

This letter will confirm that The Law Office of Alfred G. Yates Jr., P.C. and the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP have been retained by Snow Capital Investment Partners, L.P. in connection with securities litigation brought to recover the losses incurred by investors in IMAX Corporation. We have conducted an investigation and believe there is a valid basis to prosecute an action against IMAX Corporation and certain of its officers and/or directors for violations of state and/or federal securities laws.

The terms under which we will represent you as lead plaintiff in a class action or individually are:

1. We will prosecute the action on a contingency fee and cost basis.

2. We will advance all fees and expenses necessary to prosecute the case. You will have no responsibility for legal fees and expenses. Legal fees and expenses will be paid only out of a recovery (i.e. judgment or settlement). If the matter is certified as a class action, legal fees and expenses are paid only after notice to the class and as approved by the court after a hearing. In the event that we are not successful in obtaining a recovery, the responsibility for these fees and expenses is ours alone – you have no responsibility for any fees or expenses. If the court does not certify the case as a class action, we will discuss our continued representation of you on an individual basis. If we do agree to go forward with the case representing you on an individual basis, you will likewise have no responsibility for legal fees and expenses.

3. You agree that we may divide fees with other attorneys for serving as local counsel, as referral fees or for other services performed. The division of attorneys' fees with other counsel may be determined upon a percentage basis or upon time spent in assisting the

prosecution of an action. The division of fees with other counsel is our sole responsibility and will not increase the fees approved by you or the net fees received by us upon a successful resolution of the litigation.

4. You will cooperate in the prosecution of the action, including discovery and deposition testimony if requested.

5. In a class action, any recovery will be divided among damaged investors based upon a plan of allocation approved by the court.

6. If you are designated as a lead plaintiff and we are designated class counsel for the class, we will pursue the claims on a class wide basis. If you are not so designated, we will discuss with you whether to proceed on an individual basis.

7. You agree that our files and documents compiled in connection with our investigation and prosecution of this matter constitute the work product and property of this firm over which the firm has complete control with respect to its use and/or disclosure.

8. All disputes, disagreements and claims arising out of or related to this agreement shall be resolved through binding arbitration pursuant to the Rules of the American Arbitration Association.

We look forward to the successful prosecution of these claims to recover the damages which you and the other investors in IMAX Corporation have suffered.

Very truly yours,

Alfred G. Yates Jr.

Please sign below and return this agreement if you would like us to pursue this matter as outlined above.

SNOW CAPITAL INVESTMENT PARTNERS, L.P. Dated: 9/27, 2006

By: ______________________

Richard A. Snow, President of Snow Capital Management, LLC,
general partner of Snow Capital Investment Partners, L.P.,
an investment partnership