# EXHIBIT 4

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

SAN DIEGO • SAN FRANCISCO
NEW YORK • BOCA RATON
WASHINGTON, DC • ATLANTA
LOS ANGELES • PHILADELPHIA

David A. Rosenfeld
DRosenfeld@csgrr.com

June 29, 2009

VIA FACSIMILE

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street, Room 2270
New York, NY 10007

Re: *In re IMAX Corp. Securities Litigation,*
Civil Action No. 1:06-cv-6128-NRB

Dear Judge Buchwald:

We are in receipt of the Court's Order from today appointing Snow Capital Investment Partners, L.P. ("Snow Capital") as lead plaintiff and approving of our firm as lead counsel. At the time that we received the Order, we were in the process of compiling newly obtained information regarding Snow Capital's financial interest for submission to the Court.[1] While, under any calculation, Snow Capital continues to have the largest financial interest in this litigation, in an abundance of caution, we wanted to bring the following information to the Court's attention and respectfully submit that, under the analysis employed by the Court, this information should not alter the Court's conclusion.

In its opening motion, which at the time concerned a class period of October 28, 2004 – August 9, 2006, Snow Capital identified the following trades on its certification:

[THIS SPACE INTENTIONALLY LEFT BLANK]

1 In response to the letter from Steelworkers Pension Trust ("Steelworkers") dated June 23, 2009, counsel for Snow Capital obtained all backup materials for Snow Capital's claimed financial interest at the very end of last week and intended to submit them to the Court for further consideration of Snow Capital's motion. The information discussed herein was obtained as a result of the review of these materials.

| Date | Number of Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Loss |
|---|---|---|---|---|---|---|---|---|
| 12/14/04 | 40,000 | $8.53 | $341,284.00 | 8/10/06 | 35,000 | $5.84 | $204,335.36 | |
| 10/3/05 | 35,000 | $10.51 | $367,793.50 | 8/10/06 | 40,000 | $5.84 | $233,526.13 | |
| 11/3/05 | 75,000 | $8.64 | $647,972.50 | 8/10/06 | 75,000 | $5.84 | $437,861.48 | |
| | | | | | | | | ($481,327.03) |

These trades, which were generated from an internal Profit and Loss Statement prepared by Snow Capital, inadvertently combined two trades: the trade for 40,000 shares on December 14, 2004 (at $8.53 per share) was actually two separate trades and should have been broken down into a purchase of 50,000 shares on December 14, 2004 for $8.48 per share, and a sale of 10,000 shares on February 7, 2005 for $11.83 per share.

Although the Court recently asked counsel whether Snow Capital had additional trades during the Class Period of February 27, 2003 to July 20, 2007 (the expanded class period) – to which Snow Capital responded that its losses remained constant and unchanged as a result of the expanded class period – it appears that Snow Capital did not identify the sale on February 7, 2005 because such trade was made during the initial class period and had inadvertently been consolidated with the trade on December 14,2004, a trade which was also made during the initial class period.

When these additional trades are considered, Snow Capital's losses are adjusted to $436,176.00, *see* Exhibit A (attached hereto), instead of the reported $481,327.03. Even with this reduced financial interest, Snow Capital's financial interest is still greater than the financial interest reported by Steelworkers, both in what it first reported as its financial interest ($428,445.00) and in what it has now reported as its revised financial interest ($366,732.00).[2] *See, e.g., Ferrari v. Gisch*, 225 F.R.D. 599, 605 (C.D. Cal. 2004) (appointing

---

2 While Steelworkers purportedly revised its losses based on the extended class period, the only modification to its trades is a sale that took place on August 10, 2006, *i.e.*, the sale of 86,205 shares for $5.7194 per share. As these sales immediately followed the last day of the initial class period, which ended on August 9, 2006, they should have been reported at the time that Steelworkers first reported its financial interest, as Snow Capital did (since Snow Capital also sold its remaining shares on August 10, 2006). However, instead of using the actual sale price to calculate its financial interest, *see* 15 U.S.C. § 78u-4(e)(2), Steelworkers used the 90-day average price of $5.00 per share, thereby claiming that all 86,205 of the shares it

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP



investor as lead plaintiff where its revised financial interest was still larger than the financial interest of the competing movant); *see also In re Initial Pub. Offering Sec. Litig.*, 227 F.R.D. 65, 99 (S.D.N.Y. 2004) (rejecting arguments concerning the "temporary omission of certain transactions from class representatives' disclosures"); *In re Sepracor Inc.*, 233 F.R.D. 52, 56 (D. Mass. 2005) (rejecting argument concerning disclosures inadvertently omitted in certification where the "information that [investor] omitted in his certification was later fully provided in response to [defendant's] written discovery requests").

Respectfully submitted,

D. Rosenfeld (w/p JKM)
David A. Rosenfeld

cc: Counsel on attached fax cover sheet

---

continued to hold had been damaged by an extra $0.72 per share, or more than $60,000.00. As such, Steelworkers' financial interest, under either class period, has never been more than $366,732.00 and has always been significantly less than the financial interest reported by Snow Capital.

# EXHIBIT A

**Class Period: 2/27/03-7/20/07**

| Name | Date | Shares | Price | Cost | Date | Shares | Price | Proceeds | Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|
| Snow Capital Management LP | 12/14/2004 | 50,000 | $ 8.48 | $ 424,095.00 | 02/07/2005 | 10,000 | $11.83 | $118,305.00 | $(305,790.00) |
| Snow Capital Management LP | 10/03/2005 | 35,000 | $10.45 | $ 365,683.50 | **08/10/2006** | **150,000** | $ 5.87 | $880,260.00 | $ 514,576.50 |
| Snow Capital Management LP | 11/03/2005 | 75,000 | $ 8.60 | $ 644,962.50 | | | | $ - | $(644,962.50) |
| **Total** | | **160,000** | | **$ 1,434,741.00** | | **160,000** | | **$998,565.00** | **$(436,176.00)** |