EXHIBIT 6

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

______________________________x
:
IN RE IMAX CORPORATION SECURITIES: Master File No.
: 1:06-cv-06128-NRB
LITIGATION :
______________________________x

***************************************************

ORAL DEPOSITION OF
CHRISTOPHER M. JAMES
July 21st, 2010

***************************************************

ORAL DEPOSITION OF CHRISTOPHER M. JAMES, produced as a witness at the instance of the Plaintiffs, and duly affirmed, was taken in the above-styled and numbered cause on the 21st of July, 2010, from 8:55 a.m. to 1:53 p.m., before Daniel J. Skur, Notary Public and Certified Shorthand Reporter in and for the State of Texas, reported by stenographic means, at the offices of Gibson, Dunn & Crutcher, 2100 McKinney Avenue, Suite 1100, Dallas, Texas, pursuant to the Federal Rules of Civil Procedure.

A P P E A R A N C E S

FOR PLAINTIFFS:
Mr. Robert M. Rothman
Mr. Mark S. Reich
Robbins Geller Rudman & Dowd, LLP
58 South Service Road
Suite 200
Melville, New York 11747
P (631) 367-7100 | F (631) 367-1173
rrothman@rgrdlaw.com
Mreich@rgrdlaw.com

FOR DEFENDANT PRICEWATERHOUSECOOPERS AND THE WITNESS:
Mr. M. Byron Wilder
Mr. Jason C. McKenney
Gibson, Dunn & Crutcher, LLP
2100 McKinney Avenue
Suite 1100
Dallas, Texas 75201-6912
P (214) 698-3100 | F (214) 751-2913
bwilder@gibsondunn.com
jmckenney@gibsondunn.com

FOR IMAX DEFENDANTS:
Mr. David Oliwenstein
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, New York 10006-1470
P (212) 225-2016 | F (212) 225-3999
doliwenstein@cgsh.com

present discounted value of the cash flows through, for example, use of multiples, using sales comparables, that type of thing.

Q. What are the names of some of those other methods?

A. I think I just mentioned it. That would be sort of a comparables analysis.

Q. Are there any other methods?

A. Other than sort of -- I think there's two broad methods, you know, a comparables analysis and a discounted cash flow model, if you were trying to value the business. Some would argue that, you know, if you have market prices available and you have reason to believe that the participants are conducting arm's-length transactions and are reasonably well informed, that those market prices could be used in a valuation because they are reflecting, again, what I indicated before, the fundamental value with the present discounted value of the cash flow associated with the enterprise.

Q. Is the discounted cash-flow analysis more accurate than a comparables analysis?

A. I think that -- I would say -- I think that most people would say that it is as accurate or more accurate. In a multiples analysis, one is

forced to make certain assumptions about the similarities of the firms with respect to things like their growth rates and discount rates that are explicitly recognized and analyzed in a discounted cash flow model, so I think they're both methods of trying to get at what the underlying future cash flows might be. Now, some would argue that pushing -- setting aside an issue of market efficiency that if there is -- the multiples analysis might pick up market sentiment that a discounted cash flow model would not be, would not pick up, and that if -- if you believe that market values can drift from fundamental values, the comparables approach might pick that up.

Q. Do you believe that market values can shift from fundamental values?

A. I suspected you would ask that follow-up question. You know, I think that clearly there's an active debate in financial economics regarding sort of market efficiency from a valuation perspective, and I certainly think that while it's not -- I wouldn't say it's the norm, I certainly think that it's possible in certain circumstances. I haven't seen anything that would indicate in this case, for example, you would have drifting from sort of

fundamental value, but example would be, some would argue, that Internet, time period with Internet stocks, that the valuation multiples one observed in the marketplace were substantially different from what one might reasonably estimate using a discounted cash flow model.

Q. Have you done any analysis about whether IMAX's stock price shifted from fundamental value?

A. I haven't been asked to explicitly address that question. I think -- as I understood the plaintiffs, your expert, Mr. Marek, is it?

Q. Yes.

A. Had indicated that, in his view, the stock was trading in an efficient market. So I assumed that for purposes of writing my report and didn't see any evidence that would -- would be contrary to that view.

Q. Do trends in a business affect the value of a company?

A. That's a very broad question. It would depend on the nature of the trends.

Q. What about increasing sales trends, does that -- does that impact the value of the business?

A. It would depend on the facts and circumstances. Certainly if a -- if one were to

view sales as indicative of expected future cash flows, that that certainly might be, but if you could certainly see an increase in sales trend that might not be related to expectations or increasing expectations about future cash flows, in which case I wouldn't expect there to be a relationship.

Q. If a trend in a company's business had been overstated in the past, how do you think that would affect the value of the company?

A. I think, again, that's a very broad question, and I really can't answer it without more information. I think it's related to the question you asked me before regarding sort of what the valuation impact of a trend would be, and obviously that would be -- depend on what the nature of the trend was and how it was linked to cash flows.

Q. Do you believe that an overstatement of a sales trend would impact the price of a company's stock?

A. Again, I would give you the same answer as I gave you before with respect to the question regarding the extent to which trends are related to fundamental values. To the extent that the trend is reflective, an overstatement of a trend is reflective of an overstatement in expected future

cash flows, then certainly that might have impacted value. To the extent that it's unrelated to expected future cash flows, I don't -- I wouldn't expect it to be related to fundamental value.

Q. Does the company's stock price affect what someone would be willing to pay to acquire a company?

A. Again, it may.

Q. Does a company's stock price impact what someone would be required to pay to acquire a company?

A. It would really depend. Those are very general questions. It would certainly depend on the circumstances. If a company is in play and, you know, a particular -- one bidder has -- has made a tender offer at, say, $10 a share and the seller is -- or the shareholders are indifferent between bidder A and bidder B, then the $10 share tender offer for -- by bidder A may impact the required tender offer that bidder B would need to submit if they want to be successful.

Q. Would the bids be affected by the current trading price of the stock?

A. It would -- again, that's a very general question. It would depend on the circumstances.