# EXHIBIT 7

**REDACTED**

**[CONFIDENTIAL – FILED UNDER SEAL]**