EXHIBIT 8

**REDACTED**

**[CONFIDENTIAL – FILED UNDER SEAL]**