EXHIBIT 10

**REDACTED**

**[CONFIDENTIAL – FILED UNDER SEAL]**