AUG 20 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE IMAX CORPORATION SECURITIES LITIGATION

Case No: 06 Civ. 6128 (NRB) (ECF Case)

## MOTION FOR ADMISSION *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jennifer L. Conn, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | John Franklin Guild |
| Firm Name: | Gibson, Dunn & Crutcher LLP |
| Address: | 2100 McKinney Ave., Suite 1100 |
| City/State/Zip: | Dallas, Texas 75201 |
| Phone Number: | 214-698-3182 |
| Fax Number: | 214-571-2922 |

Mr. Guild is a member in good standing of the Bar of the State of Texas. There are no pending disciplinary proceedings against Mr. Guild in any State or Federal court.

Dated: August 20, 2010
New York, New York

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: ______________________________
Jennifer L. Conn

200 Park Ave., 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000

*Attorneys for Defendant PricewaterhouseCoopers LLP, an Ontario limited liability partnership*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE IMAX CORPORATION SECURITIES LITIGATION

Case No: 06 Civ. 6128 (NRB) (ECF Case)

**AFFIDAVIT OF JENNIFER L. CONN**

STATE OF NEW YORK )
 )
COUNTY OF NEW YORK )

I, JENNIFER L. CONN, being duly sworn, says:

1. I am an attorney admitted to practice in the State of New York and the United States District Court for the Southern District of New York. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel for Defendant PricewaterhouseCoopers LLP, an Ontario limited liability partnership ("PwC-Canada"), in the above-captioned action. I am familiar with the proceedings in this case. I make this affidavit based on my personal knowledge of the facts set forth herein and in support of Defendant PwC-Canada's motion, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for the admission of John Guild to the bar of this Court *pro hac vice.*

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1996. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3. John Guild is an associate in the Dallas office of Gibson, Dunn & Crutcher LLP. Mr. Guild is a member in good standing of the bar of the State of Texas. *See* Certificate Of Good Standing issued by the Supreme Court of Texas, dated August 2, 2010, attached hereto.

Mr. Guild is familiar with the Federal Rules of Civil Procedure and with the Rules of this Court.

4. Accordingly, I respectfully request that Mr. Guild be admitted to the bar of this Court, *pro hac vice.*

______________________
Jennifer L. Conn

Sworn before me this
20th day of August, 2010

______________________
Notary Public

# STATE BAR OF TEXAS

**Office of The Chief Disciplinary Counsel**

August 02, 2010

RE: **Mr. John Franklin Guild**
State Bar Number - **24041022**

To Whom it May Concern:

This is to certify that Mr. John Franklin Guild was licensed to practice law in Texas on November 06, 2003 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/dh

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------- x

IN RE IMAX CORPORATION SECURITIES LITIGATION : Case No: 06 Civ. 6128 (NRB) (ECF Case)

-------------------------------------- x

**ORDER FOR ADMISSION *PRO HAC VICE***

Upon the motion of Jennifer L. Conn, attorney for Defendant PricewaterhouseCoopers LLP, an Ontario limited liability partnership ("PwC-Canada"), and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

John Franklin Guild
Gibson, Dunn & Crutcher LLP
2100 McKinney Ave., Suite 1100
Dallas, Texas 75201
Tel: 214-698-3182
Fax: 214-571-2922

is admitted to practice *pro hac vice* as counsel for PwC-Canada in the above captioned case in the United States District Court for the Southern District of New York.

Dated: August ____ 2010
New York, New York

______________________________
Honorable Naomi Reice Buchwald
United States District Judge

**CERTIFICATE OF SERVICE**

I, Jennifer L. Conn, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 20th day of August 2010, I caused to be served a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* of John Guild and the supporting affidavit and proposed order, by first class mail, postage prepaid, upon the following counsel of record:

Samuel H. Rudman
Robert M. Rothman
David A. Rosenfeld
Mark S. Reich
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melvile, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173
*Attorneys for Lead Plaintiff*

Lewis J. Liman
James D. Mathews
David Oliwenstein
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2550
Facsimile: (212) 225-3999
*Attorneys for Defendant IMAX Corporation*

Jennifer L. Conn