UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE IMAX CORPORATION SECURITIES LITIGATION

Case No: 06 Civ. 6128 (NRB) (ECF Case)

**ORDER FOR ADMISSION *PRO HAC VICE***

Upon the motion of Jennifer L. Conn, attorney for Defendant PricewaterhouseCoopers LLP, an Ontario limited liability partnership ("PwC-Canada"), and said sponsor attorney's affidavit in support;

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/10

IT IS HEREBY ORDERED that

John Franklin Guild
Gibson, Dunn & Crutcher LLP
2100 McKinney Ave., Suite 1100
Dallas, Texas 75201
Tel: 214-698-3182
Fax: 214-571-2922

is admitted to practice *pro hac vice* as counsel for PwC-Canada in the above captioned case in the United States District Court for the Southern District of New York.

Dated: August 27 2010
New York, New York

Honorable Naomi Reice Buchwald
United States District Judge