# EXHIBIT A

**CERTIFICATION OF LEAD PLAINTIFF**
**PURSUANT TO FEDERAL SECURITIES LAWS**

I, Roy Behren, on behalf of The Merger Fund, declare as follows:

1. I have reviewed the Consolidated Amended Complaint filed in this action.

2. The Merger Fund did not purchase Imax Corporation securities at the direction of counsel or in order to participate in any private action arising under the Private Securities Litigation Reform Act (the "PSLRA").

3. The Merger Fund is willing to serve as a representative party on behalf of a class and to testify at deposition and trial, if necessary.

4. The Merger Fund's transactions in IMAX securities during the class period identified in the Consolidated Amended Complaint are set forth in the document attached hereto.

5. The Merger Fund has not served or sought to serve as a representative party on behalf of a class in any federal securities action during the last three years.

6. The Merger Fund will not accept any payment for serving as a representative party, except to receive its pro rata share of any recovery or as ordered or approved by the court or any award to it by the Court of reasonable costs and expenses (including lost wages) directly relating to its representation of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/06/11 Signed: [signature]

**THE MERGER FUND TRANSACTION SUMMARY**

| Tran Code | Trade Date | Security | Cost/Share | Dollar Amount | Quantity |
|---|---|---|---|---|---|
| by | 3/14/2006 | IMAX Corporation | 10.65 | 396,438 | 37,205 |
| by | 3/14/2006 | IMAX Corporation | 10.64 | 279,507 | 26,200 |
| by | 3/15/2006 | IMAX Corporation | 10.56 | 5,820,059 | 549,700 |
| by | 3/15/2006 | IMAX Corporation | 10.60 | 299,766 | 28,200 |
| by | 3/15/2006 | IMAX Corporation | 10.55 | 239,108 | 22,600 |
| by | 3/15/2006 | IMAX Corporation | 10.58 | 191,679 | 18,100 |
| by | 3/16/2006 | IMAX Corporation | 10.28 | 1,701,694 | 165,000 |
| by | 3/16/2006 | IMAX Corporation | 10.44 | 523,395 | 50,000 |
| by | 4/10/2006 | IMAX Corporation | 10.10 | 461,261 | 45,500 |
| by | 4/11/2006 | IMAX Corporation | 10.08 | 758,880 | 75,000 |
| by | 4/12/2006 | IMAX Corporation | 10.05 | 756,450 | 75,000 |
| by | 4/13/2006 | IMAX Corporation | 10.06 | 355,678 | 35,200 |
| sl | 5/1/2006 | IMAX Corporation | 9.86 | 366,551 | 37,205 |
| sl | 5/1/2006 | IMAX Corporation | 9.86 | 258,128 | 26,200 |
| sl | 5/1/2006 | IMAX Corporation | 9.86 | 192,069 | 19,495 |
| sl | 5/1/2006 | IMAX Corporation | 9.86 | 1,425,854 | 145,100 |
| by | 5/4/2006 | IMAX Corporation | 9.76 | 979,170 | 100,000 |
| by | 5/17/2006 | IMAX Corporation | 9.09 | 512,623 | 56,300 |
| sl | 7/17/2006 | IMAX Corporation | 9.41 | 469,986 | 50,000 |
| sl | 7/18/2006 | IMAX Corporation | 9.70 | 1,211,288 | 125,000 |
| sl | 7/19/2006 | IMAX Corporation | 10.02 | 1,276,657 | 127,500 |
| sl | 7/24/2006 | IMAX Corporation | 10.20 | 204,577 | 20,112 |
| sl | 7/27/2006 | IMAX Corporation | 10.82 | 674,279 | 62,493 |
| sl | 7/27/2006 | IMAX Corporation | 10.82 | 67,576 | 6,263 |
| sl | 7/28/2006 | IMAX Corporation | 10.78 | 235,780 | 21,937 |
| sl | 7/28/2006 | IMAX Corporation | 10.78 | 144,701 | 13,463 |
| sl | 8/10/2006 | IMAX Corporation | 5.77 | 52,627 | 9,137 |
| sl | 8/10/2006 | IMAX Corporation | 5.77 | 104,253 | 18,100 |
| sl | 8/10/2006 | IMAX Corporation | 5.77 | 523,931 | 90,963 |
| sl | 8/11/2006 | IMAX Corporation | 5.99 | 442,935 | 74,037 |
| sl | 8/11/2006 | IMAX Corporation | 5.99 | 5,761 | 963 |
| sl | 9/13/2006 | IMAX Corporation | 5.13 | 250,915 | 49,037 |
| sl | 9/13/2006 | IMAX Corporation | 5.13 | 232,816 | 45,500 |
| sl | 9/13/2006 | IMAX Corporation | 5.13 | 383,763 | 75,000 |
| sl | 9/13/2006 | IMAX Corporation | 5.13 | 87,206 | 17,043 |
| sl | 11/9/2006 | IMAX Corporation | 3.88 | 119,425 | 30,900 |
| sl | 12/7/2006 | IMAX Corporation | 3.80 | 101,969 | 27,057 |
| sl | 12/7/2006 | IMAX Corporation | 3.80 | 54,039 | 14,339 |
| sl | 12/13/2006 | IMAX Corporation | 3.91 | 39,832 | 10,254 |
| sl | 12/14/2006 | IMAX Corporation | 4.20 | 41,699 | 10,000 |
| sl | 12/15/2006 | IMAX Corporation | 4.04 | 2,440 | 607 |
| sl | 12/15/2006 | IMAX Corporation | 4.04 | 1,580 | 393 |
| sl | 1/10/2007 | IMAX Corporation | 3.82 | 132,607 | 35,000 |
| sl | 1/16/2007 | IMAX Corporation | 4.00 | 39,699 | 10,000 |
| sl | 2/7/2007 | IMAX Corporation | 3.95 | 154,443 | 39,400 |

| | | | | | |
|---|---|---|---|---|---|
| sl | 2/8/2007 | IMAX Corporation | 3.97 | 6,304 | 1,600 |
| sl | 2/9/2007 | IMAX Corporation | 3.95 | 53,398 | 13,607 |
| sl | 2/9/2007 | IMAX Corporation | 3.95 | 220,937 | 56,300 |