UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re IMAX SECURITIES LITIGATION | Case No.: 06-cv-06128 (NRB) |

**DECLARATION OF RICHARD B. MARGOLIES IN SUPPORT OF THE MERGER FUND'S MOTION TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD COUNSEL**

I, Richard B. Margolies, affirm under penalty of perjury, that:

1. I am an attorney admitted to practice law in the State of New York and in the Southern District of New York. I am an associate in the firm of Abbey, Spanier, Rodd & Abrams, LLP, and we represent the proposed lead plaintiff The Merger Fund in this matter.

2. Annexed hereto as Exhibit A is a true and correct copy of the certification filed by Roy Behren, on behalf of The Merger Fund, in connection with its motion to be appointed lead plaintiff and for approval of lead counsel.

3. Annexed hereto as Exhibit B is the First-In First-Out ("FIFO) Share Accounting Gain (Loss) Analysis for The Merger Fund.

4. Annexed hereto as Exhibit C is the Last-In First-Out ("LIFO) Share Accounting Gain (Loss) Analysis for The Merger Fund.

5. Annexed hereto as Exhibit D is the First-In First-Out ("FIFO) Share Accounting Gain (Loss) Analysis for The Merger Fund excluding shares sold before August 10, 2006.

6. Annexed hereto as Exhibit E is the Last-In First-Out ("LIFO) Share Accounting Gain (Loss) Analysis for The Merger Fund excluding shares sold before August 10, 2006.

7. Annexed hereto as Exhibit F is the firm resume of Abbey, Spanier, Rodd & Abrams, LLP.

Dated: January 10, 2011

Richard B. Margolies