# EXHIBIT C

**The Merger Fund**
**Last-In First-Out ("LIFO") Share Accounting Gain (Loss) Analysis**
**IMAX Corporation Common Stock (CUSIP: 750917106)**
**Class Period: February 27, 2003 - July 20, 2007**

| | |
|---|---|
| Class Period Beginning: | 2/27/2003 |
| Class Period End: | 7/20/2007 |
| "Lookback Period" Beginning: | 7/20/2007 |
| "Lookback Period" End: | 10/17/2007 |
| Days in "Lookback Period": | 90 |
| "Lookback Period" Average Closing Price: | $4.4162 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 10/17/2007 | Gain (Loss) [1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings** | | | **0** | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| **1A. Total** | | | **0** | | | | | **0** | **$ -** | **0** | |

**The Merger Fund**
**Last-In First-Out ("LIFO") Share Accounting Gain (Loss) Analysis**
**IMAX Corporation Common Stock (CUSIP: 750917106)**
**Class Period: February 27, 2003 - July 20, 2007**

| | |
|---|---|
| Class Period Beginning: | 2/27/2003 |
| Class Period End: | 7/20/2007 |
| "Lookback Period" Beginning: | 7/20/2007 |
| "Lookback Period" End: | 10/17/2007 |
| Days in "Lookback Period": | 90 |
| "Lookback Period" Average Closing Price: | $4.4162 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 10/17/2007 | Gain (Loss) [1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During "Lookback Period"** | | | | | **Maximum of Actual or Average Closing Price between 07/20/2007 and date of sale** | | | | | | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| **1B. Total** | | | **0** | | | | | **0** | **$ -** | **0** | |

**The Merger Fund**
**Last-In First-Out ("LIFO") Share Accounting Gain (Loss) Analysis**
**IMAX Corporation Common Stock (CUSIP: 750917106)**
**Class Period: February 27, 2003 - July 20, 2007**

| | |
|---|---|
| Class Period Beginning: | 2/27/2003 |
| Class Period End: | 7/20/2007 |
| "Lookback Period" Beginning: | 7/20/2007 |
| "Lookback Period" End: | 10/17/2007 |
| Days in "Lookback Period": | 90 |
| "Lookback Period" Average Closing Price: | $4.4162 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 10/17/2007 | Gain (Loss) [1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at End of "Lookback Period"** | | | | | | | | | | | |
| Pre-Class Period Holdings | | | 0 | | | | | | | 0 | |
| **1C. Total** | | | **0** | | | | | **0** | **$ -** | **0** | |



12/29/2010; 12:04 PM

**The Merger Fund**
**Last-In First-Out ("LIFO") Share Accounting Gain (Loss) Analysis**
**IMAX Corporation Common Stock (CUSIP: 750917106)**
**Class Period: February 27, 2003 - July 20, 2007**

| | |
|---|---|
| Class Period Beginning: | 2/27/2003 |
| Class Period End: | 7/20/2007 |
| "Lookback Period" Beginning: | 7/20/2007 |
| "Lookback Period" End: | 10/17/2007 |
| Days in "Lookback Period": | 90 |
| "Lookback Period" Average Closing Price: | $4.4162 |

