# EXHIBIT D

**The Merger Fund**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**IMAX Corporation Common Stock (CUSIP: 750917106)**
**Class Period: February 27, 2003 - July 20, 2007**

| | |
|---|---|
| Class Period Beginning: | 2/27/2003 |
| Class Period End: | 7/20/2007 |
| "Lookback Period" Beginning: | 7/20/2007 |
| "Lookback Period" End: | 10/17/2007 |
| Days in "Lookback Period": | 90 |
| "Lookback Period" Average Closing Price: | $4.4162 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 10/17/2007 | Gain (Loss) [1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings** | | | **0** | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| **1A. Total** | | | **0** | | | | | **0** | **$ -** | **0** | |

**The Merger Fund**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**IMAX Corporation Common Stock (CUSIP: 750917106)**
**Class Period: February 27, 2003 - July 20, 2007**

| | |
|---|---|
| Class Period Beginning: | 2/27/2003 |
| Class Period End: | 7/20/2007 |
| "Lookback Period" Beginning: | 7/20/2007 |
| "Lookback Period" End: | 10/17/2007 |
| Days in "Lookback Period": | 90 |
| "Lookback Period" Average Closing Price: | $4.4162 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 10/17/2007 | Gain (Loss) [1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During "Lookback Period"** | | | | | **Maximum of Actual or Average Closing Price between 07/20/2007 and date of sale** | | | | | | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| Pre-Class Period Holdings | | | | | | | | | | 0 | |
| **1B. Total** | | | **0** | | | | | **0** | **$ -** | **0** | |

**The Merger Fund**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**IMAX Corporation Common Stock (CUSIP: 750917106)**
**Class Period: February 27, 2003 - July 20, 2007**

| | |
|---|---|
| Class Period Beginning: | 2/27/2003 |
| Class Period End: | 7/20/2007 |
| "Lookback Period" Beginning: | 7/20/2007 |
| "Lookback Period" End: | 10/17/2007 |
| Days in "Lookback Period": | 90 |
| "Lookback Period" Average Closing Price: | $4.4162 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 10/17/2007 | Gain (Loss) [1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at End of "Lookback Period"** | | | | | | | | | | | |
| Pre-Class Period Holdings | | | 0 | | | | | | | 0 | |
| **1C. Total** | | | **0** | | | | | **0** | **$ -** | **0** | |

**The Merger Fund**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**IMAX Corporation Common Stock (CUSIP: 750917106)**
**Class Period: February 27, 2003 - July 20, 2007**

