**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re IMAX SECURITIES LITIGATION | Case No.: 06-cv-06128 (NRB) |

# NOTICE OF MOTION OF THE MERGER FUND TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD COUNSEL

PLEASE TAKE NOTICE that pursuant to the Court's December 20, 2010 Memorandum and Order in *In re IMAX Securities Litig.*, No. 06-CIV. 6128 (NRB), 2010 U.S. Dist. LEXIS 13541 (S.D.N.Y. Dec. 20, 2010) and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), class member The Merger Fund hereby moves this Court at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York at a date and time to be determined by the Court, for an Order: (1) appointing The Merger Fund as the Lead Plaintiff herein and (ii) approving its selection of Abbey Spanier Rodd & Abrams, LLP as Lead Counsel.

In support of this motion, The Merger Fund submits herewith the accompanying Memorandum of Law and the Declaration of Richard B. Margolies.

Dated: January 10, 2011

ABBEY SPANIER RODD & ABRAMS, LLP

By: ______________________

Arthur N. Abbey
Jill S. Abrams
Nancy Kaboolian
Richard B. Margolies
212 East 39th Street
New York, New York