UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re IMAX CORPORATION SECURITIES LITIGATION | Civil Action No. 1:06-cv-06128-NRB<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | IRONWORKERS ST. LOUIS DISTRICT COUNSEL PENSION FUND'S MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that proposed lead plaintiff Ironworkers St. Louis District Counsel Pension Fund will and hereby does move this Court, on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, NY 10007 for an order: (i) appointing St. Louis Ironworkers as lead plaintiff in the action; (ii) permitting Robbins Geller Rudman & Dowd LLP to continue as counsel in this action regardless of the identity of the lead plaintiff; and (iii) granting such other relief as the Court may deem just and proper. In support of this motion, the Pension Fund submits the accompanying Memorandum of Law, the Declaration of Robert M. Rothman and a [Proposed] Order.

DATED: January 12, 2011

ROBBINS GELLER RUDMAN
& DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
DAVID A. ROSENFELD
MARIO ALBA JR.

/s/ *ROBERT M. ROTHMAN.*
ROBERT M. ROTHMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

Lead Counsel

CAVANAGH & O'HARA
PATRICK O'HARA
407 E. Adams Street
Springfield, IL 62701

Additional Plaintiffs' Counsel

CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 12, 2011.

s/ *ROBERT M. ROTHMAN*
ROBERT M. ROTHMAN

ROBBINS GELLER RUDMAN
& DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

E-mail:rrothman@rgrdlaw.com

# Mailing Information for a Case 1:06-cv-06128-NRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Arthur N. Abbey**
  aabbey@abbeyspanier.com
- **Jill Sharyn Abrams**
  jabrams@abbeyspanier.com
- **Jennifer Laurie Conn**
  jconn@gibsondunn.com,aarias@gibsondunn.com
- **Nancy Kaboolian**
  nkaboolian@abbeyspanier.com
- **Christopher J. Keller**
  ckeller@labaton.com,ElectronicCaseFiling@labaton.com
- **Jonathan K. Levine**
  jkl@girardgibbs.com,ams@girardgibbs.com,chc@girardgibbs.com,amv@girardgibbs.com,cme@girardgibbs.com,ajd@girardgibbs.com
- **Lewis J. Liman**
  lliman@cgsh.com,maofiling@cgsh.com,doliwenstein@cgsh.com,jmathews@cgsh.com
- **Richard Barry Margolies**
  rmargolies@abbeyspanier.com
- **Phyllis Maza Parker**
  pparker@bm.net,emagnus@bm.net
- **Russell David Paul**
  rpaul@bm.net,lbauer@bm.net
- **Mark Samuel Reich**
  mreich@rgrdlaw.com,e_file_ny@rgrdlaw.com
- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com
- **Ronen Sarraf**
  ronen@sarrafgentile.com
- **Evan J. Smith**
  esmith@brodsky-smith.com
- **Catherine A. Torell**
  ctorell@cohenmilstein.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**John Franklin Guild**
Gibson, Dunn & Crutcher LLP
2100 McKinney Ave, Suite 1100
Dallas, TX 75201

**Robert Lieblang**
c/o Girard Gibbs LLP
601 California Street
14th Floor
San Francisco, CA 94108

**Snow Capital Investment Partners, L.P.**
655 West Broadway, Suite 1900
San Diego, CA 92101