| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| Ironworkers St. Louis District Council Pension Fund | 12/16/2004 - SD | 11,300 | $8.30 | $93,790.00 | 12/29/2004 - SD | 105 | $8.15 | $855.75 | |
| Ironworkers St. Louis District Council Pension Fund | 12/22/2004 - SD | 2,539 | $8.39 | $21,302.21 | 02/03/2005 - SD | 179 | $9.94 | $1,779.26 | |
| Ironworkers St. Louis District Council Pension Fund | 12/23/2004 - SD | 254 | $8.49 | $2,156.46 | 03/03/2005 - SD | 185 | $10.85 | $2,007.25 | |
| Ironworkers St. Louis District Council Pension Fund | 01/13/2005 - SD | 2,411 | $8.26 | $19,923.30 | 04/06/2005 - SD | 234 | $9.18 | $2,148.00 | |
| Ironworkers St. Louis District Council Pension Fund | 01/14/2005 - SD | 4,883 | $8.78 | $42,866.88 | 05/03/2005 - SD | 282 | $8.44 | $2,380.22 | |
| Ironworkers St. Louis District Council Pension Fund | 09/15/2005 | 989 | $9.57 | $9,462.56 | 05/27/2005 | 393 | $9.00 | $3,537.00 | |
| Ironworkers St. Louis District Council Pension Fund | 09/16/2005 | 646 | $9.72 | $6,278.95 | 06/06/2005 | 2,571 | $9.47 | $24,341.35 | |
| Ironworkers St. Louis District Council Pension Fund | 09/29/2005 | 2,019 | $10.29 | $20,784.84 | 06/07/2005 | 1,704 | $9.52 | $16,226.32 | |
| Ironworkers St. Louis District Council Pension Fund | 07/18/2006 | 3,123 | $9.58 | $29,910.78 | 06/14/2005 | 2,446 | $10.24 | $25,039.43 | |
| Ironworkers St. Louis District Council Pension Fund | 07/19/2006 | 1,934 | $10.08 | $19,503.48 | 06/17/2005 | 2,596 | $10.36 | $26,890.74 | |
| Ironworkers St. Louis District Council Pension Fund | 07/25/2006 | 2,405 | $9.93 | $23,877.61 | 06/22/2005 | 2,164 | $10.22 | $22,120.00 | |
| Ironworkers St. Louis District Council Pension Fund | 07/27/2006 | 2,235 | $10.78 | $24,086.66 | 06/23/2005 | 2,120 | $9.91 | $21,013.29 | |
| Ironworkers St. Louis District Council Pension Fund | 08/01/2006 | 824 | $10.73 | $8,839.82 | 06/30/2005 | 96 | $10.07 | $966.72 | |
| Ironworkers St. Louis District Council Pension Fund | 08/02/2006 | 796 | $10.73 | $8,544.75 | 07/21/2005 | 95 | $11.03 | $1,047.85 | |
| Ironworkers St. Louis District Council Pension Fund | 09/08/2006 | 1,862 | $4.71 | $8,773.99 | 08/03/2005 | 2,120 | $10.15 | $21,512.87 | |
| Ironworkers St. Louis District Council Pension Fund | 09/13/2006 | 3,016 | $5.11 | $15,397.43 | 08/09/2005 | 539 | $10.22 | $5,510.13 | |
| Ironworkers St. Louis District Council Pension Fund | 09/18/2006 | 1,407 | $5.21 | $7,330.39 | 09/28/2005 | 82 | $9.62 | $788.84 | |
| Ironworkers St. Louis District Council Pension Fund | 09/20/2006 | 1,005 | $5.02 | $5,041.02 | 11/21/2005 | 2,352 | $8.77 | $20,623.25 | |
| Ironworkers St. Louis District Council Pension Fund | 10/04/2006 | 1,589 | $4.84 | $7,684.42 | 11/22/2005 | 176 | $8.73 | $1,536.20 | |
| Ironworkers St. Louis District Council Pension Fund | 10/11/2006 | 1,709 | $5.10 | $8,713.95 | 12/19/2005 | 3,025 | $7.74 | $23,400.92 | |
| Ironworkers St. Louis District Council Pension Fund | | | | | 12/20/2005 | 1,577 | $7.49 | $11,813.78 | |
| Ironworkers St. Louis District Council Pension Fund | | | | | 07/31/2006 | 99 | $10.72 | $1,061.28 | |
| Ironworkers St. Louis District Council Pension Fund | | | | | 08/10/2006 | 1,445 | $5.58 | $8,068.40 | |
| Ironworkers St. Louis District Council Pension Fund | | | | | 08/23/2006 | 1,390 | $4.96 | $6,890.56 | |
| Ironworkers St. Louis District Council Pension Fund | | | | | 09/28/2006 | 248 | $4.91 | $1,218.29 | |
| Ironworkers St. Louis District Council Pension Fund | | | | | 11/09/2006 | 14,420 | $3.56 | $51,376.15 | |
| Ironworkers St. Louis District Council Pension Fund | | | | | 11/10/2006 | 4,303 | $3.44 | $14,818.41 | |
| | | | | | | | | | |
| **Movant's Total** | | **46,946** | | **$384,269.50** | | **46,946** | | **$318,972.29** | **($65,297.21)** |

Settlement dates are indicated with "SD" attached to the date.