UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re IMAX CORPORATION SECURITIES LITIGATION | : | Civil Action No. 1:06-cv-06128-NRB |
| | : | CLASS ACTION |
| This Document Relates To: | : | DECLARATION OF ROBERT M. ROTHMAN IN SUPPORT OF IRONWORKERS ST. LOUIS DISTRICT COUNSEL PENSION FUND'S MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL |
| ALL ACTIONS. | : | |

I, ROBERT M. ROTHMAN, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of New York and this Court. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, lead counsel for proposed lead plaintiff in the above-entitled action. I make this declaration in support of the Pension Fund's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Sworn Certification;

Exhibit B: Chart of Movant's Transactions; and

Exhibit C: Robbins Geller Rudman & Dowd LLP firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of January, 2011, at Melville, New York.

s/ Robert M. Rothman
ROBERT M. ROTHMAN

CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 12, 2011.

s/ *ROBERT M. ROTHMAN*
ROBERT M. ROTHMAN

ROBBINS GELLER RUDMAN
& DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

E-mail:rrothman@rgrdlaw.com

# Mailing Information for a Case 1:06-cv-06128-NRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Arthur N. Abbey**
  aabbey@abbeyspanier.com
- **Jill Sharyn Abrams**
  jabrams@abbeyspanier.com
- **Jennifer Laurie Conn**
  jconn@gibsondunn.com,aarias@gibsondunn.com
- **Nancy Kaboolian**
  nkaboolian@abbeyspanier.com
- **Christopher J. Keller**
  ckeller@labaton.com,ElectronicCaseFiling@labaton.com
- **Jonathan K. Levine**
  jkl@girardgibbs.com,ams@girardgibbs.com,chc@girardgibbs.com,amv@girardgibbs.com,cme@girardgibbs.com,ajd@girardgibbs.com
- **Lewis J. Liman**
  lliman@cgsh.com,maofiling@cgsh.com,doliwenstein@cgsh.com,jmathews@cgsh.com
- **Richard Barry Margolies**
  rmargolies@abbeyspanier.com
- **Phyllis Maza Parker**
  pparker@bm.net,emagnus@bm.net
- **Russell David Paul**
  rpaul@bm.net,lbauer@bm.net
- **Mark Samuel Reich**
  mreich@rgrdlaw.com,e_file_ny@rgrdlaw.com
- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com
- **Ronen Sarraf**
  ronen@sarrafgentile.com
- **Evan J. Smith**
  esmith@brodsky-smith.com
- **Catherine A. Torell**
  ctorell@cohenmilstein.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**John Franklin Guild**
Gibson, Dunn & Crutcher LLP
2100 McKinney Ave, Suite 1100
Dallas, TX 75201

**Robert Lieblang**
c/o Girard Gibbs LLP
601 California Street
14th Floor
San Francisco, CA 94108

**Snow Capital Investment Partners, L.P.**
655 West Broadway, Suite 1900
San Diego, CA 92101