**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re IMAX SECURITIES LITIGATION | Case No.: 06-cv-06128 (NRB) |

**DECLARATION OF RICHARD B. MARGOLIES IN SUPPORT OF THE MERGER FUND'S MEMORANDUM OF LAW IN OPPOSITION TO IRONWORKERS ST. LOUIS DISTRICT COUNSEL PENSION FUND'S MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUSNEL**

I, Richard B. Margolies, affirm under penalty of perjury, that:

1. I am an attorney admitted to practice law in the State of New York and in the Southern District of New York. I am an associate in the firm of Abbey, Spanier, Rodd & Abrams, LLP, and represent the proposed lead plaintiff The Merger Fund in this matter. I am familiar with the matters stated herein and submit this declaration in support of The Merger Fund's Memorandum of Law in Opposition to Ironworkers St. Louis District Counsel Pension Fund's Motion for Appointment of Lead Plaintiff and Lead Counsel.

2. Annexed hereto as Exhibit A is a true and correct copy of an Order Appointing Lead Plaintiff and Lead Counsel in *Main State Ret. Sys. v. Countrywide Fin. Corp.*, No. 10 Civ. 00302 (C.D. Cal. May 14, 2010).

Dated: January 19, 2011

Richard B. Margolies