UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re IMAX CORPORATION SECURITIES LITIGATION | Civil Action No. 1:06-cv-06128-NRB |
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | DECLARATION OF ROBERT M. ROTHMAN |

REDACTED VERSION – UNREDACTED VERSION FILED UNDER SEAL

I, Robert M. Rothman, declare as follows:

1. I am a member of the Bar of the State of New York and am a partner with the firm of Robbins Geller Rudman & Dowd LLP, counsel to proposed lead plaintiff Ironworkers St. Louis District Council Pension Fund ("St. Louis Ironworkers") in the above-captioned proceeding. I submit this declaration in support of St. Louis Ironworkers' Memorandum of Law in Opposition to The Merger Fund's Motion for Appointment of Lead Plaintiff and Lead Counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the Assignment Agreement between Westchester Capital Management, Inc. ("Westchester") and The Merger Fund, dated January 16, 2009.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from Westchester's Memorandum of Law in Opposition to Snow Capital Investment Partners, L.P.'s Motion for Reconsideration of This Court's January 17, 2007 Order Appointing Westchester as Lead Plaintiff, dated April 24, 2009.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the deposition testimony of Roy Behren, dated January 21, 2009.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts from The Merger Fund prospectus, dated January 27, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 27th, 2011 in Melville, New York.

*/s/ Robert M. Rothman*

ROBERT M. ROTHMAN

**CERTIFICATE OF SERVICE**

I, Robert M. Rothman, hereby certify that on January 27, 2011, I caused redacted versions of the attached:

Memorandum of Law in Opposition to The Merger Fund's Motion for Appointment of Lead Plaintiff and Lead Counsel; and

Declaration of Robert M. Rothman

to be served electronically on all counsel registered for electronic service for this case. Unredacted versions will be delivered to the following counsel via email and FedEx:

Jill S. Abrams
ABBEY SPANIER RODD & ABRAMS, LLP
212 East 39th Street
New York, NY 10016
jabrams@abbeyspanier.com

Lewis J. Liman
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
lliman@cgsh.com

M. Byron Wilder
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
bwilder@gibsondunn.com

*/s/ Robert M. Rothman*
Robert M. Rothman