**CONFIDENTIAL**

[FILED UNDER SEAL]