**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re IMAX SECURITIES LITIGATION | Case No.: 06-cv-06128 (NRB) |

**DECLARATION OF RICHARD B. MARGOLIES IN SUPPORT OF THE MERGER FUND'S REPY MEMORANDUM OF LAW TO IRONWORKERS ST. LOUIS DISTRICT COUNSEL PENSION FUND'S OPPOSTION TO ITS MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

REDACTED VERSION

UNREDACTED VERSION FILED UNDER SEAL

I, Richard B. Margolies, affirm under penalty of perjury, that:

1. I am an attorney admitted to practice law in the State of New York and in the Southern District of New York. I am an associate in the firm of Abbey, Spanier, Rodd & Abrams, LLP, and represent the proposed lead plaintiff The Merger Fund in this matter. I am familiar with the matters stated herein and submit this declaration in support of The Merger Fund's Reply Memorandum of Law To Ironworkers St. Louis District Counsel Pension Fund's Opposition To Its Motion For Appointment of Lead Plaintiff and Lead Counsel.

2. Annexed hereto as Exhibit A is a true and correct copy of the Assignment Agreement between Westchester Capital Management, LLC, The Merger Fund and The Merger Fund VL, dated January 5, 2011.

3. Annexed hereto as Exhibit B is a true and correct copy of excerpts from the deposition testimony of Roy Behren, dated January 21, 2009.

4. Annexed hereto as Exhibit C is a true and correct copy of the lead plaintiff certification signed by Roy Behren on behalf of Westchester Capital Management, Inc., GS Master Trust, MSS Merger Arbitrage Fund, The Merger Fund, The Merger Fund VL and SphinX Merger Arbitrage Fund, dated October 6, 2006.

5. Annexed hereto as Exhibit D is a true and correct copy of the Declaration of Roy Behren in Further Support of Westchester Capital Management Inc.'s Motion to Be Appointed Lead Plaintiff and For Approval of Its Selection of Lead Counsel and in Reply to Snow Capital Investment Partners, L.P.'s Opposition, dated November 2, 2006.

Dated: February 3, 2011

Richard B. Margolies