# EXHIBIT A

## CONFIDENTIAL

## (FILED UNDER SEAL)