# EXHIBIT B

CONFIDENTIAL

(FILED UNDER SEAL)