# EXHIBIT C

**CERTIFICATION OF LEAD PLAINTIFF**
**PURSUANT TO FEDERAL SECURITIES LAWS**

I, Roy Behren, on behalf of Westchester Capital Management, Inc., GS Master Trust, MSS Merger Arbitrage Fund, The Merger Fund, The Merger Fund VL and SphinX Merger Arbitrage Fund, declare as follows:

1. I have reviewed a copy of the complaint filed in this action.

2. The above-referenced entities did not purchase the security that is the subject of this action [IMAX Corporation (IMAX)] at the direction of counsel or in order to participate in any private action arising under the Private Securities Litigation Reform Act (the "PSLRA").

3. We are willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. Our transactions in the security that is the subject of this litigation during the class period set forth in the complaint are as follows:

| Security (Common Stock, Call, Put, Bonds) | Transaction (Purchase/Sale) | Quantity | Trade Date | Price Per Share/ Security |
|---|---|---|---|---|
| SEE ATTACHED SHEET | | | | $ |
| | | | | |
| | | | | |

5. The above-referenced entities have not served as or sought to serve as a representative party on behalf of a class during the last three years, except as stated herein:

6. The above-referenced entities will not accept any payment for serving as a representative party, except to receive their pro rata share of any recovery or as ordered or approved by the court or any award to them by the Court of reasonable costs and expenses (including lost wages) directly relating to their representation of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/6/06 Signed: Roy Behren

# MASTER TRANSACTION SUMMARY

*From 02-16-06 To 10-06-06*

| Tran Code | Trade Date | Security | Cost/ Share | Dollar Amount | Source Or Dest. | Quantity | Broker Code | Commission | Lot |
|---|---|---|---|---|---|---|---|---|---|
| **GS Master Trust** | | | | | | | | | |
| by | 03-09-06 | IMAX Corporation | 10.11 | 657,655.20 | cash | 64,800 | bear | 2,592.00 | 1 |
| by | 03-10-06 | IMAX Corporation | 10.55 | 422,977.54 | cash | 40,040 | silk | 400.40 | 2 |
| by | 03-13-06 | IMAX Corporation | 10.55 | 31,693.20 | cash | 3,000 | silk | 30.00 | 3 |
| by | 03-15-06 | IMAX Corporation | 10.56 | 549,516.63 | cash | 51,900 | jeff | 1,557.00 | 4 |
| by | 03-15-06 | IMAX Corporation | 10.61 | 28,716.00 | cash | 2,700 | vmdi | 81.00 | 5 |
| by | 03-15-06 | IMAX Corporation | 10.56 | 22,233.00 | cash | 2,100 | pipr | 63.00 | 6 |
| by | 03-15-06 | IMAX Corporation | 10.59 | 18,018.00 | cash | 1,700 | silk | 17.00 | 7 |
| sl | 05-01-06 | IMAX Corporation | 9.86 | 120,181.80 | cash | 12,200 | silk | 122.00 | 1 |
| sl | 05-01-06 | IMAX Corporation | 9.86 | 210,276.32 | cash | 21,400 | jeff | 642.00 | 1 |
| sl | 05-02-06 | IMAX Corporation | 10.00 | 158,485.85 | cash | 15,872 | silk | 158.72 | 1 |
