UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | : | Case No: 06 Civ. 6128 (NRB) (ECF Case) |

MAY 1 1 2011

2011 MAY 11 PM 3:08 FILED U.S. DISTRICT COURT S.D. OF N.Y.

**MOTION FOR ADMISSION *PRO HAC VICE***

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jennifer L. Conn, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Jason C. McKenney |
| Firm Name: | Gibson, Dunn & Crutcher LLP |
| Address: | 2100 McKinney Ave., Suite 1100 |
| City/State/Zip: | Dallas, Texas 75201 |
| Phone Number: | 214-698-3279 |
| Fax Number: | 214-571-2915 |

Mr. McKenney is a member in good standing of the Bar of the State of Texas. There are no pending disciplinary proceedings against Mr. McKenney in any State or Federal court.

Dated: May 11, 2011
New York, New York

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: ______________________
Jennifer L. Conn

200 Park Ave., 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000

*Attorneys for Defendant PricewaterhouseCoopers LLP, an Ontario limited liability partnership*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | Case No: 06 Civ. 6128 (NRB) (ECF Case) |

**AFFIDAVIT OF JENNIFER L. CONN**

STATE OF NEW YORK )
)
COUNTY OF NEW YORK )

I, JENNIFER L. CONN, being duly sworn, says:

1. I am an attorney admitted to practice in the State of New York and the United States District Court for the Southern District of New York. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel for Defendant PricewaterhouseCoopers LLP, an Ontario limited liability partnership ("PwC-Canada"), in the above-captioned action. I am familiar with the proceedings in this case. I make this affidavit based on my personal knowledge of the facts set forth herein and in support of Defendant PwC-Canada's motion, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for the admission of Jason C. McKenney to the bar of this Court *pro hac vice*.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1996. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3. Jason C. McKenney is an associate in the Dallas office of Gibson, Dunn & Crutcher LLP. Mr. McKenney is a member in good standing of the bar of the State of Texas. *See* Certificate Of Good Standing issued by the Supreme Court of Texas, dated April 25, 2011,

attached hereto. Mr. McKenney is familiar with the Federal Rules of Civil Procedure and with the Rules of this Court.

4. Accordingly, I respectfully request that Mr. McKenney be admitted to the bar of this Court, *pro hac vice*.

Jennifer L. Conn

Sworn before me this
11th day of May, 2011

Notary Public

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Jason Cimma McKenney**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of November, 2009.

I further certify that the records of this office show that, as of this date

**Jason Cimma McKenney**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 25th day of April, 2011.

BLAKE HAWTHORNE, Clerk

by Brad Sonego

Brad Sonego, Deputy Clerk

No. 0425N

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE IMAX CORPORATION SECURITIES LITIGATION

Case No: 06 Civ. 6128 (NRB) (ECF Case)

**ORDER FOR ADMISSION *PRO HAC VICE***

Upon the motion of Jennifer L. Conn, attorney for Defendant PricewaterhouseCoopers LLP, an Ontario limited liability partnership ("PwC-Canada"), and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

Jason C. McKenney
Gibson, Dunn & Crutcher LLP
2100 McKinney Ave., Suite 1100
Dallas, Texas 75201
Tel: 214-698-3279
Fax: 214-571-2915

is admitted to practice *pro hac vice* as counsel for PwC-Canada in the above captioned case in the United States District Court for the Southern District of New York.

Dated: May 11, 2011
New York, New York

Honorable Naomi Reice Buchwald
United States District Judge

## CERTIFICATE OF SERVICE

I, Jennifer L. Conn, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 11th day of May 2011, I caused to be served a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* of Jason C. McKenney and the supporting affidavit and proposed order, by first class mail, postage prepaid, upon the following counsel of record:

Jill Abrams
Richard Margolies
ABBEY SPANIER RODD & ABRAMS LLP
212 East 39th St.
New York, NY 10016
Telephone: (212) 889-3700
Facsimile: (212) 684-5191
*Attorneys for Lead Plaintiff*

Lewis J. Liman
James D. Mathews
David Oliwenstein
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2550
Facsimile: (212) 225-3999
*Attorneys for Defendant IMAX Corporation*

Jennifer L. Conn