UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x

IN RE IMAX CORPORATION SECURITIES LITIGATION : Case No: 06 Civ. 6128 (NRB) (ECF Case)

---------------------------------- x

**ORDER FOR ADMISSION *PRO HAC VICE***

Upon the motion of Jennifer L. Conn, attorney for Defendant PricewaterhouseCoopers LLP, an Ontario limited liability partnership ("PwC-Canada"), and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

Jason C. McKenney
Gibson, Dunn & Crutcher LLP
2100 McKinney Ave., Suite 1100
Dallas, Texas 75201
Tel: 214-698-3279
Fax: 214-571-2915

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/17/2011

is admitted to practice *pro hac vice* as counsel for PwC-Canada in the above captioned case in the United States District Court for the Southern District of New York.

Dated: May 11, 2011
New York, New York

Honorable Naomi Reice Buchwald
United States District Judge