UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | Case No: 06 Civ. 6128 (NRB) (ECF Case) |

## **MOTION FOR WITHRDAWAL OF COUNSEL**

PURSUANT TO RULE 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Samantha A. Lunn (formerly Samantha Ferris) of the law firm Gibson, Dunn & Crutcher LLP hereby moves for leave to withdraw as counsel of record for Defendant PricewaterhouseCoopers LLP, an Ontario limited liability partnership, ("PwC-Canada"). Samantha A. Lunn has resigned from the law firm of Gibson, Dunn & Crutcher LLP and, therefore, will no longer have any responsibilities for this matter. Withdrawal of aforementioned counsel will not cause any delay in the prosecution of this action because the law firm of Gibson, Dunn & Crutcher LLP will continue to represent PwC-Canada in this matter.

Dated: May 19, 2011

Respectfully submitted,

By: /s/ Samantha A. Lunn
Samantha A. Lunn

Jennifer L. Conn (JC-5753)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

M. Byron Wilder (admitted *pro hac vice*)
John Franklin Guild (admitted *pro hac vice*)
Jason C. McKenney (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201
Telephone: (214) 698-3100
Facsimile: (214) 698-3400

*Attorneys for Defendant PricewaterhouseCoopers LLP, an Ontario limited liability partnership*

**CERTIFICATE OF SERVICE**

I, Samantha A. Lunn, hereby certify that I caused the foregoing *Motion for Withdrawal of Counsel* to be served on counsel of record via the Court's electronic filing system.

Dated: May 19, 2011

/s/ Samantha A. Lunn
Samantha A. Lunn