UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | Case No: 06 Civ. 6128 (NRB) (ECF Case) |

**[PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

Having considered the Motion for Withdrawal of Counsel by Samantha A. Lunn the Court determines that the motion is GRANTED.

IT IS SO ORDERED THIS _____ day of __________________, 2011.

______________________________
Honorable Naomi Reice Buchwald
United States District Judge