UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | 06 CIV. 6128 (NRB) |

## NOTICE OF MOTION FOR CLASS CERTIFICATION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Lead Plaintiff The Merger Fund's Motion for Class Certification, Affirmation of Jill S. Abrams, Esq., Declaration of Michael A. Marek and Declaration of John D. Finnerty, Ph.D. in support thereof, and all prior papers and proceedings in this action, Lead Plaintiff will move this Court, before the Honorable Naomi Reice Buchwald, U.S.D.J., at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 2270, New York, New York 10007-1312, for an Order pursuant to Federal Rule of Civil Procedure 23: (1) certifying this case as a class action on behalf of all persons and entities who purchased or otherwise acquired IMAX common stock on the NASDAQ from February 27, 2003 through July 20, 2007, inclusive (the "Class Period") and who were damaged thereby. Excluded from the Class are PricewaterhouseCoopers, LLP, IMAX Corporation, the Individual Defendants, any member of the families of the Individual Defendants, any entity in which any Individual Defendant has a controlling interest, any other defendant or any entity which is a parent or subsidiary of, or which is controlled by, such defendant, and the officers, directors, employees, affiliates, legal representatives, heirs, predecessors, successors and assigns of Defendants (the "Class").; (2) appointing Lead Plaintiff The Merger Fund as class representative; (3) appointing Abbey Spanier Rodd & Abrams, LLP as Counsel for the Class; and (4) for such other relief as the Court deems proper.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is also submitted herewith.

Dated: June 3, 2011

            Respectfully submitted,

            ABBEY SPANIER RODD & ABRAMS, LLP

            _____
            Arthur N. Abbey, Esq.
            aabbey@abbeyspanier.com
            Jill S. Abrams, Esq.
            jabrams@abbeyspanier.com
            Richard B. Margolies, Esq.
            rmargolies@abbeyspanier.com
            212 East 39th Street
            New York, New York 10016
            Telephone: (212) 889-3700
            Facsimile:  (212) 684-5191

            *Counsel for Lead Plaintiff and Proposed Class*
            *Representative The Merger Fund*