**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | 06 CIV. 6128 (NRB) |

**AFFIRMATION OF JILL S. ABRAMS**

I, Jill S. Abrams, affirm under penalty of perjury, that:

1. I am an attorney admitted to practice law in the State of New York and in the Southern District of New York. I am a partner in the firm of Abbey, Spanier, Rodd & Abrams, LLP, and represent court-appointed Lead Plaintiff The Merger Fund in this matter.

2. Annexed hereto as Exhibits A is the certification filed by The Merger Fund in connection with the motions for appointment of Lead Plaintiff herein.

3. Annexed hereto as Exhibit B is a true and correct copy of a July 14, 2006 letter from Christopher J. Stewart to Lewis Liman bearing bates numbers IMAX-US190692-190694.

4. Annexed hereto as Exhibit C is a true and correct copy of IMAX's August 9, 2006 press release.

5. Annexed hereto as Exhibit D is a true and correct copy of IMAX's August 9, 2006 Earnings Conference Call transcript.

6. Annexed hereto as Exhibit E is a true and correct copy of IMAX's March 29, 2007 press release.

7. Annexed hereto as Exhibit F is the firm resume of Abbey, Spanier, Rodd & Abrams, LLP.

8. Annexed hereto as Exhibit G is Justice van Rensburg's December 14, 2009 class certification decision.

9. Annexed hereto as Exhibit H is Justice D.L. Corbett's February 14, 2011 decision denying IMAX's motion for leave to appeal Justice van Rensburg's December 14, 20009 class certification decision.

10. Annexed hereto as Exhibit I is a May 2, 2011 letter from Jill S. Abrams to the Honourable Justice K. van Rensburg.

11. Annexed hereto as Exhibit J is the Affidavit of Jill S. Abrams sworn May 12, 2011 filed in *Silver v. IMAX Corporation*.

Dated: June 3, 2011

Jill S. Abrams