# EXHIBIT B

FILED UNDER SEAL PURSUANT TO STIPULATION AND ORDER GOVERNING CONFIDENTIAL MATERIAL FILED ON 11/3/2008