# EXHIBIT I

ABBEY SPANIER RODD & ABRAMS, LLP
ATTORNEYS AT LAW

212 EAST 39TH STREET
NEW YORK, NEW YORK 10016
PHONE 212 889 3700
FAX 212 684 5191
www.abbeyspanier.com

JILL S. ABRAMS
jabrams@abbeyspanier.com

May 2, 2011

**VIA TELECOPIER AND FEDERAL EXPRESS**

Honourable Justice K.van Rensburg
Ontario Superior Court of Justice
7755 Hurontario Street
Suite 100
Brampton, Ontario L6W4T6

Re: *Silver v. IMAX*, CV-06-3257-00

Dear Justice van Rensburg,

My firm, Abbey Spanier Rodd & Abrams, LLP, is Lead Counsel for plaintiffs in *In re IMAX Corp. Securities Litigation*, Master File No. 06-CV-6128 (NRB), the United States class action presently pending before the Honorable Naomi Reice Buchwald in the United States District Court for the Southern District of New York (the "IMAX U.S. Class Action"). Abbey Spanier was recently appointed as lead counsel in the IMAX U.S. Class Action and plaintiffs' motion for class certification will be filed on or before June 6, 2011. Early this morning we were notified that tomorrow, during a teleconference, Your Honor will be addressing the form of notice to be provided to the class in the above-captioned action. We respectfully wish to express our concerns about the proposed notice and our suggestions for addressing those concerns.

As your Honor is aware, in *Silver,* the plaintiffs named IMAX Corporation, Richard L. Gelfond, Bradley J. Wechsler and Francis T. Joyce as defendants. In the IMAX U.S. Class Action, Judge Buchwald sustained our action against those same defendants, as well as Katherine A. Gamble (IMAX's former Vice President of Finance, Controller and Principal Accounting Officer) and IMAX's auditor, PriceWaterhouseCoopers LLP. The proposed Class Period in the IMAX U.S. Class Action is February 27, 2003 through July 20, 2007, versus February 16, 2006 to August 9, 2006 in *Silver*. Persons who purchased their IMAX stock on the Toronto Stock Exchange will be excluded from the proposed class in the IMAX U.S. Class Action.

We have reviewed the proposed Notice of Certification appended to the Motion Record in the *Silver* action. Given the procedural posture of the Canadian and U.S. cases, we believe that it would be in the best interests of the class members to delay issuing notice in *Silver* until after the U.S. court has decided the IMAX class certification

motion.[1] At paragraph 164 of Your Honor's Reasons for Decision: Rule 21 motion and Motion for Certification, dated December 14, 2009 ("Certification Decision"), you noted that the Court would use a "wait and see" approach in dealing with the conflict of laws issues and, at paragraphs 64 and 65 of his February 14, 2011 Decision on Motion for Leave to Appeal to the Divisional Court, Justice Corbett observed that the implementation of the Certification Decision, "in a manner harmonious with proper respect for the exercise of jurisdiction by the American courts will, no doubt, unfold over time as the two cases proceed" and recognized the two courts' "autonomous jurisdictions." Delaying the *Silver* class notice until after the United States IMAX class certification decision would enable this Court to determine how to address the conflict of laws issues and apprise the class members of this Court's determination.

In the event Your Honor decides to approve the issuance of the *Silver* class notice as proposed, we believe that it is imperative that the notice advise the class members of the pending IMAX U.S. Class Action, and that U.S. class members may or may not be bound by the terms of any judgment or settlement in *Silver*. We also have due process concerns given that the Notice Program set forth in paragraph 20 of the Affidavit of Jay Strosberg in support of the *Silver* plaintiffs' motion for final approval of the form and manner of dissemination of the notice of certification notice: (i) does not require that notice be mailed to the class members as is generally required by the U.S. courts in securities class actions; and (ii) is "asking" rather than "requiring" U.S. brokers to provide the notice to their clients(¶20(f)).

We are most appreciative of the Court's consideration of this letter. If Your Honor has any questions, we will gladly make ourselves available to answer them.

Respectfully Submitted,

Jill S. Abrams

cc: Honorable Naomi Reice Buchwald (Via Federal Express)

Jay Strosberg (Via Email and Telecopier)
William V. Sasso
Dimitri Lascaris
Michael G. Robb
R. Paul Steep
Dana Peebles
Lewis Liman
Byron Wilder
Jennifer Conn

[1] Given the fact that these cases were filed in 2006, a relatively short delay will not prejudice any of the parties.