# Exhibit I

**IMAX Corporation**
**List of Common Stock Market Makers With Greater Than 1% of Total Reported Activity**
**February 2003 - July 2007**

| | Total Activity | | Block Activity | | Non-Block Activity | |
|---|---|---|---|---|---|---|
| **Market Maker** | **Shares** | **% of Total** | **Shares** | **% of Total** | **Shares** | **% of Total** |
| Knight Equity Markets, L.P. | 101,042,000 | 17.7% | 93,485,000 | 19.1% | 7,557,345 | 9.3% |
| Schwab Capital Markets L.P. | 37,357,000 | 6.5% | 35,167,000 | 7.2% | 2,190,372 | 2.7% |
| National Financial Services | 35,826,000 | 6.3% | 35,066,000 | 7.2% | 759,896 | 0.9% |
| UBS Securities LLC | 32,234,000 | 5.6% | 30,390,000 | 6.2% | 1,843,742 | 2.3% |
| Brut, LLC | 28,808,000 | 5.0% | 28,136,000 | 5.7% | 671,916 | 0.8% |
| Citigroup Global Markets Inc. | 26,290,000 | 4.6% | 21,008,000 | 4.3% | 5,282,039 | 6.5% |
| Jefferies & Company, Inc. | 25,768,000 | 4.5% | 17,444,000 | 3.6% | 8,323,770 | 10.3% |
| Morgan Stanley & Co., Inc. | 22,567,000 | 4.0% | 21,735,000 | 4.4% | 832,069 | 1.0% |
| E*Trade Capital Mkts LLC | 17,885,000 | 3.1% | 16,837,000 | 3.4% | 1,047,829 | 1.3% |
| Credit Suisse First Boston | 14,931,000 | 2.6% | 12,405,000 | 2.5% | 2,525,876 | 3.1% |
| Citadel Derivatives Group LLC | 14,748,000 | 2.6% | 14,224,000 | 2.9% | 523,901 | 0.6% |
| Bear, Stearns & Co. Inc. | 13,869,000 | 2.4% | 11,827,000 | 2.4% | 2,042,092 | 2.5% |
| Harris Nesbitt Corp. | 11,873,000 | 2.1% | 9,943,697 | 2.0% | 1,929,694 | 2.4% |
| B-Trade Services LLC | 11,305,000 | 2.0% | 11,064,000 | 2.3% | 241,505 | 0.3% |
| Lehman Brothers Inc | 11,105,000 | 1.9% | 10,138,000 | 2.1% | 967,765 | 1.2% |
| Automated Trading Desk Fina | 10,659,000 | 1.9% | 10,527,000 | 2.1% | 131,707 | 0.2% |
| Merrill Lynch | 10,235,000 | 1.8% | 8,335,362 | 1.7% | 1,899,306 | 2.3% |
| Goldman Sachs | 10,009,000 | 1.8% | 8,353,051 | 1.7% | 1,655,750 | 2.0% |
| RBC Capital Markets | 9,474,261 | 1.7% | 5,815,594 | 1.2% | 3,658,667 | 4.5% |
| J.P. Morgan Securities Inc. | 8,697,499 | 1.5% | 5,167,452 | 1.1% | 3,530,047 | 4.4% |
| Merriman Curhan Ford & Co. | 8,514,462 | 1.5% | 4,504,163 | 0.9% | 4,010,299 | 4.9% |
| Cowen & Co., LLC | 7,257,301 | 1.3% | 3,649,468 | 0.7% | 3,607,833 | 4.4% |
| Lime Brokerage LLC | 7,208,944 | 1.3% | 7,208,944 | 1.5% | - | 0.0% |
| Piper Jaffray & Co. | 6,819,798 | 1.2% | 5,060,544 | 1.0% | 1,759,254 | 2.2% |

Source: Bloomberg
Note: Block Activity + Non-Block Activity may not add exactly to Total Activity due to rounding