# Exhibit K

**IMAX Corporation Common Stock**
Analysis of Closing Bid/Ask Prices

| Date | Time | Bid | Ask | $ Spread | $ Spread % of Midpoint |
|---|---|---|---|---|---|
| 4/1/2005 | 15:59:56 | $ 9.190 | $ 9.210 | $ 0.020 | 0.22% |
| 4/4/2005 | 15:59:51 | $ 9.100 | $ 9.110 | $ 0.010 | 0.11% |
| 4/5/2005 | 15:59:55 | $ 9.020 | $ 9.050 | $ 0.030 | 0.33% |
| 4/6/2005 | 15:59:51 | $ 9.450 | $ 9.460 | $ 0.010 | 0.11% |
| 4/7/2005 | 15:59:58 | $ 9.810 | $ 9.850 | $ 0.040 | 0.41% |
| 4/8/2005 | 15:59:57 | $ 9.910 | $ 9.950 | $ 0.040 | 0.40% |
| 4/11/2005 | 15:59:59 | $ 9.760 | $ 9.830 | $ 0.070 | 0.71% |
| 4/12/2005 | 15:59:50 | $ 9.980 | $ 10.000 | $ 0.020 | 0.20% |
| 4/13/2005 | 15:59:58 | $ 9.530 | $ 9.600 | $ 0.070 | 0.73% |
| 4/14/2005 | 15:59:54 | $ 9.520 | $ 9.580 | $ 0.060 | 0.63% |
| 4/15/2005 | 16:00:00 | $ 9.300 | $ 9.310 | $ 0.010 | 0.11% |
| 4/18/2005 | 15:59:34 | $ 9.250 | $ 9.270 | $ 0.020 | 0.22% |
| 4/19/2005 | 15:59:55 | $ 9.270 | $ 9.300 | $ 0.030 | 0.32% |
| 4/20/2005 | 15:59:58 | $ 9.050 | $ 9.130 | $ 0.080 | 0.88% |
| 4/21/2005 | 15:59:58 | $ 9.250 | $ 9.270 | $ 0.020 | 0.22% |
| 4/22/2005 | 16:00:00 | $ 9.010 | $ 9.030 | $ 0.020 | 0.22% |
| 4/25/2005 | 15:58:30 | $ 9.350 | $ 9.360 | $ 0.010 | 0.11% |
| 4/26/2005 | 15:59:58 | $ 9.180 | $ 9.210 | $ 0.030 | 0.33% |
| 4/27/2005 | 15:59:55 | $ 8.860 | $ 8.890 | $ 0.030 | 0.34% |
| 4/28/2005 | 15:59:53 | $ 7.770 | $ 7.780 | $ 0.010 | 0.13% |
| 4/29/2005 | 15:59:58 | $ 7.790 | $ 7.820 | $ 0.030 | 0.38% |
| **Average** | | **$ 9.207** | **$ 9.239** | **$ 0.031** | **0.34%** |

Source: NYSE TAQ database
Bid and Ask prices are NASDAQ figures closest to 4:00:00 PM for each date