# Appendix B

## Materials Considered

**Legal Documents:**

Opinion and Order in re: Flag Telecom Holdings, Ltd. Securities Litigation, 02 CIV. 3400 (WCC), U.S.D.C., Southern District of New York, 09/04/2007

Consolidated Amended Class Action Complaint, in re: IMAX Corporation Securities Litigation, 06 CIV. 6128 (NRB), U.S.D.C., Southern District of New York, 10/2/2007

Memorandum of Law in Support of Plaintiffs' Motion for Class Certification in re: IMAX Corporation Securities Litigation, 4/22/2010

Declaration of John D. Finnerty in Support of Lead Plaintiff's Motion for Class Certification in re: IMAX Corporation Securities Litigation, 07/30/2010

Memorandum and Order in re: IMAX Securities Litigation, 12/20/2010

Memorandum and Order in re: IMAX Securities Litigation, 04/14/2011

**IMAX Corp. Documents and SEC Filings:**

IMAX Corp. SEC Filings

Various IMAX Corp. Press Releases and Conference Call Transcripts

**News Releases/Reports:**

Various securities analyst reports on IMAX Corp.

Various news articles on IMAX Corp.

**Books**

Brealey, Richard A., Stewart C. Myers, and Franklin Allen, Principles of Corporate Finance, 9th ed., McGraw-Hill, New York, 2008, pp. 225-227.

Emery, Douglas R., John Finnerty, and John D. Stowe, *Corporate Financial Management*, 4rd ed., Wohl Publishing, Morristown, NJ, 2011, pp. 191-192.

Morningstar, Cost of Capital 2007 yearbook, 2007, page 23.

Tabak, David I. and Frederick C. Dunber, "Materiality and Magnitude Event Studies in the Courtroom," in Roman L. Weil, Michael Wagner, and Peter B. Frank, eds., Litigation Services Handbook, 3rd ed., Wiley, New York, 2001, chapter 19.

**Journals and Articles:**

Alexander, Janet C., "The Value of Bad News," *UCLA Law Review*, Vol. 41, August 1994, pp. 1421-69.

Ang, James S. and Shaojun Zhang, "An Evaluation of Testing Procedures for Long Horizon Event Studies," *Review of Quantitative Finance and Accounting*, Vol. 23, 2004, pp. 251-274.

Bartholdy, Jan and Paula Peare, "Unbiased Estimation of Expected Return Using CAPM," *International Review of Financial Analysis*, 2003, pp. 69-81.

Boehme, Rodney D. and Sorin M. Sorescu, "The Long-run Performance Following Dividend Initiations and Resumptions: Underreaction or Product of Change," *Journal of Finance*, Vol. 57, 2002, pp. 871-900.

Cornell, Bradford and R. Gregory Morgan, "Using Finance Theory To Measure Damages In Fraud On The Market Cases," *UCLA Law Review*, Vol. 37, June 1990, pp. 883-923.

Fama, Eugene and Kenneth R. French, "Common Risk Factors in the Returns on Stock and Bonds," *Journal of Financial Economics*, Vol. 33, 1993, pp. 3-56

MacKinlay, A. Craig, "Event Studies in Economics and Finance," *Journal of Economic Literature*, Vol. 35, March 1997, pp. 13-39.

Macey, Jonathan R., Geoffrey P. Miller, Mark L. Mitchell, and Jeffry M. Netter, "Lessons from Financial Economics: Materiality, Reliance, and Extending the Reach of Basic v. Levinson," *Virginia Law Review Association*, Vol. 77, August 1991, pp. 1021-28.

Mitchell, Mark L. and Jeffry M. Netter, "The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission," *The Business Lawyer*, Vol. 49, February 1994, pp. 545-90.

**Data Sources:**

NYSE TAQ Data

©201003CRSP® and ©201103CRSP®, Center for Research in Security Prices. Booth School of Business, The University of Chicago. Used with permission. All rights reserved. www.crsp.chicagobooth.edu

Kenneth French's Dartmouth Website, Fama/French Factors,
http://mba.tuck.dartmouth.edu/pages/faculty/ken.french/data_library.html.

