USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re IMAX SECURITIES LITIGATION | Case No.: 06-cv-06128 (NRB) |
| | ECF Case |

## STIPULATION AND [~~PROPOSED~~] SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED:

Upon the consent of all parties, the schedule with regard to Plaintiff's Motion for Class Certification (the "Motion") and merits discovery shall be as follows:

June 3, 2011:  last day for Plaintiff to file its memorandum of law in support of class certification.

July 1, 2011: last day for the Defendants[1] to submit any affidavits and memoranda of law in opposition to the Motion.

July 22, 2011:  last day for Plaintiff to submit any reply affidavits and reply memorandum of law related to the Motion.  However, this date may be extended, by agreement of the parties, based on the expert reports, if any, submitted by the Defendants in opposition to the Motion and the time for discovery of those experts.

November 30, 2011:  close of merits discovery.[2]

January 6, 2012:  deadline for plaintiffs to submit expert reports.

February 10, 2012:  deadline for defendants to submit expert reports.

February 24, 2012:  deadline for submission of rebuttal expert reports.

March 23, 2012:  close of expert discovery.

April 20, 2012:  parties file dispositive motions.

May 18, 2012:  parties file responses to dispositive motions.

June 8, 2012:  parties file any replies to dispositive motions.

---

[1]     Defendants IMAX Corporation, Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce, Kathryn A. Gamble and PriceWaterhouseCoopers LLP are collectively referred to as the "Defendants."

[2]     As of the date of this order, party document discovery is complete.

05-26-'11 17:55 FROM-Abbey Spanier          212-983-9652          T-087  P0004/0004 F-115

ABBEY SPANIER RODD
& ABRAMS, LLP

By: _____
       Arthur N. Abbey
       Jill S. Abrams
       Richard B. Margolies
       212 E. 39th Street
       New York, New York 10016
       Tel:    (212) 889-3700

*Counsel for The Merger Fund*

CLEARY GOTTLIEB STEEN &
HAMILTON LLP

By: _____ w/p RM
       Lewis Liman
       David Oliwenstein
       One Liberty Plaza
       New York, New York 10006-1470
       Tel:    (212) 225-2000

*Counsel for the IMAX Defendants*

GIBSON, DUNN & CRUTCHER LLP

By: _____ w/p RM
       Jennifer L. Conn
       200 Park Avenue, 47th Floor
       New York, New York 10166-0193
       Tel.:  (212) 351-4000

       M. Byron Wilder
       2100 McKinney Avenue, Suite 1100
       Dallas, Texas  75201
       Tel.:  (214) 698-3231

*Counsel for Defendant
PricewaterhouseCoopers LLP, Toronto,
Canada*

SO ORDERED

_____
Naomi Reice Buchwald
United States District Judge

Dated:  New York, New York
        May 3, 2011