**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE IMAX CORPORATION<br>SECURITIES LITIGATION | 06 CIV. 6128 (NRB)<br><br>ECF Case |

**DECLARATION OF DAVID OLIWENSTEIN IN SUPPORT OF DEFENDANTS IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, FRANCIS T. JOYCE AND KATHRYN A. GAMBLE'S OPPOSITION TO THE MERGER FUND'S MOTION FOR CLASS CERTIFICATION**

I, DAVID OLIWENSTEIN, declare as follows:

1. I am a member of the bar of this Court and an associate at the law firm of Cleary Gottlieb Steen & Hamilton LLP, counsel for Defendants IMAX Corporation, Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce, and Kathryn A. Gamble (the "IMAX Defendants") in the above-captioned matter. I respectfully submit this declaration in support of the IMAX Defendants' Opposition to The Merger Fund's Motion for Class Certification.

2. Annexed to this declaration are true and correct copies of the following documents, which the IMAX Defendants cite and rely on in their Memorandum of Law:

Exhibit A — Reasons for Decision: Rule 21 Motion and Motion for Certification, dated Dec. 14, 2009, filed in Silver v. IMAX Corp., Court File No. CV-06-3257-00, Ontario Superior Court of Justice, Canada.

Exhibit B — Statement of Claim, dated Sept. 20, 2006, filed in Silver v. IMAX Corp., Court File No. CV-06-3257-00, Ontario Superior Court of Justice, Canada.

**THIS DECLARATION CONTAINS CONFIDENTIAL INFORMATION. PURSUANT TO ¶ 7 OF THE STIPULATION AND ORDER GOVERNING CONFIDENTIAL MATERIAL, ENTERED NOVEMBER 3, 2008, PORTIONS OF THE ELECTRONICALLY-FILED DECLARATION, INCLUDING EXHIBITS G, H, I, AND J, HAVE BEEN FILED WITH THE COURT UNDER SEAL.**

Exhibit C — Affidavit of Jill S. Abrams, dated May 12, 2011, filed in Silver v. IMAX Corp., Court File No. CV-06-3257-00, Ontario Superior Court of Justice, Canada.

Exhibit D — Motion to Intervene, dated May 13, 2011, filed in Silver v. IMAX Corp., Court File No. CV-06-3257-00, Ontario Superior Court of Justice, Canada.

Exhibit E — Affidavit of Patrick J. Borchers, dated May 31, 2011 (but filed June 1, 2011), filed in Silver v. IMAX Corp., Court File No. CV-06-3257-00, Ontario Superior Court of Justice, Canada.

Exhibit F — Decision on Motion for Leave to Appeal to the Divisional Court, dated Feb. 14, 2011, filed in Silver v. Imax Corp., Court File No. CV-06-3257-00, Ontario Superior Court of Justice, Canada.

Exhibit G — Deposition Transcript of John D. Finnerty, Ph.D. taken on June 17, 2011 (with exhibits).

Exhibit H — Letter from Securities and Exchange Commission to IMAX Corp., dated June 28, 2011.

Exhibit I — Letter from Ontario Securities Commission to IMAX Corp., dated June 28, 2011.

Exhibit J — Deposition Transcript of Michael A. Marek taken on January 23, 2009 (with exhibits).

Exhibit K — IMAX Corp. Press Release, dated August 9, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: New York, New York
July 1, 2011.

[signature]
David Oliwenstein