# Report of Lucy P. Allen
July 1, 2011

Confidential–Filed Under Seal