UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | Master File No. 06 Civ. 6128 (NRB) |

**DECLARATION OF JASON C. MCKENNEY IN SUPPORT OF DEFENDANT PRICEWATERHOUSECOOPERS LLP'S, AN ONTARIO LIMITED LIABILITY PARTNERSHIP, MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

**PORTIONS REDACTED**

Jason C. McKenney, pursuant to 28 U.S.C. § 1746, hereby declares:

1. I am an associate in the law firm of Gibson, Dunn & Crutcher LLP, counsel to defendant PricewaterhouseCoopers LLP ("PwC-Canada"), an Ontario limited liability partnership, in the above-captioned action. I respectfully submit this declaration in support of PwC-Canada's Memorandum of Law in Opposition to Plaintiff's Motion for Class Certification.

2. [redacted]

3. Attached as Exhibit B is a true and correct copy of the March 29, 2007 IMAX Press Release.

4. Attached as Exhibit C is a true and correct copy of the March 16, 2007 IMAX Press Release.

5. Attached as Exhibit D is a true and correct copy of Lexis Nexis historical stock quotes for March 15, 2007 and March 16, 2007.

6. Attached as Exhibit E is a true and correct copy of the July 20, 2007 IMAX Press Release.

**THIS DECLARATION CONTAINS CONFIDENTIAL INFORMATION. PURSUANT TO ¶ 7 OF THE STIPLUATION AND ORDER GOVERNING CONFIDENTIAL MATERIAL, ENTERED NOVEMBER 3, 2008, PORTIONS OF THE ELECTRONICALLY-FILED DECLARATION HAVE BEEN REDACTED AND AN UNREDACTED COPY HAS BEEN FILED WITH THE COURT UNDER SEAL**

**PORTIONS REDACTED**

I hereby declare that the foregoing is true and correct to the best of my knowledge.

Executed on June 30, 2011.

/s/ Jason C. McKenney

Jason C. McKenney

**PORTIONS REDACTED**

## CERTIFICATE OF SERVICE

I, Jason C. McKenney, hereby certify that a true and correct copy of the foregoing was sent via overnight mail and electronic mail on July 1, 2011 to the following counsel of record:

Arthur N. Abbey
Jill S. Abrams
Richard B. Margolies
ABBEY SPANIER RODD & ABRAMS LLP
212 East 39th Street
New York, NY 10016
Telephone: (212) 889-3700
Facsimile: (212) 684-5191

Lewis J. Liman
David Oliwenstein
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2550
Facsimile: (212) 225-3999

/s/ Jason C. McKenney
Jason C. McKenney