# EXHIBIT D

LexisNexis

Back to *lexis.com*®

***Historical Quotes*** Data Supplied by **SUNGARD**

**IMAX - Imax Corporation (NASDAQ)**

**Currency:** Currency as reported (CAR)
**Date(s):** 03/15/2007 - 03/16/2007

**Frequency:** Daily prices
**Exchange:** NASDAQ

| Date | Close | High | Low | Volume |
|---|---|---|---|---|
| 03/15/2007 | **4.99** | 5.29 | 4.95 | 806,900 |
| 03/16/2007 | **5.00** | 5.12 | 4.75 | 1,134,900 |

Print | Cancel