ABBEY SPANIER RODD & ABRAMS, LLP
ATTORNEYS AT LAW

212 EAST 39TH STREET
NEW YORK, NEW YORK 10016
PHONE 212 889 3700
FAX 212 684 5191
www.abbeyspanier.com

MEMO ENDORSED

JILL S. ABRAMS
jabrams@abbeyspanier.com

July 18, 2011

**VIA FACSIMILE**

The Honorable Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2270
New York, New York 10007-1312

**Re: In re IMAX Corp. Securities Litigation, Master File No. 06-CV-6128 (NRB)**

Dear Judge Buchwald:

We are counsel for Lead Plaintiff The Merger Fund in the above-captioned matter and write in connection with the briefing on the pending motion for class certification.

The June 6, 2011 Stipulation and Proposed Scheduling Order provides that the plaintiff's class certification reply brief is due on July 22, 2011, but can be extended upon agreement of the parties based on the expert reports submitted by the defendants and any discovery of those defendants.

Defendants have submitted extensive additional expert declarations and The Merger Fund seeks an extension of time until August 3, 2011 to submit its class certification reply. We have spoken with counsel for the defendants who do not oppose this extension. We have not previously sought such relief.

So Ordered. [signature] Buchwald, USDJ 7/20/11

Respectfully submitted,

[signature]

Jill S. Abrams

JSA:lk
Enclosure

cc: Lewis J. Limon, Esq.
M. Byron Wilder, Esq.
Jennifer L. Conn, Esq.
(all via facsimile)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 7/21/11