UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE IMAX CORPORATION SECURITIES LITIGATION

Case No: 06 Civ. 6128 (NRB) (ECF Case)

**MOTION FOR WITHRDAWAL OF COUNSEL**

PURSUANT TO RULE 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, John Franklin Guild of the law firm Gibson, Dunn & Crutcher LLP hereby moves for leave to withdraw as counsel of record for Defendant PricewaterhouseCoopers LLP, an Ontario limited liability partnership, ("PwC-Canada"). John Franklin Guild has resigned from the law firm of Gibson, Dunn & Crutcher LLP and, therefore, will no longer have any responsibilities for this matter. Withdrawal of aforementioned counsel will not cause any delay in the prosecution of this action because the law firm of Gibson, Dunn & Crutcher LLP will continue to represent PwC-Canada in this matter.

Dated: July 15, 2011

Respectfully submitted,

By: /s/ John Franklin Guild
John Franklin Guild

Jennifer L. Conn (JC-5753)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

M. Byron Wilder (admitted *pro hac vice*)
Jason C. McKenney (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201
Telephone: (214) 698-3100
Facsimile: (214) 698-3400

*Attorneys for Defendant PricewaterhouseCoopers LLP, an Ontario limited liability partnership*

**CERTIFICATE OF SERVICE**

I, John Franklin Guild, hereby certify that I caused the foregoing *Motion for Withdrawal of Counsel* to be served on counsel of record via the Court's electronic filing system.

Dated: July 15, 2011

/s/ John Franklin Guild
John Franklin Guild