**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | 06 CIV. 6128 (NRB) |

**AFFIRMATION OF JILL S. ABRAMS**

I, Jill S. Abrams, affirm under penalty of perjury, that:

1. I am an attorney admitted to practice law in the State of New York and in the Southern District of New York. I am a partner in the firm of Abbey, Spanier, Rodd & Abrams, LLP, and represent court-appointed Lead Plaintiff The Merger Fund in this matter.

2. Annexed hereto as Exhibit A is a true and correct copy of Professor Janet Walker's 2010 Report for Session II-C-Civil Procedure on *Class Proceedings in Canada* to the 18th International Congress on Comparative Law.

3. Annexed hereto as Exhibit B is a true and correct copy of *Collette v. Cartier Partners Sec. Inc.* [2005] B.C.J. No. 769; 2005 BCSC 501.

4. Annexed hereto as Exhibit C is a true and correct copy of the Ontario Courts of Justice Act §108.

5. Annexed hereto as Exhibit D is a true and correct copy of what I understand to be the most recent Fresh Statement of Claim of plaintiffs in the Canadian Action.

Dated: August 3, 2011

Jill S. Abrams