# Appendix A

## Materials Considered

**Legal Documents:**

Draft Expert Report of John D. Finnerty, in In re Jennifer Convertibles Securities Litigation, United States District Court, E.D. New York, No. CV-94-5570 (DRH), 06/03/2002

Consolidated Amended Class Action Complaint, in re: IMAX Corporation Securities Litigation, 06 CIV. 6128 (NRB), U.S.D.C., Southern District of New York, 10/02/2007

Declaration of Christopher M. James in Support of Defendant Pricewaterhouse Coopers LLP's Opposition to Motion for Class Certification, 02/23/2009

Declaration of Lucy P. Allen, 06/10/2010

Declaration of John D. Finnerty in Support of Lead Plaintiff's Motion for Class Certification in re: IMAX Corporation Securities Litigation, 07/30/2010

Memorandum and Order in re: IMAX Securities Litigation, 12/20/2010

Memorandum and Order in re: IMAX Securities Litigation, 04/14/2011

Declaration of John D. Finnerty in Support of Lead Plaintiff's Motion for Class Certification in re: IMAX Corporation Securities Litigation, 06/03/2011

Deposition of John D. Finnerty, 06/17/2011

Defendant PricewaterhouseCoopers LLP's, an Ontario Limited Liability Partnership, Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification in re: IMAX Corporation Securities Litigation, 07/01/2011

Memorandum of Law in Support of Defendants IMAX Corporation, Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce & Kathryn A. Gamble's Opposition to The Merger Fund's Motion for Class Certification in re IMAX Corporation Securities Litigation, 07/01/2011

Declaration of Lucy P. Allen, 07/01/2011

Declaration of Michael Marek, In re IMAX Corporation Securities Litigation, United States District Court, S.D. New York, 07/27/2011

**IMAX Corp. Documents and SEC Filings:**

IMAX Corp. SEC Filings

Various IMAX Corp. Press Releases and Conference Call Transcripts

**News Releases/Reports:**

Various securities analyst reports on IMAX Corp.

Various news articles on IMAX Corp.

**Books**

Brealey, Richard A., Stewart C. Myers, and Franklin Allen, *Principles of Corporate Finance*, 9th ed., McGraw-Hill, New York, 2008

Damodaran, Aswath, *Investment Valuation*, 2nd ed., Wiley, 2002, pp. 543-565

Emery, Douglas R., John D. Finnerty, and John D. Stowe, *Corporate Financial Management*, 4th ed., Wohl Publishing, Morristown, NJ, 2011

Morningstar, *Cost of Capital 2007 Yearbook*, 2007

Ross, Stephen, Randolph Westerfield, and Jeffrey Jaffe, *Corporate Finance*, 7th ed., McGraw-Hill, New York, 2005

Tabak, David I. and Frederick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," in Roman L. Weil, Michael J. Wagner, and Peter B. Frank, eds., *Litigation Services Handbook*, 3rd ed., Wiley, New York, 2001

**Journals and Articles:**

Alexander, Janet C., "The Value of Bad News," *UCLA Law Review*, Vol. 41, August , 1994, pp. 1421-1469

Anderson, Kirsten L. and Teri L. Yohn, "The Effect of 10-K Restatements on Firm Value, Information Asymmetries, and Investors' Reliance on Earnings," Working Paper, Georgetown University, 2002

Barclay, Michael J. Barclay and Terrence Hendershott, "A Comparison of Trading and Non-Trading Mechanisms for Price Discovery," *Journal of Empirical Finance* 15 (December 2008), pp. 839-849

Bartholdy, Jan and Paula Peare, "Unbiased Estimation of Expected Return Using CAPM," *International Review of Financial Analysis*, 2003, pp. 69-81

Bruegger, Esther and Frederick C. Dunbar, "Estimating Financial Fraud Damages with Response Coefficients," Iowa College of Law, *Journal of Corporation Law* 35 (Fall 2009), pp. 32-33

Collins, Daniel W., Edward L. Maydew, and Ira S. Weiss, "Changes in the Value-Relevance of Earnings and Book Values Over the Past Forty Years," *Journal of Accounting and Economics* 24 (December 1997), pp. 39-67

Cornell, Bradford and R. Gregory Morgan, "Using Finance Theory To Measure Damages In Fraud On The Market Cases," *UCLA Law Review*, Vol. 37, June, 1990, pp. 883-923

Easton , Peter D. and Trevor S. Harris, "Earnings as an Explanatory Variable for

Returns," *Journal of Accounting Research* 29 (Spring 1991), pp. 19-36

Fama, Eugene F. and Kenneth R. French, "Common Risk Factors in the Returns on Stocks and Bonds," *Journal of Financial Economics*, 33 (1993), pp. 3-56

Finnerty, John D., "A Closer Look at Correction for False Discovery Bias When Making Multiple Comparisons," *Journal of Forensic Economics*, 21, 2009, pp. 55-62

Graham, John R., Si Li, and Jiaping Qiu, "Corporate Misreporting and Bank Loan Contracting," *Journal of Financial Economics*, 89, 2008, pp. 44-61

Hribar, Paul and Nicole T. Jenkins, "The Effect of Accounting Restatements on Earnings Revisions and the Estimated Cost of Capital," *Review of Accounting Studies*, 9, 2004, pp. 337-356

Healy, Paul M., and K. G. Palepu. "Earnings Information Conveyed by Dividend Initiations and Omissions" *Journal of Financial Economics* 21, no. 2 (September 1988): 149-175

Jiang, Christine X., Tanakorn Likitapiwat, and Thomas H. McInish "Information Content of Earnings Announcements: Evidence from After Hours Trading," Unpublished Working Paper, The University of Memphis, October 2010

Kothari, S.P., "Capital Markets Research in Accounting," *Journal of Accounting and Economics* 31 (2001), pp. 123-143

Kravert, Todd and Terry Shevlin, "Accounting Restatements and Information Risk," *Review of Accounting Studies*, 15, 2010, pp. 264-294

Macey, Jonathan R., Geoffrey P. Miller, Mark L. Mitchell, and Jeffry M. Netter, "Lessons from Financial Economics: Materiality, Reliance, and Extending the Reach of Basic v. Levinson," 77 *Virginia Law Review Association* 1017 (August 1991), pp. 1021-1028

MacKinlay, A. Craig, "Event Studies in Economics and Finance," *Journal of Economic Literature*, Vol. 35, March 1997, pp. 13-39

Miller, Merton H. and Franco Modigliani, "Dividend Policy, Growth, and the Valuation of Shares," *Journal of Business* 34 (October 1961), pp. 411-433

Mitchell, Mark L. and Jeffry M. Netter, "The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission," *The Business Lawyer*, Vol. 49, February 1994, pp. 545-590

Murphy, Deborah L., Ronald E. Shrieves, and Samuel L. Tibbs, "Understanding the Penalties Associated with Corporate Misconduct: An Empirical Examination of Earnings and Risk," *Journal of Financial and Quantitative Analysis*, 44, 2009, pp. 55-83

Ohlson, James A., "Earnings, Book Values, and Dividends in Equity Valuation," *Contemporary Accounting Research* 11 (Spring 1995), pp. 661-687

**Data Sources:**

NYSE TAQ Data from WRDS

©201003, ©201103, ©201106CRSP®, Center for Research in Security Prices. Booth School of Business, The University of Chicago. Used with permission. All rights reserved. www.crsp.chicagobooth.edu

Kenneth French's Dartmouth Website, Fama/French Factors, http://mba.tuck.dartmouth.edu/pages/faculty/ken.french/data_library.html