# EXHIBIT 1

# Exhibit 1

## IMAX Corp. Annual Restatement
## Theater Systems Earnings (Loss) from Operations
## 2002 - 2006

**(Thousands)**

| | Earnings (Loss) from Operations | | | |
|---|---|---|---|---|
| **Period** | **As Reported** | **As Restated** | **Difference** | **Per Share Difference** |
| 2002 | $33,974 | $31,867 | -$2,107 | -$0.06 |
| 2003 | $38,238 | $38,238 | $0 | $0.00 |
| 2004 | $51,708 | $50,146 | -$1,562 | -$0.04 |
| 2005 | $51,967 | $45,165 | -$6,802 | -$0.17 |
| 2006* | $14,734 | $22,234 | $7,500 | $0.19 |
| **Total** | | | **-$2,971** | **-$0.09** |

*2006 reported and restated earnings from operations represent the nine months ended September 30, 2006.

Sources: Imax Corp. Forms 10-K filed 03/11/05, 09/06/06 and 07/20/07 and Form 10-Q filed 11/09/06.