# EXHIBIT 2

# Exhibit 2

## Value of $100 Invested in IMAX Corp. and Other Companies in the Bloomberg Hollywood Reporter Index August 9, 2006, 4:00 PM to 4:30 PM




Source: NYSE TAQ Data from WRDS.