# EXHIBIT 3

# Exhibit 3

## Modified Fama-French Three-Factor Model for IMAX Corp.
## 4:00 P.M. to 4:30 P.M.

**Panel A. Fitting the Modified Fama-French Three-Factor Model**

Regression: $R_{IMAX}$-$R_F$ = $\beta_0 + \beta_1$ (Mkt-$R_F$) + $\beta_2$ (SMB) + $\beta_3$ (HML) + $\beta_4$ (CUSTOM INDEX)
Regression Period: 08/09/05 - 08/08/06

**Analysis of Variance**

| Source | DF | Sum of Squares | Mean Square | F Value | Pr > F |
|---|---|---|---|---|---|
| Model | 4 | 0.00005957 | 0.00001489 | 0.86 | 0.4895 |
| Error | 247 | 0.00428 | 0.00001735 | | |
| Corrected Total | 251 | 0.00434 | | | |

| | | | |
|---|---|---|---|
| Root MSE | 0.00416 | R-Squared | 0.0137 |
| Dependent Mean | -0.00021978 | Adj R-Sq | -0.0023 |
| Coeff Var | -1894.99615 | | |

**Parameter Estimates**

| Variable | DF | Parameter Estimate | Standard Error | t Value | Pr > \|t\| |
|---|---|---|---|---|---|
| Intercept | 1 | -0.0002 | 0.0003 | -0.61 | 0.5443 |
| Mkt - Rf | 1 | 0.0348 | 0.0460 | 0.76 | 0.4504 |
| SMB | 1 | -0.0395 | 0.0739 | -0.53 | 0.5933 |
| HML | 1 | -0.1483 | 0.1043 | -1.42 | 0.1564 |
| Custom Index | 1 | 0.2643 | 0.2711 | 0.98 | 0.3305 |

**Panel B. Calculation of the Abnormal Return**

| Date | 4:00 PM Price | 4:30 PM Price | Risk-Free Rate | Mkt - Rf | SMB | HML | Custom Index | Predicted IMAX Return | Actual IMAX Return | Abnormal IMAX Return | t-Statistic | p-Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/09/06 | $9.63 | $6.55 | 0.02% | -0.43% | -0.44% | 0.04% | -0.05% | -0.02% | -31.98% | -31.97% | -76.40 | 0.00 |

Notes: 1. Imax Corp. and Custom Index returns used in the regression reflect the change in price from 4:00 PM to 4:30 PM. The daily risk-free rate and Fama-French factors used in the regression were adjusted based on the formula $(1+r)^{(1/26)}-1$.

2. Results using a raw returns model or a mean-adjusted model are substantially similar.

Sources: Mucklow, Belinda, "Market Microstructure: An Examination of the Effects on Intraday Event Studies," *Contemporary Accounting Research*, Vol. 10 No. 2, Spring 1994, pp. 355-382; Kenneth French's website for Fama and French factors; 201106 CRSP, Center for Research in Security Prices. Graduate School of Business, The University of Chicago. Used with permission. All rights reserved. www.crsp.chicagobooth.edu.