# Exhibit B

**Financial Markets Analysis, LLC**
103 Carnegie Center, Suite 206
Princeton, New Jersey 08540
Telephone: (609) 452-9500 • Facsimile: (609) 452-9881

# Michael A. Marek, CFA

## List of Trial and Deposition Testimony

**In Re: Ross Cosmetics Securities Litigation**
United States District Court, District of South Carolina, Spartanburg Division;
Master File No. 7-92-1706-3.
Trial Testimony August 14, 1996

**In Re Buffets, Inc. Securities Litigation**
United States District Court, District of Minnesota;
Master File No. 3-94-1447.
Expert Report; Deposition Testimony January 7 and 8, 1999

**In Re Gaylord Container Corporation Securities Litigation**
In the Court of Chancery of the State of Delaware In and For New Castle County;
Consolidated Civil Action No. 14616
Expert Report; Deposition Testimony August 30, 1999

**In Re General Instrument Corp. Securities Litigation - Derivative Actions**
United States District Court, Northern District of Illinois, Eastern Division;
Master File No. 95 C 6007 (GMM)
Expert Report; Deposition Testimony March 8, 2000

**Freedman v. Value Health, Inc., et al.**
United States District Court, District of Connecticut;
Civil Action No. 3:95 CV 2038 (JCH)
Expert Report; Deposition Testimony November 22, 2000

**In Re Ribozyme Pharmaceuticals, Inc. Securities Litigation**
United States District Court, District of Colorado;
Civil Action No. 99-B-2235
Expert Report; Deposition Testimony November 6, 2001

**Marilyn Cain, et. al. v. Healthtrust, Inc., et. al.**
United States District Court, Eastern District of Texas, Marshall Division;
Civil Action No. 2-96-CV-149
Expert Report; Deposition Testimony March 28, 2002; Trial Testimony August 26-27, 2002

**In Re Profit Recovery Group International, Inc. Securities Litigation**
United States District Court, Northern District of Georgia, Atlanta Division;
Master File No. 1:00-CV-1416-CC
Expert Report; Deposition Testimony April 10, 2002

**Steven Gutter, et. al. v. E.I. DuPont De Nemours and Company et. al.**
United States District Court, Southern District of Florida;
Case No. 95-2152-CIV-GOLD
Expert Report; Deposition Testimony September 27, 2002

**Fragrance Express Dot Com, Inc. (fka Growth Industries, Inc.) v. Standard & Poor's Corp.**
United States District Court, Southern District of New York;
Case No. 01-Civ. 0358 (GEL)
Expert Report; Deposition Testimony December 4, 2002

**Stanley Peltz, et. al. v. Polyphase Corporation, et. al.**
United States District Court, District of Nevada;
Case No. CV-S-97-00791-HDM (RJJ)
Expert Report; Deposition Testimony January 15, 2003 and January 29, 2003

**In Re Envoy Corporation Securities Litigation**
United States District Court, Middle District of Tennessee, Nashville Division;
C.A. No. 3-98-0760; Judge Nixon/Griffin
Declaration, Affidavit, Expert Report; Deposition Testimony January 24, 2003

**In Re Cysive, Inc. Shareholders Litigation**
In the Court of Chancery of the State of Delaware In and For New Castle County;
Consolidated Civil Action No. 20341-NC
Expert Report; Deposition Testimony July 17, 2003; Trial Testimony July 24, 2003

**In Re Safety-Kleen Corp. Stockholders Litigation**
United States District Court, District of South Carolina, Columbia Division;
Civil Action No. 3:00-CV-736-17
Expert Report; Deposition Testimony October 2 and 3, 2003

**In re: EIS International, Inc. Securities Litigation**
United States District Court, District of Connecticut
Master File No. 3-97CV00813 (CFD)
Expert Report, Rebuttal Report, Supplemental Report;
Deposition Testimony September 14, 2005

**Daniel Abitbol vs. TradingScreen, Inc. et al.**
American Arbitration Association
Case No. 50 168 T 00219 05
Expert Report;
Testimony April 20, 2006

**In Re: Seitel, Inc. Securities Litigation**
United States District Court, Southern District of Texas, Houston Division
Consolidated Civil Action No. H-02-1566
Declaration, Reply Declaration
Deposition Testimony March 27, 2007

**In Re IMAX Corporation Securities Litigation**
United States District Court, Southern District of New York
Case No. 06-Civ. 6128 (NRB)
Declaration
Deposition Testimony January 23, 2009

**In Re Juniper Networks, Inc, Securities Litigation**
United States District Court, Northern District of California, San Jose Division
Case No. C06-04327-JW (PVT)
Declaration, Rebuttal Declaration
Deposition Testimony April 23, 2009

**CHRISTEL BILHOFER, on Behalf of Herself and All Others Similarly Situated, Plaintiff, vs. FLAMEL TECHNOLOGIES, SA, et al., Defendants.**
United States District Court, Southern District of New York
Civil Action No. 1:07-cv-09920-RWS
Declaration
Deposition Testimony November 9, 2010

**PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND, Individually and on Behalf of All Others Similarly Situated, Plaintiffs, vs. ARBITRON INC., et al., Defendants.**
United States District Court, Southern District of New York
Civil Action No. 1:08-cv-04063-JGK
Declaration
Deposition Testimony February 15, 2011