# Exhibit C

# Example of a Hypothetical Security With Successive Returns That Exhibit a Strong Relationship (Autocorrelation)

