# Exhibit D

# IMAX Corporation
## NASDAQ Paired Stock Price Daily Percent Changes
## February 27, 2003 - February 16, 2006

