# Exhibit E

# IMAX Corporation

## Common Stock Daily Closing Prices: NASDAQ vs TSX

## January 2, 2003 - February 28, 2006

