# Exhibit F

**IMAX Corporation**
**Company Reports Issued By Securities Analysts During the Class Sub-Period** [1]
**Sorted By Date of Report**

| Date | Firm | Author |
|---|---|---|
| 2/28/2003 | Jefferies & Company, Inc. | Dhar, K. |
| 4/23/2003 | Jefferies & Company, Inc. | Dhar, K. |
| 4/24/2003 | Roth Capital Partners, LLC | Ingrassia, R. |
| 5/1/2003 | Jefferies & Company, Inc. | Dhar, K. |
| 5/6/2003 | Jefferies & Company, Inc. | Dhar, K. |
| 5/6/2003 | Roth Capital Partners, LLC | Ingrassia, R. |
| 5/22/2003 | Jefferies & Company, Inc. | Dhar, K. |
| 6/9/2003 | Roth Capital Partners, LLC | Ingrassia, R. |
| 8/1/2003 | Roth Capital Partners, LLC | Ingrassia, R. |
| 9/19/2003 | Jefferies & Company, Inc. | Westerfield, L., et al. |
| 9/25/2003 | Piper Jaffray | Gikas, A.N., et al. |
| 10/29/2003 | Jefferies & Company, Inc. | Westerfield, L., et al. |
| 11/11/2003 | Jefferies & Company, Inc. | Westerfield, L., et al. |
| 11/11/2003 | Roth Capital Partners, LLC | Ingrassia, R., et al. |
| 1/7/2004 | Jefferies & Company, Inc. | Westerfield, L., et al. |
| 2/11/2004 | Roth Capital Partners, LLC | Ingrassia, R. |
| 3/10/2004 | Merriman Curhan Ford | Wold, Eric |
| 3/10/2004 | Roth Capital Partners, LLC | Ingrassia, R., et al. |
| 5/6/2004 | Piper Jaffray | Gikas, A.N., et al. |
| 5/7/2004 | Roth Capital Partners, LLC | Ingrassia, R. |
| 8/9/2004 | Piper Jaffray | Gikas, A.N., et al. |
| 8/11/2004 | Roth Capital Partners, LLC | Ingrassia, R. |
| 10/29/2004 | Piper Jaffray | Gikas, A.N., et al. |
| 10/29/2004 | Roth Capital Partners, LLC | Ingrassia, R., et al. |
| 3/11/2005 | Piper Jaffray | Gikas, A.N., et al. |
| 3/11/2005 | Roth Capital Partners, LLC | Ingrassia, R., et al. |
| 5/6/2005 | Piper Jaffray | Gikas, A.N., et al. |
| 5/6/2005 | Roth Capital Partners, LLC | Ingrassia, R., et al. |
| 6/8/2005 | Piper Jaffray | Gikas, A.N., et al. |
| 7/11/2005 | Merrill Lynch Research | Dalton, Katharine, et al. |
| 7/18/2005 | Merrill Lynch Research | Dalton, Katharine, et al. |
| 8/4/2005 | Merrill Lynch Research | Dalton, Katharine, et al. |
| 8/5/2005 | Roth Capital Partners, LLC | Ingrassia, R., et al. |
| 8/9/2005 | Piper Jaffray | Gikas, A.N., et al. |
| 9/13/2005 | Sun Trust Robinson Humphrey Capital Markets | Rowen, C. |
| 9/16/2005 | Merrill Lynch Research | Dalton, Katharine, et al. |
| 9/26/2005 | Sun Trust Robinson Humphrey Capital Markets | Rowen, C. |
| 11/3/2005 | Sun Trust Robinson Humphrey Capital Markets | Rowen, C. |
| 11/4/2005 | Merriman Curhan Ford | Wold, Eric |
| 11/4/2005 | Piper Jaffray | Gikas, A.N., et al. |
| 11/4/2005 | Roth Capital Partners, LLC | Ingrassia, R., et al. |
| 12/19/2005 | Sun Trust Robinson Humphrey Capital Markets | Rowen, C., et al. |
| 1/26/2006 | Sun Trust Robinson Humphrey Capital Markets | Rowen, C. |

[1] List Includes Only Reports Currently Available to FMA Through Thomson One Banker System