# Exhibit G

# NASDAQ NATIONAL MARKET

## FINANCIAL REQUIREMENTS

Companies that choose to list their securities on The NASDAQ Stock Market® must meet minimum initial and continued inclusion financial requirements.

A company must meet all of the requirements under at least one of three listing standards for initial listing on The NASDAQ National Market®. A company must continue to meet at least one continued listing standard to maintain its listing.

| **Requirements** | **Initial Listing** | | | **Continued Listing** | |
|---|---|---|---|---|---|
| | **Standard 1 Marketplace Rule 4420(a)** | **Standard 2 Marketplace Rule 4420(b)** | **Standard 3 Marketplace Rule 4420(c)** | **Standard 1 Marketplace Rule 4450(a)** | **Standard 2 Marketplace Rule 4450(b)** |
| Stockholders' equity | $15 million | $30 million | N/A | $10 million | N/A |
| Market value of listed securities or Total assets and Total revenue | N/A | N/A | $75 million or $75 million and $75 million | N/A | $50 million or $50 million and $50 million |
| Income from continuing operations before income taxes (in latest fiscal year or 2 of last 3 fiscal years) | $1 million | N/A | N/A | N/A | N/A |
| Publicly held shares | 1.1 million | 1.1 million | 1.1 million | 750,000 | 1.1 million |
| Market value of publicly held shares | $8 million | $18 million | $20 million | $5 million | $15 million |
| Minimum bid price | $5 | $5 | $5 | $1 | $1 |
| Shareholders (round lot holders)[4] | 400 | 400 | 400 | 400 | 400 |
| Market makers | 3 | 3 | 4 | 2 | 4 |
| Operating history | N/A | 2 years | N/A | N/A | N/A |
| Corporate governance | Yes | Yes | Yes | Yes | Yes |

1 For initial listing under Standard 3, a company must satisfy one of the following: the market value of listed securities requirement or the total assets and the total revenue requirement. Under Marketplace Rule 4200(a)(20), listed securities is defined as "securities quoted on NASDAQ or listed on a national securities exchange".

2 Seasoned companies (those companies already listed or quoted on another marketplace) qualifying only under the market value of listed securities requirement of Standard 3 must meet the market value of listed securities and the bid price requirements for 90 consecutive trading days prior to applying for listing.

3 Publicly held shares is defined as total shares outstanding less any shares held by officers, directors, or beneficial owners of 10% or more.

4 Round lot holders are shareholders of 100 shares or more.

5 An electronic communications network ("ECN") is not considered a market maker for the purpose of these rules.

6 Marketplace Rules 4350, 4351 and 4360.