# Exhibit H

**IMAX Corporation**
**List of Common Stock Market Makers With Greater Than 1% of Total Reported Activity**
**February 2003 - February 2006**

| Market Maker | Total Activity Shares | % of Total |
|---|---|---|
| Knight Equity Markets, L.P. | 81,790,000 | 20.9% |
| Schwab Capital Markets L.P. | 37,357,000 | 9.5% |
| Brut, LLC | 28,808,000 | 7.3% |
| National Financial Services LLC | 21,471,000 | 5.5% |
| Jefferies & Company, Inc. | 16,711,000 | 4.3% |
| Citigroup Global Markets Inc. | 12,650,000 | 3.2% |
| Morgan Stanley & Co., Incorporated | 11,739,000 | 3.0% |
| Harris Nesbitt Corp. | 11,408,000 | 2.9% |
| B-Trade Services LLC | 10,743,000 | 2.7% |
| RBC Capital Markets | 9,411,000 | 2.4% |
| Credit Suisse First Boston LLC | 9,197,000 | 2.3% |
| Bear, Stearns & Co. Inc. | 8,291,000 | 2.1% |
| Cowen & Co., LLC | 7,225,000 | 1.8% |
| Merrill Lynch | 7,114,000 | 1.8% |
| Lime Brokerage LLC | 6,660,000 | 1.7% |
| Piper Jaffray & Co. | 5,847,000 | 1.5% |
| J.P. Morgan Securities Inc. | 5,386,000 | 1.4% |
| UBS Securities LLC | 5,077,000 | 1.3% |
| Wien Securities | 5,042,000 | 1.3% |
| Merriman Curhan Ford & Co. | 4,970,000 | 1.3% |
| E*Trade Capital Mkts LLC | 4,879,000 | 1.2% |
| Goldman Sachs | 4,816,000 | 1.2% |
| Prudential Equity Group, Inc. | 4,652,000 | 1.2% |
| Oppenheimer & Co. Inc. | 4,260,000 | 1.1% |

Source: Bloomberg

**IMAX Corporation**
**Number of Common Stock Market Makers With Greater Than 1% of Total Reported Activity During Each Month**
**February 2003 - February 2006**

| Month | Number of >1% Market Makers | NASDAQ Security Avg # of Market Makers (1) |
|---|---|---|
| February 2003 | 15 | 16 |
| March 2003 | 16 | 17 |
| April 2003 | 18 | 17 |
| May 2003 | 18 | 17 |
| June 2003 | 21 | 17 |
| July 2003 | 19 | 17 |
| August 2003 | 18 | 17 |
| September 2003 | 19 | 17 |
| October 2003 | 20 | 18 |
| November 2003 | 24 | 18 |
| December 2003 | 23 | 18 |
| January 2004 | 18 | 18 |
| February 2004 | 16 | 18 |
| March 2004 | 17 | 18 |
| April 2004 | 17 | 19 |
| May 2004 | 19 | 18 |
| June 2004 | 19 | 19 |
| July 2004 | 20 | 19 |
| August 2004 | 15 | 19 |
| September 2004 | 15 | 19 |
| October 2004 | 15 | 19 |
| November 2004 | 19 | 20 |
| December 2004 | 18 | 20 |
| January 2005 | 15 | 21 |
| February 2005 | 18 | 21 |
| March 2005 | 19 | 21 |
| April 2005 | 21 | 21 |
| May 2005 | 20 | 21 |
| June 2005 | 19 | 21 |
| July 2005 | 22 | 21 |
| August 2005 | 23 | 20 |
| September 2005 | 19 | 21 |
| October 2005 | 20 | 21 |
| November 2005 | 17 | 21 |
| December 2005 | 19 | 22 |
| January 2006 | 20 | 22 |
| February 2006 | 18 | 23 |

(1) Includes <1% Market Makers

Source: Bloomberg