# Exhibit L

**IMAX Corporation Common Stock**
**Comparison of Alternative Market Models**

| Independent Variables | Adjusted R Square | Standard Error | Coefficient 1 | Standard Error 1 | t Stat 1 | Coefficient 2 | Standard Error 2 | t Stat 2 |
|---|---|---|---|---|---|---|---|---|
| S&P 500 Index | 5.61% | 3.37% | 1.07 | 0.16 | 6.75 | - | - | - |
| S&P 500 Index, Bloomberg Hollywood Reporter Index | 7.38% | 3.34% | 0.09 | 0.29 | 0.31 | 1.02 | 0.26 | 3.91 |
| S&P 500 Index, S&P 500 Movies & Entertainment Index | 5.56% | 3.37% | 0.93 | 0.24 | 3.90 | 0.12 | 0.16 | 0.78 |
| NASDAQ Composite Index | 6.85% | 3.35% | 0.86 | 0.11 | 7.49 | - | - | - |
| NASDAQ Composite Index, Bloomberg Hollywood Reporter Index | 7.73% | 3.33% | 0.36 | 0.21 | 1.69 | 0.72 | 0.25 | 2.84 |
| NASDAQ Composite Index, S&P 500 Movies & Entertainment Index | 6.77% | 3.35% | 0.80 | 0.16 | 5.01 | 0.08 | 0.14 | 0.57 |
| NASDAQ Industrials Index | 7.26% | 3.34% | 0.89 | 0.12 | 7.72 | - | - | - |
| NASDAQ Industrials Index, Bloomberg Hollywood Reporter Index | 7.92% | 3.33% | 0.44 | 0.21 | 2.12 | 0.64 | 0.25 | 2.53 |
| NASDAQ Industrials Index, S&P 500 Movies & Entertainment Index | 7.18% | 3.34% | 0.83 | 0.16 | 5.34 | 0.08 | 0.14 | 0.58 |
| Russell 2000 Index | 7.40% | 3.34% | 0.86 | 0.11 | 7.80 | - | - | - |
| **Russell 2000 Index, Bloomberg Hollywood Reporter Index** | **8.20%** | **3.32%** | **0.47** | **0.18** | **2.59** | **0.62** | **0.23** | **2.74** |
| Russell 2000 Index, S&P 500 Movies & Entertainment Index | 7.37% | 3.34% | 0.78 | 0.14 | 5.49 | 0.12 | 0.13 | 0.90 |
| Russell 3000 Index | 6.32% | 3.36% | 1.11 | 0.16 | 7.18 | - | - | - |
| Russell 3000 Index, Bloomberg Hollywood Reporter Index | 7.48% | 3.34% | 0.28 | 0.30 | 0.93 | 0.87 | 0.27 | 3.22 |
| Russell 3000 Index, S&P 500 Movies & Entertainment Index | 6.21% | 3.36% | 1.05 | 0.23 | 4.53 | 0.06 | 0.16 | 0.37 |