USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE IMAX CORPORATION SECURITIES LITIGATION

Case No: 06 Civ. 6128 (NRB) (ECF Case)

**~~[PROPOSED]~~ ORDER FOR WITHDRAWAL OF COUNSEL**

Having considered the Motion for Withdrawal of Counsel by John Franklin Guild, the Court determines that the motion is GRANTED.

IT IS SO ORDERED THIS 4th day of August, 2011.

Honorable Naomi Reice Buchwald
United States District Judge