USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/7/2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re IMAX Corporation Securities Litigation | Master File No. 06 Civ. 6128 (NRB) |

**STIPULATION**

This Stipulation is dated as of December 6, 2011 among IMAX Corporation ("IMAX"), Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce and Kathryn Gamble (collectively, "the IMAX Defendants"), PricewaterhouseCoopers LLP, an Ontario Limited Liability Partnership ("PwC-Canada"), and The Merger Fund, as the Court-appointed Lead Plaintiff on behalf of the Class (the "Plaintiff") (collectively, the "Parties"), in the above-referenced consolidated action. The Parties agree as follows:

1. The Parties entered into a Memorandum of Understanding on November 2, 2011 for the settlement of this action ("MOU"), at which time Plaintiff's motion for certification ("class motion") was pending before the Court.

2. The class motion seeks certification of a class of persons who purchased IMAX securities on the NASDAQ from February 27, 2003 through July 20, 2007, inclusive.

3. Because the parties have entered into the MOU, Plaintiff hereby withdraws its class motion, without prejudice to its right to refile the class motion upon 5 days written notice to the IMAX Defendants and PwC-Canada (collectively, the "Defendants"), in the event any condition to the settlement provided for in the MOU is not met.

4. In the event the class motion is refiled by the Plaintiff pursuant to paragraph 3, the Parties agree that all of their respective rights, and/or defenses and

positions are preserved and protected, and each revert to their respective litigation positions immediately prior to the entry into this agreement (including that, consistent with the Court's ruling, Defendants may take the deposition of Dr. John Finnerty regarding his class certification reply declaration and file a sur-reply brief with respect thereto.).

Dated: New York, New York
December 6, 2011

ABBEY SPANIER RODD & ABRAMS, LLP

Arthur N. Abbey, Esq.
Jill S. Abrams, Esq.
Richard B. Margolies, Esq.
212 East 39th Street
New York, New York 10022
(212) 889-3700

*Counsel for Lead Plaintiff*

CLEARY GOTTLIEB STEEN & HAMILTON, LLP

/D.O.

Lewis J. Liman, Esq.
David Oliwenstein, Esq.
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Counsel for IMAX Corporation, Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce and Kathryn Gamble*

GIBSON, DUNN & CRUTCHER LLP

/D.O.

M. Byron Wilder, Esq.
2100 McKinney Ave.
Suite 1100
Dallas, Texas 75201
(214) 698-3100

*Counsel for PricewaterhouseCoopers LLP, an Ontario Limited Liability Partnership*

It is SO ORDERED this 7th day of December, 2011.

U.S.D.J.