UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | 06 CIV. 6128 (NRB) |

**LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CLASS CERTIFICATION AND APPROVAL OF NOTICE PLAN**

Lead Plaintiff, by and through its undersigned counsel, hereby moves this Court for entry of an Order granting preliminary approval of the proposed settlement as set forth in the Stipulation and Agreement of Settlement Between Settlement Class Members and Imax Corporation, Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce, Kathryn A. Gamble and PricewaterhouseCoopers LLP dated January 26, 2012 (the "Stipulation"), and other relief pursuant to Rule 23(e) of the Federal Rules of Civil Procedure.

Through the [Proposed] Order Preliminarily Approving Final Settlement and Providing For Notice (the "Preliminary Approval Order"), Lead Plaintiff seeks to establish a schedule leading to a hearing to determine whether the proposed settlement, on the terms and conditions provided in the Stipulation, should be approved pursuant to Rule 23(e) of the Federal Rules of Civil Procedure. The Preliminary Approval Order also conditionally certifies the class, and sets forth the procedure whereby notice to class members is provided, and whereby class members who wish to be excluded from the class or object to the proposed settlement may do so.

Based on the proposed timing of the mailing of individual notices to affected shareholders, Lead Plaintiff respectfully request that the settlement hearing be scheduled at the Court's convenience, on a date that falls approximately 90 days after the mailing of Notice of Pendency and Proposed Settlement of Class Action, so as to allow sufficient time following

dissemination of the notices for individual shareholders to review the notice and assess their options.

WHEREFORE, for the reasons stated above, in Lead Plaintiff's memorandum in support of this motion and in the accompanying Stipulation (with exhibits), Lead Plaintiff respectfully requests that the Court enter the Preliminary Approval Order, a proposed version of which is attached as Exhibit A to the Stipulation.

Dated: January 26, 2012

Respectfully submitted,

ABBEY SPANIER RODD & ABRAMS, LLP

By: /s/ Richard B. Margolies

Arthur N. Abbey
aabbey@abbeyspanier.com
Karin E. Fisch
kfisch@abbeyspanier.com
Richard B. Margolies
rmargolies@abbeyspanier.com
212 East 39th Street
New York, NY 10016
(212) 889-3700

*Counsel for Lead Plaintiff*