UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | 06 CIV. 6128 (NRB) |

**DECLARATION OF RICHARD B. MARGOLIES IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CLASS CERTIFICATION AND APPROVAL OF NOTICE PLAN**

1. I am an associate at the law firm of Abbey Spanier Rodd & Abrams, LLP, Lead Counsel for Lead Plaintiff in this Action.

2. This declaration is being submitted in support of Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement, Conditional Class Certification and Approval of Notice Plan, dated January 26, 2012.

3. Attached hereto as Exhibit A is a true and correct copy of the Stipulation and Agreement of Settlement Between Settlement Class Members and IMAX Corporation, Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce, Kathryn A. Gamble and PricewaterhouseCoopers LLP, with exhibits attached thereto.

I affirm under penalty of perjury that the foregoing is true and correct.

Dated: January 26, 2012

By: /s/Richard B. Margolies
Richard B. Margolies