UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | 06 CIV. 6128 (NRB) |

**LEAD PLAINTIFF'S MOTION FOR AN AMENDED ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CLASS CERTIFICATION AND APPROVAL OF NOTICE PLAN**

Lead Plaintiff, by and through its undersigned counsel, hereby moves this Court for entry of an Amended Order granting preliminary approval of the proposed settlement as set forth in the Amended Stipulation and Agreement of Settlement Between Settlement Class Members and Imax Corporation, Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce, Kathryn A. Gamble and PricewaterhouseCoopers LLP dated March 20, 2012 (the "Amended Stipulation"), and other relief pursuant to Rule 23(e) of the Federal Rules of Civil Procedure.

Through the [Proposed] Amended Order Preliminarily Approving Final Settlement and Providing For Notice (the "Amended Preliminary Approval Order"), Lead Plaintiff seeks a hearing on June 14, 2012, at 10:30 a.m. to determine whether the proposed settlement, on the terms and conditions provided in the Amended Stipulation, should be approved pursuant to Rule 23(e) of the Federal Rules of Civil Procedure. The Amended Preliminary Approval Order also conditionally certifies the class, and sets forth the procedure whereby notice to class members is provided, and whereby class members who wish to be excluded from the class or object to the proposed settlement may do so.

WHEREFORE, for the reasons stated above, and for the reasons stated in Lead Plaintiff's January 26, 2012 memorandum of law and in the accompanying Amending Stipulation (with exhibits) which is attached to the Declaration of Richard B. Margolies in Support of Lead

Plaintiff's Motion For an Amended Order Granting Preliminary Approval of Class Action Settlement, Conditional Class Certification and Approval of Notice Plan, Lead Plaintiff respectfully requests that the Court enter the Amended Preliminary Approval Order, a proposed version of which is attached as Exhibit A to the Amended Stipulation.

Dated: March 26, 2012

Respectfully submitted,

ABBEY SPANIER RODD & ABRAMS, LLP

By: /s/ Richard B. Margolies

Arthur N. Abbey
aabbey@abbeyspanier.com
Karin E. Fisch
kfisch@abbeyspanier.com
Richard B. Margolies
rmargolies@abbeyspanier.com
212 East 39th Street
New York, NY 10016
(212) 889-3700

*Counsel for Lead Plaintiff*