UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | 06 CIV. 6128 (NRB) |

**DECLARATION OF RICHARD B. MARGOLIES IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR AN AMENDED ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CLASS CERTIFICATION AND APPROVAL OF NOTICE PLAN**

1. I am an associate at the law firm of Abbey Spanier Rodd & Abrams, LLP, Lead Counsel for Lead Plaintiff in this Action.

2. This declaration is being submitted in support of Lead Plaintiff's Motion for an Amended Order Granting Preliminary Approval of Class Action Settlement, Conditional Class Certification and Approval of Notice Plan, dated March 26, 2012.

3. Attached hereto as Exhibit A is a true and correct copy of the Amended Stipulation and Agreement of Settlement Between Settlement Class Members and IMAX Corporation, Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce, Kathryn A. Gamble and PricewaterhouseCoopers LLP, with exhibits attached thereto.

I affirm under penalty of perjury that the foregoing is true and correct.

Dated: March 26, 2012

By: __/s/Richard B. Margolies__________
Richard B. Margolies