UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | 06 CIV. 6128 (NRB) |

**NOTICE OF LEAD PLAINTIFF'S MOTON FOR FINAL APPROVAL OF THE SETTLEMENT WITH DEFENDANTS, PROPOSED PLAN OF ALLOCATION, FINAL CERTIFICATION AND FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

TO: All Counsel of Record

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e) and this Court's March 28, 2012 Amended Order Preliminary Approving Final Settlement and Providing for Notice; and upon the Declaration of Arthur N. Abbey in Support of Lead Plaintiff's Motion for Final Approval of the Settlement with Defendants, Proposed Plan of Allocation, Final Certification and Award of Attorneys' Fees and Reimbursement of Expenses; and the Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of the Settlement with Defendants, Proposed Plan of Allocation, Final Certification and Award of Attorneys' Fees and Reimbursement of Expenses; and all other papers and proceedings herein, Lead Plaintiff, through its undersigned counsel, will and do hereby move this Court on June 14, 2012 at 10:30 a.m. in the Courtroom of the Honorable Naomi Reice Buchwald, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 21A, New York, New York 10007, or at such other location and time as set by the Court, for entry of a Final Settlement Approval Order approving the proposed Settlement as fair, reasonable and adequate, approving the

proposed Plan of Allocation, certifying the Settlement Class and awarding attorneys' fees and reimbursement of litigation expenses to Lead Counsel and other plaintiff's counsel.

Dated: June 7, 2012

Respectfully submitted,

ABBEY SPANIER RODD
& ABRAMS, LLP

By: /s Arthur N. Abbey
Arthur N. Abbey
Karin E. Fisch
Richard B. Margolies
212 East 39th Street
New York, NY 10016
Telephone: (212) 889-3700
Facsimile: (212) 684-5191

*Lead Counsel*