UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | 06 CIV. 6128 (NRB) |

**AFFIDAVIT OF PAUL MULHOLLAND, CPA, CVA, CONCERNING MAILING OF NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF U.S. CLASS ACTION AND PROOF OF CLAIM AND RELEASE**

I, Paul Mulholland, being duly sworn, depose and say:

1. I am the President of Strategic Claims Services ("SCS"), a nationally recognized claims administration firm, which was retained by Lead Counsel to serve as Claims Administrator in the above-captioned class action. I am a Certified Public Accountant and a Certified Valuation Analyst. SCS was approved to administer the Settlement in this action by Court Order dated March 28, 2012 (the "Notice Order"). I have over twenty years of experience specializing in administration of class action cases and I have administered over two-hundred seventy-five (275) class actions. SCS was established in April 1999 and has administered over two-hundred twenty-five (225) class actions since its inception. I am over 21 years of age and am not a party to this action.

2. From March 29, 2012 through the date of this affidavit, SCS, under my supervision, has administered the Settlement in this action. As such, I have personal knowledge of the facts stated herein. I submit this affidavit to provide the Court with information regarding the mailing of the Notice of Pendency and Proposed Settlement of U.S. Class Action ("Notice") and the Proof of Claim and Release form ("Proof of Claim")(together the "Claims Package") and the publication of the Summary Notice of Proposed Settlement of U.S. Class Action ("Summary Notice"). A copy of the Notice and Proof of Claim is attached as **Exhibit A.**

3. SCS has administered the Settlement by organizing the printing of the Notice, Proof of Claim; providing the Claims Package to the class; notifying brokerage firms or other nominee accounts of the appropriate manner to provide individual notice to Class Members; establishing and maintaining a dedicated website; forwarding Notice and Proof of Claim forms returned by the United States Postal Service with updated address information; skip tracing Notice and Proof of Claim forms returned as undeliverable; tracking exclusion requests; distributing, accepting and processing Proof of Claim forms filed by Class Members; reviewing submitted Proof of Claim forms for accuracy and completeness and to ensure that they are supported by sufficient documentary evidence; providing notice of deficient or rejected claims, when appropriate; calculating recognized losses of the Class, on both an individual and classwide basis.

4. In order to provide actual notice to those persons and entities who purchased or otherwise acquired IMAX shares on the NASDAQ between February 27, 2003, and July 20, 2007, inclusive ("Class Period"), we mailed, by first class mail the Claims Package which was approved by the Court, to all individuals and organizations identified on the records of IMAX's transfer agent, Computershare. These records reflect persons and entities that owned or purchased common stock of IMAX for their own account or for their clients' account(s) during the Class Period. In addition, we mailed Claims Packages to all brokerage companies, banks and trust companies contained on our master mailing list. This master list consists of the 1,087 largest banks and brokerage companies ("Nominee Account Holders"), and 726 mutual funds, insurance companies, pension funds, and money managers ("Institutional Groups"), which may have traded IMAX's common stock in their clients' or their own accounts during the Class Period. The mailing of Claim Packages were completed on April 23, 2012 as required by the Notice Order.

5. Pursuant to the Notice Order, SCS also launched a settlement website, www.imaxussettlement.com. This website contains the Complaint, the Amended Stipulation, the Notice and Proof of Claim forms (in English and French) and Publication Notice (in English and French). Additionally, a link to that website was placed on both SCS's and Lead Counsel's websites.

6. As required by the Notice Order, on April 26, 2012, the Summary Notice was published in English in the national editions of *The Wall Street Journal,* in *The New York Times, The National Post* (in one quarter page size), the national edition of *The Globe and Mail* (in one quarter page size), and in French-Canadian in the *La Presse* (in one quarter page size) as well as electronically in French-Canadian over Marketwire and in English over Globe Newswire. *See* confirmations of publication attached hereto as **Exhibit B.**

7. The notice procedures described above are consistent with the procedures I have used in each of the class action securities litigation cases in which I have been involved with over the past twenty years.

8. To date, 87,934 Claims Packages have been mailed. SCS mailed 426 Claims Package to individuals and organizations from the shareholders' list provided by IMAX. As noted in paragraph 4 above, 1,813 Claims Packages were sent to Nominee Account Holders and Institutional Groups. To date, an additional 85,695 Claims Packages were requested by the Nominee Account Holders and Institutional Groups and other individuals.

9. Out of the 87,934 Claims Packages mailed, 5,187 were returned as undeliverable. Of these, the post office provided forwarding addresses for 171; SCS immediately mailed another Claims Package to these Class Members at the updated addresses. The remaining 5,016 Claims Packages returned as undeliverable were "skip-traced" to obtain updated addresses and re-mailed if updated addresses were provided.

10. The request for exclusion and the objection deadline was June 4, 2012. To date, SCS has received only four requests for exclusion. Attached as **Exhibit C** is a list of the exclusion requests. Additionally, SCS is aware of only one objection to the Settlement, which was mailed to Lead Counsel on June 4, 2012.

Paul Mulholland
Paul Mulholland, CPA, CVA

Sworn to and Subscribed before me
This 7th day of June 2012
In the County of Delaware,
Commonwealth of Pennsylvania

Faye S. Knowles
Notary Public

NOTARIAL SEAL
FAYE S KNOWLES
Notary Public
MARPLE TWP., DELAWARE COUNTY
My Commission Expires Aug 18, 2013