# EXHIBIT B

EXHIBIT B

# AFFIDAVIT

STATE OF TEXAS )

CITY AND COUNTY OF DALLAS) )

I, Albert Fox, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1 insertion(s) on the following date(s):

APR-26-2012;

ADVERTISER: IMAX CORPORATION SECURITIES;

and that the foregoing statements are true and correct to the best of my knowledge.

Sworn to before me this
26 day of April 2012

Notary Public

DONNA HESTER
Notary Public, State of Texas
My Commission Expires
October 29, 2014

Pistol CAL:380 SN:AP175913; $100.00; 12-ATF- 013261;Unk Mfg Unk Rifle CAL:Unk SN:248560; $125.00; 12-ATF-013076; 11 Rds Remington Ammo

The property listed above is NOT for sale. The Bureau of Alcohol, Tobacco, Firearms & Explosives DOES NOT have information concerning the sale of property. VIOLATION CODES: 26-53... PROPERTIES WERE SEIZED FOR VIOLATION OF TITLE 26 USC CHAPTER 53; 26-75... PROPERTIES WERE SEIZED FOR VIOLATION OF TITLE 26 USC CHAPTER 75; 18-44... PROPERTIES WERE SEIZED FOR VIOLATION OF TITLE 18 USC CHAPTER 44; 18-40... PROPERTIES WERE SEIZED FOR VIOLATION OF TITLE 18 USC CHAPTER 40; 49-11... PROPERTIES WERE SEIZED FOR VIOLATION OF TITLE 49 USC CHAPTER 11

## CLASS ACTIONS

### UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

IN RE IMAX CORPORATION SECURITIES LITIGATION | 06 CIV. 6128 (NRB)

### SUMMARY NOTICE OF PROPOSED SETTLEMENT OF U.S. CLASS ACTION

**IF YOU PURCHASED OR OTHERWISE ACQUIRED IMAX CORPORATION ("IMAX") SHARES BETWEEN FEBRUARY 27, 2003, AND JULY 20, 2007, INCLUSIVE (THE "CLASS PERIOD"), YOU ARE A MEMBER OF A CLASS (THE "CLASS") AND MAY BE ENTITLED TO RECEIVE A PAYMENT OF A PROPOSED U.S. CLASS ACTION SETTLEMENT.**

Please read this notice carefully and in its entirety. Your rights may be affected by the proposed settlement (the "Settlement") described in this notice. A hearing will be held with respect to the proposed Settlement on June 14, 2012 at 10:30 a.m. before the Honorable Naomi Reice Buchwald in the United States District Court for the Southern District of New York, in courtroom 21A, at the United States Courthouse, 500 Pearl Street, New York, New York 10007-1312.

The Settlement resolves certain claims asserted in a United States class action (the "U.S. Action") against IMAX Corporation, Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce, Kathryn A. Gamble and PricewaterhouseCoopers LLP, an Ontario Limited Liability Partnership (the "Defendants").

The Settlement consists of twelve million dollars ($12,000,000) in cash (the "Settlement Amount").

The purpose of the hearing is to determine whether the proposed Settlement with the Defendants, pursuant to which the Defendants will pay the above amount into a Settlement Fund in exchange for a release of claims against them, should be approved by the Court as fair, reasonable, adequate and in the best interests of the Class. At the hearing, the Court will also consider whether judgment should be entered dismissing all claims in the litigation against the Defendants with prejudice, plans of allocation to distribute the proceeds of the Settlement, a request by Lead Counsel for attorneys' fees in an amount up to 25 percent of the Settlement Fund and reimbursement of expenses in an amount not to exceed $1.75 million, and any other matters that may properly be brought before the Court in connection with the Settlement.

A description of the Settlement and the rights of the Class with respect to the Settlement, along with a proof of claim and release form, are contained in the notice of pendency and proposed Settlement of the U.S. Class Action (the "Notice"), which has been mailed to all identifiable potential Settlement class members. If you are a member of the Class, you may be entitled to share in the distribution of the Settlement Fund by filing a proof of claim and release form no later than October 12, 2012. You also have the right to exclude yourself from the Settlement or object to the proposed Settlement or the other matters to be considered by the Court at the hearing, in accordance with the procedures described in the Notice.

To exclude yourself from the Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice that is received or postmarked no later than June 4, 2012. If you are a member of the Class and do not exclude yourself from the Class AND do not submit a proper proof of claim and release form, you will not share in the Settlement Fund but you will be bound by the order and final judgment of the Court entered into with respect to the Settlement.

In addition, if you purchased IMAX securities on or after February 17, 2006 and held some or all of those securities on August 9, 2006, then you are also a member of the certified class in another class action against IMAX Corporation and others, in Ontario, Canada (the "Canadian Action"). If you exclude yourself from the U.S. Action, you will remain a member of the class in the Canadian Action. The IMAX Defendants have made a motion for a final order from the Canadian court in the Canadian Action seeking to exclude from the definition of the Canadian class, all persons who do not opt out of this Settlement, if and when the Settlement is approved by final Order of the U.S. Court. If that motion is granted, the Settlement is approved by a final Order, and you do not opt out of the U.S. Action, you will be excluded from participating in the Canadian Action.

Any objections to the Settlement, the plan of allocation, or lead counsel's request for attorneys' fees and reimbursement of expenses must be filed with the Court and served on counsel for the parties in accordance with the instructions set forth in the Notice, such that they are received or postmarked no later than June 4, 2012.

If you did not receive a copy of the Notice by mail, you may obtain a copy and a proof of claim and release form, or other information about the U.S. Action or the Canadian Action, by writing to the following address, calling the following telephone number, or on the internet at:

In re IMAX Corporation Securities Litigation
c/o Strategic Claims Services
600 North Jackson Street - Suite 3, Media, PA 19063
1-866-274-4004
info@strategicclaims.net, www.imaxussettlement.com

If you would like additional information regarding the U.S. Action, you may contact lead counsel in the U.S. Action at the addresses set forth below, or call them toll free at 1-800-889-3701, or visit their website at www.abbeyspanier.com.

ABBEY SPANIER RODD & ABRAMS, LLP
212 East 39th Street, New York, NY 10016
ATTN: IMAX Settlement

If you would like additional information regarding the Canadian Action, you may write or contact lead counsel in the Canadian Action at the addresses set forth below, or call their clerk, Nicole Young, toll free at 1-800-461-6166 (ext. 2380); or email Ms. Young at nicole.young@siskinds.com; or visit www.classaction.ca.

Nicole Young
SISKINDS, LLP
680 Waterloo Street, London, Ontario, Canada

Please do not call the clerk of the Court or Judge Buchwald for information.

Dated: March 28, 2012 /S/
Clerk of the Court
United States District Court, Southern District of New York






Businesses For Sale.

Advertise in The Mart.

Call 1-800-366-3975

or email sales.mart@wsj.com

THE WALL STREET JOURNAL.


**207-2012-006;** $27,675.00; 03/13/2012; Joesph Smith, Indianapolis, IN; 2007 GMC Depali, VIN #2GTEK638271720239

**EASTERN DISTRICT OF MISSOURI**
**213-2012-003;** $1,200.00; 03/08/2012; Quesada Yunier and Yoan Alvarez-Hemandez, St. Peters, MO; Misc. Gift Cards
**213-2012-006;** $1,500.00; 03/08/2012; Quesada Yunier and Yoan Alvarez-Hemandez, St. Peters, MO; Misc. Gift Cards

**EASTERN DISTRICT OF KENTUCKY**
**227-2012-002;** $5,508.00; $125.00; $3,705.00; 03/06/2012; Ashley-Monet Walcott, Chantal Campbell and Tierah O'Neal, Montgomery County, KY; $5,508.00 in U.S. Currency; Sony Playstation 3 Gaming System; Misc. Gen. Merch.

**SOUTHERN DISTRICT OF FLORIDA**
**311-2012-023;** $16,048.82; 03/16/2012; Anika Sands, Miami, FL; Citibank Account #9118225222 in the Name of Anika Sands

**CANADA**
**401-2012-007;** $9,800.00; 02/27/2012; Sophia Serrano, Mississauga, CAN; 14 32GB iPad II's

**CENTRAL DISTRICT OF CALIFORNIA**
**428-2012-003;** $28,000.00; $8,000.00; $4,950.00; $3,020.00; 03/01/2012; Andrew Phalen, Costa Mesa, CA; Bank of America Cashier's Check #433418510; $8,000.00 in U.S. Currency; Breitling Avenger Stainless Steel Casing and 22mm Band with Automatic Chronograph and Gray Dial; Misc. Elec. Equip.
**428-2012-004;** $540.00; 03/01/2012; Dominic Nolan, Irvine, CA; Misc. Elec. Equip.
**428-2012-008;** $25,240.00; 03/01/2012; Andrew Phalen, Mission Viejo, CA; $25,240.00 in U.S. Currency
**428-2012-009;** $7,000.00; $800.00; 03/01/2012; John D. Silva, Irvine, CA; $7,000.00 in U.S. Currency; 43" Samsung LED Television
**428-2012-010;** $5,300.00; $845.00; 03/01/2012; Jacob J. Cunningham, Irvine, CA; $5,300.00 in U.S. Currency; Misc. Elec. Equip.
**428-2012-011;** $109,140.00; 03/01/2012; Kevin Phalen, Mission Viejo, CA; $109,140.00 in U.S. Currency

**SECOND NOTICE**
**DEADLINE TO FILE CLAIM 05/24/2012**
**SEIZURE NUMBER, APPRAISED VALUE,**
**DEADLINE TO FILE PETITION 05/24/2012**
**DATE SEIZED, SEIZED FROM, PLACE SEIZED**

**DISTRICT OF CONNECTICUT**
**107-2012-002;** $319,503.43; 02/22/2012; Lawrence Ciccarelli, New Haven, CT; Wachovia Bank Account #2000038911415 in the Name of International Investment Escrow, Inc.

