# EXHIBIT C

List of Exclusions

**EXHIBIT C**

| NAME | ADDRESS | CITY, STATE ZIP | PHONE NUMBER |
|---|---|---|---|
| MICHAEL MCCUSKER | 133 PARKVIEW AVENUE | WESTERVILLE, OH 43081 | 614-890-8615 |
| SAVUTH OK | 2975 128TH AVENUE | HOLLAND, MI 49424 | 616-298-8642 |
| SELMA MELEK KARACAN | 33483 CREEKSIDE DRIVE | LEWES, DE 19958 | 302-644-3333 |
| STANLEY COHEN | 419 W 119TH STREET, APT 6C | NEW YORK, NY 10027 | 212-864-4089 |