# EXHIBIT B
# (PART 14)

# EXHIBIT U-3

This is Exhibit "U-3" mentioned and referred to in the Affidavit of Michael G. Robb, sworn before me at the City of London, in the Province of Ontario, this 9th day of May, 2012.

A Commissioner, etc.

DANIEL GEORGE STRICKLAND, a Commissioner, etc.,
Province of Ontario, while a Student-at-Law.
Expires: August 8, 2014

**CAMELBACK RESEARCH ALLIANCE, INC**
EARNINGS QUALITY ANALYTICS



# RESEARCH REPORT
## IMAX Corporation (IMAX)
## November 5, 2004

Camelback Research Alliance, Inc.
14614 N. Kierland Blvd., Suite N-240
Scottsdale, Arizona 85254
480.998.8585 – tel
480.998.4747 – fax
products@camelbackra.com - email
www.camelbackresearch.com - website
www.earningsquality.com - website

| Earnings Quality Grade |
| --- |
| F |

IMAX Corporation
2525 Speakman Drive
Mississauga, Ontario CN L5K 1B1
Phone: (905) 403-6500
http://www.imax.com

| | |
|---|---|
| Primary Exchange: | *NASDAQ* |
| Ticker Symbol: | *IMAX* |
| Year-End: | *12/31* |
| Statements For: | *09/30/04* |
| Recent Closing Price: | *$7.22 (11/4/04)* |
| Market Capitalization: | *225 Million* |
| Price-Earnings Ratio: | *NA* |
| Industry: | *General Entertainment* |

## Earnings Quality Analysis Grade & Score

Earnings Quality Grade: *F*

*(Scale: A – F, A is highest)*

Earnings Quality Analytics is the property of Camelback Research Alliance, Inc "CRA". *Unauthorized reproduction or redistribution of this document in full or in part is strictly prohibited by law and a violation of the Copyright Act. Information contained herein may not be reproduced in whole or in part, including photocopying of printed copy or email forwarding, without the express written consent of CRA. For authorization to reprint or reproduce any part of this document you must contact Camelback Research Alliance, Inc.* The information, opinions and analysis contained herein are provided "AS IS" based on sources believed to be reliable, but no warranty or representation of any kind, expressed or implied, is made as to its accuracy, completeness, correctness, or otherwise. This report is for information purposes only and should not be used as the basis for any investment decision. CRA disclaims liability for damages of any sort (including lost profits) arising out of the use of or inability to use this report. You may write or mail CRA for detailed disclosure as required by Rule 17b of the Securities Act of 1933/1934. CRA is not an investment advisor and this report is not investment advice. This information is neither a solicitation to buy nor an offer to sell securities. Information contained herein reflects our current judgment and is subject to change without notice. CRA and/or its affiliates, associates and employees from time to time may have either a long or short position in securities mentioned. Safe Harbor Statement: Statements contained in this document, including those pertaining to estimates and related plans other than statements of historical fact, are forward-looking statements subject to a number of uncertainties that could cause actual results to differ materially from statements made. {2004.01} © 2004 Camelback Research Alliance, Inc.

A Rare Instance of Misstating Cash Flows?

In commenting on third quarter performance in the company's earnings announcement, IMAX's co-chief executive officers (Richard L Gelfond and Bradley J. Wechsler) enthused that:

> "In the third quarter, we not only met our financial goals, with net earnings, revenues and cash beating expectations, but we also continued to hit our strategic goals, demonstrating strong progress towards our objective of making IMAX theatres synonymous with a premium-priced destination in the commercial entertainment marketplace."

The trouble is, at least certain parts of their assertions do not match reality. Of particular concern is the fact that, in our opinion, some results appear to have been contrived by *non-GAAP means.* In particular, ***while the company claims that it beat "cash expectations," we actually find that reported operating cash flow is overstated by the apparent misclassification of two highly material items.*** Without these favorable misclassifications, operating cash flow would have actually fallen slightly in the first nine months of the year (compared to the same period last year). Other concerns noted in our most recent review include:

- Ample motive to misstate various financial measures due to (1) a high level of dependency on debt financing and (2) management's compensation packages.
- We find no evidence of shareholder value generated in the past five years. In fact, book value is highly negative. And nearly 20% of the firm's assets consist of goodwill. Meanwhile, the co-CEO's have each "taken home" $21.4 million in compensation over the past five years.
- IMAX apparently must finance sales on behalf of customers in order to drive sales. The need to finance customer purchases makes the company all the more dependent on debt while its interest expense has skyrocketed.
- Although the company insists that bookings are increasing, deferred revenue continues to fall, cash collections remain weak and receivables are rising (from already high levels).
- Our last report (earlier this year) showed a below average corporate governance structure that apparently gives plenty of "opportunity" to manage earnings to the benefit of its co-CEOs.
- We realize that short interest is 30% of the float. But, IMAX is a crapshoot at best, and an accounting scandal in the making at worst.
- Our treatment of management in this report is intentionally harsh. Given the severe impairments to quality of reported figures and managements over-the-top compensation, we feel that the treatment is appropriate.

Background

IMAX Corporation (IMAX) specializes in large-format film images, three-dimensional film presentations and large-format post-production. Originally an institutional film maker and promoter, in the mid 1990s the company began an ill-fated expansion into third-party owned commercial sites. In 1997 IMAX doubled the number of branded theaters and grew to over 220 theaters by 2000.

**Adverse Impact of Business Model Change:** While the IMAX film is its trademark, during the rapid growth of the late 1990s, the company's IMAX systems segment – which leases the projection systems and sound systems (and provides related maintenance) – became its largest source of revenue. Unfortunately, however, the business model has grown dependent on new theater openings to sustain revenue growth. But after the bankruptcy of a large third-party commercial theater client in 2000, legal issues related to projection of its format in Las Vegas and the general economic malaise the following year, the firm's new theater growth came to a virtual halt. Year 2000 proved to be the turning point for the business. Sales came in flat for the year (and nosedived the following year), cash flows fell to -$54.1 million and book value turned negative.

| Key Financial Metrics ($ in millions) | 5-Year Totals | 5-Year Growth | 2003 | 2002 | 2001 | 2000 | 1999 |
|---|---|---|---|---|---|---|---|
| Sales | $773.8 | -41.5% | $119.3 | $130.7 | $118.7 | $201.3 | $203.8 |
| Net income excluding special items | ($72.4) | -102.8% | ($0.7) | ($1.6) | ($67.6) | ($27.7) | $25.2 |
| Operating cash flow | ($24.7) | -159.4% | ($9.2) | $20.4 | $2.7 | ($54.1) | $15.5 |
| Free Cash Flow | ($125.4) | -78.8% | ($10.8) | $18.9 | $1.6 | ($84.1) | ($51.0) |
| Total debt | NA | -40.4% | $189.2 | $209.1 | $229.6 | $300.0 | $317.3 |
| Shareholders' equity | NA | -146.6% | ($51.8) | ($103.7) | ($118.4) | $22.3 | $111.1 |

**Back on Our Radar Screen:** IMAX shares sparked our attention in November 2003, as our internal screens highlighted a number of signs indicating poor quality of earnings. Included among the concerns noted late last year were severe declines in the company's operating and free cash flow metrics, rising accruals, elevated goodwill and a large negative balance in shareholder equity. In the weeks following our initial *Watch List* entry, shares of IMAX plummeted on disappointing Q3 '03 results and revised guidance. But due to the company's rapid decline in share price, our detailed coverage was limited to just one publication in early 2004. Ultimately, IMAX's share price was unable to sustain a market value above our minimum threshold for coverage ($200 million).

Although we discontinued coverage after a share price decline in excess of 50% in the first few months of our brief initial coverage, IMAX shares have rebounded in recent months on optimism regarding current cash flows and future sales and earnings. Since the release of the company's Q3 '04 earnings release on October 28th shares have risen an additional 27.2% from $5.52 the day prior; by the end of Thursday's trading session IMAX stock stood at $7.22. With the recent increase in IMAX's market cap, the company is back on our radar screen.

**Motive and the Market for Excuses[1]:** What could possibly motivate a management team to misstate cash flows, as we allege? We believe that, in the case of IMAX, the motive is twofold: (1) the firm's high financial leverage and tight debt covenants and (2) CEO compensation. These motives become clearer as we develop our thesis.

[1] Our use of the phrase "market for excuses" is taken from the seminal academic paper: *The Demand and Supply of Accounting Theories: The Market for Excuses*. In this highly acclaimed paper, Professors Watts and Zimmerman outline several hypotheses to test the theory that companies have a variety of motives to engage in earnings management activities. One of these hypotheses is called the "debt hypothesis." The debt hypothesis holds that, other things equal, executives are more likely to aggressively (conservatively) state financial results when faced with more (less) restrictive debt covenants.

Cash Flow Materially Overstated

*Many financial statement users wrongly contend that cash flows cannot be misstated. This is, however, not true! Both operating and free cash flow can be misstated by a variety of means.* The most commonly *fudged* of the two is operating cash flow. And the most common means of fudging is the misclassification of certain cash flow statement items (i.e., reporting things in the wrong section of the statement). We can usually undue misstatements of operating cash flow by using a free cash flow measure instead. However, in the case of IMAX, we contend that both operating and free cash flows are materially misstated.

At first glimpse it looks like IMAX turned the corner on cash flow positive results for the nine months ended 09/30/04 by reporting $4.7 million in operating cash flow compared to a deficit of $4.7 million one year ago. However, the large increase in IMAX's operating cash flow is not what it appears on the surface. First, ***half of the apparent improvement was due to a low quality item classified as "changes in restricted cash."*** As a result of the company eliminating its restricted cash balance, net cash provided by operating activities reaped a nonrecurring $5.0 million benefit. The restricted cash balance had been required as collateral for a $5 million letter of credit – resulting from the company's weak credit quality and deteriorating financial condition that our research foreshadowed last year. Most importantly, we believe that this item is misclassified as it was previously reserved in relation to a financing activity – a letter of credit. ***To classify the reduction in this requirement as an operating item is disingenuous and, we believe, non-compliant.***[2] Further, we contend that the nonrecurring nature of this item should have been disclosed by management. However, on this matter, the company reveals very little, saying only that (Q3 10Q):

> "Net cash provided by operating activities increased by $5.0 million in the first nine months of 2004 primarily due to the elimination of the Company's restricted cash balances, which were used as collateral for letters of credit."

Second, the company's operating cash flow benefited from an ***unusual increase in accrued liabilities*** that supplied more cash to the firm. Particularly, the company received a $5 million advance on credit terms for use in film production. Interestingly, the company did not account for this item as an increase in cash from financing activities[3] (i.e., from short term debt), as we would have expected! Instead, IMAX buries the amount in (i.e., it is a reduction in) the adjustment for "accrued liabilities" in the cash from operating activities section of the statement. ***In our opinion, this is a gross misclassification of the item and it materially overstates operating cash flows.*** The transaction is described in the following footnote excerpted from IMAX's 9/30/04 10Q:

> "In March 2004, the Company received $5 million in cash under a film financing arrangement which is included in accrued liabilities. The Company is required to expend these funds towards the production of a motion picture title. The Company has expended $0.3 million of these funds as at September 30, 2004." (Editor's Note: The net effect on cash is a boost of $4.7 million.)

[2] According to FASB Statement 95, "[f]inancing activities include [all cash flows related to] obtaining resources from owners and providing them with a return on, and a return of, their investment; borrowing money and repaying amounts borrowed ,or otherwise settling the obligation; and obtaining and paying for other resources obtained from creditors on long-term credit. Further, in a random sample of other firms (taken from EDGAR filings that mentioned the words "restricted cash"), we did not find any other firms reporting the change in this item in the operating cash flow section of the statement.

[3] See note 3 above.

*Taken together, these two low quality boosts to IMAX's operating cash flow account for all of the <u>apparent</u> improvement in operating cash flow.* Eliminating these nonrecurring boosts, however, shows that sustainable operating cash flow actually declined slightly during the period.

| Computation of Sustainable Operating Cash Flow (in 000s) | 9M Ended 09/30/04 | 9M Ended 09/30/05 | Percent Change |
|---|---|---|---|
| Cash from operating activities | $4,675 | ($4,701) | -199.5% |
| Deduct: change in restricted cash | ($4,961) | | |
| Deduct: cash received from financing but incorrectly classified as operating item | ($4,700) | -- | -- |
| Sustainable operating cash flow | ($4,986) | ($4,701) | 6.1% |

Stock + other NonCash Comp

## Recent Results More Apparent than Real

**Flat Third Quarter Sales:** For the third quarter of this year, IMAX reported earnings from continuing operations of $1.6 million ($0.04 per share) compared to a loss of $2.5 million (-$0.07) in the equivalent time period one year ago. The improved earnings figure was a byproduct of IMAX's 50% increase in total revenues from the year ago period, largely driven by six theater system installations and the releases of Harry Potter 3 and Spiderman 2 in IMAX format. However, given that the build out of new systems (not film revenues) is the primary driver of sales, the sequential change in revenues is more important than the YOY figures. In this regard, revenues were essentially flat in the quarter (both before and after adjusting for nonrecurring boosts from contract terminations and amendments).

9 Mo Revenue #'s Show 3 System Revenues up

| Sequential Revenue Change ($ amounts in millions) | Q3 2004 | Q2 2004 | Pct Chg |
|---|---|---|---|
| Total revenues | $31.8 | $31.7 | 0.3% |
| Nonrecurring contract amendments | ($2.9) | ($2.2) | 31.8% |
| Recurring revenues | $28.9 | $31.7 | -2.0% |

**Declining Deferred Revenues vs. Management's Forward Guidance:** More important than the flat sales noted above, we view management's enthusiasm about future sales with some degree of skepticism. The management team's recent guidance is reflected in the following quote from the Q3 earnings announcement:

> "The IMAX commercial theatre network continues to grow, as we just completed the best quarter in seven years in terms of signings, which serve as the best forward indicator of our near-term growth and predictor of financial results."

— Fact check

While we agree with management that signings are important, in light of its poor track record and questionable credibility, we prefer to look at more objective measures of demand. In this regard, we note the following disclaimer in its financial statement footnotes (in all recent Ks and Qs):

> "In the normal course of its business, the Company each year will have customers who, for a number of reasons including the inability to obtain certain consents, approvals or financing, are unable to proceed with theater construction."



Confidential 

The most objective indicators of increasing backlog are deferred revenue and cash received from customers (to the extent that customers make cash down payments). We used the deferred revenue metric, for example, in deconstructing the optimistic statements made by the management team at eResearch (ERES) during Q2 '04. (That stock has since come up well short of expectations.)

As evidenced in the table below, total sales revenue declined 6% in the trailing twelve month period. But, *the more telling sign is the 26.1% decline in the company's deferred revenue account.* Deferred revenues are primarily driven by rents received in advance of IMAX system installations. This tells us that, if new contracts were signed, the company didn't receive much, if any, cash up front.

| Analysis of Deferred Revenues ($ in millions) | 12M Ended 09/30/04 | 12M Ended 09/30/03 | Percent Change |
|---|---|---|---|
| Sales revenue – total | $118.4 | $126.0 | -6.0% |
| Sales revenue – IMAX systems | $77.8 | $76.2 | 2.0% |
| Deferred Revenue | $50.6 | $68.5 | -26.1% |
| Deferred revenue as % of sales | 42.8% | 54.4% | -21.4% |

**Has Revenue Recognition Turned More Aggressive?** Our concerns with respect to the decline in deferred revenue are also reflected in the fact that *cash received from customers still trails total revenues.* This trend has now persisted over the full year ended 12/31/03 and the most recent 9M period. On an aggregate basis, in the past year and nine months, cash received from customers has trailed total revenues by 29.4%. But the most troubling part of the trend is the fact that, after cash received from customers trailed revenues by 45% in 2003, we did not see a corresponding cash flow surge during the 9M just ended. This finding suggests to us that revenue recognition was accelerated significantly in 2003 (it is a long-term timing difference, not a short-term timing difference).[4]

| Declining Cash Receipts ($ in millions) | YTD 2004 | 2003 | 2002 | 2001 | 2000 |
|---|---|---|---|---|---|
| Total revenues | $89.3 | $119.3 | $130.7 | $118.7 | $201.3 |
| Cash received from customers | $81.6 | $65.6 | $132.1 | $135.2 | $209.1 |
| Percent difference | -8.6% | -45.0% | 1.1% | 13.9% | 3.9% |

We could find no evidence of any accounting changes that would account for this unusual decline in cash received from customers. The only disclosure that provides a hint of the method used to accelerate revenues is as follows:

> "Theater system leases that transfer substantially all of the benefits and risks of ownership to customers are classified as sales-type leases as a result of meeting the criteria established by FASB Statement of Financial Accounting Standards No. 13, "Accounting for Leases" ("FAS 13"). When revenue is recognized, *the initial rental fees due under the contract, along with the present value of minimum ongoing rental payments, are recorded as revenues for the period, and the related projector costs including installation expenses are recorded as cost of goods and services.* Additional ongoing rentals in excess of minimums are recognized as revenue when reported by the theater operator, provided that collection is reasonably assured."

