# EXHIBIT B
# (PART 17)

Confidential

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Ongoing Rent Revenue Analysis | | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | ▪ IMAX Systems Revenue leadsheet | | | | | | | | | |
| 5 | | | 2003 | 2004 | 2005 | | | | | | |
| 6 | | Salas and leases | 52,269 | 63,482 | 72,552 | | | | | | |
| 7 | | Ongoing rent | | | | | | | | | |
| 8 | | Ongoing min rental am't on ops lease | 849 | 1,039 | 1,425 | | | | | | |
| 9 | | Add rent STL | 444 | 847 | 1,234 | | | | | | |
| 10 | | Add rent ops lease | 3,482 | 3,338 | 3,775 | | | | | | |
| 11 | | Finance income STL | 4,432 | 3,991 | 4,632 | | | | | | |
| 12 | | Maintenance | 14,372 | 13,873 | 14,135 | | | | | | |
| 13 | | Total | 75,848 | 86,570 | 97,753 | | | | | | |
| 14 | | | | | | | | | | | |
| 15 | | | | | | | | | | | |
| 16 | | ▪ Analysis of quantity, revenue and average price per Unit | | | | | | | | | |
| 17 | | | | | | | | | | | |
| 18 | | Additional rentals in excess of | | | | | Finance income on sales-type lease | | | | |
| 19 | | minimum amounts on STL - For example | | | | | - For example | | | | |
| 20 | | Amount | 2003 | 2004 | 2005 | | Amount | 2003 | 2004 | 2005 | |
| 21 | | IMAX 2D GT | | | | | IMAX 2D GT | | | | |
| 22 | | A | | | | | A | | | | |
| 23 | | B | | | | | B | | | | |
| 24 | | IMAX 2D SR | | | | | IMAX 2D SR | | | | |
| 25 | | C | | | | | C | | | | |
| 26 | | IMAX 3D GT | | | | | IMAX 3D GT | | | | |
| 27 | | D | | | | | D | | | | |
| 28 | | IMAX 3D SR | | | | | IMAX 3D SR | | | | |
| 29 | | IMAX 3D MPX | | | | | IMAX 3D MPX | | | | |
| 30 | | Total | - | - | - | | Total | - | - | - | |
| 31 | | | | | | | | | | | |
| 32 | | Price per unit | 2003 | 2004 | 2005 | | Price per unit | 2003 | 2004 | 2005 | |
| 33 | | IMAX 2D GT | | | | | IMAX 2D GT | | | | |
| 34 | | A | #DIV/0! | #DIV/0! | #DIV/0! | | A | #DIV/0! | #DIV/0! | #DIV/0! | |
| 35 | | B | #DIV/0! | #DIV/0! | #DIV/0! | | B | #DIV/0! | #DIV/0! | #DIV/0! | |
| 36 | | IMAX 2D SR | | | | | IMAX 2D SR | | | | |
| 37 | | C | #DIV/0! | #DIV/0! | #DIV/0! | | C | #DIV/0! | #DIV/0! | #DIV/0! | |
| 38 | | IMAX 3D GT | | | | | IMAX 3D GT | | | | |
| 39 | | D | #DIV/0! | #DIV/0! | #DIV/0! | | D | #DIV/0! | #DIV/0! | #DIV/0! | |
| 40 | | IMAX 3D SR | | | | | IMAX 3D SR | | | | |
| 41 | | IMAX 3D MPX | | | | | IMAX 3D MPX | | | | |
| 42 | | | | | | | | | | | |
| 43 | | | | | | | | | | | |
| 44 | | | | | | | | | | | |
| 45 | | | | | | | | | | | |

Confidential

| | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|
| 1 | [redacted] | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | Additional rentals in excess of | | | | | |
| 19 | minimum amounts on Operating Lease - For example | | | | | |
| 20 | Amount | 2003 | 2004 | 2005 | | |
| 21 | IMAX 2D GT | [redacted] | | | | |
| 22 | A | | | | | |
| 23 | B | | | | | |
| 24 | IMAX 2D SR | | | | | |
| 25 | C | | | | | |
| 26 | IMAX 3D GT | | | | | |
| 27 | D | | | | | |
| 28 | IMAX 3D SR | | | | | |
| 29 | IMAX 3D MPX | | | | | |
| 30 | Total | - | - | - | | |
| 31 | | | | | | |
| 32 | Price per unit | 2003 | 2004 | 2005 | | |
| 33 | IMAX 2D GT | | | | | |
| 34 | A | #DIV/0! | #DIV/0! | #DIV/0! | | |
| 35 | B | #DIV/0! | #DIV/0! | #DIV/0! | | |
| 36 | IMAX 2D SR | | | | | |
| 37 | C | #DIV/0! | #DIV/0! | #DIV/0! | | |
| 38 | IMAX 3D GT | | | | | |
| 39 | D | #DIV/0! | #DIV/0! | #DIV/0! | | |
| 40 | IMAX 3D SR | | | | | |
| 41 | IMAX 3D MPX | | | | | |
| 42 | | | | | | |
| 43 | | | | | | |
| 44 | | | | | | |
| 45 | | | | | | |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | Price Table | | | | | | | | | | |

Confidential

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | | Maintenance Revenue Analysis | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | ▪ IMAX Systems Revenue leadsheet | | | | |
| 5 | | | 2003 | 2004 | 2005 | |
| 6 | | Sales and leases | 52,269 | 63,482 | 72,552 | |
| 7 | | Ongoing rent | | | | |
| 8 | | Ongoing min rental am't on ops lease | 849 | 1,039 | 1,425 | |
| 9 | | Add rent STL | 444 | 847 | 1,234 | |
| 10 | | Add rent ops lease | 3,482 | 3,338 | 3,775 | |
| 11 | | Finance income STL | 4,432 | 3,991 | 4,632 | |
| 12 | | Maintenance | 14,372 | 13,873 | 14,135 | |
| 13 | | Total | 75,848 | 86,570 | 97,753 | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | ▪ Analysis of quantity, revenue and average price per Unit | | | | |
| 17 | | | | | | |
| 18 | | Maintenance - sales - For example | | | | |
| 19 | | Amount | 2003 | 2004 | 2005 | |
| 20 | | IMAX 2D GT | | | | |
| 21 | | A | | | | |
| 22 | | B | | | | |
| 23 | | IMAX 2D SR | | | | |
| 24 | | C | | | | |
| 25 | | IMAX 3D GT | | | | |
| 26 | | D | | | | |
| 27 | | IMAX 3D SR | | | | |
| 28 | | IMAX 3D MPX | | | | |
| 29 | | Total | - | - | - | |
| 30 | | | | | | |
| 31 | | Price per unit | 2003 | 2004 | 2005 | |
| 32 | | IMAX 2D GT | | | | |
| 33 | | A | #DIV/0! | #DIV/0! | #DIV/0! | |
| 34 | | B | #DIV/0! | #DIV/0! | #DIV/0! | |
| 35 | | IMAX 2D SR | | | | |
| 36 | | C | #DIV/0! | #DIV/0! | #DIV/0! | |
| 37 | | IMAX 3D GT | | | | |
| 38 | | D | #DIV/0! | #DIV/0! | #DIV/0! | |
| 39 | | IMAX 3D SR | | | | |
| 40 | | IMAX 3D MPX | | | | |
| 41 | | | | | | |
| 42 | | | | | | |
| 43 | | | | | | |
| 44 | | ▪ Price Table | | | | |
| 45 | | | | | | |

Confidential

| | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | Maintenance - Sales-Type Lease - For example | | | | | Maintenance - Operating Lease - For example | | | | |
| 19 | Amount | 2003 | 2004 | 2005 | | Amount | 2003 | 2004 | 2005 | |
| 20 | IMAX 2D GT | | | | | IMAX 2D GT | | | | |
| 21 | A | | | | | A | | | | |
| 22 | B | | | | | B | | | | |
| 23 | IMAX 2D SR | | | | | IMAX 2D SR | | | | |
| 24 | C | | | | | C | | | | |
| 25 | IMAX 3D GT | | | | | IMAX 3D GT | | | | |
| 26 | D | | | | | D | | | | |
| 27 | IMAX 3D SR | | | | | IMAX 3D SR | | | | |
| 28 | IMAX 3D MPX | | | | | IMAX 3D MPX | | | | |
| 29 | Total | - | - | - | | Total | - | - | - | |
| 30 | | | | | | | | | | |
| 31 | Price per unit | 2003 | 2004 | 2005 | | Price per unit | 2003 | 2004 | 2005 | |
| 32 | IMAX 2D GT | | | | | IMAX 2D GT | | | | |
| 33 | A | #DIV/0! | #DIV/0! | #DIV/0! | | A | #DIV/0! | #DIV/0! | #DIV/0! | |
| 34 | B | #DIV/0! | #DIV/0! | #DIV/0! | | B | #DIV/0! | #DIV/0! | #DIV/0! | |
| 35 | IMAX 2D SR | | | | | IMAX 2D SR | | | | |
| 36 | C | #DIV/0! | #DIV/0! | #DIV/0! | | C | #DIV/0! | #DIV/0! | #DIV/0! | |
| 37 | IMAX 3D GT | | | | | IMAX 3D GT | | | | |
| 38 | D | #DIV/0! | #DIV/0! | #DIV/0! | | D | #DIV/0! | #DIV/0! | #DIV/0! | |
| 39 | IMAX 3D SR | | | | | IMAX 3D SR | | | | |
| 40 | IMAX 3D MPX | | | | | IMAX 3D MPX | | | | |
| 41 | | | | | | | | | | |
| 42 | | | | | | | | | | |
| 43 | | | | | | | | | | |
| 44 | | | | | | | | | | |
| 45 | | | | | | | | | | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 46 | | Price Table을 입수하여, 제품별, 지역별, 고객별 표준 제품별 판매가격을 파악한 후, 상기 분석한 Price per unit과 비교 차이 분석 | | | | |

Confidential

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | |
| 2 | Product Type | | Contract Type | | | | | | | | | | | | | |
| 3 | | Client | Target | Nego | Signed | Contract Date | Installation Starting Date | Installation Completion Date | Total Revenue Recognized upon Completion of Installation | Initial Fee | Minimum on Going Payment (Period) | PV of Minimum on Going Payment (Period) | PV Discount Rate | Maintenance Contract Amount | Additional Rent Amount | Total Revenue |

IMAX-US176130

# EXHIBIT U-35

This is Exhibit "U-35" mentioned and referred to in the Affidavit of Michael G. Robb, sworn before me at the City of London, in the Province of Ontario, this 9th day of May, 2012.

A Commissioner, etc.

DANIEL GEORGE STRICKLAND, a Commissioner, etc.,
Province of Ontario, while a Student-at-Law.
Expires: August 8, 2014

From: John Schreiner on 08/02/2005 03:44 PM
To: Mark Welton/Imax@Imax
cc: Ilidio Coito/Imax@Imax, David Campbell/Imax@Imax, James A Skinner/CAN/Imax@Imax

Subject: Kazan

Mark,

I heard news today that Kazan is having worse than anticipated problems making progress on the theatre - due to the city millenium celebrations taking place this summer. I am not sure that the delay will be but I have asked Alex G our rep to get some sense of timing and then perhaps you, Alex and I can speak about it on Friday when I am back in London and then early next week you, Ilidio, and I (James or David C feel free to join) can have a conference call with the client to see what we can do to make sure this remains a 05 install.

Can you do this sort of a call on tuesday next week?

John.

# EXHIBIT U-36

This is Exhibit "U-36" mentioned and referred to in the Affidavit of Michael G. Robb, sworn before me at the City of London, in the Province of Ontario, this 9th day of May, 2012.

A Commissioner, etc.

DANIEL GEORGE STRICKLAND, a Commissioner, etc.,
Province of Ontario, while a Student-at-Law.
Expires: August 8, 2014

Redacted - Privilege

James A Skinner
09/07/2005 02:49 PM

To: kino@suvar.ru
cc: John Schreiner/Imax@Imax, Olga Pilnikova/Asia/Imax@Imax
Subject: IMAX Agreement - Suvar Kazan

Dear Irina,

I hope that you had a wonderful summer and that Kazan has had a 1000 year anniversary celebration to remember!

Our apologies for not responding sooner to the letter sent by your legal counsel following our telephone conference. It has been difficult with our summer holidays to arrange the necessary discussions with the people at IMAX involved with the Kazan project. Your patience has been appreciated.

In response to your requests, IMAX can answer as follows:

1. The Delivery Date will be revised to be October 25, 2005. This will allow the System to be shipped to Russia in time for installation in December, 2005. The $720,000 payment that is due September 10 would be pushed back to October 25.

2. The Bank Guarantee provided by IMAX will be extended (at IMAX's expense) from October 1 to November 1, in accordance with the new shipment schedule.

3. Suvar Kazan and IMAX will use their best efforts to complete the installation and commissioning of the IMAX System in the Theatre by no later than December 31, 2005. As we explained, all that is required by IMAX is that the IMAX System is operational before the end of the year. The final finishing of the Theatre can be completed after this date, and Ilidio, our Project Manager, can discuss with you the base requirements for the commissioning of our System. As we stressed in our call, this is a critically important issue for IMAX. We have no issue with the Theatre being opened to the public in early 2006 as long as the commissioning of the System occurs in 2005.

4. The final payment of $180,000 will be due upon the earlier of: (i) the Date of Acceptance (the opening of the Theatre to the public), and (ii) February 28, 2006. All other obligations for maintenance and percentage payments will also start from this later date.

We trust that you will find these concessions from IMAX properly and fairly address the needs of both Suvar Kazan and IMAX. I will provide you with a basic amending agreement incorporating these terms for your review in the near future.

On another note, there is a chance that I will be joining John in Moscow next week for Kino Expo. If I do make it to Russia, it would be great to see you again and perhaps go out for a dinner. I will know my travel schedule in the next few days.

Best regards,
James

# EXHIBIT U-37

This is Exhibit "U-37" mentioned and referred to in the Affidavit of Michael G. Robb, sworn before me at the City of London, in the Province of Ontario, this 9th day of May, 2012.

A Commissioner, etc.

DANIEL GEORGE STRICKLAND, a Commissioner, etc., Province of Ontario, while a Student-at-Law. Expires: August 8, 2014

From: John Schreiner on 10/04/2005 10:40 AM
To: Ilidio Coito/Imax@Imax
cc: Don Kane/Imax@Imax, James A Skinner/CAN/Imax@Imax, Julie Sibley/Imax@Imax, Olga Pilnikova/Asia/Imax@Imax

Subject: Re: Kasan - Schedule

I have not visited the site. She told us that the building shell was close to being complete I believe when we spoke to her and that she is still targeting a Q4 install with Q1 launch.

I will chase up on perm as I did not have a chance to speak to him while in Moscow a few weeks back.

Cheers,

JS.

Ilidio Coito

Ilidio Coito
10/04/2005 03:05 PM

To: Olga Pilnikova/Asia/Imax@Imax, "John Schreiner" <JSchreiner@imax.com>
cc: Don Kane/Imax@Imax, James A Skinner/CAN/Imax@Imax, Julie Sibley/Imax@Imax
Subject: Kasan - Schedule

Hi John,
I understand that you have visited the site and since I have not heard from Irina, I was wondering if you could let me know what the progress is in Kazan.

My understanding is that you and James were re-negotiate the delivery and opening times with Irina. How is that going? If we should consider commissioning this theatre for the 4Q05, then we need to get the shipping process going in order to make it.

Also, any updates from Perm would be appreciated.

Thank you

Ilidio

# EXHIBIT U-38

This is Exhibit "U-38" mentioned and referred to in the Affidavit of Michael G. Robb, sworn before me at the City of London, in the Province of Ontario, this 9th day of May, 2012.

A Commissioner, etc.

