# FINNERTY ECONOMIC CONSULTING

# BILLS

# FINNERTY ECONOMIC CONSULTING

# JULY 6, 2010 BILL

IMAX

# FinnEcon

*INVOICE*

Svc agreement on file

Date Received:
Vendor No: 5757
Matter No: C60231-1 Imax
Employee ID: 01205
Dist. Code: L1017
Voucher No:
Prov:
660237

| Date | Invoice No |
|---|---|
| 7/6/2010 | 111554 |

| Our Case Name |
|---|
| IMAX Corporation |

| Phone | Fax |
|---|---|
| 212-599-1640 | 212-599-1242 |

| Identification Number |
|---|
| 20-0119705 |

Robert M. Rothman, Esq.
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, NY 11747

Offical Case Name: In Re IMAX Corporation Securities Litigation

| Date | Staff Name | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| 4/27/2010 | Dr. Finnerty | External Team Meeting or Conference Call -- Managing Principal<br>Conference call with Dr. Finnerty and the Lexecon team to discuss the case. | 0.3 | 695.00 | 208.50 |
| 4/29/2010 | Dr. Finnerty | Internal Team Meeting -- Managing Principal<br>Internal team meeting with Dr. Finnerty and Mr. Turner to discuss the case. | 0.2 | 695.00 | 139.00 |
| 4/29/2010 | Mr. Turner | Internal team meeting -- Senior Associate<br>Internal team meeting with Dr. Finnerty and Mr. Turner to discuss the case. | 0.2 | 495.00 | 99.00 |
| 5/4/2010 | Dr. Finnerty | Document Review -- Managing Principal<br>Review documents sent by Lexecon team | 0.3 | 695.00 | 208.50 |
| 5/7/2010 | Dr. Finnerty | Document Review -- Managing Principal<br>Review documents sent by Lexecon team | 3.3 | 695.00 | 2,293.50 |
| 5/8/2010 | Dr. Finnerty | Financial Research -- Managing Principal<br>Financial research on case - related issues. | 0.3 | 695.00 | 208.50 |
| 5/9/2010 | Dr. Finnerty | Document Review -- Managing Principal<br>Reviewed the complaint. | 1.3 | 695.00 | 903.50 |
| 6/14/2010 | Dr. Finnerty | Document Review -- Managing Principal<br>Review documents collected by Lexecon team. | 0.5 | 695.00 | 347.50 |
| 6/15/2010 | Dr. Finnerty | Document Review -- Managing Principal<br>Review documents sent by counsel. | 0.3 | 695.00 | 208.50 |

It has been a pleasure doing business with you. Please remit payment to Finnerty Economic Consulting LLC at the address shown below or via wire transfer.

**Total**

Wire Payments with Invoice Number to: Citibank, NA, Br #160 -- Routing No: 021000089
For the benefit of: Finnerty Economic Consulting, LLC -- Account No: 63593966

FinnEcon

*INVOICE*

| Date | Invoice No. |
|---|---|
| 7/6/2010 | 111554 |
| **Our Case Name** | |
| IMAX Corporation | |
| **Phone** | **Fax** |
| 212-599-1640 | 212-599-1242 |
| **Tax Identification Number** | |
| 20-0119705 | |

Robert M. Rothman, Esq.
Robbins Geller Rudman & Dowd, LLP
58 South Service Road, Suite 200
Melville, NY 11747

Offical Case Name: In Re IMAX Corporation Securities Litigation

| Date | Staff Name | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| 6/17/2010 | Dr. Finnerty | Document Review -- Managing Principal<br>Review documents sent by Lexecon team. | 0.3 | 695.00 | 208.50 |
| 6/20/2010 | Dr. Finnerty | Document Review -- Managing Principal<br>Review defendants' filings and expert reports. | 9.6 | 695.00 | 6,672.00 |
| 6/21/2010 | Dr. Finnerty | External Team Meeting or Conference Call -- Managing Principal<br>External team meeting with Dr. Finnerty and Lexecon team to discuss rebuttal report. | 0.8 | 695.00 | 556.00 |
| 6/21/2010 | Dr. Finnerty | Document Review -- Managing Principal<br>Review defendants' filings and expert reports. | 0.5 | 695.00 | 347.50 |
| | | Total -- Billable Hours | | | 12,400.50 |
| 6/30/2010 | | Copies / Printed Pages -- Monthly Total | 183.0 | 0.15 | 27.45 |

