UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | 06 CIV. 6128 (NRB) |

**MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO RULE 54(b)**

TO EACH PARTY AND TO EACH ATTORNEY OF RECORD IN THIS ACTION:

**PLEASE TAKE NOTICE** that lead plaintiff The Merger Fund ("Lead Plaintiff") in the above-captioned class action (the "Action"), by and through its attorneys Abbey Spanier, LLP ("Lead Counsel"), respectfully submits this Motion for Entry of Final Judgment dismissing the claims in this Action with prejudice against defendants IMAX Corporation, Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce, Kathryn A. Gamble and PricewaterhouseCoopers LLP, an Ontario Limited Liability Partnership (the "Defendants").

The Court entered a Final Settlement Approval Order on June 20, 2012, which recognized that the settlement of this Action is conditioned on the Canadian Order that amended the definition of the Ontario global class by excluding those individuals who were also members of the U.S. class and did not opt out of this settlement becoming final and unappealable. On November 8, 2013, the parties to this Action determined that the Canadian Order has become final and unappealable. As such, Lead Plaintiff and Lead Counsel respectfully request that the Court, pursuant to Fed. R. Civ. P. 54(b), enter an Order dismissing this Action against the

Defendants with prejudice and without costs in accordance with the Amended Stipulation and Agreement of Settlement previously approved by the Court. [1]

Dated: November 20, 2013

Respectfully submitted,

Arthur N. Abbey w/p RM

Arthur N. Abbey
aabbey@abbeyspanier.com
Karin E. Fisch
kfisch@abbeyspanier.com
Richard B. Margolies
rmargolies@abbeyspanier.com

**ABBEY SPANIER, LLP**
212 East 39th Street
New York, New York 10016
Telephone: 212-889-3700
Facsimile: 212-684-5191

*Counsel for Lead Plaintiff*

[1] Lead Plaintiffs have contemporaneously filed herewith a Proposed Final Judgment Dismissing Claims Against IMAX Corporation, Richard L. Gelfond, Bradley J. Wechsler, Francis T. Joyce, Kathryn A. Gamble and PricewaterhouseCoopers LLP, an Ontario Limited Liability Partnership.