UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IMAX CORPORATION SECURITIES LITIGATION | 06 CIV. 6128 (NRB) |

**NOTICE OF MOTION FOR ENTRY OF SETTLEMENT DISTRIBUTION ORDER**

TO EACH PARTY AND TO EACH ATTORNEY OF RECORD IN THIS ACTION:

**PLEASE TAKE NOTICE** that lead plaintiff The Merger Fund ("Lead Plaintiff")[1] in the above-captioned class action (the "Action"), by and through its attorneys Abbey Spanier, LLP ("Lead Counsel"), will move this Court before the Honorable Naomi R. Buchwald, at the United States District Court, Southern District of New York, for an Order authorizing distribution of the Net Settlement Fund. The processing of all submitted claims in this Action is completed and the Canadian Order has become final and unappealable. As such, Lead Plaintiff respectfully requests that the Court enter an Order, *inter alia*: (1) approving the distribution of the Net Settlement Fund to Class Members whose Proof of Claim and Release forms have been accepted in accordance with the procedures set forth in the Notice and Plan of Allocation and processed by the Claims Administrator in this matter ("Authorized Claimants"); (2) approving the acceptance of specified late claims; (3) disallowing rejected claims; and (4) authorizing payment of fees and expenses to the Claims Administrator.

In support of their Motion for Entry of Settlement Distribution Order, Lead Plaintiff contemporaneously files herewith a Memorandum of Points and Authorities in Support of Lead

---

1 Except where stated otherwise, all capitalized terms shall have the same meanings as defined in the Stipulation and Agreement of Settlement dated January 26, 2012, and amended as of March 20, 2012 (the "Amended Stipulation" or "Settlement Agreement").

Plaintiff's Motion for Entry of Settlement Distribution Order; the Declaration of Arthur N. Abbey in Support of Lead Plaintiff's Motion for Entry of Order Approving Distribution of Net Settlement Fund to Authorized Claimants, Allowing Late-Filed Claims, Disallowing Rejected Claims, and Authorizing Payment to Claims Administrator; the Affidavit of Paul Mulholland, President of Strategic Claims Services; and a Proposed Settlement Distribution Order.

Dated: April 3, 2014

Respectfully submitted,

/s/ Arthur N. Abbey
Arthur N. Abbey
aabbey@abbeyspanier.com
Karin E. Fisch
kfisch@abbeyspanier.com
Richard B. Margolies
rmargolies@abbeyspanier.com

**ABBEY SPANIER, LLP**
212 East 39th Street
New York, New York 10016
Telephone: 212-889-3700
Facsimile: 212-684-5191

*Counsel for Lead Plaintiff*