# EXHIBIT A

# EXHIBIT A

## REPORT OF THE SETTLEMENT ADMINISTRATOR

## IMAX CORPORATION SECURITIES LITIGATION

TOTAL # OF CLAIMS .......................................................... 6,733

TOTAL # OF APPROVED VALID CLAIMS .......................... 1,403

TOTAL # OF REJECTED CLAIMS ........................................ 5,330

NO RECOGNIZED LOSSES ....................................4,465
PURCHASED OUTSIDE OF CLASS PERIOD ............287
PURCHASED ON TORONTO STOCK EXCHANGE..165
SHARES NOT PURCHASED .......................................133
INSUFFICIENT DOCUMENTATION..........................127
SHARES SOLD SHORT ................................................111
DUPLICATE CLAIM FILED ..........................................31
WRONG STOCK...............................................6
CLAIMS WITHDRAWN....................................5

TOTAL ..........................................................................5,330

TOTAL RECOGNIZED LOSSES ..........................................$62,249,197.93