# EXHIBIT B-2

LATE, PROPERLY DOCUMENTED CLAIMS

EXHIBIT B-2

| Claim # | Name1 | Name2 | Name3 | Recognized Losses |
|---|---|---|---|---|
| 2449 | RICKY W CHERF | KANDY D CHERF | | 27,237.26 |
| 6356 | MARTHA G TAYLOR | | | 1,170.00 |
| 6363 | EVELYN J SHICKMAN | | | 477.75 |
| 6370 | ANAHID KYUPELYAN | | | 214.50 |
| 6372 | SUSAN K LAHTI | | | 393.00 |
| 6373 | BRUCE M LAHTI | | | 1,473.00 |
| 6374 | GERALD J LEVAN | | | 3,510.00 |
| 6375 | STEPHEN LEVAN | | | 75.50 |
| 6384 | DEEPAK SHAH | | | 3,900.00 |
| 6385 | BRIAN BRIDGEMAN | | | 1,268.40 |
| 6387 | STEVE CHOW | | | 7,800.00 |
| 6389 | STEVEN BARBER IRA | | | 13,650.00 |
| 6390 | STEVEN BARBER | | | 58,500.00 |
| 6391 | MARGARET A TERMINA IRA | | | 7,800.00 |
| 6392 | FRANCES BARBER | | | 19,500.00 |
| 6393 | LISA TERMINA ESA | BARNEY TERMINA GUARDIAN | | 3,900.00 |
| 6394 | BARNEY TERMINA | MARGARET TERMINA | | 19,500.00 |
| 6395 | BARNEY TERMINA | | | 9,750.00 |
| 6396 | WILLIAM H LIEBHABER DECD IRA | FCC AS CUSTODIAN | | 11,700.00 |
| 6397 | FRANCIS BARBER TTEE | SOLUTIONS | | 9,750.00 |
| 6398 | BARNEY TERMINA IRA | | | 3,900.00 |
| 6405 | WILLIAM BARBER | | | 29,250.00 |
| 6406 | CAROL FAGET | | | 1,474.70 |
| 6407 | ISAAC M CHAN | SILVIAN W CHAN | | 2,656.00 |
| 6409 | KRISTY ANN TERMINA | | | 15,600.00 |
| 6410 | PENELOPE LIEBHABER IRA | | | 7,800.00 |
| 6412 | HAMID SHEIKH | | | 975.00 |
| 6417 | JAMES MURPHY | | | 31,200.00 |
| 6418 | JAMES F MIELZINER | CHARLOTTE A MIELZINER | | 4,040.35 |
| 6424 | KENNETH RIBUAT | SUSAN RIBYAT | | 3,535.00 |
| 6440 | RICHARD H OTTO | | | 5,130.00 |
| 6448 | ERIK COHEN | | | 3,900.00 |
| 6459 | Financial Recovery Technologies LLC FBO | PATTERSON GEORGE F | | 390.00 |
| 6460 | US BANK FBO: | HAYDEN^HARRIS LIV TR TA/R | | 4,143.20 |
| 6465 | CP ECKRICH FBO: | C PAUL ECKRICH | | 7,800.00 |
| 6469 | ELLIOT MILLER | | | 390.00 |
| 6472 | Battea FBO | LLC | Trading Limited | 400.90 |
| 6476 | RAVI F PAHADE | PRAMODINI R PAHADE | | 884.34 |
| 6478 | DAVID L. CLARK | | | 780.00 |
| 6479 | PAMELA JEANE BROWN | | | 180.60 |
| 6480 | SENTINEL ASSET MANAGEMENT | Fund | | 27,114.16 |
| 6491 | JOSEPH KOWALSKY | | | 1,601.00 |
| 6514 | LIQUID CLAIMS, LLC | INC | | 73,682.70 |
| 6515 | LIQUID CLAIMS, LLC | INC | | 302,593.20 |

LATE, PROPERLY DOCUMENTED CLAIMS

**EXHIBIT B-2**

| Claim # | Name1 | Name2 | Name3 | Recognized Losses |
|---|---|---|---|---|
| 6518 | LIQUID CLAIMS, LLC | INC | | 766,073.10 |
| 6522 | LIQUID CLAIMS, LLC | INC | | 162,681.58 |
| 6525 | LIQUID CLAIMS, LLC | INC | | 697,274.78 |
| 6528 | LIQUID CLAIMS, LLC | INC | | 342,456.10 |
| 6530 | LIQUID CLAIMS, LLC | INC | | 16,542.90 |
| 6531 | LIQUID CLAIMS, LLC | INC | | 38,714.11 |
| 6533 | LIQUID CLAIMS, LLC | INC | | 7,696.60 |
| 6540 | Battea FBO | LLC | MAC Master Fund LP | 227,198.40 |
| 6589 | DAVID L. CLARK | | | 9,633.00 |
| 6657 | Aspen Trading, LLC | | | 4,818.00 |
| 6658 | Equitec Structured Products, LLC | | | 27,430.70 |
| 6665 | c/o Butterfield Trust (Bermuda) Limited | HFR MA Opportunity Master Trust | | 40,560.00 |
| 6672 | CHARLES MORRA | | | 1,950.00 |
| 6675 | S.C.A. Advisers FBO:Cutler Group LP CGC | | | 25,021.40 |
| 6709 | FINANCIAL RECOVERY TECHNOLOGIES | TUCO - 233065 | | 241.34 |
| 6719 | FINANCIAL RECOVERY TECHNOLOGIES | NATHAN COUSINEAU | | 390.00 |
| 6720 | FINANCIAL RECOVERY TECHNOLOGIES | JOYCE WOYEN | | 418.00 |
| 6721 | FINANCIAL RECOVERY TECHNOLOGIES | ERIC WILLERTH | | 1,170.00 |
| 6722 | FINANCIAL RECOVERY TECHNOLOGIES | LOIS ADAMS | | 1,755.00 |
| 6723 | FINANCIAL RECOVERY TECHNOLOGIES | GEORGE ROSSI | | 3,900.00 |
| | | **TOTAL** | **64 $** | **3,106,915.57** |