# EXHIBIT C

 EXHIBIT C

In re IMAX Corporation Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street - Suite 3
Media, PA 19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## DEFICIENCY NOTICE

**CONTROL#:** 9

**June 24, 2013**

[redacted]

**TO: CLAIMANT**
**RE: IMAX Corporation Securities Litigation**

**AcctNum:**

A review of your claim has revealed some incomplete or missing information. In order to assist you in completing the claims process, the information required to process your claim has been noted below:

| Description: | Shares: |
|---|---|
| Sufficient documentation* was not provided. In order to process your claim we require proof of your balance on 10/17/2007. | 5000 |

**Please call our office if you may need further clarification of this notice.**

**If you do not return these corrections and the requested information within thirty (30) days from the date of this notice, your claim may be deemed ineligible to participate in the distribution of the settlement fund.**

**Note: Please supply the omitted item(s) and return the information, along with this letter, to the address above.**

*Supporting documentation would be broker confirmation slips, monthly statements, 1099's, dividend reinvestment statements, etc . . . for any transactions of IMAX Common Stock between 2/27/2003 and 10/17/2007 inclusive, and balances of IMAX common stock on 2/26/2003 and 10/17/2007.