# EXHIBIT D

CLAIMS NOT DOCUMENTED

EXHIBIT D

| Claim # | Name1 | Name2 | Name3 | Reason for Rejection |
|---|---|---|---|---|
| 83 | WARREN A NAGLE | | | INSUFFICIENT DOCUMENTATION |
| 91 | MARIANNE BONACUSO | | | INSUFFICIENT DOCUMENTATION |
| 104 | ADRIENNE RENEE URIZAR | | | INSUFFICIENT DOCUMENTATION |
| 109 | JEAN-FRANCOIS GOUIN | 401488 ALRA LTD | | INSUFFICIENT DOCUMENTATION |
| 115 | EUGEN KOMARNITSKY | | | INSUFFICIENT DOCUMENTATION |
| 204 | DAVID & KIM HONG | | | INSUFFICIENT DOCUMENTATION |
| 231 | DANIEL SCHMATZ | | | INSUFFICIENT DOCUMENTATION |
| 284 | RANDY GEPP | | | INSUFFICIENT DOCUMENTATION |
| 288 | SEAN MCNAMEE | | | INSUFFICIENT DOCUMENTATION |
| 305 | ALAN F PORTELLI | MAUREEN PORTELLI | | INSUFFICIENT DOCUMENTATION |
| 330 | JOSEPH F CASUCCIO | | | INSUFFICIENT DOCUMENTATION |
| 352 | MARTIN BORRUSO | | | INSUFFICIENT DOCUMENTATION |
| 377 | MICHAEL S KIRSCHNER | | | INSUFFICIENT DOCUMENTATION |
| 427 | ARTHUR W JOHNSON JR | | | INSUFFICIENT DOCUMENTATION |
| 434 | DARRELL LEWIS | MARY JO LEWIS | | INSUFFICIENT DOCUMENTATION |
| 582 | DAVID WELSH | AHLENE WELSH | | INSUFFICIENT DOCUMENTATION |
| 583 | GARY KRAVITZ | | | INSUFFICIENT DOCUMENTATION |
| 588 | NICHOLAS AHERN | | | INSUFFICIENT DOCUMENTATION |
| 589 | JAMES GRAY | | | INSUFFICIENT DOCUMENTATION |
| 590 | GERALD GOULD | | | INSUFFICIENT DOCUMENTATION |
| 647 | JAMES P CURRAN | HELEN T CURRAN | | INSUFFICIENT DOCUMENTATION |
| 651 | FREDDIE GOLTZ | | | INSUFFICIENT DOCUMENTATION |
| 663 | VALERIE MALMONT | | | INSUFFICIENT DOCUMENTATION |
| 669 | FREDERICK E MAYHEW | | | INSUFFICIENT DOCUMENTATION |
| 687 | ALAN J GROSSMAN TTEE | | | INSUFFICIENT DOCUMENTATION |
| 688 | ALAN J GROSSMAN TTEE | | | INSUFFICIENT DOCUMENTATION |
| 738 | JEFFREY JONES | | | INSUFFICIENT DOCUMENTATION |
| 787 | ROY L WEATHERSPOON | | | INSUFFICIENT DOCUMENTATION |
| 820 | NICOLAS J GUTIERREZ JR ESQ | | | INSUFFICIENT DOCUMENTATION |
| 840 | ROBERTA A TABI IRA | | | INSUFFICIENT DOCUMENTATION |
| 843 | FABI DESCENDANT TRUST | | | INSUFFICIENT DOCUMENTATION |
| 865 | SANKRANT SANU | | | INSUFFICIENT DOCUMENTATION |
| 893 | LAWRENCE G LOESSIN JR | SOPHIE L LOESSIN | | INSUFFICIENT DOCUMENTATION |
| 900 | FMT CO CUST IRA ROLLOVER | STUBBLEFIELD | | INSUFFICIENT DOCUMENTATION |
| 944 | GIBSON EQUITIES(ALBERTA)LTD | | | INSUFFICIENT DOCUMENTATION |
| 966 | ALICE JENNINGS | | | INSUFFICIENT DOCUMENTATION |
| 1863 | SANDY SILVERSTEIN | | | INSUFFICIENT DOCUMENTATION |
| 1869 | VARDAN BAKHSHIAN | | | INSUFFICIENT DOCUMENTATION |
| 1947 | WILLIAM J HYMAN | | | INSUFFICIENT DOCUMENTATION |
| 1949 | ALBERT J APUZZI | ANGELA R APUZZI | | INSUFFICIENT DOCUMENTATION |
| 1964 | JOSEPH KOSIANA | | | INSUFFICIENT DOCUMENTATION |
| 1986 | JEFFREY K FORTENBERRY | SUSAN G FORTENBERRY | | INSUFFICIENT DOCUMENTATION |
| 1987 | MICHAEL TERRY | | | INSUFFICIENT DOCUMENTATION |
| 2043 | JOHN MCGLYNN | | | INSUFFICIENT DOCUMENTATION |

