# EXHIBIT F

EXHIBIT F

In re IMAX Corporation Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street - Suite 3
Media, PA 19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## REJECTION NOTICE

**CONTROL#:** 4

**July 3, 2013**

[redacted]

**TO: CLAIMANT**
**RE: IMAX Corporation Securities Litigation**

**ACCOUNT#:**

Your claim in the above matter is being rejected for the following reason(s):

| Description: | Shares: |
|---|---|
| The Plan of Allocation states no Recognized Loss for shares purchased and sold during the same inflation period (see Table A) or for shares purchased after August 10, 2006. | 5000 |

**We strongly suggest you contact our office for any question or clarification you may have. It is important that you contact us before any further action is taken in the event that a processing error has occurred.**

If you feel you received this notice in error and would like to contest your rejection, please contact our office in writing no later than thirty (30) days from the date of this letter. Please be sure to include your Control number as noted above, your reason for contesting the rejection, and documentation supporting your reason. You can also contact our office at 1-866-274-4004 or info@strategicclaims.net. If after contacting us, you still disagree with our determination, you can request in writing to Lead Counsel to review your claim.

When calling our office, please have ready the Control Number found at the top left hand corner of this form.