# EXHIBIT H

Strategic Claims Services

EXHIBIT H

Phone 866.274.4004
610.565.9202
Fax 610.565.7985

www.strategicclaims.net

March 18, 2014

Karin E. Fisch, Esquire
Richard B. Margolies, Esquire
Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street
New York, NY 10016

RE: IMAX Corporation Securities Litigation Settlement

INVOICE RE: ADMINISTRATIVE SERVICES RENDERED

Administrative Services re: **IMAX Corporation Securities Litigation Settlement** for the period November 1, 2012 through distribution:

| | |
|---|---|
| Labor re: Administration 11/1/12 TO 3/18/14 (See Exhibit I attached)........ | $61,933.65 |
| Invoices from brokerage firms in connections with supplying mailing labels and research expenses. (See Exhibit II attached) ................. | $8,426.43 |
| Preparation and filing of federal and state income tax returns and compliance with IRS 468 regulations for the years 2012, 2013 and 2014 ...................... | $7,500.00 |
| Distribution charges........................................................... | $2,925.00 |
| Postage from 11/1/12 to 3/18/14 ................................................. | $1,722.02 |
| Storage of boxes charges........................................................ | $975.00 |
| Printing of rejection and cure letters............................................ | $734.40 |
| Envelopes......................................................................... | $673.20 |
| Phone charges and other out of pockets............................................ | $459.92 |
| Total | $85,349.62 |

EXHIBIT I

EXHIBIT I

| date | name | hours | description | rate | fee |
|---|---|---|---|---|---|
| Wednesday, December 26, 2012 | A.B. | 2.00 | Calculations | | |
| Thursday, December 27, 2012 | A.B. | 4.00 | Calculations | | |
| Friday, December 28, 2012 | A.B. | 3.00 | Calculations | | |
| Monday, December 31, 2012 | A.B. | 3.00 | Calculations | | |
| Wednesday, January 02, 2013 | A.B. | 4.00 | Calculations | | |
| Thursday, January 03, 2013 | A.B. | 2.00 | Calculations | | |
| Monday, January 28, 2013 | A.B. | 7.00 | Calculations | | |
| Monday, February 18, 2013 | A.B. | 3.00 | Calculations | | |
| Wednesday, February 20, 2013 | A.B. | 6.79 | Calculations | | |
| Thursday, February 21, 2013 | A.B. | 8.67 | Calculations | | |
| Friday, February 22, 2013 | A.B. | 6.76 | Calculations | | |
| Monday, February 25, 2013 | A.B. | 7.00 | Calculations | | |
| Tuesday, February 26, 2013 | A.B. | 6.00 | Calculations | | |
| Friday, July 05, 2013 | A.B. | 1.30 | Calculations | | |