**2A. Class Period Purchases Sold Prior to End of Class Period**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 10/17/2007 | Gain (Loss) [1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 03/14/2006 | $ 10.646 | 37,205 | $ 396,066.00 | Sale | 02/09/2007 | $ 3.954 | 37,205 | $ 147,119.01 | 0 | $ (248,946.99) |
| Purchase | 03/14/2006 | $ 10.638 | 12,593 | $ 133,966.93 | Sale | 02/09/2007 | $ 3.954 | 12,593 | $ 49,796.26 | 0 | $ (84,170.67) |
| Purchase | 03/14/2006 | $ 10.638 | 13,607 | $ 144,754.07 | Sale | 02/09/2007 | $ 3.954 | 13,607 | $ 53,806.00 | 0 | $ (90,948.07) |
| Purchase | 03/15/2006 | $ 10.558 | 2,631 | $ 27,777.31 | Sale | 07/28/2006 | $ 10.778 | 2,631 | $ 28,357.07 | 0 | $ 579.76 |
| Purchase | 03/15/2006 | $ 10.558 | 21,937 | $ 231,604.28 | Sale | 07/28/2006 | $ 10.778 | 21,937 | $ 236,438.00 | 0 | $ 4,833.72 |
| Purchase | 03/15/2006 | $ 10.558 | 90,963 | $ 960,360.12 | Sale | 08/10/2006 | $ 5.770 | 90,963 | $ 524,841.00 | 0 | $ (435,519.12) |
| Purchase | 03/15/2006 | $ 10.558 | 18,100 | $ 191,094.38 | Sale | 08/10/2006 | $ 5.770 | 18,100 | $ 104,434.00 | 0 | $ (86,660.38) |
| Purchase | 03/15/2006 | $ 10.558 | 9,137 | $ 96,465.71 | Sale | 08/10/2006 | $ 5.770 | 9,137 | $ 52,718.00 | 0 | $ (43,747.71) |
| Purchase | 03/15/2006 | $ 10.558 | 963 | $ 10,167.07 | Sale | 08/11/2006 | $ 5.993 | 963 | $ 5,771.00 | 0 | $ (4,396.07) |
| Purchase | 03/15/2006 | $ 10.558 | 74,037 | $ 781,660.48 | Sale | 08/11/2006 | $ 5.993 | 74,037 | $ 443,675.00 | 0 | $ (337,985.48) |
| Purchase | 03/15/2006 | $ 10.558 | 75,000 | $ 791,827.54 | Sale | 09/13/2006 | $ 5.127 | 75,000 | $ 384,513.00 | 0 | $ (407,314.54) |
| Purchase | 03/15/2006 | $ 10.558 | 17,043 | $ 179,934.89 | Sale | 09/13/2006 | $ 5.127 | 17,043 | $ 87,376.00 | 0 | $ (92,558.89) |
| Purchase | 03/15/2006 | $ 10.558 | 49,037 | $ 517,717.96 | Sale | 09/13/2006 | $ 5.127 | 49,037 | $ 251,405.00 | 0 | $ (266,312.96) |
| Purchase | 03/15/2006 | $ 10.558 | 45,500 | $ 480,375.38 | Sale | 09/13/2006 | $ 5.127 | 45,500 | $ 233,271.00 | 0 | $ (247,104.38) |
| Purchase | 03/15/2006 | $ 10.558 | 30,900 | $ 326,232.95 | Sale | 11/09/2006 | $ 3.875 | 30,900 | $ 119,734.00 | 0 | $ (206,498.95) |
| Purchase | 03/15/2006 | $ 10.558 | 14,339 | $ 151,386.87 | Sale | 12/07/2006 | $ 3.799 | 14,339 | $ 54,469.00 | 0 | $ (96,917.87) |
| Purchase | 03/15/2006 | $ 10.558 | 27,057 | $ 285,659.70 | Sale | 12/07/2006 | $ 3.799 | 27,057 | $ 102,781.00 | 0 | $ (182,878.70) |
| Purchase | 03/15/2006 | $ 10.558 | 10,254 | $ 108,258.66 | Sale | 12/13/2006 | $ 3.915 | 10,254 | $ 40,140.00 | 0 | $ (68,118.66) |
| Purchase | 03/15/2006 | $ 10.558 | 10,000 | $ 105,577.01 | Sale | 12/14/2006 | $ 4.200 | 10,000 | $ 41,999.00 | 0 | $ (63,578.01) |