| | |
|---|---|
| Class Period Beginning: | 2/27/2003 |
| Class Period End: | 7/20/2007 |
| "Lookback Period" Beginning: | 7/20/2007 |
| "Lookback Period" End: | 10/17/2007 |
| Days in "Lookback Period": | 90 |
| "Lookback Period" Average Closing Price: | $4.4162 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 10/17/2007 | Gain (Loss) [1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. Class Period Purchases Sold Prior to End of Class Period** | | | | | | | | | | | |
| Purchase | 03/14/2006 | $ 10.638 | 19,495 | $ 207,391.83 | Sale | 05/01/2006 | $ 9.862 | 19,495 | $ 192,264.00 | 0 | $ (15,127.83) |
| Purchase | 03/14/2006 | $ 10.638 | 6,705 | $ 71,329.17 | Sale | 05/01/2006 | $ 9.857 | 6,705 | $ 66,089.17 | 0 | $ (5,240.01) |
| Purchase | 03/14/2006 | $ 10.646 | 37,205 | $ 396,066.00 | Sale | 05/01/2006 | $ 9.857 | 37,205 | $ 366,718.48 | 0 | $ (29,347.52) |
| Purchase | 03/15/2006 | $ 10.550 | 22,600 | $ 238,430.00 | Sale | 05/01/2006 | $ 9.857 | 22,600 | $ 222,761.39 | 0 | $ (15,668.61) |
| Purchase | 03/15/2006 | $ 10.580 | 18,100 | $ 191,498.00 | Sale | 05/01/2006 | $ 9.857 | 18,100 | $ 178,406.25 | 0 | $ (13,091.75) |
| Purchase | 03/15/2006 | $ 10.558 | 60,490 | $ 638,635.31 | Sale | 05/01/2006 | $ 9.857 | 60,490 | $ 596,231.71 | 0 | $ (42,403.59) |
| Purchase | 03/15/2006 | $ 10.558 | 37,205 | $ 392,799.25 | Sale | 05/01/2006 | $ 9.862 | 37,205 | $ 366,923.00 | 0 | $ (25,876.25) |
| Purchase | 03/15/2006 | $ 10.558 | 26,200 | $ 276,611.75 | Sale | 05/01/2006 | $ 9.862 | 26,200 | $ 258,390.00 | 0 | $ (18,221.75) |
| Purchase | 03/15/2006 | $ 10.558 | 50,000 | $ 527,885.03 | Sale | 07/17/2006 | $ 9.410 | 50,000 | $ 470,486.00 | 0 | $ (57,399.03) |
| Purchase | 03/15/2006 | $ 10.558 | 125,000 | $ 1,319,712.57 | Sale | 07/18/2006 | $ 9.700 | 125,000 | $ 1,212,538.00 | 0 | $ (107,174.57) |
| Purchase | 03/15/2006 | $ 10.558 | 127,500 | $ 1,346,106.82 | Sale | 07/19/2006 | $ 10.023 | 127,500 | $ 1,277,932.00 | 0 | $ (68,174.82) |
| Purchase | 03/15/2006 | $ 10.558 | 20,112 | $ 212,336.47 | Sale | 07/24/2006 | $ 10.202 | 20,112 | $ 205,180.00 | 0 | $ (7,156.47) |
| Purchase | 03/15/2006 | $ 10.558 | 6,263 | $ 66,122.88 | Sale | 07/27/2006 | $ 10.820 | 6,263 | $ 67,764.00 | 0 | $ 1,641.12 |
| Purchase | 03/15/2006 | $ 10.558 | 62,493 | $ 659,782.38 | Sale | 07/27/2006 | $ 10.820 | 62,493 | $ 676,154.00 | 0 | $ 16,371.62 |
| Purchase | 03/15/2006 | $ 10.558 | 13,463 | $ 142,138.32 | Sale | 07/28/2006 | $ 10.778 | 13,463 | $ 145,105.00 | 0 | $ 2,966.68 |
| Purchase | 03/15/2006 | $ 10.558 | 20,974 | $ 221,437.21 | Sale | 07/28/2006 | $ 10.778 | 20,974 | $ 226,058.74 | 0 | $ 4,621.53 |
| Purchase | 03/15/2006 | $ 10.600 | 963 | $ 10,207.80 | Sale | 07/28/2006 | $ 10.778 | 963 | $ 10,379.26 | 0 | $ 171.46 |
| **SubTotal for Shares Sold 02/27/2003 - 08/09/2006** | | | | | | | | | | | |
| | | **$ 10.57** | **654,768** | **$ 6,918,490.80** | | | **$ 9.99** | **654,768** | **$ 6,539,381.00** | **0** | **$ (379,109.80)** |

**The Merger Fund**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**IMAX Corporation Common Stock (CUSIP: 750917106)**
**Class Period: February 27, 2003 - July 20, 2007**

| | |
|---|---|
| Class Period Beginning: | 2/27/2003 |
| Class Period End: | 7/20/2007 |
| "Lookback Period" Beginning: | 7/20/2007 |
| "Lookback Period" End: | 10/17/2007 |
| Days in "Lookback Period": | 90 |
| "Lookback Period" Average Closing Price: | $4.4162 |