| sl | 07-19-06 | IMAX Corporation | 10.02 | 153,465.53 | cash | 15,328 | silk | 153.28 | 1 |
| sl | 07-19-06 | IMAX Corporation | 10.02 | 15,739.03 | cash | 1,572 | silk | 15.72 | 2 |
| sl | 07-27-06 | IMAX Corporation | 10.82 | 415,045.37 | cash | 38,468 | jeff | 1,154.04 | 2 |
| sl | 07-27-06 | IMAX Corporation | 10.82 | 32,368.10 | cash | 3,000 | jeff | 90.00 | 3 |
| sl | 07-27-06 | IMAX Corporation | 10.82 | 90,630.68 | cash | 8,400 | jeff | 252.00 | 4 |
| sl | 07-28-06 | IMAX Corporation | 10.78 | 209,572.34 | cash | 19,500 | jeff | 585.00 | 4 |
| sl | 08-10-06 | IMAX Corporation | 5.77 | 32,815.99 | cash | 5,700 | silk | 57.00 | 4 |
| **MSS Merger Arbitrage 2** | | | | | | | | | |
| by | 03-09-06 | IMAX Corporation | 10.11 | 50,745.00 | cash | 5,000 | bear | 200.00 | 1 |
| by | 03-10-06 | IMAX Corporation | 10.56 | 32,761.85 | cash | 3,100 | silk | 31.00 | 2 |
| by | 03-13-06 | IMAX Corporation | 10.61 | 2,654.85 | cash | 250 | silk | 2.50 | 3 |
| by | 03-15-06 | IMAX Corporation | 10.56 | 36,013.18 | cash | 3,400 | jeff | 102.00 | 4 |
| by | 03-15-06 | IMAX Corporation | 10.67 | 2,141.00 | cash | 200 | vmdi | 6.00 | 5 |
| by | 03-15-06 | IMAX Corporation | 10.65 | 1,602.00 | cash | 150 | pipr | 4.50 | 6 |
| by | 03-15-06 | IMAX Corporation | 10.73 | 1,074.00 | cash | 100 | silk | 1.00 | 7 |
| sl | 05-01-06 | IMAX Corporation | 9.85 | 8,851.97 | cash | 900 | silk | 9.00 | 1 |
| sl | 05-01-06 | IMAX Corporation | 9.85 | 15,707.71 | cash | 1,600 | jeff | 48.00 | 1 |
| sl | 05-02-06 | IMAX Corporation | 9.98 | 9,471.87 | cash | 950 | silk | 9.50 | 1 |
| sl | 07-19-06 | IMAX Corporation | 10.01 | 13,001.88 | cash | 1,300 | silk | 13.00 | 1 |
| sl | 07-27-06 | IMAX Corporation | 10.82 | 2,696.42 | cash | 250 | jeff | 7.50 | 1 |
| sl | 07-27-06 | IMAX Corporation | 10.82 | 33,435.56 | cash | 3,100 | jeff | 93.00 | 2 |
| sl | 07-27-06 | IMAX Corporation | 10.82 | 2,696.42 | cash | 250 | jeff | 7.50 | 3 |
| sl | 07-27-06 | IMAX Corporation | 10.82 | 1,617.85 | cash | 150 | jeff | 4.50 | 4 |
| sl | 07-28-06 | IMAX Corporation | 10.77 | 13,957.48 | cash | 1,300 | jeff | 39.00 | 4 |
| sl | 08-10-06 | IMAX Corporation | 5.74 | 2,864.91 | cash | 500 | silk | 5.00 | 4 |
| **The Merger Fund** | | | | | | | | | |
| by | 03-14-06 | IMAX Corporation | 10.65 | 396,437.88 | cash | 37,205 | silk | 372.05 | 1 |
| by | 03-14-06 | IMAX Corporation | 10.64 | 279,506.84 | cash | 26,200 | vmdi | 786.00 | 2 |
| by | 03-15-06 | IMAX Corporation | 10.56 | 5,820,058.69 | cash | 549,700 | jeff | 16,491.00 | 3 |
| by | 03-15-06 | IMAX Corporation | 10.60 | 299,766.00 | cash | 28,200 | vmdi | 846.00 | 4 |
| by | 03-15-06 | IMAX Corporation | 10.55 | 239,108.00 | cash | 22,600 | pipr | 678.00 | 5 |
| by | 03-15-06 | IMAX Corporation | 10.58 | 191,679.00 | cash | 18,100 | silk | 181.00 | 6 |