# Exhibit 1

## IMAX Corp. Stock Price Reactions Following Alleged Corrective Disclosures

**Panel A. Fitting the Modified Fama-French Three-Factor Model**

Regression: $R_{IMAX}-R_F = \beta_0 + \beta_1 (Mkt-R_F) + \beta_2 (SMB) + \beta_3 (HML) + \beta_4 (CUSTOM\ INDEX)$
Regression Period: 08/10/05-08/09/06

**Analysis of Variance**

| Source | DF | Sum of Squares | Mean Square | F Value | Pr > F |
|---|---|---|---|---|---|
| Model | 4 | 0.00939 | 0.00235 | 4.65 | 0.0012 |
| Error | 247 | 0.12482 | 0.00050535 | | |
| Corrected Total | 251 | 0.13421 | | | |

| | | | |
|---|---|---|---|
| Root MSE | 0.02248 | R-Squared | 0.0700 |
| Dependent Mean | -0.00017481 | Adj R-Sq | 0.0549 |
| Coeff Var | -12859 | | |

**Parameter Estimates**

| Variable | DF | Parameter Estimate | Standard Error | t Value | Pr > \|t\| |
|---|---|---|---|---|---|
| Intercept | 1 | -0.0008 | 0.0014 | -0.58 | 0.5617 |
| Mkt-Rf | 1 | 0.1892 | 0.3823 | 0.49 | 0.6212 |
| SMB | 1 | 0.5689 | 0.4184 | 1.36 | 0.1752 |
| HML | 1 | 1.8182 | 0.6061 | 3.00 | 0.0030 |
| Custom Index | 1 | 0.3934 | 0.3383 | 1.16 | 0.2460 |

**Panel B. Calculation of the Abnormal Return**

| Date | Price | Volume | Risk-Free Rate | Mkt - Rf | SMB | HML | Custom Index | Predicted IMAX Return | Actual IMAX Return | Abnormal IMAX Return | t-Statistic | p-Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/10/06 | $5.73 | 13,324,594 | 0.02% | 0.37% | 0.35% | -0.37% | 1.05% | -0.06% | -40.50% | -40.44% | *-17.80* | 0.0000 |
| 03/29/07 | $5.04 | 971,696 | 0.02% | 0.33% | -0.17% | 0.21% | 0.11% | 0.33% | -6.15% | -6.47% | *-2.87* | 0.0045 |
| 07/20/07 | $4.85 | 1,593,697 | 0.02% | -1.19% | -0.29% | -0.17% | -1.36% | -1.30% | 10.23% | 11.52% | *5.06* | 0.0000 |
| **Total** | | | | | | | | | | -37.88% | *-9.01* | 0.0000 |

Sources: ©201103 CRSP®, Center for Research in Security Prices. Booth School of Business, The University of Chicago. Used with permission. All rights reserved. www.crsp.chicagobooth.edu; L.P.; Kenneth French's website for Fama and French factors; Bloomberg; Complaint in re IMAX Corp. Securities Litigation dated 10/2/2007.

# Exhibit 2

## IMAX Corp.
## Intra-Day Stock Price Movements and Trading Volume
### 4 P.M. August 9, 2006 to 4 P.M. August 10, 2006




Notes: 1. Time is not to scale.
2. Stock price (volume) shown is the last price (sum of volume) during each one minute interval in which a trade occurs.
3. Excludes out of sequence trades, bundled trades and average price trades.

Source: NYSE TAQ Data; ©201003 CRSP®, Center for Research in Security Prices. Booth School of Business, The University of Chicago. Used with permission. All rights reserved. www.crsp.chicagobooth.edu

# Exhibit 3

## IMAX Corp.
## Intra-Day Stock Price Movements and Trading Volume
## March 29, 2007




Notes: 1. Time is not to scale.
2. Stock price (volume) shown is the last price (sum of volume) during each one minute interval in which a trade occurs.
3. Excludes out of sequence trades, bundled trades and average price trades.

Source: NYSE TAQ Data; ©201003 CRSP®, Center for Research in Security Prices. Booth School of Business, The University of Chicago. Used with permission. All rights reserved. www.crsp.chicagobooth.edu

# Exhibit 4

## IMAX Corp.
## Intra-Day Stock Price Movements and Trading Volume
## July 20, 2007




Notes: 1. Time is not to scale.
2. Stock price (volume) shown is the last price (sum of volume) during each one minute interval in which a trade occurs.
3. Excludes out of sequence trades, bundled trades and average price trades.

Source: NYSE TAQ Data; ©201003 CRSP®, Center for Research in Security Prices. Booth School of Business, The University of Chicago. Used with permission. All rights reserved. www.crsp.chicagobooth.edu