**NORTHERN DISTRICT OF ILLINOIS**
**201-2012-010;** $2,400.00; 02/25/2012; Deyan Slavchev and Georgi Vangelov, Northbrook, IL; $2,400.00 in U.S. Currency

**SOUTHERN DISTRICT OF OHIO**
**202-2012-005;** $1,136.00; 03/09/2012; Richard Cunningham, Cincinnati, OH; $1,136.00 in U.S. Currency
**202-2012-007;** $180.00; $45.00; $7,980.82; 03/01/2012; Mohamed B. Jalloh and Shawn Lee McCoy, Franklin, OH; Straight Talk Android LG Phone; Straight Talk Phone Minutes Card; Misc. Gift

Visa Green Dot Prepaid

**SOUTHERN DISTRICT**
**311-2012-022;** $19,300
Shaposhnikov, Sunny Is
#WBANB53507CP071
Coins

**MIDDLE DISTRICT OF**
**312-2012-004;** $4,000.
03/01/2012; Lamiego M
Only, TN; $4,000.00 in U
Merch.; Toshiba Laptop

**SOUTHERN DISTRICT**
**330-2012-001;** $2,000.
GA; $2,000.00 in U.S. C

**DISTRICT OF NEW ME**
**401-2012-005;** $194,97
Albuquerque, NM; Bank
Name of ICT Global Inc

**NORTHERN DISTRICT**
**401-2012-006;** $50,571
Cohen, San Jose, CA; F
the Name of Gili Astrahe

**CENTRAL DISTRICT O**
**403-2012-024;** $25,525
Angeles, CA; 2006 Lan
#SALSF254X6A92940
**403-2012-025;** $35,700
Morris, Los Angeles, CA
**403-2012-026;** $5,600.
Angeles, CA; $5,600.00
**403-2012-027;** $2,264.
and Elton J. Morris, Tor
GMC G2500, VIN #1G
**422-2012-001;** $5,850.
Palm Springs, CA; 200
#1GYEK13R4YR11410

**THIRD NOTICE**
**DEADLINE TO FILE C**
**SEIZURE NUMBER, A**
**DEADLINE TO FILE P**
**DATE SEIZED, SEIZED**

**MIDDLE DISTRICT OF**
**105-2012-007;** $1,502.
Soremekunm Greensbo
#1340000968950 in the
Bank Account #134000
Soremekun
**105-2012-008;** $11,001.
Greensboro, NC; Wells
Name of Babatunde So

**DISTRICT OF CONNE**
**107-2012-001;** $2,950.
CT; $2,950.00 in U.S. C

## PUBLIC NOTICES

## LEGAL NOTIC

**ATTENTION**

The U.S. Postal Inspection Service, Washington, D.C. gives notice that the following properties were seized for various f
forfeiture property, you may submit a petition for remission or mitigation. The criteria for filing a petition are found at Title 3
the U.S. Postal Inspection Service at the address listed below. Upon the filing of a claim under Title 18 U.S.C.; Section 98
the pendency of the forfeiture proceeding due to hardship. The claim need not be made in any particular form, but shall id
made under oath, subject to penalty of perjury. A frivolous claim may subject the claimant to a civil fine equal to ten (10)
or greater than $5,000.00. Submit all documents to US Postal Inspection Service, Asset Forfeiture Unit, P.O. Box 44373,
deemed filed with the U.S. Postal Inspection Service when received by U.S. Postal Inspection Service Asset Forfeiture U

Federal Forfeiture Statutes: CSA=Controlled Substance Act, Title 21 USC Section 881; SEC=Sexual Exploita

**FIRST NOTICE**
**DEADLINE TO FILE CLAIM 06/10/2012**
**ASSET ID, APPRAISED VALUE,**
**STATUTE CODE, DATE SEIZED**
**SEIZED FROM, PLACE SEIZED**

**ARIZONA**
**12-USP-001074;**$85,200;CSA;03/02/2012; Brandon McClain, Scottsdale, AZ;U.S. Currency
**12-USP-001075;**$19,125;CSA;03/06/2012; Gustavo Gallegos Jr., Scottsdale, AZ;2007 Chevrolet Tahoe VIN#1GNFC13JX7R285993
**12-USP-001077;**$883;CSA;03/06/2012; Gustavo Gallegos Jr., Scottsdale, AZ;U.S. Currency
**12-USP-001078;**$7,500;CSA;03/06/2012; Gustavo Gallegos Jr., Scottsdale, AZ;U.S. Currency
**12-USP-001079;**$1,700;CSA;03/06/2012; Gustavo Gallegos Jr., Scottsdale, AZ;U.S. Currency
**12-USP-001101;**$3,633.59;CSA;03/01/2012; David Williams, Tucson, AZ;U.S. Currency
**12-USP-001175;**$7,000;CSA;03/14/2012; Donald Gordon, Phoenix, AZ;U.S. Currency
**12-USP-001176;**$3,000;CSA;03/14/2012; Donald Gordon, Phoenix, AZ;(3) Chase Money Orders
**12-USP-001177;**$6,000;CSA;03/14/2012; David Sanchez, Phoenix, AZ;U.S. Currency

**CALIFORNIA- CENTRAL**
**12-USP-000981;**$20,000;CSA;02/28/2012; Ronnie Giordano, Los Angeles, CA;U.S. Currency

**CALIFORNIA- NORTHERN**
**12-USP-001044;**$8,000;CSA;03/02/2012; Eric Helge, Oakland, CA;U.S. Currency
**12-USP-001045;**$7,000;CSA;03/02/2012; Bandit Records, Oakland, CA;U.S. Currency
**12-USP-001092;**$9,000;CSA;03/02/2012; Solosol Music, Oakland, CA;U.S. Currency
**12-USP-001093;**$9,000;CSA;03/02/2012; Solosol Music, Oakland, CA;U.S. Currency
**12-USP-001094;**$9,000;CSA;03/02/2012;

adopted the seizure on 04/03/12;U.S. Currency
**12-USP-001239;**$1,200;CF;01/27/2012; Frederick Washburn, Hickory, NC; Seized by Hickory Police Department. USPS Agents adopted the seizure on 04/03/12;U.S. Currency

**NEVADA**
**12-USP-001026;**$7,000;CSA;02/24/2012; Justin Palmer, Reno, NV;US Currency

**NEW YORK- EASTERN**
**12-USP-001126;**$15,000;CSA;02/29/2012; Brad Austin, Jamaica, NY;U.S. Currency
**12-USP-001127;**$15,000;CSA;02/29/2012; Mike Fairbanks, Jamaica, NY; $15,000.00 U.S. Currency

**OHIO- NORTHERN**
**12-USP-001013;**$9,000;CSA;02/21/2012; Michael Smith, Cleveland, OH;U.S. Currency
**12-USP-001014;**$6,200;CSA;02/21/2012; FNU Hopes, Cleveland, OH;U.S. Currency
**12-USP-001029;**$2,500;CSA;02/21/2012; Tony Reeder, Cleveland, OH;U.S. Currency
**12-USP-001035;**$10,360;CSA;02/21/2012; Mia Edwards, Cleveland, OH;U.S. Currency
**12-USP-001181;**$15,000;CSA;02/23/2012; Shermon Lee, Cleveland, OH;U.S. Currency

**OHIO- SOUTHERN**
**12-USP-000494;**$6,000;CSA;11/21/2011; D. Rhodes, Columbus, OH;U.S. Currency
**12-USP-000495;**$6,000;CSA;11/21/2011; D. Rhodes, Columbus, OH;U.S. Currency
**12-USP-000739;**$5,050;CSA;01/18/2012; Jamie Shivers, Columbus, OH;U.S. Currency
**12-USP-000740;**$5,050;CSA;01/18/2012; Jamie Shivers, Columbus, OH;U.S. Currency
**12-USP-001087;**$6,885.86;CSA;02/22/2012; Noah Eckel Davenport, Columbus, OH;U.S. Currency

**OREGON**
**12-USP-001005;**$6,400;CSA;02/23/2012; Sarah Ranney, Portland, OR;U.S. Currency

**12-USP-000939;**$552.93;CF;02/16/2012
Lee Stewart, Marina Del Rey, CA; Electro
Equipment
**12-USP-000940;**$639.36;CF;02/16/2012
Abrams, Bellflower, CA; Misc. Computer
Equipment
**12-USP-000941;**$160.73;CF;02/16/2012
Lee Stewart, Marina Del Rey, CA; Misc.
Computer Equipment
**12-USP-000977;**$23,700;CSA;02/23/20
Richard Jacquez, Ontario, CA;U.S. Curre
**12-USP-000978;**$5,000;CSA;02/23/201
Andrew Chen, Ontario, CA;U.S. Currenc
**12-USP-000979;**$2,200;CSA;02/23/201
Richard Jacquez, Ontario, CA;U.S. Curre

**CALIFORNIA- EASTERN**
**12-USP-001010;**$4,200;CSA;02/22/201
Ramos, Stockton, CA;U.S. Currency
**12-USP-001011;**$10,500;CSA;02/22/20
Herlicy, Stockton, CA;U.S. Currency

**CALIFORNIA- NORTHERN**
**12-USP-001041;**$36,980;CSA;03/02/20
Sports Authority, Oakland, CA;U.S. Cur
**12-USP-001042;**$36,010;CSA;03/02/20
Sports Authority, Oakland, CA;U.S. Cur
**12-USP-001043;**$8,980;CSA;03/02/201
Kellerman, Oakland, CA;U.S. Currency
**12-USP-001081;**$36,999;CSA;03/07/20
Shoe Warehouse, Oakland, CA;U.S. Cu

**CALIFORNIA- SOUTHERN**
**12-USP-000020;**$4,585;CSA;01/24/201
Boswell, San Diego, CA;U.S. Currency

**MARYLAND**
**12-USP-001114;**$11,500;CSA;02/22/2
M., Linthicum Heights, MD;U.S. Curren
**12-USP-001115;**$4,400;CSA;02/22/20
Stern, Linthicum Heights, MD;U.S. Cur
**12-USP-001116;**$2,500;CSA;02/22/20
Burkman, Linthicum Heights, MD; (5)
MoneyGram Money Orders

NYT The New York Times
620 8TH AVENUE • NEW YORK, NY 10018

B5

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

IN RE IMAX CORPORATION SECURITIES LITIGATION | 06 CIV. 6128 (NRB)

SUMMARY NOTICE OF PROPOSED SETTLEMENT OF U.S. CLASS ACTION

IF YOU PURCHASED OR OTHERWISE ACQUIRED IMAX CORPORATION ("IMAX") SHARES BETWEEN FEBRUARY 27, 2003, AND JULY 20, 2007, INCLUSIVE (THE "CLASS PERIOD"), YOU ARE A MEMBER OF A CLASS (THE "CLASS") AND MAY BE ENTITLED TO RECEIVE A PAYMENT OF A PROPOSED U.S. CLASS ACTION SETTLEMENT.