[4] Cash received from customers is computed by taking the beginning balance in receivables, adding current period sales, and deducting the ending balance of receivables.

In plain English, the company structures certain leases as "sales-type" leases and reports the present value of expected future payments as revenue in the current period. Our concerns regarding the increasing use of contracts constructed as sales-type leases are as follows:

NO

- The company may have increased the use of sales-type leases in order to front load revenues.
- Management benefits from the increase in revenues and income through increased bonus payouts.
- Additional credit risk is taken on by the company as it transfers the risks and benefits of ownership to the customer, while funding the underlying debt. In this context, given its current liquidity constraints, wouldn't the company choose outside lenders to fund purchases of its theaters – if outside lenders were willing to fund these ventures?

**Evidence of Aggressive Revenue Recognition in Prior Years:** Upon the adoption of SEC Staff Accounting Bulletin (SAB) 101, IMAX reported a $61.1 million after tax reduction in income due to the fact that *it had previously recognized revenue prior to delivery*. The *recognition of revenue prior to delivery has always been a violation of GAAP* and SAB 101 simply forced the company to comply. In this regard, the company's recording of a cumulative effect of a change in accounting principles belies the true nature of this reduction in income. In truth, earnings prior to the 1999 adjustment should have been materially lower.

> "In accordance with the interpretive guidance of SEC Staff Accounting Bulletin No. 101, *Revenue Recognition in Financial Statements* (SAB 101), effective January 1, 2000, the Company recognizes revenue on theater system sales and sales-type leases at the time that installation is complete. Prior to January 1, 2000, the Company recognized revenue on theater systems at the time of delivery. Pro forma revenue and net earnings (loss) as if SAB 101 had been applied during 1999 would have been $166.6 million and $7.7 million, respectively. As the SAB 101 adjustment was reflected in the statement of operations through a one-time cumulative adjustment in 2000, certain line items in this table may reflect a revenue transaction twice." (2003 10K)

**Dissimilar Treatment of Changes in Contract Terms:** We would be remiss if we did not also point out the fact that the company reports changes in terms for certain types of leases different. A change from a sales-type lease to an operating lease results in a "nonrecurring" charge to earnings. But, cancellations and other amendments that tend to repeatedly boost earnings are reflected in top line revenues. The amount of these cancellations is not highly material. But, we still believe that it should be pointed out that the company appears to pull out all stops when it comes to bolstering top line revenues.

> "If the Company and a lessee agree to change the terms of the lease, other than by renewing the lease or extending its terms, management evaluates whether the new agreement would be classified as a sales-type lease or an operating lease under the provisions of FAS 13. Any adjustments which result from a change in classification from a sales-type lease to an operating lease are reported as a charge to income during the period the change occurs."



Confidential 

## Has Management Ever Produced Any Shareholder Value?

**Abysmal Balance Sheet:** The short answer is "no." The company's book value is -$49.1 million. The balance of the accumulated deficit (i.e., negative retained earnings) is -$168.7 million. If you consider the company's $39 million goodwill balance, the situation appears even worse. Liabilities ($271.1 million) exceed assets ($221.9 million), yet nearly 20% of those assets consist of goodwill.

To sell its systems, the company has had to resort to providing direct financing to its customers. IMAX currently carries $60.8 million in financing receivables on behalf of customers, up about 10% from a year ago – despite the decline in 9M sales. ***In short, this is one of the single worst balance sheets that we have ever seen.***

**Co-CEO's Still Profit, Even if Shareholders Don't:** Although the management team has failed to deliver value to outside shareholders, the company's to execs have made out quite well from the venture. Since taking over control of IMAX in March 1994 – before the company was taken public in June of that year – Co-Chairmen and CEOs Richard L. Gelfond and Bradley J. Wechsler have enjoyed pay packages that are more than excessive in our view.

Focusing on just the most recent three years, Mr. Gelfond and Mr. Wechsler have each received $1.2 million in annual salaries ($3.6 million in total for each). We also noted two stock awards granted in 2001 and 2002, with fair market values of $1.3 million and $3.7 million, respectively. In 2001, Messrs. Gelfond and Wechsler received 500,000 common shares with a dollar value of $1.3 million, with 325,000 of the shares issued in exchange for the surrender of 1.3 million options that were underwater. As a result, the typical desire to tie executive pay to performance was completely overridden. In 2002, both Mr. Gelfond and Mr. Wechsler received 700,000 options with exercise prices ranging from $3.51 to $7.00 a share. All of these options vested by July 1, 2004 (just two years).

Over the past five years, a $100 investment in the company would be worth just $28.90 at the end of the most recent full year period. Management $21.4 million in 5 years; Shareholders: -71.1%.

| Co-CEO Compensation Richard L. Gelfond | Salary, Bonus and All Other Compensation | FMV of Option Grants | FMV of Restricted Share Grants | Total Compensation |
|---|---|---|---|---|
| 2003 | $1,254,270 | -- | – | $1,254,270 |
| 2002 | $1,254,077 | $3,667,800 | | $4,921,877 |
| 2001 | $626,898 | – | $1,305,000 | $1,931,898 |
| 2000 | $507,975 | NA | | $507,975 |
| 1999 | $1,408,396 | $11,409,840 | – | $12,818,236 |
| 5 yr Total | $5,051,616 | $15,077,640 | $1,305,000 | $21,434,256 |

| Co-CEO Compensation Bradley J. Wechsler | Salary, Bonus and All Other Compensation | FMV of Option Grants | FMV of Restricted Share Grants | Total Compensation |
|---|---|---|---|---|
| 2003 | $1,254,414 | -- | – | $1,254,414 |
| 2002 | $1,254,077 | $3,667,800 | | $4,921,87[illegible] |
| 2001 | $626,898 | -- | $1,305,000 | $1,931,898 |
| 2000 | $507,975 | NA | | $5[illegible],97[illegible] |
| 1999 | $1,408,243 | – | – | $12,818,083 |
| [illegible] Total | $5,051,60[illegible] | $15,077,640 | $1,305,000 | $21,434,2[illegible] |



17

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|
| IMAX | $100.00 | $10.05 | $7.38 | $14.76 | $28.90 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| S&P/Toronto Stock Exchange Composite | $100.00 | $103.24 | $85.09 | $75.11 | $116.36 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

We have previously expressed concern regarding IMAX's excessive level of stock option grant expense. In 2004 the company adopted a binomial model for valuing its stock options. We do not have any objections to the change, but we note that it likely explains the recent decline in stock option expense.

Although the absolute level of the expense has declined in the most recent quarter and year-to-date, we still note that IMAX's reported net income from operations would have been completely eliminated if options were expensed (as is expected sometime in 2005). This phenomenon is traceable back as far as IMAX's FASB No. 123 disclosures have been presented. In this regard, there is no evidence that management has ever generated any shareholder value.

| Analysis of Stock Option Grant Expense (in 000s) | Qtr Ended 09/30/04 | Qtr Ended 09/30/03 | Percent Change | 9M Ended 09/30/04 | 9M Ended 09/30/03 | Percent Change |
|---|---|---|---|---|---|---|
| Income (loss) from continuing operations | $1,600 | ($2,510) | -163.7% | $1,856 | $1,030 | 80.2% |
| Stock option grant expense | $1,930 | $2,323 | -16.9% | $5,292 | $6,904 | -23.3% |
| Percent of income (loss) from continuing ops | 120.6% | 92.5% | 30.3% | 285.1% | 670.3% | -57.5% |

**Recent Insider Buys May be False Signal:** There is a very significant risk that recent insider buys at the company may be little more than a false signal (as occurred at firm's such as Rite Aid, Conseco and many others). On this point, we note that the dollar amount spent by all insiders in the past 12 months is less than $1 million. Only one of the firm's co-CEO's purchased shares (worth less than 2% of their compensation over the past five years. The only other buyers were lower ranking insiders (were they required to purchase shares?) and major shareholder Marc A. Utay (who increased his holdings by less than 10%.

| IMAX Comparative Performance Based on $100 Investment | 12/31/99 | 12/31/00 | 12/31/01 | 12/31/02 | 12/31/03 |
|---|---|---|---|---|---|
| IMAX | $100.00 | $10.05 | $7.38 | $14.76 | $28.90 |
| Nasdaq Composite | $100.00 | $61.49 | $48.46 | $33.56 | $50.53 |
| S&P/Toronto Stock Exchange Composite | $100.00 | $103.24 | $85.09 | $75.11 | $116.36 |
| Bloomberg Hollywood Reporter Index | $100.00 | $65.04 | $55.52 | $33.69 | $46.00 |

We have previously expressed concern regarding IMAX's excessive level of stock option grant expense. In 2004 the company adopted a binomial model for valuing its stock options. We do not have any objections to the change, but we note that it likely explains the recent decline in stock option expense.

Although the absolute level of the expense has declined in the most recent quarter and year-to-date, we still note that IMAX's reported net income from operations would have been completely eliminated if options were expensed (as is expected sometime in 2005). This phenomenon is traceable back as far as IMAX's FASB No. 123 disclosures have been presented. In this regard, there is no evidence that management has ever generated any shareholder value.

| Analysis of Stock Option Grant Expense (in 000s) | Qtr Ended 09/30/04 | Qtr Ended 09/30/03 | Percent Change | 9M Ended 09/30/04 | 9M Ended 09/30/03 | Percent Change |
|---|---|---|---|---|---|---|
| Income (loss) from continuing operations | $1,600 | ($2,510) | -163.7% | $1,856 | $1,030 | 80.2% |
| Stock option grant expense | $1,930 | $2,323 | -16.9% | $5,292 | $6,904 | -23.3% |
| Percent of income (loss) from continuing ops | 120.6% | 92.5% | 30.3% | 285.1% | 670.3% | -57.5% |

**Recent Insider Buys May be False Signal:** There is a very significant risk that recent insider buys at the company may be little more than a false signal (as occurred at firm's such as Rite Aid, Conseco and many others). On this point, we note that the dollar amount spent by all insiders in the past 12 months is less than $1 million. Only one of the firm's co-CEO's purchased shares (worth less than 2% of their compensation over the past five years. The only other buyers were lower ranking insiders (were they required to purchase shares?) and major shareholder Marc A. Utay (who increased his holdings by less than 10%.

1) 4/1P - Pass Through Billings
2) Any One Time Megaplexes by Cash Pay

# EXHIBIT U-4

This is Exhibit "U-4" mentioned and referred to in the Affidavit of Michael G. Robb, sworn before me at the City of London, in the Province of Ontario, this 9th day of May, 2012.

A Commissioner, etc.

DANIEL GEORGE STRICKLAND, a Commissioner, etc.,
Province of Ontario, while a Student-at-Law.
Expires: August 8, 2014

Mark Welton
01/09/2005 10:08 AM

To: Loron Orris/Imax@Imax
cc: Don Savant/Imax@Imax, Jim Patterson/Imax@Imax, Karen Dinsmore/Imax@Imax, Paula Reyes/CAN/Imax@Imax, Phil Groves/USA/Imax@Imax, Richard Wooland/Imax@Imax, Don Kane/Imax@Imax
Subject: Re: Manila Opening

Remenber guys, the theatre needs to be commissioned in December, opening can be delayed but not installation, lets ensure we past that message to the client.
Loron Orris

Hi Jim,

The delayed opening could work out better for them from a film perspective as they can time it with a DMR release. As it turns out I spoke with Warner Brothers and they could not delay the opening of Harry Potter due to piracy concerns in The Philippines.

We do need to work through what films that they would want to screen for press events and screenings.

If the screenings will take place near Christmans we could do something like Santa versus the Snowman if they sign a three year deal for the film and a MG. Polar Express might be harder to get approved as they will only be previewing the film.

For teachers they could have an early print for Magnificent Desolation after December 10 or Into the Deep or NASCAR or T-Rex.

Regards,

Loron
Jim Patterson

Jim Patterson
09/01/2005 06:55 PM

To: Don Savant/Imax@Imax
cc: Mark Welton/Imax@Imax, Paula Reyes/CAN/Imax@Imax, Karen Dinsmore/Imax@Imax, Loron Orris/Imax@Imax, Richard Wooland/Imax@Imax, pgroves

Subject: Manila Opening

I just got out of a meeting with Hans Sy and the family has decided to delay the opening of the entire Mall of Asia until about February. The primary reason is not that they are behind but rather their tenants are behind and they want to open it all at once. Not much we can do about this.

I explained the need for us to have it signed off by year end and Hans agrees to do so. Therefore we will continue on the same schedule to complete the installation but this means I am going to have to really monitor this closely to ensure management and contractors do not slow down thinking there is no rush. I have emphasized the importance to us and they say they will comply. As Shoemart is so reliable, I hope this will happen. They recently made the payment for shipment and the theatre is on track for a December completion. They will start with teacher groups and other private shows in December. I will stay on this.

Tomorrow I will get dates from Hans for the first press meet which he suggests for the

second half of October. I will advise you.

Other updates:

- This will mean no Polar Express or Harry Potter but they are interested in Everest plus whatever we have in DMR around that time.
- They confirm they have two more sites set aside for IMAX orders next year, subject to a reasonable opening experience.
- I have two firm offers for naming sponsor - one from Pepsi and one from San Miguel/Coke. Range is about US$325k to $400k per year for three years. I also have an offer from Globe at about another $125k per year. I also have another $200k from sponsors for the launch. So should be good.
- They are ready to hire the advertising agency and final decision expected within the week. We hired a marketing manger today that I think will be a big help.
- Equipment, signage, ticketing, seats etc. are on track.

# EXHIBIT U-5

This is Exhibit "U-5" mentioned and referred to in the Affidavit of Michael G. Robb, sworn before me at the City of London, in the Province of Ontario, this 9th day of May, 2012.

A Commissioner, etc.

DANIEL GEORGE STRICKLAND, a Commissioner, etc., Province of Ontario, while a Student-at-Law. Expires: August 8, 2014

TAB 1

# Contact Information

**UBS Securities LLC**
1999 Avenue of the Stars
15th Floor
Los Angeles CA 90067
Tel. +1-310 556 6700

www.ubs.com

UBS Investment Bank is a business group of UBS AG
UBS Securities LLC is a subsidiary of UBS AG

UBS Investment Bank

UBS Investment Bank

# IMAX Corporation

## Discussion Materials

February 2005

# Table of Contents


| | | |
|---|---|---|
| SECTION 1 | Executive Summary | 1 |
| SECTION 2 | Investment Highlights | 17 |
| SECTION 3 | Overview of Potential Buyers | 30 |
| SECTION 4 | Preliminary Valuation | 42 |
| SECTION 5 | Driving the Sale Process | 57 |
| APPENDIX A | UBS Exclusive Sales Group Transactions | 65 |
| APPENDIX B | Joint Venture Structure Discussion | 68 |


UBS Investment Bank

SECTION 1

# Executive Summary

UBS Investment Bank

# The UBS Team

UBS has assembled a dedicated, inter-disciplinary transaction team for IMAX that will deliver senior level commitment and the full expertise of UBS

**Senior Sponsorship**

**Jeff Sine**
Global Head of TMT
Vice Chairman

**Jeffrey Raich**
Managing Director
Co-Head of M&A-Americas

**Media — US**

**Navid Mahmoodzadegan**
Managing Director
Head of Media - Americas

**Jason Wilson**
Director

**Anant Jain**
Analyst

IMAX

**Media — Europe**

**Simon Warshaw**
Managing Director

**David Curley**
Executive Director

**M&A / Exclusive Sales**

**Matthew Spain**
Managing Director
Head of Exclusive Sales

**Anthony Guagliano**
Director

**Ian Spaulding**
Associate Director

**Cass Traub**
Analyst

**Media — Asia**

**Peter Kennan**
Executive Director

**Elizabeth Wang**
Executive Director

**Calvin Zhang**
Director

# Agenda

**UBS Investment Bank is pleased to have the opportunity to discuss the potential sale of IMAX**

- Discuss IMAX objectives
- Present preliminary thoughts on positioning
- Present preliminary views on investment highlights
- Examine potential buyers
- Provide thoughts on valuation
- Consider sale process approach alternatives

# IMAX Objectives

## There are several issues that IMAX should carefully consider regarding a potential sale

- The sales process for IMAX will have a variety of implications for the various direct and indirect stakeholders: owners, employees, exhibitors, content suppliers, etc.