DANIEL GEORGE STRICKLAND, a Commissioner, etc., Province of Ontario, while a Student-at-Law. Expires: August 8, 2014

DEF-UT-76(b)-1

**From:** Mark Welton
**Sent:** Tuesday, October 04, 2005 9 30 07 AM
**To:** Brad Wechsler; fjoyce@imax.com, rgelfond@imax com, lo'reilly@imax com
**CC:** Bill O'Malley; rlister@imax.com, emacneil@imax com
**Subject:** Q4 Installs as per our latest Forecast

Below is an update of the installs for Q4 and action list.

1 Installs with no issues - Wehrenberg ($997K), Madison ($969K), Beijing ($917K), Cheil (Jongjang and Incheon, $1.802M), Manila ($1 3M), Interlomas ($836K) This total of $6 8M should be in the bag unless something unforseen happens Welton to monitor with Kane

2.Construction Issues with Installs - Lodz ($1.24M) - IT and Mall developer still in dispute regarding construction of multiplex Welton to follow up this week, Dongguan South China Mall ($997K) - working at a snail's pace, to get our Asia team involved, Dongguan Dome ($665K)- again, construction is delayed, need to push client again Mcminnville $1 471M - no urgency by client, construction behind schedule Guatemala, client indicates that site will not be ready for year end, visiting site on Oct 15 This totals $5 241M.

3.Sign and Installs - we have six scheduled for $4 4M, including two unnamed deals and Europlex, Buenos Aires (National), Lusimondo and National (Ann Arbor). Larry's team to follow up, note the construction supervisor in BAires has indicated that they would not be in position to install by end of December

4 No site - Hong Kong $879K, Jacques visiting them next week SUC ($660K) - trying to finalise the UME site

Confidential Treatment Requested by IMAX Corporation



Confidential

DEF-UT-76(b)-2

**From:** Mark Welton
**Sent:** Wednesday, October 26, 2005 9:30:31 AM
**To:** Brad Wechsler; rgelfond@imax.com
**Subject:** Re: Q4 Budgeted Installs

**Attachments:** Doc Link.htm

Appears to be heading in the right direction.
----- Forwarded by Mark Welton/Imax on 10/26/2005 09 29 AM -----

Don Savant
10/26/2005 03 11 AM

To Mark Welton/Imax@Imax
cc. dberman@imax.com, Glenn Pedersen/CAN/Imax@Imax, hke@imax com, Ilidio Coito/Imax@Imax, John Schreiner/Imax@Imax, KYuan@imax.com, Richard Wooland/Imax@Imax
Subject Re Q4 Budgeted Installs.

Received a positive news from UA on HK They are willing to install at City Gate per our letter, but need to check with the developer first as they have only a management contract at that site.

Mark Welton
10/24/2005 01 46 PM

To dsavant@imax.com, hke@imax.com, KYuan@imax.com, John Schreiner, dberman@imax.com, Glenn Pedersen/CAN/Imax@Imax, Richard Wooland/Imax@Imax, Ilidio Coito/Imax@Imax
cc
Subject Q4 Budgeted Installs.

Please update me tonight. My call with NY is at 10 30 tomorrow
----- Forwarded by Mark Welton/Imax on 10/24/2005 04 46 PM -----
Mark Welton
10/06/2005 04 52 PM
To dsavant@imax.com, hke@imax.com, KYuan@imax com, John Schreiner, dberman@imax.com, Glenn Pedersen/CAN/Imax@Imax, Richard Wooland/Imax@Imax, Ilidio Coito/Imax@Imax cc
Subject Q4 Budgeted Installs.

John, we also need to ensure kazan as it is in our budget.
----- Forwarded by Mark Welton/Imax on 10/06/2005 04 51 PM -----
Mark Welton
10/06/2005 12 35 PM
To dsavant@imax.com, hke@imax com, KYuan@imax.com, John Schreiner, dberman@imax.com, Glenn Pedersen/CAN/Imax@Imax, rwooland@imax.com
cc lo'reilly@imax com, Don Kane/Imax@Imax, Eric Jacques/Imax@Imax Subject Q4 Budgeted Installs.

The following are confirmed budgeted installs for Q4 for your market and suggested plans.

1 Beijing ($917K), Cheil (Jongjang (spelling?) and Incheon, $1.802M), Manila ($1 3M), my understanding is that these installs do not have install issues and will happen

2 Dongguan South China Mall ($997K) and Dongguan Dome ($665K) - Don, as per your email, we have asked Legal to review the contract to determine any leverage These are extremely needed for q4 Berman is also available to assist and fly out immediately to discuss with client, Richard, where are we from our last contract

3 Hong Kong $879K, SUC ($660K) - both of these are also confirmed as q4 installs, what can we do corporately to assist. Eric, where are we on the design.

With these in, we are still looking for 5 to 6 sign and installs, as you can see, this is why these are important Don, lets chat tonight or tomorrow morning

<<...>>

DEF-UT-76(b)-4

**From:** Mark Welton
**Sent:** Monday, October 31, 2005 11:48:52 AM
**To:** rgelfond@imax.com; Brad Wechsler; fjoyce@imax.com; rlister@imax.com; lo'reilly@imax.com
**CC:** Bill O'Malley
**Subject:** Q4 Install Update and summary per latest forecast

1.Installs with no issues - Wehrenberg (St Louis County) ($997K), Madison ($969K), Beijing ($917K), Cheil (Jongjang and Incheon, $1.802M), Manila ($1.3M), Interlomas ($836K), Dongguan Dome ($644K ). These installs continue to appear *certain* with the clients being committed to installs.

2.Installs where client is behind on construction but committed to installing.

a.Kazan ($1.036M) - behind on construction, we have offered $25K for marketing of launch of theatre, client confirmed the following today, Company □+Suvar □) Kazan□, Ltd. express one's thanks for support and comprehension in the decision of a question concerning installation of projection system IMAX MPX in Kazan city.
Also we are very grateful on the occasion of your offer for granting a bonus for acquisition of equipment. We inform you that our Company will do everything in one's power for installation the equipment in December, 2005.
b.SUC ($646K)- client has signed deal with us committing install and with UME to JV the theatre, timing to complete will be the only the issue due to retrofit of projection room on second floor.

c.Mcminnville Portland ($1.4M)- although it did not appear after site visit last week that it would be completed, client confirmed the following today by email, In discussions with SI grace (contractor) yesterday the expressed their ability to get the theater portion ready for your Dec 31 timeline (minimum delivery standards)
We will be confirming early next week.
Structure changes will not be affecting projector booth or theater □) the majority will be on the □&office□8 side of building As per Rich, $50K offered as marketing launch contribution.

d.Hong Kong ($864K) - client onside with install, confirming with Landlord to complete this year

3.Unsigned Deals,

a.Winnipeg ($915K)- install can be done quick, client understands that we need it done and he is going for approvals

b.Chihuahua ($1.3M) - client speaking with government this week, alot of work needed to get theatre ready

c.KCity ($716K) - 50/50, client reviewing our proposal for upgrade.

4. Installs not happening - Guatemala City, already out of forecast. Dongguan South China Mall ($984K), client told us this week that install will not happen.

Finally, note construction Issues continue with Lodz, client says he will try and get it installed and I will look at film packages to see what we can do. Still 50/50 but I am worried.

Confidential Treatment Requested by IMAX Corporation

IX_WELTON01861

Confidential

IMAX-US001694

DEF-UT-76(b)-5

Possibilities - Regal offer sent out, margin in the range of $$3M to $1.1M, ie. even if they did not buy the royalties, we possibly could sell for the deferred revenue on the books less the book value.

DEF-UT-76(b)-6

**From:** Mark Welton
**Sent:** Tuesday, November 08, 2005 9:27.45 AM
**To:** Brad Wechsler; Rich Gelfond; Frank Joyce; Rob Lister
**CC:** bo'malley@imax com
**Subject:** Q4 Install Updates

**Most recent update as this morning. Changes in CAPS. RENE PLEASE GET TO RICH BEFORE MARKETING CALL SO THAT HE CAN FOLLOW UP WITH SALES TEAM.**

**1.Installs with no issues** - Wehrenberg (St Louis County) ($997K), Madison (Fitchburg) ($969K), Beijing ($917K) PROJECTION ROOMS HAVE NO WALLS OR CEILING, TO SEND CORPORATE LETTER REGARDING THE REQUIREMENT TO BE READY FOR INSTALL, Cheil (Jongjang and Incheon, $1.802M), Manila ($1.3M). **These installs continue to appear certain with the clients being committed to installs.**

**2.Installs where client is behind on construction but committed to installing.**

**a.Interlomas ($836K),** PUSHING CLIENT EXTREMELY HARD INCLUDING THREATENING DEFAULT IF CLIENT DOES NOT GO FORWARD, TO HAVE FINAL RESOLUTION TODAY. offered client $25K towards opening launch of thetare.

**b.Dongguan Dome ($644K ) - INSTALLTO BEGIN Nov 14, SYSTEM INSTALL NOT AN ISSUE, IT IS THE DOME INSTALL. SPITZ CHARGING US $30K EXTRA TO COMPLETE THE DOME SCREEN IN TIME. Will discuss the need for Dome to be completed and vet costs.**

**c.Kazan ($1.036M)** - behind on construction, we have offered $25K for marketing of launch of theatre, this will depend on construction company getting up the walls and ceiling.

**d.SUC ($646K)- UME AND SUC MEETING TODAY, WE HAVE OFFERED TO PROVIDE SUB TITLING SYSTEM FOR $9K AND PER RICH HAVE AGREED TO ENSURE ALL DMR FILMS DISTRIBUTED IN CHINA WOULD BE DISTRIBUTED TO UME/SUC.**

**c.Mcminnville Portland ($1.4M)- client committed, offered $50K for launch or expediting construction.**

d.HONG KONG (864 K) - STILL NO CONFIRMATION FROM CLIENT, NEED ANSWER THIS WEEK, WE SHOULD FOLLOW UP ON MARKETING CALL.

E.LODZ - CONSTRUCTION PEOPLE OF IT HAVE SAID THIS CAN HAPPEN SUBJECT TO LAWYERS OF IT AND DEVELOPER AGREEING ON SETTLEMENT WHICH IS EXPECTED NEXT WEEK, I WILL NOW CONTACT CFO TO TRY AND GET INTERNAL SIGN OFF.

**3.Unsigned Deals,**

**a.Winnipeg ($915K)- CLIENT HAS CONSULTANT DOING PROPOSAL FOR BOARD, TO SUBMIT NOV 30 FOR INSTALL ON DEC 10, CLIENT WANTS IT TO HAPPEN BUT WILL DEPEND ON CONSULTANT**

b.Chihuahua ($1.3M) - NEED UPDATE FROM SALES, I AM CONCERNED ABOUT THIS ONE, alot of work needed to get theatre ready

c.KCity ($716K) - UNLIKELY, GOES TO BOARD NEXT WEEK, HOWEVER, THEY FEEL THEY NEED FUNDING BEFORE MOVING FORWARD WHICH WOULD NOT BE DONE IN TIME DUE TO PUBLIC ENTITY.

4. Installs not happening - Guatemala City, already out of forecast. Dongguan South China Mall ($984K), client told us this week that install will not happen.

Finally, note construction Issues continue with Lodz, client says he will try and get it installed and I will look at film packages to see what we can do. Still 50/50 but I am worried.

Possibilities - Regal offer sent out, margin in the range of $$3M to $1.1M, ie. even if they did not buy the royalties, we possibly could sell for the deferred revenue on the books less the book value.

**From:** Mark Welton
**Sent:** Thursday, November 17, 2005 3:51 PM
**To:** rlister@imax.com; Brad Wechsler, rgelfond@imax.com, fjoyce@imax.com
**Cc:** Bill O'Malley, emacneil@imax.com
**Subject:** Q4 Installs Update

---

**Update as of November 14.**

**1.Installs with no issues - Wehrenberg (St Louis County)** ($997K), **Madison (Fitchburg)** ($969K), **Cheil (Jongjang and Incheon, $1.802M)**, THESE INSTALLS SHOULD BE 100% CERTAIN

**2.Installs with construction delays - Beijing ($917K)** projection room has no walls, however, Director General of Beijing Municipal Bureau of Radio and TV, and had a meeting this morning with Mr. Zhong and the contractor. He was updated on the issues and instructed the contractor to speed up. Although behinnd in construction, he wants the Imax theatre open on Dec 28

**Manila ($1.3M). This project is behind, however, they announced yesterday that the public raising of the screen would be Dec 22.**

**THE ABOVE INSTALLS CONTINUE TO BE ACHIEVABLE AND RATE THEM AT 95%.**

**3.Installs where client is significantly behind construction but committed to installing.**

**a.Interlomas ($836K)**, Client has agreed to push for install, projection booth is in place, Client to receive the system on Nov 28 and receive the building next week THIS IS 75% ACHIEVABLE.

**b.Lodz ($1.4M) - client waiting to get building from contractor, client committed and says 95% certain, I WOULD SAY 75% ACHIEVABLE**

**4.Installs with major construction needed to complete building or Dome.**

**a.Dongguan Dome ($644K ) - install to begin Nov 14, system install not an issue, it is dome installation, to pay spitz $30K extra to get dome in place. However, the client is not working on Dome as of yet. THIS IS 50% to 75% ACHIEVABLE.**

**b.Kazan ($1.036M)** - behind on construction but client making great headway on building, completely depend if they can get the walls up and projection booth finished. Client is committed. ALOT OF WORK, I RATE THIS 50% to 75%.

**c.Portland($1.4M)** - again substantial delay, contractor now appears to be trying to get theatre ready although install dates still not agreed. **50% to 75% ACHIEVABLE.**

**The above 3 could happen but also as construction beyond our control, they may not happen. We continue to follow up.**

**THE FOLLOWING HAVE signed deals have not been confirmed as of yet and as a result, difficult to predict.**

**5.Backlog deals not committed**

**i.SUC- still not signed off on installation, worried that UME will not be able to provide theatre ready for install, 50% ACHIEVABLE**

b.Hong Kong - no confirmation from client on City gate project, to hear this week, now two weeks late, easy install but need client to agree.

6.Unsigned Deals,

a.Winnipeg ($915K)- CLIENT HAS CONSULTANT DOING PROPOSAL FOR BOARD, TO SUBMIT NOV 30 FOR INSTALL ON DEC 10, CLIENT WANTS IT TO HAPPEN BUT WILL DEPEND ON CONSULTANT. THIS SHOULD BE 75% ACHIEVABLE.

b.Chihuahua ($1.3M) - DUE TO GOVERNMENT and being in Mexico, UNLIKELY TO HAPPEN THIS YEAR

c.KCity ($716K) - UNLIKELY, GOES TO BOARD THIS WEEK, HOWEVER, THEY FEEL THEY NEED FUNDING BEFORE MOVING FORWARD WHICH WOULD NOT BE DONE IN TIME DUE TO PUBLIC ENTITY. WE HAVE OFFERED BOTH SALE AND 3D UPGRADE.

I WOULD PREDICT THAT 6 B AND C WILL NOT HAPPEN AT THIS POINT.

Possibilities - Regal, Reading, M Beach.

**From:** Mark Welton
**Sent:** Monday, November 28, 2005 2:11 PM
**To:** Brad Wechsler, rgelfond@imax.com, rlister@imax com, fjoyce@imax com, Bill O'Malley
**Subject:**

---

**Update as of November 28.**

**1.Completed Installs - Wehrenberg (St Louis County) ($897K), and Cheil (Jongjang and Incheon, $1.802M).**

**2.Installs with no issues at this time - Madison (Fitchburg) ($969K), 100% achievable.**

**3.Installs with construction delays - Beijing ($917K)** NO POWER YET AT THE THEATRE AND SCREEN FRAME STILL ON BOAT, TO ARRIVE DEC 14, PROJECTION SYSTEM INSTALLED. **Real issues here at Imax with systems being shipped, lost parts etc. It is our fault that screen frame is still on boat. This is 90% achievable.**

**Manila ($1.3M). This project is behind, however, they announced that the public raising of the screen would be Dec 22.** SCREEN FRAME NOW CLEARED. **This is 90% achievable.**

**3.Installs where client is significantly behind construction but committed to installing.**

**a.Interlomas ($836K),** Client has agreed to push for install, 2nd floor of projection booth still not in place, Client has received the system. Installation meeting on Wednesday. THIS IS 75% ACHIEVABLE.