It has been a pleasure doing business with you. Please remit payment to Finnerty Economic Consulting LLC at the address shown below or via wire transfer.

**Total** $12,427.95

Wire Payments with Invoice Number to: Citibank, NA, Br #160 – Routing No: 021000089
For the benefit of Finnerty Economic Consulting, LLC – Account No: 63593966

60 E. 42nd Street, Ste 2910 Finnerty Economic Consulting, LLC New York City, NY 10165

# FINNERTY ECONOMIC CONSULTING

# AUGUST 3, 2010 BILL

For Accounting Use Only YS
Date Received: SVC agreement on file HA
Vendor No: 5757
Matter Name/No: 060231-1 IMAX
Employee ID: 01205
Disb.Code: L1017
Voucher No:
Approval:

FinnEcon

# INVOICE

| Date | Invoice No. |
|---|---|
| 8/3/2010 | 111575 |

**Our Case Name**
IMAX Corporation

| Phone | Fax |
|---|---|
| 212-599-1640 | 212-599-1242 |

**Tax Identification Number**
20-0119705

Robert M. Rothman, Esq.
Robbins Geller Rudman & Dowd, LLP
58 South Service Road, Suite 200
Melville, NY 11747

IMAX
060231

**Offical Case Name: In Re IMAX Corporation Securities Litigation**

| Date | Staff Name | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| 7/1/2010 | Dr. Finnerty | External Team Meeting -- Managing Principal<br>External team meeting with Dr. Finnerty and Compass Lexecon staff to discuss loss causation analysis. | 0.4 | 695.00 | 278.00 |
| 7/1/2010 | Dr. Finnerty | Communication with Client or Counsel -- Managing Principal<br>Conference call with Dr. Finnerty and counsel to discuss loss causation. | 0.1 | 695.00 | 69.50 |
| 7/1/2010 | Dr. Finnerty | Document Review -- Managing Principal<br>Reviewed documents sent in by counsel for loss causation analysis. | 0.4 | 695.00 | 278.00 |
| 7/8/2010 | Dr. Finnerty | External Team Meeting -- Managing Principal<br>External team meeting with Dr. Finnerty and Compass Lexecon staff to discuss loss causation issues. | 0.2 | 695.00 | 139.00 |
| 7/21/2010 | Dr. Finnerty | Draft Report -- Managing Principal<br>Draft section of expert report. | 0.7 | 695.00 | 486.50 |
| 7/22/2010 | Dr. Finnerty | Draft Report -- Managing Principal<br>Draft section of expert report. | 2.5 | 695.00 | 1,737.50 |
| 7/22/2010 | Dr. Finnerty | Financial Research -- Managing Principal<br>Financial research for expert report. | 0.3 | 695.00 | 208.50 |
| 7/22/2010 | Dr. Finnerty | External Team Meeting -- Managing Principal<br>External team meeting with Dr. Finnerty and Compass Lexecon staff to discuss loss causation issues. | 0.2 | 695.00 | 139.00 |
| 7/23/2010 | Dr. Finnerty | Draft Report -- Managing Principal<br>Drafting expert report. | 2.4 | 695.00 | 1,668.00 |

It has been a pleasure doing business with you. Please remit payment to Finnerty Economic Consulting LLC at the address shown below or via wire transfer.