CLAIMS NOT DOCUMENTED

EXHIBIT D

| Claim # | Name1 | Name2 | Name3 | Reason for Rejection |
|---|---|---|---|---|
| 2068 | ANGELA MONG | | | INSUFFICIENT DOCUMENTATION |
| 2125 | RICHARD TROTTA | | | INSUFFICIENT DOCUMENTATION |
| 2147 | STEVEN SKOLER TR | | | INSUFFICIENT DOCUMENTATION |
| 2200 | LINDA GUIDRY | | | INSUFFICIENT DOCUMENTATION |
| 2243 | ROBERT A FARI | | | INSUFFICIENT DOCUMENTATION |
| 2251 | CARY A BERGMANN | | | INSUFFICIENT DOCUMENTATION |
| 2272 | SEBASTIANA PULIS | | | INSUFFICIENT DOCUMENTATION |
| 2274 | BARBARA J KNAPP | | | INSUFFICIENT DOCUMENTATION |
| 2275 | BARBARA J KNAPP | | | INSUFFICIENT DOCUMENTATION |
| 2281 | MICHAEL D CLELAND | | | INSUFFICIENT DOCUMENTATION |
| 2284 | ROBERT A FRIES | | | INSUFFICIENT DOCUMENTATION |
| 2287 | ERNEST ARNOLD STOAKLEY | | | INSUFFICIENT DOCUMENTATION |
| 2344 | KEVIN DEERY | C/O LONGFIELD ROOF TRUSS | | INSUFFICIENT DOCUMENTATION |
| 2402 | FBO ELIZABETH LAURYN SHAPIRO | JOSEPH R PERELLA TTEE | | INSUFFICIENT DOCUMENTATION |
| 2403 | FBO STEVEN MICHAEL SHAPIRO | JOSEPH R PERELLA TTEE | | INSUFFICIENT DOCUMENTATION |
| 2404 | FBO EDEN KATHRYN HAMMOND | JOSEPH R PERELLA TTEE | | INSUFFICIENT DOCUMENTATION |
| 2438 | JERRY PEHLKE JR | | | INSUFFICIENT DOCUMENTATION |
| 2471 | JOSEPH J GALCIK | | | INSUFFICIENT DOCUMENTATION |
| 2483 | R. KENDALL STERLING | | | INSUFFICIENT DOCUMENTATION |
| 2485 | KURT KENDALL | | | INSUFFICIENT DOCUMENTATION |
| 2519 | DAVID KOTOK | KOTOK BUILDING | | INSUFFICIENT DOCUMENTATION |
| 2523 | NITA QUINT | | | INSUFFICIENT DOCUMENTATION |
| 2596 | CSS LLC. | ANDREANNA A LEON | | INSUFFICIENT DOCUMENTATION |
| 2637 | THOMAS N GAGE | | | INSUFFICIENT DOCUMENTATION |
| 2654 | AVI ZAMIR | | | INSUFFICIENT DOCUMENTATION |
| 2681 | RON S M YEE | | | INSUFFICIENT DOCUMENTATION |
| 2689 | MICHAEL D CLELAND | | | INSUFFICIENT DOCUMENTATION |
| 2764 | FAYE W. BRIDGES | | | INSUFFICIENT DOCUMENTATION |
| 2856 | SHARAN G NANDI TRUSTEE | SHASHI S NANDI TRUSTEE | | INSUFFICIENT DOCUMENTATION |
| 3191 | LIAM MILLHISER | | | INSUFFICIENT DOCUMENTATION |
| 3193 | CIARAN DEERY | ANGELA DEERY | | INSUFFICIENT DOCUMENTATION |
| 3280 | REGIONS WEALTH MANAGEMENT | INVEST | | INSUFFICIENT DOCUMENTATION |
| 3282 | REGIONS WEALTH MANAGEMENT | COLUMBIA PRTN | | INSUFFICIENT DOCUMENTATION |
| 3283 | REGIONS WEALTH MANAGEMENT | GUTHRIE THOMAS J | | INSUFFICIENT DOCUMENTATION |
| 4632 | Wilmington Trust | MASTER | | INSUFFICIENT DOCUMENTATION |
| 5435 | Coatue Management, LLC | Coatue Qualified Partners LP | | INSUFFICIENT DOCUMENTATION |
| 5575 | | WH IRELAND | | INSUFFICIENT DOCUMENTATION |
| 5576 | | GAMAX MANAGEMENT AG | | INSUFFICIENT DOCUMENTATION |
| 5679 | DENIS LACASSE | | | INSUFFICIENT DOCUMENTATION |
| 5722 | PETER W FRAZIER | | | INSUFFICIENT DOCUMENTATION |
| 5772 | JAMES JOSEPH LANNERS JR. | | | INSUFFICIENT DOCUMENTATION |
| 5780 | OLANIYI AREKE | | | INSUFFICIENT DOCUMENTATION |
| 5781 | OLANIYI AREKE | SOWBHAGYALAKSHMI AREKE | | INSUFFICIENT DOCUMENTATION |
| 5814 | LAURA C ROGERS JAMES P ROGERS JT WROS | | | INSUFFICIENT DOCUMENTATION |