| Monday, July 08, 2013 | A.B. | 1.49 | Calculations | | |
| Tuesday, July 09, 2013 | A.B. | 2.00 | Calculations | | |
| Wednesday, July 10, 2013 | A.B. | 1.00 | Calculations | | |
| Thursday, July 11, 2013 | A.B. | 2.34 | Calculations | | |
| Friday, July 12, 2013 | A.B. | 2.00 | Calculations | | |
| Wednesday, July 17, 2013 | A.B. | 0.50 | Calculations | | |
| Thursday, July 18, 2013 | A.B. | 0.50 | Calculations | | |
| | | 74.35 | | $95.00 | $7,063.25 |
| Thursday, November 01, 2012 | D.C. | 5.00 | verifying | | |
| Friday, November 16, 2012 | D.C. | 0.25 | verifying | | |
| Monday, June 24, 2013 | D.C. | 2.00 | deficiency mailing | | |
| Monday, July 01, 2013 | D.C. | 1.50 | answer phone calls re: deficiencies and filing claims | | |
| Tuesday, July 02, 2013 | D.C. | 1.50 | answer phone calls re: deficiencies and filing claims | | |
| Wednesday, July 03, 2013 | D.C. | 2.00 | mailing | | |
| Wednesday, July 03, 2013 | D.C. | 6.00 | answer phone calls re: deficiencies and filing claims | | |
| Friday, July 05, 2013 | D.C. | 6.00 | mailing | | |
| Monday, July 08, 2013 | D.C. | 3.25 | answer phone calls re: deficiencies and filing claims | | |
| Wednesday, July 10, 2013 | D.C. | 4.00 | answer phone calls re: deficiencies and filing claims | | |
| Thursday, July 11, 2013 | D.C. | 4.00 | answer phone calls re: deficiencies and filing claims | | |
| Tuesday, July 23, 2013 | D.C. | 3.50 | sort/open mail; answer phone calls re: notices | | |
| Monday, July 29, 2013 | D.C. | 8.00 | sort/open mail; answer phone calls re: notices | | |
| Tuesday, July 30, 2013 | D.C. | 2.00 | sort/open mail; answer phone calls re: notices | | |
| | | 49.00 | | $65.00 | $3,185.00 |
| Tuesday, November 20, 2012 | F.K. | 1.25 | accouting and banking | | |
| Thursday, November 29, 2012 | F.K. | 1.25 | accounting | | |
| Tuesday, March 05, 2013 | F.K. | 0.50 | accounting-review and file interest statement-2012 | | |
| Tuesday, March 19, 2013 | F.K. | 1.50 | accounting prep/ balance sheet and expenses | | |
| Monday, August 26, 2013 | F.K. | 0.75 | accounting-invoice review, payment, update database | | |
| Wednesday, August 28, 2013 | F.K. | 1.25 | accounting | | |
| Thursday, September 12, 2013 | F.K. | 1.75 | accounting | | |
| Tuesday, January 07, 2014 | F.K. | 0.50 | verify and advise counsel of escrow account | | |
| | | 8.75 | | $75.00 | $656.25 |
| Friday, November 16, 2012 | J.E. | 5.33 | Calculations | | |
| Monday, November 19, 2012 | J.E. | 7.78 | Calculations | | |
| Tuesday, November 20, 2012 | J.E. | 8.16 | Calculations | | |