| Purchase | 03/15/2006 | $ 10.558 | 393 | $ 4,149.18 | Sale | 12/15/2006 | $ 4.041 | 393 | $ 1,588.00 | 0 | $ (2,561.18) |
| Purchase | 03/15/2006 | $ 10.558 | 607 | $ 6,408.52 | Sale | 12/15/2006 | $ 4.040 | 607 | $ 2,452.00 | 0 | $ (3,956.52) |
| Purchase | 03/15/2006 | $ 10.558 | 35,000 | $ 369,519.52 | Sale | 01/10/2007 | $ 3.819 | 35,000 | $ 133,657.00 | 0 | $ (235,862.52) |
| Purchase | 03/15/2006 | $ 10.558 | 10,000 | $ 105,577.01 | Sale | 01/16/2007 | $ 4.000 | 10,000 | $ 39,999.00 | 0 | $ (65,578.01) |
| Purchase | 03/15/2006 | $ 10.558 | 6,802 | $ 71,813.48 | Sale | 02/07/2007 | $ 3.950 | 6,802 | $ 26,867.04 | 0 | $ (44,946.44) |
| Purchase | 03/15/2006 | $ 10.600 | 17,368 | $ 184,100.80 | Sale | 07/27/2006 | $ 10.820 | 17,368 | $ 187,916.13 | 0 | $ 3,815.33 |
| Purchase | 03/15/2006 | $ 10.600 | 10,832 | $ 114,819.20 | Sale | 07/28/2006 | $ 10.778 | 10,832 | $ 116,747.93 | 0 | $ 1,928.73 |
| Purchase | 03/15/2006 | $ 10.550 | 14,498 | $ 152,953.90 | Sale | 02/07/2007 | $ 3.950 | 14,498 | $ 57,265.26 | 0 | $ (95,688.64) |
| Purchase | 03/15/2006 | $ 10.550 | 1,600 | $ 16,880.00 | Sale | 02/08/2007 | $ 3.970 | 1,600 | $ 6,352.00 | 0 | $ (10,528.00) |
| Purchase | 03/15/2006 | $ 10.550 | 6,502 | $ 68,596.10 | Sale | 02/09/2007 | $ 3.954 | 6,502 | $ 25,710.73 | 0 | $ (42,885.37) |
| Purchase | 03/15/2006 | $ 10.580 | 18,100 | $ 191,498.00 | Sale | 02/07/2007 | $ 3.950 | 18,100 | $ 71,492.70 | 0 | $ (120,005.30) |
| Purchase | 03/16/2006 | $ 10.283 | 16,000 | $ 164,532.75 | Sale | 07/18/2006 | $ 9.700 | 16,000 | $ 155,204.86 | 0 | $ (9,327.89) |
| Purchase | 03/16/2006 | $ 10.283 | 127,500 | $ 1,311,120.36 | Sale | 07/19/2006 | $ 10.023 | 127,500 | $ 1,277,932.00 | 0 | $ (33,188.36) |
| Purchase | 03/16/2006 | $ 10.283 | 20,112 | $ 206,817.67 | Sale | 07/24/2006 | $ 10.202 | 20,112 | $ 205,180.00 | 0 | $ (1,637.67) |
| Purchase | 03/16/2006 | $ 10.283 | 1,388 | $ 14,273.22 | Sale | 07/27/2006 | $ 10.820 | 1,388 | $ 15,017.79 | 0 | $ 744.58 |
| Purchase | 03/16/2006 | $ 10.438 | 4,875 | $ 50,884.76 | Sale | 07/27/2006 | $ 10.820 | 4,875 | $ 52,746.21 | 0 | $ 1,861.45 |
| Purchase | 03/16/2006 | $ 10.438 | 45,125 | $ 471,010.24 | Sale | 07/27/2006 | $ 10.820 | 45,125 | $ 488,237.87 | 0 | $ 17,227.63 |
| Purchase | 04/10/2006 | $ 10.098 | 16,600 | $ 167,620.23 | Sale | 05/01/2006 | $ 9.862 | 16,600 | $ 163,712.45 | 0 | $ (3,907.78) |
| Purchase | 04/10/2006 | $ 10.098 | 26,200 | $ 264,557.24 | Sale | 05/01/2006 | $ 9.862 | 26,200 | $ 258,390.00 | 0 | $ (6,167.24) |
| Purchase | 04/10/2006 | $ 10.098 | 2,700 | $ 27,263.53 | Sale | 07/18/2006 | $ 9.700 | 2,700 | $ 26,190.82 | 0 | $ (1,072.71) |