| Transaction Type | Trade Date | | Price | Shares | | Total Cost | Transaction Type | Trade Date | | Price | Shares | | Total Proceeds | Shares Retained @ 10/17/2007 | | Gain (Loss) [1] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 03/15/2006 | $ | 10.600 | 27,237 | $ | 288,712.20 | Sale | 08/10/2006 | $ | 5.770 | 27,237 | $ | 157,152.85 | 0 | $ | (131,559.35) |
| Purchase | 03/16/2006 | $ | 10.438 | 50,000 | $ | 521,895.00 | Sale | 08/10/2006 | $ | 5.770 | 50,000 | $ | 288,491.47 | 0 | $ | (233,403.53) |
| Purchase | 03/16/2006 | $ | 10.283 | 13,726 | $ | 141,148.53 | Sale | 08/10/2006 | $ | 5.770 | 13,726 | $ | 79,196.68 | 0 | $ | (61,951.85) |
| Purchase | 03/16/2006 | $ | 10.283 | 18,100 | $ | 186,127.68 | Sale | 08/10/2006 | $ | 5.770 | 18,100 | $ | 104,434.00 | 0 | $ | (81,693.68) |
| Purchase | 03/16/2006 | $ | 10.283 | 9,137 | $ | 93,958.48 | Sale | 08/10/2006 | $ | 5.770 | 9,137 | $ | 52,718.00 | 0 | $ | (41,240.48) |
| Purchase | 03/16/2006 | $ | 10.283 | 963 | $ | 9,902.81 | Sale | 08/11/2006 | $ | 5.993 | 963 | $ | 5,771.00 | 0 | $ | (4,131.81) |
| Purchase | 03/16/2006 | $ | 10.283 | 74,037 | $ | 761,344.46 | Sale | 08/11/2006 | $ | 5.993 | 74,037 | $ | 443,675.00 | 0 | $ | (317,669.46) |
| Purchase | 03/16/2006 | $ | 10.283 | 49,037 | $ | 504,262.03 | Sale | 09/13/2006 | $ | 5.127 | 49,037 | $ | 251,404.85 | 0 | $ | (252,857.18) |
| Purchase | 04/10/2006 | $ | 10.098 | 25,963 | $ | 262,164.10 | Sale | 09/13/2006 | $ | 5.127 | 25,963 | $ | 133,108.15 | 0 | $ | (129,055.96) |
| Purchase | 04/10/2006 | $ | 10.098 | 17,043 | $ | 172,093.47 | Sale | 09/13/2006 | $ | 5.127 | 17,043 | $ | 87,376.00 | 0 | $ | (84,717.47) |
| Purchase | 04/10/2006 | $ | 10.098 | 2,494 | $ | 25,183.43 | Sale | 09/13/2006 | $ | 5.127 | 2,494 | $ | 12,786.35 | 0 | $ | (12,397.08) |
| Purchase | 04/11/2006 | $ | 10.078 | 46,543 | $ | 469,078.97 | Sale | 09/13/2006 | $ | 5.127 | 46,543 | $ | 238,618.65 | 0 | $ | (230,460.32) |
| Purchase | 04/11/2006 | $ | 10.078 | 28,457 | $ | 286,801.03 | Sale | 09/13/2006 | $ | 5.127 | 28,457 | $ | 145,894.35 | 0 | $ | (140,906.68) |
| Purchase | 04/12/2006 | $ | 10.046 | 17,043 | $ | 171,213.98 | Sale | 09/13/2006 | $ | 5.127 | 17,043 | $ | 87,376.65 | 0 | $ | (83,837.33) |
| Purchase | 04/12/2006 | $ | 10.046 | 30,900 | $ | 310,421.40 | Sale | 11/09/2006 | $ | 3.875 | 30,900 | $ | 119,734.00 | 0 | $ | (190,687.40) |
| Purchase | 04/12/2006 | $ | 10.046 | 14,339 | $ | 144,049.59 | Sale | 12/07/2006 | $ | 3.799 | 14,339 | $ | 54,469.00 | 0 | $ | (89,580.59) |
| Purchase | 04/12/2006 | $ | 10.046 | 12,718 | $ | 127,765.03 | Sale | 12/07/2006 | $ | 3.799 | 12,718 | $ | 48,311.67 | 0 | $ | (79,453.36) |
| Purchase | 04/13/2006 | $ | 10.064 | 14,339 | $ | 144,314.70 | Sale | 12/07/2006 | $ | 3.799 | 14,339 | $ | 54,469.33 | 0 | $ | (89,845.37) |
| Purchase | 04/13/2006 | $ | 10.064 | 10,254 | $ | 103,201.27 | Sale | 12/13/2006 | $ | 3.915 | 10,254 | $ | 40,140.00 | 0 | $ | (63,061.27) |
| Purchase | 04/13/2006 | $ | 10.064 | 10,000 | $ | 100,644.89 | Sale | 12/14/2006 | $ | 4.200 | 10,000 | $ | 41,999.00 | 0 | $ | (58,645.89) |
| Purchase | 04/13/2006 | $ | 10.064 | 393 | $ | 3,955.34 | Sale | 12/15/2006 | $ | 4.041 | 393 | $ | 1,588.00 | 0 | $ | (2,367.34) |
| Purchase | 04/13/2006 | $ | 10.064 | 214 | $ | 2,153.80 | Sale | 12/15/2006 | $ | 4.040 | 214 | $ | 864.46 | 0 | $ | (1,289.34) |
| Purchase | 05/04/2006 | $ | 9.762 | 393 | $ | 3,836.35 | Sale | 12/15/2006 | $ | 4.040 | 393 | $ | 1,587.54 | 0 | $ | (2,248.81) |
| Purchase | 05/04/2006 | $ | 9.762 | 35,000 | $ | 341,659.50 | Sale | 01/10/2007 | $ | 3.819 | 35,000 | $ | 133,657.00 | 0 | $ | (208,002.50) |
| Purchase | 05/04/2006 | $ | 9.762 | 10,000 | $ | 97,617.00 | Sale | 01/16/2007 | $ | 4.000 | 10,000 | $ | 39,999.00 | 0 | $ | (57,618.00) |
| Purchase | 05/04/2006 | $ | 9.762 | 39,400 | $ | 384,610.98 | Sale | 02/07/2007 | $ | 3.950 | 39,400 | $ | 155,625.00 | 0 | $ | (228,985.98) |
| Purchase | 05/04/2006 | $ | 9.762 | 1,600 | $ | 15,618.72 | Sale | 02/08/2007 | $ | 3.970 | 1,600 | $ | 6,352.00 | 0 | $ | (9,266.72) |
| Purchase | 05/04/2006 | $ | 9.762 | 13,607 | $ | 132,827.45 | Sale | 02/09/2007 | $ | 3.954 | 13,607 | $ | 53,805.90 | 0 | $ | (79,021.56) |
| Purchase | 05/17/2006 | $ | 9.085 | 42,693 | $ | 387,874.63 | Sale | 02/09/2007 | $ | 3.954 | 42,693 | $ | 168,820.10 | 0 | $ | (219,054.52) |
| Purchase | 05/17/2006 | $ | 9.085 | 13,607 | $ | 123,622.37 | Sale | 02/09/2007 | $ | 3.954 | 13,607 | $ | 53,806.00 | 0 | $ | (69,816.37) |
| **SubTotal for Shares Sold 08/10/2006 - 07/20/2007** | | | | | | | | | | | | | | | | |
| | | **$** | **10.04** | **629,237** | **$** | **6,318,059.20** | | | **$** | **4.87** | **629,237** | **$** | **3,063,232.00** | **0** | **$** | **(3,254,827.20)** |
| **2A. Total** | | | | **1,284,005** | **$** | **13,236,550.00** | | | | | **1,284,005** | **$** | **9,602,613.00** | **0** | **$** | **(3,633,937.00)** |