# MASTER TRANSACTION SUMMARY

*From 02-16-06 To 10-06-06*

| Tran Code | Trade Date | Security | Cost/ Share | Dollar Amount | Source Or Dest. | Quantity | Broker Code | Commission | Lot |
|---|---|---|---|---|---|---|---|---|---|
| by | 03-16-06 | IMAX Corporation | 10.28 | 1,701,694.50 | cash | 165,000 | canto | 4,950.00 | 7 |
| by | 03-16-06 | IMAX Corporation | 10.44 | 523,395.00 | cash | 50,000 | jeff | 1,500.00 | 8 |
| by | 04-10-06 | IMAX Corporation | 10.10 | 461,260.80 | cash | 45,500 | pipr | 1,820.00 | 9 |
| by | 04-11-06 | IMAX Corporation | 10.08 | 758,880.00 | cash | 75,000 | pipr | 3,000.00 | 10 |
| by | 04-12-06 | IMAX Corporation | 10.05 | 756,450.00 | cash | 75,000 | pipr | 3,000.00 | 11 |
| by | 04-13-06 | IMAX Corporation | 10.06 | 355,678.40 | cash | 35,200 | pipr | 1,408.00 | 12 |
| sl | 05-01-06 | IMAX Corporation | 9.86 | 366,550.99 | cash | 37,205 | silk | 372.05 | 1 |
| sl | 05-01-06 | IMAX Corporation | 9.86 | 258,127.57 | cash | 26,200 | silk | 262.00 | 2 |
| sl | 05-01-06 | IMAX Corporation | 9.86 | 192,068.58 | cash | 19,495 | silk | 194.95 | 3 |
| sl | 05-01-06 | IMAX Corporation | 9.86 | 1,425,853.79 | cash | 145,100 | jeff | 4,353.00 | 3 |
| by | 05-04-06 | IMAX Corporation | 9.76 | 979,170.00 | cash | 100,000 | crto | 3,000.00 | 13 |
| by | 05-17-06 | IMAX Corporation | 9.09 | 512,622.76 | cash | 56,300 | jeff | 1,126.00 | 14 |
| sl | 07-17-06 | IMAX Corporation | 9.41 | 469,985.55 | cash | 50,000 | silk | 500.00 | 3 |
| sl | 07-18-06 | IMAX Corporation | 9.70 | 1,211,287.77 | cash | 125,000 | silk | 1,250.00 | 3 |
| sl | 07-19-06 | IMAX Corporation | 10.02 | 1,276,656.51 | cash | 127,500 | silk | 1,275.00 | 3 |
| sl | 07-24-06 | IMAX Corporation | 10.20 | 204,576.99 | cash | 20,112 | jeff | 603.36 | 3 |
| sl | 07-27-06 | IMAX Corporation | 10.82 | 674,278.71 | cash | 62,493 | jeff | 1,874.79 | 3 |
| sl | 07-27-06 | IMAX Corporation | 10.82 | 67,575.69 | cash | 6,263 | jeff | 187.89 | 4 |
| sl | 07-28-06 | IMAX Corporation | 10.78 | 235,780.39 | cash | 21,937 | jeff | 658.11 | 4 |
| sl | 07-28-06 | IMAX Corporation | 10.78 | 144,701.25 | cash | 13,463 | jeff | 403.89 | 5 |
| sl | 08-10-06 | IMAX Corporation | 5.77 | 52,627.50 | cash | 9,137 | silk | 91.37 | 5 |
| sl | 08-10-06 | IMAX Corporation | 5.77 | 104,252.79 | cash | 18,100 | silk | 181.00 | 6 |
| sl | 08-10-06 | IMAX Corporation | 5.77 | 523,930.77 | cash | 90,963 | silk | 909.63 | 7 |
| sl | 08-11-06 | IMAX Corporation | 5.99 | 442,934.94 | cash | 74,037 | silk | 740.37 | 7 |
| sl | 08-11-06 | IMAX Corporation | 5.99 | 5,761.26 | cash | 963 | silk | 9.63 | 8 |
| sl | 09-13-06 | IMAX Corporation | 5.13 | 250,914.61 | cash | 49,037 | silk | 490.37 | 8 |
| sl | 09-13-06 | IMAX Corporation | 5.13 | 232,816.34 | cash | 45,500 | silk | 455.00 | 9 |
| sl | 09-13-06 | IMAX Corporation | 5.13 | 383,763.19 | cash | 75,000 | silk | 750.00 | 10 |
| sl | 09-13-06 | IMAX Corporation | 5.13 | 87,206.35 | cash | 17,043 | silk | 170.43 | 11 |
| **The Merger Fund VL** | | | | | | | | | |
| by | 03-09-06 | IMAX Corporation | 10.11 | 51,759.90 | cash | 5,100 | bear | 204.00 | 1 |
| by | 03-10-06 | IMAX Corporation | 10.55 | 33,549.68 | cash | 3,176 | silk | 31.76 | 2 |
| by | 03-13-06 | IMAX Corporation | 10.55 | 2,639.85 | cash | 250 | silk | 2.50 | 3 |
| by | 03-15-06 | IMAX Corporation | 10.56 | 44,468.34 | cash | 4,200 | jeff | 126.00 | 4 |
| by | 03-15-06 | IMAX Corporation | 10.60 | 2,126.00 | cash | 200 | vmdi | 6.00 | 5 |
| by | 03-15-06 | IMAX Corporation | 10.55 | 1,587.00 | cash | 150 | pipr | 4.50 | 6 |
| by | 03-15-06 | IMAX Corporation | 10.58 | 1,059.00 | cash | 100 | silk | 1.00 | 7 |
| sl | 05-01-06 | IMAX Corporation | 9.86 | 9,852.19 | cash | 1,000 | silk | 10.00 | 1 |
| sl | 05-01-06 | IMAX Corporation | 9.86 | 16,705.38 | cash | 1,700 | jeff | 51.00 | 1 |
| sl | 05-02-06 | IMAX Corporation | 10.00 | 7,489.63 | cash | 750 | silk | 7.50 | 1 |
| by | 05-08-06 | IMAX Corporation | 9.61 | 48,100.00 | cash | 5,000 | silk | 50.00 | 8 |
| sl | 05-08-06 | IMAX Corporation | 9.90 | 16,268.50 | cash | 1,650 | wblr | 66.00 | 1 |
| sl | 05-08-06 | IMAX Corporation | 9.90 | 31,314.39 | cash | 3,176 | wblr | 127.04 | 2 |
| sl | 05-08-06 | IMAX Corporation | 9.90 | 2,464.92 | cash | 250 | wblr | 10.00 | 3 |
| sl | 05-08-06 | IMAX Corporation | 9.90 | 41,410.73 | cash | 4,200 | wblr | 168.00 | 4 |