Please read this notice carefully and in its entirety. Your rights may be affected by the proposed settlement (the "Settlement") described in this notice. A hearing will be held with respect to the proposed Settlement on June 14, 2012 at 10:30 a.m. before the Honorable Naomi Reice Buchwald in the United States District Court for the Southern District of New York, in courtroom 21A, at the United States Courthouse, 500 Pearl Street, New York, New York 10007-1312.

The Settlement resolves certain claims asserted in a United States class action (the "U.S. Action") against IMAX Corporation, Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce, Kathryn A. Gamble and PricewaterhouseCoopers LLP, an Ontario Limited Liability Partnership (the "Defendants").

The Settlement consists of twelve million dollars ($12,000,000) in cash (the "Settlement Amount").

The purpose of the hearing is to determine whether the proposed Settlement with the Defendants, pursuant to which the Defendants will pay the above amount into a Settlement Fund in exchange for a release of claims against them, should be approved by the Court as fair, reasonable, adequate and in the best interests of the Class. At the hearing, the Court will also consider whether judgment should be entered dismissing all claims in the litigation against the Defendants with prejudice, plans of allocation to distribute the proceeds of the Settlement, a request by Lead Counsel for attorneys' fees in an amount up to 25 percent of the Settlement Fund and reimbursement of expenses in an amount not to exceed $1.75 million, and any other matters that may properly be brought before the Court in connection with the Settlement.

A description of the Settlement and the rights of the Class with respect to the Settlement, along with a proof of claim and release form, are contained in the notice of pendency and proposed Settlement of the U.S. Class Action (the "Notice"), which has been mailed to all identifiable potential Settlement class members. If you are a member of the Class, you may be entitled to share in the distribution of the Settlement Fund by filing a proof of claim and release form no later than October 12, 2012. You also have the right to exclude yourself from the Settlement or object to the proposed Settlement or the other matters to be considered by the Court at the hearing, in accordance with the procedures described in the Notice.

To exclude yourself from the Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice that is received or postmarked no later than June 4, 2012. If you are a member of the Class and do not exclude yourself from the Class AND do not submit a proper proof of claim and release form, you will not share in the Settlement Fund but you will be bound by the order and final judgment of the Court entered into with respect to the Settlement.

In addition, if you purchased IMAX securities on or after February 17, 2006 and held some or all of those securities on August 9, 2006, then you are also a member of the certified class in another class action against IMAX Corporation and others, in Ontario, Canada (the "Canadian Action"). If you exclude yourself from the U.S. Action, you will remain a member of the class in the Canadian Action. The IMAX Defendants have made a motion for a final order from the Canadian court in the Canadian Action seeking to exclude from the definition of the Canadian class, all persons who do not opt out of this Settlement, if and when the Settlement is approved by final Order of the U.S. Court. If that motion is granted, the Settlement is approved by a final Order, and you do not opt out of the U.S. Action, you will be excluded from participating in the Canadian Action.

Any objections to the Settlement, the plan of allocation, or lead counsel's request for attorneys' fees and reimbursement of expenses must be filed with the Court and served on counsel for the parties in accordance with the instructions set forth in the Notice, such that they are received or postmarked no later than June 4, 2012.

If you did not receive a copy of the Notice by mail, you may obtain a copy and a proof of claim and release form, or other information about the U.S. Action or the Canadian Action, by writing to the following address, calling the following telephone number, or on the internet at:

In re IMAX Corporation Securities Litigation
c/o Strategic Claims Services
600 North Jackson Street - Suite 3, Media, PA 19063
1-866-274-4004
info@strategicclaims.net
www.imaxussettlement.com

If you would like additional information regarding the U.S. Action, you may contact lead counsel in the U.S. Action at the addresses set forth below, or call them toll free at 1-800-889-3701, or visit their website at www.abbeyspanier.com.

ABBEY SPANIER RODD & ABRAMS, LLP
212 East 39th Street, New York, NY 10016
ATTN: IMAX Settlement

If you would like additional information regarding the Canadian Action, you may write or contact lead counsel in the Canadian Action at the address set forth below, or call their clerk, Nicole Young, toll free at 1-800-461-6166 (ext. 2380); or email Ms. Young at nicole.young@siskinds.com; or visit www.classaction.ca.

Nicole Young
SISKINDS, LLP
680 Waterloo Street, London, Ontario, Canada

# CERTIFICATION OF PUBLICATION

APR 26 2012 20 ____

I, Alice Weber, in my capacity as a Principal Clerk of the Publisher of The New York Times a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on

APR 26 2012 20 ____

Alice Weber

Approved:

Maria Pannullo

THIS CERTIFICATION NOT VALID WITHOUT NYT RAISED SEAL

is under | last September that the adminis- tration would develop the ... | and personalized medical treat- ments based on a patient's genet- | riculture is seeking to speed up reviews of genetically engi- | production in the hand of large agribusiness," he said.



DANIEL ACKER/BLOOMBERG NEWS

popular herbicide that some say has been used too often to control weeds.

# rn Impervious to a Weed Killer

nitially, of
Ready
cally engi-
herbicide
erically as

so easy for
weeds by
at Round-
ccount for
beans and
e corn and
e United
lyphosate
pense of ri-

o much on
eeds to de-
chemical.
worst in
articularly
ant called
pigweed,
ds, forcing
rews to re-

griculture
Culpepper,
University

ill provide
lyphosate-
2,4-D. "The
ersify our

—

resist

small amount of waterhemp — perhaps the most troublesome weed in the Corn Belt — that is resistant to 2,4-D.

But some other scientists say there is little choice but to turn to the new crops and their matching chemicals. Without them, "we're going to get to a situation where we have no tools at all," said Greg Kruger, assistant professor of cropping systems at the University of Nebraska.

Dow and its supporters say resistance is not that likely to develop because various herbicide-tolerant crops will be competing, meaning no herbicide will be as dominant as Roundup has been.

Then there is the issue of drift. Droplets of any pesticide can drift onto adjacent farms as the chemical is sprayed. But 2,4-D and dicamba can also vaporize — known as volatilization — days after they are sprayed and then travel in the air for miles.

"This volatilization thing is a situation we've never had to face before on a widespread basis," said Steve Smith, director of agriculture at the tomato canner Red Gold and chairman of the Save Our Crops Coalition.

To the extent they now use 2,4-D and dicamba, corn and soybean farmers usually apply the chemicals before the crops are growing, he said. But with resist-

sprayed, 2,4-D," he said. "I've sprayed it since I graduated in 1988."

He said farmers had an incentive to take precautions to prevent drift. "I've got to face my neighbors in church on Sunday," he said.


**BY ORDER OF SECURED PARTY**
**PUBLIC AUCTION - FORECLOSURE SALE INCLUDING 101 COMMON SHARES OF GREENFIELD SOUTH POWER CORPORATION**
**AND**
**10,002 COMMON SHARES OF GREENFIELD SOUTH HOLDCO CORP.**
**May 8, 2012, 10:00am local time**
**Vinson & Elkins LLP, 666 Fifth Avenue, 26th floor, New York, NY 10103; Attn: Todd R. Triller**

**FOR SALE**

The following collateral of the Secured Party (EIG Management Company, LLC or its nominee as Agent on behalf of the Note Holders): (i) 101 common shares of Greenfield South Power Corporation ("OpCo") together with the certificates and all Proceeds (as defined in the New York Uniform Commercial Code (the "NYUCC") relating thereto and (ii) 10,002 common shares of Greenfield South Holdco Corp. ("Holdco" and together with OpCo, the "Companies") together with the certificates and all Proceeds (as defined in the NYUCC) relating thereto (collectively, the "Equity Interests").

Subject to the terms of this notice, the Equity Interests are to be sold as a block to the highest qualified bidder. All the Equity Interests are unregistered securities under the Securities Act of 1933 (together with the regulations thereunder, the "33 Act").

**TERMS OF SALE**

**Cash Sale**: Prospective purchasers must be prepared to pay the purchase price for the Equity Interests by wire transfer in immediately available funds to the account designated by the Secured Party in instructions to bidders on the date of the sale or by cashier's check made out to "EIG Management Company, LLC, as Agent". The purchase price must be paid in United States dollars. The Secured Party reserves the right to bid for and purchase the Equity Interests to be sold and to credit the expenses of the sale and all or a portion of the principal, interest, yield maintenance amount and any other amounts owing or for which Greenfield South Holdco Corp. or the pledgor of such Equity Interests is liable to the Secured Party against the purchase price.

**Block Sale**: The Equity Interests will be sold only as a block, subject to the right of the Secured Party, in its discretion, to adjourn or terminate the sale process as to the Equity Interests in one Company and to proceed with the sale of the Equity Interests in the other Company.

**As Is Where Is**: The sale of the Equity Interests will be undertaken without representation and warranty by the Secured Party and "as is, where is."

**Required Representations; Qualified Purchasers**: Only purchasers who are able to make, and who do make, the written representations referred to below shall be permitted to purchase the Equity Interests.

**INFORMATION**: Interested parties may obtain information with


**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK**

IN RE IMAX CORPORATION SECURITIES LITIGATION | 06 CIV. 6128 (NRB)

**SUMMARY NOTICE OF PROPOSED SETTLEMENT OF U.S. CLASS ACTION**

**IF YOU PURCHASED OR OTHERWISE ACQUIRED IMAX CORPORATION ("IMAX") SHARES BETWEEN FEBRUARY 27, 2003, AND JULY 20, 2007, INCLUSIVE (THE "CLASS PERIOD"), YOU ARE A MEMBER OF A CLASS (THE "CLASS") AND MAY BE ENTITLED TO RECEIVE A PAYMENT OF A PROPOSED U.S. CLASS ACTION SETTLEMENT.**

Please read this notice carefully and in its entirety. Your rights may be affected by the proposed settlement (the "Settlement") described in this notice. A hearing will be held with respect to the proposed Settlement on June 14, 2012 at 10:30 a.m. before the Honorable Naomi Reice Buchwald in the United States District Court for the Southern District of New York, in courtroom 21A, at the United States Courthouse, 500 Pearl Street, New York, New York 10007-1312.