→ **Value maximization**

→ **Form of consideration**

→ **Partner's ability to accelerate growth plan**

→ **Cultural fit**

→ **Independence vs. integration**

→ **Disruption of business**

→ **Public disclosure considerations**

→ **Perspective of individual shareholders**

→ **Management's ongoing role**

# Preliminary Positioning

**UBS believes that IMAX has emerged as a media company with characteristics most similar to a US-based cable network**

**IMAX Network**

- Content Owners
  - Film Studios
  - Propriety Content
- IMAX
  - North American Theatres
  - International Theatres
  - Institutions
  - Cable Networks[1]
  - DVD[2]

**Cable Network**

- Content Owners
  - Film Studios
  - TV Studios
  - Propriety Content
- Cable Network
  - HBO
  - Showtime
  - TNT
  - USA
  - Cable MSOs
  - DBS
  - DVD

Notes:
1 Potential to create and sell IMAX-branded content to third-party packagers
2 Potential to create and sell IMAX-branded content to DVD home video market

**UBS will work with IMAX to ensure that the Company's unique assets are properly positioned and rewarded**

# IMAX vs. Cable Network

## There are several similar business characteristics linking IMAX and cable networks

| | IMAX | Cable Networks |
|---|---|---|
| "Gateway" for Content | • Film studios<br>• Proprietary content | • Film studios<br>• TV production studios<br>• Proprietary content |
| Reliance on / Payments for Third-party Distribution | • Primarily theatre assets<br>• Potential for other distribution channels (DVD, third-party cable networks)<br>• Success-based capital outlays when new distribution agreements secured<br>– Costs covered by theatres | • Primarily multi-channel video service providers (MSOs, DBS)<br>• DVD increasingly important to network-branded proprietary content (e.g., HBO's Sopranos)<br>• Several million dollars in launch fees borne by cable network for first few years |
| Long-term Contracts with Distribution owners | • 10-year contracts with owners of distribution assets (theatres) | • 5+ year contracts with owners of distribution assets (MSOs, DBS) |
| Revenue Predictability / Cyclicality | • Existing contracts: significant revenue received up front and guaranteed minimums over life of contract<br>• Newer contracts: higher revenue share splits at the box office<br>– Long history of steady box office growth through down markets | • Advertising revenues (~45% of total) [1] for basic cable networks susceptible to economic downturns<br>– Mitigated by contractually guaranteed sub fees from MSOs, DBS<br>• Premium cable networks (HBO, Showtime) rely on consumers' willingness to subscribe; revenues impacted by churn |
| Content-related Capital Investment Requirements | • Approximately $2 million per DMR film conversion<br>• $8 – $12 million per year (assuming 4 – 6 films) | • Continuous investment in programming rights and content production |
| International Growth | • 35% of revenue from international distribution; key component of growth strategy | • International distribution key component of future growth strategy |
| Valuation | • IMAX trading at 11x 2005E EBITDA | • Acquisition multiple range of 11x – 20x forward year EBITDA |

Notes:
1 For fully-distributed cable network (e.g., TNT, USA)

# UBS Preliminary Conclusions

**UBS believes that this is an opportune time for IMAX to explore a sale**

| | |
|---|---|
| **Positioning** | ♦ IMAX has emerged as a media company with characteristics similar to a cable network<br>♦ Scarcity value – truly unique platform offering moviegoers the most immersive and powerful movie going experience in the world<br>♦ High barriers to entry (e.g., size of existing network, substantial volume of customized content) |
| **Market Conditions / Potential Buyers** | ♦ Strong M&A markets with rising share prices of potential strategic buyers<br>♦ Financing markets at near optimal conditions supporting leverage for a stand alone IMAX of up to 6.5x 2005E EBITDA<br>♦ Potential buyers include strategic media buyers (US and international), wealthy individuals, as well as financial sponsors |
| **Valuation** | ♦ IMAX's unique and highly visible business will command a strong valuation<br>♦ Asset valuation has been developed from financial projections provided by IMAX management<br>♦ UBS will work with IMAX to develop the strongest case for a premium valuation<br>♦ Cable network transactions serve as one valuation benchmark given the similarities between the businesses<br>♦ Other high growth media sectors (Hispanic Broadcasting, Online Media, eCommerce and Interactive Entertainment) serve as other benchmarks given similarities to IMAX's growth profile<br>♦ Additional upside possible with a partner who can accelerate the business plan |
| **Process** | ♦ UBS would recommend a broad auction targeting select strategic and financial buyers<br>♦ Deep UBS industry relationships will facilitate proper positioning of assets to potential strategic acquirors |
| **UBS Investment Bank** | ♦ Fastest growing investment bank with the strongest reputation on Wall Street<br>♦ #1 ranked Media M&A team globally<br>♦ Leading sell-side M&A practice |

**Preliminary Valuation Range: $14 – $18 per share equivalent to 13x – 16x 2005E EBITDA**

# UBS Investment Bank—Unique Global Capabilities

**Pre-Eminent Global Investment Banking Franchise**

- Established presence in markets globally
- No. 3 in US M&A in 2005
- Superior fixed income franchise
- No. 2 in global common stock offerings
- Comprehensive product offering

**World-Class Research**

- Coverage of more than 4,600 companies
  - 91% of S&P 500
  - 87% of NASDAQ 100
- No. 4 in global research with 18 Institutional Investor ranked analysts
- Top ranked media research team

**UBS**

- Superior credit ratings: AA+/Aa2
- US$1.6 trillion of invested assets
- Market capitalisation of over US$85bn
- Shareholders' equity of over US$25bn

| UBS Global Asset Management | UBS Investment Bank | UBS Wealth Management |
| --- | --- | --- |
| Institutional Asset Management | Corporate & Institutional Clients | Private & Corporate Clients |
| Mutual Funds | Private Equity (UBS Capital) | Wealth Management & Business Banking |
| | International Investment Services | |

**Distribution**

- Unmatched domestic and international distribution
- Coverage of all key US institutions
- Most productive retail system on Wall Street

**Sales and Trading**

- No. 3 firm in investment grade corporate bond trading
- Account for 9% of global equities trading
- Leading trader of all lead managed offerings
- No. 2 trader of NYSE traded securities
- 87 stock exchange memberships in 31 countries

# UBS—Leading Global Platform

**UBS has developed unprecedented momentum and has gained significant recognition**


NAMED "BANK OF THE YEAR"
—INVESTMENT DEALER'S DIGEST



RANKED #1 AND #2 IN THE ECONOMIST'S 2003 INVESTMENT BANKS SURVEY ACROSS NEARLY ALL MAJOR CATEGORIES


NAMED "THE WORLD'S BEST BANK"
EUROMONEY 2003

- A recent global survey by the Economist of senior managers and leading corporations further demonstrates the strength of the UBS platform

**Strong Reputation**




**Client Service**




**Expertise/Specific Skills**




Source: The Economist

# A Leading Global M&A Franchise—Ranked #3 Globally

## Selected Transactions

**The Gillette Company**
Pending
Joint financial advisor to The Gillette Company on its $57.4 billion sale to Procter & Gamble

**CAESARS ENTERTAINMENT**
Pending
Advisor to Caesars Entertainment on its US$9.4 billion sale to Harrah's Entertainment

**Adelphia**
Pending
Advisor to Adelphia on its expected $20 billion sale of the Company

2004
Advisor to China Telecom on its US$8.2 billion acquisition of 10 target provinces

**Westfield**
2004
Advisor to the Westfield Group on its US$20 billion merger

**WACHOVIA**
2004
Advisor to Wachovia in its US$14.3 billion acquisition of SouthTrust

**YUKOS**
2003
Advisor on US$16.6 billion merger with Sibneft

**SUEZ / ONDEO Nalco**
2003
Advisor to Suez on US$4.35 billion sale of Ondeo Nalco Company, its wholly-owned subsidiary to a consortium of private equity firms

**ArvinMeritor**
2003-Withdrawn
Advisor on its pending unsolicited US$4.4 billion tender offer to acquire all the outstanding shares in Dana Corporation

**WELLPOINT HEALTH NETWORKS**
2003
Advisor on US$16.4 billion merger with Anthem

**UNIVISION**
2003
Sole advisor to Univision on its $3.5 billion acquisition of Hispanic Broadcasting Corporation

**Network Rail**
2002
Advisor on its US$10.0 billion acquisition of Railtrack plc from the Railtrack Group plc

**The Swedish Government**
2002
Advisor to the Swedish Government on the US$8.9 billion merger between Telia AB and Sonera Oyj

**Heinz**
2002
Advisor to HJ Heinz Company on the US$2.8 billion spin-off and merger of North American assets with Del Monte Foods Company

**Sodexho Marriott SERVICES**
2001
Advisor on the US$1.1 billion acquisition by Sodexho Alliance S.A. of the 52% of the company it did not already own

**Allianz**
2001
Advisor on US$21.4 billion acquisition of Dresdner Bank

**DIAGEO**
2001
Advisor on US$10.4 billion merger of Diageo's Pillsbury subsidiary with General Mills

**BHP**
2001
Advisor on US$16.1 billion merger with Billiton

# Top Global Media M&A Franchise

**Global Media M&A Rankings – 2002–2004 Announced M&A Transactions**

| Rank | Firm | No. of Deals |
|---|---|---|
| 1 | UBS | 31 |
| 2 | JP Morgan | 29 |
| 3 | Goldman Sachs | 26 |
| 4 | Morgan Stanley | 26 |
| 5 | Credit Suisse First Boston | 25 |
| 6 | KPMG Corp Fin | 25 |
| 7 | Rothschild | 19 |
| 8 | PricewaterhouseCoopers | 19 |
| 9 | Lazard | 18 |
| 10 | BNP Paribas | 17 |

Source: Mergermarket

**Adelphia**
Pending
Financial advisor on pending sale of the nation's 5th largest cable system

**Hollywood Video**
Pending
Advisor to Hollywood on its pending $1.1bn sale to Movie Gallery

**CrownMedia Holdings, Inc.**
2005
Exclusive advisor on $242mm sale of international business to private equity consortium

**CBS MarketWatch**
2004
Sole financial advisor to CBS MarketWatch on its $519mm sale to Dow Jones & Co.

**Telewest**
2004
Advisor to bondholders on company's restructuring of $7.8 billion in debt

**La Opinión**
2004
Exclusive advisor to Lozano Communications, controlling shareholder of La Opinión, in La Opinión's combination with Impremedia

**GWR group plc**
2004
Lead financial advisor to GWR Group on its $1.4 billion merger with Capital Radio

**Carlton**
2004
Sole financial advisor and joint stock broker to Carlton on its £2.9 billion merger with Granada Plc

**IMES**
2004
Sole advisor to IMES Communications on sale of two stations to strategic buyers

**QVC**
2003
Provided independent valuation opinion on sale of 57% stake in connection with QVC-Comcast transaction ($7.9bn)

**Sirius**
2003
Sole advisor on $1.2bn recapitalization

**ntl:**
2003
Advisor to bondholders on company's $24 billion restructuring

**UPC**
2003
Advisor to UGC in UPC restructuring of $5.5 billion in debt

**Univision**
2003
Sole advisor to Univision on its $3.5 billion acquisition of Hispanic Broadcasting Corporation

**KirchMedia / ProSiebenSat.1 Media AG**
2003
Advisor to KirchMedia on the sale of its 52.52% stake in ProSiebenSat.1 and its film and TV library to Saban Capital Group for approximately €2.0 billion

**Univision**
2002
Advisor to Univision on its acquisition of Fonovisa and renegotiation of programming rights with Televisa ($1bn+)

**Entravision**
2002
Exclusive Financial Advisor on $137 million acquisition of three FM radio stations from Big City Radio Inc

**EchoStar**
(Terminated)
Advisor to EchoStar on its proposed $25.8 billion merger with Hughes Electronics

# UBS Exclusive Sales Group—A Leading Middle Market Franchise

## Selected Sell-Side Transactions

ANKER
Pending
Advisor on the $190 sale to Collins Stewart

infonet
Pending
Advisor on the $965 sale to BT Group

HOLLYWOOD
Pending
Advisor on the $1.1 billion sale to Movie Gallery, Inc.

Rent.com
2005
Advisor on the $415 sale to eBay

MarketWatch.com
2005
Advisor to MarketWatch on the $519 million sale to Dow Jones & Company

MARIETTA
2004
Advisor to BFMA Holding Corp on its sale to Ares Management

SOVEREIGN
2004
Advisor to AEA Investors on its $575 million sale of Sovereign Chemicals to the Henkel Group

TINNERMAN PALNUT
2004
Advisor to Kohlberg & Co. on the sale of Tinnerman Palnut to Ares Management

BARRATT
2004
Advisor to Barratt Developments PLC on the $165 million disposal of its subsidiary, Barratt USA, to a private equity investor and members of management

2004
Advisor to Investcorp on its $320 million sale of MW Manufacturers to Caxton-Iseman's portfolio company, Ply-Gem Industries

NORTEK
2004
Advisor to Kelso on $1.72 billion sale of Nortek to Thomas H. Lee Partners

2004
Advisor to Code Hennessy & Simmons on sale of Kranson Industries to AEA Investors

2004
Advisor on US$570 million sale of Ply Gem Industries to Caxton-Iseman Capital Inc.

ALCOA
2004
Advisor on US$342 sale of Alcoa Specialty Chemicals to Rhône Capital LLC

2003
Advisor to Littlejohn & Co., Advent International and GE Equity Capital on their US$440 million sale of Keystone Automotive Operations to Bain Capital

**Unlike other "bulge bracket" firms, UBS is focused on representing sellers in middle market transactions**

- Team has completed over 150 transactions valued at over $40.0 billion since 1997
- Provide pre-eminent service through:
  - senior level attention to all assignments
  - professionals uniquely skilled in the disciplines of advising sellers
  - developing tailored transaction strategies at each stage of the process
  - keen understanding of buyer's constraints, limitations and needs
  - creation of superior work product

**2004 Seller Advisory – $500 million to $1 billion**

| Rank | Financial Advisor Full to Each Eligible Advisor | Deal Value ($mm) | Market Share (%) | Number of Deals |
|---|---|---|---|---|
| 1 | Goldman Sachs & Co | 21,099.9 | 23.2 | 28 |
| 2 | Morgan Stanley | 18,045.0 | 19.9 | 25 |
| 3 | Citigroup | 16,282.2 | 17.9 | 19 |
| 4 | UBS | 12,652.9 | 13.9 | 16 |
| 5 | Banc of America Securities LLC | 12,541.0 | 13.8 | 15 |
| 6 | Credit Suisse First Boston | 12,352.5 | 13.6 | 15 |
| 7 | Lehman Brothers | 10,946.0 | 12.0 | 13 |
| 8 | JP Morgan | 9,414.0 | 10.4 | 13 |
| 9 | Lazard | 8,421.5 | 9.3 | 9 |
| 10 | Merrill Lynch & Co Inc | 7,271.3 | 8.0 | 9 |