**b.Lodz ($1.4M)** - client waiting to get building from contractor, client committed and says 95% certain, I WOULD SAY 75% ACHIEVABLE

**c.Portland($1.4M)** - again substantial delay, contractor now appears to be trying to get theatre ready, system shipping today. **50% to 75%** ACHIEVABLE.

**d.SUC- installation now begun, major issue is raising of screen as client wants it installed after December. Also, client not assisting in install. We are now on site looking at different alternatives for screen raising.**

**4.Installs with major construction needed to complete building or Dome.**

**a,Kazan ($1.036M)** - behind on construction but client working quickly on building, completely depend if they can get the walls up and projection booth finished. Client is committed. ALOT OF WORK, I RATE THIS 50% as client communicated today that installation will be difficult. We continue to push the client.

b **Dongguan Dome ($644K ) - this install is in serious trouble due to dome installation. Client continues to be way behind on theatre construction. We continue to push but are worried about the Dome installation.** THIS IS 50% ACHIEVABLE.

**c.Hong Kong ($865)- found major issue with bulkhead over screen, if we can address, this will move to 90%, right now at 50% until issue resolved.**

**6.Unsigned Deals,**

DEF-UT-76(b)-11

**a.Winnipeg ($915K)- CLIENT HAS CONSULTANT DOING PROPOSAL FOR BOARD, TO SUBMIT NOV 30 FOR INSTALL ON DEC 10, CLIENT WANTS IT TO HAPPEN BUT WILL DEPEND ON CONSULTANT. THIS SHOULD BE 75% ACHIEVABLE.**

**b.KCity ($275K) - trying to sell them the 2D system, goes to board on Nov 30.**

**Possibilities - Regal, Reading**

DEF-UT-76(b)-12

**From:** Mark Welton
**Sent:** Tuesday, December 6, 2005 1 18 PM
**To:** Brad Wechsler, rgelfond@imax com; fjoyce@imax com; rlister@imax com; Bill O'Malley, Kathryn A Gamble, emacneil@imax.com
**Subject:** Install Update as of Dec 5.

Re Portland, the contractor team is continuing to proceed with a Dec install with a site meeting tomorrow and therefore we have more confidence for the insall.

—— Forwarded by Mark Welton/Imax on 12/06/2005 12:53 PM ——

Mark Welton
12/06/2005 10:21 AM

To: Brad Wechsler/Imax@Imax, rgelfond@imax com, fjoyce@imax.com, rlister@imax.com, Bill O'Malley/USA/Imax@Imax
cc:
Subject: Install Update as of Dec 5

**Update as of Dec 5.**

**The major installation risks for the quarter are as follows due to the fact that the buildings are not complete.**

1.**Kazan ($1.036M)** - Truck with system stopped at boarder and in a two day wait to get thru. Client behind on construction, install to begin on Dec 15, client working on building, and walls of projection booth. Theatre still needs alot of work. 50%

2 **Interlomas ($836K)**, Client has agreed to push for install, 2nd floor of projection booth still not in place, Client has received the system. Installation to begin tomorrow, theatre still in sad shape. 50%

3.**Portland($1.4M)** - again substantial delay, contractor moving slowly, system has arrived, theatre projection room still an issue. **Speaking with contractor and client tomorrow. Uncertain at this time.**

4.**Lodz ($1.4M)** - conduits need to be laid and screen will be taken back down once system tested. Power could be temporary. Finishes will not be completed, opening in March. This still should happen and rate this at 85%

**The remaining installations are continuing with the following issues, however, they are moving in the the right direction.**

1.**Completed Installs - Wehrenberg (St Louis County)** ($997K), and **Cheil (Jongjang and Incheon, $1.802M)**, just fyi, screen sheet not meeting fire code issues in Korea, client's responsibility to replace at sometime.

**2.Installs with no issues at this time - Madison (Fitchburg)** ($969K), **100% achievable.**

**3.Installs with construction delays - Beijing ($917K)** NO POWER YET AT THE THEATRE AND SCREEN FRAME STILL ON BOAT, TO ARRIVE DEC 10, PROJECTION SYSTEM INSTALLED. **Real issues here at Imax with systems being shipped, lost parts etc. It is our fault that screen frame is still on boat. This is 95% achievable.**

Manila **($1.3M). This project is behind, however, they announced that the public raising of the screen would be Dec 22. SCREEN FRAME NOW CLEARED. This is 100% achievable.**

SUC- installation now begun, the screen will be raised on the 12th and brought back down as the client will finish its run of King kong before opening the Imax.This is 95% achievable

Hong Kong ($865)- found major issue with bulkhead over screen, however, system will be installed and theatre used as demonstration theatre. It will not open to public. 95% achievable.

Dongguan Dome ($644K ) - dome install has begun with aim of completing by end of year. 75% achievable

Winnipeg - finance committe approval on Thursday. Board agreement in principle with deal.

Possibilities - Regal,

**From:** Mark Welton
**Sent:** Tuesday, December 6, 2005 10:21 AM
**To:** Brad Wechsler; rgelfond@imax.com; fjoyce@imax.com, rlister@imax.com; Bill O'Malley
**Subject:** Install Update as of Dec 5.

**Update as of Dec 5.**

**The major installation risks for the quarter are as follows due to the fact that the buildings are not complete.**

**1.Kazan ($1.036M)** - Truck with system stopped at boarder and in a two day wait to get thru. Client behind on construction, install to begin on Dec 15, client working on building, and walls of projection booth. Theatre still needs alot of work. 50%

**2.Interlomas ($836K)**, Client has agreed to push for install, 2nd floor of projection booth still not in place, Client has received the system. Installation to begin tomorrow, theatre still in sad shape. 50%

**3.Portland($1.4M)** - again substantial delay, contractor moving slowly, system has arrived, theatre projection room still an issue. **Speaking with contractor and client tomorrow. Uncertain at this time.**

**4.Lodz ($1.4M)** - conduits need to be laid and screen will be taken back down once system tested. Power could be temporary. Finishes will not be completed, opening in March. This still should happen and rate this at 85%

**The remaining installations are continuing with the following issues, however, they are moving in the the right direction.**

**1.Completed Installs - Wehrenberg (St Louis County)** ($997K), and **Cheil (Jongjang and Incheon, $1.802M)**, just fyi, screen sheet not meeting fire code issues in Korea, client's responsibility to replace at sometime.

**2.Installs with no issues at this time - Madison (Fitchburg) ($969K), 100% achievable.**

**3.Installs with construction delays - Beijing ($917K)** NO POWER YET AT THE THEATRE AND SCREEN FRAME STILL ON BOAT, TO ARRIVE DEC 10, PROJECTION SYSTEM INSTALLED. **Real issues here at Imax with systems being shipped, lost parts etc. It is our fault that screen frame is still on boat. This is 95% achievable.**

**Manila ($1.3M). This project is behind, however, they announced that the public raising of the screen would be Dec 22. SCREEN FRAME NOW CLEARED. This is 100% achievable.**

**SUC- installation now begun, the screen will be raised on the 12th and brought back down as the client will finish its run of King kong before opening the Imax.This is 95% achievable**

**Hong Kong ($865)- found major issue with bulkhead over screen, however, system will be installed and theatre used as demonstration theatre. It will not open to public. 95% achievable.**

**Dongguan Dome ($644K ) - dome install has begun with aim of completing by end of year. 75% achievable**

**Winnipeg - finance committe approval on Thursday. Board agreement in principle with deal.**

DEF-UT-76(b)-15

**Possibilities - Regal,**


IX_Gelfond00046

DEF-UT-76(b)-16

**From:** Mark Welton
**Sent:** Monday, December 12, 2005 11:49 AM
**To:** Brad Wechsler, rgelfond@imax com; fjoyce@imax com, rlister@imax.com
**Cc:** Bill O'Malley; Kathryn A Gamble, emacneil@imax.com
**Subject:**

---

Update as of Dec 12. The past weekend was very good from an install stage, only two issues to deal with was SUC screen raising and Hong Kong delay, still an issue. To me today, only Hong Kong appears to be at risk. See below.

The major installation risks for the quarter now appears to be

1.Hong Kong ($865)- client has not started to work on the retrofit and permits have not been granted. Now appears the 12 ft beam is really only drywall. Client indicated today that he would push his team. Theatre will be used as demonstration theatre. It will not open to public. This is 50/50.

The remaining installations are continuing with the following issues, however, they are moving in the the right direction.

Although the following 4 buildings are not complete, it now appears that 75% certain that these systems will be commissioned however, power will most likely be temporary and screens will be brought back down after testing.

1.Kazan ($1.036M) - Real issue for this theatre is whether the system reaches the theatre, System has cleared customs but is on a truck. Good news is that projection booth is finished and theatre is in much better shape from previous visit.

2.Interlomas ($836K), Client has agreed to push for install, 2nd floor of projection booth moving to completion, Client has received the system. Installation has begun.

3.Portland($1.4M) - system at site and installation begun, client has agreed to remove scaffolding.

4.Lodz ($1.4M) - only real issue is if we can get back at the theatre tomorrow. conduits need to be laid and screen will be taken back down once system tested. Power could be temporary. Finishes will not be completed, opening in March. This still should happen and rate this at 85%.

1.Completed Installs - Wehrenberg (St Louis County) ($997K), and Cheil (Jongjang and Incheon, $1.802M), just fyi, screen sheet not meeting fire code issues in Korea, client's responsibility to replace at sometime.

2.Installs with no issues at this time - Madison (Fitchburg) ($969K), Beijing ($917K), Manila ($1.3M), Winnipeg ($1M),install has begun,Dongguan Dome ($644K ) 100% achievable.

SUC - We are planning on pulling up the screen overnight Monday night and running the complete system on Tuesday day.

- Commissioning is planned for Tuesday
- We hope to be complete Tuesday night and then the IMAX screen will be removed and the theatre prepared for their 35mm launch on the 15th.
- While our screen is up we want to take light readings with it hanging vertical and then also when it is tilted. We are trying to determine if we can use their existing screen frame for the final location

of the screen. This will eliminate the need to modify their masking system which will save them significant time and costs.

- We do not expect to have the final screen sheet available for installation until the last week of January, but will be complete in time for the Chinese New Year Jan. 29th.

DEF-UT-76(b)-18

**From:** Mark Welton
**Sent:** Thursday, December 15, 2005 3:13 06 PM
**To:** rgelfond@imax com
**CC:** Brad Wechsler; rgelfond@imax.com; fjoyce@imax com; rlister@imax.com; Bill O'Malley; Kathryn A Gamble; emacneil@imax com
**Subject:** Re:

Quick update.

Manila is now being painted and should be signed off this weekend.

Beijing CFM - screen is being put up and fully installed but will not be painted for soft opening on Dec 28 as theatre is still too dirty. They will open with 2D.

Lodz - our men are back on site, contractors are working slowly but we continue to install.

Kazan - continuing to finish theatre, projection booth most likely to have full power. Screen will now be painted in Montreal, prior to year end and shipped by boat to site. However, we will sign off with 2D screen. Issue is, the system is still not onsite, suppose to arrive by truck on Sunday.

Portland continues to move, a little slower than we wish but moves along.

Hong Kong, Eric arrives tomorrow, contractors start Monday, still a risk.
-----Mark Welton/Imax wrote: -----

To: Brad Wechsler/Imax@Imax, rgelfond@imax.com, fjoyce@imax.com, rlister@imax.com
From: Mark Welton/Imax
Date: 12/12/2005 11:48AM
cc: Bill O'Malley/USA/Imax@Imax, Kathryn A Gamble/CAN/Imax@Imax, emacneil@imax.com
Subject:

**Update as of Dec 12. The past weekend was very good from an install stage, only two issues to deal with was SUC screen raising and Hong Kong delay, still an issue. To me today, only Hong Kong appears to be at risk. See below.**

**The major installation risks for the quarter now appears to be**

**1.Hong Kong ($865)- client has not started to work on the retrofit and permits have not been granted. Now appears the 12 ft beam is really only drywall. Client indicated today that he would push his team. Theatre will be used as demonstration theatre. It will not open to public. This is 50/50.**

**The remaining installations are continuing with the following issues, however, they are moving in the the right direction.**

**Although the following 4 buildings are not complete, it now appears that 75% certain that these systems will be commissioned however, power will most likely be temporary and screens will be brought back down after testing.**

**1.Kazan ($1.036M) - Real issue for this theatre is whether the system reaches the theatre,** System has cleared customs but is on a truck. Good news is that projection booth is finished and theatre is in much better shape from previous visit.

**2.Interlomas ($836K),** Client has agreed to push for Install, 2nd floor of projection booth moving to completion, Client has received the system. Installation has begun.

**3.Portland($1.4M)** - system at site and installation begun, client has agreed to remove scaffolding.

**4.Lodz ($1.4M) - only real issue is if we can get back at the theatre tomorrow.** conduits need to be laid and screen

will be taken back down once system tested. Power could be temporary. Finishes will not be completed, opening in March. This still should happen and rate this at 85%.

1.Completed Installs - Wehrenberg (St Louis County) ($997K), and Cheil (Jongjang and Incheon, $1.802M), just fyi, screen sheet not meeting fire code issues in Korea, client's responsibility to replace at sometime.

2.Installs with no issues at this time - Madison (Fitchburg) ($969K), Beijing ($917K), Manila ($1.3M), Winnipeg ($1M),Install has begun,Dongguan Dome ($644K ) 100% achievable.

SUC - We are planning on pulling up the screen overnight Monday night and running the complete system on Tuesday day.

- Commissioning is planned for Tuesday
- We hope to be complete Tuesday night and then the IMAX screen will be removed and the theatre prepared for their 35mm launch on the 15th.
- While our screen is up we want to take light readings with it hanging vertical and then also when it is tilted. We are trying to determine if we can use their existing screen frame for the final location of the screen. This will eliminate the need to modify their masking system which will save them significant time and costs.
- We do not expect to have the final screen sheet available for installation until the last week of January, but will be complete in time for the Chinese New Year Jan. 29th.

DEF-UT-76(b)-20

**From:** Mark Welton
**Sent:** Monday, December 19, 2005 12 01 PM
**To:** Brad Wechsler, rgelfond@imax.com, fjoyce@imax.com, emacneil@imax com, rlister@imax.com; Kathryn A Gamble, Bill O'Malley; mhamilton@imax.com
**Subject:**

---

Update as of Dec 19. To me today, only Hong Kong appears to be at risk with a small risk for kazan. See below.

1.Hong Kong ($865)- client has started on the retrofit today. We will agree to provide the client compensation for being shut down over Christmas. Theatre will be used as demonstration theatre. STILL A RISK AS CLIENT WILL NEED TO WORK QUICKLY TO ENSURE THEATRE IS COMPLETE FOR COMMISSIONING.

*Although the following 4 buildings are not complete,* it appears that these systems will be commissioned however, power will most likely be temporary and screens will be brought back down after testing.

1.Kazan ($1.036M) - SYSTEM HAS ARRIVED. REAL ISSUE WILL BE THAT THE SYSTEM HAS ALL THE PARTS AND SYSTEM WORKS. IF THAT IS THE CASE SYSTEM WILL BE COMMISSIONED. 2D SCREEN WILL BE PUT UP. 3D SCREEN HAS BEEN PAINTED AND PUT ON BOAT ON THURSDAY.