**Total**

AUG - 9 2010

Wire Payments with Invoice Number to: Citibank, NA, Br #160 -- Routing No: 021000089
For the benefit of: Finnerty Economic Consulting, LLC -- Account No: 63593966

# FinnEcon

## INVOICE

| Date | Invoice No. |
|---|---|
| 8/3/2010 | 111575 |
| **Our Case Name** | |
| IMAX Corporation | |
| **Phone** | **Fax** |
| 212-599-1640 | 212-599-1242 |
| **Tax Identification Number** | |
| 20-0119705 | |

Robert M. Rothman, Esq.
Robbins Geller Rudman & Dowd, LLP
58 South Service Road, Suite 200
Melville, NY 11747

**Offical Case Name: In Re IMAX Corporation Securities Litigation**

| Date | Staff Name | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| 7/23/2010 | Dr. Finnerty | Internal Team Meeting -- Managing Principal<br>Internal team meeting with Dr. Finnerty and Ms. Chen to discuss researching published research concerning impact of revenue recognition fraud on share price. | 0.9 | 695.00 | 625.50 |
| 7/23/2010 | Ms. Chen | Internal Team Meeting -- Senior Research Analyst.<br>Internal team meeting with Dr. Finnerty and Ms. Chen to discuss researching published research concerning impact of revenue recognition fraud on share price. | 0.9 | 300.00 | 270.00 |
| 7/23/2010 | Dr. Finnerty | External Team Meeting -- Managing Principal<br>External team meeting with Dr. Finnerty and Compass Lexecon staff to discuss loss causation issues. | 0.4 | 695.00 | 278.00 |
| 7/23/2010 | Ms. Chen | Financial Research -- Senior Research Analyst<br>Research on risk-factor loadings models | 2.0 | 300.00 | 600.00 |
| 7/24/2010 | Dr. Finnerty | Draft Report -- Managing Principal<br>Draft expert report. | 1.0 | 695.00 | 695.00 |
| 7/26/2010 | Dr. Finnerty | Document Review -- Managing Principal<br>Reviewed documents pertaining to company news announcements. | 3.0 | 695.00 | 2,085.00 |
| 7/26/2010 | Dr. Finnerty | Document Review -- Managing Principal<br>Reviewed James deposition. | 3.2 | 695.00 | 2,224.00 |
| 7/27/2010 | Dr. Finnerty | Document Review -- Managing Principal<br>Reviewed documents pertaining to company news announcements. | 1.7 | 695.00 | 1,181.50 |

It has been a pleasure doing business with you. Please remit payment to Finnerty Economic Consulting LLC at the address shown below or via wire transfer. **Total**

Wire Payments with Invoice Number to: Citibank, NA, Br #160 -- Routing No: 021000089
For the benefit of: Finnerty Economic Consulting, LLC -- Account No: 63593966

60 E. 42nd Street, Ste 2910 **Finnerty Economic Consulting, LLC** New York City, NY 10165

FinnEcon

*INVOICE*

| Date | Invoice No. |
|---|---|
| 8/3/2010 | 111575 |
| **Our Case Name** | |
| IMAX Corporation | |
| **Phone** | **Fax** |
| 212-599-1640 | 212-599-1242 |
| **Tax Identification Number** | |
| 20-0119705 | |

Robert M. Rothman, Esq.
Robbins Geller Rudman & Dowd, LLP
58 South Service Road, Suite 200
Melville, NY 11747