CLAIMS NOT DOCUMENTED

EXHIBIT D

| Claim # | Name1 | Name2 | Name3 | Reason for Rejection |
|---|---|---|---|---|
| 5821 | PFH INVESTMENTS LTD | | | INSUFFICIENT DOCUMENTATION |
| 5853 | STEVE GARFUNKEL | | | INSUFFICIENT DOCUMENTATION |
| 5905 | MICHAEL YOUNG | | | INSUFFICIENT DOCUMENTATION |
| 5920 | TRANSTEXAS ENTERPRISES INC | | | INSUFFICIENT DOCUMENTATION |
| 5943 | KAI-FOOK FELIX CHIN | | | INSUFFICIENT DOCUMENTATION |
| 5963 | LAURA SOBOL | | | INSUFFICIENT DOCUMENTATION |
| 6000 | HELEN J THONEN | | | INSUFFICIENT DOCUMENTATION |
| 6025 | NANCY WETZEL CUST. FOR | MI-UNIF-TRANM | | INSUFFICIENT DOCUMENTATION |
| 6026 | NANCY WETZEL | | | INSUFFICIENT DOCUMENTATION |
| 6038 | MICHAEL SATRAN | TERRY SATRAN | | INSUFFICIENT DOCUMENTATION |
| 6082 | SELIM BENARDETE | | | INSUFFICIENT DOCUMENTATION |
| 6092 | DANIEL DEAN NABER | | | INSUFFICIENT DOCUMENTATION |
| 6101 | DARYL B HENDRIX | | | INSUFFICIENT DOCUMENTATION |
| 6183 | JOHN A WEBER | JULIA C WEBER | | INSUFFICIENT DOCUMENTATION |
| 6192 | THOMAS LINCOLN WAGNER | | | INSUFFICIENT DOCUMENTATION |
| 6204 | CLAUDIA POHLE | | | INSUFFICIENT DOCUMENTATION |
| 6232 | GERTRUDE A OLIVER | | | INSUFFICIENT DOCUMENTATION |
| 6251 | DORIS S HARTRANFT | | | INSUFFICIENT DOCUMENTATION |
| 6260 | NANCY WETZEL CUST FOR | UNDER MI-UNIF-TRA | | INSUFFICIENT DOCUMENTATION |
| 6261 | NANCY WETZEL CUST FOR | UNDER MI UNIF TRA | | INSUFFICIENT DOCUMENTATION |
| 6276 | TAMARA PODOVINNIKOFF | | | INSUFFICIENT DOCUMENTATION |
| 6295 | SELMA MAWANI | SHABBIR MAWANI | | INSUFFICIENT DOCUMENTATION |
| 6360 | LI XU | | | INSUFFICIENT DOCUMENTATION |
| 6400 | ADRIENNE B BROWN | | | INSUFFICIENT DOCUMENTATION |
| 6402 | DEBORAH K WAKAHIRO, TRUSTEE | REVOCABLE LIV TRUST | | INSUFFICIENT DOCUMENTATION |
| 6422 | HILLSIDE CORP | | | INSUFFICIENT DOCUMENTATION |
| 6437 | MAUREEN PORTELLI IRA | | | INSUFFICIENT DOCUMENTATION |
| 6438 | MAUREEN PORTELLI IRA | | | INSUFFICIENT DOCUMENTATION |
| 6439 | ALAN F PORTELLI & | MAUREEN PORTELLI JT TEN | | INSUFFICIENT DOCUMENTATION |
| 6445 | BEVERLY D. LOUDEN | | | INSUFFICIENT DOCUMENTATION |
| 6447 | JEFFREY W MARGOLIES IRA | FCC CUSTODIAN | | INSUFFICIENT DOCUMENTATION |
| 6473 | KENNETH P FESSLER | SUMAYA J FESSLER | | INSUFFICIENT DOCUMENTATION |
| 6538 | RBC Investor Services Trust | POOL | | INSUFFICIENT DOCUMENTATION |
| 6547 | ROBERTA A TABI IRA | | | INSUFFICIENT DOCUMENTATION |
| 6557 | DAVID KOTOK | | | INSUFFICIENT DOCUMENTATION |
| 6568 | JOHNNY LEE WILLIAMS | | | INSUFFICIENT DOCUMENTATION |
| 6580 | M BLUM | | | INSUFFICIENT DOCUMENTATION |
| 6590 | DAVID JACANGELO | | | INSUFFICIENT DOCUMENTATION |
| 6591 | DEBRA LARSON | WINSTON LARSON | | INSUFFICIENT DOCUMENTATION |
| | | **TOTAL** | **127** | |