EXHIBIT I

EXHIBIT I

| | | | | |
|---|---|---|---|---|
| Wednesday, November 21, 2012 | J.E. | 6.96 Calculations | | |
| Monday, November 26, 2012 | J.E. | 8.33 Calculations | | |
| Tuesday, November 27, 2012 | J.E. | 7.68 Calculations | | |
| Wednesday, November 28, 2012 | J.E. | 8.44 Calculations | | |
| Thursday, November 29, 2012 | J.E. | 8.04 Calculations | | |
| Friday, November 30, 2012 | J.E. | 8.53 Calculations | | |
| Monday, December 03, 2012 | J.E. | 8.14 Calculations | | |
| Tuesday, December 04, 2012 | J.E. | 7.94 Calculations | | |
| Wednesday, December 05, 2012 | J.E. | 7.29 Calculations | | |
| Thursday, December 06, 2012 | J.E. | 7.94 Calculations | | |
| Friday, December 07, 2012 | J.E. | 8.21 Calculations | | |
| Monday, December 10, 2012 | J.E. | 7.59 Calculations | | |
| Tuesday, December 11, 2012 | J.E. | 6.82 Calculations | | |
| Wednesday, December 12, 2012 | J.E. | 7.95 Calculations | | |
| Thursday, December 13, 2012 | J.E. | 7.87 Calculations | | |
| Saturday, December 15, 2012 | J.E. | 7.74 Calculations | | |
| Monday, December 17, 2012 | J.E. | 8.06 Calculations | | |
| Wednesday, December 19, 2012 | J.E. | 8.09 Calculations | | |
| Thursday, December 20, 2012 | J.E. | 8.19 Calculations | | |
| Friday, December 21, 2012 | J.E. | 6.23 Calculations | | |
| Thursday, December 27, 2012 | J.E. | 1.38 Calculations | | |
| Friday, December 28, 2012 | J.E. | 2.69 Calculations | | |
| Thursday, January 03, 2013 | J.E. | 0.40 Calculations | | |
| Monday, April 15, 2013 | J.E. | 0.05 ANSWERED EMAILS REGARDING STATUS UPDATES | | |
| Monday, July 15, 2013 | J.E. | 2.00 ANSWERED CALLS AND EMAILS REGARDING DEF LETTERS | | |
| Tuesday, July 16, 2013 | J.E. | 1.30 ANSWERED CALLS AND EMAILS REGARDING DEF LETTERS | | |
| Wednesday, July 17, 2013 | J.E. | 1.00 ANSWERED EMAILS AND CALLS REGARDING DEF LETTERS | | |
| Thursday, July 18, 2013 | J.E. | 1.30 ANSWERED EMAILS AND CALLS REGARDING DEF LETTERS | | |
| Friday, July 19, 2013 | J.E. | 2.50 CLAIMS | | |
| Monday, July 22, 2013 | J.E. | 2.00 ANSWERED EMAILS AND CALLS REGARDING DEF LETTERS. OPENED MAIL AND PULLED CLAIMS | | |
| Tuesday, July 23, 2013 | J.E. | 1.00 ANSWERED EMAILS AND CALLS REGARDING DEF LETTERS. OPENED MAIL AND PULLED CLAIMS | | |
| Wednesday, July 24, 2013 | J.E. | 1.00 ANSWERED EMAILS AND CALLS REGARDING DEF LETTERS AND SORTED MAIL | | |
| Thursday, July 25, 2013 | J.E. | 1.00 ANSWERED EMAILS AND CALLS REGARDING DEF LETTERS AND PULLED CLAIMS | | |
| Friday, July 26, 2013 | J.E. | 1.00 MAIL | | |
| Monday, July 29, 2013 | J.E. | 0.30 ANSWERED EMAILS AND CALLS REGARDING DEF LETTERS. PULLED CLAIMS | | |
| Wednesday, July 31, 2013 | J.E. | 0.31 ANSWERED EMAILS AND CALLS REGARDING DEF LETTERS. PULLED CLAIMS | | |
| Thursday, August 01, 2013 | J.E. | 1.00 partial/rejection mailing | | |
| Friday, August 02, 2013 | J.E. | 1.00 partial/rejection mailing | | |
| Wednesday, August 07, 2013 | J.E. | 1.00 ANSWERED EMAILS AND CALLS REGARDING REJ LETTERS AND PULLED CLAIMS | | |
| Wednesday, August 14, 2013 | J.E. | 0.10 ANSWERED EMAILS AND CALLS ABOUT FINAL NOTICES | | |
| Thursday, August 15, 2013 | J.E. | 0.15 ANSWERED EMAILS AND CALLS REGARDING FINAL NOTICES | | |
| Friday, August 16, 2013 | J.E. | 0.20 ANSWERED EMAILS AND CALLS REGARDING FINAL NOTICES | | |
| Monday, August 19, 2013 | J.E. | 0.10 ANSWERED EMAILS AND CALLS REGARDING FINAL NOTICES | | |
| Tuesday, August 20, 2013 | J.E. | 0.10 ANSWERED EMAILS AND CALLS REGARDING FINAL NOTICES | | |
| Wednesday, August 21, 2013 | J.E. | 0.29 ANSWERED EMAILS AND CALLS REGARDING FINAL NOTICES | | |
| | | 200.48 | $80.00 | $16,038.40 |
| Thursday, November 01, 2012 | J.B. | 0.75 Reports/Affidavits | | |
| Monday, July 01, 2013 | J.B. | 3.00 calculations | | |
| Wednesday, July 10, 2013 | J.B. | 0.50 email battea re: calculation | | |
| Thursday, August 01, 2013 | J.B. | 1.25 CALCULATIONS | | |