**The Merger Fund**
**Last-In First-Out ("LIFO") Share Accounting Gain (Loss) Analysis**
**IMAX Corporation Common Stock (CUSIP: 750917106)**
**Class Period: February 27, 2003 - July 20, 2007**

| | |
|---|---|
| Class Period Beginning: | 2/27/2003 |
| Class Period End: | 7/20/2007 |
| "Lookback Period" Beginning: | 7/20/2007 |
| "Lookback Period" End: | 10/17/2007 |
| Days in "Lookback Period": | 90 |
| "Lookback Period" Average Closing Price: | $4.4162 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 10/17/2007 | Gain (Loss) [1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 04/11/2006 | $ 10.078 | 54,395 | $ 548,214.57 | Sale | 05/01/2006 | $ 9.857 | 54,395 | $ 536,155.13 | 0 | $ (12,059.44) |
| Purchase | 04/11/2006 | $ 10.078 | 20,605 | $ 207,665.43 | Sale | 05/01/2006 | $ 9.862 | 20,605 | $ 203,210.55 | 0 | $ (4,454.88) |
| Purchase | 04/12/2006 | $ 10.046 | 75,000 | $ 753,450.00 | Sale | 05/01/2006 | $ 9.857 | 75,000 | $ 739,252.41 | 0 | $ (14,197.59) |
| Purchase | 04/13/2006 | $ 10.064 | 19,495 | $ 196,207.21 | Sale | 05/01/2006 | $ 9.862 | 19,495 | $ 192,264.00 | 0 | $ (3,943.21) |
| Purchase | 04/13/2006 | $ 10.064 | 15,705 | $ 158,062.79 | Sale | 05/01/2006 | $ 9.857 | 15,705 | $ 154,799.46 | 0 | $ (3,263.34) |
| Purchase | 05/04/2006 | $ 9.762 | 100,000 | $ 976,170.00 | Sale | 07/18/2006 | $ 9.700 | 100,000 | $ 970,030.40 | 0 | $ (6,139.60) |
| Purchase | 05/17/2006 | $ 9.085 | 50,000 | $ 454,260.21 | Sale | 07/17/2006 | $ 9.410 | 50,000 | $ 470,486.00 | 0 | $ 16,225.79 |
| Purchase | 05/17/2006 | $ 9.085 | 6,300 | $ 57,236.79 | Sale | 07/18/2006 | $ 9.700 | 6,300 | $ 61,111.92 | 0 | $ 3,875.13 |
| **2A. Total** | | | **1,284,005** | **$ 13,236,550.00** | | | | **1,284,005** | **$ 9,602,613.00** | **0** | **$ (3,633,937.00)** |

**The Merger Fund**
**Last-In First-Out ("LIFO") Share Accounting Gain (Loss) Analysis**
**IMAX Corporation Common Stock (CUSIP: 750917106)**
**Class Period: February 27, 2003 - July 20, 2007**

| | |
|---|---|
| Class Period Beginning: | 2/27/2003 |
| Class Period End: | 7/20/2007 |
| "Lookback Period" Beginning: | 7/20/2007 |
| "Lookback Period" End: | 10/17/2007 |
| Days in "Lookback Period": | 90 |
| "Lookback Period" Average Closing Price: | $4.4162 |

**2B. Class Period Purchases Sold During "Lookback Period"**

**Maximum of Actual or Average Closing Price between 07/20/2007 and date of sale**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 10/17/2007 | Gain (Loss) [1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| **2B. Total** | | | **0** | **$ -** | | | | **0** | **$ -** | **0** | **$ -** |

**The Merger Fund**
**Last-In First-Out ("LIFO") Share Accounting Gain (Loss) Analysis**
**IMAX Corporation Common Stock (CUSIP: 750917106)**
**Class Period: February 27, 2003 - July 20, 2007**

| | |
|---|---|
| Class Period Beginning: | 2/27/2003 |
| Class Period End: | 7/20/2007 |
| "Lookback Period" Beginning: | 7/20/2007 |
| "Lookback Period" End: | 10/17/2007 |
| Days in "Lookback Period": | 90 |
| "Lookback Period" Average Closing Price: | $4.4162 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 10/17/2007 | Gain (Loss) [1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2C. Class Period Purchases Held At End of "Lookback Period"** | | | | | | | | | | | |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| **2C. Total** | | | 0 | $ - | | | | 0 | $ - | 0 | $ - |

**The Merger Fund**
**Last-In First-Out ("LIFO") Share Accounting Gain (Loss) Analysis**
**IMAX Corporation Common Stock (CUSIP: 750917106)**
**Class Period: February 27, 2003 - July 20, 2007**

| | |
|---|---|
| Class Period Beginning: | 2/27/2003 |
| Class Period End: | 7/20/2007 |
| "Lookback Period" Beginning: | 7/20/2007 |
| "Lookback Period" End: | 10/17/2007 |
| Days in "Lookback Period": | 90 |
| "Lookback Period" Average Closing Price: | $4.4162 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 10/17/2007 | Gain (Loss) [1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Class Period Purchase Total** | | | **1,284,005** | **$ 13,236,550.00** | | | | **1,284,005** | **$ 9,602,613.00** | **0** | **$ (3,633,937.00)** |
| **Grand Total** | | | **1,284,005** | **$ 13,236,550.00** | | | | **1,284,005** | **$ 9,602,613.00** | **0** | |

1 For Class Period Purchases held at end of Lookback Period, Gain (Loss) is based on holdings valued at $4.4162 per share