**The Merger Fund**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**IMAX Corporation Common Stock (CUSIP: 750917106)**
**Class Period: February 27, 2003 - July 20, 2007**

| | |
|---|---|
| Class Period Beginning: | 2/27/2003 |
| Class Period End: | 7/20/2007 |
| "Lookback Period" Beginning: | 7/20/2007 |
| "Lookback Period" End: | 10/17/2007 |
| Days in "Lookback Period": | 90 |
| "Lookback Period" Average Closing Price: | $4.4162 |

**2B. Class Period Purchases Sold During "Lookback Period"** / **Maximum of Actual or Average Closing Price between 07/20/2007 and date of sale**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 10/17/2007 | Gain (Loss) [1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| **2B. Total** | | | **0** | **$ -** | | | | **0** | **$ -** | **0** | **$ -** |

**The Merger Fund**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**IMAX Corporation Common Stock (CUSIP: 750917106)**
**Class Period: February 27, 2003 - July 20, 2007**

| | |
|---|---|
| Class Period Beginning: | 2/27/2003 |
| Class Period End: | 7/20/2007 |
| "Lookback Period" Beginning: | 7/20/2007 |
| "Lookback Period" End: | 10/17/2007 |
| Days in "Lookback Period": | 90 |
| "Lookback Period" Average Closing Price: | $4.4162 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 10/17/2007 | Gain (Loss) [1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2C. Class Period Purchases Held At End of "Lookback Period"** | | | | | | | | | | | |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| Purchase | | | | | | | | | | 0 | $ - |
| **2C. Total** | | | **0** | **$ -** | | | | **0** | **$ -** | **0** | **$ -** |



1/3/2011; 4:45 PM

**The Merger Fund**
**First-In First-Out ("FIFO") Share Accounting Gain (Loss) Analysis**
**IMAX Corporation Common Stock (CUSIP: 750917106)**
**Class Period: February 27, 2003 - July 20, 2007**

| | |
|---|---|
| Class Period Beginning: | 2/27/2003 |
| Class Period End: | 7/20/2007 |
| "Lookback Period" Beginning: | 7/20/2007 |
| "Lookback Period" End: | 10/17/2007 |
| Days in "Lookback Period": | 90 |
| "Lookback Period" Average Closing Price: | $4.4162 |

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained @ 10/17/2007 | Gain (Loss) [1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Class Period Purchase Total** | | | **1,284,005** | **$ 13,236,550.00** | | | | **1,284,005** | **$ 9,602,613.00** | **0** | $ (3,633,937.00) |
| **Grand Total** | | | **1,284,005** | **$ 13,236,550.00** | | | | **1,284,005** | **$ 9,602,613.00** | **0** | |

1 For Class Period Purchases held at end of Lookback Period, Gain (Loss) is based on holdings valued at $4.4162 per share



1/3/2011; 4:45 PM