# MASTER TRANSACTION SUMMARY

*From 02-16-06 To 10-06-06*

| Tran Code | Trade Date | Security | Cost/ Share | Dollar Amount | Source Or Dest. | Quantity | Broker Code | Commission | Lot |
|---|---|---|---|---|---|---|---|---|---|
| sl | 05-08-06 | IMAX Corporation | 9.90 | 1,971.94 | cash | 200 | wblr | 8.00 | 5 |
| sl | 05-08-06 | IMAX Corporation | 9.90 | 1,478.95 | cash | 150 | wblr | 6.00 | 6 |
| sl | 05-08-06 | IMAX Corporation | 9.90 | 985.97 | cash | 100 | wblr | 4.00 | 7 |
| sl | 05-08-06 | IMAX Corporation | 9.90 | 2,701.56 | cash | 274 | wblr | 10.96 | 8 |
| by | 05-09-06 | IMAX Corporation | 9.60 | 48,038.00 | cash | 5,000 | silk | 50.00 | 9 |
| sl | 05-24-06 | IMAX Corporation | 8.80 | 41,109.56 | cash | 4,677 | silk | 46.77 | 8 |
| by | 05-24-06 | IMAX Corporation | 8.60 | 102,166.26 | cash | 11,866 | silk | 118.66 | 10 |
| sl | 05-25-06 | IMAX Corporation | 8.80 | 430.70 | cash | 49 | silk | 0.49 | 8 |
| sl | 05-25-06 | IMAX Corporation | 8.80 | 43,948.64 | cash | 5,000 | silk | 50.00 | 9 |
| sl | 05-25-06 | IMAX Corporation | 8.80 | 18,810.02 | cash | 2,140 | silk | 21.40 | 10 |
| sl | 05-30-06 | IMAX Corporation | 9.25 | 12,011.63 | cash | 1,300 | silk | 13.00 | 10 |
| sl | 07-19-06 | IMAX Corporation | 10.02 | 12,015.59 | cash | 1,200 | silk | 12.00 | 10 |
| sl | 07-27-06 | IMAX Corporation | 10.82 | 28,333.66 | cash | 2,626 | jeff | 78.78 | 10 |
| sl | 07-28-06 | IMAX Corporation | 10.78 | 17,196.91 | cash | 1,600 | jeff | 48.00 | 10 |
| sl | 08-10-06 | IMAX Corporation | 5.77 | 3,455.89 | cash | 600 | silk | 6.00 | 10 |

# MASTER TRANSACTION SUMMARY

*From 02-16-06 To 10-06-06*

| Tran Code | Trade Date | Security | Cost/ Share | Dollar Amount | Source Or Dest. | Quantity | Broker Code | Commission | Lot |
|---|---|---|---|---|---|---|---|---|---|
| **SPhinX Merger Arbitrage (The Merger)** | | | | | | | | | |
| by | 03-09-06 | IMAX Corporation | 10.11 | 254,739.90 | cash | 25,100 | bear | 1,004.00 | 1 |
| by | 03-10-06 | IMAX Corporation | 10.55 | 163,749.25 | cash | 15,500 | silk | 155.00 | 2 |
| sl | 05-01-06 | IMAX Corporation | 9.86 | 29,541.59 | cash | 3,000 | silk | 30.00 | 1 |
| sl | 05-01-06 | IMAX Corporation | 9.85 | 51,083.82 | cash | 5,200 | jeff | 156.00 | 1 |
| sl | 05-02-06 | IMAX Corporation | 10.00 | 111,830.36 | cash | 11,200 | silk | 112.00 | 1 |
| sl | 07-19-06 | IMAX Corporation | 10.02 | 31,025.27 | cash | 3,100 | silk | 31.00 | 1 |
| sl | 07-21-06 | IMAX Corporation | 10.15 | 26,360.24 | cash | 2,600 | silk | 26.00 | 1 |
| sl | 07-21-06 | IMAX Corporation | 10.15 | 107,590.32 | cash | 10,612 | silk | 106.12 | 2 |
| sl | 07-24-06 | IMAX Corporation | 10.20 | 49,705.17 | cash | 4,888 | jeff | 146.64 | 2 |