The Settlement resolves certain claims asserted in a United States class action (the "U.S. Action") against IMAX Corporation, Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce, Kathryn A. Gamble and PricewaterhouseCoopers LLP, an Ontario Limited Liability Partnership (the "Defendants").

The Settlement consists of twelve million dollars ($12,000,000) in cash (the "Settlement Amount").

The purpose of the hearing is to determine whether the proposed Settlement with the Defendants, pursuant to which the Defendants will pay the above amount into a Settlement Fund in exchange for a release of claims against them, should be approved by the Court as fair, reasonable, adequate and in the best interests of the Class. At the hearing, the Court will also consider whether judgment should be entered dismissing all claims in the litigation against the Defendants with prejudice, plans of allocation to distribute the proceeds of the Settlement, a request by Lead Counsel for attorneys' fees in an amount up to 25 percent of the Settlement Fund and reimbursement of expenses in an amount not to exceed $1.75 million, and any other matters that may properly be brought before the Court in connection with the Settlement.

A description of the Settlement and the rights of the Class with respect to the Settlement, along with a proof of claim and release form, are contained in the notice of pendency and proposed Settlement of the U.S. Class Action (the "Notice"), which has been mailed to all identifiable potential Settlement class members. If you are a member of the Class, you may be entitled to share in the distribution of the Settlement Fund by filing a proof of claim and release form no later than October 12, 2012. You also have the right to exclude yourself from the Settlement or object to the proposed Settlement or the other matters to be considered by the Court at the hearing, in accordance with the procedures described in the Notice.

To exclude yourself from the Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice that is received or postmarked no later than June 4, 2012. If you are a member of the Class and do not exclude yourself from the Class AND do not submit a proper proof of claim and release form, you will not share in the Settlement Fund but you will be bound by the order and final judgment of the Court entered into with respect to the Settlement.

In addition, if you purchased IMAX securities on or after February 17, 2006 and held some or all of those securities on August 9, 2006, then you are also a member of the certified class in another class action against IMAX Corporation and others, in Ontario, Canada (the "Canadian Action"). If you exclude yourself from the U.S. Action, you will remain a member of the class in the Canadian Action. The IMAX Defendants have made a motion for a final order from the Canadian court in the Canadian Action seeking to exclude from the definition of the Canadian class, all persons who do not opt out of this Settlement, if and when the Settlement is approved by final Order of the U.S. Court. If that motion is granted, the Settlement is approved by a final Order, and you do not opt out of the U.S. Action, you will be excluded from participating in the Canadian Action.

Any objections to the Settlement, the plan of allocation, or lead counsel's request for attorneys' fees and reimbursement of expenses must be filed with the Court and served on counsel for the parties in accordance with the instructions set forth in the Notice, such that they are received or postmarked no later than June 4, 2012.

If you did not receive a copy of the Notice by mail, you may obtain a copy and a proof of claim and release form, or other information about the U.S. Action or the Canadian Action, by writing to the following address, calling the following telephone number, or on the internet at:

In re IMAX Corporation Securities Litigation
c/o Strategic Claims Services
600 North Jackson Street - Suite 3, Media, PA 19063
1-866-274-4004
info@strategicclaims.net
www.imaxussettlement.com

If you would like additional information regarding the U.S. Action, you may contact lead counsel in the U.S. Action at the addresses set forth below, or call them toll free at 1-800-889-3701, or visit their website at www.abbeyspanier.com.

ABBEY SPANIER RODD & ABRAMS, LLP
212 East 39th Street, New York, NY 10016
ATTN: IMAX Settlement

If you would like additional information regarding the Canadian Action, you may write or contact lead counsel in the Canadian Action at the address set forth below, or call their clerk, Nicole Young, toll free at 1-800-461-6166 (ext. 2380); or email Ms. Young at nicole.young@siskinds.com; or visit www.classaction.ca.

Nicole Young
SISKINDS, LLP
680 Waterloo Street, London, Ontario, Canada

Please do not call the clerk of the Court or Judge Buchwald for information.

Dated: March 28, 2012 /S/
Clerk of the Court
United States District Court, Southern District of New York


**COMMERCIAL REAL ESTATE BUSINESS OPPORTUNITIES**

**OFFICE SPACE** (100)

**Offices-Manhattan 105**

38 ST W., #262 Between 7th & 8th Ave 500, 700 & 1400sf. Totally reno ofcs. New elevs. 24-hr Drmn. Internet access FalconProperties.com 212-302-3000

**RETAIL**

**INVESTMENT PROPERTIES** (600)

**Investment Properties Other Areas 605**

CORTLANDT MANOR - Sat 1-3pm
**OPEN HOUSE**
1201 Oregon Rd. $875,000. 4850 SF Bldg. on 1.7 acres. Call Tony Segno 914-262-2234 or tony@anchornr.com

**BUSINESS**

**Pharmacies 3426**

FLUSHING, QUEENS NY. In business for 43 years. Annual Gross: $3 Mil. plus. Rents for $6,600/mo. Great location, $550K plus inventory. 718-501-0497

Newly Opened - FLUSHING, QUEENS NY. Newly renov., rents for $1,800/mo. Great location, next to hospital. $300K plus inventory. Call 718-501-0497

**Professional Practices 3448**

DENTAL OFFICE/PRACTICE
Orange Cty, NY. Lucrative, well-established, family oriented. Dentist retiring. Reply at: buymyofc@hotmail.com

# ***Affidavit as to insertion of Notice***

**I,** SANDRA HUNT of Postmedia Network Inc., make oath and say:-

1. **That I,** am a Representative of the National Post as such have knowledge of the facts herein stated.

2. **That I**, have examined the files and find that the advertisement in respect of the "SUMMARY NOTICE PROPOSED SETTLEMENT OF U.S. CLASS ACTION" ran in the National Post in the Financial Post section on Thursday, April 26, 2012 - page FP3 in the issue of the said newspaper.

**Sworn** before me at the City of Toronto in the Municipality of Metropolitan Toronto, this Thursday, April 26, 2012.

M. O. Toole
A Commissioner for taking Affidavits

Megan K. O. Toole

Sandra Hunt
Sandra Hunt (Witness)

ig sent to ST
ingapore and
g Kong, while
to Lufthansa
nd.
time, some of
ional jets were
for servicing,
d.
trick, an Air
man, said the
d the aircraft
ntry for servi-
l on the max-
f work the two
could absorb
or capability
ad of the busy

ct that some
outside Can-
eason is that
Os who can do
ne are already
to Air Canada
zpatrick said.
, too, aircraft
elsewhere be-
lian MROs are
rtain work on
aft types."
ck added that

that some of the work might have to go outside Canada. The priority has been to keep the work in Canada, he said.

Aveos, the former maintenance unit of Air Canada, abruptly filed for bankruptcy in March, putting its 2,600 employees out of work. The company, formerly known as Air Canada Technical Services, blamed its insolvency on $16-million in lost revenue in less than two months after Air Canada reduced, deferred and cancelled maintenance work with the company.

In testimony before a Commons committee this month, Air Canada chief executive Calin Rovinescu denied Aveos's bankruptcy was the result of anything the airline had done. He noted Air Canada had offered Aveos $15-milllion in emergency loans, but ultimately blamed "productivity issues" and the company's inability to attract new customers for its demise.

*Financial Post*
*sdeveau@nationalpost.com*

CE
tory'

ts in two final

f January, ACE
amounted to
, or $11.83 a
g $356-million
ion class B Air
s, or 10.3% of
res, which had
of $33-million
e, and 2.5 mil-
on Air Canada

ny said it will
l distribution
50-million and
in the coming
areholders at a
determined by

stribution will
ne after mid-
order to allow
ining contin-
be settled or
vided for," the

ion of ACE has
focus what its
on its former
Some see it as
nancial re-en-
r Canada that
ons of dollars
reholders, and
ing to do to se-

cure needed financing. Others have likened it to a wholesale ransacking of one of Canada's most important companies, and point to the collapse of Aveos Fleet Performance Inc., formerly ACTS, last month as one of the consequences of extracting billions from the former subsidiaries.

ACE Aviation has also become a rallying call by Air Canada's unions against further concessions in the years since, in particular because of the $86-million they estimate ACE's chief executive, Robert Milton, has received in the form of salary and other compensation since the company was founded.

Hundreds of former Aveos workers were joined by striking students Wednesday in Montreal in protest outside ACE shareholders meeting, which was also closed to the media.

"It's a mixed story," said Karl Moore, a professor at McGill's Desautels Faculty of Management. He noted the spinning off of Aeroplan, now known as Aimia, has been a success. But the other subsidiaries have struggled on their own. "It was probably the right thing to do at the time, but it's a mixed result if you look at the companies that were spun out," he said.

*Financial Post*
*sdeveau@nationalpost.com*

auto-parts sector in Canada. ... a low of 60,600 in

5.4% in 2007. Only 1% is destined to the rapidly growing

*Financial Post*
*sdeveau@nationalpost.com*


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE IMAX CORPORATION SECURITIES LITIGATION | 06 CIV. 6128 (NRB)

**SUMMARY NOTICE OF PROPOSED SETTLEMENT OF U.S. CLASS ACTION**

**IF YOU PURCHASED OR OTHERWISE ACQUIRED IMAX CORPORATION ("IMAX") SHARES BETWEEN FEBRUARY 27, 2003, AND JULY 20, 2007, INCLUSIVE (THE "CLASS PERIOD"), YOU ARE A MEMBER OF A CLASS (THE "CLASS") AND MAY BE ENTITLED TO RECEIVE A PAYMENT OF A PROPOSED U.S. CLASS ACTION SETTLEMENT.**

Please read this notice carefully and in its entirety. Your rights may be affected by the proposed settlement (the "Settlement") described in this notice. A hearing will be held with respect to the proposed Settlement on June 14, 2012 at 10:30 a.m. before the Honorable Naomi Reice Buchwald in the United States District Court for the Southern District of New York, in courtroom 21A, at the United States Courthouse, 500 Pearl Street, New York, New York 10007-1312.

The Settlement resolves certain claims asserted in a United States class action (the "U.S. Action") against IMAX Corporation, Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce, Kathryn A. Gamble and PricewaterhouseCoopers LLP, an Ontario Limited Liability Partnership (the "Defendants").