# UBS Exclusive Sales Group—Proven Results




(TEV in $mm)

| | HOLLYWOOD | Rent.com | CBS MarketWatch | SOVEREIGN | NORTEK | [illegible] | ONDEO Nalco |
|---|---|---|---|---|---|---|---|
| Closing Date: | Pending | 2/2005 | 1/2005 | 12/2004 | 7/2004 | 7/2004 | 11/2003 |
| Seller Reference: | Hollywood Entertainment<br>Doug Glendenning<br>Special Committee to the Board<br>435-634-1041<br><br>Gibson Dunn & Crutcher<br>Jon Layne<br>Partner<br>310-552-8641 | Rent.com<br>Scott Ingraham<br>CEO<br>310-581-7420<br><br>Brian Bamum<br>CFO<br>310-581-7414 | Public Company | AEA Investors<br>John Garcia<br>President<br>212-702-0523<br><br>Brain Hoestery<br>Partner<br>212-702-1377 | Nortek Holdings Inc.<br>David Hiley<br>Board Member<br>401-751-1600 | Code Hennessy & Simmons LLC<br>Daniel Hennessy<br>Partner<br>David Hawkins<br>Partner<br>312-876-1840 | Suez Partners<br>Michel Sirat<br>Group Sr. VP<br>+33 1 40 06 67 50<br><br>Gerard Lamarche<br>CFO/Exec. VP<br>+33 1 40 06 11 10 |
| Management: | | | Market Watch<br>Larry Kramer<br>CEO<br>415-733-0510 | Norm Wells<br>Chairman & CEO<br>312-223-7971 | Rick Bready<br>CEO<br>401-751-1600 | Keith Strope<br>CEO<br>Neil Tzinberg<br>CFO<br>314-569-3633 | |
| Buyer Reference. | | | Dow Jones<br>Gordon Crovits<br>212-416-2288 | | Thomas H Lee Partners<br>Anthony DiNovi<br>Managing Director<br>617-227-1050 | AEA Investors Inc.<br>Tom Pryma<br>Partner<br>212-644-5900 | Blackstone<br>Chinh Chu<br>Sr MD<br>212-583-5872<br><br>Apollo<br>Josh Harris<br>Partner<br>212-515-3221 |
| Stapled Financing: | | | | | ✓ | ✓ | ✓ |

# Case Study—MarketWatch, Inc.

CBS MarketWatch DOWJONES

**Background**

- MarketWatch is a leading provider of business news, financial information and analytical tools. Founded in 1997, the Company operates two award-winning Web sites, CBS.MarketWatch.com and BigCharts.com
- On January 21, 2005 MarketWatch, Inc. was acquired by Dow Jones (NYSE: DJ) for $18 per share



**Overview of UBS Sale Process**

- UBS Investment Bank acted as sole financial advisor to MarketWatch
- Generated significant interest in the business by carefully marketing the growth prospects and unique business model of the Company
- Worked closely with the client in successfully managing a limited auction with a select group of strategic buyers, even after details of the auction were leaked to the press

**Transaction Highlights**

- Created a highly competitive process which resulted in multiple rounds of bidding to ensure maximum value for shareholders
- Successfully reached an agreement and announced the transaction within a weekend of entering into an exclusivity agreement with Dow Jones
- Properly ensured a fair and equitable process despite an active bidder (Viacom), having board representation and publicly announced intentions to acquire MarketWatch
- The sale price of $18 per share was an 80% premium to the share price of $10 per share at the start of the formal UBS process

**Summary of Deal Terms**

| | |
|---|---|
| Date Announced | 11/14/04 |
| Date Effective | 1/21/05 |
| Total Enterprise Value ($mm) | 463.5 |
| *Stock Consideration ($mm)* | *463.5* |
| *Cash Consideration ($mm)* | *0.0* |
| Marketwatch Closing Stock Price | $18.00 |



# Case Study – Hollywood Entertainment

## Background

- In December 2003, the Board of Directors of Hollywood began considering various strategic alternatives for the Company, including the possibility of a potential sale transaction
- Hollywood is the second largest rental retailer of DVDs, videocassettes and video games in the United States

## Overview of UBS Process

- UBS is acting as lead financial advisor to the Special Committee of the Board of Directors of Hollywood on this transaction
- On March 28, 2004, Hollywood entered into a definitive merger agreement to be acquired by Leonard Green & Partners ("LGP") for $14.00 per share of outstanding Hollywood common stock
- On October 13, 2004, Hollywood entered into an amended and restated merger agreement with LGP whereby Hollywood's shareholders would receive $10.25 per share in cash
- UBS conducted an informal auction process during the period following the execution of the October 13 amended and restated merger agreement, the terms of which expressly allowed Hollywood to solicit alternative transactions
- During this period, UBS contacted 24 financial buyers and 12 strategic buyers, two of which (Movie Gallery and Blockbuster) submitted acquisition proposals
- On January 10, 2005, Hollywood entered into a merger agreement with Movie Gallery in which Hollywood's shareholders would receive $13.25 per share in cash, representing a purchase multiple of 4.4x 2004E EBITDA of $235 million and a 30% premium over the negotiated LGP price of $10.25

## Transaction Update

- On February 2, 2005, Blockbuster submitted a hostile bid of $14.50 in cash and stock per share of Hollywood
- On February 17, 2005, Hollywood announced that the uncertainties and delays due to FTC issues inherent in Blockbuster's offer outweigh the approximately 9.4% premium being offered and, as a result, the Board of Directors recommended that the Blockbuster tender offer be rejected by shareholders

# Case Study – Crown Media

Hallmark CHANNEL | CrownMedia HOLDINGS, INC. | PROVIDENCE EQUITY

**Background**

- On February 23, 2005, Crown Media Holdings announced the signing of a definitive agreement to sell it s international business to a group of investors comprised of Providence Equity Partners, 3i and U.K. television executive David Elstein
- The sale includes:
  - the international versions of the Hallmark Channel distributed outside the United States to 152 countries and approximately 60 million subscribers
  - the international rights to over 580 titles in the Crown Media library
  - the broadcast facility based in Denver, Colorado, which will continue to distribute the channels throughout the world

**Overview of UBS sale process**

- UBS Investment Bank acted as sole financial adviser to Crown Media Holdings
- In April 2004, Crown Media Holdings announced its intention to explore a potential sale of its international business
  - UBS held over 25 fireside chats leading to strong interest from both financial and strategic buyers
- UBS' New York Media and M&A teams collaborated closely with London IBD to help execute this cross-border transaction

**Transaction highlights**

- Achieved a robust valuation supported by UK bank financing
  - $242 million, subject to purchase price adjustments relating to receivables acquired and working capital changes

SECTION 2

# Investment Highlights

UBS Investment Bank

# Investment Highlights

## IMAX represents a truly unique investment opportunity for media players

| | |
|---|---|
| **Significant Distribution Network** | ◆ Most extensive large-format theatre network in the world<br>◆ Screens in 248 theatres operating in 35 countries<br>– 135 commercial locations<br>– 113 institutional locations |
| **THE Premium Moviegoer Experience** | ◆ Specially-designed IMAX theatres create truly immersive moviegoer experience<br>◆ IMAX screens and sound systems represent the most advanced of their kind in the industry<br>◆ Screens located in some of the best commercial and institutional locations<br>◆ IMAX able to charge premium box office price and deliver significantly higher attendance/box office performance |
| **Significant Growth Potential** | ◆ MPX theatre design lowers cost of installation for theatre owners<br>– IMAX currently under penetrated with theatre owners but with significant sales backlog<br>◆ DMR creates opportunities for content owners to realize "turbo-charged" revenue stream via IMAX's distribution network<br>◆ Rapidly growing profitability as network proliferates, reflecting substantial operating leverage |
| **High Revenue Visibility** | ◆ Significant sales backlog serves as leading indicator of revenue generation potential<br>◆ Long-term leases (lease structure) and box office revenue split agreements (JV structure) create recurring revenue streams of 10+ years per contract |
| **High Barriers to Entry** | ◆ Access to significant distribution footprint<br>◆ Long-term contracts with theatre owners<br>◆ Proprietary and customized content specifically for IMAX distribution network<br>◆ Significant R&D invested to date<br>◆ IMAX brand |
| **Strong Theatre Industry Fundamentals** | ◆ US theatre revenues experienced box office sales CAGR of 4.7% from '83 – '03; including two recessions<br>◆ Theatre owners have emerged financially stronger and smarter following late '90s screen rationalization |

**UBS looks forward to working with IMAX to create a thorough and impactful story highlighting the Company's merits**

UBS Investment Bank

# Significant Distribution Footprint

**IMAX's 240+ screens have captivated more than 800 million moviegoers in over 35 countries**



| | Canada | United States | Europe | Japan | Rest of World | Total |
|---|---|---|---|---|---|---|
| Total # of Screens (2003) | 23 | 120 | 45 | 17 | 35 | 240 |
| 2003 Revenue Contribution ($mm) | 6 | 66 | 27 | 3 | 17 | 119 |
| *% of Total* | *5%* | *55%* | *23%* | *3%* | *14%* | *100%* |

Source: Company SEC filings

UBS Investment Bank

Confidential

# THE Premium Moviegoer Experience

**Specially designed IMAX theatres create a truly immersive moviegoer experience**

**Large Film Technology**

**IMAX Film**



**Conventional Film (35 mm)**



**IMAX**
**Screen Size**



**IMAX**

**3-D Capabilities**



**IMAX Digital Sound System**



=




UBS Investment Bank



IMAX-US166075

001167

# THE Premium Moviegoer Experience

**IMAX experience sought after by leading North American theatre owners and institutions in prime markets**

- **Several commercial and Institutional theatre partners with major market reach**
  - Regal: 61% of theatres in Top 25 DMAs
  - Cinemark: 39% of theatres in Top 25 DMAs
  - Loews: 92% of theatres in Top 25 DMAs
  - IMAX theatres located in institutions in 9 out of Top 10 DMAs
- **Large markets represent protected locations and provide significant reach**
  - Scarcity of attractive real estate limits competitive overbuild risk for new theatres
  - Institutions attract significant attendance from large market areas

**Number of IMAX Theatres by Select North American Exhibitor[1]**




**IMAX Theatres by Institutions**

| Institutions | MSA | Population (mm) |
|---|---|---|
| American Museum of Natural History | New York | 18.3 |
| California Science Center | Los Angeles | 12.4 |
| Museum of Science and Industry | Chicago | 9.1 |
| Navy Pier | Chicago | 9.1 |
| The Franklin Institute Science Museum | Philadelphia | 5.7 |
| The Science Place | Dallas | 5.1 |
| Smithsonian Institution National Air and Space Museum | Washington, D.C. | 4.8 |
| Museum of Natural Science | Houston | 4.7 |
| Detroit Science Center | Detroit | 4.5 |
| Simons IMAX Theatre, New England Aquarium | Boston | 4.4 |
| Denver Museum of Natural History | Denver | 2.2 |

Note:
1 Includes backlog

UBS Investment Bank

# THE Premium Moviegoer Experience – Polar Express Case Study

**The IMAX Experience translates into higher box office contribution per screen than conventional theatres**




**Polar Express: The most successful IMAX feature film release in history**

- Highest grossing release to date:
  - $3 million box office in 5 days after opening
  - Approximately $32 million in 9 weeks
  - Over $500,000 per screen




"the best 3-D viewing experience I've ever had. If there's a choice, try the IMAX version. Or go twice. This is a movie that doesn't wear out.

ROGER EBERT
Chicago Sun Times

the... 3-D version of 'The Polar Express' being shown in IMAX theatres ... is the best 3-D experience I've ever had.

THE DAILY NEWS"

# Significant Growth Opportunities

**Reduced System Costs**

- Less expensive, more flexible platform enhances attractiveness of new installs to theatre owners




**Reduced DMR Conversion Costs**

- Lower conversion costs increase potential returns on blockbusters converted for IMAX network




**Potential for Growth in Theatre Penetration**

- Lower install costs and rapidly increasing slate of compelling content will drive higher penetration




**Substantial Operating Leverage[2]**

- Business model will continue to show improved profitability as network expands




Notes:
1 Represents cost of an IMAX-branded system including GT, SR and MPX
2 Per UBS estimates

UBS Investment Bank

# High Revenue Visibility – LTM IMAX Theatre Signings

Increased new theatre signings provide strong revenue visibility




Note
1 Represents publicly announced signings only. Q4'04 total signings yet to be announced

**Increase in theatre signings over past six months demonstrates success of IMAX's commercial strategy**

# High Revenue Visibility

**Long-term leases and box office revenue split agreements create recurring revenue streams of 10+ years per contract**

**Sale / Lease Contract Structure**

- IMAX effectively sells theater systems to Exhibitors on long-term lease basis
- Leases terms typically 10 - 20 years with auto renewals
- Lease terms provide good visibility around three main sources of revenue:
  - Initial installation and system rental fees
  - Guaranteed annual minimum payments for additional rents (indexed to local CPI)
  - Guaranteed annual maintenance payments (indexed to local CPI)
- Revenue can vary from year-to-year or quarter-to-quarter depending on timing of installations

**Success-based capital investment by Company limits inventory risk and provides leading indicator of revenue generation**

**Joint Venture Contract Structure**

- Long-term contract with Exhibitors
- IMAX absorbs cost of system (success-based capital expenditures)
- IMAX / Exhibitor split box office take
  - Typically 80 / 20 split for IMAX / Exhibitor until IMAX recoups system capital expenditures
  - 50 / 50 split thereafter

**JV structure will ensure significantly smoother revenue performance with greater financial upside potential**

UBS Investment Bank

# High Barriers to Entry

**Several of IMAX's investment highlights also constitute significant barriers to entry**

- ✓ Largest large-screen distribution network in the world
- ✓ Long-term contracts with existing and new theatre clients
- ✓ Significant investment in research and development
- ✓ Patent protected technology relating to IMAX projection and sound systems
- ✓ Established and successful relationships with major studios
- ✓ Proprietary and customized IMAX content
- ✓ IMAX brand recognition

# High Barriers to Entry

**Total of 245 films formatted specifically for IMAX network with increasing slate of live-action films**

**IMAX Film Content Categories**




**IMAX Film Production Breakdown**




**Upcoming IMAX Blockbusters**

**Robots**



March 11, 2005

**Batman Begins**



May 6, 2005

**Charlie and the Chocolate Factory**



July 15, 2005

**Harry Potter and the Goblet of Fire**



November 18, 2005

Note.
1 Categories and classifications per UBS

# Strength of Theatre Industry

**Strong fundamentals underpin current and future box office revenue growth for the theatre industry**

**Key Industry Dynamics**

- Rationalization of existing theatre base and "smart" new builds
- Continued demand growth: box office anticipated to grow 2% to 4% annually
- Optimization of theatre operations via streamlined cost structures
- Reasonable capital structures position industry to maximize operating leverage
- Industry consolidation expected to continue

**US Screen Count & Box Office per Screen, 1999–2005E**




Source: Wall Street industry research

**US Box Office Revenue Trend ('83-'03 CAGR: 4.7%)**




Source: MPAA
Note. Box indicates period of economic weakness

**IMAX's performance tied in part to strength of underlying theatre industry**

# Potential Marketing Considerations

**Certain investment and marketing considerations may have to be addressed through the sale process**

| Considerations | Mitigants |
| --- | --- |
| Incremental Revenue Generation Potential of 2-D vs. 3-D Films | ♦ IMAX has demonstrated ability to deliver a compelling economic return to theatres on 2-D films<br>– 3-year payback with box office of $15-$20k per week<br>– 30%+ ROI<br>♦ Box office results for 2-D versions of Harry Potter and Spiderman 2 demonstrated ability to track these results<br>♦ 3-D version of Polar Express generated nearly 3x above results |
| Digital Theatre Conversions | ♦ Digital conversion largely to benefit studios in terms of lowering print / distribution costs<br>♦ Quality of IMAX film will be visibly superior to conventional film in digitally converted theatre<br>♦ IMAX screen size, digital sound system, potential 3D capabilities create premium movie experience |
| Competing Large Screen System Providers | ♦ Significant barriers to entry (e.g., access to existing distribution network and studio content, proprietary IMAX content, system design and installation expertise) prevent new entrant from competing and winning new installs on lower cost solution alone<br>♦ IMAX represents the most well-known consumer brand for the large screen movie experience |
| Ability to Secure New Installations | ♦ Lower cost, more flexible system designs and economic partnership structures (JV) attracting strong interest from theatre owners<br>– New signings up significantly in past six months<br>♦ Lower cost DMR film conversion rapidly increasing availability of compelling live-action content<br>♦ IMAX able to prove compelling economic returns to theatre owners based on historical results |