2.Interlomas ($836K), GOING WELL, 2D SCREEN PUT UP TODAY. SYSTEM WILL BE COMMISSIONED, 3D SCREEN WILL GO UP IN NEW YEAR.

3.Portland($1.4M) - GOING SLOWLY BUT SYSTEM SHOULD BE COMMISSIONED WITH 2D SCREEN.

4.Lodz ($1.4M) - WE ARE ON SITE AGAIN, SCREEN TO BE DELIVERED TODAY. 2D SCREEN TO BE PUT UP PRIOR TO YEAR END.

1.Completed Installs - Wehrenberg (St Louis County) ($997K), and Cheil (Jongjang and Incheon, $1.802M), just fyi, screen sheet not meeting fire code issues in Korea, client's responsibility to replace at sometime.

2.Installs with no issues at this time - Madison (Fitchburg) ($969K), Beijing ($917K) 3D SCREEN PUT UP BUT PAINTED IN NEW YEAR AS THEATRE TO DIRTY FOR 3D SCREEN, Manila ($1.3M) SAME AS BEIJING, PAINTED IN NEW YEAR, Winnipeg ($1M),Dongguan Dome ($644K ) 100% achievable.

SUC - COMPLETED BUT SCREEN TAKEN DOWN DUE TO PAINT ISSUES, WILL PUT UP NEW SCREEN IN NEW YEAR, CLIENT STILL NOT SIGNED OFF DUE TO THE SCREEN BUT I HAVE TOLD THEM THAT THEY CAN NOTE THIS ON ACCEPTANCE

James zion deal not coming together as quickly with the owners, thus 2005 install will not happen.

DEF-UT-76(b)-21

**From:** Neil Robbins <nrobbins@entservices.com.au>
**Sent:** Tuesday, December 20, 2005 11 30 AM
**To:** <rgelfond@imax.com>
**Subject:** fourth quarter sign off (Asia)

---

Hi rich
the Australian team is doing three of the fourth quarter theater openings in Asia for you and I thought I would just give you a quick update on the progress.

Manila
The building is a little behind schedule but the theatre itself is running film and the certificate of acceptance was signed on the 20th of December

Beijing China film Museum
They are in last-minute frantic cleaning and finishing for their VIP shows on the 29th of December certificate of acceptance will be signed on the 23rd of December

Donggong Dome
They are the most behind but are working night and day. the dome will only be finished on the 25th of December and the certificate of acceptance will be signed on the 28th of December and opened a public as soon as practically possible

Have a merry Christmas

Neil Robbins
regional manager
IMAX technical services

**From:** Mark Welton
**Sent:** Saturday, December 31, 2005 2:52 PM
**To:** Rob Lister <rlister@imax.com>; Rich Gelfond <rgelfond@imax com>, Frank Joyce <fjoyce@imax.com>
**Subject:** Fw· Update/Leafs

---

All complete, need to collect Acceptance Certificate for SUC next week.

--------------------

Mark Welton

From: Don Kane
Sent. 12/31/2005 02:24 PM
To: Mark Welton/Imax@Imax
Cc: "Eric Jacques" <ejacques@imax com>
Subject: Re: Update/Leafs

All done and signed. That's all of them except SUC signed doc
Happy New Year.
Don

From: Mark Welton
Sent: 12/31/2005 01:08 PM
To: Don Kane/Imax@Imax
Subject: Re· Update/Leafs

Anything wrong with Portland

--------------------

Mark Welton

From Don Kane
Sent: 12/31/2005 12:38 PM
To: Mark Welton/Imax@Imax
Subject: Re: Update/Leafs

Got Hong Kong. Portland going down to the wire. Wil let you know later today.

From· Mark Welton
Sent· 12/31/2005 11.09 AM
To: Don Kane/Imax@Imax

Subject: Re: Update/Leafs

Did we make Hong kong and portland

---

Mark Welton

From: Don Kane
Sent: 12/30/2005 10:10 AM
To: Mark Welton/Imax@Imax
Subject: Update/Leafs

Hong Kong running.
Lodz is firing up the system, John has soem problems and working on them. Same with McMinnville.

We may be able to get a Gondola suite at ACC: $7700CDN for 42 people including food and soft drinks There is a bartender to purchase drinks The gondolas are much higher up than a box, but we can get more people in.
Possibly Jan 14 (Phoenix) and Jan 26 (Buffalo) may be available.
Let me know and I will book it
Don

# EXHIBIT U-39

This is Exhibit "U-39" mentioned and referred to in the Affidavit of Michael G. Robb, sworn before me at the City of London, in the Province of Ontario, this 9th day of May, 2012.

A Commissioner, etc.

DANIEL GEORGE STRICKLAND, a Commissioner, etc.,
Province of Ontario, while a Student-at-Law.
Expires: August 8, 2014

**From:** Mark Welton
**Sent:** Friday, October 07, 2005 9:10:33 AM
**To:** Ilidio Coito
**CC:** Don Kane; Don Savant; John Schreiner; Robert Kilburn
**Subject:** Re: Q4 Budgeted Installs.

**Attachments:** Doc Link.htm

we need a better feel before the end of the month, can you give IT another call along with kazan

Ilidio Coito
10/06/2005 05:10 PM

To: Mark Welton/Imax@Imax
cc: Don Kane/Imax@Imax, John Schreiner/Imax@Imax, Don Savant/Imax@Imax, Robert Kilburn/Imax@Imax
Subject: Re: Q4 Budgeted Installs.

Mark, we are pushing for Lodz and Kazan to be installed and we are just getting the white screen sheets, and then install the silver screen sheet closer to the Opening. I will be visiting the sites on the week of Oct 26th, the earliest for them, in order to push them and get a schedule going.

Ilidio

From: Mark Welton on 10/06/2005 04:53 PM
To: Ilidio Coito/Imax@Imax
cc: Don Kane/Imax@Imax

Subject: Q4 Budgeted Installs.

G City and IT Lodz is offcially in our budget. Lets get a plan in place.
----- Forwarded by Mark Welton/Imax on 10/06/2005 04:53 PM -----

Mark Welton
10/06/2005 12:35 PM

To: dsavant@imax.com, hke@imax.com, KYuan@imax.com, John Schreiner, dberman@imax.com, Glenn Pedersen/CAN/Imax@Imax, rwooland@imax.com
cc: lo'reilly@imax.com, Don Kane/Imax@Imax, Eric Jacques/Imax@Imax
Subject: Q4 Budgeted Installs.

The following are confirmed budgeted installs for Q4 for your market and suggested plans.

1.Beijing ($917K), Cheil (Jongjang (spelling?) and Incheon, $1.802M), Manila ($1.3M), my understanding is that these installs do not have install issues and will happen.

2.Dongguan South China Mall ($997K) and Dongguan Dome ($665K) - Don, as per your email, we have asked Legal to review the contract to determine any leverage. These are extremely needed for q4. Berman is also available to assist and fly out immediately to discuss with client, Richard, where are we from our last contract.

3.Hong Kong $879K, SUC ($660K) - both of these are also confirmed as q4 installs, what can we do corporately to assist. Eric, where are we on the design.

With these in, we are still looking for 5 to 6 sign and installs, as you can see, this is why these are important. Don, lets chat tonight or tomorrow morning.

<<...>>

# EXHIBIT U-40

This is Exhibit "U-40" mentioned and referred to in the Affidavit of Michael G. Robb, sworn before me at the City of London, in the Province of Ontario, this 9th day of May, 2012.

A Commissioner, etc.

DANIEL GEORGE STRICKLAND, a Commissioner, etc.,
Province of Ontario, while a Student-at-Law.
Expires: August 8, 2014

Ilidio Coito/Imax
10/07/2005 10:38 AM

To Mark Welton/Imax@Imax
cc Don Kane/Imax@Imax, Robert Kilburn/Imax@Imax, James A Skinner/CAN/Imax@Imax, Marnie Hamilton/Imax@Imax
bcc
Subject Re: IMAX Agreement - Suvar Kazan

Mark,
Kazan
The client is totally aware of our commitments and she is on our side to have it done. Construction is going very fast and they are doing the exterior walls at the moment. Irina says that by the end of October the building shell SHOULD be finished.
Please have in mind that the delivery is Oct 25th and there is a huge payment attached to it and I am just concerned if the payment doesn't come on time.

Lodz,
As per Rafal - Director of Operations and Marcin - Theatre Director, the news are that everything is in the lawyer's hands and they do not know when its resolved. Mark can you and I call Israel and understand if he knows a bit more then the Local Director.

We will defiantly know by the end of October where these projects stand, however, from our side we are totally ready to have the installations this year. It all depends on their side.

Same for Guatemala.

Ilidio

----- Forwarded by Ilidio Coito/Imax on 10/07/2005 09:30 AM -----

From: Olga Pilnikova on 10/06/2005 06:39 AM
To: Ilidio Coito/Imax@Imax
cc: John Schreiner/Imax@Imax

Subject: Re: IMAX Agreement - Suvar Kazan

Hi Ilidio,

I have to apologise for a not very quick response, but I have been sick for a few days and did not have any access to my email.

I have spoken to Irina today. Her idea for the moment is to gather you, the company "Kinoproizvodstvennaya masterskaya" (KPM) that is supposed to make installation and some other technicians together. Unfortunately, guys from KPM are not availalble on the 19th-20th due to some other arrangements they already have. So she is asking if you have any chance to come to Kazan after 25th of October? Tomorrow she will confirm me the dates when KPM guys are available. She is trying to do her best to be ready for the IMAX installation by December, as she knows that this is crucial issue for IMAX.

If you have any questions, you can contact me at the office + 7 095 641 12 07 or my cell phone + 7 916 500 66 20.

All the best,
Olga

# EXHIBIT U-41

This is Exhibit "U-41" mentioned and referred to in the Affidavit of Michael G. Robb, sworn before me at the City of London, in the Province of Ontario, this 9th day of May, 2012.

A Commissioner, etc.

DANIEL GEORGE STRICKLAND, a Commissioner, etc.,
Province of Ontario, while a Student-at-Law.
Expires: August 8, 2014



Bill O'Malley/USA/Imax
10/07/2005 11:01 AM

To Mark Welton/Imax@Imax
cc Edward MacNeil/Imax@Imax
bcc
Subject Re: IMAX Agreement - Suvar Kazan

And Ed said there's nothing left in your ass to pull out! I have my fingers crossed..........

----- Forwarded by Bill O'Malley/USA/Imax on 10/07/2005 11:01 AM -----

Mark Welton
10/07/2005 10:53 AM

To: rgelfond@imax.com, rlister@imax.com, Brad Wechsler/Imax@Imax, fjoyce@imax.com
cc: Bill O'Malley/USA/Imax@Imax
Subject: Re: IMAX Agreement - Suvar Kazan

At this time, see below, kazan is not in our forecast but they are onside to get it done and we will continue to push.

Re Lodz, I will call the CFO next week on Tuesday, basically, the developer wants the mall to open all at once and IT wants to open the theatres by the end of the year but the developer is shutting them out. I will get an update next week.

Re Gmala, we are pushing the client and developer. Ilidio will visit the site next week, I think we will need to offer $50K in marketing launch to try and get this in.
----- Forwarded by Mark Welton/Imax on 10/07/2005 10:43 AM -----



Ilidio Coito
10/07/2005 10:38 AM

To: Mark Welton/Imax@Imax
cc: Don Kane/Imax@Imax, Robert Kilburn/Imax@Imax, James A Skinner/CAN/Imax@Imax, Marnie Hamilton/Imax@Imax
Subject: Re: IMAX Agreement - Suvar Kazan

Mark,
Kazan
The client is totally aware of our commitments and she is on our side to have it done. Construction is going very fast and they are doing the exterior walls at the moment. Irina says that by the end of October the building shell SHOULD be finished.
Please have in mind that the delivery is Oct 25th and there is a huge payment attached to it and I am just concerned if the payment doesn't come on time.

Lodz,
As per Rafal - Director of Operations and Marcin - Theatre Director, the news are that everything is in the lawyer's hands and they do not know when its resolved. Mark can you and I call Israel and understand if he knows a bit more then the Local Director.

We will defiantly know by the end of October where these projects stand, however, from our side we are totally ready to have the installations this year. It all depends on their side.

Same for Guatemala.

Ilidio

---------------------- Forwarded by Ilidio Coito/Imax on 10/07/2005 09:30 AM ---------------------------

From: Olga Pilnikova on 10/06/2005 06:39 AM

# EXHIBIT U-42

This is Exhibit "U-42" mentioned and referred to in the Affidavit of Michael G. Robb, sworn before me at the City of London, in the Province of Ontario, this 9th day of May, 2012.

A Commissioner, etc.

DANIEL GEORGE STRICKLAND, a Commissioner, etc., Province of Ontario, while a Student-at-Law.
Expires: August 8, 2014

IMAX®

Ilidio Coito
10/26/2005 04:44 PM

To: <kino@suvar.ru>, aleksashin@inbox.ru
cc: "Alex" <caneks@rogers.com>, John Schreiner/Imax@Imax, Olga Pilnikova/Asia/Imax@Imax, Don Kane/Imax@Imax, Mamie Hamilton/Imax@Imax, Julie Sibley/Imax@Imax, Mark Welton/Imax@Imax

Subject: Kazan - Installation

Dear Irina and Alexashin,
Further to our conversation today please find list of the work required to be completed to install the system by Dec 31, 05 as required by the recent signed Amending Agreement to the Lease Agreement. Pursuant to Agreement, the client shall accept delivery by Oct 25 (now changed to Nov 27) and complete the installation by Dec 31, 2005. To clarify, IMAX does not require the completion, fit out of the theatre and the opening of the theatre by Dec 31. Please see below the list of work to be completed by your company required for installation.

List of work required for installation to commission the system:
The IMAX Equipment is scheduled to arrive at the theatre around December 9th, 2005 and planing to move it in on Dec 10, 05.

1- Power to the projection room by December 12th, 05. Temporary power is sufficient and regular power will be connected closer to the Opening date as per your schedule. If necessary we will run the wires on the floor temporarily in order to get the system running. After the commissioning, we dismantle, protect the equipment and let you complete the conduit, HVAC, doors, carpets, track light etc... .
2- Exhaust fan in the projection room to cool the projector lamps. ( 1000 CFM, 3" w.g ) measure at the ceiling, by December 15th, 05.
3- Screen area cleared to install the screen frame and pull the white screen sheet by December 19th, 05. ( The silver screen will be installed at a later date closer to the theatre opening.
4- Speaker Hanger Brackets by December 16th, 05.

I will discuss all these items in detail next Tuesday, Nov 1st, at the meetings in Kazan

Conditions that do not have to be ready for installation and can continue to be done until the opening.
- Projection windows. We can project the rays directly through a hole in the wall through scaffolding if necessary.
- Acoustical treatment can be installed after the commissioning.
- Wall finishes can be done later after commissioning.
- Theatre Ceiling ideally would be good to be in place, however it can be done after commissioning
- Seats mounted after commissioning
- Theatre Doors mounted after commissioning
- Railings in the theatre.
- Tuning the system will be closer to the opening
-Training is also done closer to the opening.

Shipping Details
Ship from Montreal- Canada , sailing Nov 10th, 05 and scheduled to arrive in Helsinki- Finland on Nov 23rd, 05 . You will pick up the two 40' containers from Helsinki and take them to Kazan.

Vessel OOCL Belgium, V5712,
Closing Toronto: - 8/11/05
Sailing Montreal: - 10/11/05

Arriving Hamburg: - 19/11/05
Arriving Helsinki: - 23/11/05

Regards
Ilidio Coito
Project Manager
(905) 330 2223

# EXHIBIT U-43

This is Exhibit "U-43" mentioned and referred to in the Affidavit of Michael G. Robb, sworn before me at the City of London, in the Province of Ontario, this 9th day of May, 2012.