**Offical Case Name: In Re IMAX Corporation Securities Litigation**

| Date | Staff Name | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| 7/27/2010 | Dr. Finnerty | External Team Meeting -- Managing Principal<br>External team meeting with Dr. Finnerty and Compass Lexecon staff to discuss changes to the draft expert report. | 0.7 | 695.00 | 486.50 |
| 7/27/2010 | Dr. Finnerty | Financial Research -- Managing Principal<br>Financial research completed to determine the validity of rolling regression. | 0.5 | 695.00 | 347.50 |
| 7/28/2010 | Ms. Lawrence | Document Review -- Research Analyst<br>Reviewed news items for evidence of misleading information/disclosures for declaration draft. | 1.3 | 275.00 | 357.50 |
| 7/28/2010 | Dr. Finnerty | Internal Team Meeting -- Managing Principal<br>Internal team meeting with Dr. Finnerty and Ms. Lawrence to discuss citations. | 0.2 | 695.00 | 139.00 |
| 7/28/2010 | Dr. Finnerty | Draft Report -- Managing Principal<br>Draft expert report. | 5.8 | 695.00 | 4,031.00 |
| 7/28/2010 | Dr. Finnerty | Document Review -- Managing Principal<br>Reviewed Allen deposition. | 4.1 | 695.00 | 2,849.50 |
| 7/28/2010 | Dr. Finnerty | External Team Meeting -- Managing Principal<br>External team meeting with Dr. Finnerty and Compass Lexecon staff to discuss changes to be made to the draft expert report. | 0.3 | 695.00 | 208.50 |
| 7/28/2010 | Ms. Lawrence | Internal Team Meeting -- Research Analyst<br>Internal team meeting with Dr. Finnerty and Ms. Lawrence to discuss citations. | 0.2 | 275.00 | 55.00 |

It has been a pleasure doing business with you. Please remit payment to Finnerty Economic Consulting LLC at the address shown below or via wire transfer.

**Total**

Wire Payments with Invoice Number to: Citibank, NA, Br #160 -- Routing No: 021000089
For the benefit of: Finnerty Economic Consulting, LLC -- Account No: 63593966

60 E. 42nd Street, Ste 2910 Finnerty Economic Consulting, LLC New York City, NY 10165

FinnEcon

*INVOICE*

| Date | Invoice No: |
|---|---|
| 8/3/2010 | 111575 |
| **Our Case Name** | |
| IMAX Corporation | |
| **Phone** | **Fax** |
| 212-599-1640 | 212-599-1242 |
| **Tax Identification Number** | |
| 20-0119705 | |

Robert M. Rothman, Esq.
Robbins Geller Rudman & Dowd, LLP
58 South Service Road, Suite 200
Melville, NY 11747

**Offical Case Name: In Re IMAX Corporation Securities Litigation**

| Date | Staff Name | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| 7/29/2010 | Dr. Finnerty | Document Review -- Managing Principal<br>Reviewed documents relating to company fraud disclosures. | 4.3 | 695.00 | 2,988.50 |
| 7/29/2010 | Dr. Finnerty | Draft Report -- Managing Principal<br>Draft expert report. | 1.8 | 695.00 | 1,251.00 |
| 7/29/2010 | Dr. Finnerty | External Team Meeting -- Managing Principal<br>External team meeting with Dr. Finnerty and Compass Lexecon staff to discuss changes to be made to the draft expert report. | 0.3 | 695.00 | 208.50 |
| 7/30/2010 | Dr. Finnerty | Draft Report -- Managing Principal<br>Finalize expert report. | 2.7 | 695.00 | 1,876.50 |
| 7/30/2010 | Dr. Finnerty | External Team Meeting -- Managing Principal<br>External team meeting with Dr. Finnerty and Compass Lexecon staff to discuss changes to be made to the expert report. | 0.5 | 695.00 | 347.50 |
| 7/28/2010 | | Faxes received / sent | 17.0 | 0.50 | 8.50 |
| 7/31/2010 | | Copies / Printed Pages -- Monthly Total | 440.0 | 0.15 | 66.00 |

It has been a pleasure doing business with you. Please remit payment to Finnerty Economic Consulting LLC at the address shown below or via wire transfer.