EXHIBIT I

EXHIBIT I

| | | | | |
|---|---|---|---|---|
| Friday, August 16, 2013 | J.B. | 1.00 Calculations | | |
| Thursday, August 22, 2013 | J.B. | 0.50 answer phone calls re: plan of allocation | | |
| Tuesday, September 03, 2013 | J.B. | 0.50 calculation | | |
| Wednesday, September 04, 2013 | J.B. | 2.00 prepare qa lists; and respond to emails | | |
| Thursday, September 05, 2013 | J.B. | 4.00 top claim check | | |
| Friday, September 06, 2013 | J.B. | 3.25 top claim check | | |
| Monday, September 09, 2013 | J.B. | 9.00 top claims, rejected shares, defendant, lead plaintiff and exclusion check | | |
| Wednesday, September 11, 2013 | J.B. | 2.50 purchase price per share check | | |
| Thursday, September 12, 2013 | J.B. | 6.50 price per share check (purchases/sales) | | |
| Friday, September 13, 2013 | J.B. | 4.00 sale price per share check | | |
| Tuesday, September 17, 2013 | J.B. | 0.50 Reports/Affidavits | | |
| Wednesday, September 25, 2013 | J.B. | 2.00 late responses | | |
| Thursday, September 26, 2013 | J.B. | 2.00 PREPARE DISTRIBUTION AFFIDAVIT | | |
| Monday, September 30, 2013 | J.B. | 0.50 update affidavit | | |
| Thursday, October 03, 2013 | J.B. | 1.00 late claim response to notice | | |
| Monday, November 25, 2013 | J.B. | 5.50 Calculations | | |
| Tuesday, November 26, 2013 | J.B. | 1.00 calculations | | |
| Tuesday, January 07, 2014 | J.B. | 2.50 process late form and email rejections to claimant | | |
| Wednesday, January 08, 2014 | J.B. | 0.50 Calculations | | |
| Thursday, January 09, 2014 | J.B. | 6.00 updating affidavit; preparing/finalizing exhibits; preparing final status reports | | |
| Tuesday, January 14, 2014 | J.B. | 0.25 late claim | | |
| Tuesday, March 18, 2014 | J.B. | 3.00 update claim status in system; update affidavit; prepare exhibits | | |
| | | 63.50 | $105.00 | $6,667.50 |
| Monday, November 05, 2012 | M.H. | 0.40 entering claims | | |
| Monday, November 12, 2012 | M.H. | 1.00 entering claims | | |
| Thursday, November 15, 2012 | M.H. | 0.50 sort/open mail | | |
| Monday, November 19, 2012 | M.H. | 0.57 sort/open mail | | |
| Wednesday, November 21, 2012 | M.H. | 0.50 Entering Claims | | |
| Friday, November 30, 2012 | M.H. | 0.50 Entering Claims | | |
| Monday, December 03, 2012 | M.H. | 0.50 Entering Claims | | |
| Tuesday, December 11, 2012 | M.H. | 0.50 Entering Claims | | |
| Tuesday, December 18, 2012 | M.H. | 0.25 phones | | |
| Friday, February 22, 2013 | M.H. | 1.00 Entering Claims | | |
| Monday, July 15, 2013 | M.H. | 0.50 answer phone calls | | |
| Tuesday, July 16, 2013 | M.H. | 0.75 answer phone calls | | |
| Wednesday, July 17, 2013 | M.H. | 0.39 answer phone calls | | |
| Friday, July 19, 2013 | M.H. | 0.25 sort/open mail; answer phone calls re: notices | | |
| Thursday, August 15, 2013 | M.H. | 0.50 Calculations | | |
| Thursday, August 22, 2013 | M.H. | 0.75 process undeliverable notices | | |
| Monday, August 26, 2013 | M.H. | 1.00 resent rejection notices | | |
| | | 9.86 | $60.00 | $591.60 |
| Thursday, November 01, 2012 | M.C. | 0.50 frt claims | | |
| Thursday, November 01, 2012 | M.C. | 0.25 email control numbers | | |
| Friday, November 02, 2012 | M.C. | 0.25 us bank efiles | | |
| Monday, December 03, 2012 | M.C. | 0.75 efiles | | |
| Wednesday, December 26, 2012 | M.C. | 0.25 efiles | | |
| Monday, January 28, 2013 | M.C. | 0.25 ISS late claims | | |
| Friday, February 08, 2013 | M.C. | 0.25 CAS - emails | | |
| Monday, February 18, 2013 | M.C. | 0.20 CAS - control numbers/email | | |
| Friday, March 15, 2013 | M.C. | 0.80 late claims/efiles | | |