The Settlement consists of twelve million dollars ($12,000,000) in cash (the "Settlement Amount").

The purpose of the hearing is to determine whether the proposed Settlement with the Defendants, pursuant to which the Defendants will pay the above amount into a Settlement Fund in exchange for a release of claims against them, should be approved by the Court as fair, reasonable, adequate and in the best interests of the Class. At the hearing, the Court will also consider whether judgment should be entered dismissing all claims in the litigation against the Defendants with prejudice, plans of allocation to distribute the proceeds of the Settlement, a request by Lead Counsel for attorneys' fees in an amount up to 25 percent of the Settlement Fund and reimbursement of expenses in an amount not to exceed $1.75 million, and any other matters that may properly be brought before the Court in connection with the Settlement.

A description of the Settlement and the rights of the Class with respect to the Settlement, along with a proof of claim and release form, are contained in the notice of pendency and proposed Settlement of the U.S. Class Action (the "Notice"), which has been mailed to all identifiable potential Settlement class members. If you are a member of the Class, you may be entitled to share in the distribution of the Settlement Fund by filing a proof of claim and release form no later than October 12, 2012. You also have the right to exclude yourself from the Settlement or object to the proposed Settlement or the other matters to be considered by the Court at the hearing, in accordance with the procedures described in the Notice.

To exclude yourself from the Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice that is received or postmarked no later than June 4, 2012. If you are a member of the Class and do not exclude yourself from the Class AND do not submit a proper proof of claim and release form, you will not share in the Settlement Fund but you will be bound by the order and final judgment of the Court entered into with respect to the Settlement.

In addition, if you purchased IMAX securities on or after February 17, 2006 and held some or all of those securities on August 9, 2006, then you are also a member of the certified class in another class action against IMAX Corporation and others, in Ontario, Canada (the "Canadian Action"). If you exclude yourself from the U.S. Action, you will remain a member of the class in the Canadian Action. The IMAX Defendants have made a motion for a final order from the Canadian court in the Canadian Action seeking to exclude from the definition of the Canadian class, all persons who do not opt out of this Settlement, if and when the Settlement is approved by final Order of the U.S. Court. If that motion is granted, the Settlement is approved by a final Order, and you do not opt out of the U.S. Action, you will be excluded from participating in the Canadian Action.

Any objections to the Settlement, the plan of allocation, or lead counsel's request for attorneys' fees and reimbursement of expenses must be filed with the Court and served on counsel for the parties in accordance with the instructions set forth in the Notice, such that they are received or postmarked no later than June 4, 2012.

If you did not receive a copy of the Notice by mail, you may obtain a copy and a proof of claim and release form, or other information about the U.S. Action or the Canadian Action, by writing to the following address, calling the following telephone number, or on the internet at:

In re IMAX Corporation Securities Litigation
c/o Strategic Claims Services
600 North Jackson Street - Suite 3
Media, PA 19063
1-866-274-4004
info@strategicclaims.net
www.imaxussettlement.com

If you would like additional information regarding the U.S. Action, you may contact lead counsel in the U.S. Action at the addresses set forth below, or call them toll free at 1-800-889-3701, or visit their website at www.abbeyspanier.com.

ABBEY SPANIER RODD & ABRAMS, LLP
212 East 39th Street
New York, NY 10016
ATTN: IMAX Settlement

If you would like additional information regarding the Canadian Action, you may write or contact lead counsel in the Canadian Action at the address set forth below, or call their clerk, Nicole Young, toll free at 1-800-461-6166 (ext. 2380); or email Ms. Young at nicole.young@siskinds.com; or visit www.classaction.ca.

Nicole Young
SISKINDS, LLP
680 Waterloo Street
London, Ontario, Canada

Please do not call the clerk of the Court or Judge Buchwald for information.

Dated: March 28, 2012

/S/
Clerk of the Court
United States District Court
Southern District of New York

Dominion of Canada, PROVINCE OF ONTARIO,
MUNICIPALITY of METROPOLITAN TORONTO

TO WITNESS:

IN THE MATTER OF: RE IMAX CORPORATION SECURITIES

I Patricia Tabone, of the City of Toronto, in the Municipality of Metropolitan Toronto, in the Province of Ontario, Advertising Services Representative, in the employment of The Globe and Mail, make oath and say that the advertisement :

LEGAL NOTICE

A true copy of which is hereto annexed, was duly distributed in the issues of The Globe and Mail a daily newspaper, simultaneously published in the Cities of Toronto, Montreal, Vancouver, Halifax, Calgary, Brandon, Canada, on the following dates, namely:

**APRIL 26th, A.D. 2012**

That I have examined copies of the said newspaper published on the said dates and found the said advertisement to be correctly inserted therein.

Sworn before me at the City of Toronto
in the Municipality of Metropolitan
Toronto this 26th day of APRIL, A.D. 2012

Lesley Verrall, a Commissioner, etc.,
Province of Ontario,
for The Globe and Mail Inc.
Expires December 6, 2014

L. Verrall Patty Tabone


- 25,000 – 40,000 SF available space
- Zoning to permit health centre and community uses
- Commencement date spring to fall 2014
- 100-120 parking spaces

To receive a copy of the detailed proposal package, please contact Colliers International, the authorized agent for this transaction.

Please contact:
**MICHAEL GOLDSTEIN,**
Sales Representative
**Mike.goldstein@colliers.com**
**416-620-2807**

**FOR SALE**



- Port Perry - 8,500 sq.ft. building on Lake Scugog
- 5 stores, 5 apartments - fully leased


LEGALS

**PUBLIC AUCTION - FORECLOS**
**AND**

**Vinson &**

The following collateral of the Sec
shares of Greenfield South Power Co
Code (the "NYUCC") relating thereto a
together with the certificates and all
Subject to the terms of this notice
securities under the Securities Act of 1
**TERMS OF SALE**
**Cash Sale**: Prospective purchaser
to the account designated by the Se
Company, LLC, as Agent". The purchase
Interests to be sold and to credit the e
owing or for which Greenfield South H
**Block Sale**: The Equity Interests
process as to the Equity Interests in on
**As Is Where Is**: The sale of the Equ
**Required Representations; Qu**
to below shall be permitted to purchas
**INFORMATION**: Interested partie
Party which may be used by the Secur
Legal Officer, EIG Management Compa
dentiality agreement as requested by
**PURCHASER REPRESENTATION**
be required to execute a letter represe
account, for its investment only and
hypothecated by the purchaser witho
an exemption from such registration
evaluate the risk of purchasing the Equ
all the information it believes is necess
sion, is relying exclusively on its own
that the Secured Party shall not make
Equity Interests or any other matter re
tions of the Secured Party or any of its
afford the risk of the investment in the
**RESTRICTIVE LEGEND**: Certificate
effect that the Equity Interests represe
or the availability of a valid exemption
**RIGHT TO ADJOURN**: The sale ma
the time of the scheduled sale and to
adjourn the sale process as to the Equit
**BRIEF DESCRIPTION OF BUSINE**
mately 280 megawatt natural gas-fir

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE IMAX CORPORATION SECURITIES LITIGATION | 06 CIV. 6128 (NRB)

**SUMMARY NOTICE OF PROPOSED SETTLEMENT OF U.S. CLASS ACTION**

**IF YOU PURCHASED OR OTHERWISE ACQUIRED IMAX CORPORATION ("IMAX") SHARES BETWEEN FEBRUARY 27, 2003, AND JULY 20, 2007, INCLUSIVE (THE "CLASS PERIOD"), YOU ARE A MEMBER OF A CLASS (THE "CLASS") AND MAY BE ENTITLED TO RECEIVE A PAYMENT OF A PROPOSED U.S. CLASS ACTION SETTLEMENT.**

Please read this notice carefully and in its entirety. Your rights may be affected by the proposed settlement (the "Settlement") described in this notice. A hearing will be held with respect to the proposed Settlement on June 14, 2012 at 10:30 a.m. before the Honorable Naomi Reice Buchwald in the United States District Court for the Southern District of New York, in courtroom 21A, at the United States Courthouse, 500 Pearl Street, New York, New York 10007-1312.

The Settlement resolves certain claims asserted in a United States class action (the "U.S. Action") against IMAX Corporation, Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce, Kathryn A. Gamble and PricewaterhouseCoopers LLP, an Ontario Limited Liability Partnership (the "Defendants").

The Settlement consists of twelve million dollars ($12,000,000) in cash (the "Settlement Amount").

The purpose of the hearing is to determine whether the proposed Settlement with the Defendants, pursuant to which the Defendants will pay the above amount into a Settlement Fund in exchange for a release of claims against them, should be approved by the Court as fair, reasonable, adequate and in the best interests of the Class. At the hearing, the Court will also consider whether judgment should be entered dismissing all claims in the litigation against the Defendants with prejudice, plans of allocation to distribute the proceeds of the Settlement, a request by Lead Counsel for attorneys' fees in an amount up to 25 percent of the Settlement Fund and reimbursement of expenses in an amount not to exceed $1.75 million, and any other matters that may properly be brought before the Court in connection with the Settlement.

A description of the Settlement and the rights of the Class with respect to the Settlement, along with a proof of claim and release form, are contained in the notice of pendency and proposed Settlement of the U.S. Class Action (the "Notice"), which has been mailed to all identifiable potential Settlement class members. If you are a member of the Class, you may be entitled to share in the distribution of the Settlement Fund by filing a proof of claim and release form no later than October 12, 2012. You also have the right to exclude yourself from the Settlement or object to the proposed Settlement or the other matters to be considered by the Court at the hearing, in accordance with the procedures described in the Notice.

To exclude yourself from the Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice that is received or postmarked no later than June 4, 2012. If you are a member of the Class and do not exclude yourself from the Class AND do not submit a proper proof of claim and release form, you will not share in the Settlement Fund but you will be bound by the order and final judgment of the Court entered into with respect to the Settlement.

In addition, if you purchased IMAX securities on or after February 17, 2006 and held some or all of those securities on August 9, 2006, then you are also a member of the certified class in another class action against IMAX Corporation and others, in Ontario, Canada (the "Canadian Action"). If you exclude yourself from the U.S. Action, you will remain a member of the class in the Canadian Action. The IMAX Defendants have made a motion for a final order from the Canadian court in the Canadian Action seeking to exclude from the definition of the Canadian class, all persons who do not opt out of this Settlement, if and when the Settlement is approved by final Order of the U.S. Court. If that motion is granted, the Settlement is approved by a final Order, and you do not opt out of the U.S. Action, you will be excluded from participating in the Canadian Action.