SECTION 3

# Overview of Potential Buyers

UBS Investment Bank

# Buyer Considerations

**IMAX represents a truly unique asset and will attract interest from strategic owners of both content and distribution assets**

| Benefit | Content Owners | Distribution Owners |
|---|---|---|
| Access to Differentiated Distribution Platform | ♦ IMAX has proven ability to generate higher per screen revenues<br>♦ Higher per screen revenues translates into several multiple increase in video sales across downstream windows (DVD, cable, TV) | ♦ Increased competition between owners of distribution assets (MSOs, DBS) and proliferation of alternative distribution channels pressures long-term value of existing distribution platforms; signals need for diversification (e g. Comcast's bid for Disney)<br>♦ Diversify ownership of distribution assets through acquisition of truly unique IMAX network with high barriers to entry |
| Control of IMAX Film Release Windows | ♦ First option to debut studio-owned films during scarce number of film release windows | ♦ Leverage control of film release windows in negotiating content rights for downstream windows |
| IMAX brand | ♦ Potential to leverage brand to create IMAX-branded programming (cable network, DVD) | ♦ Potential to leverage brand to create IMAX-branded programming (cable network) on existing distribution platform |
| Exclusive / Proprietary Content | ♦ Additional content available for cable network assets<br>♦ Leverage content owners' marketing and distribution power to boost value of library | ♦ Potential to utilize content in creating IMAX-branded network on existing distribution platform |
| Global Network | ♦ Strengthens a US-based content company's global footprint and taps into international growth / re-packaging opportunities for existing content<br>♦ International (Europe, Asia) media companies gain access to largely US-weighted network<br>♦ Global expansion of IMAX network reinforces international media companies' existing reach | ♦ International (Europe, Asia) media companies gain access to largely US-weighted network<br>♦ Global expansion of IMAX network reinforces international media companies' existing reach |
| Selected Potential Buyers | ♦ Disney<br>♦ Sony | ♦ Time Warner<br>♦ Comcast |

**In addition, we believe select high net worth individuals and financial sponsors will also show interest**

# Potential Strategic Buyers — US

| Company | Market Cap ($bn)[1] | TEV/2004 EBITDA (x)[1] | Financial Capacity | Strategic Fit | Considerations | UBS Relationships |
|---|---|---|---|---|---|---|
| The Walt Disney Company | 58.1 | 12.2 | ● | ● | • Ability to control film release windows, first option for Disney studio films<br>• Incremental IMAX screen revenues will boost sales across downstream video windows<br>• CGI film focus ideally suited for 3D conversion for IMAX<br>• Fits with Disney's packaging expertise in cable networks (ESPN, ABC Family) and TV network (ABC)<br>• Ability to leverage considerable marketing power to enhance value of IMAX brand and assets<br>• Appeals to destination-based focus (theme parks, ESPN Zone)<br>• Appeals to international expansion strategy | Michael Eisner – CEO<br>Thomas Staggs – CFO<br>Peter Murphy – Chief Strategic Officer<br>Anne Sweeney – Co-Chairman, Disney Media Networks<br>George Bodenheimer – Co-Chairman, Disney Media Networks |
| TIME WARNER | 82 1 | 9.2 | ● | ● | • Strong / successful existing relationship; first option for Time Warner studio films<br>• Ability to control film release windows<br>• Incremental IMAX screen revenues will boost sales across downstream video windows<br>• Fits with Time Warner's packaging expertise in cable networks (HBO, TNT) and TV network (WB) | Richard Parsons – Chairman & CEO<br>Robert Marcus – SVP, Mergers and Acquisitions<br>Kate Brown – VP, Finance and Acquisitions<br>Barry Meyer – Chairman & CEO of Warner Brothers Entertainment |
| NBC UNIVERSAL | 330.3 | 21.9 | ● | ● | • Ability to control film release windows; first option for Universal studio films<br>• Incremental IMAX screen revenues will boost sales across downstream video windows<br>• Fits with NBCU's packaging expertise in cable networks (USA, SciFi) and TV network (NBC) | Bob Wright – Chairman of NBC<br>Rick Finkelstein – COO at Universal<br>Brandon Burgess – VP Business Development at NBC<br>Adam Rymer – Director Business Development at Universal<br>Michael Joe – SVP Business at Universal<br>Ron Meyer – Former VUE President |
| News Corporation | 33.7 | 11.5 | ● | ● | • Ability to control film release windows, first option for FOX studio films<br>• Incremental IMAX screen revenues will boost sales across downstream video windows<br>• Fits with NewsCorp's packaging expertise in cable networks (FX) and TV network (FOX) | Rupert Murdoch – Chairman & CEO<br>Peter Chernin – President & COO<br>Julian Levin – EVP Digital Exhibition & Distribution<br>Gary Ginsberg – EVP Investor Relations |

Note:
1 As of 02/25/05

# Potential Strategic Buyers — US

| Company | Market Cap ($bn)[1] | TEV/2004 EBITDA (x)[1] | Financial Capacity | Strategic Fit | Considerations | UBS Relationships |
|---|---|---|---|---|---|---|
| VIACOM. | 62.5 | 11.8 | ● | ● | • Existing relationship with National Amusements<br>• Ability to control film release windows; first option for Paramount studio films<br>• Incremental IMAX screen revenues will boost sales across downstream video windows<br>• Fits with Viacom's packaging expertise in cable networks (Showtime, MTV) and TV network (CBS) | Sumner Redstone – Chairman & CEO<br>Tom Freston – Co-President & Co-COO<br>Carl Folta – EVP Corporate Relations |
| LIBERTY | 28.6 | 14.0 | ● | ◔ | • Deep understanding and presence in programming business globally<br>• Contributes to Liberty's desire to shed "holding company" image by acquiring distinct business | John Malone – Chairman<br>Robert Bennett – President & CEO<br>David Flowers – Treasurer |
| Comcast. | 72.8 | 13.3 | ● | ◔ | • Control of film release windows provides additional leverage over content owners | Brian Roberts – President & CEO<br>Lawrence Smith – CFO<br>Robert Pick – SVP Corporate Development<br>Steve Burke – COO |
| PIXAR | 5.2 | 18.9 | ◑ | ◑ | • Ability to control film release windows, first option for PIXAR studio films<br>• Incremental IMAX screen revenues will boost sales across downstream video windows<br>• CGI film focus ideally suited for 3D conversion for IMAX | Steve Jobs – Chairman & CEO<br>Simon Bax – CFO<br>Sarah McArthur – EVP Production |
| DREAMWORKS | 4.0 | 32.7 | ◑ | ◑ | • Ability to control film release windows; first option for PIXAR studio films<br>• Incremental IMAX screen revenues will boost sales across downstream video windows<br>• CGI film focus ideally suited for 3D conversion for IMAX | Jeffrey Katzenberg – CEO<br>Kristina Leslie – CFO<br>Ann Daly – COO |

Note:
1 As of 02/25/05

# Potential Strategic Buyers—International

| Company | Market Cap ($bn)[1] | TEV/2004 EBITDA (x)[1] | Financial Capacity | Strategic Fit | Consideration | UBS Relationships |
|---|---|---|---|---|---|---|
| SONY | 35.0 | 4.3 | ● | ◕ | ♦ Ability to control film release windows; first option for Sony / MGM studio films<br>♦ Incremental IMAX screen revenues will boost sales across downstream video windows<br>♦ Fits with focus on consumer-facing technologies (PlayStation 2) | Howard Stringer – Chairman of Sony America<br>Rob Weisenthal – CFO of Sony America<br>Michael Lynton – Chairman & CEO of Sony Pictures Entertainment |
| VILLAGE ROADSHOW PICTURES | 0.4 | 2.1 | ◑ | ◕ | ♦ International cinema circuit of 1,077 screens in 16 separate sites<br>♦ Major movie production business and strong portfolio of media and entertainment assets worldwide | Julie Raffe – CFO<br>Peter Foo – ED Finance |
| sky | 2.0 | 15.2 | ● | ◔ | ♦ Operator of UK's most popular digital television platform offering 400 different channels in UK and Ireland<br>♦ Pondering digital media opportunities | James Murdoch – CEO<br>Jeremy Darroch – CFO |
| THOMSON | 7.1 | 8.0 | ● | ◑ | ♦ Major player in the market for technologies, systems, finished products and services enabling audio and video content distribution<br>♦ Significant distribution footprint in US and Europe | Charles Dehelly – CEO<br>Julian Waldron - CFO<br>Robert Heath – Co-Head Strategy & Acquisitions for Digital Content Solutions & Broadcast at Thomson Inc |
| [illegible] | 2.8 | 28.2 | ◕ | ◑ | ♦ Multimedia group involved in production and distribution of film programming<br>♦ Celestial Pictures owns one of the largest library of digitally re-mastered films in Asia<br>♦ Strategic alliances with leading software developers and content producers in Asia Pacific region | Augustus Ralph Marshall – CEO<br>Rohana Rozhan – CFO |
| [illegible] | na | na | ● | ◑ | ♦ Shanghai provincial government owned multimedia television and radio broadcasting, news and Internet company<br>♦ Actively looking to transform into a content provider and conductor | Rui Gang Li – President |

Note:
1 As of 02/25/05

UBS Investment Bank

# Potential Strategic Buyers—International

| Company | Market Cap ($bn)[1] | TEV/2004 EBITDA (x)[1] | Financial Capacity | Strategic Fit | Consideration | UBS Relationships |
| --- | --- | --- | --- | --- | --- | --- |
| TEMASEK HOLDINGS | na | na | ● | ◔ | • Singapore government based investment company with a diversified base of media and telecommunication assets | Ms Ho Ching – CEO<br>Ng Kok Song – Managing Director |

Note:
1 As of 02/25/05

# High Net Worth Individuals

| Name | Age | Worth ($bn) | Country of Citizenship | Commentary |
|---|---|---|---|---|
| Paul Allen | 51 | 21.0 | United States | • Co-founder of Microsoft and a significant stakeholder of Charter Communications<br>• Active investor in media and telecommunications companies through his private investment vehicle, Vulcan Ventures |
| Prince al-Waleed bin Talal AlSaud | 47 | 21.5 | Saudi Arabia | • Business activist with wide investments in American companies (Citigroup) |
| Raymond Chow | 68 | na | China | • Head of Golden Harvest (Hong Kong), Asia's premier Chinese entertainment conglomerate engaged in a wide range of activities from film production, talent management, film distribution, cinema exhibition, print processing and TV production |
| Mark Cuban | 46 | 1.3 | United States | • Founder of internet web-radio firm Broadcast.com<br>• Investor in Hollywood films and HDTV broadcasting.<br>• Owner of Dallas Maverick's |
| John de Mol | 48 | 1.8 | Netherlands | • Founding Partner of Endemol |
| Michael Green | 56 | na | United Kingdom | • Former Co-CEO of ITV |
| Stelios Haji-Ioannou | 38 | na | United Kingdom | • Owner of UK-based easyGroup (easyJet, easyCar, easyMobile) |
| Amos Hostetter Jr | 67 | 2.2 | United States | • Co-founder of Continental Cablevision now known as MediaOne<br>• Active investor in media assets via Boston-based firm |

# High Net Worth Individuals

| Name | Age | Worth ($bn) | Country of Citizenship | Commentary |
|---|---|---|---|---|
| Harold Lenfest | 71 | 1.1 | United States | ♦ Founder of Philadelphia-area cable outfit Lenfest Communications; shareholder in Comcast |
| Li Ka-shing | 75 | 12.4 | Hong Kong | ♦ Influential businessman with investments in multimedia companies |
| Augustus Ralph Marshall | 52 | na | Malaysia | ♦ CEO of Astro All Asia Networks Plc |
| Craig McCaw | 52 | 2.4 | United States | ♦ CEO of Eagle River Investments, a private company that makes investments in telecommunications and media ventures<br>♦ Significant shareholder of Nextel Inc |
| Jerrold Perenchio | 74 | 2.3 | United States | ♦ CEO of Univision Communications, a leading Spanish-language media company |
| Haim Saban | 59 | 1.7 | United States | ♦ Owner / Investor in media assets |
| Shaw Brothers | na | na | China | ♦ Hong Kong based businessmen principally involved in investment and property holdings as well as film production and distribution |
| Andrew Yap | na | na | Singapore | ♦ Head of YTC Group, a privately held Singapore-based corporation with diversified holdings in hotels, property development, specialized design services, media and telecommunications |

# Potential Financial Buyers

| | Current Fund Size ($bn) | Selected Portfolio Companies | Recent Bidding Activity |
|---|---|---|---|
| AC Andell | na | ♦ **Dick Clark Productions**, engages in the development and production of television programming<br>♦ **Vivendi Universal**, a diversified media company | ♦ PODS Inc. |
| Anschutz Investment Company | na | ♦ **Anschutz Entertainment Group**, owns sports and entertainment facilities, professional sports teams<br>♦ **Edwards Theatres**, owns and operates movie theatres<br>♦ **Regal Entertainment**, owns and operates movie theatres<br>♦ **United Artists Theatre Co.**, owns and operates movie theatres | ♦ na |
| Apollo Management | 3.8 | ♦ **Horizon PCS Inc**, provides wireless personal communications services<br>♦ **Sirius Satellite Radio**, broadcasts digital-quality audio from three orbiting satellites throughout the continental US<br>♦ **XM Satellite Radio Holdings, Inc**, provides audio entertainment and information programming for reception by vehicle, home and portable radios | ♦ Vivendi Entertainment<br>♦ Freedom Communications<br>♦ Time Warner–DVD/CD manufacturing<br>♦ Inmarsat |
| Apax Partners | 1.1 | ♦ **Antalis**, provides television and telecommunication services and operates through transmission networks (based in France)<br>♦ **Inmarsat Ventures PLC**, provides mobile satellite communications services and transportable broadband communications solutions to maritime, aeronautical and multinational corporate sectors | ♦ Vivendi Entertainment<br>♦ Freedom Communications |
| Bain Capital | 2.5 | ♦ **Eschelon Telecom**, integrated communications provider offering facilities-based broadband voice and data services<br>♦ **ProSiebenSat1.Media AG**, engages in television broadcasting and related activities in Germany<br>♦ **US LEC Corp**, provides voice, data and Internet services to medium to large businesses and other organizations<br>♦ **Artisan Entertainment**, distributor and producer of video and theatrical filmed entertainment<br>♦ **Houghton Mifflin Company**, provides textbooks and other educational materials and services | ♦ Blockbuster Video |
| The Blackstone Group | 6.5 | ♦ **AirGate PCS Inc**, provides wireless Personal Communications Services (PCS)<br>♦ **Centennial Communications Corp**, provides regional wireless and broadband telecommunications service in the Caribbean and the US<br>♦ **PAETEC Corp**, provides a range of high-speed data and voice communications services to businesses in the US | ♦ Vivendi Entertainment<br>♦ Freedom Communications<br>♦ Sprint Yellow Pages<br>♦ Qwest Dex |

# Potential Financial Bidders

| | Current Fund Size ($bn) | Selected Portfolio Companies | Recent Bidding Activity |
|---|---|---|---|
| The Carlyle Group | 3.9 | ♦ **Cidera Inc**, (formerly SkyCache) engages in satellite-based delivery of Internet content such as streaming media, Usenet News and other popular Web content through its satellite-based distribution network directly to the edge of the Internet<br>♦ **CityNet Telecommunications**, a metro-area broadband infrastructure company that replaces the older and slower copper wire with fiber optic cables to allow for high speed communications | ♦ Freedom Communications<br>♦ Sprint Yellow Pages<br>♦ Vivendi Entertainment |
| [illegible] | 0.8 | ♦ **Impremedia**, the nation's leading Spanish language newspaper publisher<br>♦ **Oxygen Media**, develops branded content such as television and internet for women<br>♦ **Vue Cinemas**, owns and operates multiplex cinemas | ♦ Vue Cinemas<br>♦ Impremedia |
| [illegible] | Target: 2.0 | ♦ Newly formed fund specializing in large-scale investments in media and entertainment businesses | ♦ na |
| FP FRANCISCO PARTNERS | 2.5 | ♦ **G International**, provides electronic data interchange and business exchange services | ♦ C-MAC Micro Technology<br>♦ G International<br>♦ WRQ, Inc. |
| Goldman Sachs | 5.3 | ♦ **Madison River Communications**, exchange carrier providing telephone services in North Carolina, Illinois and Alabama<br>♦ **Cablecom Group**, a holding company, which operate in the areas of cable networks, Internet service providing as well as consumer electronics<br>♦ **21st Century Newspapers**, capitalizes on clustering opportunities within the suburban newspaper industry in Michigan<br>♦ **Carmike Cinemas**, operates as a motion picture exhibitor in the United States | ♦ Sprint Yellow Pages<br>♦ Freedom Communications |
| JPMorgan Partners | 6.5 | ♦ **Cable & Wireless Communications**, provides integrated telecommunications and television entertainment services in the UK<br>♦ **Hungarian Telecommunications Co Ltd**, provides fixed line telecommunications and mobile communications services in Hungary | ♦ Weider Publishing<br>♦ Sprint Yellow Pages |
| KKR Kohlberg Kravis Roberts & Co. | 3.5 | ♦ **NewSouth Communications**, a regional switch-based local exchange carrier (CLEC), which provides integrated telecommunications service to the southern United. They offer local, long distance, voice mail, conference calling, network security, Internet access services and provide equipment and cabling infrastructure services | ♦ Vivendi Environment<br>♦ Freedom Communications<br>♦ Sprint Yellow Pages |