A Commissioner, etc.

DANIEL GEORGE STRICKLAND, a Commissioner, etc.,
Province of Ontario, while a Student-at-Law.
Expires: August 8, 2014

From: John Schreiner on 10/26/2005 02:25 PM
To: Ilidio Coito/Imax@Imax
cc: David Campbell/Imax@Imax, Don Kane/Imax@Imax, Mark Welton/Imax@Imax

Subject: Re: Kazan - Installation

Ilidio,

I would recommend giving them as much detail as what we.require for installation and our goal for December 31 so that it is painfully clear what we want to achieve. It is my experience from dealing in Russia that much gets lost in translation, so I would spell it out as clearly and as simply as possible. The biggest hurdle with regards to the Delhi install is that everybody seemed to think that the theatre needed to be totally ready which you have addressed it below, but anything else you can provide to them which outlines what we need would help I think. Rich Wooland I believe did something like this for both Turkey and Delhi so he may have something that you can copy.

I would also HIGHLY recommend keeping Alex Gelshteyn in the loop as he is very helpful in getting things done. I tracked him down today and he is going to help out and will be back in Toronto on Thursday afternoon. He will be able to get back actively involved on Friday morning. His cell number is 416-723-4062 and his office number is 905-709-1125.

I would recomend a conference call on Friday morning with you, Mark, and Alex and then possibly bring the client in on the call. I would join, but I think I have a call with Delhi that I am leading at 9:30am - if that does not happen, I will join.

Shipping - The options that I have been hearing from my discussions with people related to this project all centre around the goods arriving at an ocean port - be it St. Petersburg or Helsinki. I did not hear on the call this afternoon that they were excited about it being airfreighted to Helsinki so I really would not pursue this option. Worst case scenario if it is airfreighted to Stockholm or some other airport in the baltic and then shipped to Helsinki, that would be the other option I would be looking at.

Let me know if there is anything else I can do at this stage to help out.

John

Ilidio Coito

Ilidio Coito
10/26/2005 06:41 PM

To: Mark Welton/Imax@Imax, Don Kane/Imax@Imax, John Schreiner/Imax@Imax
cc: David Campbell/Imax@Imax
Subject: Kazan - Installation

This is what I am planing to send to Irina. Please add any comments that you feel necessary. The shipping details are still being worked on and I will wait until the end of today..
---x----------x----------x----------x--------

Dear Irina and Alexashin,
Further to our conversation today please find list of the work required to be done to install the system by Dec 3, 05. The system will be installed and have picture on the screen by December 31st. 05 and then we will seal all the components with plastic until you complete all the finishes and be ready for the opening.

<u>List of work required for installation:</u>
1- Power to the projection room. Temporary power is sufficient and regular power will be connected closer to the Opening date as per your schedule.

2- Exhaust fan in the projection room to cool the projector lamps. ( 1000 CFM, 3" w.g ) measure at the ceiling.
3- Screen area cleared to install the screen frame and pull the white screen sheet. ( the silver screen will be installed at a later date closer to the theatre opening.

I will discuss these items in detail next Tuesday, Nov 1st, at the meetings in kazan

Conditions that do not have to be ready for installation and can continue to be done until the opening.

- Projection windows
- Acoustical treatment
- Wall finishes
- Theatre Ceiling
- Seats
- Theatre Doors
- Railings in the theatre.

Shipping Details

Option # 1 - Ship from Montreal- Canada, on Nov ??? and arrive in Helsinki- Finland on Dec ????? . You will pick up the two 40' containers from Helsinki and take them to Kazan.

Option # 2- Fly from Toronto- Canada, on Nov 15, 05 to Helsinki- Finland on Nov 21, 05. You will pick up the two 40' containers from Helsinki and take them to Kazan.

Option # 3- Ship from Montreal- Canada, on Nov 9, 05 and arrive in St. Petersburg on Dec 1, 05 ( The one that seems to be garantied)

From: Mark Welton on 10/26/2005 03:18 PM
To: Ilidio Coito/Imax@Imax
cc: David Campbell/Imax@Imax, Don Kane/Imax@Imax, John Schreiner/Imax@Imax

Subject: Re: Kazan - Installation

See below.
Ilidio Coito

Ilidio Coito
10/26/2005 01:41 PM

To: Mark Welton/Imax@Imax, Don Kane/Imax@Imax, John Schreiner/Imax@Imax
cc: David Campbell/Imax@Imax
Subject: Kazan - Installation

This is what I am planing to send to Irina. Please add any comments that you feel necessary. The shipping details are still being worked on and I will wait until the end of today..
----x---------------x---------------x----------------x---------

Dear Irina and Alexashin,
Further to our conversation today please find list of the work required to be completed to install the system by Dec 3, 05 as required by the recent signed Amending Agreement to the Lease Agreement. Pursuant to Agreement, the client shall accept delivery by Oct 25 (now changed to Nov 27) and complete the installation by Dec 31, 2005. To clarify, Imax does not require the completion, fit out of the theatre and the opening of the theatre by Dec 31. Please see below the list of work to be completed by your company required for installation.

<u>List of work required for installation:</u> Ilidio, please put proposed dates for each of their works and the number of days to complete. are these the only things needed.
1- Power to the projection room. Temporary power is sufficient and regular power will be connected closer to the Opening date as per your schedule.
2- Exhaust fan in the projection room to cool the projector lamps. ( 1000 CFM, 3" w.g ) measure at the ceiling.
3- Screen area cleared to install the screen frame and pull the white screen sheet. ( the silver screen will be installed at a later date closer to the theatre opening.

I will discuss these items in detail next Tuesday, Nov 1st, at the meetings in kazan

<u>Conditions that do not have to be ready for installation and can continue to be done until the opening.</u>
- Projection windows
- Acoustical treatment
- Wall finishes
- Theatre Ceiling
- Seats
- Theatre Doors
- Railings in the theatre.

<u>Shipping Details</u>
Option # 1 - Ship from Montreal- Canada, on Nov ??? and arrive in Helsinki- Finland on Dec ????? . You will pick up the two 40' containers from Helsinki and take them to Kazan.

Option # 2- Fly from Toronto- Canada, on Nov 15, 05 to Helsinki- Finland on Nov 21, 05. You will pick up the two 40' containers from Helsinki and take them to Kazan.

Option # 3- Ship from Montreal- Canada, on Nov 9, 05 and arrive in St. Petersburg on Dec 1, 05 ( The one that seems to be garantied)

# EXHIBIT U-44

This is Exhibit "U-44" mentioned and referred to in the Affidavit of Michael G. Robb, sworn before me at the City of London, in the Province of Ontario, this 9th day of May, 2012.

A Commissioner, etc.

DANIEL GEORGE STRICKLAND, a C[illegible], etc.,
Province of Ontario, while a Student-at-Law.
Expires: August 8, 2014

IMAX®

Ilidio Coito
10/27/2005 09:14 AM

To: John Schreiner/Imax@Imax, Mark Welton/Imax@Imax
cc: "Alex" <caneks@rogers.com>, Olga Pilnikova/Asia/Imax@Imax, Don Kane/Imax@Imax, Marnie Hamilton/Imax@Imax, Julie Sibley/Imax@Imax, David Campbell/Imax@Imax

Subject: Kazan notification - vadim aleksashin

John and Mark,
Despite the conversations yesterday I still received the attached document from the Lawyer, expressing that they do not want to install the system. Lets talk to them again tomorrow morning with Alex on line.

Marnie, we need to look at Items # 3 and 5, it seems that they have not paid yet and they want the proformas altered. Lets discuss it.

Ilidio

----------------- Forwarded by Ilidio Coito/Imax on 12/14/2005 08:56 AM -----------------

kinoplex SUVAR <kino@suvar.ru> on 10/27/2005 09:44:09 AM

Please respond to temp <kino@suvar.ru>

To: "Ilidio Coito" <icoito@imax.com>
cc:

Subject: notification - vadim aleksashin

............, Ilidio.

--
. .........,
kinoplex mailto:kino@suvar.ru

- notification.doc

From: John Schreiner on 10/27/2005 09:27 AM

To: Ilidio Coito/Imax@Imax
cc: "Alex" <caneks@rogers.com>, David Campbell/Imax@Imax, Don Kane/Imax@Imax, Julie Sibley/Imax@Imax, Mark Welton/Imax@Imax, Marnie Hamilton/Imax@Imax, Olga Pilnikova/Asia/Imax@Imax

Subject: Re: Kazan notification - vadim aleksashin

Ilidio,

I am around and available in the office if you want to discuss this further. We will work on ensuring the installation tomorrow on a call with them - What time do you want to do this call? We should talk to Alex for about 10 minutes prior to the call with the client.

With regards to the payment, I thought the invoice and all the preparations had been made for them to pay as per the Amending agreement. Can anyone confirm this?

John.

Ilidio Coito

Ilidio Coito
10/27/2005 02:14 PM

To: John Schreiner/Imax@Imax, Mark Welton/Imax@Imax
cc: "Alex" <caneks@rogers.com>, Olga Pilnikova/Asia/Imax@Imax, Don Kane/Imax@Imax, Marnie Hamilton/Imax@Imax, Julie Sibley/Imax@Imax, David Campbell/Imax@Imax
Subject: Kazan notification - vadim aleksashin

John and Mark,
Despite the conversations yesterday I still received the attached document from the Lawyer, expressing that they do not want to install the system. Lets talk to them again tomorrow morning with Alex on line.

Marnie, we need to look at items # 3 and 5, it seems that they have not paid yet and they want the proformas altered. Lets discuss it.

Ilidio

----- Forwarded by Ilidio Coito/Imax on 12/14/2005 08:56 AM -----

kinoplex SUVAR <kino@suvar.ru> on 10/27/2005 09:44:09 AM

Please respond to temp <kino@suvar.ru>

To: "Ilidio Coito" <icoito@imax.com>
cc:

Subject: notification - vadim aleksashin

------------, Ilidio.

--

001417

From: John Schreiner on 10/27/2005 09:51 AM

To: Ilidio Coito/Imax@Imax
cc: "Alex" <caneks@rogers.com>, David Campbell/Imax@Imax, Don Kane/Imax@Imax, Julie Sibley/Imax@Imax, Mark Welton/Imax@Imax, Marnie Hamilton/Imax@Imax, Olga Pilnikova/Asia/Imax@Imax

Subject: Re: Kazan notification - vadim aleksashin

I can't find Alex right now as he is not picking up his cell. I know he is travelling back to Toronto today from Orlando and should be back around 4pm. I would recommend you and Mark giving him a call this afternoon to set up the call for tomorrow.

Regarding item #3, this is not part of the agreement but Alex mentioned to me on Monday that they would like us to see if it is possible to break out the costs of the services in the proforma as it will reduce the import duty that they pay. They are paying US$1,850,000 all in for the system up front so they are looking at ways to reduce their importation duties. I am not optimistic that we can do this, but perhaps you can talk to Mark, etc. about this.

John.

Ilidio Coito

Ilidio Coito
10/27/2005 02:41 PM

To: John Schreiner/Imax@Imax
cc: "Alex" <caneks@rogers.com>, David Campbell/Imax@Imax, Don Kane/Imax@Imax, Julie Sibley/Imax@Imax, Mark Welton/Imax@Imax, Marnie Hamilton/Imax@Imax, Olga Pilnikova/Asia/Imax@Imax
Subject: Re: Kazan notification - vadim aleksashin

John,
We should do the call as earlier as possible. however, depends on Mark's schedule. If Alex is available we could even do the call today, in the next hour or so.
( It seams that they wrote that email before receiving my information)

Marnie sent the invoice, however, it was sent with the September date and before the second agreement. Now she is preparing another with the Oct. 25th date.

The item # 3 , regarding the proforma invoices, the agreement does not say anything about separating the costs for the system and for installation. Was that discussed and meant to be added to the agreement.

From: John Schreiner on 10/27/2005 09:27 AM

From: John Schreiner on 10/27/2005 09:27 AM

To: Ilidio Coito/Imax@Imax
cc: "Alex" <caneks@rogers.com>, David Campbell/Imax@Imax, Don Kane/Imax@Imax, Julie Sibley/Imax@Imax, Mark Welton/Imax@Imax, Marnie Hamilton/Imax@Imax, Olga Pilnikova/Asia/Imax@Imax

Subject: Re: Kazan notification - vadim aleksashin

Ilidio,

I am around and available in the office if you want to discuss this further. We will work on ensuring the

installation tomorrow on a call with them - What time do you want to do this call? We should talk to Alex for about 10 minutes prior to the call with the client.

With regards to the payment, I thought the invoice and all the preparations had been made for them to pay as per the Amending agreement. Can anyone confirm this?

John.

Ilidio Coito

Ilidio Coito
10/27/2005 02:14 PM

To: John Schreiner/Imax@Imax, Mark Welton/Imax@Imax
cc: "Alex" <caneks@rogers.com>, Olga Pilnikova/Asia/Imax@Imax, Don Sibley/Imax@Imax, David Campbell/Imax@Imax
Subject: Kazan notification - vadim aleksashin

John and Mark,
Despite the conversations yesterday I still received the attached document from the Lawyer, expressing that they do not want to Install the system. Lets talk to them again tomorrow morning with Alex on line.

Marnie, we need to look at Items # 3 and 5, it seems that they have not paid yet and they want the proformas altered. Lets discuss it.

Ilidio

----- Forwarded by Ilidio Coito/Imax on 12/14/2005 08:56 AM -----

kinoplex SUVAR <kino@suvar.ru> on 10/27/2005 09:44:09 AM

Please respond to temp <kino@suvar.ru>
To: "Ilidio Coito" <icoito@imax.com>
cc:

Subject: notification - vadim aleksashin

............, Ilidio.

--
. .........,
kinoplex mailto:kino@suvar.ru

- notification.doc

# EXHIBIT U-45

This is Exhibit "U-45" mentioned and referred to in the Affidavit of Michael G. Robb, sworn before me at the City of London, in the Province of Ontario, this 9th day of May, 2012.

A Commissioner, etc.

DANIEL GEORGE STRICKLAND, a Commissioner, etc., Province of Ontario, while a Student-at-Law.
Expires: August 8, 2014

IMAX®

Ilidio Coito
11/28/2005 11:58 AM

To: KinopleX SuvaR <kino@suvar.ru>
cc: Don Kane/Imax@Imax, Mark Welton/Imax@Imax, "Alex" <caneks@rogers.com>, Marnie Hamilton/Imax@Imax

Subject: Re: Notification - 5 - Kazan

Dear Irina and Vadim,
Thank you for your email and after talking to Alex, I understand that you are a bit concerned about the system being installed and left to the weather until we go back to finalize everything for the opening.

We understand your concerns and I want to reassure you that we will be doing everything possible to protect the system from any possible damages. Therefore, the system will be installed with temporary power, ( wires running on a cable tray or floor) and we will seal the system after you preview the image and sound of the system.
I would like to express that the system needs to be installed before Dec 31, 2005. Therefore, we will continue with the plan to install it after Dec 10th and please do not be concerned about the safety of the IMAX system.

The installation will be very simple and our guys will be helping your contractors to do it as clean and as efficient as possible. Once we go back for the silver screen and for the opening we will ensure that the system will be prestige, clean and running smoothly for the grand opening.

Please let me know if you require any further information.