**Total** $28,184.00

Wire Payments with Invoice Number to: Citibank, NA, Br #160 -- Routing No: 021000089
For the benefit of: Finnerty Economic Consulting, LLC -- Account No: 63593966

# FINNERTY ECONOMIC CONSULTING

# SEPTEMBER 2, 2010 BILL

FinnEcon

*INVOICE*

| Date | Invoice No. |
|---|---|
| 9/2/2010 | 111590 |

Svc agreement

NY For Accounting Use Only

Date Received:

Vendor No: 5757

060231 IMAX

01205

L1017

060231

Our Case Name: IMAX Corporation

| Phone | Fax |
|---|---|
| 212-599-1640 | 212-599-1242 |

Tax Identification Number: 20-0119705

Robert M. Rothman, Esq.
Robbins Geller Rudman & Dowd, LLP
58 South Service Road, Suite 200
Melville, NY 11747

Offical Case Name: In Re IMAX Corporation Securities Litigation

| Date | Staff Name | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| 8/2/2010 | Dr. Finnerty | Financial Research -- Managing Principal<br>Researched rolling regression technique used by James. | 0.6 | 695.00 | 417.00 |
| 8/3/2010 | Dr. Finnerty | Communication with Client or Counsel -- Managing Principal<br>Conference call with Dr. Finnerty and counsel to discuss the document request from opposing counsel. | 0.2 | 695.00 | 139.00 |
| 8/3/2010 | Dr. Finnerty | Financial Research -- Managing Principal<br>Researched publications and other items requested by opposing counsel. | 0.5 | 695.00 | 347.50 |
| 8/3/2010 | Dr. Finnerty | External Team Meeting -- Managing Principal<br>Discussed responding to the document request from opposing counsel. | 0.5 | 695.00 | 347.50 |
| 8/5/2010 | Dr. Finnerty | Internal Team Meeting -- Managing Principal<br>Internal team meeting with Dr. Finnerty and Ms. Chen to discuss the documents requested by opposing counsel. | 0.3 | 695.00 | 208.50 |
| 8/5/2010 | Ms. Chen | Internal Team Meeting -- Senior Research Analyst.<br>Internal team meeting with Dr. Finnerty and Ms. Chen to discuss the documents requested by opposing counsel. | 0.3 | 300.00 | 90.00 |
| 8/5/2010 | Dr. Finnerty | Document Review -- Managing Principal<br>Review documents requested for by opposing counsel. | 0.4 | 695.00 | 278.00 |
| 8/5/2010 | Dr. Finnerty | Communication with Client or Counsel -- Managing Principal<br>Conference call with counsel to discuss the documents requested by opposing counsel. | 0.1 | 695.00 | 69.50 |
| 8/5/2010 | Ms. Chen | Financial Research -- Senior Research Analyst<br>Document considered. | 0.5 | 300.00 | 150.00 |

It has been a pleasure doing business with you. Please remit payment to Finnerty Economic Consulting LLC at the address shown below or via wire transfer.

**Total**

SEP 20 2010

Wire Payments with Invoice Number to: Citibank, NA, Br #160 – Routing No: 021000089
For the benefit of: Finnerty Economic Consulting, LLC -- Account No: 63593966

60 E. 42nd Street, Ste 2910 Finnerty Economic Consulting, LLC New York City, NY 10165

FinnEcon

*INVOICE*

| Date | Invoice No. |
| --- | --- |
| 9/2/2010 | 111590 |

| Our Case Name |
| --- |
| IMAX Corporation |

| Phone | Fax |
| --- | --- |
| 212-599-1640 | 212-599-1242 |

| Tax Identification Number |
| --- |
| 20-0119705 |

Robert M. Rothman, Esq.
Robbins Geller Rudman & Dowd, LLP
58 South Service Road, Suite 200
Melville, NY 11747