EXHIBIT I

EXHIBIT I

| | | |
|---|---|---|
| Friday, March 22, 2013 | M.C. | 0.15 ISS email |
| Monday, April 08, 2013 | M.C. | 1.00 efiles |
| Monday, April 22, 2013 | M.C. | 0.54 FRT late claims |
| Thursday, May 30, 2013 | M.C. | 0.25 late claims/efiles |
| Monday, June 03, 2013 | M.C. | 3.00 Calculations |
| Tuesday, June 04, 2013 | M.C. | 5.61 Calculations |
| Wednesday, June 05, 2013 | M.C. | 5.65 Calculations |
| Thursday, June 06, 2013 | M.C. | 4.81 Calculations |
| Friday, June 07, 2013 | M.C. | 7.50 Calculations |
| Monday, June 10, 2013 | M.C. | 6.25 Calculations |
| Tuesday, June 11, 2013 | M.C. | 0.50 Calculations |
| Wednesday, June 12, 2013 | M.C. | 6.61 Calculations |
| Thursday, June 13, 2013 | M.C. | 3.46 Calculations |
| Monday, June 17, 2013 | M.C. | 7.94 Calculations |
| Tuesday, June 18, 2013 | M.C. | 4.97 Calculations |
| Wednesday, June 19, 2013 | M.C. | 2.00 Calculations |
| Wednesday, June 19, 2013 | M.C. | 5.81 processing deficiencies/receive & delivers |
| Thursday, June 20, 2013 | M.C. | 1.50 processing deficiencies/receive & delivers |
| Tuesday, July 02, 2013 | M.C. | 1.00 processing deficiencies |
| Wednesday, July 03, 2013 | M.C. | 6.04 processing deficiencies |
| Friday, July 05, 2013 | M.C. | 2.25 receive & deliver claims |
| Friday, July 05, 2013 | M.C. | 1.21 answer phone calls re: deficiencies |
| Friday, July 05, 2013 | M.C. | 0.25 rejection emails |
| Monday, July 08, 2013 | M.C. | 0.65 answer phone calls |
| Tuesday, July 09, 2013 | M.C. | 0.25 Battea email |
| Tuesday, July 09, 2013 | M.C. | 2.22 processing deficiencies |
| Tuesday, July 09, 2013 | M.C. | 1.50 answer phone calls re: rejection |
| Wednesday, July 10, 2013 | M.C. | 3.00 processing deficiencies |
| Wednesday, July 10, 2013 | M.C. | 1.50 answer phone calls |
| Thursday, July 11, 2013 | M.C. | 2.00 answer phone calls |
| Friday, July 12, 2013 | M.C. | 2.89 processing deficiencies |
| Monday, July 15, 2013 | M.C. | 2.94 processing deficiencies |
| Monday, July 15, 2013 | M.C. | 1.50 late claims |
| Wednesday, July 17, 2013 | M.C. | 0.40 answer phone calls |
| Thursday, July 18, 2013 | M.C. | 0.80 processing deficiencies |
| Friday, July 19, 2013 | M.C. | 2.98 processing deficiencies |
| Monday, July 29, 2013 | M.C. | 0.66 processing deficiencies |
| Tuesday, July 30, 2013 | M.C. | 7.74 processing deficiencies |
| Wednesday, July 31, 2013 | M.C. | 7.46 Gross claims |
| Thursday, August 01, 2013 | M.C. | 2.50 processing deficiencies |
| Monday, August 05, 2013 | M.C. | 0.25 ISS rejection letters |
| Monday, August 05, 2013 | M.C. | 1.00 answer phone calls |
| Tuesday, August 06, 2013 | M.C. | 0.75 answer phone calls |
| Tuesday, August 06, 2013 | M.C. | 1.25 duplicate check |
| Wednesday, August 07, 2013 | M.C. | 4.84 duplicate check |
| Friday, August 09, 2013 | M.C. | 0.50 answer phone calls |
| Tuesday, August 13, 2013 | M.C. | 0.75 BNY rejection calculation/email |
| Thursday, August 15, 2013 | M.C. | 4.00 processing deficiencies |
| Monday, August 19, 2013 | M.C. | 0.50 Wells Fargo rejections/email |
| Friday, August 30, 2013 | M.C. | 0.75 ISS late claims/email |