Any objections to the Settlement, the plan of allocation, or lead counsel's request for attorneys' fees and reimbursement of expenses must be filed with the Court and served on counsel for the parties in accordance with the instructions set forth in the Notice, such that they are received or postmarked no later than June 4, 2012.

If you did not receive a copy of the Notice by mail, you may obtain a copy and a proof of claim and release form, or other information about the U.S. Action or the Canadian Action, by writing to the following address, calling the following telephone number, or on the internet at:

In re IMAX Corporation Securities Litigation
c/o Strategic Claims Services
600 North Jackson Street - Suite 3
Media, PA 19063
1-866-274-4004
info@strategicclaims.net
www.imaxussettlement.com

If you would like additional information regarding the U.S. Action, you may contact lead counsel in the U.S. Action at the addresses set forth below, or call them toll free at 1-800-889-3701, or visit their website at www.abbeyspanier.com.

ABBEY SPANIER RODD & ABRAMS, LLP
212 East 39th Street
New York, NY 10016
ATTN: IMAX Settlement

If you would like additional information regarding the Canadian Action, you may write or contact lead counsel in the Canadian Action at the address set forth below, or call their clerk, Nicole Young, toll free at 1-800-461-6166 (ext. 2380); or email Ms. Young at nicole.young@siskinds.com; or visit www.classaction.ca.

Nicole Young
SISKINDS, LLP
680 Waterloo Street
London, Ontario, Canada

Please do not call the clerk of the Court or Judge Buchwald for information.

Dated: March 28, 2012

/S/
Clerk of the Court
United States District Court
Southern District of New York

Report on Business THE GLOBE AND MAIL
TO SUBSCRIBE CALL 1-866-36 GLOBE

Canada Life
CrownLife

NOTICE OF MEETINGS OF SHAREHOLDERS AND POLICYHOLDERS

Notice is hereby given that the Annual Meetings of Shareholders and Policyholders of The Great-West Life Assurance Company, London Life Insurance Company, The Canada Life Assurance Company and Crown Life Insurance Company will be held at the head office of The Canada Life Assurance Company, 330 University Avenue, Toronto, Ontario, on May 3, 2012, at 11:00 o'clock in the morning, local time.

Policyholders may receive a copy of the Notice of Meeting and related proxy materials upon written request sent to 100 Osborne Street North, Winnipeg, Manitoba, R3C 1V3 Attention: Corporate Secretary or by calling 1-888-873-8813.

BUSINESS TO BUSINESS

AIRCRAFT

**2001 LEAR 60,** Cdn. 6 pax. 3600 TT. Long range. Low op. cost. J.A. Spears 416-203-0600, www.jaspears.com

BUSINESS OPPORTUNITIES

**Camp for Sale in Searchmont area.** 73 acre lot with camp. Asking $100,000. Contact 705-781-2448.

**Computer** - audio video retail & onsite service business. 4 locations in South-Western ONT. $2.4 million annual sales in 2011. In business since 2000. $799,000. 519-569-1379 john@ontmanda.com

**Executive Residential** Addiction rehab centre in NS. Turn key operation. www.rehabbusinessopportunity.info

**FOR SALE** major bakery and dairy equipment, premises may be available TCL 416-736-1367 ext. 225.

**PUBLIC COMPANY** for sale. Looking for assets to vend in or purchase the company. jr@ihiway.com or call 1-800-665-4616 ext. 2.

**RETIREMENT HOME,** 85 beds, in Toronto. Net income over $700K. 9% cap. 416-999-4300

CAPITAL WANTED/AVAILABLE

**BUSINESS FINANCING** $500K+, recaps, turnarounds, acquisitions, growth, etc. info@ariesag.com or 416-467-7878

**Private mortgage Investment Opportunities** available at 7%. Excellent opportunity for financial planners. Fully backed by real estate in Alberta and Saskatchewan and salary. Interest paid monthly. Kent 306-227-4200.

May, 8th, 2012

Customer No. 256476

MILLER ADVERTISING AGENCY
A/S M. PETER D. EGLOFF
2458 N. RACINE, 1ST FLOOR
CHICAGO IL 60614
USA

I, the undersigned, Martine Gromaire the city of Montreal, Invoice Officer for Gesca Ventes Media., which includes La Presse, a daily newspaper published in the City of Montreal, hereby solemnly affirm that an advertisement has been published in La Presse on

**April 26th, 2012**
**Ad number 2895597**

And I have signed:

Martine Gromaire
Chief invoicing clerk

Sworn to before me
in the City of Montreal
on May 8th 2012

Commissaire à l'assermentation
# 98 933
YVON DANEAU
Exp. 01-13

M Yvon Daneau
Commissionner of oaths
for in the judicial district of Montreal

TRIBUNAL DE PREMIÈRE INSTANCE DES ÉTATS-UNIS
DISTRICT SUD DE NEW YORK

| | |
|---|---|
| EN MATIÈRE DE LITIGE SUR DES TITRES DE PLACEMENT DE LA SOCIÉTÉ IMAX | 06 CIV. 6128 (NRB) |

**NOTIFICATION SOMMAIRE D'UNE OFFRE DE CONCILIATION D'ACTION COLLECTIVE AMÉRICAINE**

**SI VOUS AVEZ ACHETÉ OU AUTREMENT ACQUIS DES PARTS DE LA SOCIÉTÉ IMAX CORPORATION (« IMAX ») ENTRE LE 27 FÉVRIER 2003 ET LE 20 JUILLET 2007 INCLUS, (LA « PÉRIODE DES CLASSES »), VOUS ÊTES MEMBRE D'UNE CLASSE (LA « CLASSE ») ET POURRIEZ AVOIR LE DROIT DE RECEVOIR UN PAIEMENT D'UNE CONCILIATION D'ACTION COLLECTIVE AMÉRICAINE.**

Veuillez lire cette notification soigneusement et dans son entier. Vos droits peuvent être affectés par l'offre de conciliation (la « conciliation ») décrite dans cette notification. Une audience sera tenue concernant l'offre de conciliation le 14 juin 2012 à 10h.30 devant l'Honorable Naomi Reice Buchwald au Tribunal de première instance des États-Unis pour le District Sud de New York, salle 21A, au Palais de Justice des États-Unis, 500 Pearl Street, New York, New York 10007-1312.

La conciliation résout certaines plaintes revendiquées dans une action collective américaine (« l'action américaine ») contre la société IMAX, Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce, Kathryn A. Gamble et PricewaterhouseCoopers LLP, société en nom collectif à responsabilité limitée de l'Ontario (les « défendeurs »).

La conciliation consiste en douze millions (12 000 000 USD) de dollars américains en espèces (le « montant de la conciliation »).

L'objectif de l'audience est de déterminer si l'offre de conciliation avec les défendeurs, en vertu de laquelle les défendeurs verseraient la somme ci-dessus dans un fond de conciliation en échange de la renonciation aux plaintes contre eux, devrait être approuvée par le tribunal comme équitable, raisonnable, adéquate et dans le meilleur intérêt de la classe. À l'audience, le tribunal devra en outre considérer si un jugement devrait être rendu, rejetant toutes les plaintes du litige contre les défendeurs avec préjudice, plans d'attribution pour la distribution des fonds de la conciliation, une requête par les conseillers pour les honoraires d'avocats d'un montant allant jusqu'à 25 pour cent du fond de conciliation, et le remboursement des dépenses d'un montant ne devant pas dépasser 1 750 000 USD, ainsi que toute autre matière en rapport avec la conciliation, qui serait présentée au tribunal de façon appropriée.

Une description de la conciliation et des droits de la classe quant à la conciliation, ainsi qu'un formulaire de preuve de plainte et renonciation, sont contenus dans la notification de litispendance et l'offre de conciliation d'action collective américaine (la « notification »), qui a été envoyée par courrier postal à tous les membres possibles identifiables de la classe de conciliation. Si vous êtes membre de la classe, vous pourriez avoir le droit de participer à la distribution des fonds de conciliation en remplissant un formulaire de preuve de plainte et renonciation pas plus tard que le 12 octobre 2012. Vous avez également le droit de vous exclure de la conciliation ou de faire objection à l'offre de conciliation ou aux autres matières à considérer par le tribunal à l'audience, conformément aux procédures décrites dans la notification.

Pour vous exclure de la classe, vous devez soumettre une demande écrite d'exclusion conformément aux instructions établies dans la notification, laquelle doit être reçue ou porter le cachet de la poste pas plus tard que le 4 juin 2012. Si vous êtes membre de la classe et ne vous excluez pas de la classe ET ne soumettez pas un formulaire approprié de preuve de plainte et renonciation, vous ne participerez pas à la distribution des fonds de conciliation mais serez lié par l'ordonnance et le jugement définitif du tribunal rendu en conséquence de la conciliation.

De plus, si vous avez acheté des titres de placement IMAX le ou après le 17 février 2006 et possédiez quelques uns ou l'ensemble d'entre eux le 9 août 2006, vous êtes alors aussi un membre de la classe certifiée dans une autre action collective contre la société IMAX et autres, en Ontario, Canada (« l'action canadienne »). Si vous vous excluez de l'action américaine, vous resterez membre de la classe dans l'action canadienne. Les défendeurs IMAX ont présenté une requête d'ordonnance finale à rendre par le tribunal canadien dans l'action canadienne, cherchant à exclure de la définition de la classe canadienne toutes les personnes qui ne s'excluent pas de la conciliation, si et quand la conciliation est approuvée par l'ordonnance finale du tribunal américain. Si cette requête est accordée, la conciliation sera approuvée par l'ordonnance finale, et si vous ne vous excluez pas de l'action américaine, vous serez exclu de toute participation à l'action canadienne.

Toutes objections à la conciliation, au plan de distribution ou à la demande des conseillers pour les honoraire d'avocats et le remboursement des dépenses doivent être déposées au tribunal et remises sur conseil pour les parties conformément aux instructions établies dans la notification, de façon à être reçues ou porter le cachet de la poste pas plus tard que le 4 juin 2012.