# Potential Financial Bidders

| | Current Fund Size ($bn) | Selected Portfolio Companies | Recent Bidding Activity |
|---|---|---|---|
| LEHMAN BROTHERS | 2.0 | • **Eutelsat SA,** provides satellite infrastructure for consumer television, radio, corporate networks and broadband access<br>• **Kirch Media,** provides various media, entertainment and telecommunications services<br>• **Regal Entertainment,** develops, acquires, and operates multi screen theatres primarily in mid-sized metropolitan markets and suburban growth areas of larger metropolitan markets throughout the US | • TXU Communications<br>• Freedom Communications<br>• Vivendi Entertainment |
| MDP | 4.0 | • **Madison River Communications,** an exchange carrier providing telephone services in North Carolina, Illinois and Alabama<br>• **Nextel Partners,** provides digital mobile communications services in mid-sized and tertiary markets throughout the US<br>• **Rural Cellular Corp,** provides wireless communications service in portions of the Midwest, South, Northeast, and Northwest areas of the US<br>• **XM Satellite Radio Holdings,** provides audio entertainment and information programming for reception by vehicle, home and portable radios | • Sprint Yellow Pages<br>• Qwest Dex |
| PROVIDENCE EQUITY | 2.8 | • **Consolidated Communications,** (formerly Illinois Consolidated Telephone Company) provides telecommunication services<br>• **Eircom plc,** provides fixed line and mobile communications offering a wide range of voice, data and multimedia services principally in Ireland<br>• **Madison River Communications,** a local exchange carrier providing telephone services in North Carolina, Illinois and Alabama<br>• **ProSiebenSat1.Media AG,** engages in television broadcasting and related activities in Germany | • TXU Communications<br>• Freedom Communications<br>• Vivendi Entertainment |
| Quadrangle a private investment firm | 1.1 | • **Cinemark,** owns and operates movie theatres<br>• **ProSiebenSat.1 Media AG,** engages in television broadcasting and related activities in Germany | • Cinemark<br>• NTELOS |
| SLP Silver Lake Partners | 3.6 | • **Gartner,** provides research and analysis on information technology industries<br>• **Thompson Multimedia,** provides technology and services for media and entertainment companies | • Thompson Multimedia<br>• Network General |
| SPECTRUM EQUITY INVESTORS | 1.8 | • **Consolidated Communications,** (formerly Illinois Consolidated Telephone Company) provides telecommunication services<br>• **CTC Communications,** competitive local exchange carrier, provides its customers with converged voice, data, Internet, and video services<br>• **CBD Media,** exclusive directory publisher for Cincinnati Bell branded yellow pages in the Cincinnati-Hamilton metropolitan area | • Eircom<br>• Cesky Telecom |

# Potential Financial Bidders

| | Current Fund Size ($bn) | Selected Portfolio Companies | Recent Bidding Activity |
|---|---|---|---|
| TEXAS PACIFIC GROUP | 4.7 | • **NextWave Telecom**, builds and operates wireless personal communications services networks that provide broadband Internet access and digital voice services | • Freedom Communications<br>• Vivendi Entertainment<br>• Sprint Yellow Pages |
| Thomas H. Lee Partners | 6.1 | • **CTC Communications Group**, a competitive local exchange carrier that provides its customers with converged voice, data, Internet, and video services<br>• **Fairpoint Communications**, provides telecommunications services in rural communities<br>• **ProSiebenSat1.Media AG**, engages in television broadcasting and related activities in Germany<br>• **US LEC Corp**, provides voice, data and Internet services to medium to large businesses and other organizations | • Vivendi Environment<br>• Qwest Dex<br>• Freedom Communications<br>• Sprint Yellow Pages |
| WARBURG PINCUS | 5.3 | • **Universal Space Network**, a provider of satellite ground station services offers space operations and telemetry, tracking and control (TT&C) services to support "earth-orbiting" assets. Other services offered by the company are spacecraft management services, ground network design, implementation and operations | • Weider Publishing<br>• Sprint Yellow Pages<br>• Freedom Communications<br>• Qwest Dex |

SECTION 4

# Preliminary Valuation

UBS Investment Bank

# Preliminary Valuation Methodology

**For discussion purposes, UBS has employed several valuation methodologies to determine a preliminary valuation range for IMAX**

**Financial Considerations**

- Comparable Public Companies
- Precedent Acquisition Transactions
- Discounted Cash Flow Analysis
- Leveraged Buyout Analysis
- Premiums Paid Analysis

IMAX

Preliminary Valuation Range

**Strategic Considerations**

- Growth prospects
- Upside potential though JV rollout
- Strategic value to an acquiror
- Perceived risks

**Key IMAX Valuation Considerations**

| Valuation Methodology | Key Considerations |
|---|---|
| Comparable Public Companies | ♦ IMAX is a unique asset with no pure-play comparables<br>♦ While not directly comparable, diversified media companies with cable network holdings provide a useful valuation framework |
| Precedent Acquisition Transactions | ♦ Given the similarity of the business model, precedent cable network transactions provide a key benchmark for valuing IMAX |
| Discounted Cash Flow Analysis | ♦ A discounted cash flow analysis will be critical in directing buyer valuations, with potential strategic buyer synergies providing additional sources of value |
| LBO Analysis | ♦ Strong growth prospects and cash flow characteristics drive attractive sponsor returns in an IMAX LBO |
| Premiums Paid Analysis | ♦ Determining the average stock price premiums paid to acquire other publicly traded media companies in recent change of control transactions<br>♦ Important to note the recent "rumor-driven" run-up in IMAX's stock price |

# Recent Trading Performance

**IMAX shares have traded well in the past year, rising further after rumors of a potential sale**

**Price Volume**
Last twelve months

| | Price | Date |
|---|---|---|
| Current | 11.00 | 2/25/05 |
| High | 11.91 | 2/7/05 |
| Low | 4.19 | 5/10/04 |
| Average | 6.52 | – |




UBS Investment Bank

# Trading Activity Analysis

**The analysis below indicates that nearly 95% of IMAX's existing shareholders have an investment basis below IMAX's current share price and certainly below an expected acquisition premium to today's share price**




Source: FactSet

UBS Investment Bank

# Purchase Price Analysis

[illegible], except share prices

| | Current | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Implied Premium to Current | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Share Price | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Premium to Stock Price on February 3, 2005 ($10.32) | 6.6% | 16.3% | 26.0% | 35.7% | 45.3% | 55.0% | 64.7% | 74.4% |
| Fully Diluted Shares Outstanding | 40.6 | 40.7 | 40.9 | 41.0 | 41.1 | 41.2 | 41.2 | 41 3 |
| Fully Diluted Equity Value | 446.3 | 488 7 | 531.1 | 573.6 | 616.1 | 658.5 | 701.0 | 743 5 |
| Plus: Debt | 160.0 | 160 0 | 160.0 | 160 0 | 160.0 | 160.0 | 160.0 | 160 0 |
| Less: Cash | (29.0) | (29.0) | (29.0) | (29.0) | (29.0) | (29.0) | (29.0) | (29.0) |
| Enterprise Value | 577.3 | 619 7 | 662.2 | 704.6 | 747.1 | 789 6 | 832.0 | 874.5 |
| **Multiples** | | | | | | | | |
| Enterprise Value / | | | | | | | | |
| 2004A Revenue | 4.3x | 4.6x | 4.9x | 5.2x | 5.5x | 5.8x | 6.1x | 6.5x |
| 2005E Revenue | 3.7x | 4.0x | 4.2x | 4.5x | 4.8x | 5.1x | 5.3x | 5.6x |
| 2004A Adjusted EBITDA | 13 9x | 14.9x | 15.9x | 16.9x | 17 9x | 18.9x | 20.0x | 21.0x |
| 2005E Adjusted EBITDA | 10.8x | [illegible] | [illegible] | [illegible] | 14.0x | [illegible] | [illegible] | [illegible] |
| 2004A EBIT | 22.6x | 24.2x | 25.9x | 27.6x | 29.2x | 30.9x | 32.6x | 34.2x |
| 2005E EBIT | 16.8x | 18.1x | 19.3x | 20.5x | 21.8x | 23.0x | 24.2x | 25.5x |

# Equity Analyst Coverage

**With the exception of JANCO, the price targets below do not reflect the recent acquisition rumor-driven run-up in IMAX stock**

| Firm | Analyst | Last Update | Rating | Price Target |
|---|---|---|---|---|
| JANCO Partners Inc. | Matthew Harrigan | 2/9/05 | Buy | $14.72 |
| Sidoti & Company LLC | Terese Fabian | 2/8/05 | Neutral | NA |
| Soleil Securities | Marla Backer | 2/7/05 | Buy | NA |
| Merriman Curhan Ford & Co. | Eric Wold | 2/1/05 | Buy | NA |
| Harris Nesbitt | Jeffrey Logsdon | 1/11/05 | Neutral | $8.00 |
| Roth Capital Partners | Richard Ingrassia | 10/29/04 | Buy | $9.90 |
| Piper Jaffray & Co. | Anthony Gikas | 10/29/04 | Market Perform | $5.00 |
| CRT Capital Group | Kenneth Silver | 6/29/04 | Buy | NA |

# Summary Forecasted Performance

**UBS utilized the following projections from the model provided by IMAX management**

| | Actual | | Projected FYE December 31, | | | | | CAGR |
|---|---|---|---|---|---|---|---|---|
| *$mm* | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | '04 - '09 |
| *System Installations:* | | | | | | | | |
| GT | 9 | 8 | 9 | 7 | 7 | 4 | 4 | |
| SR | 11 | 5 | 8 | 9 | 7 | 8 | 8 | |
| MPX | 1 | 7 | 12 | 16 | 17 | 16 | 16 | |
| MPXR | - | - | 9 | 18 | 25 | 27 | 18 | |
| 3D Digital | - | - | - | - | - | 3 | 12 | |
| Upgrade | - | 1 | 2 | 1 | 2 | 2 | 1 | |
| JV | - | - | 5 | 13 | 15 | 17 | 20 | |
| **Total Installations** | **21** | **21** | **45** | **64** | **73** | **77** | **79** | |
| *Revenues* | | | | | | | | |
| Systems | 75.8 | 86.4 | 109.5 | 125.2 | 143.8 | 157.9 | 166.1 | 14.0% |
| Films | 25.8 | 27.6 | 26.5 | 38.5 | 47.8 | 67.1 | 82.1 | 24.3% |
| Theatre Operations | 13.1 | 17.4 | 17.5 | 18.0 | 18.5 | 19.1 | 19.7 | 2.5% |
| Other | 4.5 | 4.1 | 2.7 | 4.6 | 6.6 | 8.6 | 10.6 | 20.9% |
| **Total Revenue** | **119.3** | **135.6** | **156.2** | **186.4** | **216.7** | **252.7** | **278.5** | **15.5%** |
| *% Growth* | *na* | *13.7%* | *15.2%* | *19.3%* | *16.3%* | *16.6%* | *10.2%* | |
| **Gross Profit** | **52.0** | **65.7** | **76.6** | **92.9** | **114.3** | **138.5** | **159.4** | **19.4%** |
| *% Margin* | *43.6%* | *48.5%* | *49.1%* | *49.8%* | *52.7%* | *54.8%* | *57.2%* | |
| *% Growth* | *na* | *26.4%* | *16.6%* | *21.2%* | *23.1%* | *21.2%* | *15.1%* | |
| **Adjusted EBITDA (1,2)** | **26.3** | **41.7** | **53.4** | **72.9** | **94.7** | **119.3** | **141.1** | **27.6%** |
| *% Margin* | *22.1%* | *30.7%* | *34.2%* | *39.1%* | *43.7%* | *47.2%* | *50.7%* | |
| *% Growth* | *na* | *58.5%* | *28.1%* | *36.4%* | *29.9%* | *26.0%* | *18.3%* | |
| Capital Expenditures | | | 10.4 | 15.1 | 17.9 | 21.4 | 23.9 | |
| *% of Sales* | | | *6.6%* | *8.1%* | *8.3%* | *8.5%* | *8.6%* | |

Notes:
1 2003 - 2005 adjusted for income from equity-accounted investees and receivable positions, net of recoveries
2 All years reflect the addback of public company costs

# Preliminary Valuation Conclusions—Comparables

**We believe that IMAX should command a 13x–16x forward-year EBITDA multiple given precedent cable network transactions and a growth profile similar to other high growth media sectors**

| Sector[1] | Two-Year Forward EBITDA CAGR | TEV / 2005E EBITDA | Growth Adj. 2005E EBITDA Multiple | Implied IMAX TEV ($mm) | Price per Share ($ / Share) |
|---|---|---|---|---|---|
| Hispanic Broadcasting | 14.2% | 16.4x | 1.16x | $877 | $18.37 |
| Advertising and Internet Content | 57.5% | 20.0x | 0.42x | $1,067 | $23.08 |
| eCommerce | 28.1% | 18.2x | 0.62x | $974 | $20.77 |
| Interactive Entertainment | 54.0% | 12.9x | 0.64x | $688 | $13.74 |
| IMAX | 32.2% | 13.0x – 16.0x | 0.40x – 0.50x | $694 – $854 | $13.88 – $17.83 |

Note:
1 Data is presented as the mean of the sector comparables

UBS Investment Bank

# Growth Media Comparables

VALUATION [1]