Best Regards

Ilidio Coito
(905) 330 2223

kinoplex SUVAR <kino@suvar.ru> on 11/28/2005 11:20:38 AM

kinoplex SUVAR <kino@suvar.ru> on 11/28/2005 11:20:38 AM

Please respond to KinopleX SuvaR <kino@suvar.ru>

To: "Ilidio Coito" <icoito@imax.com>
cc:

Subject: Notification - 5

mailto:kino@suvar.ru

- Notification - 5.doc

From: Mark Welton on 11/28/2005 12:59 PM

To: Ilidio Coito/Imax@Imax
cc: "Alex" <caneks@rogers.com>, Don Kane/Imax@Imax, KinopleX SuvaR <kino@suvar.ru>, Marnie Hamilton/Imax@Imax

Subject: Re: Notification - 5 - Kazan

Ilidio/Alex:

We need to set up a call with Irina and Vadim. As they should be aware and why I copied them, Imax will terminate the agreement and take back the system if the theatre is not installed prior to Dec 31. Alex, you should communicate this as soon as possible to the client.
Ilidio Coito

Ilidio Coito
11/28/2005 11:58 AM

To: KinopleX SuvaR <kino@suvar.ru>
cc: Don Kane/Imax@Imax, Mark Welton/Imax@Imax, "Alex" <caneks@rogers.com>, Marnie Hamilton/Imax@Imax
Subject: Re: Notification - 5 - Kazan

Dear Irina and Vadim,
Thank you for your email and after talking to Alex, I understand that you are a bit concerned about the system being installed and left to the weather until we go back to finalize everything for the opening.

We understand your concerns and I want to reassure you that we will be doing everything possible to protect the system from any possible damages. Therefore, the system will be installed with temporary power, ( wires running on a cable tray or floor) and we will seal the system after you preview the image and sound of the system.
I would like to express that the system needs to be installed before Dec 31, 2005. Therefore, we will continue with the plan to install it after Dec 10th and please do not be concerned about the safety of the IMAX system.

The installation will be very simple and our guys will be helping your contractors to do it as clean and as efficient as possible. Once we go back for the silver screen and for the opening we will ensure that the system will be prestige, clean and running smoothly for the grand opening.

Please let me know if you require any further information.

Best Regards

Ilidio Coito
(905) 330 2223

kinoplex SUVAR <kino@suvar.ru> on 11/28/2005 11:20:38 AM



kinoplex SUVAR <kino@suvar.ru> on 11/28/2005 11:20:38 AM

Please respond to KinopleX SuvaR <kino@suvar.ru>

To: "Ilidio Coito" <icoito@imax.com>
cc:

Subject: Notification - 5

001421

From: Mark Welton on 11/28/2005 02:37 PM
To: KinopleX SuvaR <kino@suvar.ru>
cc: "Alex" <caneks@rogers.com>, Ilidio Coito/Imax@Imax

Subject: Re: Notification - 5 - Kazan

Dear Irina and Vadim:

After speaking with Alex, I now understand that yourselves along with Imax shall continue with its best efforts to install the system prior to Dec 31, 2005. It was my previous understanding after reading Vadim's note that you were abandoning your efforts and as a result, we would have to act on the default of the contract on behalf of our shareholders. This is due to the fact that we have communicated to the shareholders and the stock markets that we would have a fixed number of installs in December which includes Kazan. As a result, we do not have the luxury of not installing your system. I trust you understand our position and I apologize for my earlier note.

Mark Welton
SVP, Theatre Operations.
----- Forwarded by Mark Welton/Imax on 11/28/2005 02:29 PM -----

Mark Welton
11/28/2005 12:59 PM

To: Ilidio Coito/Imax@Imax
cc: "Alex" <caneks@rogers.com>, Don Kane/Imax@Imax, KinopleX SuvaR <kino@suvar.ru>, Marnie Hamilton/Imax@Imax
Subject: Re: Notification - 5 - Kazan

Ilidio/Alex:

We need to set up a call with Irina and Vadim. As they should be aware and why I copied them, Imax will terminate the agreement and take back the system if the theatre is not installed prior to Dec 31. Alex, you should communicate this as soon as possible to the client.
Ilidio Coito

Ilidio Coito
11/28/2005 11:58 AM

To: KinopleX SuvaR <kino@suvar.ru>
cc: Don Kane/Imax@Imax, Mark Welton/Imax@Imax, "Alex" <caneks@rogers.com>, Marnie Hamilton/Imax@Imax
Subject: Re: Notification - 5 - Kazan

Dear Irina and Vadim,
Thank you for your email and after talking to Alex, I understand that you are a bit concerned about the system being installed and left to the weather until we go back to finalize everything for the opening.

We understand your concerns and I want to reassure you that we will be doing everything possible to protect the system from any possible damages. Therefore, the system will be installed with temporary power, ( wires running on a cable tray or floor) and we will seal the system after you preview the image and sound of the system.
I would like to express that the system needs to be installed before Dec 31, 2005. Therefore, we will continue with the plan to install it after Dec 10th and please do not be concerned about the safety of the IMAX system.

The installation will be very simple and our guys will be helping your contractors to do it as clean and as efficient as possible. Once we go back for the silver screen and for the opening we will ensure that the system will be prestige, clean and running smoothly for the grand opening.

Please let me know if you require any further information.

# EXHIBIT U-46

This is Exhibit "U-46" mentioned and referred to in the Affidavit of Michael G. Robb, sworn before me at the City of London, in the Province of Ontario, this 9th day of May, 2012.

A Commissioner, etc.

DANIEL GEORGE STRICKLAND, a Commissioner, etc.,
Province of Ontario, while a Student-at-Law.
Expires: August 8, 2014

Mark Welton/Imax
12/14/2005 02:51 PM

To Karen Dinsmore/Imax@Imax
cc
bcc
Subject Re: Kazan film selection follow-up

I think also that Irina is completely consumed with the install at the moment.
Karen Dinsmore

Karen Dinsmore
12/13/2005 05:09 PM

To: Mark Welton/Imax@Imax
cc:
Subject: Re: Kazan film selection follow-up

Hi Mark, this certainly isn't urgent - I know you're busy with installs. However, I did want to forward this to you so you could get a sense of what we're up against in Kazan. If you just read my 11/22 e-mail and David Brower's 11/23 e-mail, that'll give you the gist of things. John's following up with Irina in Kazan - trying to pick the right opportunity given we're pushing them on the install (per his 12/10 e-mail below).

Cinzia and Fred are continuing to manage this project - having weekly calls with the client to help keep things on track, suggest approaches, bring whatever support we can, etc.

Karen

----- Forwarded by Karen Dinsmore/Imax on 12/13/2005 05:04 PM -----

Cinzia Bonaldi
12/13/2005 10:59 AM

To: John Schreiner/Imax@Imax
cc: David Brower/EUR/Imax@Imax, Fred Guy/Imax@Imax, Karen Dinsmore/Imax@Imax
Subject: Re: Kazan film selection follow-up

Hi John,
Fred and I had a call with Olga in Kazan on Thursday Dec 8th to discuss plans. At the moment, there are two main concerns:

1/ We feel that Olga understands what needs to be done to generate awareness of IMAX in Kazan. Despite the fact that Olga is responsible for the launch she is not empowered to make any decisions. Everything is decided by Irina.

2/ As of Thursday, they have not developed their IMAX logo and have yet to confirm complex name, address, and approximate opening - essential elements when marketing. Given the missing pieces, we can't move ahead with providing them our 35mm brand trailer (end tags includes their logo and locator) and IMAX coming soon banner (planning to use it at their supporting location thus their logo and locator are key).

From a marketing perspective, we think that is not in their best interest to start marketing IMAX at the same time that their multiplex as the two campaigns will end up competing with the other. In addition, with the holiday season upon us, the campaigns will likely have little impact. We suggested that Olga develop her campaign in the next few weeks and begin to roll it out in January.

Cinzia
Karen Dinsmore

Karen Dinsmore

To: John Schreiner/Imax@Imax

12/12/2005 09:23 AM cc: Cinzia Bonaldi/Imax@Imax, David Brower/EUR/Imax@Imax, Fred Guy/Imax@Imax
Subject: Re: Kazan film selection follow-up

Hi John,

Okay, sounds good. Cinzia, if there are additional issues or an update you think would be helpful for John based on your recent interaction with Olga (in Kazan), can you please let him know?

Good luck with all of your deals - we're all keeping our fingers crossed!!

Karen

John Schreiner

John Schreiner
12/10/2005 12:48 PM
To: Karen Dinsmore/Imax@Imax
cc: Cinzia Bonaldi/Imax@Imax, David Brower/EUR/Imax@Imax, Fred Guy/Imax@Imax
Subject: Re: Kazan film selection follow-up

KD,

I will draft something on the plane to India on Monday as I should have time. I have got five deals that I am trying to close before Xmas and get out your voodoo dolls, do a little 'deal dance', sacrifice the neighbourhood brat, or do whatever y'all do to bring good fortune. At the moment and knock on a seriously large piece of wood, they are all on the right track and may happen.

I spoke with Olga yesterday and I may wait another week or two to send it off. What we all need to be aware of is that we have put on some serious, and I mean some serious heat, on them to install this Q, and they also have been stretched for resources as Irina and staff are focussed on opening up another multiplex in a few weeks time to coincide with the major film releases of the xmas season in Russia which falls a little later than ours. I am concerned that she is going to feel a little punch drunk if we keep hounding her. There is also a slim chance that I may stop in prior to xmas and may decide to deliver this message in person.

Please let me know if anybody on this email distribution has any further concerns relating to the theatre which I will try to work into my communication with Irina.

Thanks,

John.

Karen Dinsmore

Karen Dinsmore
12/08/2005 01:03 AM
To: John Schreiner/Imax@Imax
cc: Cinzia Bonaldi/Imax@Imax, Fred Guy/Imax@Imax, David Brower/EUR/Imax@Imax
Subject: Re: Kazan film selection follow-up

Hi John,

I'd meant to respond to this last week...unfortunately this has been in amongst the bunch of e-mails I haven't gotten around to replying to yet. Have you had a conversation with Irina to address some of the issues that came up at our session?

Cinzia and Fred are continuing to work with Kazan (through Olga who was at the meeting in Kazan and speaks English).

We have continued concerns about how heavily they're promoting 3D. I'll send you a couple of e-mails that have gone back and forth on this. If you could continue to emphasize that they need to promote IMAX as a unique and immersive, premium movie-going experience without so much focus on 3D, that would be really helpful. It seems that they are planning on incorporating '3D' into their theatre name/logo, which we strongly recommend against - perhaps you could take them to task on this if this is in fact the case? We haven't seen a logo yet, but it seems based on some text they provided for the translation of the 35mm brand trailer that they might actually be planning to incorporate 3D in the theatre name.

The good news is, we're starting to see some creative and at least have a dialogue going with them. The creative they forwarded was for a billboard, and as you'll see (attached below), it's got a strong 3D visual (and note text states: 'The Biggest Screen in the World'). As you can see, it also doesn't have the theatre name or logo or any locator info or means, i.e. website, to find out more. When Cinzia noted this, Olga explained that the name, 'Port Cinema', hadn't been approved yet and no one could give them the exact address for the theatre! I believe Cinzia is going to suggest that they at least brand it with Suvar Cinema if that is in fact a meaningful reference, add their website (and ensure they have some initial IMAX content up asap), etc. Otherwise, the billboard won't be very effective.

Cinzia and Fred will continue to work through their launch plans and to be as positive as possible in order to encourage them to work with us. It would be great to see their creative in the context of their overall marketing and launch plan, however it may be that they take a piece meal approach and that we never actually see a detailed marketing/launch plan.

FYI we're proceeding with some versioned deliverables - 35mm brand trailer and SHF posters/duratrans.

Cinzia and Fred have a call scheduled with Olga (and potentially Irina?) at 10:00 am EST tomorrow (Thurs.) and can report further. Let us know how your follow-up discussion with Irina went / goes if you have yet to catch up with her.

1.jpg

Regards,

Karen

John Schreiner

John Schreiner
12/01/2005 09:25 AM

To: David Brower/EUR/Imax@Imax
cc: Cinzia Bonaldi/Imax@Imax, Karen Dinsmore/Imax@Imax, Thomas Wyss/Imax@Imax
Subject: Re: Kazan film selection follow-up

Karen and Cinzia,

I spoke with David about Kazan today and mentioned to him that I am very happy to send off a letter to Kazan to ensure that we communicate our views on what she is launching with. He has sent me the following points which I will work into a letter when I have time (very busy at the moment), but wondering if you guys have anything to add?

All the best,

John.

David Brower

David Brower
12/01/2005 01:29 PM

To: John Schreiner/Imax@Imax
cc: Karen Dinsmore/Imax@Imax, Cinzia Bonaldi/Imax@Imax, Thomas Wyss/Imax@Imax
Subject: Kazan film selection follow-up

Hi John,

As discussed today for your letter to Kazan client I offer the following points:

Approach other distributors of the other Russian dubbed movies (she has contact info and film list for them all) to get performance info in Moscow (and overall cume) to help better evaluate launch program and subsequent films for first 6 months. Test locally titles and topics most likely to be most attractive to her particular market to help her choose films - review again the Affiliates materials on film selection strategies.

I could see launching the theatre with T-REX or SPST but both at the same time could be canabalizing the full potential of each film, while not saving another strong film for later in the first year. You know the story. And for 2D films, the only one we can offer is AEK which is not an "A" film, albeit our only one in Russian to date. She should approach other distribs to consider other 2D launch film options, like Everest, Extreme, Ultimate X...these have been dubbed in Russia and played in Moscow. And also a 3D option to complement T-REX or SPST.

The launch film choice is her responsability, we can only make informed suggestions. But if she insists on only starting with IMAX Corp films, Russian dubbed already, and blockbusters, that can be true for SPST and T-REX but not necessarily for AEK though it could work. If she still insists on this criteria for the launch, so be it. Off we go. But again, it is really her decision not ours, she knows her market.

Lastly, film distribution contracts will be provided in English like to all other countries in the region.

Once we get her response, we can see how to move forward and support this theatre fully for their launch programming and beyond. I will move quickly then to provide deal memos for the films, etc.

Let me know if you have any other comments or questions.

Cheers,
David

David Brower

David Brower
11/23/2005 11:57 AM

To: Karen Dinsmore/Imax
cc: Cinzia Bonaldi/Imax@Imax, Fred Guy/Imax@Imax, John Schreiner/Imax@Imax
Subject: Re: Delhi, Russia feedback

John, Karen,

I think the below is a fair assessment of the TMS.

As for film selection, yes, Irina clearly wanted to get her film selection over with there and then, face to face. The language barrier with her, and her leadership/management style made it clear she was pulling

all the strings eventhough she has hired some new staff who have apparently no cinema experience at all, though one with a PHD in economics and one able to translate more or less! Irina even tried to hire in the first day we were with her our interpreter Natalia to work for her on IMAX to help her approach sponsors in Moscow.

So it was just easier for Irina to force things to a conclusion there and then and impulsively get on with it, instead of seeking to get more information to make her launch film decisions. Conclusion was basically that I was to provide contracts for new prints of SPST and T-REX and a used print of AEK- that I could not "prevent" her from launching these films. She was not open to any other options, which she appeared confused and frustrated by, mostly it seems given the time and effort that it would take to approach other distributors, and we were not favorable to recommending she launch the theatre with the following Russian dubbed IMAX films CW, SvsS, Nascar, or GAL preferring to suggest she approach other distributors for a 3rd movie with T-REX and AEK. Moreover, AEK is the only 2D traditional IMAX film dubbed in Russian.

I must say that I am not confortable at all with this situation cause it totally exposes IMAX at all levels if the theatres launch is not stellar, and where she could blame IMAX's launch film recommendations (but her criteria!). I am in a holding pattern on providing any contracts at this point as I need to talk to Thomas, and further with John about this. She really put things as if she had bought a car and that all the accessories for the car should be bought from the same dealership where she bought the car, period. Sure, this way it is easier to blame! I am sure that English language film contracts are going to be equally fun to work through also!