**Official Case Name: In Re IMAX Corporation Securities Litigation**

| Date | Staff Name | Description | Time | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 8/6/2010 | Mr. Turner | Document Review -- Senior Associate<br>Search for previous reports regarding loss causation. | 0.8 | 495.00 | 396.00 |
| 8/6/2010 | Ms. Lawrence | Document Review -- Research Analyst<br>Review old cases and reports for loss causation report examples. | 0.8 | 275.00 | 220.00 |
| 8/6/2010 | Dr. Finnerty | Financial Research -- Managing Principal<br>Review regression runs requested by opposing counsel. | 0.3 | 695.00 | 208.50 |
| 8/6/2010 | Dr. Finnerty | Communication with Client or Counsel -- Managing Principal<br>Conference call with Dr. Finnerty, Mr. Turner, Mr. Cohn and counsel to discuss discovery request and regression runs. | 0.1 | 695.00 | 69.50 |
| 8/6/2010 | Mr. Turner | Communication with Client or Counsel -- Senior Associate<br>Conference call with Dr. Finnerty, Mr. Turner, Mr. Cohn and counsel to discuss discovery request and regression runs. | 0.1 | 495.00 | 49.50 |
| 8/6/2010 | Mr. Cohn | Communication with Client or Counsel -- Associate<br>Conference call with Dr. Finnerty, Mr. Turner, Mr. Cohn and counsel to discuss discovery request and regression runs. | 0.1 | 350.00 | 35.00 |
| 8/6/2010 | Mr. Turner | Document Review -- Senior Associate<br>Dr. Finnerty and Mr. Turner review documents requested by opposing counsel. | 0.4 | 495.00 | 198.00 |
| 8/6/2010 | Dr. Finnerty | Document Review -- Managing Principal<br>Dr. Finnerty and Mr. Turner review documents requested by opposing counsel. | 0.4 | 695.00 | 278.00 |

It has been a pleasure doing business with you. Please remit payment to Finnerty Economic Consulting LLC at the address shown below or via wire transfer.

**Total**

Wire Payments with Invoice Number to: Citibank, NA, Br #160 -- Routing No: 021000089
For the benefit of: Finnerty Economic Consulting, LLC -- Account No: 63593966

FinnEcon

*INVOICE*

| Date | Invoice No: |
|---|---|
| 9/2/2010 | 111590 |

**Our Case Name**
IMAX Corporation

| Phone | Fax |
|---|---|
| 212-599-1640 | 212-599-1242 |

**Tax Identification Number**
20-0119705

Robert M. Rothman, Esq.
Robbins Geller Rudman & Dowd, LLP
58 South Service Road, Suite 200
Melville, NY 11747

**Offical Case Name: In Re IMAX Corporation Securities Litigation**

| Date | Staff Name | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| 8/6/2010 | Dr. Finnerty | Communication with Client or Counsel -- Managing Principal<br>Conference call with counsel to discuss regression runs and discovery request from opposing counsel. | 0.3 | 695.00 | 208.50 |
| 8/6/2010 | Dr. Finnerty | Internal Team Meeting -- Managing Principal<br>Internal team meeting with Dr. Finnerty and Ms. Chen to discuss regression runs and discovery request from opposing counsel. | 0.6 | 695.00 | 417.00 |
| 8/6/2010 | Ms. Chen | Internal Team Meeting -- Senior Research Analyst<br>Internal team meeting with Dr. Finnerty and Ms. Chen to discuss regression runs and discovery request from opposing counsel. | 0.6 | 300.00 | 180.00 |
| 8/9/2010 | Dr. Finnerty | External Team Meeting -- Managing Principal<br>Discovery request response. | 0.3 | 695.00 | 208.50 |
| 8/10/2010 | Dr. Finnerty | External Team Meeting -- Managing Principal<br>External team meeting with Compass Lexecon to prepare for my deposition. | 0.2 | 695.00 | 139.00 |
| 8/10/2010 | Dr. Finnerty | Preparation for Meeting or Deposition -- Managing Principal<br>Prepare for deposition by reviewing documents received from counsel. | 0.5 | 695.00 | 347.50 |
| 8/10/2010 | Dr. Finnerty | Internal Team Meeting -- Managing Principal<br>Internal team meeting with Dr. Finnerty and Mr. Turner to discuss the binders required for my deposition. | 0.2 | 695.00 | 139.00 |
| 8/10/2010 | Mr. Turner | Internal team meeting -- Senior Associate<br>Internal team meeting with Dr. Finnerty and Mr. Turner to discuss the binders required for Dr. Finnerty's deposition. | 0.2 | 495.00 | 99.00 |

It has been a pleasure doing business with you. Please remit payment to Finnerty Economic Consulting LLC at the address shown below or via wire transfer.