EXHIBIT I

EXHIBIT I

| | | | | | |
|---|---|---|---|---|---|
| Friday, August 30, 2013 | M.C. | 0.75 | BNY email regarding rejections | | |
| Tuesday, September 03, 2013 | M.C. | 0.55 | US Bank rejected claims email | | |
| Thursday, September 05, 2013 | M.C. | 0.25 | lead plaintiff duplicate | | |
| Monday, September 16, 2013 | M.C. | 0.25 | ISS #6538 email | | |
| Tuesday, September 17, 2013 | M.C. | 0.45 | #2449 email | | |
| Wednesday, October 16, 2013 | M.C. | 0.35 | Mintz-Levin email rejections | | |
| Monday, October 21, 2013 | M.C. | 0.25 | email ISS control numbers | | |
| Monday, November 25, 2013 | M.C. | 0.75 | efiles | | |
| Monday, November 25, 2013 | M.C. | 0.75 | efiles | | |
| Tuesday, January 14, 2014 | M.C. | 0.45 | late efiles | | |
| Thursday, January 23, 2014 | M.C. | 0.25 | CAS email revised files | | |
| Friday, February 07, 2014 | M.C. | 0.50 | late State Street claims | | |
| Tuesday, February 11, 2014 | M.C. | 0.75 | late efies | | |
| Tuesday, February 11, 2014 | M.C. | 0.25 | late efies | | |
| | | 143.93 | | $95.00 | $13,673.35 |
| Wednesday, November 14, 2012 | M.S. | 8.50 | Calculations | | |
| Tuesday, June 25, 2013 | M.S. | 4.00 | Calculations | | |
| Monday, July 01, 2013 | M.S. | 8.50 | Calculations | | |
| Tuesday, July 02, 2013 | M.S. | 9.00 | Calculations | | |
| Friday, July 12, 2013 | M.S. | 9.00 | Calculations | | |
| | | 39.00 | | $125.00 | $4,875.00 |
| Monday, November 11, 2013 | M.M. | 0.25 | answering call about case status | | |
| Friday, November 29, 2013 | M.M. | 0.25 | answering calls about rejections | | |
| Friday, December 27, 2013 | M.M. | 0.25 | calls about case status | | |
| | | 0.75 | | $75.00 | $56.25 |
| Wednesday, July 03, 2013 | S.S. | 3.72 | MAILING OF PARTIAL REJECTIONS | | |
| Friday, July 05, 2013 | S.S. | 4.48 | rejection notice mailing | | |
| Monday, July 08, 2013 | S.S. | 4.65 | rejection notice mailing | | |
| Tuesday, July 09, 2013 | S.S. | 4.24 | filed and pulled deficiency responses | | |
| Wednesday, July 10, 2013 | S.S. | 4.98 | ANSWERED PHONE CALLS AND FILED CLAIMS | | |
| Wednesday, September 04, 2013 | S.S. | 2.00 | REJECTION MAILING | | |
| | | 24.07 | | $65.00 | $1,564.55 |
| | total | 613.69 | | | |
| Nov. 1, 2012 to March 18, 2014 | P. M. | 27.5 | project management, status reports, affidavit, quality assurance and review, add'l review of broker charges | $275.00 | $7,562.50 |
| | Total | 641.19 | | | $61,933.65 |

EXHIBIT II

EXHIBIT II

| NOMINEE | AMOUNT |
|---|---|
| BNY MELLON ASSET SERVICING | $643.50 |
| TDW - Canada - (US Dollars) | $7,782.93 |
| Total Unpaid Broker Charges | $8,426.43 |

BNY MELLON
ASSET SERVICING

**Claims Administrator Reimbursement Letter**

JhE
5/10/12

STRATEGIC CLAIMS SERVICES
600 North Jackson Street
Media, PA 19063

RE: IMAX CORP.