Si vous n'avez pas reçu de copie de la notification par courrier, vous pouvez en obtenir une copie et un formulaire de preuve de plainte et renonciation, ou toute autre information sur l'action américaine ou l'action canadienne, en écrivant à l'adresse suivante, en appelant le numéro de téléphone suivant ou par l'Internet à :

In re IMAX Corporation Securities Litigation
c/o Strategic Claims Services
600 North Jackson Street - Suite 3
Media, PA 19063
1-866-274-4004
info@strategicclaims.net
www.imaxussettlement.com

Si vous désirez des renseignements supplémentaires sur l'action américaine, vous pouvez vous adresser aux conseillers dans l'action américaine à l'adresse indiquée ci-dessous, ou appeler leur numéro gratuit 1-800-889-3701, ou encore visiter leur site Web à www.abbeyspanier.com.

ABBEY SPANIER RODD & ABRAMS, LLP
212 East 39th Street
New York, NY 10016
ATTN: IMAX Settlement

Si vous désirez des renseignements supplémentaires sur l'action canadienne, vous pouvez vous adresser aux conseillers dans l'action canadienne à l'adresse indiquée ci-dessous, ou appeler leur clerc, Nicole Young, au numéro gratuit 1-800-461-6166 (poste 2380), ou encore envoyer un courriel à Mme. Young à nicole.young@siskinds.com ou visiter www.classaction.ca.

Nicole Young
SISKINDS, LLP
680 Waterloo Street
London, Ontario, Canada

Veuillez ne pas appeler le greffier du tribunal ni le juge Buchwald pour des informations.

Date : 28 mars 2012

/S/
Greffier du tribunal
Tribunal de première instance des États-Unis
District sud de New York


Financière Sun Life inc.
AVIS DE L'ASSEMBLÉE ANNUELLE

Nous vous informons par la présente que l'assemblée annuelle des actionnaires ordinaires de la Financière Sun Life inc. se tiendra le jeudi 10 mai 2012 à 8 heures 30 à l'immeuble de la Financière Sun Life, 150, rue King Ouest, 2e étage, à Toronto, en Ontario.

Toronto, le 26 avril 2012.

Dana J. Easthope
Vice-président, vice-directeur juridique et secrétaire de la Compagnie

Financière Sun Life

Sun Life du Canada, compagnie d'assurance-vie
AVIS DE L'ASSEMBLÉE ANNUELLE

Nous vous informons par la présente que l'assemblée annuelle des titulaires de contrat ayant droit de vote et de l'unique actionnaire de la Sun Life du Canada, compagnie d'assurance-vie se tiendra le jeudi 10 mai 2012 à 8 heures 30 à l'immeuble de la Financière Sun Life, 150, rue King Ouest, 2e étage, à Toronto, en Ontario.

Les titulaires de contrat qui souhaitent recevoir un avis de l'assemblée accompagné de renseignements sur les questions qui seront présentées à l'assemblée peuvent écrire au secrétaire de la Compagnie à l'adresse indiquée ci-dessous.

Toronto, le 26 avril 2012.

Dana J. Easthope
Vice-président, vice-directeur juridique et secrétaire de la Compagnie
Sun Life du Canada, compagnie d'assurance-vie
150, rue King Ouest
Toronto (Ontario) M5H 1J9

Financière Sun Life

Appel d'offres
Montréal

Bureau de gestion des projets d'envergure
Direction de la Culture et du patrimoine

Des soumissions sont demandées et devront être reçues, avant 14 h à la date ci-dessous, à la Direction du greffe de la Ville de Montréal à l'attention du greffier, 275, rue Notre-Dame Est, bureau R-134, Montréal (Québec) H2Y 1C6 pour :
**Catégorie :** Acquisition de biens et services autres que professionnels
**Appel d'offres :** QDS-1234-Paniers-rebuts
**Descriptif :** Fabrication et livraison de paniers à rebuts en aluminium destinés à être assemblés dans des ensembles à trois fractions (déchets, matières recyclables et matières putrescibles).
**Date d'ouverture :** 11 juin 2012
**Dépôt de garantie :** Garantie de soumission

Administration Montreal

## Josephine Bravata

**From:** Paul Mulholland [pmulholland@strategicclaims.net]
**Sent:** Thursday, April 26, 2012 11:27 AM
**To:** 'Richard Margolies'
**Cc:** kfisch@abbeyspanier.com; jbravata@strategicclaims.net; 'Matthew Shillady'
**Subject:** News Release Distribution Confirmation - Release ID 877268

Richard,

Below is the Marketwire confirmation in the IMAX matter.

Regards,

PAUL MULHOLLAND, CPA, CVA
PRESIDENT
STRATEGIC CLAIMS SERVICES
610-891-9852

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

-----Original Message-----
From: Marketwire [mailto:cs@marketwire.com]
Sent: Thursday, April 26, 2012 8:00 AM
To: jbravata@strategicclaims.net
Subject: News Release Distribution Confirmation - Release ID 877268

This is to confirm that your news release was distributed via Marketwire.

Click below to view your release on Marketwire, where it will be archived:

http://www2.marketwire.com/mw/release_html_b1?release_id=877268

Release
Headline Abbey Spanier Rodd & Abrams, LLP Announces Proposed U.S. Class Action Settlement on Behalf of Purchasers of Common Stock of IMAX Corporation
Distribution Date and Time Apr 26, 2012 08:00 AM ET (05:00 AM PT)
Release word count 1053

Distribution
Chosen Distribution
Canada Enhanced French Language Disclosure: Financial Circuits

For more information, please use your e-mail address and password to access your account online (https://secure.marketwire.com/mw/customer_login).
Your account information will be brought up automatically after logging on.
Your order details, order history, account activity and account balance are available in the Account Management section of our site.

Thank you for using Marketwire for your news release distribution. Please do not hesitate to contact us should you have questions or need further assistance.

Sincerely,
Marketwire Client Services

Toll-free: 800-774-9473

Direct: 310-765-3200
Email: CS@marketwire.com
(24 hours a Day / 7 Days a Week)

http://www.marketwire.com

**SOURCE: Strategic Claims Services**

26 avr. 2012 08h00 HE

## Abbey Spanier Rodd & Abrams, LLP annonce un Projet de recours collectif aux É.-U. au nom des acquéreurs d'actions ordinaires d'IMAX Corporation

NEW YORK, NY--(Marketwire - Apr 26, 2012) - Abbey Spanier Rodd & Abrams, LLP a annoncé que la United States District Court du District Sud de New York a approuvé le présent avis sommaire visant un projet de recours collectif aux É.-U. au nom d'acquéreurs d'actions ordinaires d'IMAX Corporation (NYSE: IMAX):

AVIS SOMMAIRE DE RECOURS COLLECTIF PROPOSÉ AUX É.-U.

**SI VOUS AVEZ ACHETÉ OU AUTREMENT ACQUIS DES ACTIONS DE IMAX CORPORATION (« IMAX ») ENTRE LE 27 FÉVRIER 2003 ET LE 20 JUILLET 2007 INCLUSIVEMENT (LA « PÉRIODE DE RECOURS »), VOUS FAITES PARTIE DU RECOURS COLLECTIF (LE « RECOURS ») ET POURRIEZ AVOIR DROIT DE RECEVOIR LE RÈGLEMENT D'UN RECOURS COLLECTIF PROPOSÉ AUX ÉTATS-UNIS.**

Veuillez lire l'intégralité de cet avis attentivement. Vos droits pourraient être touchés par le recours proposé (le « Recours ») décrit dans le présent avis. Une audience aura lieu sur le Recours proposé le 14 juin 2012 à 10h30 devant l'Honorable Naomi Reice Buchwald de la United States District Court pour le District Sud de New York, dans la salle 21A du Palais de Justice des États-Unis situé au 500 Pearl Street, New York, New York 10007-1312.

Le règlement vise à résoudre certaines demandes présentées dans un recours collectif aux États-Unis (le « Recours aux États-Unis ») contre IMAX Corporation, Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce, Kathryn A. Gamble et PricewaterhouseCoopers LLP, une société ontarienne en responsabilité limitée (les « Défendeurs »).

Le Règlement est d'une valeur de douze millions de dollars (12 000 000 $) en espèces (le « Montant du règlement »).

L'audience vise à établir si le règlement proposé aux Défendeurs, selon lequel les Défendeurs verseront la somme susmentionnée dans un fonds d'indemnisation en échange d'une quittance complète des réclamations formulées contre eux, devrait être approuvé par la Cour comme équitable, raisonnable, adéquat et dans le meilleur intérêt du recours. À cette audience, la Cour examinera si le jugement devrait annuler toute réclamation visée par le litige contre les Défendeurs avec non-lieu, le plan de répartition des revenus du recours, une demande de l'avocat principal visant le paiement des frais juridiques jusqu'à 25 pourcent du fonds d'indemnisation et le remboursement des dépenses jusqu'à concurrence de 1,75 million $ ainsi que toute autre question présentée de manière adéquate à la Cour au regard du recours.

Une description du recours et des droits de ses membres au regard du règlement, ainsi qu'une preuve de réclamation et d'une décharge se trouvent dans l'avis d'affaire en instance et de règlement de recours collectif aux É.-U. (l'« Avis »), transmis à tous les membres admissibles au recours pouvant être identifiés. Si vous êtes membre du recours, vous pourriez avoir droit de recevoir une partie du fonds d'indemnisation suite à votre dépôt d'une preuve de réclamation et d'une décharge au plus tard le 12 octobre 2012. Vous avez aussi droit de vous retirer du recours ou de vous opposer au règlement proposé ou à d'autres questions pouvant être étudiées par la Cour à l'audience, selon ce qui est décrit dans les procédures énoncées dans l'Avis.

Pour vous retirer du recours, vous devez présenter une demande écrite à cet effet conformément aux consignes présentées dans l'Avis, qui devra être reçue au plus tard le 4 juin 2012, le sceau de la poste en faisant foi. Si vous êtes membre du recours et ne souhaitez pas vous en exclure ET ne soumettez pas de preuve suffisante de réclamation ou omettez de transmettre la décharge, vous ne recevrez aucun montant du fonds d'indemnisation et serez responsable au regard de l'ordonnance et de la décision finale de la Cour sur le recours.