(US$ in millions, except per share amounts)

| Company | Ticker | Share Price 2/25/2005 | % of 52 Week High | FD Equity Market Value | Total Enterprise Value | Total Enterprise Value/ Revenue CY'05E | Revenue CY'06E | EBITDA CY'05E | EBITDA CY'06E | P/E CY'05E | P/E CY'06E | 2-Year Fwd. EBITDA CAGR | Growth Adj. EBITDA Mul. CY'05E | CY'06E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Hispanic Broadcasting:* | | | | | | | | | | | | | | |
| Entravision | EVC | $7 87 | 79.4% | $979 | $1,418 | 5 1x | 4.7x | 15 6x | 13.4x | nm | nm | 15.1% | 1.04x | 0.89x |
| Spanish Broadcasting | SBSA | 10.20 | 88.7% | 743 | 1,173 | 7.1 | 6.4 | 19.3 | 16.7 | 74.5 | 42.9 | 14.0% | 1.38 | 1 19 |
| Univision | UVN | 26.48 | 72.0% | 8,631 | 9,653 | 4.9 | 4.4 | 14.3 | 12.6 | 30.5 | 25.2 | 13.4% | 1.07 | 0.93 |
| Mean | | | 80.0% | $3,451 | $4,082 | 5.7x | 5.2x | 16.4x | 14.2x | 52.5x | 34.0x | 14.2% | 1.16x | 1.01x |
| Median | | | 79.4% | 979 | 1,418 | 5.1 | 4.7 | 15.6 | 13.4 | 52.5 | 34.0 | 14.0% | 1.07 | 0.93 |
| *Advertising and Internet Content:* | | | | | | | | | | | | | | |
| CNET | CNET | $9.42 | 70.0% | $1,499 | $1,581 | 4.5x | 3.9x | 24.0x | 17 5x | 41.3x | 24.3x | 60.8% | 0.39x | 0.29x |
| iVillage | IVIL | 5.67 | 61.4% | 430 | 347 | 4.0 | 3.4 | 21.0 | 14.5 | 37 8 | 23.8 | 75 5% | 0.28 | 0 19 |
| Monster Worldwide | MNST | 29.24 | 85.4% | 3,578 | 3,469 | 3.3 | 2.9 | 16.7 | 13.0 | 33.5 | 25.2 | 32.8% | 0.51 | 0.40 |
| PlanetOut | LGBT | 9.47 | 66.4% | 133 | 92 | 2.7 | 2.0 | 9.6 | 5.4 | 30.8 | 15.2 | 82.7% | 0.12 | 0.07 |
| Yahoo! | YHOO | 31.73 | 79 7% | 44,727 | 42,009 | 12.0 | 9.5 | 28.7 | 22.4 | 61.0 | 47.2 | 35.6% | 0.81 | 0.63 |
| Mean | | | 72.6% | $10,073 | $9,500 | 5.3x | 4.3x | 20.0x | 14.6x | 40.9x | 27.1x | 57.5% | 0.42x | 0.31x |
| Median | | | 70.0% | 1,499 | 1,581 | 4.0 | 3.4 | 21.0 | 14.5 | 37.8 | 24.3 | 60.8% | 0.39 | 0.29 |
| *eCommerce:* | | | | | | | | | | | | | | |
| eBay Inc | EBAY | $42.24 | 71.3% | $58,532 | $56,498 | 13.0x | 10.1x | 32.1x | 23.9x | 55.2x | 42.0x | 29.9% | 1.07x | 0.80x |
| Netflix | NFLX | 10.99 | 28.5% | 700 | 526 | 0.7 | 0.5 | 4.4 | 2.7 | 90.8 | 22.6 | 26.4% | 0.17 | 0.10 |
| Mean | | | 49.9% | $29,616 | $28,512 | 6.8x | 5.3x | 18.2x | 13.3x | 73.0x | 32.3x | 28.1% | 0.62x | 0.45x |
| Median | | | 49.9% | 29,616 | 28,512 | 6.8 | 5.3 | 18.2 | 13.3 | 73.0 | 32.3 | 28.1% | 0.62 | 0.45 |
| *Interactive Entertainment:* | | | | | | | | | | | | | | |
| Activision | ATVI | $21.95 | 88.0% | $3,415 | $2,702 | 1 9x | 1.7x | 12.5x | 9.6x | 23.7x | 20.3x | 52.1% | 0.24x | 0 18x |
| Atari, Inc | ATAR | 2.61 | 71.3% | 317 | 302 | 0.7 | 0.7 | 12 3 | 9.2 | 22.2 | na | 57.5% | 0.21 | 0.16 |
| Electronic Arts | ERTS | 64.98 | 93.0% | 20,588 | 18,019 | 5.2 | 4.6 | 20.0 | 17 5 | 32.5 | 28.5 | 9.9% | 2.02 | 1.77 |
| JAMDAT Mobile | JMDT | 17.51 | 50.2% | 90 | 117 | 1.9 | 1 3 | 10.0 | 5.0 | 33.2 | 25.6 | 96.6% | 0.10 | 0.05 |
| Midway | MWY | 10.43 | 77.4% | 848 | 752 | 3.3 | 2.8 | nm | nm | na | na | nm | na | na |
| Take-Two | TTWO | 36.89 | 95.4% | 1,700 | 1,545 | 1.2 | na | 9.1 | na | 17.1 | 16.1 | nm | na | na |
| THQ Inc. | THQI | 27.33 | 89.5% | 1,091 | 890 | 1.2 | 1.0 | 13.4 | 10.6 | 24.9 | 18.3 | nm | na | na |
| Mean | | | 80.7% | $4,007 | $3,475 | 2.2x | 2.0x | 12.9x | 10.4x | 25.6x | 21.8x | 54.0% | 0.64x | 0.54x |
| Median | | | 88.0% | 1,091 | 890 | 1.9 | 1.5 | 12.4 | 9.6 | 24.3 | 20.3 | 54.8% | 0.23 | 0.17 |
| Combined Mean | | | 74.6% | $8,706 | $8,300 | 4.3x | 3.8x | 16.4x | 12.9x | 40.6x | 26.9x | 43.0% | 0.67x | 0.55x |
| Combined Median | | | 77.4% | 1,091 | 1,418 | 3.3 | 3.2 | 15.0 | 13.0 | 33.2 | 24.7 | 34.2% | 0.45 | 0.34 |
| [illegible] | | | | | | | | | | | | | | |

Notes:

1 Financial projections per Wall Street research and First Call consensus

UBS Investment Bank

# Precedent Transactions Analysis

## Precedent cable network acquisition transactions provide a key valuation measure...

| Date Announced | Network | Buyer | Seller | Total Enterprise Value (US$mm) | TEV/ Trailing EBITDA (x) | TEV/Forward EBITDA (x) | TEV/Subs (US$) |
|---|---|---|---|---|---|---|---|
| 7/22/03 | AMC, IFC & WE | Cablevision | MGM | 2,500 | 20.2 | 17.4 | 16.9 |
| 10/8/03 | Vivendi Universal | NBC (General Electric) | Vivendi | 14,000 | 14.0 | 11.3 | na |
| 7/3/03 | QVC | Liberty Media | Comcast | 7,902 | 12.7 | 11.2 | na |
| 4/22/03 | Comedy Central | Viacom | AOL | 2,450 | 32.2 | 32.1 | 29.9 |
| 11/4/02 | Bravo | NBC-GE | Cablevision/MGM | 1,250 | 18.9 | 17.0 | 18.4 |
| 7/23/01 | Fox Family Worldwide | Disney | News Corp./Saban | 5,300 | 35.3 | 17.7 | 46.1 |
| 1/31/01 | AMC, Bravo, IFC & WE | MGM | Rainbow Media | 3,939 | 32.3 | 30.0 | 26.4 |
| 11/3/00 | BET, BET on Jazz | Viacom | BET Holdings | 2,905 | 28.6 | 23.7 | 41.0 |
| 8/18/00 | Game Show Network | Liberty Digital | Sony Pictures Entertainment | 550 | nm | nm | 19.0 |
| 2/25/00 | The Golf Channel | Comcast | Minority Shareholder/Call Option | 678 | 28.6 | 19.0 | 22.6 |
| 11/19/99 | ZDTV | Vulcan | Ziff Davis Inc. | 320 | nm | nm | 22.9 |
| 3/16/98 | BET | Liberty Media/Bob Johnson | BTV Holdings | 1,175 | 16.7 | 51.4 | 22.2 |
| 10/21/97 | Sci-Fi, USA Networks | Seagram | Viacom | 3,400 | 18.4 | 11.7 | 28.6 |
| 6/12/97 | FAM | Fox Kids Worldwide | International Family Entertainment | 1,837 | 25.9 | 22.2 | 26.7 |
| 2/10/97 | CMT-TNN | Westinghouse | Gaylord Entertainment | 1,550 | 15.1 | 11 5 | 14.7 |
| 1/28/97 | E! Entertainment | Comcast/Disney | Time Warner Inc. | 551 | 19.3 | 10.9 | 12.9 |
| Mean | | | | | 21.6x | 20.3x | $24.9 |
| Median | | | | | 19.3 | 17.6 | 22.7 |
| High | | | | | 35.3 | 51.4 | 46.1 |
| Low | | | | | 12.7 | 11.2 | 12.9 |

Source: Kagan World Media, Company Reports, press releases and Wall Street projections

**...as UBS will position IMAX as having similar growth and business model dynamics**

# Discounted Cash Flow Analysis – "Base" Case

**Enterprise Value ($mm)**

| Discount Rate (%) | Terminal Multiple (x) 9.0 | 10.0 | 11.0 | 12.0 |
|---|---|---|---|---|
| 13.0 | 806.0 | 882.6 | 959.2 | 1,035.8 |
| 14.0 | 772.9 | 846.1 | 919.4 | 992.7 |
| 15.0 | 741.3 | 811.5 | 881.6 | 951.8 |
| 16.0 | 711.4 | 778.6 | 845.8 | 912.9 |
| 17.0 | 683.0 | 747.3 | 811.7 | 876.0 |

**Implied 2005E EBITDA Multiple (x)**

| Discount Rate (%) | Terminal Multiple (x) 9.0 | 10.0 | 11.0 | 12.0 |
|---|---|---|---|---|
| 13.0 | 15.1 | 16.5 | 18.0 | 19.4 |
| 14.0 | 14.5 | 15.8 | 17.2 | 18.6 |
| 15.0 | 13.9 | 15.2 | 16.5 | 17.8 |
| 16.0 | 13.3 | 14.6 | 15.8 | 17.1 |
| 17.0 | 12.8 | 14.0 | 15.2 | 16.4 |

**Implied Price per Share ($)**

| Discount Rate (%) | Terminal Multiple (x) 9.0 | 10.0 | 11.0 | 12.0 |
|---|---|---|---|---|
| 13.0 | 16.50 | 18.37 | 20.24 | 22.11 |
| 14.0 | 15.69 | 17.48 | 19.27 | 21.06 |
| 15.0 | 14.92 | 16.63 | 18.34 | 20.06 |
| 16.0 | 14.18 | 15.83 | 17.47 | 19.11 |
| 17.0 | 13.49 | 15.06 | 16.63 | 18.21 |

**Implied Premium to Current Share Price (%)**

| Discount Rate (%) | Terminal Multiple (x) 9.0 | 10.0 | 11.0 | 12.0 |
|---|---|---|---|---|
| 13.0 | 50.0 | 67.0 | 84.0 | 101.0 |
| 14.0 | 42.6 | 58.9 | 75.2 | 91.4 |
| 15.0 | 35.6 | 51.2 | 66.8 | 82.4 |
| 16.0 | 29.0 | 43.9 | 58.8 | 73.7 |
| 17.0 | 22.6 | 36.9 | 51.2 | 65.5 |

# Discounted Cash Flow Analysis – Incremental Joint Venture Structure

**UBS has sensitized its discounted cash flow analysis to illustrate potential value creation opportunities by increasing the Company's JV rollout**

**Current Joint Venture Operating Model**

| | 2005E | 2006E | 2007E | 2008E | 2009E |
|---|---|---|---|---|---|
| JV Signings | 10 | 15 | 15 | 20 | 20 |
| JV Installations | 5 | 13 | 15 | 17 | 20 |

**JV Structure**

| | 35MM | IMAX | Incr. Profits |
|---|---|---|---|
| Attendance (000's) | 70 | 100 | |
| Average Ticket Price (ATP) | $7.00 | $10.50 | |
| Film Retention | 45% | 45% | |
| Average Concession | $2.50 | $2.50 | |
| **Gross Earnings (000's)** | **$396** | **$723** | **$327** |
| Incremental IMAX Costs | | $75 | |
| Addback of Customers who move | 50% | $198 | |
| **Net Profits (000's)** | **$396** | **$845** | **$450** |
| Cost of JV | $600 | | |

Profit Split before and after IMAX recoupment

| | Before | After |
|---|---|---|
| IMAX | 80% | 50% |
| Exhibitor | 20% | 50% |

**Incremental Enterprise Value ($mm)[1]**

| Attendance (000s) | Incremental JV Signings per Year for 3 Years: 0 | 10 | 20 | 30 | 40 | 50 |
|---|---|---|---|---|---|---|
| 100 | – | 79.5 | 158.9 | 238.4 | 317.8 | 397.2 |
| 110 | 6.2 | 88.3 | 170.4 | 252.4 | 334.5 | 416.5 |
| 120 | 12.4 | 97.1 | 181.8 | 266.4 | 351.1 | 435.7 |
| 130 | 18.6 | 105.9 | 193.2 | 280.5 | 367.7 | 455.0 |
| 140 | 24.8 | 114.7 | 204.6 | 294.5 | 384.4 | 474.3 |

**Incremental Price per Share ($)[1]**

| Attendance (000s) | Incremental JV Signings per Year for 3 Years: 0 | 10 | 20 | 30 | 40 | 50 |
|---|---|---|---|---|---|---|
| 100 | – | 1.94 | 3.88 | 5.83 | 7.77 | 9.71 |
| 110 | 0.15 | 2.16 | 4.16 | 6.17 | 8.17 | 10.18 |
| 120 | 0.30 | 2.37 | 4.44 | 6.51 | 8.58 | 10.65 |
| 130 | 0.45 | 2.59 | 4.72 | 6.86 | 8.99 | 11.12 |
| 140 | 0.61 | 2.80 | 5.00 | 7.20 | 9.39 | 11.59 |

Note:
1 Assumes 10.0x exit multiple and 15.0% discount rate

UBS Investment Bank

# Leveraged Buyout Analysis – "Base" Case

## Sources of Funds

| Total Sources | ($mm) | (%) | Cum. Multiple of FY2005E EBITDA |
|---|---|---|---|
| Revolver | – | – | – |
| Term Loan | 200.0 | 26.7 | 3.7 |
| Senior Subordinated Notes | 150.0 | 20.1 | 6.5 |
| Sponsor Equity | 397.8 | 53.2 | 14.0 |
| Total Sources | $747.6 | 100.0 | 14.0 |

Notes.
1 Assumes acquisition stock price of $13.50 per fully diluted share
2 Includes tender premium on existing notes of $27.3 million

## Uses of Funds

| Total Uses | ($mm) |
|---|---|
| Purchase of Equity [1] | 552.4 |
| Refinance Existing Debt | 160.0 |
| Fees and Expenses [2] | 35.4 |
| Total Uses | $747.6 |

## Credit Statistics

| | PF | 2005E | 2006E | 2007E | 2008E | 2009E |
|---|---|---|---|---|---|---|
| Sr. Debt / EBITDA (x) | 3.7 | 3.3 | 2.2 | 1.3 | 0.7 | 0.2 |
| Total Debt / EBITDA (x) | 6.5 | 6.2 | 4.2 | 2.9 | 2.0 | 1.2 |
| EBITDA / Int. Exp. (x) | 2.2 | 2.1 | 3.0 | 4.0 | 5.5 | 7.9 |
| EBITDA – Capex / Int. Exp. (x) | 1.7 | 1.7 | 2.4 | 3.3 | 4.6 | 6.5 |

## IRR Sensitivity Analysis (%)

| Equity (%) | TEV ($mm) | Purchase Multiple (x) | Price Per Share ($) | 2009E Exit Multiple (x) 9.0 | 10.0 | 11.0 | 12.0 |
|---|---|---|---|---|---|---|---|
| 50.4 | 641.0 | 12.0 | 12.50 | 25.5 | 28.5 | 31.3 | 33.9 |
| 51.8 | 662.2 | 12.4 | 13.00 | 24.0 | 27.1 | 29.8 | 32.3 |
| 53.2 | 683.4 | 12.8 | 13.50 | 22.7 | 25.7 | 28.4 | 30.9 |
| 54.5 | 704.6 | 13.2 | 14.00 | 21.4 | 24.4 | 27.1 | 29.5 |
| 55.7 | 725.9 | 13.6 | 14.50 | 20.2 | 23.1 | 25.8 | 28.3 |

# Leveraged Buyout Analysis – Incremental Joint Venture Structure

**UBS has sensitized its LBO analysis to illustrate potential equity returns under an upsized JV rollout**

**IRR Sensitivity Analysis (%)[1]**

| Equity (%) | TEV ($mm) | Purchase Multiple (x) | Price Per Share ($) | 2009E Exit Multiple (x) 9.0 | 10.0 | 11.0 | 12.0 |
|---|---|---|---|---|---|---|---|
| 54.5 | 704.6 | 13.2 | 14.00 | 35.6 | 38.6 | 41.3 | 43.9 |
| 56.9 | 747.1 | 14.0 | 15.00 | 32.8 | 35.8 | 38.4 | 40.9 |
| 59.0 | 789.6 | 14.8 | 16.00 | 30.4 | 33.2 | 35.9 | 38.3 |
| 61.0 | 832.0 | 15.6 | 17.00 | 28.2 | 31.0 | 33.6 | 36.0 |
| 62.7 | 874.5 | 16.4 | 18.00 | 26.2 | 28.9 | 31.5 | 33.8 |

**Total Equity Returns (%)[2]**

| Attendance (000s) | Incremental JV Signings per Year for 3 Years 0 | 10 | 20 | 30 | 40 | 50 |
|---|---|---|---|---|---|---|
| 100 | 19.9 | 22.9 | 25.7 | 28.4 | 30.9 | 33.2 |
| 110 | 20.1 | 23.3 | 26.2 | 28.9 | 31.5 | 34.0 |
| 120 | 20.4 | 23.6 | 26.6 | 29.5 | 32.1 | 34.7 |
| 130 | 20.6 | 24.0 | 27.1 | 30.0 | 32.8 | 35.4 |
| 140 | 20.9 | 24.3 | 27.5 | 30.5 | 33.4 | 36.2 |