At one point, to give us all some time for further reflection, I asked her to give me a couple days to go back and talk with my team about recommendations and let me get back to her to avoid reaching this film launch scenario but she just wouldn't let go. We suggested several times that she should look at launching some other strong 3D movies from another distributor (though not perhaps digital underwater ones to start like Ocean Wonderland or Sharks 3D) but she just did not want to consider it really. And then ranted on about Stepan being right that there are not enough 3D films.
She really needs to approach some other distributors, sooner rather than later, that have Russian dubbed films, in 2D and 3D, that have worked well in Moscow to get a success reading with the Russian audiences, and to open up her possibilities. And in the end, the choice of launch films must be her responsability, not ours - especially if she does not follow our suggestions.

We have our work cut out for ourselves here!

Cheers,

David Brower
Manager, Film Sales, Europe, Middle East & Africa
IMAX Corp. (Paris, France)
Tel. +33 (0)1 45 30 24 43
Fax. +33 (0)1 45 30 25 18

Karen Dinsmore

Karen Dinsmore
11/22/2005 05:20 PM

To: John Schreiner/Imax@Imax
cc: Cinzia Bonaldi/Imax@Imax, Fred Guy/Imax@Imax, David Brower/EUR/Imax@Imax
Subject: Re: Delhi, Russia feedback

Hi John,

I hope you're feeling better soon. Just call Cinzia and I when you can - I'd really like to get your insight on Delhi and next steps and we'd like to provide you with detailed feedback on Russia and also discuss next

steps. In the meantime, I've provided some key feedback based on Cinzia's and Fred's debrief yesterday.

Three main challenges were 1) language; 2) our lack of understanding of what their needs were and how their business operates - despite our efforts, we did not get any of the profiles completed and returned prior to the session and participants for the most part (Konstantine, I think, being the exception), did not come prepared / with any thought given to how they were going to launch/run their theatres, couldn't answer basic questions, also didn't bring the completed profiles to the meeting, etc.; 3) dynamics of how the session evolved because of the three groups, and especially Irina's input (a real challenge to manage her and her input was, for the most part, quite negative and inappropriate and made for a tense environment - needs following up by you both with Irina and the other clients). Irina apparently said on more than one occasion that if she'd known it would be so much work, she wouldn't have gotten into the business. She even referred to IMAX as her 'expensive toy' - this during the session and for everyone to hear.

Re translation, my take from Cinzia's and Fred's debrief was that there were some challenges here as well, in terms of the feedback from the clients not necessarily coming back to us directly, but rather resulting in a discussion at times between the client and interpreter and the discussion more or less ending there. This approach was not particularly conducive to the flow of information back and forth and or to getting into a topic in any detail.

David can fill you in further re film issues - at least as relates to Kazan. As I understand it, Irina sees no merit in 2D, doesn't understand how she can promote 2D to her audiences (we gave some suggestions re messaging but they didn't resonate with her and this needs follow-up), and essentially expected David (commanded him) to put together her launch film program for her which at the moment is looking like T-Rex, Space Station and Africa's Elephant Kingdom (despite David's repeated suggestions that she also consider other distributors' films). Apparently her criteria for film selection are: 1. has to already be versioned (lots of complaints about everything being in English including all of our materials and re film, having to pay for versioning); 2. only wants to deal with IMAX and not other distributors; 3) has to be a blockbuster - all of which reduces the shopping list and apparently she's not keen on the shopping list to begin with. All of this kind of makes you wonder why she's in the busines?!?

It <u>was</u> a good opportunity to get in front of these clients and to provide an introduction to IMAX, hopefully allowing us to get some momentum going with each post the session. However, it was a real introductory session and we weren't able to get into any topic in any real depth or to get a lot of feedback from them regarding their business - either how things currently work or their plans for IMAX. In hindsight, we would've been better to meet with each of these groups separately, especially given the Irina factor. It would be interesting for you to hear from each client their take on the session and what they feel they got out of it.

Let's talk as soon as we can this week and regroup on next steps. We need to focus on Kazan. The good news is, interaction with Olga (from Irina's team and is fluent in English) has already begun - Cinzia rec'd an e-mail yesterday advising they'd reviewed our material in more detail and we're now following up re specifics.

Cinzia, Fred, David, if I got any of this wrong or you want to add to this, please advise / feel free. Fred, David, if you want to be part of the call with John (would be beneficial), please advise your availability through end of this week and we'll set up with John.

Regards,

Karen

John Schreiner

# EXHIBIT U-47

This is Exhibit "U-47" mentioned and referred to in the Affidavit of Michael G. Robb, sworn before me at the City of London, in the Province of Ontario, this 9th day of May, 2012.

A Commissioner, etc.

DANIEL GEORGE STRICKLAND, a Commissioner, etc.,
Province of Ontario, while a Student-at-Law.
Expires: August 8, 2014

Don Kane/Imax
12/20/2005 11:32 AM

To David Brower/EUR/Imax@Imax
cc
bcc
Subject Re: Kazan the Great

David
It going, but not very well. Place is a mess. We hope to get it running by year end. Client is very very unhappy about us forcing the install, so good luck dealing with her. Opening is expected in March.
Have fun.
Don
David Brower

David Brower
12/20/2005 10:49 AM
To: Don Kane/Imax@Imax
cc:
Subject: Kazan the Great

Hey Don,

How goes it? Hear that the weather is lovely over there today....

Wondering how Kazan is coming along, what is the current ETA (Month in 2006) as of today.

Cheers,

David Brower
Manager, Film Sales, Europe, Middle East & Africa
IMAX Corp. (Paris, France)
Tel. +33 (0)1 45 30 24 43
Fax. +33 (0)1 45 30 25 18

# EXHIBIT U-48

This is Exhibit "U-48" mentioned and referred to in the Affidavit of Michael G. Robb, sworn before me at the City of London, in the Province of Ontario, this 9th day of May, 2012.

A Commissioner, etc.

DANIEL GEORGE STRICKLAND, a Commissioner, etc.,
Province of Ontario, while a Student-at-Law.
Expires: August 8, 2014

001429

Larry T O'Reilly/Imax
12/22/2005 06:55 AM

To "Mark Welton" <mwelton@imax.com>
cc Eric Jacques/Imax@Imax
bcc
Subject Fw: Kazan

I know we need this install but the price may be severe, see point 5 below.

Larry

John Schreiner

From: John Schreiner
Sent: 12/22/2005 12:31 AM
To: Larry T O'Reilly/Imax@Imax
Cc: Don Savant/Imax@Imax
Subject: Kazan

Larry,

See point #5 about Kazan. I don't know what to say.

I was planning to meet Alex in Toronto on the 16th of January. Can you and I take him out to dinner?

Thanks,

John.
----- Forwarded by John Schreiner/Imax on 12/22/2005 05:26 AM -----



"Alex"
<caneks@rogers.com>
12/22/2005 01:39 AM

To: "John Schreiner" <JSchreiner@imax.com>
cc:
Subject:

Hi John,
I know you are still in India.How are the things?
I m going on vacation on Friday morning and will come back by 3 of January.
1. I know we are very close to sign with Lev.Its a good news!
2.You have a Imax meeting in LA in January.Should I come?
3.Konstantin paid 200000 and you should transfer %% to Larissa's account in Parex
4.Lets do differently with Olga's expense from New Year.
Imax will wire the Olga's salary and office rent every month and also will wire $3000 and I will give Olga cash and she will
send the report to Imax where the money will go.When its over Imax will send another 3000.I have some problems with cash in Moscow office.
5. I m trying to smooth the things in Kazan.Irina had heart problem 2 days ago.
You know what I think about this! They are installing the system and speakers and the building not ready! No constant power,-8C inside ,humidity and so on.They just paid about 400000 in duty!.Ilidio guaranteed that he will replace projector,speakers and so on if it wont work.Irina and all guys in Kazan hate everything about IMAX!!!
They are going to expend to another cities and I don't think they are going to deal with Imax anymore.
Also ,she is going to talk about this to another cinema owners.We are going to loose a lot of business in

Russia.
Is it worth it?
Regards,
Alex

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.1.371 / Virus Database: 267.14.3/209 - Release Date: 12/21/2005

# EXHIBIT U-49

This is Exhibit "U-49" mentioned and referred to in the Affidavit of Michael G. Robb, sworn before me at the City of London, in the Province of Ontario, this 9th day of May, 2012.

A Commissioner, etc.

DANIEL GEORGE STRICKLAND, a Commissioner, etc.,
Province of Ontario, while a Student-at-Law.
Expires: August 8, 2014

**From:** Larry T O'Reilly
**Sent:** Thursday, December 22, 2005 11:22 AM
**To:** Rich Gelfond; Brad Wechsler
**Subject:** Our reputation

Rich & Brad:

Don asked me to forward the note below. As we roll out commercial theatres internationally we seem to be developing the same reputation that we have domestically - mainly IMAX is a difficult company to do business with and always will put their own needs first. I know this may be unfair, but that is the reputation we have in the US with many of our current customers and it has been shared with many of our prospects in the past 12 months resulting in lost deals. The international situation, with all of the issues around distribution & the added complication of language & cultural barriers is even worse off. In order to meet our install targets we installed Kazan into an auditorium that the walls in the auditorium do not go up to the ceiling and we even have snow in the auditorium along with -8 degree weather. The client, who admittedly is high strung, is losing her mind and has said she will tell everyone in Russian exhibition how much she hates IMAX. This is one of 3 countries we have targetted for growth. Given we have held their feet to their contractual obligation even though their contractor did not get their building done in time we better make sure this system runs when the theatre actually opens.

There are no easy answers here. Don makes a suggestion below that IMAX front the cost of a few copies of our most successful orginal 3D titles & then make them available to key locations and rotate them around to help fill in some of the distribution gaps - it's a good idea and I think we could make those prints cover their costs. The shipping department has been a joke this past year but there are a couple of new people there who seem dramatically more competent which could help solve a good number of problems. We have had lot's of issues with bad screens this year - I will get Eric and his team all over resolving this but with the demand for 3D screens created by Real D it has put some pressure on suppliers.

I want to stress that in the face of the clients we really stand united, but it seems as though the sales team is spending an inordinate amount of time trying to get our internal constituents to buy into the expectations of our clients. Maybe we have set unrealistic expectations and that is part of the problem, I do know if we lower the bar in terms of what we say the systems will do & the movies they can expect then our sales will slip as well.

I ask that you not forward this document on to Greg or Brian but rather let's try to find some time in January to figure out the best way to marry our own needs with those of our clients; finding the balance of dealing with reduced selling prices on systems (relative to a couple of years ago) and expectations of product reliability (systems) of years gone by, as well as a business model based on commercial films generating $800k - $1,000,000 per annum and the challenges of international distribution.

Regards,

Larry

----- Forwarded by Larry T O'Reilly/Imax on 12/22/2005 09:38 AM -----

Don Savant
12/22/2005 03:08 AM

To: John Schreiner/Imax@Imax
cc: Larry T O'Reilly/Imax@Imax
Subject: Re: Kazan

Larry, please pass this on to Rich. The entire Asia Pacific & Russia team has been extremely supportive of all the install requirements. We have had sales people in India, Russia, and China spending a majority of their time helping PM and the install crews for the last six months to help to insure and expedite installs. We are firmly supportive of the corporate initiatives. However, many of the install have had problems that IMAX has created, such as short shipments, inaccurate and inconsistent packing lists and pro forma invoices, and a major screen problem that has affected jobs in Korea, China and India. The screen problem was especially troubling as the problem was recognized during packing, and nothing was done to rectify the problem until after the screen installations. Even in Delhi, where the screen problem was first noticed, as of today we still do not have a date set for the install of the new screen. Short shipments and inaccurate packing list has lead to major delays in customs, which obviously affects the timing on the installs. With have used up all of our political and relationship capital to meet our install numbers.

John has pointed out the risk below previously, but the warning was not taken seriously. We will respect whatever decision is best for the company, but please know that the situation in Russia will certainly affect our sales next year, especially if Irina begins to share her concerns and issues with other operators. We should immediately deal with this issue and send some type of appreciation for meeting the install requirements. I understand they were contractually obligated, but most developments have delays, especially in Russia where construction is viable for only about 6 months a year.

Technical, screen, and distribution problems have seriously hurt our credibility with our most strategic client CGV, and screen problems in India which has delayed the opening of a 3D films has contributed to a slow start in Delhi. I also want to stress that Film Distribution International has now become a full-fledged crisis. I have spent countless hours explaining strategic importance and sent tens of emails on various issues to Phil, and still he has little interest or understanding of Int'l distribution and theatre operation issues. Some the problems that have gone unresolved are:
CGV lost three valuable weeks to play Polar (Dec. 29 - Jan 20). The schedule

would have been a mix of HP4 and Polar and would have maximized revenue for both WB and CGV. The numbers should be dramatic as a combination HP4 and Polar would have a very high utilization, and HP4 on its own will see a significant drop in week 5-7 similar to its performance worldwide. Also, the slow response hurt our relationship and even had CGV considering play Digital 3D in the IMAX theatres due to the silver screens.
Taipei IMAX, the No.2 or 3 grossing theatre worldwide for Polar with USD$940,000 had their print taken away from them even though they had a verbal agreement with the local operator to play it every holiday season. How does this make sense for either WB or the IMAX theatre operator? There was no sense of urgency when the situation was brought to the attention of Santa Monica and still have not been resolved to date. The best they can hope for now is a pre-Chinese New Year opening, but they have missed the lucrative Christmas season.
Kuala Lumpur - the local dist has continued to request unreasonable terms and we have not been able to help with the situation. We did offer to offset any loss through a discount on future IMAX film leases, but the client was not interested. KL had one of the top attendances for Polar, but lost money through the high minimum guarantee on Robots and has not been able to secure a lease for a DMR films since. When the new head of Int'l distribution joins us in Feb, I will arrange a meeting for him with our client and the local distributor so we can hopefully resolve this issue and book all four WB films in 2006. What was once a benchmark theatre is now a turn around project for us next year.
Both Mumbai and Hyderabad had their Polar prints taken from them, even though they had paid for them with minimum guarantees last year. In the Hyderabad case, a low-level employee was notified the print was being taken and agreed. When Ramesh found out, he did not agree, but WB took the print anyway. Mumbai lost their 2D print and both wanted to play Polar during the Christmas season and into February, as there is not a compelling alternative. Both Hyderabad and Mumbai are strategic theatres and losing Polar was not taken well, especially by Hyderabad. This situation remained unresolved and both did not receive a Polar print.
Kuala Lumpur has not been able to find an appropriate 3D film, as there are no prints available for NASCAR, Space Station, and Mag Des. Etc. Loron has detailed this problem several times and again to date, this has not been resolved. They are hoping to find a Mag Des. print for a Jan debut before Chinese New Year. We should consider producing several new prints of our top films to maximize film dist revenue.

With key openings in Seoul, Manila, Delhi, Chennai and Beijing, I am greatly concerned about on-going distribution issues. I am looking forward to meeting the new head of Int'l distribution and hope he will be spending a significant amount of time in the Asia Pacific region.

John Schreiner
12/21/2005 09:31 PM

To: Larry T O'Reilly/Imax@Imax
cc: Don Savant/Imax@Imax
Subject: Kazan

Larry,

See point #5 about Kazan. I don't know what to say.

I was planning to meet Alex in Toronto on the 16th of January. Can you and I take him out to dinner?