**Total**

Wire Payments with Invoice Number to: Citibank, NA, Br #160 -- Routing No: 021000089
For the benefit of: Finnerty Economic Consulting, LLC -- Account No: 63593966

60 E. 42nd Street, Ste 2910 **Finnerty Economic Consulting, LLC** New York City, NY 10165

FinnEcon

*INVOICE*

| Date | Invoice No: |
|---|---|
| 9/2/2010 | 111590 |

**Our Case Name**
IMAX Corporation

| Phone | Fax |
|---|---|
| 212-599-1640 | 212-599-1242 |

**Tax Identification Number**
20-0119705

Robert M. Rothman, Esq.
Robbins Geller Rudman & Dowd, LLP
58 South Service Road, Suite 200
Melville, NY 11747

**Offical Case Name: In Re IMAX Corporation Securities Litigation**

| Date | Staff Name | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| 8/10/2010 | Dr. Finnerty | Communication with Client or Counsel -- Managing Principal<br>Conference call with counsel to discuss the discovery request from opposing counsel. | 0.4 | 695.00 | 278.00 |
| 8/12/2010 | Dr. Finnerty | Preparation for Meeting or Deposition -- Managing Principal<br>Prepare for deposition by reviewing documents received from counsel. | 0.3 | 695.00 | 208.50 |
| 8/13/2010 | Dr. Finnerty | Preparation for Meeting or Deposition -- Managing Principal<br>Prepare for deposition by reviewing documents received from counsel. | 2.7 | 695.00 | 1,876.50 |
| 8/13/2010 | Dr. Finnerty | External Team Meeting -- Managing Principal<br>External team meeting with Compass Lexecon to prepare for my deposition. | 0.1 | 695.00 | 69.50 |
| 8/14/2010 | Dr. Finnerty | Preparation for Meeting or Deposition -- Managing Principal<br>Prepare for my deposition by reviewing documents. | 1.0 | 695.00 | 695.00 |
| 8/15/2010 | Dr. Finnerty | Preparation for Meeting or Deposition -- Managing Principal<br>Prepare for my deposition by reviewing reports. | 1.0 | 695.00 | 695.00 |

It has been a pleasure doing business with you. Please remit payment to Finnerty Economic Consulting LLC at the address shown below or via wire transfer.

**Total** $9,062.50

Wire Payments with Invoice Number to: Citibank, NA, Br #160 -- Routing No: 021000089
For the benefit of: Finnerty Economic Consulting, LLC -- Account No: 63593966

60 E. 42nd Street, Ste 2910 Finnerty Economic Consulting, LLC New York City, NY 10165

10/12/2010

**Finnerty Economic Consulting, LLC**

## IMAX Corporation

| Staff Member & Position | Hours | Rate / Hour | Total |
|---|---|---|---|
| * David Cohn, Associate | 0.10 | $ 350.00 | $ 35.00 |
| Hsiang Y. Chen, Senior Research Analyst | 1.40 | $ 300.00 | $ 420.00 |
| Jeffrey S. Turner, Senior Associate | 1.50 | $ 495.00 | $ 742.50 |
| John Finnerty, Managing Principal | 11.00 | $ 695.00 | $ 7,645.00 |
| * Kelly Lawrence, Research Analyst | 0.80 | $ 275.00 | $ 220.00 |
| Total | | | $ 9,062.50 |

* Confirmed that time was on correct case