Dear Claims Administrator:

We request reimbursement of the costs associated with researching and notifying affected holders in the class action referenced above. Notification was forwarded to all affected beneficiaries **05/03/2012**. Please see the following breakdown of costs:

| | |
|---|---|
| Research Fee | *$225.00* |
| 7 CUSIP(s) @ $25.00 Each *(CUSIP research through CUSIP Web, Bloomberg, BNY Mellon's Custody Management System and ISS Website)* | *$175.00* |
| 487 Notifications @ $0.50 Each | *$243.50* |
| **Total** | *$643.50* |

Please issue payment via check payable to BNY Mellon and mail to:

BNY Mellon – Global Class Actions
Two BNY Mellon Center
525 William Penn Place – Suite 400
Pittsburgh, PA 15259

We appreciate your prompt processing of this reimbursement request.

Authorized Signature

5/4/12
Date

Please direct questions regarding this letter to class.actions@bnymellon.com
Two BNY Mellon Center, 525 William Penn Place, Pittsburgh, PA 15259

All information contained in this correspondence should be considered and remains the property of BNY Mellon.

**TD Waterhouse**

TD Waterhouse Canada Inc.
Client Reporting Group
P.O. BOX 5999, Station F
77 Bloor Street West, 10th Floor
Toronto, Ontario M4Y 2T1

19 September 2012

HE
9/27/12

INVOICE & CERTIFICATE OF MAILING

IMAX CORPORATION SECURITIES LITIGATION
C/O STRATEGIC CLAIMS SERVICES
600 NORTH JACKSON STREET - SUITE 3
MEDIA PA 19063
ATTN: CLAIMS ADMINISTRATOR

**Invoice No: R0343**

**RE: REORGANIZATION MAILING IMAX CORPORATION CLASS ACTION 109311**

Please be advised that costs incurred from the distribution of material, on behalf of the TD Bank, TD Waterhouse and TD Private Trust shareholders, in respect to shares registered in the nominee name of **Investor Co.** is as follows:

| **No. of Pieces Mailed** | **Postage Rates** | | **Handling Fee** Please see note at bottom of Invoice | **Totals** |
|---|---|---|---|---|
| 3599 | CDN | 1.29 | | 4642.71 |
| 20 | USA | 2.10 | | 42.00 |
| 30 | INT'L | 4.20 | | 126.00 |
| TOTAL PIECES 3649 | | | Min. $15.00, if >15 pcs. then $1.00 per piece | 3649.00 |
| | | | Sub Total | 8459.71 |
| | | | GST | + 0.00 |
| | (See note below) | | Grand Total - in $CDN | $8459.71 |

U.S. Dollars $7,782.93

We confirm the above mailing was completed on AUG 10/12. **Kindly forward your remittance together with the second copy of this invoice to our address as above. Cheques are to be made payable to TD Waterhouse Client Reporting Team.** __All invoices are due payable upon receipt.__ __CLAIMS ADMIN__ supplied the **material for this mailing. Thank you.**

BELINDA DEUEL
Manager –Client Reporting Team

FILE# 109311

*For any inquiries or additional information please contact:*
*Primary: Shirley.Naraine@td.com or call 416-542-0597*
*Secondary: : Belinda Deuel@td.com or call 416-542-0596*

ALL FEES BASED ON NATIONAL POLICY NO.41, SHAREHOLDERS COMMUNICATIONS, $1.00 PER SET + POSTAGE, WITH A MINIMUM OF $15.00 ADDITIONAL + POSTAGE WHEN LESS THAN 15 SETS. FEES CHARGED ARE IN CDN FUNDS OR YOU MAY PAY USA EQUIVALENT (APPROX. 85% OF CDN FUNDS STATED OR BASED ON NYSE RATES)

**US FEDERAL TAX ID# 98-0092902 (CORPORATION): CDN GST# 10525 5145RT**

TD Waterhouse Discount Brokerage, TD Waterhouse Financial Planning, TD Waterhouse Institutional Services and TD Waterhouse Private Investment Advice are divisions of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.
TD Waterhouse Canada Inc. – Member of the Canadian Investor Protection Fund.
TD Waterhouse is a trade-mark of The Toronto-Dominion Bank, used under license.