En outre, si vous avez acquis des titres IMAX en date du 17 février 2006 ou plus tard et déteniez toujours certains ou tous ces titres le 9 août 2006, vous êtes aussi membre d'un autre recours certifié contre IMAX Corporation et d'autres en Ontario (Canada) (le « Recours au Canada »). Si vous vous retirez du recours aux États-Unis, vous demeurerez inscrits au Recours au Canada. Les Défendeurs IMAX ont demandé une ordonnance finale du tribunal canadien visant le recours au Canada et réclamant l'exclusion de la définition du recours au Canada, toutes les personnes ne s'étant pas retirées du recours, dans l'éventualité et au moment où le recours sera approuvé par l'ordonnance finale du tribunal aux États-Unis. Si cette demande est acceptée, et si le recours est approuvé par ordonnance finale et si vous ne vous êtes pas retiré du recours aux É.-U., vous ne pourrez pas participer au recours au Canada.

Toute opposition au Recours, au plan d'attribution ou à la demande présentée par l'avocat principal visant le paiement des frais juridiques et le remboursement des dépenses doit être déposée au tribunal par l'entremise d'un avocat des parties conformément aux consignes présentées dans l'Avis et ce au plus tard le 4 juin 2012, le sceau de la poste en faisant foi.

Si vous n'avez pas reçu d'exemplaire de l'Avis par la poste, vous pourrez obtenir un exemplaire et une preuve de réclamation ainsi qu'une décharge et les autres renseignements liés aux recours aux É.-U. et au Canada en présentant une demande par écrit à l'adresse suivante, en téléphonant au numéro indiqué ou en utilisant les adresses électroniques suivantes :

In re IMAX Corporation Securities Litigation
c/o Strategic Claims Services
600 North Jackson Street - Suite 3
Media, PA 19063
1-866-274-4004
info@strategicclaims.net
www.imaxussettlement.com

Pour obtenir de plus amples renseignements sur le recours aux É.-U., veuillez contacter l'avocat principal pour le recours aux É.-U. à l'adresse ci-dessous, par téléphone (sans frais) au 1-800-889-3701, ou sur www.abbeyspanier.com.

ABBEY SPANIER RODD & ABRAMS, LLP
212 East 39th Street
New York, NY 10016
ATTN: IMAX Settlement

Pour obtenir de plus amples renseignements sur le recours au Canada, veuillez contacter l'avocat principal pour le recours au Canada à l'adresse ci-dessous, ou contacter son assistante, Madame Nicole Young, en composant sans frais le 1-800-461-6166 (poste 2380); ou par courriel : nicole.young@siskinds.com; or visit www.classaction.ca.

Nicole Young
SISKINDS, LLP
680 Waterloo Street
London, Ontario, Canada

Veuillez vous abstenir de contacter le greffier de la Cour ou la Juge Buchwald pour tout renseignement.

Date : 28 mars 2012

/S/
Greffier de la Cour
United States District Court
District Sud de New York

## Renseignements

Contact :
Strategic Réclamations Services
(610) 565-9202
Fax: (610) 565-7985
600 N. Jackson Street, Suite 3
Media, PA 19063

View Release

À propos de Marketwire
Plan du site
Confidentialité

É.-U.: 1.800.774.9473
Canada: 1.888.299.0338
R.-U.: +44.20.7220.4500

Suivre Marketwire

© Marketwire, constituée en société en 2012

**Josephine Bravata**

**From:** support@globenewswire.com
**Sent:** Thursday, April 26, 2012 8:01 AM
**To:** jbravata@strategicclaims.net
**Subject:** GlobeNewswire Cross Time Report: Abbey Spanier Rodd & Abrams, LLP

NASDAQ OMX | GlobeNewswire *Cross Time Report*

**Cross Time:** April 26, 2012 at 08:00 AM (Eastern)

**Headline:** Abbey Spanier Rodd & Abrams, LLP Announces Proposed U.S. Class Action Settlement on Behalf of Purchasers of Common Stock of IMAX Corporation

This email message serves as a formal confirmation that your release was transmitted on GlobeNewswire's distribution network as requested, including any fax or email broadcasts.

If you have any questions, comments or concerns, please reply to this message, contact your account manager, or call our Customer Service Center at 800-307-6627, or 310-642-6930, and enter option #1

Copyright © 2012 GlobeNewswire, Inc.

YAHOO! FINANCE

# Abbey Spanier Rodd & Abrams, LLP Announces Proposed U.S. Class Action Settlement on Behalf of Purchasers of Common Stock of IMAX Corporation

GlobeNewswire
A NASDAQ OMX COMPANY

**Press Release**: Abbey Spanier Rodd & Abrams, LLP – 1 hour 16 minutes ago

NEW YORK, April 26, 2012 (GLOBE NEWSWIRE) -- Abbey Spanier Rodd & Abrams, LLP announces that the United States District Court for the Southern District of New York has approved the following summary notice of a proposed U.S. class action settlement on behalf of purchasers of common stock of IMAX Corporation (IMAX - News):

SUMMARY NOTICE OF PROPOSED SETTLEMENT OF U.S. CLASS ACTION

**IF YOU PURCHASED OR OTHERWISE ACQUIRED IMAX CORPORATION ("IMAX") SHARES BETWEEN FEBRUARY 27, 2003, AND JULY 20, 2007, INCLUSIVE (THE "CLASS PERIOD"), YOU ARE A MEMBER OF A CLASS (THE "CLASS") AND MAY BE ENTITLED TO RECEIVE A PAYMENT OF A PROPOSED U.S. CLASS ACTION SETTLEMENT.**

Please read this notice carefully and in its entirety. Your rights may be affected by the proposed settlement (the "Settlement") described in this notice. A hearing will be held with respect to the proposed Settlement on June 14, 2012 at 10:30 a.m. before the Honorable Naomi Reice Buchwald in the United States District Court for the Southern District of New York, in courtroom 21A, at the United States Courthouse, 500 Pearl Street, New York, New York 10007-1312.

The Settlement resolves certain claims asserted in a United States class action (the "U.S. Action") against IMAX Corporation, Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce, Kathryn A. Gamble and PricewaterhouseCoopers LLP, an Ontario Limited Liability Partnership (the "Defendants").

The Settlement consists of twelve million dollars ($12,000,000) in cash (the "Settlement Amount").

The purpose of the hearing is to determine whether the proposed Settlement with the Defendants, pursuant to which the Defendants will pay the above amount into a Settlement Fund in exchange for a release of claims against them, should be approved by the Court as fair, reasonable, adequate and in the best interests of the Class. At the hearing, the Court will also consider whether judgment should be entered dismissing all claims in the litigation against the Defendants with prejudice, plans of allocation to distribute the proceeds of the Settlement, a request by Lead Counsel for attorneys' fees in an amount up to 25 percent of the Settlement Fund and reimbursement of expenses in an amount not to exceed $1.75 million, and any other matters that may properly be brought before the Court in connection with the Settlement.

A description of the Settlement and the rights of the Class with respect to the Settlement, along with a proof of claim and release form, are contained in the notice of pendency and proposed Settlement of the U.S. Class Action (the "Notice"), which has been mailed to all identifiable potential Settlement class members. If you are a member of the Class, you may be entitled to share in the distribution of the Settlement Fund by filing a proof of claim and release form no later than October 12, 2012. You also have the right to exclude yourself from the Settlement or object to the proposed Settlement or the other matters to be considered by the Court at the hearing, in accordance with the procedures described in the Notice.

To exclude yourself from the Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice that is received or postmarked no later than June 4, 2012. If you are a member of the Class and do not exclude yourself from the Class AND do not submit a proper proof of claim and release form, you will not share in the Settlement Fund but you will be bound by the order and final judgment of the Court entered into with respect to the Settlement.

In addition, if you purchased IMAX securities on or after February 17, 2006 and held some or all of those securities on August 9, 2006, then you are also a member of the certified class in another class action against IMAX Corporation and others, in Ontario, Canada (the "Canadian Action"). If you exclude yourself from the U.S. Action, you will remain a member of the class in the Canadian Action. The IMAX Defendants have made a motion for a final order from the Canadian court in the Canadian Action seeking to exclude from the definition of the Canadian class, all persons who do not opt out of this Settlement, if and when the Settlement is approved by final Order of the U.S. Court. If that motion is granted, the Settlement is approved by a final Order, and you do not opt out of the U.S. Action, you will be excluded from participating in the Canadian Action.

Any objections to the Settlement, the plan of allocation, or lead counsel's request for attorneys' fees and reimbursement of expenses must be filed with the Court and served on counsel for the parties in accordance with the instructions set forth in the Notice, such that they are received or postmarked no later than June 4, 2012.

If you did not receive a copy of the Notice by mail, you may obtain a copy and a proof of claim and release form, or other information about the U.S. Action or the Canadian Action, by writing to the following address, calling the following telephone number, or on the internet at:

In re IMAX Corporation Securities Litigation
c/o Strategic Claims Services
600 North Jackson Street - Suite 3
Media, PA 19063
1-866-274-4004
info@strategicclaims.net
www.imaxussettlement.com

If you would like additional information regarding the U.S. Action, you may contact lead counsel in the U.S. Action at the addresses set forth below, or call them toll free at 1-800-889-3701, or visit their website at www.abbeyspanier.com.

ABBEY SPANIER RODD & ABRAMS, LLP
212 East 39th Street
New York, NY 10016
ATTN: IMAX Settlement

If you would like additional information regarding the Canadian Action, you may write or contact lead counsel in the Canadian Action at the address set forth below, or call their clerk, Nicole Young, toll free at 1-800-461-6166 (ext. 2380); or email Ms. Young at nicole.young@siskinds.com; or visit www.classaction.ca.

Nicole Young
SISKINDS, LLP
680 Waterloo Street
London, Ontario, Canada

Please do not call the clerk of the Court or Judge Buchwald for information.

Dated: March 28, 2012

/S/
Clerk of the Court
United States District Court
Southern District of New York




Copyright © 2012 GlobeNewswire. All rights reserved. Redistribution of this content is expressly prohibited without prior written consent. GlobeNewswire makes no claims concerning the accuracy or validity of the information, and shall not be held liable for any errors, delays, omissions or use thereof.

Copyright © 2012 Yahoo! Inc. All rights reserved. /