Notes:
1 Assumes incremental 50 JV's per year for 3 years and 100K average attendance
2 Assumes $16.00 purchase price per share and 10x exit multiple

# Premiums Paid Analysis

The following chart represents the premiums paid on all deals in the Global Media space over the past 5 years with transaction values ranging from $500 million to $1 billion






Confidential
IMAX-US166111

SECTION 5

# Driving the Sale Process

UBS Investment Bank

# Superior Sell Side Execution

**UBS Investment Bank will develop a customized process in accordance with IMAX's objectives**

| | |
|---|---|
| **Dedicated Team** | ♦ Industry and M&A members will be actively involved in the sale process from start to finish<br>♦ Senior level involvement throughout the process – "boutique" focus<br>♦ Access to resources of global franchise – "bulge bracket" platform |
| **Understand the Business** | ♦ UBS Investment Bank commits to develop the deepest understanding of IMAX's business in order to:<br>– position the Company to maximize buyer interest<br>– mitigate/respond to any potential buyer concerns<br>– articulate synergy and growth opportunities<br>♦ UBS Investment Bank will bring to bear deep media industry relationships |
| **Tailored Approach** | ♦ UBS Investment Bank will manage the process according to the objectives of the seller:<br>– maximizing value while maintaining execution efficiency<br>– standard auctions are not always the most effective<br>– optimal sale process is influenced by a variety of factors including timing and confidentiality constraints, business and industry fundamentals, and competitive landscape |
| **Results** | ♦ The UBS Investment Bank team has a proven track record of achieving high valuations<br>– dedicated "exclusive sales" team |

**UBS Investment Bank does not adopt a "cookie-cutter" approach**

# Our Philosophy and Approach

**UBS believes that each sale process is unique and must be customized to fit the profile and objectives of the seller**

| | |
|---|---|
| **Value** | ◆ Developing investment case/marketing story<br>◆ Creating competitive tension<br>◆ Effective management presentations<br>– Train and rehearse<br>◆ Detailed structural/tax planning |
| **Certainty** | ◆ Thorough advance preparation<br>– No surprises<br>◆ Accurate, regular feedback<br>– Communication is key<br>◆ Achievement of forecasts<br>◆ Clarity regarding regulatory issues<br>◆ Favorable purchase and sale agreement and tax structuring |
| **Speed** | ◆ UBS Investment Bank prepared to immediately begin execution<br>◆ Integrated media industry sector coverage and M&A teams<br>◆ Unique, top level access to potential strategic and financial buyers |
| **Minimize Management Burden** | ◆ UBS Investment Bank will bear as much of the burden as possible<br>◆ Constant communication and effective dissemination<br>◆ Primary UBS Investment Bank access point |

# UBS Investment Bank's Role

## UBS Investment Bank believes that the sales process is optimized as a collaborative effort

- The management of the Company will be involved and provide input during every stage of the process
- The Company will maintain absolute control over the flow of information and all decision making
- UBS Investment Bank will advise the Company on all aspects of the transaction

→ **Development of tailored approach to the sale process**

→ **Valuation**

→ **Coordination of marketing process, including updating descriptive material**

→ **Management presentations**

→ **On-site due diligence**

→ **Evaluation of submitted proposals**

→ **Assessment of consideration and financing feasibility**

→ **Management structuring issues, including employment contracts, earnouts, etc.**

→ **Negotiating strategy**

→ **Definitive agreement**

# Illustrative Spectrum of Sale Process Alternatives

**Key Factors for Consideration**

Number of Participants
Confidentiality
Business Disruption Risks
Negotiating Leverage/Competitive Process

### Broad Auction

- Public announcement of intention to evaluate strategic alternatives to maximize shareholder value
- Inclusion of large number of solicited and unsolicited parties in the process
- Minimal confidentiality among employees

### Controlled Process

- No public announcement of initiation of process
- Increased level of discretion with respect to participants in process
- Increased degree of confidentiality (for at least a period)

### Focused Process

- No public announcement of initiation of process
- High level of discretion in selecting participants to be included in process
- Higher degree of confidentiality

### Negotiated Sale

- No public announcement of initiation of process
- Demonstrated management commitment
- Highest level of discretion
- Highest degree of confidentiality

# Sale Process Considerations

| | Broad Auction | Controlled Auction/Focused Process | Negotiated Sale |
|---|---|---|---|
| | *Optimal for attractive asset with large universe of potential buyers and few competitive disclosure issues* | *Suitable for situation where buyer audience is clearly defined* | *Suitable for situation with only one or two potential buyers* |
| ADVANTAGES | ♦ Creates maximum competition<br>♦ Limits buyers' ability to assess seller negotiating strength<br>♦ Maximizes pressure to submit fully financed bids<br>♦ Maximizes likelihood that all viable buyers are contacted<br>♦ Most likely to achieve full value of the asset | ♦ Signals credible alternatives to ultimate buyer<br>♦ Provides flexibility in timing and buyer selection<br>♦ May limit disruption of business and employees<br>♦ Can reduce risk of failed auction | ♦ Least disruptive to business and employees<br>♦ Opportunity to capture preemptive value<br>♦ Greatest confidentiality and limited disclosure<br>♦ Fastest execution<br>♦ Maximizes future alternatives if process is not successful |
| [illegible] | ♦ Broader profile may create higher degree of auction<br>♦ Some buyers may refuse to participate in a broad disruption<br>♦ Often excludes or disadvantages foreign buyers due to their generally slower reaction times<br>♦ Failed auction may create perception of damaged goods<br>♦ Broad dissemination of information may lead to buyer concerns that confidential information is in the hands of competitors | ♦ Can be more difficult to create competition<br>♦ May omit certain potential buyers<br>♦ Can be more time consuming if several negotiations occur simultaneously | ♦ Risk of not receiving highest value<br>♦ Difficult to create competitive pressure<br>♦ Management is generally required to spend a significant amount of time with buyer and its advisors |

UBS Investment Bank

# Public Disclosure Considerations

## IMAX should carefully consider any public disclosure regarding a sale process

- There is no obligation to make a public announcement until a definitive agreement has been signed
  - however, the Company may have to, or choose to, make a statement depending on the levels of rumors in the market
- Even if not facing a legal obligation, there are several pros and cons to consider regarding making a proactive announcement including the following:

**Pros**

- Decreases need for secrecy among employees
- May aid diligence process by having more employees over the wall
- Alerts all potential buyers (maximize # of bidders)
- May result in short-term boost to IMAX valuation
- Increased transparency
- Proactive public announcement on IMAX terms
  - Keeps rumors (internal and external) at bay

**Cons**

- Management and employee focus and retention
- Less control over potential buyers (number, quality, seriousness, etc.)
- Potential for investor backlash should auction fail
- Potential negative signaling for overall business
- Vendor / customer uncertainty
- May lead to value speculation in the market
- Potential impact on buyer universe

# Overview of a "Two Stage" Auction Process

**A Typical "two stage" process could be completed in approximately four to six months once the marketing process commences**



APPENDIX A

# UBS Exclusive Sales Group Transactions

UBS Investment Bank

# Tabloid Page – 1

# Tabloid Page – 2

APPENDIX B

# Joint Venture Structure Discussion

UBS Investment Bank

# UBS Joint Venture Assumptions

**To illustrate potential value creation opportunities tied to the Company's joint venture structure, UBS has sensitized its discounted cash flow analysis based on the following assumptions**

- **Scenario I: Incremental Annual Joint Venture Signings**
  - Increased total number of signings each year through incremental JV signings
- **Scenario II: Reallocation of MPX-R Signings to Joint Venture Signings**
  - Sensitized the financial impact of shifting projected "base case" signings from upfront sales to joint venture arrangements
  - Increased the number of JV agreements and decreased the number of MPX-R sales by the same amount
  - Total number of signings for any particular year remain the same as in management's base case
- **In addition to sensitizing the number of JV signings, each of the above scenarios also examines the impact of increasing the following:**
  - Box office profit splits (IMAX / Exhibitors)
  - Average theatre attendance
    - Increased traffic due to increasing slate of blockbuster content
    - Increased traffic due to enhanced marketing initiatives undertaken by strategic partners

# Scenario II – Joint Venture versus MPX-R

## Sensitivities based on increased JV signings and profit split

**Enterprise Value ($mm)[1]**

| IMAX Profit Split | % of MPX-R opened via JV Structure: 0.0 | 25.0 | 50.0 | 75.0 | 100.0 |
|---|---|---|---|---|---|
| 50% | 811.5 | 821.9 | 823.2 | 832.1 | 833.2 |
| 55% | 814.7 | 826.4 | 828.8 | 839.0 | 841.3 |
| 60% | 817.8 | 830.9 | 834.5 | 845.8 | 849.3 |
| 65% | 821.0 | 835.4 | 840.2 | 852.7 | 857.4 |
| 70% | 824.2 | 839.8 | 845.8 | 859.5 | 865.5 |

**Variance from "Base" Case ($mm)**

| IMAX Profit Split | % of MPX-R opened via JV Structure: 0.0 | 25.0 | 50.0 | 75.0 | 100.0 |
|---|---|---|---|---|---|
| 50% | – | 10.4 | 11.7 | 20.6 | 21.7 |
| 55% | 3.2 | 14.9 | 17.3 | 27.5 | 29.8 |
| 60% | 6.3 | 19.4 | 23.0 | 34.3 | 37.8 |
| 65% | 9.5 | 23.9 | 28.7 | 41.2 | 45.9 |
| 70% | 12.7 | 28.3 | 34.3 | 48.0 | 54.0 |

**Implied 2005E EBITDA Multiple (x)**

| IMAX Profit Split | % of MPX-R opened via JV Structure: 0.0 | 25.0 | 50.0 | 75.0 | 100.0 |
|---|---|---|---|---|---|
| 50% | 15.2 | 15.4 | 15.4 | 15.6 | 15.6 |
| 55% | 15.3 | 15.5 | 15.5 | 15.7 | 15.8 |
| 60% | 15.3 | 15.6 | 15.6 | 15.8 | 15.9 |
| 65% | 15.4 | 15.6 | 15.7 | 16.0 | 16.1 |
| 70% | 15.4 | 15.7 | 15.8 | 16.1 | 16.2 |

**Variance from "Base" Case (x)**

| IMAX Profit Split | % of MPX-R opened via JV Structure: 0.0 | 25.0 | 50.0 | 75.0 | 100.0 |
|---|---|---|---|---|---|
| 50% | – | 0.2 | 0.2 | 0.4 | 0.4 |
| 55% | 0.1 | 0.3 | 0.3 | 0.5 | 0.6 |
| 60% | 0.1 | 0.4 | 0.4 | 0.6 | 0.7 |
| 65% | 0.2 | 0.4 | 0.5 | 0.8 | 0.9 |
| 70% | 0.2 | 0.5 | 0.6 | 0.9 | 1.0 |

**Implied Purchase Price per Share ($)**

| IMAX Profit Split | % of MPX-R opened via JV Structure: 0.0 | 25.0 | 50.0 | 75.0 | 100.0 |
|---|---|---|---|---|---|
| 50% | 16.63 | 16.89 | 16.92 | 17.14 | 17.16 |
| 55% | 16.71 | 16.99 | 17.05 | 17.30 | 17.36 |
| 60% | 16.79 | 17.10 | 17.19 | 17.47 | 17.56 |
| 65% | 16.86 | 17.21 | 17.33 | 17.64 | 17.75 |
| 70% | 16.94 | 17.32 | 17.47 | 17.80 | 17.95 |

**Variance from "Base" Case ($)**

| IMAX Profit Split | % of MPX-R opened via JV Structure: 0.0 | 25.0 | 50.0 | 75.0 | 100.0 |
|---|---|---|---|---|---|
| 50% | – | 0.25 | 0.28 | 0.50 | 0.53 |
| 55% | 0.08 | 0.36 | 0.42 | 0.67 | 0.73 |
| 60% | 0.15 | 0.47 | 0.56 | 0.84 | 0.93 |
| 65% | 0.23 | 0.58 | 0.70 | 1.01 | 1.12 |
| 70% | 0.31 | 0.69 | 0.84 | 1.17 | 1.32 |

Notes:
1 Assumes 10.0x exit multiple and 15.0% discount rate

# Scenario II – Joint Venture versus MPX-R

## Sensitivities based on increased JV signings and average theatre attendance

**Enterprise Value ($mm)[1]**

| Attendance (000s) | % of MPX-R opened via JV Structure: 0.0 | 25.0 | 50.0 | 75.0 | 100.0 |
|---|---|---|---|---|---|
| 100 | 811.5 | 821.9 | 823.2 | 832.1 | 833.2 |
| 110 | 817.7 | 830.0 | 833.2 | 843.9 | 846.7 |
| 120 | 823.9 | 838.2 | 843.2 | 855.6 | 860.3 |
| 130 | 830.1 | 846.3 | 853.2 | 867.4 | 873.8 |
| 140 | 836.3 | 854.4 | 863.2 | 879.1 | 887.4 |

**Variance from "Base" Case ($mm)**

| Attendance (000s) | % of MPX-R opened via JV Structure: 0.0 | 25.0 | 50.0 | 75.0 | 100.0 |
|---|---|---|---|---|---|
| 100 | – | 10.4 | 11.7 | 20.6 | 21.7 |
| 110 | 6.2 | 18.5 | 21.7 | 32.4 | 35.2 |
| 120 | 12.4 | 26.7 | 31.7 | 44.1 | 48.8 |
| 130 | 18.6 | 34.8 | 41.7 | 55.9 | 62.3 |
| 140 | 24.8 | 42.9 | 51.7 | 67.6 | 75.9 |

**Implied 2005E EBITDA Multiple (x)[1]**

| Attendance (000s) | % of MPX-R opened via JV Structure: 0.0 | 25.0 | 50.0 | 75.0 | 100.0 |
|---|---|---|---|---|---|
| 100 | 15.2 | 15.4 | 15.4 | 15.6 | 15.6 |
| 110 | 15.3 | 15.5 | 15.6 | 15.8 | 15.9 |
| 120 | 15.4 | 15.7 | 15.8 | 16.0 | 16.1 |
| 130 | 15.5 | 15.8 | 16.0 | 16.2 | 16.4 |
| 140 | 15.7 | 16.0 | 16.2 | 16.5 | 16.6 |

**Variance from "Base" Case (x)**

| Attendance (000s) | % of MPX-R opened via JV Structure: 0.0 | 25.0 | 50.0 | 75.0 | 100.0 |
|---|---|---|---|---|---|
| 100 | – | 0.2x | 0.2x | 0.4x | 0.4x |
| 110 | 0.1 | 0.3 | 0.4x | 0.6x | 0.7x |
| 120 | 0.2 | 0.5 | 0.6x | 0.8x | 0.9x |
| 130 | 0.3 | 0.7 | 0.8x | 1.0x | 1.2x |
| 140 | 0.5 | 0.8 | 1.0x | 1.3x | 1.4x |

**Implied Purchase Price per Share ($)**

| Attendance (000s) | % of MPX-R opened via JV Structure: 0.0 | 25.0 | 50.0 | 75.0 | 100.0 |
|---|---|---|---|---|---|
| 100 | 16.63 | 16.89 | 16.92 | 17.14 | 17.16 |
| 110 | 16.78 | 17.08 | 17.16 | 17.42 | 17.49 |
| 120 | 16.93 | 17.28 | 17.40 | 17.71 | 17.82 |
| 130 | 17.09 | 17.48 | 17.65 | 18.00 | 18.15 |
| 140 | 17.24 | 17.68 | 17.89 | 18.28 | 18.49 |

**Variance from "Base" Case ($)**

| Attendance (000s) | % of MPX-R opened via JV Structure: 0.0 | 25.0 | 50.0 | 75.0 | 100.0 |
|---|---|---|---|---|---|
| 100 | – | 0.25 | 0.28 | 0.50 | 0.53 |
| 110 | 0.15 | 0.45 | 0.53 | 0.79 | 0.86 |
| 120 | 0.30 | 0.65 | 0.77 | 1.08 | 1.19 |
| 130 | 0.45 | 0.85 | 1.02 | 1.37 | 1.52 |
| 140 | 0.61 | 1.05 | 1.26 | 1.65 | 1.85 |

Notes:
1 Assumes 10.0x exit multiple and 15 0% discount rate