Thanks,

John.
----- Forwarded by John Schreiner/Imax on 12/22/2005 05:26 AM -----

"Alex" <caneks@rogers.com>
12/22/2005 01:39 AM

To: "'John Schreiner'" <JSchreiner@imax.com>
cc:
Subject:

Hi John,
I know you are still in India.How are the things?
I m going on vacation on Friday morning and will come back by 3 of January.
1. I know we are very close to sign with Lev.Its a good news!
2.You have a Imax meeting in LA in January.Should I come?
3.Konstantin paid 200000 and you should transfer %% to Larissa's account in Parex
4.Lets do differently with Olga's expense from New Year.
Imax will wire the Olga's salary and office rent every month and also will wire $3000 and I will give Olga cash and she will
send the report to Imax where the money will go.When its over Imax will send another 3000.I have some problems with cash in Moscow office.
5. I m trying to smooth the things in Kazan.Irina had heart problem 2 days ago.
You know what I think about this! They are installing the system and speakers and the building not ready! No constant power,-8C inside ,humidity and so on.They just paid about 400000 in duty!.Ilidio guaranteed that he will replace projector,speakers and so on if it wont work.Irina and all guys in Kazan hate everything about IMAX!!!
They are going to expend to another cities and I don't think they are going to deal with Imax anymore.
Also ,she is going to talk about this to another cinema owners.We are going to loose a lot of business in Russia.
Is it worth it?
Regards,
Alex

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.1.371 / Virus Database: 267.14.3/209 - Release Date: 12/21/2005

# EXHIBIT U-50

This is Exhibit "U-50" mentioned and referred to in the Affidavit of Michael G. Robb, sworn before me at the City of London, in the Province of Ontario, this 9th day of May, 2012.

A Commissioner, etc.

DANIEL GEORGE STRICKLAND, a Commissioner, etc.,
Province of Ontario, while a Student-at-Law.
Expires: August 8, 2014

To: Ilidio Coito/Imax@Imax
cc: John Schreiner/Imax@Imax

Subject: Re: IMAX Agreement - Suvar Kazan

Hi Ilidio,

I have to apologise for a not very quick response, but I have been sick for a few days and did not have any access to my email.

I have spoken to Irina today. Her idea for the moment is to gather you, the company "Kinoproizvodstvennaya masterskaya" (KPM) that is supposed to make installation and some other technicians together. Unfortunately, guys from KPM are not availalble on the 19th-20th due to some other arrangements they already have. So she is asking if you have any chance to come to Kazan after 25th of October? Tomorrow she will confirm me the dates when KPM guys are available. She is trying to do her best to be ready for the IMAX installation by December, as she knows that this is crucial issue for IMAX.

If you have any questions, you can contact me at the office + 7 095 641 12 07 or my cell phone + 7 916 500 66 20.

All the best,
Olga

Redacted - Privilege

Redacted - Privilege

----- Forwarded by James A Skinner/CAN/Imax on 10/04/2005 10:06 AM -----

James A Skinner
09/07/2005 02:49 PM

To: kino@suvar.ru
cc: John Schreiner/Imax@Imax, Olga Pilnikova/Asia/Imax@Imax
Subject: IMAX Agreement - Suvar Kazan

Dear Irina,

I hope that you had a wonderful summer and that Kazan has had a 1000 year anniversary celebration to remember!

Our apologies for not responding sooner to the letter sent by your legal counsel following our telephone conference. It has been difficult with our summer holidays to arrange the necessary discussions with the people at IMAX involved with the Kazan project. Your patience has been appreciated.

In response to your requests, IMAX can answer as follows:

1. The Delivery Date will be revised to be October 25, 2005. This will allow the System to be shipped to Russia in time for installation in December, 2005. The $720,000 payment that is due September 10 would be pushed back to October 25.

2. The Bank Guarantee provided by IMAX will be extended (at IMAX's expense) from October 1 to November 1, in accordance with the new shipment schedule.

3. Suvar Kazan and IMAX will use their best efforts to complete the installation and commissioning of the IMAX System in the Theatre by no later than December 31, 2005. As we explained, all that is required by IMAX is that the IMAX System is operational before the end of the year. The final finishing of the Theatre can be completed after this date, and Ilidio, our Project Manager, can discuss with you the base requirements for the commissioning of our System. As we stressed in our call, this is a critically important issue for IMAX. We have no issue with the Theatre being opened to the public in early 2006 as long as the commissioning of the System occurs in 2005.

4. The final payment of $180,000 will be due upon the earlier of: (i) the Date of Acceptance (the opening of the Theatre to the public), and (ii) February 28, 2006. All other obligations for maintenance and

percentage payments will also start from this later date.

We trust that you will find these concessions from IMAX properly and fairly address the needs of both Suvar Kazan and IMAX. I will provide you with a basic amending agreement incorporating these terms for your review in the near future.

On another note, there is a chance that I will be joining John in Moscow next week for Kino Expo. If I do make it to Russia, it would be great to see you again and perhaps go out for a dinner. I will know my travel schedule in the next few days.

Best regards,
James

# EXHIBIT U-51

This is Exhibit "U-51" mentioned and referred to in the Affidavit of Michael G. Robb, sworn before me at the City of London, in the Province of Ontario, this 9th day of May, 2012.

A Commissioner, etc.

DANIEL GEORGE STRICKLAND, a Commissioner, etc.,
Province of Ontario, while a Student-at-Law.
Expires: August 8, 2014

IMAX®

Ilidio Coito
01/19/2006 09:14 AM

To: John Schreiner/Imax@Imax
cc: Eric Jacques/Imax@Imax, Don Kane/Imax@Imax, Mark Welton/Imax@Imax, Don Savant/Imax@Imax, Larry T O'Reilly/Imax@Imax

Subject: Re: Kazan

Hi John,
During the installation, Irina had IMAX- Mark Welton sign an agreement that states that we will replace any parts that might have been damaged due to those conditions and that the system will be working 100% for the opening date. We are already considering the replacement of the Speakers and we will know for sure once we do the test once we go back for the opening.

I will follow up again with Irina reassuring her that we will be behind the system 100%, so that she can be at ease and trust IMAX.

Ilidio

From: John Schreiner on 01/19/2006 07:41 AM

From: John Schreiner on 01/19/2006 07:41 AM
To: Eric Jacques/Imax@Imax
cc: Don Kane/Imax@Imax, Ilidio Coito/Imax@Imax, Mark Welton/Imax@Imax, Don Savant/Imax@Imax, Larry T O'Reilly/Imax@Imax

Subject: Kazan

Dear Eric,

Just to give you a heads up, the temperature dropped to minus 40 celcius last night in Kazan and not much has happened at the theatre since the equipment was installed on the 31st of December. As far as I understand, the walls are not complete still and there is no heating or climate control in the projection booth. The client is concerned about the equipment when time comes to start it up again. I never thought I would hear this one, but Russia has been virtually shut down the last few days due to extreme cold weather.

Regards,

John.

# EXHIBIT U-52

This is Exhibit "U-52" mentioned and referred to in the Affidavit of Michael G. Robb, sworn before me at the City of London, in the Province of Ontario, this 9th day of May, 2012.

A Commissioner, etc.

DANIEL GEORGE STRICKLAND, a Commissioner, etc.,
Province of Ontario, while a Student-at-Law.
Expires: August 8, 2014

Don Kane/Imax
01/23/2006 09:30 AM

To David Brower/EUR/Imax@Imax
cc
bcc
Subject Re: Kazan, Russia update

We commissioned it December 31, even though there were no walls and ice in the theatre. Irena was not impressed. It's now -40 in the theatre, so who knows how the system will fare. Opening was targeted for end of March, but with the cold weather they have stopped work. I would guess late April for opening, but will let you know if that changes.
Don
David Brower

David Brower
01/23/2006 06:23 AM

To: Don Kane/Imax@Imax
cc:
Subject: Kazan, Russia update

Happy New Year Don.
A whole other 356 days to play golf again (okay, maybe the snow and frostbite limits that....). Indoor miniature golf then, at least, let's say.
What is the status today on Kazan's opening date? I have heard some humourous stories about putting in the system there before years end (2005). Anyway, a brief opening date update and probability of that are welcome.
Cheers,

David Brower
Manager, Film Sales, Europe, Middle East & Africa
IMAX Corp. (Paris, France)
Tel. +33 (0)1 45 30 24 43
Fax. +33 (0)1 45 30 25 18

# EXHIBIT U-53

This is Exhibit "U-53" mentioned and referred to in the Affidavit of Michael G. Robb, sworn before me at the City of London, in the Province of Ontario, this 9th day of May, 2012.

A Commissioner, etc.

DANIEL GEORGE STRICKLAND, a Commissioner, etc.,
Province of Ontario, while a Student-at-Law.
Expires: August 8, 2014

001441

From: John Schreiner on 01/30/2006 09:47 AM
To: Mark Welton/Imax@Imax
cc: "Don Kane" <dkane@imax.com>, Ilidio Coito/Imax@Imax, Marnie Hamilton/Imax@Imax

Subject: Re: Kazan

Mark,

I have been told that they are signing it shortly. I have just sent them legal's fax number so Marnie can you please keep an eye out for it.

Thank you.

PS - Marnie, I also told them to keep an eye out for that fax from PWC - I am not sure if they have seen it or not, but keep reminding me to follow up.

Mark Welton

Mark Welton
01/30/2006 11:05 AM

To: Ilidio Coito/Imax
cc: John Schreiner/Imax, "Don Kane" <dkane@imax.com>, caneks@rogers.com
Subject: Re: Kazan

Guys I am in Toyko with Rich and Brad. John, you will need to work with alex to get the signed document. The $25K was specifically to get them to install. There is no more money coming which the client needs to understand. Also, the agreement already states that we will repair and parts and customs and shipping. This should cover their concern for the speakers. John/ilidio, the auditors need the document today.

-----Ilidio Coito/Imax wrote: -----

To: John Schreiner/Imax@Imax, Mark Welton/Imax, "Don Kane" <dkane@imax.com>
From: Ilidio Coito/Imax
Date: 01/30/2006 04:09AM
Subject: Re: Kazan

Hi John and Mark,
The installation is pretty much done, with the exception of changing one power panel and redo the exhaust fan because they didn't have the right stuff.
The work was done and then the equipment was closed, therefore minimal work should be required for the opening. The 25,000 dolars was the incentive to do the installation earlier and cosidered for advertising, therefore they should not look at us for payments related to installation. Therefore, they would be responsable for the installation whether last year or this.
The speakers are an issue that we will deal once our guy does the inspection, therefore they should not be asking for money on that. If we need to replace them then we will bring the others back and should be considered as replacement.
I am traveling to sofia right now but call me if you need any further information
Ilidio

Ilidio Coito
Sent from my BlackBerry Wireless Handheld
John Schreiner

From: John Schreiner

# EXHIBIT U-54

This is Exhibit "U-54" mentioned and referred to in the Affidavit of Michael G. Robb, sworn before me at the City of London, in the Province of Ontario, this 9th day of May, 2012.

A Commissioner, etc.

DANIEL GEORGE STRICKLAND, a Commissioner, etc., Province of Ontario, while a Student-at-Law. Expires: August 8, 2014

Mark Welton/Imax
01/30/2006 02:52 PM

To John Schreiner/Imax
cc "Don Kane" <dkane@imax.com>, Ilidio Coito/Imax, Marnie Hamilton/Imax
bcc
Subject Re: Kazan

Thanks for the work John. Means an awful lot.
-----John Schreiner/Imax wrote: -----

To: Mark Welton/Imax@Imax
From: John Schreiner/Imax
Date: 01/30/2006 09:47AM
cc: "Don Kane" <dkane@imax.com>, Ilidio Coito/Imax@Imax, Marnie Hamilton/Imax@Imax
Subject: Re: Kazan

Mark,

I have been told that they are signing it shortly. I have just sent them legal's fax number so Marnie can you please keep an eye out for it.

Thank you.

PS - Marnie, I also told them to keep an eye out for that fax from PWC - I am not sure if they have seen it or not, but keep reminding me to follow up.

Mark Welton

Mark Welton
01/30/2006 11:05 AM

To: Ilidio Coito/Imax
cc: John Schreiner/Imax, "Don Kane" <dkane@imax.com>, caneks@rogers.com
Subject: Re: Kazan

Guys I am in Toyko with Rich and Brad. John, you will need to work with alex to get the signed document. The $25K was specifically to get them to install. There is no more money coming which the client needs to understand. Also, the agreement already states that we will repair and parts and customs and shipping. This should cover their concern for the speakers. John/ilidio, the auditors need the document today.

-----Ilidio Coito/Imax wrote: -----

To: John Schreiner/Imax@Imax, Mark Welton/Imax, "Don Kane" <dkane@imax.com>
From: Ilidio Coito/Imax
Date: 01/30/2006 04:09AM
Subject: Re: Kazan

Hi John and Mark,
The installation is pretty much done, with the exception of changing one power panel and redo the exhaust fan because they didn't have the right stuff.

The work was done and then the equipment was closed, therefore minimal work should be required for the opening. The 25,000 dolars was the incentive to do the installation earlier and cosidered for advertising, therefore they should not look at us for payments related to installation. Therefore, they would be responsable for the installation whether last year or this.
The speakers are an issue that we will deal once our guy does the inspection, therefore they should not be asking for money on that. If we need to replace them then we will bring the others back and should be considered as replacement.
I am traveling to sofia right now but call me if you need any further information
Ilidio

Ilidio Coito
Sent from my BlackBerry Wireless Handheld
John Schreiner

**From:** John Schreiner
**Sent:** 01/29/2006 10:55 PM
**To:** Mark Welton/Imax@Imax
**Cc:** Ilidio Coito/Imax@Imax
**Subject:** Kazan

I am in India, but will call you in the morning when you get in.

John.

----- Forwarded by John Schreiner/Imax on 01/30/2006 03:54 AM -----

"Alex" <caneks@rogers.com>
01/29/2006 11:40 PM
To: "John Schreiner" <JSchreiner@imax.com>
cc:
Subject: RE: Visit to Toronto

John,
I asked them the same question.But you gave to them 25000 as a advertising money, because they put a lot of effort to open it in December.You need to ask Ilidio,what's done by those guys and if they have to come back and redo some work.
Lets see what they tell us on Monday.
Regards,
Alex

---

**From:** John Schreiner [mailto:JSchreiner@imax.com]
**Sent:** Sunday, January 29, 2006 1:31 PM
**To:** Alex
**Cc:** Mark Welton
**Subject:** RE: Visit to Toronto

Alex,

I have copied Mark on this email.

001444

1 and 2 sound fine as we could put more specific language in regarding the speakers that we will cover all replacement costs, etc should they need to be replaced.
3. I do not quite understand point #3. We provided them the US$25,000 as an incentive to help market the theatre but also to defray any additional costs. Are you suggesting that they want us to pay money for these guys to come back? I doubt they weill need to come back as all of the technical stuff will have been done. Can you elaborate exactly what he is asking for on this point?

John.

"Alex" <caneks@rogers.com>

01/29/2006 04:58 PM

To: "'John Schreiner'" <JSchreiner@imax.com>
cc:
Subject: RE: Visit to Toronto

Hi John,
Nobody called me.
I talked to Vadim.He said ,they are going to sign it but to change some in the agreement.
They have 3 questions:
1.31000 advertising money - no problem,they spent already 16000 and have invoices for that
2. Speakers- installation,duty,transportation and so on
3. They had few installers from Moscow ,who was making the installation in December and have to come bake in April to do it again.They came from Moscow,stayed in the hotel and worked and got paid for it and going to do it again.
Regards,
Alex

—
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.1.375 / Virus Database: 267.14.23/243 - Release Date: 1/27/2006

---

IMAX think big
The Ultimate Movie Experience
www.imax.com
IMAX and IMAX think big are registered trademarks of IMAX Corporation

****************************** IMPORTANT NOTICE *************************
Information contained in this e-mail correspondence is confidential information intended only for the use of the individual or entity named above. Any reader of this message who is not the intended recipient of this correspondence is hereby notified that any dissemination, distribution, copying or communication of the contents of this correspondence is strictly prohibited. If this email was not addressed to you, please immediately notify us by phone in Canada at (905) 403-6500 (collects calls will be accepted) or by email at webmaster@imax.com and delete and destroy this correspondence inadvertently sent to you. Thank you.